# Exhibit A

PLD-C-001

| | |
|---|---|
| **ATTORNEY OR PARTY WITHOUT ATTORNEY** *(Name, State Bar number, and address):*<br>Marc Wolstenholme<br>5 Shetland Close Coventry, England, CV5 7LS<br><br>TELEPHONE NO.: 044-7827964404      FAX NO. *(Optional)*:<br>E-MAIL ADDRESS *(Optional)*: marc@mwwolf-fiction.co.uk<br>ATTORNEY FOR *(Name)*: NA | **To keep other people from seeing what you entered on your form, please press the Clear This Form button at the end of the form when finished.** |
| **SUPERIOR COURT OF CALIFORNIA, COUNTY OF** Los Angeles Superior Court<br>STREET ADDRESS: 111 North Hill Street<br>MAILING ADDRESS: Los Angeles, CA 90012<br>CITY AND ZIP CODE: CA 90012<br>BRANCH NAME: Los Angeles Superior Court - Stanley Mosk Courthouse | Electronically FILED by Superior Court of California, County of Los Angeles 10/31/2024 4:34 PM David W. Slayton, Executive Officer/Clerk of Court, By Y. Ayala, Deputy Clerk |
| PLAINTIFF: Marc Wolstenholme<br><br>DEFENDANT: Riot Games, Inc.   12333 W Olympic Blvd<br>Los Angeles, CA 90064<br><br>☐ DOES 1 TO 10 | |
| **CONTRACT**<br>✔ **COMPLAINT**        ☐ **AMENDED COMPLAINT** *(Number)*:<br>☐ **CROSS-COMPLAINT**  ☐ **AMENDED CROSS-COMPLAINT** *(Number)*: | |
| **Jurisdiction** *(check all that apply):*<br>☐ **ACTION IS A LIMITED CIVIL CASE**<br>   Amount demanded  ☐ does not exceed $10,000<br>                    ☐ exceeds $10,000 but does not exceed $25,000<br>✔ **ACTION IS AN UNLIMITED CIVIL CASE** (exceeds $25,000)<br>☐ **ACTION IS RECLASSIFIED** by this amended complaint or cross-complaint<br>   ☐ from limited to unlimited<br>   ☐ from unlimited to limited | CASE NUMBER:<br><br>24STCV28643 |

1. **Plaintiff*** *(name or names):*
   Marc Wolstenholme

   alleges causes of action against **defendant*** *(name or names):*
   Riot Games, Inc

2. This pleading, including attachments and exhibits, consists of the following number of pages:
3. a. Each plaintiff named above is a competent adult
   ☐ **except** plaintiff *(name):*
      (1) ✔ a corporation qualified to do business in California
      (2) ☐ an unincorporated entity *(describe):*
      (3) ☐ other *(specify):*

   b. ✔ Plaintiff *(name):* Marc Wolstenholme
      a. ☐ has complied with the fictitious business name laws and is doing business under the fictitious name *(specify):*

      b. ☐ has complied with all licensing requirements as a licensed *(specify):*
   c. ☐ Information about additional plaintiffs who are not competent adults is shown in Attachment 3c.
4. a. Each defendant named above is a natural person
   ☐ **except** defendant *(name):*                           ☐ **except** defendant *(name):*
      (1) ☐ a business organization, form unknown               (1) ☐ a business organization, form unknown
      (2) ☐ a corporation                                       (2) ☐ a corporation
      (3) ☐ an unincorporated entity *(describe):*              (3) ☐ an unincorporated entity *(describe):*
      (4) ☐ a public entity *(describe):*                       (4) ☐ a public entity *(describe):*
      (5) ☐ other *(specify):*                                  (5) ☐ other *(specify):*

\* If this form is used as a cross-complaint, plaintiff means cross-complainant and defendant means cross-defendant.

Page 1 of 2

Form Approved for Optional Use
Judicial Council of California
PLD-C-001 [Rev. January 1, 2007]

**COMPLAINT—Contract**

Code of Civil Procedure, § 425.12

PLD-C-001

| SHORT TITLE: Marc Wolstenholme vs Riot Games, Inc. | CASE NUMBER: |
|---|---|

4. *(Continued)*
   b. The true names of defendants sued as Does are unknown to plaintiff.
      (1) ☐ Doe defendants *(specify Doe numbers):* _____ were the agents or employees of the named defendants and acted within the scope of that agency or employment.
      (2) ☐ Doe defendants *(specify Doe numbers):* _____ are persons whose capacities are unknown to plaintiff.
   c. ☐ Information about additional defendants who are not natural persons is contained in Attachment 4c.
   d. ☐ Defendants who are joined under Code of Civil Procedure section 382 are *(names):*

5. ☐ Plaintiff is required to comply with a claims statute, **and**
   a. ☐ has complied with applicable claims statutes, *or*
   b. ☐ is excused from complying because *(specify):*

6. ☐ This action is subject to  ☐ Civil Code section 1812.10  ☐ Civil Code section 2984.4.

7. This court is the proper court because
   a. ☐ a defendant entered into the contract here.
   b. ☐ a defendant lived here when the contract was entered into.
   c. ☐ a defendant lives here now.
   d. ☐ the contract was to be performed here.
   e. ☑ a defendant is a corporation or unincorporated association and its principal place of business is here.
   f. ☐ real property that is the subject of this action is located here.
   g. ☐ other *(specify):*

8. The following causes of action are attached and the statements above apply to each *(each complaint must have one or more causes of action attached):*

   ☐ Breach of Contract

   ☐ Common Counts

   ☐ Other *(specify):*
      Copyright Infringement: Specify as "Copyright Infringement (17 U.S.C. § 501)."Vicarious Copyright In

9. ☑ Other allegations:
   Copyright Infringement, Vicarious Copyright Infringement, Unfair Competition, and Intentional Infliction of Emotional Distress.

10. **Plaintiff prays** for judgment for costs of suit; for such relief as is fair, just, and equitable; and for
    a. ☐ damages of: $
    b. ☐ interest on the damages
       (1) ☐ according to proof
       (2) ☐ at the rate of *(specify):* _____ percent per year from *(date):*
    c. ☐ attorney's fees
       (1) ☐ of: $
       (2) ☐ according to proof.
    d. ☑ other *(specify):*
       Unlimited

11. ☐ The paragraphs of this pleading alleged on information and belief are as follows *(specify paragraph numbers):*
    Copyright Infringement, Vicarious Copyright Infringement, Unfair Competition, and Intentional Inflict

Date: 30-10-2024

MARC WOLSTENHOLME                                      ▸   *M.Wolstenholme.*
(TYPE OR PRINT NAME)                                       (SIGNATURE OF PLAINTIFF OR ATTORNEY)

*(If you wish to verify this pleading, affix a verification.)*

PLD-C-001 [Rev. January 1, 2007]     **COMPLAINT—Contract**     Page 2 of 2

For your protection and privacy, please press the Clear This Form button after     Save This Form     Print This Form     Clear This Form