# Exhibit F

| | |
|---|---|
| **SUPERIOR COURT OF CALIFORNIA**<br>**COUNTY OF LOS ANGELES** | Reserved for Clerk's File Stamp |
| COURTHOUSE ADDRESS:<br>Stanley Mosk Courthouse<br>111 North Hill Street, Los Angeles, CA 90012 | **FILED**<br>Superior Court of California<br>County of Los Angeles<br>11/20/2024<br>David W. Slayton, Executive Officer / Clerk of Court<br>By: _____C. Cortez_____ Deputy |
| PLAINTIFF(S):<br>Marc Wolstenholme | |
| DEFENDANT(S):<br>Riot Games, Inc. | |
| **ORDER TO SHOW CAUSE HEARING** | CASE NUMBER:<br>24STCV28643 |

To the party / attorney of record:

You are ordered to appear for an Order to Show Cause Hearing on <u>04/28/2025</u> at <u>8:30 AM</u> in department <u>20</u> of this court, <u>Stanley Mosk Courthouse</u>, and show cause why sanctions should not be imposed for:

[✔] Failure to file proof of service.

Failure to comply or appear may result in sanctions pursuant to one or more of the following: California Rules of Court, rule 2.30 and rule 3.1340; Code of Civil Procedure sections 177.5, 575.2, 583.150, 583.310, 583.360, 583.410, 583.420, 583.430; and Government Code section 68608.

[✔] To avoid a mandatory appearance all required documents must be filed at least 5 days prior to the date of the hearing.

Dated: 11/20/2024

Kevin C. Brazile / Judge
Judicial Officer

| | |
|---|---|
| **SUPERIOR COURT OF CALIFORNIA**<br>**COUNTY OF LOS ANGELES** | Reserved for Clerk's File Stamp<br><br>**FILED**<br>Superior Court of California<br>County of Los Angeles<br>11/20/2024<br>David W. Slayton, Executive Officer / Clerk of Court<br>By: _____C. Cortez_____ Deputy |
| COURTHOUSE ADDRESS:<br>**Stanley Mosk Courthouse**<br>111 North Hill Street, Los Angeles, CA 90012 | |
| PLAINTIFF/PETITIONER:<br>Marc Wolstenholme | |
| DEFENDANT/RESPONDENT:<br>Riot Games, Inc. | |
| **CERTIFICATE OF MAILING** | CASE NUMBER:<br>24STCV28643 |

**I, the below-named Executive Officer/Clerk of the above-entitled court, do hereby certify that I am not a party to the cause herein, and that on this date I served the Order to Show Cause Failure to File Proof of Service upon each party or counsel named below by placing the document for collection and mailing so as to cause it to be deposited in the United States mail at the courthouse in Los Angeles, California, one copy of the original filed/entered herein in a separate sealed envelope to each address as shown below with the postage thereon fully prepaid, in accordance with standard court practices.**

Marc Wolstenholme
5 Shetland Close
Coventry, England CV5 7LS
United Kingdom

David W. Slayton, Executive Officer / Clerk of Court

Dated: 11/20/2024      By: _____C. Cortez_____
                           Deputy Clerk

**CERTIFICATE OF MAILING**