# Exhibit I

POS-010

| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State Bar number, and address)*: <br> MARC WOLSTENHOLME (M.W. WOLF LTD) <br> 5 SHETLAND CLOSE   COVENTRY, EN CV57LS <br> TELEPHONE NO.: (447) 827-9644 x 04   FAX NO.   E-MAIL ADDRESS *(Optional)*: marc@mwwolf-fiction.co.uk <br> ATTORNEY FOR *(Name)*: IN PRO PER: MARC WOLSTENHOLME | FOR COURT USE ONLY <br><br> Electronically FILED by Superior Court of California, County of Los Angeles 12/09/2024 12:00 AM David W. Slayton, Executive Officer/Clerk of Court, By M. Saxon, Deputy Clerk |
|---|---|
| **LOS ANGELES COUNTY SUPERIOR COURT** <br> STREET ADDRESS: 111 NORTH HILL ST. <br> MAILING ADDRESS: <br> CITY AND ZIP CODE: LOS ANGELES, CA 90012 <br> BRANCH NAME: STANLEY MOSK COURTHOUSE | |
| PLAINTIFF: MARC WOLSTENHOLME <br> DEFENDANT: RIOT GAMES, INC. | CASE NUMBER: <br> 24STCV28643 |
| **PROOF OF SERVICE OF SUMMONS** | Ref. No. or File No.: |

*(Separate proof of service is required for each party served.)*

1. At the time of service I was at least 18 years of age and not a party to this action.
2. I served copies of:
   a. ☑ Summons
   b. ☑ Complaint
   c. ☑ Alternative Dispute Resolution (ADR) package
   d. ☑ Civil Case Cover Sheet *(served in complex cases only)*
   e. ☐ Cross-complaint
   f. ☑ other  CIVIL CASE COVER SHEET ADDENDUM AND STATEMENT OF LOCATION; NOTICE OF CASE ASSIGNMENT UNLIMITED CIVIL CASE;
3. a. Party served *(specify name of party as shown on documents served)*:
      **RIOT GAMES, INC.**
   b. ☑ Person (other than the party in item 3a) served on behalf of an entity or as an authorized agent (and not a person under item 5b on whom substituted service was made) *(specify name and relationship to the party named in item 3a)*:
      **SARAI MARIN - EMPLOYEE AUTHORIZED TO ACCEPT SERVICE - CT CORPORATION SYSTEM - AUTHORIZED AGENT FOR SERVICE OF PROCESS**    Age: 35   Weight: 135   Hair: BLACK   Sex: Female
      Height: 5'5   Eyes:   Race: HISPANIC
4. Address where the party was served: **330 N Brand Blvd Ste 700, Glendale, CA 91203**
5. I served the party
   a. ☑ **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on *(date)*: **12/5/2024**   (2) at *(time)*: **12:45 PM**
   b. ☐ **by substituted service.** On *(date)*:   at *(time)*:   I left the documents listed in item 2 with or in the presence of *(name and title or relationship to person indicated in item 3b)*:
      (1) ☐ **(business)** a person at least 18 years of age apparently in charge at the office or usual place of business of the person to be served. I informed him of her of the general nature of the papers.
      (2) ☐ **(home)** a competent member of the household (at least 18 years of age) at the dwelling house or usual place of abode of the party. I informed him or her of the general nature of the papers.
      (3) ☐ **(physical address unknown)** a person at least 18 years of age apparently in charge at the usual mailing address of the person to be served, other than a United States Postal Service post office box. I informed him of her of the general nature of the papers.
      (4) ☐ I thereafter mailed (by first-class, postage prepaid) copies of the documents to the person to be served at the place where the copies were left (Code Civ. Proc., §415.20). I mailed the documents on *(date)*:   from *(city)*:   **or** ☐ a declaration of mailing is attached.
      (5) ☐ I attach a **declaration of diligence** stating actions taken first to attempt personal service.

Page 1 of 2 <br>
Form Approved for Mandatory Use <br>
Judicial Council of California <br>
POS-010 [Rev. January 1, 2007] <br>
**PROOF OF SERVICE OF SUMMONS** <br>
Code of Civil Procedure, § 417.10 <br>
POS010-1/237385

c. ☐ **by mail and acknowledgment of receipt of service.** I mailed the documents listed in item 2 to the party, to the address shown in item 4, by first-class mail, postage prepaid,
   (1) on *(date)*:                                              (2) from *(city)*:
   (3) ☐ with two copies of the *Notice and Acknowledgment of Receipt* and a postage-paid return envelope addressed to me. *(Attach completed* Notice and Acknowledgement of Receipt.) (Code Civ. Proc., § 415.30.)
   (4) ☐ to an address outside California with return receipt requested. (Code Civ. Proc., § 415.40.)

d. ☐ **by other means** *(specify means of service and authorizing code section)*:

☐ Additional page describing service is attached.

6. The "Notice to the Person Served" (on the summons) was completed as follows:
   a. ☐ as an individual defendant.
   b. ☐ as the person sued under the fictitious name of *(specify)*:
   c. ☐ as occupant.
   d. ☑ On behalf of *(specify)*: **RIOT GAMES, INC.**
      under the following Code of Civil Procedure section:
      ☑ 416.10 (corporation)                    ☐ 415.95 (business organization, form unknown)
      ☐ 416.20 (defunct corporation)            ☐ 416.60 (minor)
      ☐ 416.30 (joint stock company/association) ☐ 416.70 (ward or conservatee)
      ☐ 416.40 (association or partnership)     ☐ 416.90 (authorized person)
      ☐ 416.50 (public entity)                  ☐ 415.46 (occupant)
                                                ☐ other:

7. **Person who served papers**
   a. Name: **ERIC WILKINS - JPL PROCESS SERVICE, LLC**
   b. Address: **14482 BEACH BLVD. STE X  WESTMINSTER, CA 92683**
   c. Telephone number: **(866) 754-0520**
   d. The fee for service was: **$ 125.00**
   e. I am:
      (1) ☐ not a registered California process server.
      (2) ☐ exempt from registration under Business and Professions Code section 22350(b).
      (3) ☑ registered California process server:
         (i) ☐ owner      ☐ employee      ☑ independent contractor.
         (ii) Registration No.: **2012208220**
         (iii) County: **LOS ANGELES**

8. ☑ **I declare** under penalty of perjury under the laws of the State of California that the foregoing is true and correct.
   or
9. ☐ **I am a California sheriff or marshal and** I certify that the foregoing is true and correct.

Date: **12/6/2024**

**JPL PROCESS SERVICE, LLC**
**14482 BEACH BLVD. STE X**
**WESTMINSTER, CA 92683  | (866) 754-0520**

**ERIC WILKINS**                                                    ▶ *E. Wiin* (signature)
(NAME OF PERSON WHO SERVED PAPERS/SHERIFF OR MARSHAL)