# Exhibit J



ONLINE SERVICES

# Case Access



LANGUAGE ACCESS

English

## CASE INFORMATION

PRINT    NEW SEARCH

Case Information | Register Of Actions | FUTURE HEARINGS | PARTY INFORMATION | Documents Filed | Proceedings Held

**Case Number:** 24STCV28643
MARC WOLSTENHOLME VS RIOT GAMES, INC., ET AL.

**Filing Courthouse:** Stanley Mosk Courthouse

**Filing Date:** 10/31/2024
**Case Type:** Other Breach of Contract/Warranty (not fraud or negligence) (General Jurisdiction)
**Status:** Pending

Click here to access document images for this case
If this link fails, you may go to the Case Document Images site and search using the case number displayed on this page

## FUTURE HEARINGS

Case Information | Register Of Actions | FUTURE HEARINGS | PARTY INFORMATION | Documents Filed | Proceedings Held

**04/28/2025** at 08:30 AM in Department 20 at 111 North Hill Street, Los Angeles, CA 90012
Case Management Conference

**04/28/2025** at 08:30 AM in Department 20 at 111 North Hill Street, Los Angeles, CA 90012
Order to Show Cause Re: Failure to File Proof of Service

**04/28/2025** at 08:30 AM in Department 20 at 111 North Hill Street, Los Angeles, CA 90012
Case Management Conference

## PARTY INFORMATION

Case Information | Register Of Actions | FUTURE HEARINGS | PARTY INFORMATION | Documents Filed | Proceedings Held

RIOT GAMES INC. - Defendant

WOLSTENHOLME MARC - Plaintiff

## DOCUMENTS FILED

Case Information | Register Of Actions | FUTURE HEARINGS | PARTY INFORMATION | Documents Filed | Proceedings Held

**Documents Filed (Filing dates listed in descending order)**

12/09/2024 Proof of Personal Service
Filed by Marc Wolstenholme (Plaintiff)

11/20/2024 Notice of Case Management Conference
Filed by Clerk

11/20/2024 Order to Show Cause Failure to File Proof of Service
Filed by Clerk

11/20/2024 Notice of Case Management Conference
Filed by Clerk

11/05/2024 Summons (on Complaint)
Filed by Marc Wolstenholme (Plaintiff)

10/31/2024 Notice of Case Assignment - Unlimited Civil Case
Filed by Clerk

10/31/2024 Alternate Dispute Resolution Packet
Filed by Clerk

10/31/2024 Civil Case Cover Sheet
Filed by Marc Wolstenholme (Plaintiff)

10/31/2024 Complaint
Filed by Marc Wolstenholme (Plaintiff)

## PROCEEDINGS HELD

Case Information | Register Of Actions | FUTURE HEARINGS | PARTY INFORMATION | Documents Filed | Proceedings Held

**Proceedings Held (Proceeding dates listed in descending order)**
None

## REGISTER OF ACTIONS

Case Information | Register Of Actions | FUTURE HEARINGS | PARTY INFORMATION | Documents Filed | Proceedings Held

12/09/2024 Proof of Personal Service; Filed by: Marc Wolstenholme (Plaintiff); As to: Riot Games, Inc. (Defendant); Service Date: 12/05/2024; Service Cost: 125.00; Service Cost Waived: No

11/20/2024 Order to Show Cause Re: Failure to File Proof of Service scheduled for 04/28/2025 at 08:30 AM in Stanley Mosk Courthouse at Department 20

11/20/2024 Notice of Case Management Conference; Filed by: Clerk

11/20/2024 Order to Show Cause Failure to File Proof of Service; Filed by: Clerk

11/20/2024 Updated -- Notice of Case Management Conference: Result: Voided

11/20/2024 Updated -- Order to Show Cause Failure to File Proof of Service: Result: Voided

11/20/2024 Notice of Case Management Conference; Filed by: Clerk

11/20/2024 Case Management Conference (test) scheduled for 04/28/2025 at 08:30 AM in Stanley Mosk Courthouse at Department 20

11/20/2024 Address for Marc Wolstenholme (Plaintiff) updated

11/20/2024 Address for Marc Wolstenholme (Plaintiff) updated

11/20/2024 Address for Marc Wolstenholme (Plaintiff) updated

11/20/2024 Notice of Case Management Conference; Filed by: Clerk

11/20/2024 Case Management Conference scheduled for 04/28/2025 at 08:30 AM in Stanley Mosk Courthouse at Department 20

**11/20/2024** Order to Show Cause Failure to File Proof of Service; Filed by: Clerk

**11/05/2024** Summons on Complaint; Issued and Filed by: Marc Wolstenholme (Plaintiff)

**11/01/2024** Case assigned to Hon. Kevin C. Brazile in Department 20 Stanley Mosk Courthouse

**10/31/2024** Complaint; Filed by: Marc Wolstenholme (Plaintiff); As to: Riot Games, Inc. (Defendant); 12333 W. Olympic Blvd Los Angeles CA 90064 (Defendant)

**10/31/2024** Civil Case Cover Sheet; Filed by: Marc Wolstenholme (Plaintiff); As to: Riot Games, Inc. (Defendant)

**10/31/2024** Alternate Dispute Resolution Packet; Filed by: Clerk

**10/31/2024** Notice of Case Assignment - Unlimited Civil Case; Filed by: Clerk

NEW SEARCH