AARON J. MOSS (SBN 190625)
AMoss@ggfirm.com
JOSHUA M. GELLER (SBN 295412)
JGeller@ggfirm.com
GREENBERG GLUSKER FIELDS CLAMAN &
MACHTINGER LLP
2049 Century Park East, Suite 2600
Los Angeles, California 90067
Telephone: 310-553-3610
Facsimile: 310-553-0687

Attorneys for Defendant Riot Games, Inc.

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| MARC WOLSTENHOLME, | Case No. |
|---|---|
| Plaintiff, | **DEFENDANT RIOT GAMES, INC.'S CORPORATE DISCLOSURE STATEMENT AND NOTICE OF INTERESTED PARTIES [L.R. 7.1-1]** |
| v. | |
| RIOT GAMES, INC., | |
| Defendant. | |
| | *[Removal from the Superior Court of California, County of Los Angeles, Case No. 24STCV28643]* |

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and Local Rule 7.1-1, the undersigned attorneys of record for Defendant Riot Games, Inc. certifies that the following listed parties may have a pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal.

1. Marc Wolstenholme
2. Riot Games, Inc. ("Riot")
3. Tencent Holdings Ltd., which is Riot's parent corporation.

No other held corporation owns 10% or more interest in Riot's stock.

DATED: January 3, 2025

GREENBERG GLUSKER FIELDS
CLAMAN & MACHTINGER LLP

By: /s/ Joshua M. Geller
AARON J. MOSS (SBN 190625)
JOSHUA M. GELLER (SBN 295412)
Attorneys for Defendant
Riot Games, Inc.