# Exhibit A

| | |
|---|---|
| **From:** | Geller, Joshua |
| **Sent:** | Tuesday, December 17, 2024 1:56 PM |
| **To:** | Marc Wolstenholme |
| **Cc:** | Moss, Aaron |
| **Subject:** | Clarification Regarding Your Complaint |
| **Attachments:** | 2024-10-31 FILED Marc Wolstenholme Complaint.pdf |

Dear Mr. Wolstenholme,

I wanted to let you know that it appears the full Complaint you served on us has not yet been filed with the Court. Based on the docket, the only document on file is the attached short-form Complaint—not the longer, narrative version you emailed to us. You can download the document from the Court's website to confirm yourself.

**DOCUMENTS FILED**

Case Information | Register Of Actions | FUTURE HEARINGS | PARTY INFORMATION | Documents Filed | Proceedings Held

Documents Filed (Filing dates listed in descending order)

12/09/2024 Proof of Personal Service
Filed by Marc Wolstenholme (Plaintiff)

11/20/2024 Notice of Case Management Conference
Filed by Clerk

11/20/2024 Order to Show Cause Failure to File Proof of Service
Filed by Clerk

11/20/2024 Notice of Case Management Conference
Filed by Clerk

11/05/2024 Summons (on Complaint)
Filed by Marc Wolstenholme (Plaintiff)

10/31/2024 Notice of Case Assignment - Unlimited Civil Case
Filed by Clerk

10/31/2024 Alternate Dispute Resolution Packet
Filed by Clerk

10/31/2024 Civil Case Cover Sheet
Filed by Marc Wolstenholme (Plaintiff)

10/31/2024 Complaint
Filed by Marc Wolstenholme (Plaintiff)

You may want to check with the Court clerk to ensure everything is in order and that your full Complaint is on file in the Court's records.

I'm sharing this purely for clarity to avoid any confusion moving forward.  Reserving all rights.

Sincerely,
Josh Geller