# Exhibit B

| | |
|---|---|
| **From:** | Marc Wolstenholme <marc@mwwolf-fiction.co.uk> |
| **Sent:** | Tuesday, December 17, 2024 3:16 PM |
| **To:** | Geller, Joshua |
| **Subject:** | Re: Clarification Regarding Your Complaint |

Thanks Joshua,

You're right, I did file an earlier version of the long form in October 2024 but then had to convert it to the proper short forms to have the cases approved and sealed. I needed the cases filed within three years for the statute of limitations. I had hoped Riot would stop abusing and come to the table to negotiate, to save us all a bunch of stress and money and damage and to save Riot from the reputational destruction prolonged and acrimonious court battles will have on it and it's standing. I plan to snowball my complaints for many reasons, one being because of the wider damage and implications of these complaints and because of the vulnerabilities of myself and of others used by Riot to hide IP theft, mainly children.

The complaint I served on you dated 04/12/2024 is an update of the long complaint. I'll be wanting to update it further and I'll present evidence with it. I'll be converting the complaints, motions, answers, declarations, briefs and evidence to plead paper, as that's how you do things in America. Given my vulnerabilities and disabilities I'll be applying for motions to ensure that I'm not disadvantaged during these proceedings.

I have a UK based solicitor friend who is willing to help create the bundles with me. I am asking for a number of authorities on both sides of the water to intervene, to become parties to these proceedings, and to protect me.

I'll check in with the court in the next few days to ask them if they need the long complaint right away.

Thanks for the heads up.


Merry Christmas,

Marc Wolstenholme.

On Tue, 17 Dec 2024 at 21:55, Geller, Joshua <jgeller@greenbergglusker.com> wrote:

> Dear Mr. Wolstenholme,

1

I wanted to let you know that it appears the full Complaint you served on us has not yet been filed with the Court. Based on the docket, the only document on file is the attached short-form Complaint—not the longer, narrative version you emailed to us. You can download the document from the Court's website to confirm yourself.

You may want to check with the Court clerk to ensure everything is in order and that your full Complaint is on file in the Court's records.

I'm sharing this purely for clarity to avoid any confusion moving forward.  Reserving all rights.

Sincerely,

Josh Geller

**Joshua Geller**
Partner
Biography | vCard
310.201.7460 Direct
jgeller@greenbergglusker.com

**Greenberg Glusker LLP**
2049 Century Park East, Suite 2600
Los Angeles, CA  90067
**GreenbergGlusker.com**

This message is intended solely for the use of the addressee(s) and is intended to be privileged and confidential within the attorney client privilege. If you have received this message in error, please immediately notify the sender at Greenberg Glusker and delete all copies of this email message along with all attachments. Thank you.

2