

Marc Wolstenholme (M.W. Wolf Ltd)

5 Shetland Close, Coventry, CV5 7LS

marc@mwwolf-fiction.co.uk

Marc.wolstenholme@yahoo.co.uk

07827964404

Marc Wolstenholme (M.W. Wolf LTD).

Plaintiff

v.

Riot Games, Inc.

Defendant

CASE NO. 2:25-CV-00053-FMO-BFM-

UNITED STATES DISTRICT COURT CENTRAL DISTRICT OF CALIFORNIA

Clerk's Office

**Request for Permission to File Documents via Email as a Pro Se Litigant**

Dear Clerk's Office,

I am the Plaintiff in the case Marc Wolstenholme v. Riot Games, Inc., Case No. 2:25-cv-00053-FMO-BFM. The Defendant's representative, Josh Geller, has had this case removed to federal court and has filed a Motion to Dismiss. I have only just discovered this filing and need to respond promptly to comply with the court's rules and prevent dismissal on procedural grounds.

Unfortunately, I am experiencing significant challenges filing my response due to my location in the United Kingdom and the limitations of the PACER system. I have learned

that the California Central District Court does not allow non-attorney e-filing registration, which means that, as a pro se litigant, I am unable to electronically file my documents directly through PACER.

Being located overseas and having only 14 days to respond to the Motion to Dismiss places me at a significant disadvantage. Additionally, first-class mail from the UK to the United States currently takes approximately 20 working days, making it impossible for my response to arrive within the court's deadline.

Given these challenges, I respectfully request that the court permit me to file the attached documents via email. I believe this would align with the court's interest in ensuring fairness and access to justice, especially for pro se litigants. To comply with the court's rules, I will also send a hard copy of the attached documents via first-class mail, though it will not arrive within the required timeframe.

The documents I seek to file are as follows:

Plaintiff's Opposition to Defendant's Motion to Dismiss Pursuant to Federal Rule of Civil Procedure 12(b)(6) and Motion for a More Definite Statement Pursuant to Rule 12(e)

Declaration of Marc Wolstenholme in Support of Opposition to Defendant's Motion to Dismiss

Thank you for your understanding and assistance in this matter. I trust the court will take these extraordinary circumstances into account and grant my request to file by email.

Yours sincerely,

Marc Wolstenholme (M.W. Wolf Ltd)     *M.Wolstenholme.*

5 Shetland Close, Coventry, CV5 7LS

marc@mwwolf-fiction.co.uk

07827964404