Marc Wolstenholme

5 Shetland Close

Coventry, England CV5 7LS

Telephone: 044 7827964404

Email: marc@mvwolf-fiction.co.uk

Plaintiff in Pro Per

SUPERIOR COURT OF CALIFORNIA

COUNTY OF LOS ANGELES

STANLEY MOSK COURTHOUSE

| | |
|---|---|
| MARC WOLSTENHOLME,<br><br>  Plaintiff,<br><br>vs.<br><br>RIOT GAMES, INC.,<br><br>  Defendant | Case No.: 24STCV28643<br><br>2:25-cv-00053-FMO-BFM<br>Hon. Kevin C. Brazile, Dept. 20<br><br>(1) COPYRIGHT INFRINGEMENT (17 U.S.C. § 501)<br>(2) VICARIOUS COPYRIGHT INFRINGEMENT (17 U.S.C. § 501)<br>(3) UNFAIR COMPETITION (17 U.S.C. § 501)<br>(4) INTENTIONAL INFLICTION OF EMOTIONAL DISTRESS (IIED): CALIFORNIA CIVIL CODE § 1708.<br>Action Filed Date: October 31, 2024 |

NARRATIVE COMPLAINT

Dated this 09.01.2025.

*M.Wolstenholme.*

[MARC WOLSTENHOLME]

(1) COPYRIGHT INFRINGEMENT (17 U.S.C. § 501) (2) VICARIOUS COPYRIGHT INFRINGEMENT (17 U.S.C. § 501) (3) UNFAIR COMPETITION (17 U.S.C. § 501) (4) INTENTIONAL INFLICTION OF EMOTIONAL DISTRESS (IIED): CALIFORNIA CIVIL CODE § 1708.ACTION FILED DATE: OCTOBER 31, 2024 - 1

## INTRODUCTION

Plaintiff Marc Wolstenholme ("Plaintiff"), a UK resident and the owner of the copyrighted material known as the M.W. Wolf catalogue of fiction, brings this action against Defendant Riot Games, Inc. ("Defendant"), a California-based video game development company.

Plaintiff owns the exclusive copyright to "Bloodborg: The Harvest" by M.W. Wolf, created between 2018-2019.

Plaintiff alleges that Defendant infringed his copyright by using the manuscript of "Bloodborg: The Harvest" submitted to Riot Forge, Curtis Brown Group, and others in 2020 to create the animated series ARCANE. Plaintiff asserts that Defendant's animated show and promotional materials derive narrative elements, themes, aesthetics, and character arcs from Plaintiff's copyrighted work.

Plaintiff seeks damages for the harm suffered, statutory damages, and an injunction to prevent further infringement.

**JURISDICTION AND VENUE**

5. This Court has jurisdiction pursuant to 28 U.S.C. § 1338(a) as this matter arises under the U.S. Copyright Act (17 U.S.C. § 501).

6. Venue is proper in this Court pursuant to 28 U.S.C. § 1400(a) as Defendant Riot Games, Inc. maintains its principal place of business in Los Angeles County, California.

**PARTIES**

7. Plaintiff Marc Wolstenholme is a UK resident and owner of the M.W. Wolf catalogue of fiction.

8. Defendant Riot Games, Inc. is a video game development company headquartered in Los Angeles, California.

**FACTUAL ALLEGATIONS**

9. Plaintiff created the work "Bloodborg: The Harvest" between 2018 and 2019 and holds the exclusive copyright to this literary work.

10. In early 2020, Plaintiff submitted the manuscript of "Bloodborg: The Harvest" to Riot Forge, Curtis Brown Group, and others.

11. Plaintiff alleges that Defendant Riot Games unlawfully copied significant portions of his manuscript to create the animated series ARCANE, which premiered on Netflix in November 2021.

12. Plaintiff asserts that characters, plotlines, thematic elements, and narrative structure in ARCANE mirror those found in "Bloodborg: The Harvest."

13. Plaintiff further alleges that the official music video "Blood Sweat & Tears" by Riot Games, featuring Sheryl Lee Ralph, derives directly from elements of "Bloodborg: The Harvest."

14. Defendant continues to profit from ARCANE and related products despite being notified of the alleged infringement in November 2021.

15. Defendant's legal representatives responded with threats of extensive legal fees, causing Plaintiff emotional distress and further exacerbating his existing complex PTSD.

**FIRST CAUSE OF ACTION**

(Copyright Infringement – 17 U.S.C. § 501)

16. Plaintiff incorporates paragraphs 1 through 15 by reference.

17. Defendant, without authorization, copied, distributed, and publicly displayed Plaintiff's copyrighted material.

18. Defendant's unauthorized use of Plaintiff's work constitutes direct copyright infringement.

19. Plaintiff has suffered damages as a direct result of Defendant's infringement and is entitled to statutory damages and injunctive relief under 17 U.S.C. § 504.

**SECOND CAUSE OF ACTION**

(Vicarious Copyright Infringement – 17 U.S.C. § 501)

20. Plaintiff incorporates paragraphs 1 through 19 by reference.

21. Defendant benefited financially from the unauthorized use of Plaintiff's copyrighted material through partnerships with Netflix, Fortiche Production SAS, and others.

22. Defendant had the ability to control and supervise the infringing conduct but failed to prevent it.

23. Plaintiff seeks statutory damages and injunctive relief to prevent further vicarious infringement.

### THIRD CAUSE OF ACTION

(Unfair Competition – Cal. Bus. & Prof. Code § 17200)

24. Plaintiff incorporates paragraphs 1 through 23 by reference.

25. Defendant engaged in unlawful and unfair business practices by misappropriating Plaintiff's copyrighted material for commercial gain.

26. Defendant's conduct caused Plaintiff significant financial harm and reputational damage.

27. Plaintiff seeks restitution, disgorgement of profits, and injunctive relief to prevent further unfair competition.

### FOURTH CAUSE OF ACTION

(Intentional Infliction of Emotional Distress – Cal. Civ. Code § 1708)

28. Plaintiff incorporates paragraphs 1 through 27 by reference.

29. Defendant's legal representatives threatened Plaintiff with excessive legal fees and dismissal of his claims, knowing Plaintiff was a vulnerable adult with complex PTSD.

30. Defendant's conduct was extreme, outrageous, and beyond the bounds of decency, causing Plaintiff severe emotional distress.

31. Plaintiff seeks compensatory and punitive damages for the emotional harm suffered.

**PRAYER FOR RELIEF**

WHEREFORE, Plaintiff prays for judgment against Defendant as follows:

Statutory damages for copyright infringement pursuant to 17 U.S.C. § 504.

Injunctive relief to prevent further infringement.

Disgorgement of profits and restitution under Cal. Bus. & Prof. Code § 17200.

Compensatory and punitive damages for emotional distress.

Reimbursement of legal fees and costs.

Any other relief deemed just and proper by the Court.

Dated: January 9, 2025

Respectfully submitted,

Marc Wolstenholme      *M.Wolstenholme.*

Plaintiff pro se

(1) COPYRIGHT INFRINGEMENT (17 U.S.C. § 501) (2) VICARIOUS COPYRIGHT INFRINGEMENT (17 U.S.C. § 501) (3) UNFAIR COMPETITION (17 U.S.C. § 501) (4) INTENTIONAL INFLICTION OF EMOTIONAL DISTRESS (IIED): CALIFORNIA CIVIL CODE § 1708.ACTION FILED DATE: OCTOBER 31, 2024 - 6