AO 121 (Rev. 06/16)

| TO: <br><br>**Register of Copyrights** <br> **U.S. Copyright Office** <br> **101 Independence Ave. S.E.** <br> **Washington, D.C. 20559-6000** | **REPORT ON THE** <br> **FILING OR DETERMINATION OF AN** <br> **ACTION OR APPEAL** <br> **REGARDING A COPYRIGHT** |  FILED <br> CLERK, U.S. DISTRICT COURT <br> 1/17/25 <br> CENTRAL DISTRICT OF CALIFORNIA <br> BY ___MRV___ DEPUTY <br> DOCUMENT SUBMITTED THROUGH THE <br> ELECTRONIC DOCUMENT SUBMISSION SYSTEM |

In compliance with the provisions of 17 U.S.C. 508, you are hereby advised that a court action or appeal has been filed on the following copyright(s):

| ☑ ACTION      ☐ APPEAL | COURT NAME AND LOCATION <br> Central District of California <br> Western Division |
|---|---|
| DOCKET NO.   5 | DATE FILED   1/13/2025 |
| PLAINTIFF <br> Marc Wolstenholme (M.W. Wolf) | DEFENDANT <br> RIOT GAMES, INC., |

| COPYRIGHT REGISTRATION NO. | TITLE OF WORK | AUTHOR OR WORK |
|---|---|---|
| 1  1-14654214871 | After the Black: Buried at Bedlam and 9 Other Unpubl | Marc Wolstenholme |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |

In the above-entitled case, the following copyright(s) have been included:

| DATE INCLUDED <br> 1/13/2025 | INCLUDED BY <br> ☑ Amendment      ☐ Answer      ☐ Cross Bill      ☐ Other Pleading | |
|---|---|---|
| COPYRIGHT REGISTRATION NO. | TITLE OF WORK | AUTHOR OF WORK |
| 1  1-14654214871 | Bloodborg: The Harvest (created in 2018-2019) | Marc Wolstenholme (M.W. Wolf) |
| 2 | | |
| 3 | . | |

In the above-entitled case, a final decision was rendered on the date entered below.  A copy of the order or judgment together with the written opinion, if any, of the court is attached.

| COPY ATTACHED <br><br> ☐ Order      ☐ Judgment | WRITTEN OPINION ATTACHED <br><br> ☐ Yes      ☐ No | DATE RENDERED |
|---|---|---|
| CLERK | (BY) DEPUTY CLERK | DATE |

**DISTRIBUTION:**

1) Upon initiation of action, mail copy to Register of Copyrights    2) Upon filing of document adding copyright(s), mail copy to Register of Copyrights    3) Upon termination of action, mail copy to Register of Copyrights

4) In the event of an appeal, forward copy to Appellate Court    5) Case File Copy