**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| MARC WOLSTENHOLME, | CASE NUMBER |
|---|---|
| PLAINTIFF(S) v. | CV 25-00053 FMO (BFMx) |
| RIOT GAMES, INC., | **ORDER RE APPLICATION FOR PERMISSION FOR ELECTRONIC FILING** |
| DEFENDANT(S) | |

IT IS ORDERED that the Application for Permission for Electronic Filing by plaintiff is hereby:

☑ GRANTED

Pursuant to Local Rule 5-4.1.1, the applicant must register to use the Court's CM/ECF System within five (5) days of being served with this order. Registration information is available at the Pro Se Litigant E-Filing web page located on the Court's website. Upon registering, the applicant will receive a CM/ECF login and password that will allow him/her to file non-sealed documents electronically in this case only. Any documents being submitted under seal must be manually filed with the Clerk.

Dated: January 21, 2025                   /s/ Fernando M. Olguin

United States District/~~Magistrate Judge~~

☐ DENIED
*Comments:*

Dated: _____        _____
United States District/Magistrate Judge

CV-05 Order (12/15)         ORDER RE APPLICATION FOR PERMISSION FOR ELECTRONIC CASE FILING