# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARC WOLSTENHOLME, <br><br> PLAINTIFF(S) <br> v. <br> RIOT GAMES, INC., <br><br> DEFENDANT(S). | CASE NUMBER <br><br> CV 25-00053 FMO (BFMx) <br><br> **ORDER STRIKING FILED DOCUMENTS FROM THE RECORD** |

WHEREAS, the documents listed below are deficient for the following reason(s):
Local Rule 6-1, notice must be 28 days before the hearing is set.

IT IS HEREBY ORDERED that the documents shall be stricken from the record and shall not be considered by the Court:

| **Document Entitled** | **Filed** |
|---|---|
| Motion in Limine [17] | January 20, 2025 |

IT IS FURTHER ORDERED that the documents shall not be returned to the filing party; however, the Clerk shall note on the case docket that the documents are stricken from the record.

| | |
|---|---|
| January 24, 2025 <br> Date | /s/ Fernando M. Olguin <br> United States District Judge |

CV-80 (12/22)  **ORDER STRIKING FILED DOCUMENTS FROM THE RECORD**