AARON J. MOSS (SBN 190625)
AMoss@ggfirm.com
JOSHUA M. GELLER (SBN 295412)
JGeller@ggfirm.com
GREENBERG GLUSKER FIELDS CLAMAN & MACHTINGER LLP
2049 Century Park East, Suite 2600
Los Angeles, California 90067
Telephone: 310-553-3610
Facsimile: 310-553-0687

Attorneys for Defendant Riot Games, Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARC WOLSTENHOLME,<br><br>    Plaintiff,<br><br>    v.<br><br>RIOT GAMES, INC.,<br><br>    Defendant. | Case No. 2:25-cv-00053-FMO-BFM<br><br>*Hon. Fernando M. Olguin*<br><br>**DECLARATION OF JOSHUA M. GELLER IN SUPPORT OF MOTION TO DISMISS FIRST AMENDED COMPLAINT PURSUANT TO FRCP 12(B)(6)**<br><br>Date: February 27, 2025<br>Time: 10:00 a.m.<br>Crtrm: 6D<br><br>[Notice of Motion and Motion to Dismiss and [Proposed] Order filed concurrently herewith] |

# DECLARATION OF JOSHUA M. GELLER

I, Joshua M. Geller, declare:

1. I am an attorney duly licensed to practice in all the courts of the State of California and I am counsel of Greenberg Glusker Fields Claman & Machtinger LLP, attorneys of record for Defendant Riot Games, Inc. ("Riot"). The facts set forth herein are of my own personal knowledge and if sworn I could and would testify competently thereto under oath. I submit this declaration in support of Riot's Motion to Dismiss the First Amended Complaint filed by Plaintiff Marc Wolstenholme ("Wolstenholme") for failure to state a claim pursuant to Fed. R. Civ. Pro. 12(b)(6).

2. On or about January 13, 2025, Wolstenholme filed a First Amended Complaint, Dkt. No. 11 ("FAC"). The Notice of Electronic Filing of that document was circulated by email on January 15, 2025.

3. In that First Amended Complaint, Mr. Wolstenholme references an exchange of correspondence in November 2021. *See* FAC ¶¶ 14–15. He states that he notified Riot of the alleged infringement in November 2021, and that Riot's "legal representatives responded with threats of extensive legal fees." *Id.* I understand Mr. Wolstenholme to be referencing a letter sent by my colleague, Aaron J. Moss to Mr. Wolstenholme, on which I was copied, dated November 28, 2021. A true and correct copy of that letter from Mr. Moss to Mr. Wolstenholme is attached as **Exhibit A**.

4. On January 16, 2025, I emailed Mr. Wolstenholme informing him that Riot intended to move to dismiss the First Amended Complaint under Federal Rule of Civil Procedure 12(b)(6) for failure to state a claim. I explained the legal basis for the motion and offered to have a further telephone call to discuss. A true and correct copy of my email to Mr. Wolstenholme is attached as **Exhibit B**.

5. Mr. Wolstenholme responded to my January 16 email on January 17, stating that he would "call [me] for a Rule 7-3 Meet and Confer" and requesting a

"meeting agenda." I responded on January 18 and provided a detailed summary of the legal arguments that Riot intended to raise in connection with its motion to dismiss, along with the applicable case law. A true and correct copy of that correspondence is attached as **Exhibit C**.

      6.     Mr. Wolstenholme and I spoke on the telephone on January 20. We discussed the various legal bases for the motion to dismiss. I explained Riot's view that these legal deficiencies could not be corrected by amendment, and so the only proper course would be for Mr. Wolstenholme to dismiss his First Amended Complaint, and that if he would not do so, Riot would proceed with the instant motion.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed this 27th day of January, 2025 at Los Angeles, California.

                                        */s/ Joshua M. Geller*
                                         Joshua M. Geller