AARON J. MOSS (SBN 190625)
AMoss@ggfirm.com
JOSHUA M. GELLER (SBN 295412)
JGeller@ggfirm.com
GREENBERG GLUSKER FIELDS CLAMAN & MACHTINGER LLP
2049 Century Park East, Suite 2600
Los Angeles, California 90067
Telephone: 310-553-3610
Facsimile: 310-553-0687

Attorneys for Defendant Riot Games, Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARC WOLSTENHOLME,<br><br>    Plaintiff,<br><br>    v.<br><br>RIOT GAMES, INC.,<br><br>    Defendant. | Case No. 2:25-cv-00053-FMO-BFM<br><br>*Hon. Fernando M. Olguin*<br><br>**[PROPOSED] ORDER GRANTING MOTION TO DISMISS FIRST AMENDED COMPLAINT PURSUANT TO FRCP 12(B)(6) OR, IN THE ALTERNATIVE, FOR MORE DEFINITE STATEMENT PURSUANT TO FRCP 12(E)**<br><br>Date:   February 27, 2025<br>Time:   10:00 a.m.<br>Crtrm:  6D<br><br>[Notice of Motion and Motion to Dismiss and Declaration of Joshua M. Geller filed concurrently herewith] |

Defendant Riot Games, Inc.'s ("Riot") Motion to Dismiss the First Amended Complaint filed by Plaintiff Marc Wolstenholme ("Wolstenholme") for failure to state a claim pursuant to Fed. R. Civ. Pro. 12(b)(6) came on for hearing in Courtroom 6D of the above-entitled Court, the Honorable Fernando M. Olguin presiding. Appearances were as reflected on the record. The Court, having considered the motion and all supporting moving papers, the opposition papers, and the reply thereto, and the oral argument presented at the hearing, and for good cause appearing,

**IT IS HEREBY ORDERED THAT:**

1. The motion is GRANTED; and

2. Plaintiff's First Amended Complaint is dismissed with prejudice.

**IT IS SO ORDERED.**

Dated: _____

HON. FERNANDO M. OLGUIN
United States District Court Judge