# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

MARC WOLSTENHOLME,

PLAINTIFF(S)

v.

RIOT GAMES, INC.,

DEFENDANT(S).

CASE NUMBER

CV 25-00053 FMO (BFMx)

**ORDER STRIKING FILED DOCUMENTS FROM THE RECORD**

WHEREAS, the documents listed below are deficient for the following reason(s):
Hearing information missing or not timely. Proposed orders not attached.

IT IS HEREBY ORDERED that the documents shall be stricken from the record and shall not be considered by the Court:

| Document Entitled | Filed |
|---|---|
| Motions In Limine [20], [21], [22], [23] | January 24, 25, 26 & 27, 2025 |
| Request for Remote Appearance [24] | January 26, 2025 |

IT IS FURTHER ORDERED that the documents shall not be returned to the filing party; however, the Clerk shall note on the case docket that the documents are stricken from the record.

January 28, 2025
Date

/s/ Fernando M. Olguin
United States District Judge