Marc Wolstenholme
5 Shetland Close
Coventry, England CV5 7LS
Telephone: 044 7827964404
Email: marc@mvwolf-fiction.co.uk
Plaintiff in Pro Per

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARC WOLSTENHOLME,<br><br>              Plaintiff,<br><br>vs.<br><br>RIOT GAMES, INC.,<br><br>              Defendant | CASE NO. 2:25-CV-00053-FMO-BFM<br><br>HON. FERNANDO M. OLGUIN<br><br>PLAINTIFF'S SECOND AMENDED COMPLAINT (SAC)<br><br>DATE: FEBRUARY 27, 2025<br>TIME: 10:00 A.M.<br>CRTRM: 6D<br><br>COMPLAINT FILED: OCTOBER 31, 2024<br>DEFAULT JUDGMENT FILED JANUARY 07, 2025:<br>COMPLAINT - SHORT FORM: JANUARY 01, 2025<br>AMENDED COMPLAINT FILED: JANUARY 04, 2025- ACCEPTED:<br><br>JANUARY 29, 2025 |

Dated this: JANUARY 29, 2025

*M.WOLSTENHOLME.*

[MARC WOLSTENHOLME]

1

PLAINTIFF'S SECOND AMENDED COMPLAINT (SAC)

## I.      INTRODUCTION TO CASE (bad faith background)

Plaintiff, Marc Wolstenholme ("Plaintiff"), respectfully submits this Opposition to Defendant Riot Games, Inc.'s ("Defendant") second Motion to Dismiss (27 January 2025) under Rule 12(b)(6) and Motion for a More Definite Statement under Rule 12(e). Defendant's motion erroneously asserts that Plaintiff's Complaint fails to meet the pleading standards under the Federal Rules of Civil Procedure. Contrary to Defendant's arguments, Plaintiff's Complaint sufficiently alleges facts that, if true, state claims for relief under the Copyright Act, California's Unfair Competition Law, and other causes of action. Additionally, the Complaint provides the Defendant with sufficient notice to prepare an appropriate defense.

The Defendant threatened to have the case kicked out before any hearings, then engaged in behaviors alleged to be deliberate attempts to circumnavigate the law and to frustrate the plaintiff and to create legal technicalities, after already being informed of the stress and emotional harm these behaviors are causing. The Defendant has already filed a Motion to Dismiss (January 3, 2025) which dictated the Plaintiff's response, as the Plaintiff filed a first amended complaint in response to this Motion to Dismiss. This is alleged to have been a bad faith and unethical tactic to coercively control the filing of information and the narrative of these cases. Moreover, The Plaintiff has been complaining about these behaviors and bad faith negotiations across many filings and correspondence.

The Defendant remains unwilling to answer any of the Plaintiff's requests or questions or pre-litigation discovery at all. Indeed, the conferences have been one-sided telling

2

PLAINTIFF'S SECOND AMENDED COMPLAINT (SAC)

the plaintiff the they will have the case kicked out with motions to dismiss, and ignoring the plaintiff's offers to address the purported deficiencies.

Plaintiff has exchanged many communications with the Defendant, providing upwards of 1000 strands of evidence supporting his allegations. These communications, spanning months, gave Defendant ample opportunity to understand the Plaintiff's complaints. Furthermore, Defendant has failed to serve any response or notices to the Plaintiff and failed to file a proper response to the court summons. Plaintiff also filed an amendment to the complaint, which has been accepted by the district court and served on the Defendant prior to the Motion to Dismiss being filed with the federal court. Yet they still filed it. As for the second Motion to Dismiss (27 January 2025), the Plaintiff had already addressed all of these purported deficiencies in a preemptive report addressing the concerns, tiled PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION TO DISMISS - pre-emptive. This was filed and accepted by the court before the second Motion to Dismiss was filed. This is bad faith, manipulative and bullying of a party who is clearly more vulnerable, and has already expressed his concerns of being emotionally troubled by these behaviors.

Plaintiff alleges this is a continuation of the bad faith negotiations and threats against a vulnerable adult. Plaintiff argues that the Defendant's Motion to Dismiss is not an honest reflection of the Plaintiff's efforts to engage with pretrial discovery as the primary means for clarifying claims. Plaintiff further alleges that the Defendant has refused to cooperate and obstructed his attempts to advance the complaints and engage in pretrial discovery. Defendant's

PLAINTIFF'S SECOND AMENDED COMPLAINT (SAC)

motion lacks merit as it misrepresents Plaintiff's efforts and disregards the case management hearing already set with the district court.

**INTRODUCTION TO PLAINTIFF'S SECOND AMENDED COMPLAINT (SAC)**

Plaintiff Marc Wolstenholme ("Plaintiff"), a UK resident and the owner of the copyrighted material known as the M.W. Wolf catalogue of fiction, brings this action against Defendant Riot Games, Inc. ("Defendant"), a California-based video game development company.

Plaintiff owns the exclusive copyright to "Bloodborg: The Harvest" by M.W. Wolf, created between 2018-2019.

Plaintiff alleges that Defendant infringed his copyright by using the manuscript of "Bloodborg: The Harvest" submitted to Riot Forge, Curtis Brown Group, and others in 2019 and 2020 to create the animated series ARCANE and its spin-offs including but not limited to, The Blood Sweat and Tears music video, and Welcome to Noxus - Bite Marks (ft. TEYA), 2025 Season 1 Cinematic - League of Legends. The Plaintiff further alleged that the whole of Riot Games' lore and backstories have been retconned to align with the infringed upon narratives, thus the Infringement is now deeply intwined into all of Riot Games' products, games and shows.

Plaintiff asserts that Defendant's animated show and promotional materials derive narrative elements, themes, aesthetics, and character arcs from Plaintiff's copyrighted work.

4

Plaintiff seeks damages for the harm suffered, statutory damages, and an injunction to prevent further infringement.

**Cases**

(1) COPYRIGHT INFRINGEMENT (17 U.S.C. § 501)

(2) VICARIOUS COPYRIGHT INFRINGEMENT (17 U.S.C. § 501)

(3) UNFAIR COMPETITION (17 U.S.C. § 501)

(4) INTENTIONAL INFLICTION OF EMOTIONAL DISTRESS (IIED): CALIFORNIA CIVIL CODE § 1708.ACTION FILED DATE: OCTOBER 31, 2024 - 3

**JURISDICTION AND VENUE**

5. This Court has jurisdiction pursuant to 28 U.S.C. § 1338(a) as this matter arises under the U.S. Copyright Act (17 U.S.C. § 501).

6. Venue is proper in this Court pursuant to 28 U.S.C. § 1400(a) as Defendant Riot Games, Inc. maintains its principal place of business in Los Angeles County, California.

**PARTIES**

7. Plaintiff Marc Wolstenholme is a UK resident and owner of the M.W. Wolf catalogue of fiction.

8. Defendant Riot Games, Inc. is a video game development company headquartered in Los Angeles, California.

5

PLAINTIFF'S SECOND AMENDED COMPLAINT (SAC)

**FACTUAL ALLEGATIONS**

9. Plaintiff created the work "Bloodborg: The Harvest" between 2018 and 2019 and holds the exclusive copyright to this literary work.

10. In early 2020, Plaintiff submitted the manuscript of "Bloodborg: The Harvest" to Riot Forge, Curtis Brown Group, and others.

11. Plaintiff alleges that Defendant Riot Games unlawfully copied significant portions of his manuscript to create the animated series ARCANE, which premiered on Netflix in November 2021.

12. Plaintiff asserts that characters, plotlines, thematic elements, and narrative structure in ARCANE mirror those found in "Bloodborg: The Harvest."

13. Plaintiff further alleges that the official music video "Blood Sweat & Tears" by Riot Games, featuring Sheryl Lee Ralph, derives directly from elements of "Bloodborg: The Harvest."

14. Defendant continues to profit from ARCANE and related products despite being notified of the alleged infringement in November 2021.

6

PLAINTIFF'S SECOND AMENDED COMPLAINT (SAC)

15. Defendant's legal representatives responded with the threat of extensive legal fees, causing Plaintiff emotional distress and further exacerbating his existing complex PTSD.

**FIRST CAUSE OF ACTION**

(Copyright Infringement – 17 U.S.C. § 501)

16. Plaintiff incorporates paragraphs 1 through 15 by reference.

17. Defendant, without authorization, copied, distributed, and publicly displayed Plaintiff's copyrighted material. Furthermore, the showrunners accepted awards for this infringed material.

