Marc Wolstenholme
5 Shetland Close
Coventry, England CV5 7LS
Telephone: 044 7827964404
Email: marc@mvwolf-fiction.co.uk
Plaintiff in Pro Per

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARC WOLSTENHOLME,<br><br>        Plaintiff,<br><br>vs.<br><br>RIOT GAMES, INC.,<br><br>        Defendant | CASE NO. 2:25-CV-00053-FMO-BFM<br><br>HON. FERNANDO M. OLGUIN<br><br>[PROPOSED] ORDER GRANTING PLAINTIFF'S MOTION FOR LEAVE TO FILE A SECOND AMENDED COMPLAINT<br><br>DATE: FEBRUARY 27, 2025<br>TIME: 10:00 A.M.<br>CRTRM: 6D |

Dated this: JANUARY 29, 2025

_____
[MARC WOLSTENHOLME]

1

PLAINTIFF'S REQUEST FOR REMOTE APPEARANCE AT CASE MANAGEMENT HEARING:

WHEREAS, Plaintiff Marc Wolstenholme, proceeding pro se, has filed a Motion for Leave to File a Second Amended Complaint in the above-captioned matter; and

WHEREAS, the Court has reviewed the motion and finds that amendment is appropriate under Federal Rule of Civil Procedure 15(a)(2), which directs courts to freely grant leave to amend when justice so requires; and

WHEREAS, the Court finds that allowing amendment would not result in undue delay, undue prejudice to Defendant, or be futile;

IT IS HEREBY ORDERED THAT:

Plaintiff's Motion for Leave to File a Second Amended Complaint is GRANTED.

Plaintiff shall file the Second Amended Complaint within five (5) days of this Order.

Defendant shall file an Answer or other responsive pleading within 14 days of the filing of the Second Amended Complaint.

No further motions to dismiss shall be entertained absent extraordinary circumstances.

IT IS SO ORDERED.

1
2    Dated: _____ Hon. Fernando M. Olguin United States District Court Judge
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28