Marc Wolstenholme
5 Shetland Close
Coventry, England CV5 7LS
Telephone: 044 7827964404
Email: marc@mvwolf-fiction.co.uk
Plaintiff in Pro Per

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARC WOLSTENHOLME,<br><br>    Plaintiff,<br><br>vs.<br><br>RIOT GAMES, INC.,<br><br>    Defendant | CASE NO. 2:25-CV-00053-FMO-BFM<br><br>HON. FERNANDO M. OLGUIN<br><br>PLAINTIFF'S REQUEST FOR REMOTE APPEARANCE AT CASE MANAGEMENT HEARING:<br><br>DATE: FEBRUARY 27, 2025<br>TIME: 10:00 A.M.<br>CRTRM: 6D |

Dated this: JANUARY 29, 2025

*M.WOLSTENHOLME*
_____
[MARC WOLSTENHOLME]

1
PLAINTIFF'S REQUEST FOR REMOTE APPEARANCE AT CASE MANAGEMENT HEARING:

**REQUEST FOR REMOTE APPEARANCE AT CASE MANAGEMENT HEARING**

TO THE HONORABLE JUDGE FERNANDO M. OLGUIN AND THE COURT: UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA

Marc Wolstenholme, Plaintiff in Pro Per, respectfully requests permission to appear remotely at the Case Management Hearing scheduled:

DATE: FEBRUARY 27, 2025

TIME: 10:00 A.M.

CRTRM: 6D

**The reason for this request is as follows:**

1. I reside outside of the United States, in Coventry, England, and it would pose significant logistical and monetary challenges to attend the hearing in person. Additionally, whilst I love the US, and travelling, I have ongoing disabilities which make traveling more difficult. I understand that as these cases progress, I may have to attend in person, in LA, but to alleviate as much stress and other challenges as possible, I respectfully request permission to appear remotely in the case management hearing set - FEBRUARY 13, 2025- and all hearings thereafter, unless ordered otherwise, or Jury (Final) hearings.

I respectfully request that the Court grant this request and permit me to attend the hearing via video conferencing or telephone.

The Plaintiff, Marc Wolstenholme, M.W. Wolf.

Date: JANUARY 29, 2025

Signed: *M.WOLSTENHOLME.*

3

PLAINTIFF'S REQUEST FOR REMOTE APPEARANCE AT CASE MANAGEMENT HEARING: