# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARC WOLSTENHOLME<br><br>Plaintiff(s),<br><br>v.<br><br>RIOT GAMES, INC.<br><br>Defendant(s). | CASE NUMBER:<br><br>2:25–cv–00053–FMO–BFM<br><br><br>**NOTICE TO FILER OF DEFICIENCIES IN FILED DOCUMENT** |

**PLEASE TAKE NOTICE:**

The following problem(s) have been found with your filed document:

Date Filed:   __1/29/2025__

Document No.:   __27, 29__

Title of Document:   __Second Amended Complaint, Request__

**ERROR(S) WITH DOCUMENT:**

Second Amended Complaint filed prematurely as Motion for Leave to File is pending before the Court.

Proposed document was not submitted or was not submitted as a separate attachment.

Other:

Proposed orders not lodged with a main document shall be electronically lodged as an attachment to a Notice of Lodging.

**Note:**   In response to this notice, the Court may: 1) order an amended or corrected document to be filed; 2) order the document stricken; or 3) take other action as the Court deems appropriate. You need not take any action in response to this notice unless and until the Court directs you to do so.

Clerk, U.S. District Court

Dated: __January 30, 2025__         By: __/s/ *Ingrid Valdes*  ingrid_valdes@cacd.uscourts.gov__
                                                                                    Deputy Clerk

*cc: Assigned District Judge and/or Magistrate Judge*

G–112A(06/24) NOTICE TO FILER OF DEFICIENCIES IN FILED DOCUMENTS

Case 2:25-cv-00053-FMO-BFM   Document 31   Filed 01/30/25   Page 2 of 2   Page ID #:925

Please refer to the Court's website at www.cacd.uscourts.gov for Local Rules, General Orders, and applicable forms.