| | |
|---|---|
| 1 | AARON J. MOSS (SBN 190625) |
| | AMoss@ggfirm.com |
| 2 | JOSHUA M. GELLER (SBN 295412) |
| | JGeller@ggfirm.com |
| 3 | GREENBERG GLUSKER FIELDS CLAMAN & |
| | MACHTINGER LLP |
| 4 | 2049 Century Park East, Suite 2600 |
| | Los Angeles, California 90067 |
| 5 | Telephone:  310-553-3610 |
| | Facsimile:   310-553-0687 |
| 6 | |
| 7 | Attorneys for Defendant Riot Games, Inc. |

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARC WOLSTENHOLME, | Case No. 2:25-cv-00053-FMO-BFM |
| Plaintiff, | *Hon. Fernando M. Olguin* |
| v. | **DECLARATION OF AARON J. MOSS IN SUPPORT OF DEFENDANT RIOT GAMES, INC.'S REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF ITS OPPOSITION TO PLAINTIFF MARC WOLSTENHOLME'S MOTION FOR LEAVE TO FILE A SECOND AMENDED COMPLAINT** |
| RIOT GAMES, INC., | |
| Defendant. | |
| | Date:  February 27, 2025 |
| | Time:  10:00 a.m. |
| | Crtrm: 6D |
| | [Opposition to Motion for Leave to File Second Amended Complaint; Opposition to Motion in Limine to Admit Evidence; and Request for Judicial Notice Filed Concurrently Herewith] |

74677-00029/5418555.3

DECLARATION OF AARON J. MOSS

**DECLARATION OF AARON J. MOSS**

I, Aaron J. Moss, declare:

1. I am an attorney duly licensed to practice in all the courts of the State of California and I am a member of Greenberg Glusker Fields Claman & Machtinger LLP, attorneys of record for Defendant Riot Games, Inc. ("Riot"). I submit this declaration in support of Riot's Request for Judicial Notice ("RJN") in support of Riot's Opposition to Plaintiff Marc Wolstenholme's Motion for Leave to File a Second Amended Complaint ("SAC"). I have personal knowledge of the following facts and, if called and sworn as a witness, could and would competently testify to these facts under oath.

2. On January 31, 2025, I conducted searches of the U.S. Copyright Office Public Catalog online, available at the Internet location https://cocatalog.loc.gov, for copyright registrations granted to Marc Wolstenholme. Based on these searches, I confirmed that the Copyright Office has not granted any registration containing the word "bloodborg" in the title, and has not granted any registration (for any work) to Mr. Wolstenholme.

3. Attached as **Exhibit A** to the RJN is a true and correct copy of printouts from the Copyright Office's Public Records Catalog online showing the results of a search query I conducted on January 31, 2025, for any work registered with the Copyright Office containing "bloodborg" anywhere in the "Title" field. The printouts reflect that my search yielded no results. These records confirm that the Copyright Office has not granted a copyright registration for any work containing "bloodborg" in the title.

4. Attached as **Exhibit B** to the RJN is a true and correct copy of printouts from the Copyright Office's Public Records Catalog online showing the results of a search query I conducted on January 31, 2025, for "wolstenholme marc" anywhere in the "Name" field. The printouts reflect that my search yielded no results. These records confirm that the Copyright Office has not granted any

copyright registrations to Mr. Wolstenholme.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 5th day of February, 2025 at Los Angeles, California.

*/s/ Aaron J. Moss*
Aaron J. Moss

74677-00029/5418555.3

3

DECLARATION OF AARON J. MOSS