Marc Wolstenholme
5 Shetland Close
Coventry, England CV5 7LS
Telephone: 044 7827964404
Email: marc@mvwolf-fiction.co.uk
Plaintiff in Pro Per

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| MARC WOLSTENHOLME, | CASE NO. 2:25-CV-00053-FMO-BFM |
|---|---|
| Plaintiff, | HON. FERNANDO M. OLGUIN |
| vs. | |
| RIOT GAMES, INC., | PLAINTIFF'S RULE 26(F) DISCOVERY PLAN |
| Defendant | |

Dated this: 05 FEBRUARY 2025

*M.WOLSTENHOLME*
[MARC WOLSTENHOLME]

1
PLAINTIFF'S REQUEST FOR REMOTE APPEARANCE AT CASE MANAGEMENT HEARING:

# PLAINTIFF'S RULE 26(f) DISCOVERY PLAN

### I. Introduction

Pursuant to Rule 26(f) of the Federal Rules of Civil Procedure, Plaintiff Marc Wolstenholme submits this proposed Discovery Plan in anticipation of the Rule 26(f) Conference scheduled for February 13, 2025. This document outlines the scope, timing, and subject matter of discovery necessary for this case.

Plaintiff has already submitted pre-litigation discovery requests and now seeks formal compliance from Defendant Riot Games, Inc.

### II. Initial Disclosures (Rule 26(a))

Plaintiff requests that both parties exchange initial disclosures no later than February 20, 2025, including:

A complete list of individuals likely to have discoverable information relevant to the case.

A full list of documents, electronically stored information (ESI), and tangible things that may be used to support or defend the claims.

A comprehensive damages computation, along with supporting evidence.

Any insurance agreements relevant to potential judgments or settlements.

2
PLAINTIFF'S REQUEST FOR REMOTE APPEARANCE AT CASE MANAGEMENT HEARING:

Defendant Riot Games, Inc. must provide its initial disclosures as required under Rule 26(a)(1) without delay.

**III. Scope of Discovery**

Plaintiff seeks full discovery of the following:

A. Development and Production of Arcane

Complete timeline & documentation related to the development of Arcane from inception to release.

Board meeting minutes approving Arcane's production and budget.

All internal communications discussing the concept, scriptwriting, and adaptation process.

Drafts, storyboards, design documents, and concept art leading to Arcane's final form.

All Riot Games internal memos, Slack messages, or emails discussing Arcane.

B. Copyright and Ownership Evidence

Complete list of all Riot Forge submissions, including Plaintiff's Bloodborg submissions (April 15 & 19, 2020).

Records of Riot Games' internal discussions about adapting submissions received through Riot Forge.

3

PLAINTIFF'S REQUEST FOR REMOTE APPEARANCE AT CASE MANAGEMENT HEARING:

Metadata & logs showing which Riot employees accessed or reviewed Plaintiff's work.

Contracts and agreements with external writers, agencies, or consultants involved in Arcane.

C. Involvement of Talent Agencies & External Parties

All communications between Riot Games & external agencies (Curtis Brown Group, UTA, Netflix, etc.).

Complete list of Arcane voice actors, including agency representation, casting decisions, and contracts.

Financial records & payments to talent agencies, including receipts.

NDAs signed by cast members regarding Arcane's storyline and production details.

D. Digital Evidence & Metadata Requests

Full record of email addresses & devices (including metadata logs) used to access or edit Arcane-related files.

Internal Riot Games server logs related to Arcane's development.

Project folders, drafts, & notes pinned in Riot Games HQ & Fortiche writing rooms.

E. Financial & Tax Information

Full production budget & financial breakdown for Arcane.

Records of tax breaks, subsidies, or external investments related to Arcane.

Riot Games employee NDAs, contracts, & agreements for the Arcane project.

4

PLAINTIFF'S REQUEST FOR REMOTE APPEARANCE AT CASE MANAGEMENT HEARING:

Itemized list of expenditures tied to talent recruitment & agency involvement.

F. Pre-Litigation Conduct & Bad Faith Actions

Internal Riot Games communications discussing Plaintiff's claims or legal strategy.

Documents showing Riot's refusal to engage in good faith pre-litigation discovery.

Copies of communications threatening dismissal of the case instead of engaging with claims.

Internal Riot Games legal discussions on suppressing evidence or frustrating Plaintiff's legal efforts.

G. Harassment, Hate Mail, & Workplace Culture

Reports or internal investigations into hate mail received by Plaintiff.

All Riot Games internal discussions about harassment, toxicity, or cultural issues related to Arcane's production.

**IV. ESI (Electronically Stored Information) Protocol**

All discovery materials must be produced electronically in native format where possible.

5

PLAINTIFF'S REQUEST FOR REMOTE APPEARANCE AT CASE MANAGEMENT HEARING:

Metadata must be preserved and disclosed, including timestamps, document revisions, and sender/recipient data.

Riot Games must produce Slack messages, emails, and other internal communications without redactions unless privileged.

If Riot Games claims privilege over any documents, a privilege log must be provided, detailing:

The basis for the privilege claim.

A description of the document withheld.

The individuals involved.

**V. Discovery Deadlines & Schedule**

**Discovery Event       Proposed Deadline**

Exchange of Initial Disclosures       February 20, 2025

Completion of Written Discovery       May 1, 2025

Completion of Document Production     June 15, 2025

Completion of Depositions     July 15, 2025

Expert Discovery Cutoff       August 1, 2025

Close of Fact Discovery       August 15, 2025

Dispositive Motions Due       September 1, 2025

Pretrial Conference     October 2025

Plaintiff proposes a six-month discovery period, allowing for additional time if Defendant delays production.

6

PLAINTIFF'S REQUEST FOR REMOTE APPEARANCE AT CASE MANAGEMENT HEARING:

### VI. Anticipated Discovery Disputes and Self notes

Plaintiff anticipates the following potential discovery disputes:

Riot Games may refuse to produce internal communications & metadata.

**Solution:** Motion to Compel (FRCP 37).

Riot Games may attempt to limit financial discovery.

**Solution:** Requesting full revenue breakdown under damages assessment.

Riot Games may claim privilege over key documents.

**Solution:** Demand a privilege log & seek in-camera review if necessary.

Delays in witness availability.

**Solution:** Request court assistance in securing depositions.

**VII. Protective Order & Confidentiality Agreements**

If Riot Games seeks a protective order, Plaintiff requests that:

Documents must not be marked confidential unless necessary.

Plaintiff retains the right to challenge confidentiality designations.

Confidentiality must not prevent key discovery disclosures.

**VIII. Conclusion**

This Discovery Plan ensures that Plaintiff obtains all necessary evidence to prove:

Copyright infringement.

Financial damages.

Riot Games' internal knowledge & misconduct.

Wider industry concerns.

The Plaintiff seeks a respond, comply, amend or refuse answer on every point of his checklist and other outstanding discovery questions.

Plaintiff reserves the right to modify this Discovery Plan based on new information or discovery disputes.

1  The Plaintiff, Marc Wolstenholme, M.W. Wolf.

2  Date: February 5, 2025

3  Signed: *M.WOLSTENHOLME.*