Marc Wolstenholme
5 Shetland Close
Coventry, England CV5 7LS
Telephone: 044 7827964404
Email: marc@mvwolf-fiction.co.uk
Plaintiff in Pro Per

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARC WOLSTENHOLME,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>RIOT GAMES, INC.,<br><br>　　　　　Defendant<br>Dated this: 05 FEBRUARY 2025 | CASE NO. 2:25-CV-00053-FMO-BFM<br><br>HON. FERNANDO M. OLGUIN<br><br>[PROPOSED] ORDER GRANTING PLAINTIFF'S MOTION TO COMPEL DISCOVERY |

1

[PROPOSED] ORDER GRANTING PLAINTIFF'S MOTION TO COMPEL DISCOVERY

Having considered Plaintiff Marc Wolstenholme's Motion to Compel Discovery Pursuant to Rule 37, the supporting materials filed therewith, and any arguments presented by the parties, the Court hereby ORDERS as follows:

Motion to Compel Discovery: Plaintiff's Motion to Compel Discovery is GRANTED. Defendant Riot Games, Inc. is directed to produce the following documents and information within 14 days of this Order:

All internal communications (emails, Slack messages, meeting notes) related to the development of Arcane.

All financial records detailing profits, revenues, and expenditures related to Arcane and related media.

All correspondence with third-party entities, including Netflix, Curtis Brown Group, and United Talent Agency, related to Arcane.

Development timelines, scripts, storyboards, and concept art for Arcane.

Copies of all contracts, NDAs, and agreements involving Arcane voice actors and production staff.

Confirmation of Evidence Preservation: Defendant Riot Games, Inc. is directed to confirm in writing within 14 days that all relevant documents and communications, including those of Christian Linke, have been preserved. If any documents or communications are no longer available, Defendant must provide an explanation detailing the reasons for their unavailability.

Denial of Discovery Bifurcation: Defendant's request to bifurcate discovery is DENIED. Discovery shall proceed concurrently on all issues, including access, substantial similarity, and damages.

Sanctions (if Applicable): The Court finds that Defendant's delays and refusal to comply with discovery obligations warrant sanctions. Defendant is ordered to pay reasonable attorney's fees and costs incurred by Plaintiff in preparing this motion. Plaintiff is instructed to submit a declaration itemising these costs within 7 days of this Order.

Future Compliance: Defendant is cautioned that further non-compliance with discovery obligations may result in additional sanctions, including but not limited to evidentiary sanctions or adverse inference instructions.

3

[PROPOSED] ORDER GRANTING PLAINTIFF'S MOTION TO COMPEL DISCOVERY

IT IS SO ORDERED.

Dated: _____

_____Hon. Fernando M. Olguin
United States District Judge

[PROPOSED] ORDER GRANTING PLAINTIFF'S MOTION TO COMPEL DISCOVERY