# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARC WOLSTENHOLME<br><br>PLAINTIFF(S)<br><br>v.<br><br>RIOT GAMES, INC.<br><br>DEFENDANT(S). | CASE NUMBER:<br><br>2:25−cv−00053−FMO−BFM<br><br>**ORDER TO STRIKE ELECTRONICALLY FILED DOCUMENT(S)** |

The Court hereby **ORDERS** the documents listed below be **STRICKEN** for failure to comply with the Court's Local Rules, General Orders, and/or Case Management Order, as indicated:

  2/5/2025     /      39       /     Motion to Compel  
*Date Filed*          *Doc. No.*           *Title of Document*

  __            /     __        /     __
*Date Filed*          *Doc. No.*           *Title of Document*

Hearing information is missing, incorrect, or not timely.

Other:

Dated: February 6, 2025            By:   /s/ *Fernando M. Olguin*  
                                             U.S. District Judge

**Please refer to the Court's website at www.cacd.uscourts.gov for Local Rules, General Orders, and applicable forms.**

G−106 (6/12)     ORDER TO STRIKE ELECTRONICALLY FILED DOCUMENT(S)