Marc Wolstenholme

5 Shetland Close
Coventry, England CV5 7LS
Telephone: 044 7827964404
Email: marc@mvwolf-fiction.co.uk
Plaintiff in Pro Per

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

MARC WOLSTENHOLME,

      Plaintiff,

vs.

RIOT GAMES, INC.,

      Defendant

CASE NO. 2:25-CV-00053-FMO-BFM

HON. FERNANDO M. OLGUIN

PLAINTIFF'S DETAILED BREAKDOWN AND ANALYSIS OF THE OPENING SCENE OF EPISODE 3 OF ARCANE AND SILCO'S MONOLOGUE: SUPPORTING EVIDENCE FOR COPYRIGHT INFRINGEMENT CASE

FEBRUARY 15, 2025

Dated this: FEBRUARY 15, 2025

*M.WOLSTENHOLME.*

[MARC WOLSTENHOLME]

**Detailed Breakdown and Analysis of the opening scene of Episode 3 of Arcane and Silco's**

**Monologue**

1

DETAILED BREAKDOWN AND ANALYSIS OF THE OPENING SCENE OF EPISODE 3 OF ARCANE AND SILCO'S MONOLOGUE

## 1.  Introduction:

I, Marc Wolstenholme, am the plaintiff in this matter, representing myself pro se. This declaration is made as a Detailed Breakdown and Analysis of the opening scene of Episode 3 of Arcane and Silco's Monologue: Supporting Evidence for Copyright Infringement Case, to submit additional evidence relevant to my claims against Riot Games, Inc. for copyright infringement, unfair competition, and intentional infliction of emotional distress.

As these cases progress, the plaintiff foresees this document further serving as evidentiary support in the Plaintiff's claim against the Defendants for copyright infringement, fraudulent misrepresentation, unjust enrichment, and intentional infliction of emotional distress. The Plaintiff asserts that significant portions of the "Silco Drowning Monologue" in Arcane were directly misappropriated from Bloodborg, a literary work authored by the Plaintiff, and that such appropriation includes the unlawful use of deeply personal traumatic experiences.

The Plaintiff further alleges that this unauthorized use of intellectual property resulted in financial gain for the Defendants while depriving the Plaintiff of rightful credit, compensation, and recognition at an extremely traumatic time. Additionally, this case raises potential civil and criminal violations, including fraud and wire fraud, given the extent of misrepresentation regarding the originality of the work.

DETAILED BREAKDOWN AND ANALYSIS OF THE OPENING SCENE OF EPISODE 3 OF ARCANE AND SILCO'S MONOLOGUE

# Exhibit

**Exhibit A- The Title itself is taken from a repeated phrase (Notion) in Bloodborg.**

Episode 3 is titled: The Base Violence Necessary for Change.

It is alleged that this title and idea being explored is the exploration of the Plaintiff's conflicting lived experiences of war and violence. The plaintiff is a war veteran with many traumatic events of his past being explored and worked through in Bloodborg and indeed throughout the whole of the M.W. Wolf catalog of fiction. The Plaintiff also taught topics of war and conflict to Public Service students, preparing them for careers in the Armed services, Fire and rescue service and Police force. Thus, The Plaintiff is an informed authority in these matters.

It is alleged that this is why the trauma in Arcane works so well… because it is well informed by the Plaintiff's writing in Bloodborg. A teenybopper bass guitarist in a Rock band, turned phone operative has not tasted blood. He knows not of "Necessary Violence."

"Necessary Violence" is the exploration of the intrinsic nature of war and conflict festering inside of humanity. This theme is threaded throughout the whole of the M.W. Wolf catalog and explored in The Inverted Organelle theory of Consciousness and the Universe (IO-CU), which is a scientific "Theory of Everything," which also underpins the MW. Wolf Megaverse of Fiction.

3

DETAILED BREAKDOWN AND ANALYSIS OF THE OPENING SCENE OF EPISODE 3 OF ARCANE AND SILCO'S MONOLOGUE

It is recommended that the Judge, and or jury in these matters read *God's Masterful Evasion & The Inverted Organelle Theory of Consciousness and The Universe (IO-CU), By M.W. Wolf,* before trial to gain a deeper understanding of the underpinning of the themes in Bloodborg, and alleged, therefore Arcane.

Thus, everything in Bloodborg is deeply loaded. It's an exploration of humanity, its darkness, its collective trauma, its struggles and its endless battle and entanglement with the duality of good and evil. Bloodborg and all of the work Of M.W. Wolf is entwined in examining the human condition. Indeed, the M.W. Wolf slogan states as much: "*Dark and gritty adult fiction with grand themes of implicitly examining the human condition.*"

**"Necessary Violence" exploration in Bloodborg.**

1. **Josh's POV-** *"I do not want to take The Stand with Live ammunition, ever. Yet I do wish to defend the Ark and I fully understand that **killing is necessary** to protect the last civilization, we must protect the Human race."*

2. **Warwick's POV-** *"'I don't like **killing, it is necessary to survive** in this messed up world where the blood of the young and innocent is a refreshing and rejuvenating cocktail for the people behind those massive walls,' said Warwick pointing his mug out to the walls, barely visible in the far ground.'"*

4

DETAILED BREAKDOWN AND ANALYSIS OF THE OPENING SCENE OF EPISODE 3 OF ARCANE AND SILCO'S MONOLOGUE

3. **Warwick's POV-** "*He brought the sword down, binding the blades with little effort. The binding of their swords was **necessary to set up his kill blow-** his fantastic finale.*"

4. **Chris's POV-** "*During his final higher doctoral programming he was shown the One True Calling. That blood is consumed, Peter and Emma were drained, Lieutenant Dillon James was right all along, **but it was necessary to cure Gaia.** Only the chosen can survive or else all the world will perish.*"

Thus, before we even begin episode 3, we see the same pattern which the Plaintiff has proven runs through all of episode 1 and 2, which is to say, Swipe N Gripe, Pix N Mix, then mask and deny.

**Summary of Legal Argument of This Point.**

The Plaintiff asserts that Bloodborg, a work by M.W. Wolf, explores the theme of "Necessary Violence", the intrinsic nature of war and conflict in humanity, throughout its narrative. The Plaintiff, a war veteran and "expert" in war studies, claims that their lived experiences and expertise deeply inform the themes of Bloodborg and the broader M.W. Wolf Megaverse.

DETAILED BREAKDOWN AND ANALYSIS OF THE OPENING SCENE OF EPISODE 3 OF ARCANE AND SILCO'S MONOLOGUE

It is alleged that the Defendant's work, Arcane, improperly appropriates this theme without acknowledgment. The Plaintiff argues that the trauma and philosophical explorations in Arcane are suspiciously well-executed for someone without direct experience in war or conflict. The Plaintiff suggests that the Defendant, lacking such experience, could not have developed these themes independently and must have drawn from Bloodborg.

**Key Arguments:**

Direct Conceptual Similarity – Episode 3 of Arcane is titled "The Base Violence Necessary for Change," a phrase that echoes core themes explored in Bloodborg. The Plaintiff contends that this is not coincidental but rather a form of unauthorized borrowing.

