Marc Wolstenholme

5 Shetland Close
Coventry, England CV5 7LS
Telephone: 044 7827964404
Email: marc@mvwolf-fiction.co.uk
Plaintiff in Pro Per

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARC WOLSTENHOLME,<br><br>      Plaintiff,<br><br>vs.<br><br>RIOT GAMES, INC.,<br><br>      Defendant | CASE NO. 2:25-CV-00053-FMO-BFM<br><br>HON. FERNANDO M. OLGUIN<br><br>PLAINTIFF'S DETAILED BREAKDOWN AND ANALYSIS OF GASLIGHTING OF EPISODE 4 OPENING OF ARCANE: SUPPORTING EVIDENCE FOR COPYRIGHT INFRINGEMENT CASE<br><br>FEBRUARY 18, 2025 |

Dated this: FEBRUARY 18, 2025

*M.WOLSTENHOLME.*
_____
[MARC WOLSTENHOLME]

**Detailed Breakdown and Analysis of gaslighting of episode 4 opening of Arcane**

**season 1: Supporting Evidence for Copyright Infringement Case**

## 1.  Introduction:

I, Marc Wolstenholme, am the plaintiff in this matter, representing myself pro se. This declaration is made as a Detailed Breakdown and Analysis of the gaslighting scene opening of Episode 4 of Arcane: Supporting Evidence for Copyright Infringement Case, to submit additional evidence relevant to my claims against Riot Games, Inc. for copyright infringement, unfair competition, and intentional infliction of emotional distress. Please note, this document covers all of Episode 4 of Arcane after Silco's monologue as that has already been covered in a separate document.

## 2.  Evidence Submitted:

I submit the following evidence of Detailed Breakdown and Analysis of the gaslighting scene opening of Episode 4 of Arcane: Supporting Evidence for Copyright Infringement Case. This is not an exhaustive list, but serves to demonstrate key elements of my original work and the substantial similarities between my work and the infringing material produced by Riot Games, Inc.

PLAINTIFF'S DETAILED BREAKDOWN AND ANALYSIS OF GASLIGHTING OF EPISODE 4 OPENING
OF ARCANE

# EXHIBITS

## EXHIBIT A- GASLIGHTING

Episode 4 of Arcane opens with Professor Heimerdinger lighting a match. The lighting of the match is deliberately framed against a seemingly blank wall. Of course, like all of the details in Arcane, this isn't an accident. Heimerdinger then audibly turns on the gas and we see his hand light the torch. Literally gaslighting! Then the gas flame transitions into the sun, literally lighting a new dawn. Lighting the way out of darkness. This isn't an accident, and it doesn't serve any purpose to the story. Yet it eats up 10 seconds of the show. What can you see in image 1? The Flame is the center point, can you see any letters?



3

PLAINTIFF'S DETAILED BREAKDOWN AND ANALYSIS OF GASLIGHTING OF EPISODE 4 OPENING

OF ARCANE









4

PLAINTIFF'S DETAILED BREAKDOWN AND ANALYSIS OF GASLIGHTING OF EPISODE 4 OPENING

OF ARCANE

Did you see M.W? The plaintiff estimates, with reason, that each second of Arcane costs between $4,500 to $5,000, making it one of the most expensive animated series ever made. Thus 10 seconds to light a gas torch could cost between $45,000–$50,000. What Can $50,000 Get You in Production Terms?

    i.    10 seconds of Arcane animation

    ii.    A high-quality animated ad (many TV commercials cost ~$50K for 10-15 sec)

    iii.    A full episode of lower-budget anime (some anime studios operate on ~$100K per episode)

    iv.    Multiple minutes of indie animation (smaller studios can create several minutes for this budget)

Essentially, every 10 seconds of Arcane costs as much as a full low-budget anime episode. Thus, this isn't an accident, or meaningless lighting of a gas lamp. It's plainly gaslighting! But who are they gaslighting and why?

