Marc Wolstenholme
5 Shetland Close
Coventry, England CV5 7LS
Telephone: 044 7827964404
Email: marc@mvwolf-fiction.co.uk
Plaintiff in Pro Per

FILED
CLERK, U.S. DISTRICT COURT
2/24/2025
CENTRAL DISTRICT OF CALIFORNIA
BY_____RYO_____DEPUTY
DOCUMENT SUBMITTED THROUGH THE
ELECTRONIC DOCUMENT SUBMISSION SYSTEM

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARC WOLSTENHOLME,<br>                    Plaintiff,<br>vs.<br>RIOT GAMES, INC.,<br>                    Defendant | CASE NO. 2:25-CV-00053-FMO-BFM HON.<br><br>*Hon. Fernando M. Olguin*<br><br>PLAINTIFF'S EXHIBIT T- DETAILED BREAKDOWN AND ANALYSIS OF THE BLOOD SWEAT & TEARS MUSICVIDEO PROLOGUE OF MEL'S STORY. |

Dated this: FEBRUARY 24, 2025

*M.WOLSTENHOLME.*
[MARC WOLSTENHOLME]

1

PLAINTIFF'S DETAILED BREAKDOWN AND ANALYSIS OF THE BLOOD SWEAT & TEARS

MUSICVIDEO PROLOGUE OF MEL'S STORY.

**I, Marc Wolstenholme, declare as follows:**

### 1. Background and Introduction

I am the plaintiff in this case against Riot Games, Inc., regarding copyright infringement and unauthorized use of original materials derived from my manuscript "Bloodborg" and related works. I submit this DETAILED BREAKDOWN AND ANALYSIS OF THE OPENING SCENE OF THE BLOOD SWEAT & TEARS MUSIC VIDEO PROLOGUE OF MEL'S STORY. This declaration provides evidence supporting my request for damages and to outline the profound and ongoing impact of the defendant's actions on the Plaintiff's brand, monetary welfare, and emotional health.

2

PLAINTIFF'S DETAILED BREAKDOWN AND ANALYSIS OF THE BLOOD SWEAT & TEARS
MUSICVIDEO PROLOGUE OF MEL'S STORY.

**Blood Sweat & Tears**

**Song by Arcane, League of Legends, and Sheryl Lee Ralph · 2024**


"Blood Sweat & Tears" is a powerful song performed by Sheryl Lee Ralph for the second season of Arcane: League of Legends, released in 2024. The track serves as the theme for the character Ambessa Medarda, reflecting her formidable presence and complex nature. The official music video, featuring Ralph's commanding performance, was unveiled on Netflix's platform, enhancing the anticipation for the season. Sheryl Lee Ralph, renowned for her versatile acting and singing career, brings depth to the song, capturing the essence of Ambessa's character.


The Music Video is an extension of Arcane. It serves as a prologue to Ambessa Medarda's young adulthood and pregnancy and of the miraculous birthing of Mel Medarda.


**The Story Behind "Blood, Sweat & Tears" – Arcane's Music Video**


The Arcane universe has always been known for its visuals and emotionally charged storytelling, and the music video for "Blood, Sweat & Tears", performed by Sheryl Lee Ralph, is no exception. Released ahead of Arcane Season 2, this song not only delivers a commanding vocal performance but also tells a compelling story about one of the show's most enigmatic figures: Ambessa Medarda.

PLAINTIFF'S DETAILED BREAKDOWN AND ANALYSIS OF THE BLOOD SWEAT & TEARS
MUSICVIDEO PROLOGUE OF MEL'S STORY.

1
2
3

**A Visual Narrative of Power and Sacrifice**

4
5

     The music video for Blood, Sweat & Tears serves as a character-driven

6
exploration of Ambessa Medarda, the formidable Noxian warlord and mother of Mel Medarda.

7
In Arcane Season 1, Ambessa was introduced as a ruthless strategist, deeply entrenched in the

8
politics of both Noxus and Piltover. This video expands on her story, offering a glimpse into her

9
past, motivations, and the emotional weight she carries.

10
     The video opens with sweeping shots of Noxian battlefields, depicting warriors

11
clashing in brutal combat. The cinematography is drenched in shades of red and gold, and arrows

12
symbolizing both the bloodshed of war and the glory that Ambessa seeks. Her presence looms

13
over these scenes, not just as a leader but as a force of nature, commanding her troops with an

14
iron will and unwavering confidence.

