```
 1  AARON J. MOSS (SBN 190625)
    AMoss@ggfirm.com
 2  JOSHUA M. GELLER (SBN 295412)
    JGeller@ggfirm.com
 3  ANDREW P. LUX (SBN 345915)
    GREENBERG GLUSKER FIELDS CLAMAN &
 4  MACHTINGER LLP
    2049 Century Park East, Suite 2600
 5  Los Angeles, California 90067
    Telephone: 310-553-3610
 6  Facsimile: 310-553-0687

 7  Attorneys for Defendant Riot Games, Inc.
```

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| MARC WOLSTENHOLME, | Case No. 2:25-cv-00053-FMO-BFM |
|---|---|
| Plaintiff, | *Hon. Fernando M. Olguin* |
| v. | **DECLARATION OF ANDREW P. LUX IN SUPPORT OF DEFENDANT RIOT GAMES, INC.'s EX PARTE APPLICATION FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S SECOND AMENDED COMPLAINT** |
| RIOT GAMES, INC., | |
| Defendant. | [*Ex Parte* Application for Extension of Time and [Proposed] Order filed concurrently herewith] |

# **DECLARATION OF ANDREW P. LUX**

I, Andrew P. Lux, declare:

1. I am an attorney duly licensed to practice in all the courts of the State of California and I am counsel of Greenberg Glusker Fields Claman & Machtinger LLP, attorneys of record for Defendant Riot Games, Inc. ("Riot"). The facts set forth herein are of my own personal knowledge and if sworn I could and would testify competently thereto under oath. I submit this declaration in support of Riot's *Ex Parte* Application for Extension of Time to Respond to the Second Amended Complaint ("SAC") filed by Plaintiff Marc Wolstenholme ("Wolstenholme").

2. On or about February 24, 2025, Wolstenholme filed a SAC through the Electronic Document Submission System which resulted in the SAC not being entered onto the docket and served on Riot until February 27. The SAC is more than 1,200 pages long.

3. On February 27, 2025, I emailed Mr. Wolstenholme and requested a 30-day extension to respond to the SAC given the three-day delay and length of the pleading. Mr. Wolstenholme rejected Riot's request. A true and correct copy of my email to Mr. Wolstenholme and Mr. Wolstenholme's response is attached as **Exhibit A**.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed this 28th day of February, 2025 at Los Angeles, California.

                                        */s/ Andrew P. Lux*
                                         Andrew P. Lux