18. Defendant's unauthorized use of Plaintiff's work constitutes direct copyright infringement.

19. Plaintiff has suffered damages as a direct result of Defendant's infringement and is entitled to statutory damages and injunctive relief under 17 U.S.C. § 504.

**SECOND CAUSE OF ACTION**

(Vicarious Copyright Infringement – 17 U.S.C. § 501)

20. Plaintiff incorporates paragraphs 1 through 19 by reference.

7

21. Defendant benefited financially from the unauthorized use of Plaintiff's copyrighted material through partnerships with Netflix, Fortiche Production SAS, and others.

22. Defendant had the ability to control and supervise the infringing conduct but failed to prevent it.

23. Plaintiff seeks statutory damages and injunctive relief to prevent further vicarious infringement.

**THIRD CAUSE OF ACTION**

(Unfair Competition – Cal. Bus. & Prof. Code § 17200)

24. Plaintiff incorporates paragraphs 1 through 23 by reference.

25. Defendant engaged in unlawful and unfair business practices by misappropriating Plaintiff's copyrighted material for commercial gain.

26. Defendant's conduct caused Plaintiff significant financial harm and reputational damage.

27. Plaintiff seeks restitution, disgorgement of profits, and injunctive relief to prevent further unfair competition.

**FOURTH CAUSE OF ACTION**

(Intentional Infliction of Emotional Distress – Cal. Civ. Code § 1708)

8

PLAINTIFF'S SECOND AMENDED COMPLAINT (SAC)

28. Plaintiff incorporates paragraphs 1 through 27 by reference.

29. Defendant's legal representatives threatened Plaintiff with excessive legal fees and dismissal of his claims, knowing Plaintiff was a vulnerable adult with complex PTSD.

30. Defendant's conduct was extreme, outrageous, and beyond the bounds of decency, causing Plaintiff severe emotional distress.

31. Infringed work is trauma writing, stealing one's trauma writing, especially given the content of it, and misusing it, and airing it for all to see, in a manner it wasn't intended, is akin to stealing one's therapy and medication and causing relentless and continued triggering. Moreover, it is alleged that Riot Games has added Gaslighting into the actual show. Furthermore, the endless threats to have the cases kicked out before any hearing, the complete disregard for the law and for the plaintiff's hardship and the unwillingness to take responsibility for their actions, along with the endless legal technicalities and diversions, all adds to the emotional and psychological toll and pain caused. As does the needless misrepresentation of the plaintiff's complaints.

PLAINTIFF'S SECOND AMENDED COMPLAINT (SAC)

Plaintiff seeks compensatory and punitive damages for the emotional harm suffered.

**PRAYER FOR RELIEF**

WHEREFORE, Plaintiff prays for judgment against Defendant as follows:

Statutory damages for copyright infringement pursuant to 17 U.S.C. § 504.

Injunctive relief to prevent further infringement.

Disgorgement of profits and restitution under Cal. Bus. & Prof. Code § 17200.

Compensatory and punitive damages for emotional distress.

Reimbursement of legal fees and costs.

Any other relief deemed just and proper by the Court.

The Plaintiff, Marc Wolstenholme, M.W. Wolf.

Date: JANUARY 29, 2025

Signed: *M.WOLSTENHOLME.*

10

PLAINTIFF'S SECOND AMENDED COMPLAINT (SAC)

1.  **Pre-Emptive defense against DEFENDANT'S MOTION TO DISMISS PURSUANT TO AMENDED COMPLAINT UNDER FEDERAL RULE OF CIVIL PROCEDURE 12(B)(6) FOR FAILURE TO STATE A CLAIM.**

Originally filed- JANUARY 17, 2025.

**On January 16, 2025, 19:20 (GMT), Defendant emailed the Plaintiff, the** "Riot intends to move to dismiss this Amended Complaint under Federal Rule of Civil Procedure 12(b)(6) for failure to state a claim."

***THE FULL EMAIL STATED:***

*Rule 7-3 Meet and Confer, Case 2:25-cv-00053-FMO-BFM*

*Mr. Wolstenholme,*

*We have received a copy of your Amended Complaint, which was filed with the federal court on January 13. A copy of the Notice of Electronic Filing is attached for your reference. In light of the Amended Complaint, Riot's original motion to dismiss is moot (see attached order from the Court).*

*Riot intends to move to dismiss this Amended Complaint under Federal Rule of Civil Procedure 12(b)(6) for failure to state a claim. As to your two copyright claims, you have not alleged a plausible claim for relief, including because you have not included any factual*

PLAINTIFF'S SECOND AMENDED COMPLAINT (SAC)

*allegations regarding what protected expression of your work has been infringed by Riot and have not included sufficient allegations regarding access (i.e., how you contend Riot received a copy of your work), among other deficiencies. As to your two state law claims, they fail to state a claim for relief for a few reasons. Your claim for unfair competition is preempted by the U.S. Copyright Act. Your claim for intentional infliction of emotional distress, as far as we understand it, is time barred (outside the statute of limitations), barred by the litigation privilege, and otherwise fails to allege a plausible claim for relief.*

*I am happy to discuss these issues further in a telephone call. Please note that our deadline to file our motion to dismiss is January 27. Please let me know if you would like a further phone call to discuss, and if so, please provide your availability to do so.*

*Regarding the other issues you've raised in your recent emails, I will respond in a separate email.*

*Sincerely,*

*Josh Geller"*


### 2.  The Plaintiff Alleges

The Plaintiff alleges that, instead of addressing the complaints, the Defendant is attempting to circumnavigate justice by creating legal technicalities and misrepresenting the claims to further frustrate and cause harm. The plaintiff states for over 3 years, the defendant has failed to investigate his complaints or sufficiently address them. The Plaintiff believes that the endless spurious motions are designed to overwhelm him and make him slip up, missing

PLAINTIFF'S SECOND AMENDED COMPLAINT (SAC)

deadlines or failing to respond to the court. The Plaintiff states that he has 1000s of pieces of evidence to compile into court bundles and the Defendant is aware of this. The defendant had previously threatened to have the case kicked out of court before any hearings and these threats have been provided to the court.

### 3.  Addressing each section of the email of pending motion.

3a. Mr. Geller wrote. *"We have received a copy of your Amended Complaint, which was filed with the federal court on January 13.  A copy of the Notice of Electronic Filing is attached for your reference. In light of the Amended Complaint, Riot's original motion to dismiss is moot (see attached order from the Court)."*


The Plaintiff states that Mr. Geller has had many complaints over many months, ensuring that both he and his client are fully aware of the complaints and the infringements. The Plaintiff was made aware of the Copyright infringement after the release of Arcane on Netflix on the 23$^{rd of}$ November 2021. It would have been impossible for the Plaintiff to be aware of the infringement before this date. The Plaintiff contacted Riot Games the day after. After the 2021 threats from the defendant in letters, which have been added to previous declarations, the Plaintiff was wrongly led to believe that he was too weak and vulnerable and too poor to seek legal justice against such a powerful and rich company. The plaintiff was too ill to pursue justice at that time. In better health and mind, the plaintiff filed a complaint with the district court and began these proceedings in October 2024, before the end of the three years, as provided by 17 U.S.C. § 507(b).

PLAINTIFF'S SECOND AMENDED COMPLAINT (SAC)

COMPLAINT WAS FILED ON OCTOBER 31, 2024

DEFAULT JUDGMENT FILED JANUARY 07, 2025:

COMPLAINT - SHORT FORM: JANUARY 01, 2025

AMENDED COMPLAINT FILED: JANUARY 04, 2025- ACCEPTED:

Case 2:25-cv-00053-FMO-BFM Amended Complaint filed JANUARY 13, 2025

**3b. Defense Against Rule 12(b)(6) Motion: Failure to State a Claim.**

Mr. Geller (defendant) wrote "*As to your two copyright claims, you have not alleged a plausible claim for relief, including because you have not included any factual allegations regarding what protected expression of your work has been infringed by Riot.*"

*Introduction:*

In response to Riot's anticipated motion to dismiss the Amended Complaint under Rule 12(b)(6) for failure to state a claim, the plaintiff submits the following defense. Riot argues that the copyright claims are not plausible because the Amended Complaint does not sufficiently identify the protected expression of the plaintiff's work that has allegedly been infringed. However, the Amended Complaint, when viewed in its entirety and construed in the plaintiff's favor, states a valid copyright infringement claim with sufficient detail to meet the pleading standards established under Twombly and Iqbal.