Plaintiff's Expertise and Authority – As a war veteran and educator in war and conflict studies, the Plaintiff is a credible authority on these themes. Their real-life experiences are reflected in Bloodborg, making the Defendant's similar themes suspect.

Recurring Motif of "Necessary Violence" – Bloodborg consistently portrays the theme of justified violence through multiple character perspectives (Josh, Warwick, Chris). These philosophical debates on violence and survival underpin the Plaintiff's entire fictional universe and scientific theory (The Inverted Organelle Theory of Consciousness and the Universe).

DETAILED BREAKDOWN AND ANALYSIS OF THE OPENING SCENE OF EPISODE 3 OF ARCANE AND SILCO'S MONOLOGUE

Precedent of Copying ("Swipe N Gripe, Pix N Mix") – The Plaintiff suggests a pattern in Arcane of borrowing ideas from Bloodborg while masking and denying their origin.

Judicial Recommendation – The Plaintiff recommends that the Judge or jury review God's Masterful Evasion and The Inverted Organelle Theory to understand the broader thematic framework of Bloodborg before trial.

**Legal Implications:**

Copyright Infringement – The Plaintiff implies that Arcane has unlawfully copied protected elements of Bloodborg, particularly its central philosophical theme.

Unjust Enrichment – If Arcane has benefited commercially from using the Plaintiff's work without permission, damages may be claimed.

Expert Testimony – The Plaintiff's expertise may be presented to argue that Bloodborg's themes are uniquely tied to their lived experiences, strengthening the claim of originality.

**Conclusion:**

The Plaintiff argues that Arcane improperly appropriates Bloodborg's deeply philosophical and thematic explorations of war, conflict, and trauma. They seek legal recognition of their intellectual contributions and compensation for the alleged infringement.

DETAILED BREAKDOWN AND ANALYSIS OF THE OPENING SCENE OF EPISODE 3 OF ARCANE AND SILCO'S MONOLOGUE

**Exhibit B- Opening Scene of Silco Drowning.**

Episode 3 of Arcane opens with Silco sinking on his back in dark, murky waters—a near-identical visual and thematic representation of sinking trauma within Bloodborg. The significance of this imagery is not incidental but rather a direct parallel to the Plaintiff's trauma writing, where characters relive their past in cyclical, subconscious states of distress. The framing, slow descent, and emotional weight mirror Bloodborg's signature depictions of psychological drowning, reinforcing the argument that this is not a case of general inspiration but of direct appropriation.



**Sinking / Falling**

Sinking and falling on one's back is a central, cyclical theme in Bloodborg, which is a direct reference of the Plaintiff's trauma writing of reliving traumatic events over and over in sleep and with sleep paralysis.

DETAILED BREAKDOWN AND ANALYSIS OF THE OPENING SCENE OF EPISODE 3 OF ARCANE AND SILCO'S
MONOLOGUE

**Silco and others Falling and Drowning.**

The drowning & falling scenes are a cyclical narrative beat, which we see in Both Bloodborg and astoundingly similar in Arcane. The Plaintiff alleges that this is directly referencing his trauma and trauma nightmares and sleep paralysis, as all of his work is trauma writing as a control mechanism and cathartic release.

**In Arcane** Silco and others experience this cyclical trauma and dreamlike theme of falling or drowning. Silco has a flashback to Vander attempting to drown him in the water.

**Throughout the Arcane series**, we see the mirrored repetition of drowning and falling, or the aesthetics of it, in Powder, Jinx, Silco, Vander, Shimmer Vander, Isha and Bloodborg Warwick.

**In Bloodborg,** we see this personified into the city itself and fractured down throughout the narratives of many characters. We see this mirrored repetition of drowning and falling, or the aesthetics of it, in Josh, D'borg, Rook, Jade and A young gangway child.

**Personified Sinking in Bloodborg,** *"What now stands where the once-great borough of Manhattan was, is New Kowloon, walled city in the sky. Many attempts were made to save Manhattan before the American state independence wars. Canals were built to relieve some of the flooding, which was so inevitable, this should have been foreseen way back before much of lower Manhattan and many other parts of it, were ever built on. Raised walkways and roads*

9

DETAILED BREAKDOWN AND ANALYSIS OF THE OPENING SCENE OF EPISODE 3 OF ARCANE AND SILCO'S MONOLOGUE

*were built to lift the sinking city from the rising sea. The once famed New York subway systems became a water world, a labyrinth of unstable tunnels and crumbling passages."*

**Cowboy Momahan, Bloodborg,** *"Aah'm the diddy of this here District. This sinking city gonna be mahn someday".*

**Jade, Bloodborg,** *"Jade's nose gave off a line of bubbles. The bubbles struggled towards the surface, slowing as the gel coagulated. As the first bubble broke the surface Ling laboriously retracted her hand from the gel. The gel set like jelly, locking Jade under what felt like a ton of sinking sand."*

**Warwick, Bloodborg,** *"...he heard D'anna call as she fell into the dark deep Smog. The carriage had parted much of the smog, allowing him to see the carriage hit the flooded streets below with an almighty splash.*
*D'anna landed on a mound of floating black bags full of rubbish. She smashed through the mound and sank deep down into the floodwater. The hole in the smog closed."*

**Rook's POV,** *"As always safety first, reports have been coming in about a child in the Needle District falling from a cable, disappearing into the smog below. RIP poor child, we can only hope that you are now in a better place. Whilst I need you to help for the greater good of the people, please consider the dangers involved."*

10

DETAILED BREAKDOWN AND ANALYSIS OF THE OPENING SCENE OF EPISODE 3 OF ARCANE AND SILCO'S MONOLOGUE

**Josh's POV,** *"The grey smoky clouds closed in around me, devouring me,*

*stealing my breath like a windy assassin. I crashed into the black water."*

**Snippets of dying, reliving trauma and sleep paralysis from the Plaintiff's medical records,**

**or from documents created for tribunals against the MOD.**

(Sensitive medical documents will be provided in fall to the Judge / Jury)

1, "Around this time, I had begun to panic in my sleep and feel as if I was dying."

2, "I had some studies done into my sleep disorder."

3, "… I experience horrible sleep paralysis where I think I'm fighting…"

4, "I felt heart palpitations when trying to sleep, I was scared to sleep in case I died."

5, "I got back to the HQ block and tried to sleep. I experience my first sleep paralysis."

6, …drowning and sinking into the bed.

7, "…trapping me under in blackness…"

8, "At this point I was depressed and had a sleeping disorder. Sometimes I would be awake for up to three days, I'd be scared to sleep and then when I did sleep, I couldn't get up."