The Plaintiff claims that the Arcane creators have engaged in purposeful gaslighting, and this scene is evidence of such. The Plaintiff states that we see Professor Heimerdinger:

    i.    Light a match up to steganographic messages of M.W on the wall.

    ii.    Literally light a gaslight

    iii.    Then the flame gives way to a new dawn, lighting the way out of darkness.

    iv.    Just as the M.W Wolf manuscript lights the way for Arcane.

PLAINTIFF'S DETAILED BREAKDOWN AND ANALYSIS OF GASLIGHTING OF EPISODE 4 OPENING OF ARCANE

**A1- Steganography and hidden messages in Arcane.**

Here is the same gaslighting image processed through a Steganographic Decoder. Steganography is the practice of hiding an image, message, or file within something that isn't a secret. With the flame as the central point, you see M.W layered in this image.



Arcane contains steganography, hidden messages, symbols, and encoded details, woven into its animation, graffiti, and background elements. Riot Games and Fortiche Production are known for embedding cryptic lore references and secret messages throughout the show. This is a practice well-trodden in animation. For example, Disney is well known for using steganography, hidden messages, subliminal details, and Easter eggs, throughout its animated films and theme parks. They often embed cryptic symbols, references, and visual storytelling techniques that are subtle but meaningful.

PLAINTIFF'S DETAILED BREAKDOWN AND ANALYSIS OF GASLIGHTING OF EPISODE 4 OPENING
OF ARCANE

**Pattern of Hiding Messages.**

Fortiche Production, the studio behind Arcane, is known for its incredible animation quality, but they also included hidden messages and Easter eggs throughout the series. Some fans have speculated that Fortiche's branding or small tributes to the studio might be subtly included in the art design.

Gaslighting of M.W. Wolf: The Plaintiff alleges that the repeated appearances of M.W. in the show is gaslighting towards him, the real creator of the written content for Arcane. The plaintiff further alleges that this has been done because the query letters (Cover letters) which accompanied his submissions divulged his past struggle with mental health. Thus, this is a way to mock the sufferer and present plausible deniability.

**Examples of Steganography in Arcane**

*1. Jinx's Graffiti (Hidden Messages & Symbols)*

Throughout Zaun and Piltover, Jinx's chaotic scribbles hide deeper meanings.

Some of her drawings foreshadow future events, such as her hallucinations of Powder.

Certain symbols in her graffiti resemble old Zaunite or Noxian runes, hinting at lore.

*2. Vander's Gloves & Warwick Foreshadowing*

Vander's metal-knuckled gloves resemble Warwick's from League of Legends.

PLAINTIFF'S DETAILED BREAKDOWN AND ANALYSIS OF GASLIGHTING OF EPISODE 4 OPENING OF ARCANE

In Singed's lab (Episode 9), a body with metal arms is suspended—this could be Vander transforming into Warwick.

### 3. Hextech Blueprints & Hidden Formulas

When Jayce and Viktor examine Hextech blueprints, some schematics have strange markings, possibly nods to real-world engineering.

Certain runes on Hextech crystals resemble Shuriman and Targonian scripts, tying into larger League lore.

### 4. The Shimmer Vials' Latin Inscriptions

The Shimmer vials Singed uses have cryptic Latin or alchemical inscriptions on them.

Some words may translate to "transmutation" or "evolution", referencing the mutagenic properties of Shimmer.

### 5. Ekko's Stopwatch & Time References

Ekko's pocket watch contains tiny, almost unreadable engravings.

His fight scene with Jinx in Episode 7 mirrors his Chronobreak ability, showing he's already experimenting with time.

### 6. Hidden Noxian Influence (Silco's Office & Zaunite Props)

PLAINTIFF'S DETAILED BREAKDOWN AND ANALYSIS OF GASLIGHTING OF EPISODE 4 OPENING OF ARCANE

In Silco's office, certain documents and symbols suggest a connection to Noxus.

Some helmets and weapon designs in Zaun resemble Noxian military gear, possibly hinting at past conflicts.

*7. Singed's Experiment Notes*

In Episode 9, the books and papers around Singed's lab contain cryptic formulas, possibly referencing his research into chemistry, mutations, and early experiments on Warwick.