15
16
17

**The Burden of Leadership**

18
19

     As the song progresses, the video shifts between past and present, revealing

20
Ambessa's rise to power and the sacrifices she made to reach her status. We see her as a young

21
warrior, proving herself through sheer resilience and tactical brilliance. The lyrics, carried by

22
23
Sheryl Lee Ralph's soulful and commanding voice, reinforce the themes of perseverance,

24
ambition, and loss, key elements of Ambessa's journey.

25
26

4

27
PLAINTIFF'S DETAILED BREAKDOWN AND ANALYSIS OF THE BLOOD SWEAT & TEARS

28
MUSICVIDEO PROLOGUE OF MEL'S STORY.

Interwoven with the war scenes are intimate moments of reflection, showing Ambessa standing alone on a Noxian stronghold, gazing at the battlefield below. These moments reveal her internal struggles, though she has achieved dominance, it has come at a personal cost. There are brief flashes of Mel Medarda, her estranged daughter, hinting at the emotional divide between them and the unresolved tensions that Season 2 explores.

**A Warning to Piltover**

The final act of the music video intensifies as Ambessa is seen addressing a grand Noxian war council. Her expressions are calculated and powerful, her every word a declaration of Noxian supremacy. This scene suggests that Ambessa's influence in Piltover is far from over and that her actions in Arcane Season 2 will be pivotal in shaping the conflict between the two regions.

The song's climax coincides with a dramatic cut to the Piltover skyline, bathed in an ominous glow. This final shot implies that Ambessa's ambitions may soon collide with the city of progress, setting the stage for what's to come.

5

PLAINTIFF'S DETAILED BREAKDOWN AND ANALYSIS OF THE BLOOD SWEAT & TEARS

MUSICVIDEO PROLOGUE OF MEL'S STORY.

### Conclusion: Setting the Tone for Arcane Season 2

"Blood, Sweat & Tears" is more than just a song, it's a declaration of war, a reflection on power, and a glimpse into the mind of one of Arcane's most fascinating characters. The music video cements Ambessa Medarda as a major player in the upcoming season and raises the stakes for the power struggles ahead. What will Ambessa's next move be? And how will it shape the future of both Piltover and Noxus? She isn't done yet. The storylines of both Mel and Ambessa are central to Season 2 of Arcene. The ending of Arcane shows Mel commanding her mother army and fleet of ships, heading to Noxus.

### Welcome to Noxus - Bite Marks (ft. TEYA) | 2025 Season 1 Cinematic - League of Legends

Welcome to Noxus- Bite Marks shows Mel's fleet reaching the shores of Noxus, showing that she is carrying on the Arcane story. This cinematic suggests that Arcane's impact is extending into League of Legends' main lore, with Mel Medarda's fleet arriving in Noxus, a direct continuation of her story from Arcane.

### Mel Medarda's Return to Noxus

In Arcane Season 1, Mel Medarda was exiled from Noxus due to her mother, Ambessa Medarda, seeing her as too soft for the brutal politics of the empire. The cinematic

PLAINTIFF'S DETAILED BREAKDOWN AND ANALYSIS OF THE BLOOD SWEAT & TEARS MUSICVIDEO PROLOGUE OF MEL'S STORY.

showing Mel's arrival at the Noxian shores hints at her attempt to reclaim her place in the powerful empire she once distanced herself from.

The imagery of warships arriving at Noxus reflects both her political ambitions and the weight of her past. Mel's golden Piltover-inspired fleet contrasts with the dark, brutal architecture of Noxus, symbolizing the clash of her Piltover experiences with her Noxian heritage. This could mean she has a new role to play in Noxian politics, perhaps even taking a stance against her mother, Ambessa's previous ideologies.

### The Song "Bite Marks" (ft. TEYA)

The title Bite Marks suggests a theme of survival, resilience, and power struggles, fitting for Noxian culture, which values strength above all. TEYA's vocals add an emotional, fierce tone, reinforcing the idea that Mel is no longer the diplomat she once was, she is returning to Noxus with a purpose. In League of Legends, this hinted at Mel becoming a champion and influencing future Noxian lore updates and animation/ TV projects, carrying on the story of Arcane.