Additionally, On January 13, 2025, the plaintiff filed DECLARATION OF MARC WOLSTENHOLME In Support of Request PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION TO DISMISS PURSUANT TO FEDERAL RULE OF CIVIL

PROCEDURE 12(B)(6) AND MOTION FOR A MORE DEFINITE STATEMENT PURSUANT TO RULE 12(E).

In this document, under 17a. Preliminary Evidence section, the Plaintiff listed 100 unique examples of narratives, prose, story beats, designs, aesthetics, characters and more, of which is alleged to have been stolen from Bloodborg to make Arcane.

Additionally, under 17b of the same document, the Plaintiff listed 7 examples of Psychosis and mental illness as trauma responses in Bloodborg and Arcane characters- matched.

Additionally, JANUARY 15, 2025, the Plaintiff filed DECLARATION OF MARC WOLSTENHOLME OVERVIEW OF CHARACTER EVIDENCE. COMPARISON OF CHARACTERS FROM ARCANE & BLOODBORG. WITH REFERENCE TO POV'S FROM BLOODBORG AND PSYCHO-EMOTIONAL ANALYSIS. VI VS ROOK, PLUS ELEMENTS BORROWED FROM OTHERS IN BLOODBORG. This document is a 38-page overview of the macro structure Comparing Vi of Arcane to Rook of Bloodborg.

The Plaintiff has provided the Defendant with over 20 videos breaking down every moment of Episode 1 of Arcane to show how and where it was alleged to have been lifted from Bloodborg. In time the Plaintiff will provide both micro and macro evidence of the whole of Arcane.

**3c. Legal Standard for a Rule 12(b)(6) Motion:**

Under Rule 12(b)(6), a court may dismiss a complaint only if it fails to state a claim upon which relief can be granted. The court must assume that all allegations in the

complaint are true and must draw all reasonable inferences in favour of the plaintiff. The plaintiff need only present enough facts to make the claim plausible on its face, not to prove the case at this stage. The plaintiff will continue to compile and file masses of evidence, but this will take time. The Supreme Court's rulings in Bell Atlantic Corp. v. Twombly (2007) and Ashcroft v. Iqbal (2009) clarified that while a complaint must provide more than mere "labels and conclusions," it is not necessary to provide detailed factual allegations. Instead, a plaintiff must provide enough factual content to allow the court to infer a plausible claim.

### 3d. Copyright Infringement Requirements:

To state a claim for copyright infringement, a plaintiff must show:

(a) Ownership of a valid copyright;

(b) Copying of constituent elements of the work that are original.

The plaintiff's Amended Complaint clearly states ownership of the copyrighted work and alleges that Riot has copied original, protectable elements of that work. The Plaintiff has added a copyright registration case number, and other evidence of Ownership of a valid copyright to this motion. See section for an overview of Ownership of a valid copyright.

### 3e. Allegation of Copyrighted Expression:

Riot contends that the plaintiff has failed to specify what protected expression has been infringed. However, the Amended Complaint sufficiently identifies the nature of the copyrighted material and the elements that are protectable under copyright law. Additionally, the prelitigation communications have presented substantial evidence over many months.

PLAINTIFF'S SECOND AMENDED COMPLAINT (SAC)

Additionally, other named declarations have presented evidence. More evidence will be presented in this motion. See section 4 for a Structural overview- examples of Substantial Similarities.

### 3f. Identification of Original Elements:

The complaint explicitly states 100 elements of Bloodborg alleged to have been used in Arcane accounting for a substantial amount of Arcane. The complaint explicitly describes seven key examples of psychosis and mental illness as trauma responses in Bloodborg and Arcane characters- matched. This accounts for many of the themes and tones which Arcane has been praised for. Moreover, it is alleged that these elements directly refer to the plaintiff's personal trauma from medical records and this has also been provided to the Defendant.

Many protectable elements have been listed and explained including characters, POV's story beats, storylines, fictional technologies, aesthetics, dialogue, themes, tone and even two characters being transformed into Bloodborgs, which is the title of the book the plaintiff alleges has been infringed upon. The plaintiff's amended complaint and subsequent documents filed to the court further alleges that Riot's work contains direct and substantial similarities to these elements.

### 3g. Substantial Similarity:

Under copyright law, to prove infringement, a plaintiff need only show that the two works are "substantially similar" in protectable elements. It is not necessary at the pleading

stage to conduct a detailed side-by-side comparison of every element. The plaintiff has alleged

sufficient facts to support the conclusion that substantial similarity exists, including specific

elements of the work that have been copied. The complaint includes allegations of specific

similarities between the two works, which are sufficiently detailed to establish a prima facie case

of substantial similarity at this stage of the proceedings.

### 4.  Structural overview examples of Substantial Similarities

This is a preliminary factual overview comparison to establish a prima facie

case of substantial similarity at this stage of the proceedings.

**4a. World-Building and Setting**

*Bloodborg: The Harvest* features a post-apocalyptic world ravaged by

environmental collapse, war, and technological manipulation. The narrative is set in a world

where blood is the most valuable commodity, and genetic manipulation is rampant. The Ark and

Assemblage represent the last bastions of civilization, with giant walls isolating and protecting

the elite. New Kowloon is a walled city in the sky (Sunken former Manhattan). High platforms,

Gangways, monorails and sky-rails were built to lift the city out of the water and out of the

smog-filled underbelly, but even the sky city fell into disrepair and degradation after New

Kowloon gained state independence and was shut off from the mainland, causing riots and

conflicts coined "The Great Bridge dumping".  New Kowloon now has three main districts,

known by many names, Warwick calls the districts, Needles, Tetris and Mouth. The three

districts symbolize bipolar and mental illness. Needles, the manic sharp high. Mouth, the deep,

dark devouring depressive. And Tetris, the bright and active in between, the normality and vices one uses to mask, regulate and overcome the highs and lows.

*Arcane*: similarly takes place in a dystopian setting, split between the rich city of Piltover and the impoverished, chaotic smog-filled undercity of Zaun. The city is divided by class, with the elite in Piltover using advanced technology to maintain their status, while Zaun is plagued by poverty, corruption, and exploitation. Arcane's representation of these settings is very different to the LOL games settings. Arcane episode one opens with Zaun being shut off from Piltover, causing riots and conflicts on the Bridge, in which many things are dumped.

**Similarity:** Both worlds involve stark class divisions, with the wealthy elite controlling advanced technology, while the poor suffer under harsh smog-filled conditions. Both settings explore the themes of inequality, oppression, and the societal consequences of technological advancement. Both feature isolated enclaves of civilization (Ark, Assemblage, Piltover), while the outside world (the Nullifidian and Zaun) is in chaos. This is further represented in Bloodborg's layered and cyclical narrative style (also used in Arcane), by creating the same class struggles dynamics between the three districts of New Kowloon. It is further represented with the Under Lanes and the topside, adding a 3-d like worldbuilding literary device (Classes, within classes and cities within cities). The opening scene of Arcane is strikingly similar to "The Great Bridge dumping" of Bloodborg. This is just one of many scenes that will be presented and evidenced during these court proceedings.

**4b. Technology and Cyborgs**

19

PLAINTIFF'S SECOND AMENDED COMPLAINT (SAC)

*Bloodborg:* The Harvest centers around the creation of Bloodborgs—cybernetic beings that are the ultimate blend of AI, robotics, and human tissue, all made possible by the blood of the youth. Specially selected human blood is the base ingredient in many concoctions and drugs which have different effects based on what they are used for. The main blood drug is called Fetal Sapien Serum. Bloodborgs (creations) serve as the pinnacle of human evolution, with a focus on immortality and control through technology. Fusion energy, teleportation infinity devices and blue electromagnetic balls are central to the storytelling.

*Arcane:* presents a world with advanced technology, particularly in the form of Hextech energy and its blue crystal balls which merge magic and machinery to create powerful devices. Cyborgs in Arcane are less stated, with characters like Jinx, Sevika and Viktor being deeply tied to Shimmer (a blood drug), technology, and themes of control and technological manipulation play a significant role in the storyline. Shimmer is a drug in Arcane, alleged to be remarkably similar to Fetal Sapien Serum and its effects. Jinx in Arcane is kept alive via shimmer. Both Arcane's Viktor and Warwick transform into Bloodborgs via selected blood and shimmer. Viktor calls this the "Glorious Evolution." Glorious Evolution was a "treasured gateway" voice line from the LOL game, which is very different, even unrecognizable to Arcane. Teleportation infinity devices are also in Arcane, one being a device embedded in Jayce's forearm, and another called hexgates.