9, "On returning to Germany, the new medical officer realised the state of me, and he issued me with temazepam, which helped me sleep and escape at first but very soon I needed more, and I was hooked. As you probably know, Temazepam is a psychoactive drug which acts

DETAILED BREAKDOWN AND ANALYSIS OF THE OPENING SCENE OF EPISODE 3 OF ARCANE AND SILCO'S
MONOLOGUE

on the central nerves system, and I had central nerve damage. This was not a good combination. Sometimes I would see black silhouettes and shapes of creatures and men, creeping out of the corners of the ceiling, whilst I was pinned to the bed thinking I was dying. Other times I would not be able to feel emotion, either happy or sad. Other times I would be confused and have the most painful headaches and I'd be very aggressive. I'd have flashing lights in my head and eyes. I'd sleep for days and still felt as if I hadn't slept in weeks, I developed an anxiety disorder and paranoia."

10, "I sat lingering in the repeated violence, threats, injuries and violations of my boundaries, personal space and my body when I was trying to sleep, recover and come to terms with what was happening. I had no safe space, no respite."

11, " …isolated bed rest…"

12, "… me run on the spot in a small cell or they made me bite through my fingers and pull out my ligaments and bones. This was on top of the dreams in which I'm dying and the sleep paralysis which I had had for many years by now."

13, "During Kayaking in North Yorkshire, I capsized in rapids on a river. I was trapped under water, smashing my helmet off the rocks. I don't know how long I was under or if I was unconscious. I recall waking with the spray deck smothering my face under water. I think I was pulled out of the kayak by the instructor. This was also a sleeping, hypnogogic flashback of the first sleepwalking/ sleep paralysis weekend in 2004/5 after the trauma in Sennelager."

14, "experiencing sleep paralysis, it was clear to everyone around me that my brain wasn't operating correctly, and I was experiencing bright flashes when my eyes were closed, mostly when laying on my back"

12

DETAILED BREAKDOWN AND ANALYSIS OF THE OPENING SCENE OF EPISODE 3 OF ARCANE AND SILCO'S MONOLOGUE

15, "his nightmares and bad dreams started – he began to have panic attacks and became scared to fall asleep as he felt as if he was dying in his dreams. He recalled the kayaking and football incidents as well as the RTA. He reported the sleep paralysis to the medics and was given a book on stress at work but no other treatment."

**Psycho-emotional Analysis of Sinking / Falling**

Dreams of drowning, sinking, and falling often carry deep psychological and emotional meanings. They are typically associated with feelings of being overwhelmed, losing control, or facing an unavoidable descent into something troubling. Sinking, drowning and falling are recurring features of the plaintiff's reliving of trauma during sleep and his fight back against them during sleep paralysis and hypnagogic states.

**1. Drowning Represents**

Overwhelmed & Anxiety –feeling consumed by emotions, responsibilities, and PTSD stress in waking life.

Emotional Suppression – Water is tied to emotions, and drowning in sleep can be related to suppressing feelings that are now surfacing.

Loss of Control – It can reflect a situation where the Plaintiff, or characters feel powerless or unable to keep their head above metaphorical waters.

DETAILED BREAKDOWN AND ANALYSIS OF THE OPENING SCENE OF EPISODE 3 OF ARCANE AND SILCO'S MONOLOGUE

**2. Sinking Represents**

Failure or Helplessness – Sinking suggests a gradual decline, often in self-esteem,

relationships, or work situations.

Feeling Trapped – Unlike falling, sinking can symbolize a slow but inevitable

descent into depression or despair.

Giving In to Something – It can indicate that the sufferer is surrendering to an

emotional or external pressure.


**3. Falling Represents**

Loss of Stability – Falling dreams often happen when the sufferer feels insecure

or uncertain in life.

Fear of Failure –One might be afraid of losing status, a job, or a relationship.

Lack of Control – These dreams can occur when something is happening too fast

and the sufferer feels powerless.


**Common Themes & Causes**

Stress & Anxiety – When a sufferer is dealing with real-life fears, these dreams

can be a subconscious response.

Emotional Turmoil – Unresolved emotions, trauma, or inner conflicts can

manifest as drowning, sinking, or falling.

DETAILED BREAKDOWN AND ANALYSIS OF THE OPENING SCENE OF EPISODE 3 OF ARCANE AND SILCO'S
MONOLOGUE

Major Life Changes – If someone is going through transitions (loss, breakup, trauma, convictions, illness or pain), their mind may process it through these dreams.

**Interchangeable**

The above-mentioned feelings, traumas, emotions, etc., are extremely hard for a sufferer to make sense of, and sometimes even harder to face. Thus, the sufferer often experiences and processes these demons in the subconscious. Interrelated and intrinsically entwined deep subconscious suffering and experiences like this change the fabric of one's soul. Thus, expressions of one, maybe related to expressions, or amalgamation of all of the above.

This is the core of the suffering which is being represented over and over in fractured cyclical ways throughout Bloodborg, and alleged, to have been directly lifted to make Arcane.

The mere expression of these traumas shows that they are directly related to real life suffering, such as the Plaintiff's complex PTSD and comorbid conditions and not the outcome of an inexperienced writer's room gazing through submissions to "Find the Story".

**Industry Context: Extracting Trauma for Storytelling**

Modern media increasingly incorporates psychological trauma into storytelling, but there is a moral and legal distinction between inspiration and appropriation. The Plaintiff's deeply personal experiences, intricately woven into Bloodborg, were allegedly lifted and repurposed in Arcane without proper attribution. The assertion that this theme was "discovered"

15

DETAILED BREAKDOWN AND ANALYSIS OF THE OPENING SCENE OF EPISODE 3 OF ARCANE AND SILCO'S MONOLOGUE

in a writer's room rather than derived from submitted material is not only suspect but aligns with documented industry practices of "narrative appropriation."

**Psychological & Neurological Basis**

Sleep disturbances are a well-documented symptom of post-traumatic stress disorder (PTSD), with insomnia and recurrent nightmares being particularly prevalent. Studies indicate that 70% to 90% of individuals with PTSD experience significant sleep-related issues.

In their 2021 article, "Disturbed Sleep in PTSD: Thinking Beyond Nightmares," Lancel et al. provide a comprehensive overview of the complex relationship between post-traumatic stress disorder (PTSD) and sleep disturbances. They highlight that insomnia, and nightmares are core symptoms of PTSD, with 70–90% of patients reporting significant sleep-related issues. The authors emphasize that these disturbances are not merely symptoms but play a central role in both the development and maintenance of PTSD. They discuss how various sleep disorders, including insomnia and nightmares, are prevalent among individuals with PTSD and how these disturbances can exacerbate PTSD symptoms. The article also explores the reciprocal relationship between sleep disturbances and PTSD, suggesting that addressing sleep issues is crucial for effective PTSD treatment and management (Lancel, et, al. 2021).

These disturbances often extend beyond typical insomnia, encompassing a range of parasomnias, including sleep paralysis. Sleep paralysis occurs when an individual, upon falling asleep or waking, is conscious but temporarily unable to move or speak. This phenomenon is frequently accompanied by intense fear and hallucinations. Research suggests

DETAILED BREAKDOWN AND ANALYSIS OF THE OPENING SCENE OF EPISODE 3 OF ARCANE AND SILCO'S MONOLOGUE

that individuals with PTSD are more susceptible to experiencing sleep paralysis, likely due to the

hyperarousal and heightened stress associated with the disorder.