8. Additionally, Both Christian Linke and Alex Yee, "Showrunners" of Arcane and many fans and content creators have talked about and explored the hidden messages and easter eggs in Arcane.

9. Furthermore, Riot Games has a history of using hidden messages and codes in their games and projects to recruit hackers.

www.thegamer.com/riot-games-valorant-anti-cheat-secret-message/

PLAINTIFF'S DETAILED BREAKDOWN AND ANALYSIS OF GASLIGHTING OF EPISODE 4 OPENING

OF ARCANE

**A2- Ambigram in the M.W. Wolf Brand.**

Flipping M.W. to W.M. is an example of ambigram properties or symmetry in lettering, but the most specific term for this is a "vertical reflection" (or mirror symmetry).

M.W. is an Ambigram built into the M.W. Wolf brand. It's also the initials of the owner of M.W Wolf Ltd, and Plaintiff in these matters. It's a play with letters and words, to cool effect. The Plaintiff has spoken about this and written about it in many letters to agents.

**Ambigram:** A word or set of letters that retains meaning or forms a new one when flipped or rotated.

**Mirror Image:** If flipped vertically, M and W swap places, creating a mirrored effect.

**Palindromic Structure:** While not a true palindrome, the structure of M.W. → W.M. has reversible symmetry.

Below you see it scratched into the M.W. Wolf Logo.



PLAINTIFF'S DETAILED BREAKDOWN AND ANALYSIS OF GASLIGHTING OF EPISODE 4 OPENING

OF ARCANE

1

**A3- M.W. Gaslighting in Arcane.**

2

3

M.W shows up over and over in Arcane hundreds of times. The Plaintiff is still

4

finding them as he decodes Arcane for these proceedings. Some are subtle and can be explained

5

away. Others are undeniable. Below are a number of images from Arcane, showing M.W. hidden

6

in the content, sometimes reversing the letters- palindrome. Some have been processed through a

7

Steganographic Decoder, or a layer stripper to show that the letters have been deliberately

8

written into the show and are not accidental paint or computer strokes.

9

10

 

11

12

13

14

15

16

17

18

19



20

21

22

23

24

25

26

11

27

PLAINTIFF'S DETAILED BREAKDOWN AND ANALYSIS OF GASLIGHTING OF EPISODE 4 OPENING

28

OF ARCANE

**This example is from Isha in the Bath in Season 2.**








12

PLAINTIFF'S DETAILED BREAKDOWN AND ANALYSIS OF GASLIGHTING OF EPISODE 4 OPENING

OF ARCANE

This example is of the backrest of a chair, in the shape of a wolf's skull with M. W in the center, as a heart. Thus, The Plaintiff's writing alias of M.W. Wolf.







13

PLAINTIFF'S DETAILED BREAKDOWN AND ANALYSIS OF GASLIGHTING OF EPISODE 4 OPENING OF ARCANE

**This is the Window of the Piltover Council Chambers.**







PLAINTIFF'S DETAILED BREAKDOWN AND ANALYSIS OF GASLIGHTING OF EPISODE 4 OPENING

OF ARCANE

**These Images are from Jinx's psychotic hallucinations in Episode 9 season 1.**














PLAINTIFF'S DETAILED BREAKDOWN AND ANALYSIS OF GASLIGHTING OF EPISODE 4 OPENING

OF ARCANE

**Assortment of M.W In Arcane's design.**

 



 

 

16

PLAINTIFF'S DETAILED BREAKDOWN AND ANALYSIS OF GASLIGHTING OF EPISODE 4 OPENING

OF ARCANE

**M.W. Wolf behind Vi, when she was using Alcohol as a vice to mask her trauma. Perhaps hinting to the Plaintiff's disclosed own history of drug and alcohol abuse.**





PLAINTIFF'S DETAILED BREAKDOWN AND ANALYSIS OF GASLIGHTING OF EPISODE 4 OPENING OF ARCANE

### A4- Discrimination and Psychological Abuse

The presented evidence of M.W. throughout the Arcane show is just a fraction of the wider gaslighting and taunting. It cannot be denied. I'm sure excuses can be made, but this evidence needs to be assessed alongside the wider evidence and the wider context to show that not only is Arcane stolen from Bloodborg, but the creators went to great lengths to mask it and to taunt the vulnerable and disabled victim after being informed of his vulnerabilities.