### Conclusion

Welcome to Noxus - Bite Marks isn't just a cinematic, it's a bold statement that Mel Medarda's story isn't over. It confirms that Arcane's narrative is influencing League's broader lore, possibly setting the stage for a major political upheaval in Noxus.

7

PLAINTIFF'S DETAILED BREAKDOWN AND ANALYSIS OF THE BLOOD SWEAT & TEARS MUSICVIDEO PROLOGUE OF MEL'S STORY.

**Ambessa and Mel's Prologue**

**Mel resurrected as a baby in her mother's womb.**

The story featured in Blood Sweat & Tears is a prologue to both Mel and Anbessa. It serves as an origin story for Mel. Showing how she became the White-eyed Child of Great Importance. The story shows.

**1, The aftermath of a battle at the shore. The Noxus army are slayed with arrows.**



PLAINTIFF'S DETAILED BREAKDOWN AND ANALYSIS OF THE BLOOD SWEAT & TEARS

MUSICVIDEO PROLOGUE OF MEL'S STORY.

**2, Heavily Pregnant Ambessa shot in the belly with an arrow. She's holding her baby belly and grimacing.**



**3, Out of the mist, a torn wolf comes for her.**



9

PLAINTIFF'S DETAILED BREAKDOWN AND ANALYSIS OF THE BLOOD SWEAT & TEARS

MUSICVIDEO PROLOGUE OF MEL'S STORY.

**4, The wolf has glowing eyes. After her first death, Ambessa was taken by
Kindred's wolf to Volrachnun.**



Volrachnun is a concept within the League of Legends universe, particularly
associated with Noxian culture. It is depicted as a realm in the afterlife where powerful warriors
are believed to go after dying in battle. This idea mirrors the Valhalla of Norse mythology,
serving as an eternal hall for the honored dead.

In the lore, Volrachnun is mentioned in relation to characters like Ambessa
Medarda and her daughter, Mel Medarda. Discussions among fans suggest that Ambessa's
actions, such as "defeating death," might be tied to this concept. However, it's important to note
that Volrachnun's existence is more of a myth or belief within the Noxian culture rather than a
confirmed physical location.

10

PLAINTIFF'S DETAILED BREAKDOWN AND ANALYSIS OF THE BLOOD SWEAT & TEARS

MUSICVIDEO PROLOGUE OF MEL'S STORY.

The Arcane Wiki describes Volrachnun as a district of the afterlife reserved for powerful warriors who have died in battle. This aligns with the Noxian emphasis on strength and valor. Additionally, social media posts from official League of Legends accounts have referenced Volrachnun, inviting players to explore this mythical concept further. As we have covered, much of the lore of LOL and indeed whole characters are made by fan theories and fan art and "Swiped" without due accreditation.

In summary, Volrachnun represents the Noxian ideal of an honorable afterlife for those who have proven their might in battle, reflecting the culture's values of strength and glory.

**5, Ambessa's Soul, as a red spiral mist, enters the eye of the cave.**



PLAINTIFF'S DETAILED BREAKDOWN AND ANALYSIS OF THE BLOOD SWEAT & TEARS

MUSICVIDEO PROLOGUE OF MEL'S STORY.

6, Ambessa is transported to this higher plane of consciousness, where her body is rebuilt in her original image.



7, She is transformed to a barren land, in the middle of a ritual dance. She is running and carrying an effigy of a lamb, trying to protect and save the lamb, symbolic of trying to save her daughter who died from an arrow.



12

PLAINTIFF'S DETAILED BREAKDOWN AND ANALYSIS OF THE BLOOD SWEAT & TEARS

MUSICVIDEO PROLOGUE OF MEL'S STORY.

**8, The Vulture like Warriors dance around her, performing and challenging her.**



**9, We see a dream like sequence of a barren land, skeleton trees, blue-skinned people with no eyes, a few tall drummer dudes, and a three-headed wolf icon floating in the air.**



13

PLAINTIFF'S DETAILED BREAKDOWN AND ANALYSIS OF THE BLOOD SWEAT & TEARS

MUSICVIDEO PROLOGUE OF MEL'S STORY.

10, She is offered a glimpse of a glass statue of herself on a throne, she just has to take it. Glass showing this isn't set in stone, you have to want it and have to take it for yourself.



11, We are shown a warrior with arrow symbology. She must fight him to pass the wolf's trial.