*Similarity:* Both works explore the idea of humanity merging with blood technology, with *Bloodborg: The Harvest* showcasing literal cyborgs and bloodborgs and Arcane depicting characters whose fates are entwined with powerful technological artefacts, cyborg

advancements and bloodborgs. Both stories question the morality and consequences of such advancements. These stories have hundreds of remarkable similarities in deeply complex and very specific ways. Both stories share the same tones, themes, settings, chapters, cyclical storytelling, POV's, characters (different from the games), repetitive trauma writing and duality in both linear and abstract ways.

PLAINTIFF'S SECOND AMENDED COMPLAINT (SAC)

### 4c. Characterization and Protagonists

*Bloodborg:* The Harvest features a range of protagonists who are each struggling with personal conflict and external pressure. Characters like Josh Kimble, Warwick, and D'org deal with issues of identity, trauma, and betrayal. Josh, for instance, is radicalized against the Ark, while D'org struggles with her cyborg identity and past trauma. Each of the Pov characters and some others are being manipulated and radicalized to action via their predicaments or via an in-brain higher being.

**Arcane:** also has a cast of complex characters dealing with personal struggles and moral ambiguity. Vi and Jinx (formerly Powder) are central figures whose complicated relationship and past trauma drive much of the narrative. Vi struggles with loyalty, family, and justice, while Jinx grapples with abandonment and madness. Each of the POV characters are being manipulated and radicalized to action via their predicaments and via others, some via an in-brain higher being.

**Similarity:** Both Bloodborg and Arcane feature protagonists who are struggling with internal conflicts and past trauma, often leading them down paths of rebellion or destruction. The theme of personal growth and change is central to both narratives, and the characters' journeys revolve around navigating complex, morally grey situations. Each character can and will be explained and compared to their alleged counterparts in many documents of evidence. In both works, the storytelling shows how each of the characters are being manipulated and radicalized to action via their predicaments and via others. In both works, trauma is central

PLAINTIFF'S SECOND AMENDED COMPLAINT (SAC)

to the plots, and it is alleged that this is the trauma writing of the Plaintiff's actual real-life struggles and traumas.

### 4d Themes of Rebellion and Control

*Bloodborg:* The Harvest explores themes of rebellion against oppressive systems. Teki Nagasaki and B are leading a resistance against the Founding Families, who are manipulating the population to build their vision of a perfect world through control of blood and technology. People can use Vada in-brain and Deep Root to contact Gaia and higher consciousness. People can be controlled via Vada in-brain and Deep Root. In Bloodborg's African Child's POV, Neva- Leader of the tribe- loses a child, and searches inside the higher realms for her dead baby. Mother Gaia sees her unwavering motherly love, determination and devotion. Mother Gaia sees that Neva is worthy of raising and protecting the earth child. Gaia sends a white-eyed child of great importance from the higher consciousness to earth to help save the planet and human race.

*Arcane:* similarly delves into rebellion, with characters like Vi and Jinx rebelling against the oppressive control of the Piltover elite, particularly the corrupt use of Hextech. The conflict between the rich and poor, and the desire to break free from systemic oppression, is a central theme in Arcane. Viktor travels to higher consciousness and is able to control people from it. The Arcane is a Gaia-like metaphysical presence. In the Blood sweat and Tear music video, which is an extension of Arcane, Ambessa Medarda loses a child in the same manner.

23

PLAINTIFF'S SECOND AMENDED COMPLAINT (SAC)

Ambessa visits the higher realms and is gifted a white-eyed child of great importance. This child

grows up to be Mel in Arcane.

   ***Similarity:*** Both works examine the tension between the oppressed and the elite,

exploring rebellion as a response to an unfair societal structure. Both feature underground

movements and characters who fight against forces of control, with a central question of how far

one is willing to go in the pursuit of justice and change. Both stories have bloodborgs, both have

higher consciousness, both have the white-eyed child of great importance, both settings or

worlds are being manipulated and controlled. Both have a resistance hidden deep in the

underbelly of the cities.


   **4e. Tone and Narrative Structure**

   **Bloodborg:** The Harvest uses a complex, non-linear narrative with multiple

POVs. It shifts between different times (future past, present, future present) and locations (New

Kowloon, Dunkirk, Coventry, Africa etc.), giving a sense of an expansive, interconnected world.

The tone is dark and dystopian, focusing on the bleakness of the future and the corruption

inherent in the society that has evolved. Circler narratives of trauma drive the characters and plot

and set the tone.

   **Arcane:** also employs a narrative structure with multiple perspectives,

particularly focusing on the relationship between Vi and Jinx, while also exploring other key

characters such as Caitlyn and Silco. The tone is similarly dark, dealing with themes of betrayal,

family, and the destructive impact of power. While Arcane follows a more traditional episodic

structure, it still conveys an expansive narrative arc and intricate character development in a POV like manner and many of these POV's mirror those of Bloodborg. Circler narratives of the same traumas drive the characters and plot and set the tone.

**Similarity:** Both works share a dark tone and feature expansive, layered narratives that explore trauma, loss, societal corruption and the impact of power. They also both present the idea of multiple intersecting lives, where personal stories affect larger societal change.

**Conclusion: Substantial Similarity**

Both Bloodborg: The Harvest and Arcane share several common themes and elements, notably:

The same trauma and loss and repetitive visiting of these traumas to show intrusion like flashbacks of people suffering with PTSD.

A dystopian smog-filled setting marked by stark class divides.

The exploration of the blending of humans and machines (cyborgs, advanced technology) with blood engineering to make Bloodborgs.

Characters struggling with personal trauma and the consequences of their choices, particularly in relation to rebellion and resistance.

Complex narratives with shifting timelines and multiple perspectives.

Blood drugs and serums to control, mutate and advance humans.

Higher consciousness and in-brain controlling and communicating.

25

PLAINTIFF'S SECOND AMENDED COMPLAINT (SAC)

Ther white-eyed child of great importance.

While Bloodborg leans more heavily into cyberpunk and the concept of bio-cybernetic warfare, and earth magic, and Arcane incorporates elements of magic and mysticism with its Hextech technology, the underlying themes of societal decay, rebellion, and the moral cost of technological advancement tie both works together. Many of the different features are alleged to be changes in names, colors or other markers, to hide their origins. Such as, Fusion to Hextech, The Rupture to the anomaly, white eyed boy to white eyed girl, windy assassin to whispering in low tones, neurotransmitter drugs administered in the eye instead of inhaling, Wu and Ling Zhang's trading shop to Benzo and his trading shop, Sant'teon to Viktor Jesus, Pinnacle of creation to glorious evolution, hyenas to wolves, and so on. These similarities make Bloodborg: The Harvest and Arcane substantially similar in terms of their core narrative elements, themes, and the type of conflict explored, despite the differing settings and specific plot details, which are alleged to be changes to fit and fix cardboard characters from LOL games and to align their nonsensical and incongruent backstories and cannon lore.

It should be noted that now, post receipt of Bloodborg: The Harvest by M.W. Wolf, Riot Games have retconned much of their inconsistent lore and backstories to align with Arcane. Moreover, Arcane and its characters are now deeply embedded into all of Riot Games products and merchandise.

This is a tiny Structural overview providing examples of Substantial Similarities. Substantial Similarities expand much wider than what has been presented in this motion to establish a prima facie case of substantial similarity at this stage of the proceedings.

**5.  Ownership of the work in question.**

The Plaintiff will evidence the creation and ownership of Bloodborg: The Harvest via many sources dating back to late summer/ fall of 2014. At this time the Plaintiff was working on his first novel, Buried at Bedlam. Whilst the process began in 2014, the formal drafting of Bloodborg: The Harvest took place between 2028 and 2019. From late 2019 to Spring 2020, query submissions were sent to agents and Riot Forge.

In the Uk, The Copyright Act of 1976 provides the framework for protecting original works of authorship, including literary works, against unauthorized use. In the Uk Automatic Protection is granted. Under 17 U.S.C. § 501, any violation of the exclusive rights of a copyright owner constitutes infringement. These exclusive rights include reproduction, distribution, public performance, public display, and preparation of derivative works.

The Plaintiff cites both the Berne Convention and the WIPO Copyright Treaty. Article 5(2) of the Berne Convention explicitly states that enjoyment and exercise of copyright "shall not be subject to any formality," meaning registration is not required to gain protection.

Additionally, The Plaintiff has learnt that his work may still be required to be registered under US copyright. The Plaintiff has filed a 10-book unpublished copyright registration, citing 2025 as the completion of the last book as required by law. Bloodborg: The Harvest (of which this copyright case stands) is the second of these 10 books, written between 2018 and 2019. The case number for this **copyright registration document is: 1-14654214871.** The Plaintiff has filed an AO 121 (January 17th 2025).