In their 2021 article, "Nightmare Disorder and Isolated Sleep Paralysis," Stefani

and Högl explore the significant distress caused by these REM parasomnias. They note that

nightmare disorder is particularly prevalent among individuals with psychiatric conditions,

including post-traumatic stress disorder (PTSD). The authors discuss how hyperarousal and

impaired fear extinction contribute to the generation of nightmares, implicating brain regions

involved in emotion regulation. They also highlight that isolated sleep paralysis, often

accompanied by vivid hallucinations, represents a dissociated state where REM atonia persists

into wakefulness. Predisposing factors for these conditions include sleep deprivation, irregular

sleep-wake schedules, and jet lag. The authors emphasize the importance of addressing these

factors in treatment, with non-medication approaches like imagery rehearsal therapy proving

especially effective for nightmare disorder (Stefani & Högl, 2021).

The hypnagogic state—the transitional phase between wakefulness and sleep—is

another period during which trauma-related sleep disturbances can manifest. During this phase,

individuals may experience vivid sensory phenomena, including hallucinations and fragmented

dream-like experiences. For those with PTSD, the hypnagogic state can trigger re-experiencing

of traumatic events, leading to distressing sensations of sinking, falling, or drowning.

In their 2023 article, "The Hypnagogic State: A Brief Update," Ghibellini and

Meier explore the transitional phase between wakefulness and sleep, known as the hypnagogic

state. This state is characterized by spontaneous sensory experiences across various modalities,

DETAILED BREAKDOWN AND ANALYSIS OF THE OPENING SCENE OF EPISODE 3 OF ARCANE AND SILCO'S
MONOLOGUE

including visual, auditory, and kinesthetic perceptions. The authors highlight that while these

experiences are generally benign, they can be distressing for individuals with conditions such as

PTSD, where hypnagogic hallucinations may involve re-experiencing traumatic events. The

review emphasizes the need for further research into the emotional quality of hypnagogic states

and their prevalence in different sensory modalities (Ghibellini and Meier, 2023).

These trauma-related sleep disturbances are not only distressing but can also

exacerbate PTSD symptoms, creating a cyclical pattern of sleep disruption and heightened

trauma responses. Understanding and addressing these sleep disturbances are crucial components

of effective PTSD treatment and management. Thus, when the Plaintiff incorporates these

cyclical themes into his trauma writing, it is a form of treatment and exposure therapy. To steal

one's treatment and expression of such is pure evil to the core.

It's triggering, it's re-traumatizing and it's disturbing just how low people will go

for fame and fortune, or just to "Be a Boss" like Linke has done. Then to accept awards for this

trauma writing, after already being informed of the infringement and the nature of the writing,

whilst the suffering and true writer is going through the most traumatic time of his life, is pure

wicked, satanic degradation of human behaviors.

Then making the sufferer fight for years on end to prove these cases, is beyond

what Riot Games has in the bank to put right. The Plaintiff believes that, when these cases are

proven, criminal proceedings are needed to protect others from these behaviors. Lengthy

custodial sentences of the main culprits are the only suitable remedy, as money isn't a worry

when you have 22 billion and insurance protections. What is the incentive to not do this again if

it's "No skin off one's back" to payout.

18

DETAILED BREAKDOWN AND ANALYSIS OF THE OPENING SCENE OF EPISODE 3 OF ARCANE AND SILCO'S
MONOLOGUE

### C. Silco's Drowning Monologue

The opening scene of Episode 3 in Arcane presents a striking and emotionally charged moment—Silco sinking backward into dark waters while delivering his infamous drowning monologue. This monologue has since become one of his most recognized and quoted lines from the series, encapsulating profound existential conflict and internal struggle.

### Monologue

"Ever wonder what it's like to drown? Story of opposites. There's peace in water. Like it's holding you, whispering in low tones to let it in. And every problem in the world will fade away. But then, there's this thing… in your head, and it's raging. Lighting every nerve with madness. To fight. To survive. And all the while this question lingers before you: 'Have you had enough?' It's funny. You could pass a lifetime without ever facing a choice like that. But it changes you forever."

### Breaking it Down: The Psychological & Narrative Weight

Silco's monologue is a meditation on duality, the paradox of water as both a soothing embrace and a merciless force, a space of surrender versus a battleground of survival. This mirrors the experience of trauma processing, particularly in survivors of deep psychological wounds, where the mind constantly wrestles between letting go and fighting back.

DETAILED BREAKDOWN AND ANALYSIS OF THE OPENING SCENE OF EPISODE 3 OF ARCANE AND SILCO'S
MONOLOGUE

**C1- Sentence 1 & 2**

**1. The Opening Duality**

Silco begins:

Sentence 1: "Ever wonder what it's like to drown? Story of opposites."

Sentence 2: "There's peace in water."

The reference to "opposites" suggests an inherent contradiction in the experience of drowning, where serenity and terror coexist. This directly parallels Bloodborg's depiction of sinking, where the protagonist experiences both connection and unease in the presence of deep, dark water.

**2. Direct Literary Parallel in Bloodborg**

**To show the whole snippet:**

*"As the man spoke, an emotion she didn't know and didn't understand, had been trying to rise in her belly, but each time it washed away, like a wave that never quite reaches the shore. She transfixed onto the blackwater, there was much lurking down there, down in the dark abyss, she felt strangely allied to it; it's mystery, it's misery."*

In D'borg POV, Bloodborg- "She transfixed onto the blackwater, there was much lurking down there, down in the dark abyss, she felt strangely allied to it; its mystery, its misery."

DETAILED BREAKDOWN AND ANALYSIS OF THE OPENING SCENE OF EPISODE 3 OF ARCANE AND SILCO'S MONOLOGUE

In this passage, the feeling is shown, not told, which is a literary device that enhances the reader's immersion. Unlike Silco's direct verbalization of the experience, Bloodborg allows the sensation of emotional conflict to unfold organically through imagery and internal perspective. The protagonist does not merely speak about the abyss—she experiences it, feels its pull, its familiarity, and its darkness.

The subtle yet profound alignment between these two passages reinforces the argument that the themes and symbolic framework of drowning, sinking, and duality in Arcane bear a striking resemblance to the personalized trauma expressions within Bloodborg.

### 3. The Emotional and Psychological Significance of Drowning Imagery

Silco's monologue and Bloodborg's abyss imagery both function as trauma metaphors, tapping into deep-seated psychological struggles:

The Peace vs. The Fight – Both passages capture the internal conflict between surrendering to suffering and resisting it. In trauma survivors, this is analogous to the freeze response vs. survival instinct.

Water as an Emotional Abyss – The blackwater in Bloodborg and the drowning imagery in Arcane serve as metaphors for subconscious depth, unresolved grief, and suppressed pain.

A Personal or Existential Reckoning – Silco's "Have you had enough?" moment echoes a critical trauma threshold, much like how the protagonist in Bloodborg is drawn into a psychological confrontation with the abyss.