This is not just deliberate theft, its evil abuse against a protected characteristic, which is discrimination. I've had my 10 years of trauma writing violated and I've been attacked for speaking out and called a lunatic among other things. Stealing someone's work and changing it, is intellectual property theft, this alone will crumble a reputation. Then using the victims vulnerability of PTSD to gaslight, saying look, he/ she's mad, is psychological abuse. This is protected against under the equality act 2010 and under mental disability, which is also a protected characteristic which triggers article 14 of the European human rights act 1989. Thus, when I prove intellectual property theft and copyright infringements and said abusers have known about PTSD and still progressed with the theft and prolonged cases by lying or threatening legal action against me, knowing the psychological damage it would cause, this is now a case far darker and much more serious than IP Theft.

Fortiche Production SAS is a French animation studio headquartered in Paris. European Human Rights violations can be brought against them.

Criminal and fraudulent Proceedings can, and may be, opened against abuses in the UK, in Europe and the U.S.

## 18

PLAINTIFF'S DETAILED BREAKDOWN AND ANALYSIS OF GASLIGHTING OF EPISODE 4 OPENING OF ARCANE

**Conclusion**

The evidence presented in Exhibit A demonstrates a deliberate and recurring use of "M.W." throughout Arcane, often embedded through steganography, subliminal messaging, and environmental design elements. These appearances are not incidental but suggest a systematic attempt to gaslight the Plaintiff, particularly in light of Riot Games and Fortiche Productions' history of hiding messages in their work.

The specific framing of scenes, hidden text, and visual motifs that align with the Plaintiff's personal details—many of which were disclosed in query letters accompanying the Bloodborg manuscript—suggest targeted harassment. If proven, this would constitute not only intellectual property infringement but also psychological abuse and discrimination based on a protected characteristic under multiple legal frameworks, including:

The Equality Act 2010 (UK)

The European Convention on Human Rights (ECHR) – Article 14 (protection against discrimination)

U.S. Civil Rights Laws – Disability Protections

Tort Law – Emotional Distress & Psychological Abuse

Moreover, Fortiche Productions, as a French animation company, may also be subject to European human rights violations, opening avenues for potential legal action under international human rights frameworks. Given the financial and reputational damage inflicted on

PLAINTIFF'S DETAILED BREAKDOWN AND ANALYSIS OF GASLIGHTING OF EPISODE 4 OPENING
OF ARCANE

the Plaintiff, these concerns extend far beyond simple IP theft—moving into the realm of fraud, misrepresentation, and potential criminal misconduct in multiple jurisdictions.

Therefore, this matter is not only an issue of stolen intellectual property but one of targeted gaslighting, manipulation, and systemic abuse. The Plaintiff reserves the right to pursue further legal actions beyond the current proceedings, including civil, criminal, and international claims.

20

PLAINTIFF'S DETAILED BREAKDOWN AND ANALYSIS OF GASLIGHTING OF EPISODE 4 OPENING

OF ARCANE

**Legal Matters**

This is more than a case of intellectual property infringement, it is a multi-layered legal violation encompassing fraud, misappropriation, defamation, and discrimination. The following legal frameworks are relevant:

**1. Copyright Infringement (17 U.S.C. § 501 - U.S. Copyright Act)**

If Arcane incorporates protected elements of Bloodborg, Riot is liable for copyright infringement under the substantial similarity and access tests.

The unauthorized adaptation of characters, themes, and narratives derived from Bloodborg constitutes an infringement of exclusive rights afforded to the Plaintiff under the Copyright Act.