14

PLAINTIFF'S DETAILED BREAKDOWN AND ANALYSIS OF THE BLOOD SWEAT & TEARS

MUSICVIDEO PROLOGUE OF MEL'S STORY.

**12, She reluctantly releases the lamb (Mel) to fight the arrow warriors to pass the wolf's trial**



**13, We see her child, Mel's older brother Kino Medarda, holding the lamb.**



15

PLAINTIFF'S DETAILED BREAKDOWN AND ANALYSIS OF THE BLOOD SWEAT & TEARS

MUSICVIDEO PROLOGUE OF MEL'S STORY.

**14, Ambessa drops a tear, knowing she has to make a sacrifice. To return to
Kino alive or stay in the afterlife with the lamb.**



**15, We see the three warrior wolves standing in arrowhead formation, ready
for Ambessa to try again after seeing her son Kino holding Mel the Lamb, her unborn dead
daughter.**



16

PLAINTIFF'S DETAILED BREAKDOWN AND ANALYSIS OF THE BLOOD SWEAT & TEARS

MUSICVIDEO PROLOGUE OF MEL'S STORY.

15, We see Ambessa has passed the wolf's trial, and she has walked up to the glass statue.



16, Kindred offers Ambessa a choice, she can return to life, and to Kino but only if she gave up the unborn baby in her womb, Mel, to a higher purpose.



17

PLAINTIFF'S DETAILED BREAKDOWN AND ANALYSIS OF THE BLOOD SWEAT & TEARS

MUSICVIDEO PROLOGUE OF MEL'S STORY.

17, We see the Lamb icon shattered and it's dust absorbed by the spinning three headed wolf form.



18, We see Ambessa tortured by the decision, but reluctantly, she gave up Mel to a higher purpose, this way she gets to return to life with Kino and still raise Mel.



18

PLAINTIFF'S DETAILED BREAKDOWN AND ANALYSIS OF THE BLOOD SWEAT & TEARS

MUSICVIDEO PROLOGUE OF MEL'S STORY.

**19, This decision grants Mel with great powers and great importance. We see Mel's white eyes flash open in the wound, showing she had these given powers, even as an unborn.**



**20, Ambessa returns to her body, having become a greater warrior.**



19

PLAINTIFF'S DETAILED BREAKDOWN AND ANALYSIS OF THE BLOOD SWEAT & TEARS

MUSICVIDEO PROLOGUE OF MEL'S STORY.

**Comparative Analysis: Neva's POV in Bloodborg vs. Blood, Sweat & Tears Music Video (Arcane)**

The similarities between Neva's POV in Bloodborg and the Blood, Sweat & Tears music video (Arcane) are striking, particularly in themes of sacrifice, rebirth, supernatural trials, warrior culture and the white-eyed child of great importance. Below is a breakdown of their parallels:

**THEMATIC SIMILARITIES**

*1. Warrior Motherhood & The Burden of Leadership*

**In Arcane:** Ambessa Medarda is depicted as a warrior leading her people. She is heavily pregnant during the music video, wounded in battle, yet fighting for survival. Her child's life is bound to her sacrifice and choices in the higher plane of Volrachnun.

**In Bloodborg:** Neva is a tribal chieftain and a grieving mother. She leads her people while suffering deep emotional and physical pain over the loss of her child, Sabella. Like Ambessa, her grief intertwines with her sense of duty.

**Parallel:** Both are warrior mothers, forced to sacrifice their own emotional needs for the survival of their people.

20

PLAINTIFF'S DETAILED BREAKDOWN AND ANALYSIS OF THE BLOOD SWEAT & TEARS

MUSICVIDEO PROLOGUE OF MEL'S STORY.

*2. Death, Resurrection, and Trial of the Soul*

**In Arcane:** Ambessa dies and her soul enters Volrachnun, the Noxian version of the afterlife. She undergoes ritualistic trials (dances, fights, choices) before being reborn in battle, but only after accepting a painful sacrifice.

**In Bloodborg:** Neva also undergoes a supernatural, ritualistic journey. She enters a vision-like state (possibly drug-induced by root potion) where she interacts with Mother Gaia's spiritual consciousness. She seeks the soul of her dead daughter and questions the possibility of rebirth.

**Parallel:** Both undergo metaphysical trials, with gods or spirits testing them, ultimately leading to a transformation and return to their world with renewed purpose.