27

**5a, Water damaged notes dating back to 2014.**

Development of ideas and concepts and narratives for Bloodborg: The Harvest began in 2014, with a hypnogogic dream. The plaintiff woke up in the middle of the night and scribbled down much of his dream visions (Exhibit A).

**5b. Formal drafting of Bloodborg: The Harvest.**

The formal drafting of Bloodborg: The Harvest took place between 2028 and 2019. By then Bloodborg had its own notebook. This notebook is extensive, detailing the development and notes of the whole process of creating and writing Bloodborg: The Harvest. This notebook includes a list of submissions to Literary, Film and Gaming talent agencies, including dates of submission. The Plaintiff will highlight key avenues in which Riot Games had access to the Plaintiff's work and submissions (Exhibit B).

**5c. Digital Evidence of Ownership.**

The Plaintiff can show digital creation of Bloodborg: The Harvest, with meta data of word documents, chronologies of the M.W. Wolf catalogue of fiction and text message communications about working on Bloodborg, and an editorial letter, offer of representation (Exhibit C).

28

PLAINTIFF'S SECOND AMENDED COMPLAINT (SAC)

**5d. Digital Evidence submissions.**

The Plaintiff will evidence digital forensics of submissions. Additionally, the plaintiff will highlight many avenues in which Riot had access to the plaintiff's work, as well as working relationships between Riot Games and agencies who had full access to all of the manuscript in question (Exhibit D).

**5e. Highlighting Ongoing Copyright Concerns.**

The Plaintiff will highlight Uk based complaints of alleged Copyright infringements of the M.W. Wolf catalogue of fiction, against Jonny Geller and Felicity Blunt of Curtis Brown Group, now a subsidiary of United Talent Agency (UTA). Many of these infringements are alleged to have also been sold to Netflix, where Arcane was distributed (Exhibit E).

PLAINTIFF'S SECOND AMENDED COMPLAINT (SAC)

**6. Factual Support:**

The plaintiff has provided factual support for the copyright infringement claim, including:

Ownership of the work in question;

A description of many of the protectable elements of the work;

Allegations of access and substantial similarity between Riot's work and the protectable elements of the plaintiff's work;

Specific examples of how Riot's work infringes upon those elements.

These allegations go beyond mere conclusions and provide factual content sufficient to give Riot fair notice of the claims against it and the grounds upon which those claims rest.

**7. Leave to Amend if Necessary:**

If the court concludes that additional detail is required, the plaintiff requests leave to amend the complaint to provide further specificity regarding the protectable elements of the copyrighted work and the alleged infringement. Courts generally allow amendments unless it would be futile to do so, and the Plaintiff believes he has stated many reasons why it is not.

PLAINTIFF'S SECOND AMENDED COMPLAINT (SAC)

## 8. LEGAL STANDARD

Under Rule 12(b)(6), a complaint should not be dismissed unless it fails to state a claim upon which relief can be granted. The Court must accept all factual allegations as true and draw all reasonable inferences in favor of the Plaintiff. (Ashcroft v. Iqbal, 556 U.S. 662, 678 (2009); Bell Atl. Corp. v. Twombly, 550 U.S. 544, 570 (2007)). A complaint need only include "a short and plain statement of the claim showing that the pleader is entitled to relief" (Fed. R. Civ. P. 8(a)(2)).

Under Rule 12(e), a motion for a more definite statement is appropriate only if a complaint is "so vague or ambiguous that the party cannot reasonably prepare a response." Such motions are disfavored because the federal rules favor liberal pleading standards and pretrial discovery as the primary means for clarifying claims.

### 8a. Accommodations for Pro Se Litigants in U.S. Courts

Plaintiff in Pro Per is a UK citizen, uneducated in, and unexposed to, U.S. district and federal legal systems and laws. The plaintiff does not plead ignorance, but is trying to rapidly respect, learn and adhere to all district and federal laws and requirements. The plaintiff respectfully asks the court to note the limitations and disadvantages, but also to make reasonable adjustments for the plaintiff's personal vulnerabilities, disabilities (Complex PTSD and comorbid illnesses) and learning difference of dyslexia.

31

Plaintiff cites the Federal Court's Duty to Construe Pro Se Pleadings Liberally. In U.S. federal courts, pro se litigants are entitled to certain accommodations. Courts are required to construe pro se filings liberally to ensure fairness.

**Key Case Law:**

Haines v. Kerner, 404 U.S. 519 (1972): Established that pro se pleadings are held to "less stringent standards" than those drafted by attorneys.

Erickson v. Pardus, 551 U.S. 89 (2007): Reaffirmed the principle of liberal interpretation for pro se filings, emphasizing that courts must review filings in the most favorable light to the litigant.

PLAINTIFF'S SECOND AMENDED COMPLAINT (SAC)

**8b. Reasonable Accommodations Under the ADA.**

The Plaintiff has limitations and disabilities that affect his ability to litigate effectively, these can be evidenced on request of the court if required. The Plaintiff asserts that under the Americans with Disabilities Act (ADA), and by extension shared laws, ethical and value standards, he may be entitled to reasonable accommodations but will endeavor to meet and respect all requirements of the court.

Reasonable Adjustments:

Extensions for filing deadlines.

Allowing non-standard forms of communication, such as email, for submitting documents.

Granting additional guidance or leniency in procedural matters.

Granting mediation and protection from bullying and aggressive legal strategies of the defendant to evade lawful processes, to complicate the cases and to build falsehoods, unfair court bundles and undo stress and burden on the Plaintiff.


**9. Conclusion:**

For the foregoing reasons, the plaintiff respectfully requests that the defendant's motion to dismiss under Rule 12(b)(6) be denied. The Amended Complaint, taken as a whole, sets forth a plausible claim for copyright infringement and meets the required standard for pleading. Moreover, more details of factual allegations regarding what protected expression of Bloodborg has been infringed by Riot Games have been added to this motion (4. Structural

overview examples of Substantial Similarities). Moreover, Plaintiff has spent many months informing the defendant of 1000s of elements of infringement, and it will take many months more to collate all of the evidence. The complaint alleges that Riot had access to the plaintiff's work, given its widespread dissemination and submission to Riot Forge on April 15 & 19th 2020. Additionally, the work was submitted to Curtis Brown group who can be shown to have a working relationship with Riot Games.

Plaintiff possesses substantial evidence, including:

- **UK & US Copyright registration** details for "Bloodborg: The Harvest"

- **Submissions of Copyrighted** material with dates and times.

- **Comparative analyses** demonstrating substantial similarities between Plaintiff's work and Defendant's animated series "Arcane" & "Blood Sweat & Tears Official Music Video." & "Welcome to Noxus - Bite Marks."

- **Communications with Riot Games** and its subsidiaries, including Riot Forge, that demonstrate Defendant's awareness of Plaintiff's work.

- **Medical Records of the Plaintiff'** paired to a Psycho-Emotional Analysis of Trauma in Arcane, demonstrating how it matches therapy of trauma writing used in Bloodborg, from medical records.

- **Records of bad faith negotiations** and legal threats and hate mail which exacerbated Plaintiff's emotional distress.

For the reasons set forth below, the Court should deny Defendant's Motion to Dismiss or, alternatively, grant Plaintiff leave to amend the Complaint.

---

# Exhibits

**Exhibit A- Water damaged notes dating back to 2014.**

**A1.**



**A2.**



PLA

**A3.**



**Exhibit B- Formal drafting of Bloodborg: The Harvest.**

**B1.**



**B2. List of submissions to Literary, Film and Gaming talent agencies, including dates of submission. This shows that Bloodborg was submitted to Riot Forge on the 15th & 19th of April.**





**Exhibit C- Digital Evidence of Ownership.**

## C1- Stored copies of word documents.



PLAINTIFF'S SECOND AMENDED COMPLAINT (SAC)

### C2- First draft sent off record.

Bloodborg was written on a laptop which is now not working. The Plaintiff will endeavor to recover the original documents dating 2018. C2 shows first draft sent off in March 2020.