DETAILED BREAKDOWN AND ANALYSIS OF THE OPENING SCENE OF EPISODE 3 OF ARCANE AND SILCO'S MONOLOGUE

**Thematic and Structural Overlap**

It is essential to highlight that this is not merely a common literary theme, but a deeply personal articulation of trauma that was already embedded in Bloodborg. The striking similarities in:

   i. The drowning metaphor as a defining character moment

   ii. The contrasting elements of allure and danger in water

   iii. The existential questioning embedded within the monologue

   iv. The cyclical nature of this struggle, appearing throughout Bloodborg's narrative

…strongly indicate that this is not just general inspiration but a direct thematic and psychological extraction from Bloodborg's work.

**The Weight of Trauma Narratives**

Silco's monologue, much like the imagery in Bloodborg, is more than just a poetic moment. It is an articulation of internalized trauma, dissociation, and the fractured psyche of someone struggling with their past. The fact that these elements appear so distinctly in Arcane, echoing a previously established trauma narrative, only strengthens the claim that this was not merely a case of coincidental thematic overlap but a deliberate repurposing of deeply personal material.

DETAILED BREAKDOWN AND ANALYSIS OF THE OPENING SCENE OF EPISODE 3 OF ARCANE AND SILCO'S MONOLOGUE

## C2- Sentence 3

Sentence 3: "Like it's holding you, whispering in low tones to let it in."

**In Bloodborg,** in one of the POV's, Josh says "The grey smoky clouds closed in around me, devouring me, stealing my breath like a windy assassin. I crashed into the black water."

The above extracts are both from drowning scenes in black water, with the characters sinking on their backs, which is alleged to be directly referencing the Plaintiff's trauma and sleep paralysis.

It is alleged that, from Silco's Monologue, "whispering in low tones" and from Josh's POV, "devouring me, stealing my breath like a windy assassin", are essentially different word for the same expression, reworked for the same meaning. This highlights a potential linguistic and conceptual parallel between Silco's Monologue in Arcane and Josh's POV in Bloodborg. Both phrases, while stylistically distinct, communicate the same underlying idea: a powerful, stealthy, and dominating presence exerting control or influence over someone else. The differences in word choice reflect the stylistic preferences of their respective "Writers", but the thematic and emotional resonance remains consistent. Silco's Monologue is concise and restrained, fitting his calculated and menacing personality. Josh's POV is more descriptive and poetic, reflecting a vivid and sensory-driven style typical of inner monologues.

The alleged reworking involves transforming the concept of quiet, overpowering influence from Silco's controlled delivery into a more visceral, metaphorical description in Bloodborg. This demonstrates how similar ideas can be adapted and reframed to fit different

DETAILED BREAKDOWN AND ANALYSIS OF THE OPENING SCENE OF EPISODE 3 OF ARCANE AND SILCO'S
MONOLOGUE

characters and narrative tones while maintaining the same core meaning. With tugged at the heart of the central alleges of copyright infringement in these cases, which hold that,

Just enough masking has been applied to attempt to hide the theft and build plausible deniability.

**Laying on one's back**.

Because of the Plaintiff's past brain injury and PTSD, he cannot fall asleep lying on his back. If he does, he experiences sleep paralysis, the feeling of dying, falling or drowning in blackness. This was written into Bloodborg, which is all trauma writing.

**In Bloodborg,** Josh says, "I feel as though I'm submerged in icy black water as I lay on my back."

DETAILED BREAKDOWN AND ANALYSIS OF THE OPENING SCENE OF EPISODE 3 OF ARCANE AND SILCO'S
MONOLOGUE

**Arcane-** We visually see this represented over and over in Arcane's cyclical and relentless narrative theme of the same.





DETAILED BREAKDOWN AND ANALYSIS OF THE OPENING SCENE OF EPISODE 3 OF ARCANE AND SILCO'S
MONOLOGUE

**C3- Sentence 4**

Sentence 4: "And every problem in the world will fade away."

Silco's fourth sentence in his monologue, "And every problem in the world will fade away.", carries profound implications regarding dissociation and the numbing effect of surrendering to an overpowering force. This aligns directly with the emotional experience depicted in Bloodborg.

**Returning to Bloodborg, D'borg's Perspective**

*"...an emotion she didn't know and didn't understand, had been trying to rise in her belly, but each time it washed away, like a wave that never quite reaches the shore."*

This passage encapsulates a moment of emotional suppression, where a deep feeling struggles to manifest but is continually subdued, just as Silco describes a moment where all struggles seem to vanish under water's embrace.

**1. Parallel Themes of Dissociation & Emotional Detachment**

Both passages highlight the psychological mechanism of dissociation, a common response to trauma. Silco's line suggests an escape from pain through surrender, a moment where every problem "fades away" into oblivion. D'borg's experience reflects emotional suppression, her feelings attempt to surface but are continuously washed away, never fully forming or being processed.

26

DETAILED BREAKDOWN AND ANALYSIS OF THE OPENING SCENE OF EPISODE 3 OF ARCANE AND SILCO'S
MONOLOGUE

This is not just a coincidental literary motif; it reflects a shared psychological and narrative structure, where water acts as both a suppressor and a revealer of deeper emotions.

### 2. The Metaphor of Waves & Emotional Resistance

The imagery of waves in Bloodborg is particularly significant when compared to Silco's monologue:

Silco's "fade away" statement implies a total engulfment, a loss of self in the vastness of water, where struggling ceases and submission takes over.

D'borg's wave metaphor suggests emotional restraint, where an emotion attempts to break through but is held back, mirroring the psychological repression common in PTSD.

Both narratives use the water motif to symbolize internal battles, but while Silco verbalizes the experience, Bloodborg employs immersive, sensory-driven storytelling to show it instead of telling it.

### The Shared Structure of Trauma Representation

Silco's entire drowning monologue is structured as an existential realization, a moment of conflict between resisting and yielding to suffering. This mirrors the internal struggle in Bloodborg, where the protagonist grapples with trauma through sensation rather than declaration. This direct parallel further supports the argument that Arcane did not simply adopt a generic drowning metaphor, but rather incorporated specific, uniquely crafted trauma expressions found in Bloodborg, expressions that stem from deeply personal experiences rather than traditional storytelling tropes.

DETAILED BREAKDOWN AND ANALYSIS OF THE OPENING SCENE OF EPISODE 3 OF ARCANE AND SILCO'S
MONOLOGUE

**The Psychological Depth of These Moments**

Both Bloodborg and Arcane use drowning as a gateway into deeper trauma narratives, but what strengthens the argument for appropriation is:

1. The near-identical emotional and structural progression of how drowning is framed.

2. The specific, non-generic metaphor of waves suppressing emotions, seen in both texts.

3. The highly personal and psychologically specific articulation of trauma processing—a hallmark of Bloodborg's unique storytelling

This is more than shared inspiration, it is a highly specific replication of an individual's psychological and literary expression of trauma, appearing in Arcane in ways that align too precisely with Bloodborg's framework.

DETAILED BREAKDOWN AND ANALYSIS OF THE OPENING SCENE OF EPISODE 3 OF ARCANE AND SILCO'S MONOLOGUE

## C4- Sentence 5

Sentence 5: The Fight Against Death

Silco's Sentence 5: "But then, there's this thing… in your head, and it's raging. Lighting every nerve with madness. To fight."