**2. Right to Privacy and Misappropriation (Restatement (Second) of Torts §§ 652A-652I)**

If the Plaintiff's identity, struggles, or personal details were used without consent in a way that humiliates or misleads the public, this could constitute misappropriation of likeness and false light invasion of privacy.

The use of M.W. hidden throughout Arcane, coupled with gaslighting imagery, suggests intentional psychological targeting.

21

### 3. Intentional and Negligent Infliction of Emotional Distress (IIED/NIED)

Intentional Infliction of Emotional Distress (IIED) applies if Riot's deliberate and malicious inclusion of steganographic taunts was designed to cause distress.

Negligent Infliction of Emotional Distress (NIED) could apply if Riot recklessly included these elements without considering their psychological impact.

### 4. Fraudulent Inducement / Unfair Business Practices (Lanham Act – 15 U.S.C. § 1125)

If Riot Games and its affiliates solicited creative works under false pretenses, for example, by requesting submissions but using them without credit, even with agent collaborations, this may constitute fraudulent misrepresentation.

The Lanham Act prohibits false designation of origin; Riot may be misattributing the Plaintiff's work as an original creation of Arcane.

### 5. Defamation (Libel - Written Defamation)

If a character portrayal or subliminal messaging in Arcane insinuates false, harmful claims about the Plaintiff, Riot may be liable for defamation.

Courts consider whether a reasonable person would recognize a defamatory portrayal as referring to a real individual.

PLAINTIFF'S DETAILED BREAKDOWN AND ANALYSIS OF GASLIGHTING OF EPISODE 4 OPENING OF ARCANE

**6. Disability Discrimination / Harassment (Americans with Disabilities Act - ADA)**

If Riot Games exploited the Plaintiff's mental health disclosures as a tool for mockery, this may violate disability rights laws under the ADA.

Disability-based discrimination through media representation can form the basis of a civil rights violation.

**7. Punitive Damages & Intentional Harassment**

If Riot knowingly incorporated elements to gaslight, mock, or psychologically distress the Plaintiff, punitive damages may be available for intentional malice.

Courts have held that media entities cannot use creative works as tools for harassment, particularly when protected class statuses (such as disability) are implicated.

**Final Consideration**

The Plaintiff alleges that Riot and Fortiche Productions engaged in malicious psychological manipulation, beyond mere copyright infringement. The subliminal inclusion of M.W. references, gaslighting imagery, and steganographic taunts suggests an intent to provoke emotional distress and mock the Plaintiff's struggles. This suffering has been further exacerbated by Riot's legal team telling me that I have no case, telling me to save myself the stress, and telling me they will get it kicked out, prolonged litigations, endless legal technicalities, online

23

PLAINTIFF'S DETAILED BREAKDOWN AND ANALYSIS OF GASLIGHTING OF EPISODE 4 OPENING OF ARCANE

taunting and hate mail from Rioters, people at Fortiche Productions, people at Gobelins animation school in Paris, who are collaborators with Fortiche, and the wider Riot community.

Therefore, this case extends beyond intellectual property theft, it encompasses discrimination, defamation, and fraudulent misrepresentation. The Plaintiff reserves the right to escalate claims to federal regulatory bodies, including the Equal Employment Opportunity Commission (EEOC), the Federal Trade Commission (FTC), and European Human Rights Courts, for further investigation into Riot Games' business ethics, hiring practices, and treatment of intellectual property owners.

**Declaration**

I, Marc Wolstenholme, declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge and belief. I submit this declaration in support of my Detailed Breakdown and Analysis of the gaslighting opening of Episode 4: Supporting Evidence for Copyright Infringement Case, providing a detailed comparison of the alleged infringement of my original work, Bloodborg, by Riot Games, Inc.

Respectfully submitted,

The Plaintiff, Marc Wolstenholme, M.W. Wolf.

Date: FEBRUARY 18, 2025

Signed: *M.WOLSTENHOLME.*

24

PLAINTIFF'S DETAILED BREAKDOWN AND ANALYSIS OF GASLIGHTING OF EPISODE 4 OPENING
OF ARCANE