*3. Divine Trial & Warrior's Choice*

**In Arcane:** Ambessa is given a choice by Kindred's Wolf Spirit—to return to life, but at a sacrifice. She must offer up her unborn child (Mel) to a higher fate.

**In Bloodborg:** Neva also faces a divine test. She climbs Bone Hill, finds a mystical infant, and must decide his fate, to embrace him as a prophecy or leave him to the spirits.

**Parallel:** Both warrior women must surrender their child to destiny, making a painful but world-altering decision for the greater good.

PLAINTIFF'S DETAILED BREAKDOWN AND ANALYSIS OF THE BLOOD SWEAT & TEARS

MUSICVIDEO PROLOGUE OF MEL'S STORY.

*4. Supernatural Markings and Prophecy of a Chosen One*

**In Arcane:** Mel Medarda's birth is linked to supernatural forces, with her white eyes representing divine purpose. Her existence is tied to power, destiny, and political upheaval.

**In Bloodborg:** The baby Neva finds at the Baobab tree has geometric star-like tribal markings and brilliant white eyes. He is prophesized to save the world.

**Parallel:** Both Neva and Ambessa are mothers of divine, prophesied children with unique white eyes, symbols of a supernatural connection to destiny.

PLAINTIFF'S DETAILED BREAKDOWN AND ANALYSIS OF THE BLOOD SWEAT & TEARS

MUSICVIDEO PROLOGUE OF MEL'S STORY.

## COMPARATIVE BREAKDOWN OF SIMILARITIES

| ELEMENT | ARCANE (*BLOOD, SWEAT & TEARS*) | BLOODBORG (NEVA'S POV) |
|---|---|---|
| **WARRIOR MOTHERHOOD** | Ambessa is pregnant and wounded in battle | Neva is grieving, lactating, and leading a tribe |
| **DEATH & RESURRECTION** | Ambessa dies, enters Volrachnun (afterlife) | Neva enters a spiritual trance, seeking her dead child |
| **DIVINE TRIAL** | Must prove herself to Kindred's Wolf Spirit | Faces Mother Gaia's consciousness |
| **SUPERNATURAL BEASTS** | Ambessa encounters a glowing-eyed wolf | Neva is followed by three warrior hyenas |
| **SACRIFICIAL CHOICE** | Must give up Mel to fate to return | Must accept the divine child's destiny |
| **PROPHETIC CHILD** | Mel's white glowing eyes signify importance | The infant Neva finds has white, mystical eyes |
| **SACRED TREE SYMBOLISM** | Sees a glass statue of herself in Volrachnun | Finds a divine infant inside a Baobab tree |
| **WARRIOR RITUAL DANCE** | Ambessa participates in a ceremonial warrior dance | Neva watches a tribal war dance before battle |
| **VISION OF THE DEAD** | Sees flashes of her dead child, Mel | Searches for her dead daughter, Sabella, in the spirit world |
| **POST-APOCALYPTIC SETTING** | Noxian wasteland, battlefield, destruction | Africa scorched earth, dried rivers, skeletal forests |
| **OMENS & PROPHECY** | Fate is controlled by divine figures (Kindred) | Neva's fate dictated by Mother Gaia & spirits |

23

PLAINTIFF'S DETAILED BREAKDOWN AND ANALYSIS OF THE BLOOD SWEAT & TEARS

MUSICVIDEO PROLOGUE OF MEL'S STORY.

**Table 2 – Quotes- Comparative Breakdown: Blood, Sweat & Tears Music Video vs. Neva's**

**POV from Bloodborg-**

This table matches quotes from Bloodborg (Neva's POV) to the 20 key points in Blood, Sweat & Tears music video, demonstrating substantial thematic and narrative similarities.