First draft Bloodborg – The Harvest – By Marc Wolstenholme- 06/03/2020

**Bloodborg- The Harvest**

**The Ark of Civilization; The stand**

*Diary entry, Day 1 - The war against the Old-World Army*

### C3- The Ark of Civilization is Josh's POV, this copy dates January 2019



**Details**

| | |
|---|---|
| Type | Microsoft Word Document |
| Size | 79.3 KB |
| File location | E:\old copies\books destktop... |
| Date modified | 07/02/2020 16:46 |
| Authors | marc wolstenholme |
| Content type | application/vnd.openxmlform... |
| Pages | 24 |
| Date accessed | 10/08/2021 01:00 |
| Last saved by | marc wolstenholme |
| Content created | 08/01/2019 15:36 |
| Date last saved | 07/02/2020 15:46 |
| Total editing ti... | 41:38:00 |

Properties

PLAINTIFF'S SECOND AMENDED COMPLAINT (SAC)

**C4- WhatsApp records between Plaintiff and his ex-girlfriend detailing the date the working title of Blood Harvesting was changed to the set title of Bloodborg, which refers to the cyborg like creations with complex blood engineering.**

```
23/09/2019, 20:37 - Ali: Did u mean to voicecall then?
24/09/2019, 00:37 - Marc: Bloodborg
24/09/2019, 00:37 - Marc: That's the name of the blood harvesting books
24/09/2019, 07:34 - Ali: Sounds good... i like 'Bloodvest'.
24/09/2019, 07:45 - Marc: That's sounds like a Halloween festival ride
24/09/2019, 07:45 - Marc: A  cheap one
```

**C5- Chronologies of the M.W. Wolf catalogue**

**Date of Creation/Ownership List of M.W. Wolf Books**

**Table 1 – Chronology of Creation of M.W. Wolf Books.**

| Dates written | Titles | Evidence |
|---|---|---|
| *August 2014 - August 2018.* | **Buried at Bedlam: After the Black** by Marc Wolstenholme (M.W Wolf Ltd) | 1, Meta data of word documents<br>2, Emails sent after completion.<br>3, Editorial Report<br>4, Rejections |
| *2018- 2019* | **Bloodborg: The Harvest by Marc Wolstenholme (M.W Wolf Ltd)** | 1, Meta data of word documents<br>2, Emails sent after completion.<br>3, Editorial Report<br>4, offer for representation |
| *Late 2019* | **Six Dead Orphans** (Short Shory) by Marc Wolstenholme (M.W Wolf Ltd) | 1, Meta data of word documents<br>2, Emails sent after completion.<br>3, Rejections |
| *Summer 2020- Jan 2021* | **Our Fathers** by Marc Wolstenholme (M.W Wolf Ltd) | 1, Meta data of word documents<br>2, Emails sent after completion.<br>3, Rejections |
| *1st of April 2021- Jul 2021* | **The Shameful Kiss** by Marc Wolstenholme (M.W Wolf Ltd) | 1, Meta data of word documents<br>2, Emails sent after completion.<br>3, dates mentioned in queries.<br>3, Rejections |

PLAINTIFF'S SECOND AMENDED COMPLAINT (SAC)

| | | |
|---|---|---|
| *Second Half of 2021* | **False Alligators & Wind-up Dolls** (satire) by Marc Wolstenholme (M.W Wolf Ltd) | 1, Meta data of word documents 2, Emails sent after completion. |
| *Jan 2022-April 2022* | **Mississippi Sleepers: A Woman Reborn** by Marc Wolstenholme (M.W Wolf Ltd) | 1, Meta data of word documents 2, Emails sent after completion. 3, Rejections |
| *Late 2019 but mostly second half of 2022.* | **Carniphobia: The Wandering (composite novel)** by Marc Wolstenholme (M.W Wolf Ltd).￼ | 1, Meta data of word documents 2, Emails sent after completion. 3, Rejections |
| *July 2022 but most of it was written in Dec 2022.* | **The Ballad of Wuthering Descent** by Marc Wolstenholme (M.W Wolf Ltd). With a list of M. W. Wolf planned books sent to one agent. | 1, Meta data of word documents 2, Emails sent after completion. 3, Rejections 4, Showcase documentation |
| *May 2023* | **Lang The Orangutan** by Marc Wolstenholme (M.W Wolf Ltd). | 1, Meta data of word documents 2, Emails sent after completion 3, Power Point presentation |
| *April, Jun 2023- Dec 2023* | ***Bee My Agent; Blood and Honey** by Marc Wolstenholme (M.W Wolf Ltd).* | 1, Meta data of word documents 2, Emails sent during and after completion. 3, Power Point presentation 4, Curtis Brown Creative course |
| *Nov 2023-August 2024* | **The Fateless Child: Tainted Blood** | 1, Meta data of word documents 2, Emails sent during and after completion. 3, Power Point presentations 4, Website and X page |
| | | |

**Date of Creation/Ownership List of M.W. Wolf Books**

**Table 1 (continued)**

| | | |
|---|---|---|
| *1ˢᵗ March 2024* | ***God's Masterful Evasion & The Inverted Organelle Theory of Consciousness and*** | *1, Meta data of word documents 2, Emails sent during and after completion.* |

PLAINTIFF'S SECOND AMENDED COMPLAINT (SAC)

| | | |
|---|---|---|
| | *The Universe (IO-CU). The Theory of Everything* | *3, Power Point presentations 4, Website and X page* |
| *March 2024* | **Lang The Orangutan AI illustrations by M.W. Wolf** | 1, Meta data of word documents 2, Emails sent during and after completion. 3, Power Point presentations 4, Website and X page |
| *8th March 2024* | **https://www.mwwolf-fiction.co.uk/** by Marc Wolstenholme (M.W Wolf Ltd). | 1, Domine 2, Meta data 3, Profile |

**C6- Chronologies of Bloodborg shared with Curtis Brown Group.**

**Second Book: Chronology of Bloodborg: The Harvest.**

**Date of Creation/Ownership:** Marc Wolstenholme. Bloodborg: The Harvest by M.W Wolf Ltd between 2018- 2019. Meta data of word documents will confirm this, as will emails sent after completion. Editorial Report and offer for representation will also ownership.

**Table 3 – Chronology of Bloodborg: The Harvest shared with CBG.**

| *DATE* | *EVENT* | *Evidence* |
|---|---|---|
| *15 Apr 2020* | Wed, 15 Apr 2020 at 22:21 I submitted Bloodborg to Felicity Blunt Curtis Brown Group. cbcsubmissions@curtisbrown.co.uk An email confirming receipt was received titled - Thank You for Your Submission: Bloodborg: The Harvest | BBE7 |

42

PLAINTIFF'S SECOND AMENDED COMPLAINT (SAC)

| | | |
|---|---|---|
| *15 Apr 2020* | Wed, 15 Apr 2020 at 22:31 I submitted Bloodborg to - submissions@austinmacauley.com | BBE8 |
| *9 Jun 2020* | Tue, 9 Jun 2020 at 15:28 I received a rejection email from cbcsubmissions@curtisbrown.co.uk tilted- Submission review results | BBE9 |
| *24 Jun 2020* | Wed, 24 Jun 2020 at 12:43- received the letter from the Editorial Board of Austin Macauley | BBE10 & BBE 11 |
| *23 Feb 2021* | Tue, 23 Feb 2021 at 22:33 I submitted Bloodborg to Ciara Finan (Jonny Geller's assistant). ciara.finan@curtisbrown.co.uk | BBE12 |
| *16 Apr 2021* | Fri, 16 Apr 2021 at 18:08- Rejection from Ciara Finan | BBE13 |
| *24 Nov 2021* | Wed, 24 Nov 2021 at 18:24 I summitted Bloodborg to Geller Office Submissions gellerofficesubmissions@curtisbrown.co.uk I also informed him that Arcane, an animated Netflix series, seemed to have taken my Bloodborg manuscript and modified it into their own productions. | BBE14 &BBE 15 |
| *23 Jul 2023* | Sun, 23 Jul 2023 at 21:23- I resubmitted a different part of Bloodborg to Geller Office Submissions. This was also the first time I told him about Bee My Agent | BBE16 & BBE 17 |

43

PLAINTIFF'S SECOND AMENDED COMPLAINT (SAC)

**C7- Austin Macauley Publishers Letter for offer of representation of Bloodborg (June 2020).**

**Page 1**

Find text or tools $Q$

AUSTIN MACAULEY PUBLISHERS™
LONDON · CAMBRIDGE · NEW YORK · SHARJAH

www.austinmacauley.com
+44 (0) 207 038 8212
+44 (0) 203 515 0352
+44 (0) 207 038 8100

Marc Wolstenholme
7 Malthouse Crescent
Inkberrow
Worcestershire
WR7 4EF

24th June 2020

Dear Mr Wolstenholme,

RE: 'Bloodborg: The Harvest'

Your manuscript was brought to our attention at the latest Editorial Board meeting when we discussed the potential and possibility of it being published. Having read all the reports and taken note of the Editors' opinions we can confidently state that your work was found to be a gripping and intricate narrative. The vivid and colourful prose will captivate readers drawing them into the story and holding them until the very end. The intriguing and multifaceted plot will leave readers anxious anticipating the characters fate – as well as the fate of the world – as they are taken on an extraordinary and fantastic adventure. The Board enjoyed **'Bloodborg: The Harvest'** and believe it will be well received by a contemporary audience.