This line encapsulates the primal survival instinct, the rage against death, the internal battle between surrender and resistance. The phrase "lighting every nerve with madness" is a direct evocation of the physiological and psychological responses to mortal peril, an overwhelming flood of adrenaline, panic, and desperate struggle.

### 1. Fighting Death in Trauma Nightmares and Sleep Paralysis

For the Plaintiff, this concept is not metaphorical, it is literal. During sleep paralysis and trauma nightmares, death is not just experienced but relived. This directly ties into real-life near-death experiences, including:

1, Being placed in a body bag and revived multiple times by paramedics after a near-fatal incident.

2, Nearly drowning in a kayak while in the British Army, a traumatic event echoing the themes of suffocation, entrapment, and panic found in Bloodborg.

3, Near miss of an RPG in Iraq.

DETAILED BREAKDOWN AND ANALYSIS OF THE OPENING SCENE OF EPISODE 3 OF ARCANE AND SILCO'S MONOLOGUE

These real-life experiences were not abstract inspirations; they were the raw material for Bloodborg's narrative. The repeated fight against death, whether in sleep paralysis or in reality, became a defining thematic core of the work.

### 2. Bloodborg's Parallel: The Fight Against Suffocation

The fight for survival is directly depicted in Bloodborg through Jade's drowning-like entrapment in a viscous gel:

*"Jade's nose gave off a line of bubbles. The bubbles struggled towards the surface, slowing as the gel coagulated. As the first bubble broke the surface, Ling laboriously retracted her hand from the gel. The gel set like jelly, locking Jade under what felt like a ton of sinking sand.*

*Jade had counted to thirty, Ling had not returned. Jade panicked trying to fight her way out, which only locked her tighter. Her eyeballs darted around in her head frantically, reddening as she clung to life."*

This passage perfectly mirrors the psychological and physiological responses described in Silco's monologue:

The Immediate Panic – Jade initially holds on, counting, waiting for rescue. This parallels the calm before the survival instinct kicks in, just as Silco describes the peace of drowning before the mind begins to fight back.

DETAILED BREAKDOWN AND ANALYSIS OF THE OPENING SCENE OF EPISODE 3 OF ARCANE AND SILCO'S MONOLOGUE

The Frantic Struggle – As panic sets in, Jade thrashes, locking herself even tighter. This reflects the paradox of drowning and suffocation, how the act of struggling can sometimes worsen the situation.

The Desperation to Live – Jade's darting, reddened eyes as she clings to life illustrate the body's last-ditch effort to survive, mirroring Silco's phrase "lighting every nerve with madness".

This visceral depiction of suffocation, panic, and helplessness in Bloodborg is not a generic trope; it is a direct translation of real-life near-death experiences into narrative form.

**3. The Trauma Imprint on Narrative**

The similarities between Silco's monologue and Bloodborg's survival sequences extend beyond mere imagery, they reflect a highly specific trauma imprint, a psychological fingerprint that cannot be replicated without direct reference to the original experience.

Near-death experiences in both real life and writing: The Plaintiff's encounters with literal death (body bag, drowning) shape Bloodborg's themes, just as Silco's speech shapes Arcane's portrayal of survival and trauma.

The physiological realism of suffocation and drowning: The descriptions in Bloodborg align with actual scientific understandings of suffocation panic ($CO_2$ buildup, struggle-induced tightening), reinforcing the authenticity of the trauma source.

DETAILED BREAKDOWN AND ANALYSIS OF THE OPENING SCENE OF EPISODE 3 OF ARCANE AND SILCO'S MONOLOGUE

The subconscious vs. the conscious struggle: Both texts explore the paradox of drowning, not just as a physical event, but as a psychological struggle between acceptance and defiance. This strengthens the case that Bloodborg's trauma-rooted storytelling was not merely an influence on Arcane, but systematically lifted and repurposed, reshaped within the framework of Silco's monologue.

### 5. The Impossible Coincidence

The fight against drowning, suffocation, and death is not just a theme, it is a lived experience transformed into art. The Plaintiff's trauma is uniquely coded into Bloodborg, making its echoes in Arcane too precise to be accidental.

Fighting Death

1. Silco's monologue (rage against drowning, survival instinct awakening).
2. Bloodborg's suffocation sequence (panic, struggle, and biological survival response)
3. The Plaintiff's real-life near-death experiences

…it becomes overwhelmingly clear that Arcane did not simply borrow a theme. It appropriated a deeply personal trauma narrative, repackaged it, and presented it as original storytelling.

DETAILED BREAKDOWN AND ANALYSIS OF THE OPENING SCENE OF EPISODE 3 OF ARCANE AND SILCO'S MONOLOGUE

**Arcane-** We visually see this represented in Silco's drowning scene.





DETAILED BREAKDOWN AND ANALYSIS OF THE OPENING SCENE OF EPISODE 3 OF ARCANE AND SILCO'S
MONOLOGUE

## COMPLAINT ARGUMENT: APPROPRIATION OF PERSONAL TRAUMA IN ARCANE'S SILCO DROWNING MONOLOGUE

The Silco drowning monologue in Arcane presents an uncanny resemblance to Bloodborg's deeply personal and trauma-infused storytelling, particularly in its psychological themes, visual representation, and linguistic structure. This is not a case of general inspiration but rather a direct extraction and reworking of highly specific trauma narratives derived from the Plaintiff's real-life experiences.

The Plaintiff's trauma history, including near-death experiences such as drowning, suffocation, and survival in extreme conditions, was a direct foundation for the Bloodborg narrative. These lived experiences, manifesting in sleep paralysis, PTSD nightmares, and literary depictions of suffocation and drowning, form the core of Bloodborg's emotional and symbolic storytelling. The uncanny structural and thematic replication of these elements in Arcane's portrayal of Silco's monologue and drowning scene raises serious concerns about intellectual property infringement, ethical appropriation, and unauthorized repurposing of trauma-based writing.

34

DETAILED BREAKDOWN AND ANALYSIS OF THE OPENING SCENE OF EPISODE 3 OF ARCANE AND SILCO'S MONOLOGUE

## 1. A Direct and Specific Replication of Trauma Symbolism

Silco's drowning monologue and visual descent into dark waters align with Bloodborg's repeated sinking, drowning, and suffocation motifs, all of which were constructed around the Plaintiff's real-life experiences.

Thematically Identical Struggles: Both narratives depict a duality between surrender and survival, the lure of water as peaceful versus the panic of fighting against death.

Symbolic Overlap: Water functions as a psychological abyss, representing dissociation, helplessness, and existential reckoning, core elements of Bloodborg's storytelling and its representation of PTSD.

Linguistic and Narrative Parallels: Bloodborg's writing mirrors the structure and emotional weight of Silco's speech, using imagery of waves, suffocation, fading emotions, and a frantic battle against drowning.

Cyclical Representation in Both Stories: Both Bloodborg and Arcane return relentlessly to visual and narrative themes of sinking, falling, suffocation, and forced reckoning with trauma.