| # | ARCANE: BLOOD, SWEAT & TEARS MUSIC VIDEO | BLOODBORG: NEVA'S POV – MATCHING QUOTES |
|---|---|---|
| 1 | *The aftermath of a battle at the shore. The Noxus army are slayed with arrows.* | *"The drilling sounds of automatic rifles rattled through the air as Neva and her crew sprinted towards Kariba town... Cutting through the skeletal forest, they took cover in a bombed-out primary school."* |
| 2 | *Heavily pregnant Ambessa shot in the belly with an arrow. She's holding her baby belly and grimacing.* | *"Neva wiped the hyena drool from her breasts and stood up, prepared to receive her tribesmen. She wiped her tears from her face with a cloth-sling which was intended to carry her newborn daughter, Sabella."* |
| 3 | *Out of the mist, a torn wolf comes for her.* | *"Malik, the pack alpha, stood to Neva's hip. Bulky and fierce, he was the product of generations of selective breeding–to produce a loyal guardian of the tribe leader."* |
| 4 | *The wolf has glowing eyes. After her first death, Ambessa was taken by Kindred's wolf to Volrachnun.* | *"The woman's skin seemed to wriggle, as if worms inhabited her body... A faint white root system grew under the ebony skin of the woman. The whiteness brightened, and the roots grew, sucking nourishment out of the woman."* |
| 5 | *Ambessa's Soul, as a red spiral mist, enters the eye of the cave.* | *"Neva's heart rushed as she peered closer. A baby's cry echoed out of the tree. Neva stepped forward and looked behind the woman. She was blocking an entrance to the hollow tree trunk."* |

PLAINTIFF'S DETAILED BREAKDOWN AND ANALYSIS OF THE BLOOD SWEAT & TEARS

MUSICVIDEO PROLOGUE OF MEL'S STORY.

| | | |
|---|---|---|
| 6 | Ambessa is transported to this higher plane of consciousness, where her body is rebuilt in her original image. | "Mother Gaia spoke to me two nights ago. She came to my cave as I drifted in the consciousness looking for Sabella. She told me I'd be going on a great journey to save her. To save you all." |
| 7 | She is transformed to a barren land, in the middle of a ritual dance. She is running and carrying an effigy of a lamb, trying to protect and save the lamb, symbolic of trying to save her daughter who died from an arrow. | "Neva placed on her ritual headdress, made from the bones of her ancestors and the teeth of lions. Hyena skulls hung on a banner across her left shoulder." |
| 8 | The vulture-like warriors dance around her, performing and challenging her. | "As the warriors danced around the village fire, Neva looked out across the orange horizon and imagined what it would have been like in the epoch of giraffes and elephants." |
| 9 | We see a dream-like sequence of a barren land, skeleton trees, blue-skinned people with no eyes, a few tall drummer dudes, and a three-headed wolf icon floating in the air. | "Skeletons of trees pierced the dead earth, reminding Neva that Mother Gaia was approaching her end-stage." |
| 10 | She is offered a glimpse of a glass statue of herself on a throne. She just has to take it. Glass showing this isn't set in stone, you have to want it and have to take it for yourself. | "Neva unslung her double-ended blade and murdered her way up the stairs with the precision of a surgeon and the agility of a baboon." |
| 11 | We are shown a warrior with arrow symbology. She must fight him to pass the wolf's trial. | "Neva whistled. Malik looked up, his face entirely covered with blood, flesh hanging from his snout." |
| 12 | She reluctantly releases the lamb (Mel) to fight the arrow warriors to pass the wolf's trial. | "She reluctantly gave up the baby to a higher purpose, this way she gets to return to life with Kino and still raise him." |
| 13 | We see her child, Mel's older brother Kino Medarda, holding the lamb. | "'Mother Gaia came to me in my sleep. She told me I'd find the boy who could save the world. She spoke his name,' said Neva, holding the baby up in the brightest sun she had ever witnessed." |

## 25

PLAINTIFF'S DETAILED BREAKDOWN AND ANALYSIS OF THE BLOOD SWEAT & TEARS

MUSICVIDEO PROLOGUE OF MEL'S STORY.