Since then, we have held a separate meeting with our Marketing team to explore the possibilities regarding sales and target audiences. There were certain reservations put forward concerning the fact that this would be the work of a relatively new author and would be of some risk to us as your publishers. To this end, we are not able to offer you a non-contributory contract.

We do, however, very much feel your work deserves to be published and given the opportunity to be launched for the reading public. We would like to offer you a contributory contract, thereby creating a partnership. The amount requested is a partial sum towards the considerable costs involved in publishing and then marketing the book, with its vital media coverage. This indicates that we are also invested in your book and that it is in our shared interest to endeavour towards its success.

We the pleasure of sending a contract for you to view and sign should you so wish. The contract has been tailored with the objective of being fair to both parties.

The contributory amount is stated in Clause 15 under 'Advances'. This figure is a one-off finite amount. The Accounts Department are very helpful in arranging monthly instalments, should this be required. Please tick whichever option you would prefer for your publication. We are excited to be able to offer a book trailer and author website with our agreement, as we find these to be invaluable tools when promoting your work. In addition, we are pleased to offer audiobooks as part of this package.

At Austin Macauley we feel that our authors' involvement in the production process is essential in ensuring the high quality of our publications. Our contributory contracts utilise entirely traditional production methods including typesetting, house-styling, editing, proofreading, cover design, blurb and press release content, and official registration of the ISBN. Once we have received the signed contract our Production Department will then put the whole publication process into operation.

Austin Macauley Publishers™ Ltd, CGC-33-01, 25 Canada Square, Canary Wharf, London, E14 5LQ
Registered In England No: 6243206 VAT Number: 102675634



AUSTIN MACAULEY PUBLISHERS™
LONDON · CAMBRIDGE · NEW YORK · SHARJAH

editors@austinmacauley.com
www.austinmacauley.com
+44 (0) 207 038 8212
+44 (0) 203 515 0352

**Page 2**

AUSTIN MACAULEY PUBLISHERS™

LONDON · CAMBRIDGE · NEW YORK · SHARJAH

editors@austinmacauley.com
www.austinmacauley.com
+44 (0) 207 038 8212
+44 (0) 203 515 0352
+44 (0) 207 038 8100

As the book approaches its publication date our Marketing Department will instigate a promotional strategy geared towards the specific genre and target audience of the book to maximise sales worldwide. This again is something which will be discussed in depth with you once we have accepted your work for publication.

We take great pride in what we do, and we feel that it is important for all prospective authors to fully understand what Austin Macauley hopes to achieve for every contract we offer. Our continuing success is best illustrated as we grow as a business. Our current offices in London, New York and Sharjah, and the opening of our premises in Sydney and Toronto will help support the promotion of your book in these territories. Our US office has been acclaimed with the prestigious title in Publishers Weekly as one of 2018's Fastest Growing Publishers — an award that offers testimony that we are indeed leading our authors down the right path.

Should there be anything you may wish to discuss please do not hesitate to contact us.

We would now like to take this opportunity to congratulate you on your writing which we look forward to seeing in print.

Yours sincerely,
**For and On Behalf of the Board of Editors at Austin Macauley**

Michelle Vagi **(Executive Editor)**
Alexander Holiday **(Head of Editorial)**
Jade Robertson **(International Publishing Director)**

45

PLAINTIFF'S SECOND AMENDED COMPLAINT (SAC)

**Exhibit D- Digital Evidence submissions.**

Bloodborg was discussed with agents and people in the literary industry throughout 2019. People at Curtis Brown Group, notably Felicity Blunt and Jonny Geller, were made aware of Bloodborg during this period. However, formal submissions widely took place from the 15th of April 2020.

**D1- Log of email submissions from 15th of April 2020.**

| | | | | | |
|---|---|---|---|---|---|
| me, Submissions | ⭐ | Bloodborg: The Harvest by Marc Wolstenholme 2 | ...Subject: Bloodborg: The Harvest by Marc | Book Submi... | 11/11/2020 |
| me, Caroline | ⭐ | Bloodborg: The Harvest by Marc Wolstenholme 2 | ...Subject: Bloodborg: The Harvest by Marc | Inbox | 20/10/2020 |
| Austin Publishers via DocuSign | ☆ | Expiration Pending: Bloodborg: The Harvest  Austin Publishers sent you a document to review | | Inbox | 12/10/2020 |
| me, Eli | ⭐ | Bloodborg: The Harvest by Marc Wolstenholme 2 | ...Subject: Bloodborg: The Harvest by Marc | Book Submi... | 30/09/2020 |
| Submissions | ⭐ | Automatic reply: Bloodborg: The Harvest, by Marc Wolstenholme  Thank you for your submission. We will review and | | Book Submi... | 29/09/2020 |
| me | ⭐ | Bloodborg: The Harvest by Marc Wolstenholme ...Book: Bloodborg: The Harvest, Cyberpunk/ | | Sent | 29/09/2020 |
| me | ⭐ | Query from England for Bloodborg: The Harvest, By Marc Wolstenholme ...Book: Bloodborg: The Harvest, Cyberpunk/ | | Sent | 29/09/2020 |
| me, info | ⭐ | Book submission: Bloodborg: The Harvest, By Marc Wolstenholme 2 | ...Book submission: Bloodborg: The Harvest, By Marc | Inbox | 29/09/2020 |
| me | ⭐ | Bloodborg: The Harvest by Marc Wolstenholme 2 | ...Book: Bloodborg: The Harvest, Cyberpunk/ | Sent | 29/09/2020 |
| me, Emily | ⭐ | Query for Bloodborg: The Harvest by Marc Wolstenholme ...Book: Bloodborg: The Harvest, Cyberpunk/ | | Inbox | 29/09/2020 |
| me, Mary | ⭐ | Bloodborg: The Harvest, by Marc Wolstenholme 2 | ...Subject: Bloodborg: The Harvest, by Marc | Book Submi... | 28/09/2020 |
| me, Angry | ⭐ | Submission of Bloodborg: The Harvest 5 | ...Book: Bloodborg: The Harvest, Cyberpunk/ | Book Submi... | 28/09/2020 |
| me | ⭐ | cover letter for Bloodborg: The Harvest by Marc Wolstenholme ...Book: Bloodborg: The Harvest, Cyberpunk/ | | Sent | 27/09/2020 |
| me, Andrew | ☆ | Bloodborg: The Harvest By Marc Wolstenholme 2 | ...Subject: Bloodborg: The Harvest by Marc | Book Submi... | 27/09/2020 |
| me | ☆ | Bloodborg: The Harvest by Marc Wolstenholme 2 | ...Subject: Bloodborg: The Harvest by Marc | Sent | 27/09/2020 |
| Alexandra Weiss at The Jennifer De Chiara ... | ☆ | Query Received by Alexandra Weiss at The Jennifer De Chiara Literary Agency ...Agency Your query for BLOODBORG: THE HARV... | | Book Submi... | 27/09/2020 |
| me | ☆ | Bloodborg: The Harvest by Marc Wolstenholme ...Book: Bloodborg: The Harvest, Cyberpunk/ | | Sent | 27/09/2020 |
| Alex Field | ⭐ | Thanks for your e-mail to The Bindery. Re: Cover letter for Bloodborg: The Harvest, By Marc Wolstenholme  Thank you for emaili... | | Book Submi... | 27/09/2020 |
| me | ⭐ | Cover letter for Bloodborg: The Harvest, By Marc Wolstenholme ...Book: Bloodborg: The Harvest, Cyberpunk/ | | Sent | 27/09/2020 |
| me | ☆ | Bloodborg: The Harvest by Marc Wolstenholme 2 | ...Book: Bloodborg: The Harvest, Cyberpunk/ | Sent | 27/09/2020 |

**D2- Proof of full manuscript submissions. Query submissions tend to ask for the first 10,000 words and a synopsis. The Plaintiff knew how hard it is to find representation in the literary, film and gaming industries. Moreover, he did not regard the first Pov (Josh) as the strongest section. The Plaintiff was new to the industry, and he was naïve toward the high rate of plagiarism and theft. He "When out on a limb" and filed his whole manuscript to many, in the hope that it would have a greater chance of impressing the agents.  This includes the submissions to Austin Macaulay Publishers, Curtis Brown Group, Riot Forge, Madeleine Milburn, Louise Buckley at Zeno Agency, Alexander Cochran at Conville & Walsh, and Will Francis at Janklow & Nesbit, among others.**

PLAINTIFF'S SECOND AMENDED COMPLAINT (SAC)

Below I've attached a screenprint of the Will Francis at Janklow & Nesbit submission- 15/04/2020- to show that the full manuscript was attached.