The exact framing, emotional progression, and symbolic functions of these elements strongly indicate appropriation rather than mere thematic coincidence.

DETAILED BREAKDOWN AND ANALYSIS OF THE OPENING SCENE OF EPISODE 3 OF ARCANE AND SILCO'S MONOLOGUE

## 2. The Trauma Fingerprint: Unique to Bloodborg, Now in Arcane

Certain elements of Bloodborg that stem from the Plaintiff's deeply personal and specific PTSD symptoms now appear refashioned in Arcane, particularly in Silco's drowning scene.

### Survival Struggle in Near-Death Experience

The fight against suffocation and drowning is not just a literary theme in Bloodborg, it originates from the Plaintiff's real-life trauma (nearly drowning in the British Army, being placed in a body bag and revived, PTSD-related sleep paralysis).

The same frantic fight against water as a suffocating force is explicitly depicted in both Bloodborg and Arcane, mirroring real-life accounts of suffocation, panic, and survival instinct.

### Sinking on One's Back & Sleep Paralysis Connection

The trauma of sleep paralysis, where the Plaintiff experiences the sensation of drowning while lying on his back, was deliberately written into Bloodborg.

Arcane visually reinforces this by portraying Silco sinking backward, a highly specific and non-generic image of trauma-induced helplessness, perfectly aligning with the Plaintiff's real-life sleep paralysis episodes.

The highly personal nature of these experiences, recoded into Arcane's monologue and visuals, suggests deliberate repurposing of Bloodborg's trauma-coded storytelling.

DETAILED BREAKDOWN AND ANALYSIS OF THE OPENING SCENE OF EPISODE 3 OF ARCANE AND SILCO'S MONOLOGUE

### 3. Reworking for Plausible Deniability- A Masked Copy

The key to this appropriation is not verbatim copying but reframing and rewording to obscure its origins. This tactic is evident in the way Arcane's Silco monologue maintains identical conceptual and thematic structures while altering linguistic surface details:

I.   Silco's "Whispering in Low Tones" vs. Bloodborg's "Stealing My Breath Like a Windy Assassin"

Both phrases describe an intangible force gently overpowering the character, with the same metaphor of silent but inescapable control. Despite different wording, the function, emotional weight, and meaning remain identical.

II.  Silco's "And Every Problem Will Fade Away" vs. Bloodborg's "Like a Wave That Never Quite Reaches the Shore"

Both lines encapsulate dissociation, numbing, and emotional suppression.
The imagery of fading, waves, and sinking emotions in Bloodborg directly mirrors Silco's peaceful but deceptive drowning metaphor.

III. Silco's "Lighting Every Nerve with Madness" vs. Bloodborg's Suffocation Struggle.

37

DETAILED BREAKDOWN AND ANALYSIS OF THE OPENING SCENE OF EPISODE 3 OF ARCANE AND SILCO'S
MONOLOGUE

The escalating panic and desperate survival response in both texts mirror real physiological reactions to suffocation. Silco's phrasing conveys the same neurobiological fight-or-flight reaction depicted in Bloodborg, even though the verbal expression has been adjusted for disguise.

This pattern, where highly specific, deeply personal trauma expressions from Bloodborg appear slightly reworded in Arcane, demonstrates a deliberate act of appropriation under the guise of plausible deniability.

### Conclusion: Systematic Theft of a Personal Trauma Narrative

Silco's drowning monologue is not an independent or coincidental artistic expression; it is a highly specific restructuring of the Plaintiff's personal trauma, filtered through Bloodborg and repackaged within Arcane.

The structural, thematic, and psychological elements of Bloodborg, all derived from real-life traumatic experiences, are too distinct and deeply personal to be generic storytelling motifs. The recurring drowning, sinking, and suffocation themes in Arcane align too precisely with Bloodborg's portrayals of trauma, making mere inspiration an unlikely explanation. The strategic linguistic and structural alterations suggest an attempt to mask appropriation, not an original creation.

DETAILED BREAKDOWN AND ANALYSIS OF THE OPENING SCENE OF EPISODE 3 OF ARCANE AND SILCO'S
MONOLOGUE

### Legal & Ethical Implications

Copyright Infringement: Bloodborg's unique trauma-based storytelling and narrative structures were systematically lifted and reworked into Arcane.

Ethical Violation: The Plaintiff's real-life trauma was exploited without consent, repurposed for commercial storytelling.

Industry Precedent: This case reflects a larger pattern in media industries, where personal narratives from independent writers are harvested and modified to build blockbuster narratives while evading direct legal accountability.

### Final Statement

Arcane's Silco drowning monologue is not just similar to Bloodborg, it is Bloodborg, stripped of attribution but carrying the unmistakable imprint of the Plaintiff's lived experience. This is not a coincidence, but a case of narrative appropriation, where personal trauma has been systematically stolen, reworded, and repackaged as original content.

DETAILED BREAKDOWN AND ANALYSIS OF THE OPENING SCENE OF EPISODE 3 OF ARCANE AND SILCO'S MONOLOGUE

**Legal Citations and Further Legal Action (Civil & Criminal)**

The Plaintiff's claims of appropriation, copyright infringement, and unethical use of personal trauma in Arcane's Silco Monologue can be examined under multiple legal frameworks, including copyright law, contract law, tort law, and potential criminal violations.

**I. Civil Legal Claims**

1. Copyright Infringement (U.S. Law – 17 U.S.C. § 501, U.K. – Copyright, Designs and Patents Act 1988)

The Plaintiff's Bloodborg is a copyrighted work, and its original expression of trauma, imagery, and narrative elements have allegedly been repurposed without consent.

**Legal Basis:**

United States: 17 U.S.C. § 501 of the Copyright Act of 1976 protects original literary works from unauthorized reproduction and derivative use.

United Kingdom: The Copyright, Designs, and Patents Act 1988 (CDPA 1988), Section 16 provides similar protections, prohibiting copying substantial parts of a copyrighted work.

**Key Precedents:**

Sheldon v. Metro-Goldwyn Pictures Corp. (U.S. 1936) – Held that substantial similarity in themes and structure can establish copyright infringement.

Rogers v. Koons (U.S. 1992) – Found that altering an original work slightly does not absolve copyright liability.

40

DETAILED BREAKDOWN AND ANALYSIS OF THE OPENING SCENE OF EPISODE 3 OF ARCANE AND SILCO'S MONOLOGUE

Baigent & Leigh v. Random House Group Ltd. (U.K. 2006) – A case involving theft of specific thematic elements from an author's work, though ultimately ruled in favor of Random House.

**Remedies Available to the Plaintiff:**

Injunction to stop further distribution of the infringing work.

Damages (statutory or actual damages).

Profit disgorgement (Arcane's profits derived from the infringing content).

Court-ordered credit to the Plaintiff as the original creator.

**2. Breach of Implied Contract (If Submission Was Involved) – Desny v. Wilder (1956)**

The Plaintiff submitted Bloodborg to an industry entity, thus might have an implied contract claim under Desny v. Wilder, a landmark U.S. case that established that unsolicited creative works submitted to a studio are protected from unauthorized use under an implied contract theory.