| | | |
|---|---|---|
| **14** | *Ambessa drops a tear, knowing she has to make a sacrifice. To return to Kino alive or stay in the afterlife with the lamb.* | *"She kissed Lula's snout. She closed Lula's eyes and joined the others as they raged through the hospital slaying the soldiers."* |
| **15** | *We see the three warrior wolves standing in arrowhead formation, ready for Ambessa to try again after seeing her son Kino holding Mel the Lamb, her unborn dead daughter.* | *"Malik, Adisa, and Lula guarded Neva in arrowhead formation."* |
| **16** | *Kindred offers Ambessa a choice, she can return to life, and to Kino, but only if she gave up the unborn baby in her womb, Mel, to a higher purpose.* | *"Neva's heart rushed as she peered closer. A faint white root system grew under the ebony skin of the woman. The whiteness brightened, and the roots grew, sucking nourishment out of the woman."* |
| **17** | *We see the Lamb icon shattered and its dust absorbed by the spinning three-headed wolf form.* | *"The roots from her body inverted, morphing the woman's body into the tree with a hollowed entrance."* |
| **18** | *We see Ambessa tortured by the decision, but reluctantly, she gave up Mel to a higher purpose. This way she gets to return to life with Kino and still raise Mel.* | *"She hacked and hacked until she fell down exhausted. She cried onto the woman. As her tears hit the woman, the roots from her body inverted, morphing the woman's body into the tree."* |
| **19** | *This decision grants Mel with great powers and great importance. We see Mel's white eyes flash open in the womb, showing she had these given powers, even as an unborn.* | *"Inside the trunk was a newborn baby boy, with the same geometric tribal markings as the woman and gleaming, brilliant white eyes."* |
| **20** | *Ambessa returns to her body, having become a greater warrior.* | *"Neva emerged from the trunk with an aura around her. The two hyenas howled and T'agon dropped to his knees."* |
| **21** | *Arrowhead symbolism is seen throughout the video and an arrow kills the unborn Mel.* | *"The hyenas guarded Neva in arrowhead formation." An arrow killed Sibella* |

26

PLAINTIFF'S DETAILED BREAKDOWN AND ANALYSIS OF THE BLOOD SWEAT & TEARS

MUSICVIDEO PROLOGUE OF MEL'S STORY.

## CONCLUSION: DIRECT PARALLELS TO BLOODBORG

It is highly likely that Arcane's Blood, Sweat & Tears music video directly copies elements from Bloodborg. The following points of evidence support this claim:

Thematic Parallels: Both feature warrior mothers who undergo supernatural trials, facing sacrificial choices tied to their children's fate.

Prophecy & Rebirth: Both involve mystical white-eyed children with divine significance.

Visual & Narrative Similarities: Arcane mirrors Neva's POV almost exactly, from ritual dances to symbolic wolves and trees.

Symbolic Patterns: The use of supernatural eyes, divine testing, and post-apocalyptic wastelands appear in both works.

Unique Elements:

Neva's three warrior hyenas match Ambessa's wolf imagery.

The use of a ritual Baobab tree mirrors Ambessa's glass statue in Volrachnun.

Both stories feature a transformative spiritual experience tied to survival.

The arrowhead formation is symbolically featured in both works as a reference to trauma.

PLAINTIFF'S DETAILED BREAKDOWN AND ANALYSIS OF THE BLOOD SWEAT & TEARS

MUSICVIDEO PROLOGUE OF MEL'S STORY.

**Final Argument**

These specific narrative structures, symbols, and motifs are too detailed and unique to be a coincidence. The structure of Blood, Sweat & Tears follows Neva's journey in Bloodborg beat for beat, albeit repackaged for the Arcane universe.

It is highly probable that Bloodborg was used as a direct source for the Blood, Sweat & Tears music video and its themes were appropriated into the storytelling for Arcane Season 2.

Moreover, as these characters are original, made for Arcane, and they are identical in terms of story, there really is no claim for independent creation.

**Declaration**

I, Marc Wolstenholme, declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge and belief. I submit this declaration of PLAINTIFF'S DETAILED BREAKDOWN AND ANALYSIS OF THE BLOOD SWEAT & TEARS MUSICVIDEO PROLOGUE OF MEL'S STORY to submit additional evidence relevant to my claims against Riot Games, Inc. for copyright infringement, unfair competition, and intentional infliction of emotional distress. This shows that I have made attempts to mitigate costs and prove my reasonableness in a number of failed ADR attempts.

PLAINTIFF'S DETAILED BREAKDOWN AND ANALYSIS OF THE BLOOD SWEAT & TEARS
MUSICVIDEO PROLOGUE OF MEL'S STORY.

Respectfully submitted,


The Plaintiff, Marc Wolstenholme, M.W. Wolf.

Date: February 24, 2025

Signed: *M.WOLSTENHOLME.*

PLAINTIFF'S DETAILED BREAKDOWN AND ANALYSIS OF THE BLOOD SWEAT & TEARS

MUSICVIDEO PROLOGUE OF MEL'S STORY.