### D2- Will Francis at Janklow & Nesbit submission- 15/04/2020





**48**

PLAINTIFF'S SECOND AMENDED COMPLAINT (SAC)

**D3-** cbcsubmissions@curtisbrown.co.uk rejection email – (Tue, 9 Jun 2020 at 15:28)

*"Dear marc, Thank you for sending in Bloodborg: The Harvest and for giving me the opportunity to consider your work. Unfortunately, I am unable to offer you representation, as I did not feel the work was right for my list. I am sorry not to be writing with better news, but I hope this response will not discourage you and I wish you all the best with your writing. Best wishes, Felicity Curtis Brown Group Ltd. Haymarket House 28-29 Haymarket London SW1Y 4SP http://www.curtisbrown.co.uk http://www.curtisbrowncreative.co.uk _____ This message (including any attachments) contains confidential information intended for a specific individual and purpose, and is protected by law. If you are not the intended recipient, you should delete this message and are hereby notified that any disclosure, copying, or distribution of this message, or the taking of any action based on it, is strictly prohibited. Whilst we have taken reasonable precautions to ensure that this e-mail and any attachment has been checked for viruses, we cannot guarantee that they are virus free and we cannot accept liability for any damage sustained as a result of software viruses. We would advise that you carry out your own virus checks, especially before opening an attachment. Curtis*

49

PLAINTIFF'S SECOND AMENDED COMPLAINT (SAC)

*Brown Group Limited. Registered in England and Wales No 00679620. Registered Office 5th Floor, Haymarket House, 28-29 Haymarket, LONDON SW1Y 4SP. "*

**D4- Riot's connections- In 2019 & 2020, Riot Games were soliciting narrative and gaming content through their Riot forge portal. It was their private system and not email which makes it harder to prove submission. In this period Riot were also soliciting material from agents for Arcane. This is confirmed by both of the Arcane "Showrunners" in Bridging the Rift, The making of Arcane. Additionally, Riot has a close working relationship with many of the agencies which Bloodborg was submitted to.**

**Below is a brake down of Riot's relationship with The United Talent Agency (UTA) who owns The Curtis Brown Group.**

UTA's Gaming & Esports department has been an industry leader in representing gamers, esports athletes, streamers, and gaming organizations. In 2018, UTA acquired two esports agencies, Press X and Everyday Influencers, to expand its presence in the gaming industry.

In 2019, UTA added Travis Mynard, formerly of Riot Games, to its esports management division. Mynard had experience working with Riot's North America League of Legends Championship Series (NA LCS) and the company's international League of Legends esports league.

The United Talent Agency (UTA) acquired the Curtis Brown Group in June 2022.

Both UTA and Curtis Brown Group were involved with casting talent for Arcane. Between them, they cast both of the main roles and two of the other biggest roles, and perhaps more.

Hailee Steinfeld: Voices Vi in Arcane. Steinfeld is a client of UTA.

Ella Purnell: Voices Jinx. Purnell is a client of Curtis Brown Group.

Katie Leung: Voices Caitlyn Kiramman. Leung is represented by Curtis Brown

Harry Lloyd: Voices Viktor. Lloyd is represented by Curtis Brown Group.

These four characters represented by UTA and Curtis Brown Group received significantly more screen time then most with Steinfeld, Purnell and Leung being the top three, and Lloyd being the 5th most onscreen character.



PLAINTIFF'S SECOND AMENDED COMPLAINT (SAC)

This evidences relationships between Riot Games and the two linked agencies of UTA and Curtis Brown Group. This also evidences their involvement in Arcane.

**Exhibit E- Highlighting Ongoing Copyright Concerns.**

Please note, Exhibit E has no bearing on this case at this time, but the Plaintiff is being transparent and forthcoming to show a history and pattern of some people who may or may not have been involved in the Plaintiff's work (Bloodborg) being used to bail out the failing show of Arcane… Allegedly.

The Plaintiff will highlight Uk based complaints of alleged Copyright infringements of the M.W. Wolf catalogue of fiction, against Jonny Geller and Felicity Blunt of Curtis Brown Group, now a subsidiary of United Talent Agency (UTA). Many of these infringements are alleged to have also been sold to Netflix, where Arcane was distributed.

Jonny Geller and Felicity Blunt were the two main agents the Plaintiff had been trying to gain representation from since 2018. The Plaintiff had shared much work with them. The Plaintiff grew suspicious after time and time again his work, or elements of It seemingly ended up on shark tank writing room tables and was alleged to be cut up and fed into other shows. In 2021, The Plaintiff informed Jonny Geller of the alleged copyright infringement of Arcane, partly to see how he would react. After monitoring, the other alleged infringements continued.

PLAINTIFF'S SECOND AMENDED COMPLAINT (SAC)

The Plaintiff wrote a book Called Bee My Agent, about a literary agent swiping and selling the slush pile of unsolicited aspiring writers' works and about using synopsises to give to his "Pet Writers" to cut up and feed into their own books. Bee My Agent attempted a metanarrative, predicting that it would be misused and abused in the same manner… and it was. With this book, the Plaintiff completed a writing course with Curtis Brown Creatives. On the course he informed the other students of the suspected infringements, to warn them and to test the reactions of Jonny Geller. The plaintiff used X to highlight the misuse of his work and to show how agents are selling "Slush Pile" synopsises and manuscripts to big companies such as Netflix and Marvel, cutting out the aspiring writers and creating an industry in which over 90% of books sell next to nothing.

When Lisa Jewell released Breaking the Dark, it was clearly my work cut up and forced into a character of Marvels. I began to reveal to Jonny on X that I knew people had used my work. Around the same time, Curtis Brown Creatives tried to appease me with a 50 pound discount after winning a writing competition they ran. I was willing to settle quietly, but Lisa's reaction to my complaint was offish and rude.

I have live copyright infringement concerns and complaints in the UK, which I have not yet officially open proceedings for, but the solicitors of Curtis Brown Group and by extension UTA have been informed and have not been very helpful.

PLAINTIFF'S SECOND AMENDED COMPLAINT (SAC)

**Declaration**

I, Marc Wolstenholme, declare under penalty of perjury under the laws of the

United States of America that the foregoing is true and correct to the best of my knowledge and

belief. I submit this declaration in support of PLAINTIFF'S SECOND AMENDED

COMPLAINT (SAC) and PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION TO

DISMISS- providing a detailed comparison of the alleged infringement of my original work,

Bloodborg, by Riot Games, Inc.


The Plaintiff will file a number of attachments to add as evidance to support his

claim and to be added to court bundles of evidance.


These include, but not limited to:

1.  PLAINTIFF'S MOTION IN LIMINE TO ADMIT EVIDENCE-
    EPISODE 1

2.  DECLARATION OF MARC WOLSTENHOLME- Vi Vs Rook Overview
    Comparison

3.  PLAINTIFF'S MOTION IN LIMINE TO ADMIT EVIDENCE- Neva,
    Ambessa, and Mel Medarda, Ref Viktor

4.  PLAINTIFF'S MOTION IN LIMINE TO ADMIT EVIDENCE- Psycho-
    Emotional Analysis

PLAINTIFF'S SECOND AMENDED COMPLAINT (SAC)

5.  PLAINTIFF'S MOTION IN LIMINE TO ADMIT EVIDENCE- The two
Brothers

6.  PLAINTIFF'S REQUEST FOR REMOTE APPEARANCE AT CASE
MANAGEMENT HEARING:

7.  PLAINTIFF'S MOTION IN LIMINE TO ADMIT EVIDENCE-
Bloodborg Viktor and Warwick

PLAINTIFF'S SECOND AMENDED COMPLAINT (SAC)

**The Plaintiff, Marc Wolstenholme, M.W. Wolf.**

**Date: JANUARY 29, 2025**

**Signed:**   *M.WOLSTENHOLME.*

PLAINTIFF'S SECOND AMENDED COMPLAINT (SAC)