**Legal Precedent:**

Desny v. Wilder, 299 P.2d 257 (Cal. 1956)

A studio may not use submitted creative material without compensating the creator, even if no formal contract exists.

41

DETAILED BREAKDOWN AND ANALYSIS OF THE OPENING SCENE OF EPISODE 3 OF ARCANE AND SILCO'S MONOLOGUE

**Potential Remedies:**

Breach of contract damages.

Credit as a co-writer or consultant.

### 3. Fraudulent Misappropriation of Intellectual Property (Common Law & U.K. Passing Off Law)

If Arcane's creators knowingly took elements from Bloodborg and disguised them as original, the Plaintiff may have a claim under:

U.K. "Passing Off" (Reckitt & Colman Ltd v. Borden Inc. [1990]) Protects against misrepresentation of ownership over creative content.

U.S. "Misappropriation" Doctrine (International News Service v. Associated Press [1918]) Prevents one party from commercially exploiting another's intellectual effort without permission.

**Potential Remedies:**

Damages for fraudulent misrepresentation.

Potential reputational damages if misattribution is proven.

4. Emotional Distress & Mental Anguish (Tort Law)

Because the Plaintiff's personal trauma and lived experiences were allegedly taken and repurposed, he has a tort claim for emotional distress.

DETAILED BREAKDOWN AND ANALYSIS OF THE OPENING SCENE OF EPISODE 3 OF ARCANE AND SILCO'S MONOLOGUE

**Legal Theories:**

Intentional Infliction of Emotional Distress (IIED) – Hustler Magazine, Inc. v. Falwell (U.S. 1988) established that deliberate, reckless harm to an individual's emotional well-being can be actionable.

Negligent Infliction of Emotional Distress (NIED) – If Arcane's creators failed to consider the emotional harm in using deeply personal trauma themes, they could be held liable.

**Potential Remedies:**

Compensatory damages for distress.

Potential punitive damages.

**5. Unjust Enrichment & Profit Disgorgement (Common Law)**

If Arcane profited from elements appropriated from Bloodborg, the Plaintiff could file an unjust enrichment claim:

**Legal Precedents:**

Restatement (Third) of Restitution and Unjust Enrichment (U.S.) – Prevents one party from benefiting from another's work without compensation.

Attorney General v. Blake (U.K. 2001) – Courts may order full profit disgorgement if wrongful benefit is proven.

43

DETAILED BREAKDOWN AND ANALYSIS OF THE OPENING SCENE OF EPISODE 3 OF ARCANE AND SILCO'S
MONOLOGUE

**Potential Remedies:**

Full or partial redistribution of profits.

Licensing fees retroactively applied.

## II. POTENTIAL CRIMINAL CLAIMS

1. Wire Fraud (U.S. 18 U.S.C. § 1343) & Conspiracy to Defraud (U.K. Fraud Act 2006, Section 2)

If Arcane's creators communicated false ownership of the Plaintiff's work across state or international lines (e.g., in contract discussions, marketing, or distribution deals), it could constitute wire fraud (U.S.) or conspiracy to defraud (U.K.).

**Elements of Wire Fraud:**

A scheme to defraud another out of money or property.

Electronic or interstate communications used in furtherance of fraud.

Intent to defraud.

**Elements of Conspiracy to Defraud (U.K.):**

Agreement to commit fraud or deception to gain financially.

Misrepresentation that deprives another of their rightful property.

**Potential Remedies:**

DETAILED BREAKDOWN AND ANALYSIS OF THE OPENING SCENE OF EPISODE 3 OF ARCANE AND SILCO'S
MONOLOGUE

Criminal fines.

Imprisonment (if intent is proven).

**2. Plagiarism & False Attribution (Fraud by False Representation – Fraud Act 2006, Section 2)**

If Arcane's creators falsely claimed originality while knowingly using another's work, they may have engaged in fraud by false representation under U.K. law. Plagiarism is not a criminal offense in most jurisdictions, but if tied to commercial fraud, it can result in legal consequences.

**Plaintiff's Footnotes**

Since the Rule 26 (f) conference, Plaintiff has spent the weekend hyper fixated in stress and worry over these cases.

The plaintiff had an important neurological psychologist assessment and battery of testing on the morning of February 14, 2025, but had very little sleep because of the late night overthinking of Riot's tenacious threats to have these cases kicked out on legalities. Riot should take note that life doesn't happen in a vacuum, the negative effects of these cases can, and indeed has, led to life-changing events. Plaintiff's damages will rise accordingly.

Plaintiff noted that during the Rule 26 (f) conference on February 13, 2025, Riot Games and Christian Linke adamantly denied ever seeing or reading Bloodborg, and yet public

DETAILED BREAKDOWN AND ANALYSIS OF THE OPENING SCENE OF EPISODE 3 OF ARCANE AND SILCO'S
MONOLOGUE

proof of them reading and soliciting manuscripts in the writing room, whilst "being less shitty and starting again" is available and has been presented to the court.

The Plaintiff notes this adamant denial and refusal to take responsibility for their actions and crimes, and he presents even more evidence of undeniable Copyright infringement.

The Plaintiff wasn't looking forward to getting onto episode 3, for the reasons set throughout this document, and yet it's 01:16 Am and the Plaintiff cannot sleep again because of these cases.

Given the conditions of these cases, and the refusal of responsibility, the Plaintiff believes that wider criminal and civil cases may need to progress in many nations around the globe.

CONCLUSION

The Plaintiff presents compelling evidence that the "Silco Drowning Monologue" is not merely similar to Bloodborg, but a systematic appropriation of its unique trauma-based storytelling. The Plaintiff has endured real-life traumatic experiences, which were then repurposed by the Defendants for commercial gain without consent, credit, or compensation.

Given the overwhelming substantial similarity, psychological specificity, and linguistic parallels, this case exceeds the threshold for both civil liability and potential criminal inquiry. The Plaintiff seeks immediate relief through civil litigation and, where applicable, criminal prosecution to uphold the integrity of their intellectual property rights and personal trauma narrative.

46

DETAILED BREAKDOWN AND ANALYSIS OF THE OPENING SCENE OF EPISODE 3 OF ARCANE AND SILCO'S MONOLOGUE

Submitted for Court Review & Evidentiary Consideration.


I, Marc Wolstenholme, declare under penalty of perjury under the laws of the

United States of America that the foregoing is true and correct to the best of my knowledge and

belief. I submit this declaration in support of my Detailed Breakdown and Analysis of the open

Episode 3, and Silco's monologue: Supporting Evidence for Copyright Infringement Case,

providing a detailed comparison of the alleged infringement of my original work, Bloodborg, by

Riot Games, Inc.


Respectfully submitted,

The Plaintiff, Marc Wolstenholme, M.W. Wolf.

Date: FEBRUARY 15, 2025

Signed: *M.WOLSTENHOLME.*

47

DETAILED BREAKDOWN AND ANALYSIS OF THE OPENING SCENE OF EPISODE 3 OF ARCANE AND SILCO'S
MONOLOGUE