1  AARON J. MOSS (SBN 190625)
   AMoss@ggfirm.com
2  JOSHUA M. GELLER (SBN 295412)
   JGeller@ggfirm.com
3  ANDREW P. LUX (SBN 345915)
   GREENBERG GLUSKER FIELDS CLAMAN &
4  MACHTINGER LLP
   2049 Century Park East, Suite 2600
5  Los Angeles, California  90067
   Telephone:  310-553-3610
6  Facsimile:   310-553-0687

7  Attorneys for Defendant Riot Games, Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| MARC WOLSTENHOLME, | Case No. 2:25-cv-00053-FMO-BFM |
|---|---|
| Plaintiff, | *Hon. Fernando M. Olguin* |
| v. | **[PROPOSED] ORDER GRANTING DEFENDANT RIOT GAMES, INC.'S *EX PARTE* APPLICATION FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S SECOND AMENDED COMPLAINT** |
| RIOT GAMES, INC., | |
| Defendant. | |
| | [Notice of Motion and Motion to Dismiss and Declaration of Andrew P. Lux filed concurrently herewith] |

Defendant Riot Games, Inc.'s ("Riot") *Ex Parte* Application for an Order Extending Time to Respond to the Second Amended Complaint filed by Plaintiff Marc Wolstenholme ("Wolstenholme") came before Courtroom 6D of the above-entitled Court, the Honorable Fernando M. Olguin presiding. The Court, having considered the application and all supporting moving papers and the opposition papers, and for good cause appearing,

**IT IS HEREBY ORDERED THAT:**

1. The application for extension of time is GRANTED; and

2. The Court extends the deadline for Riot to respond to the Second Amended Complaint from March 7, 2025 to April 4, 2025.

**IT IS SO ORDERED.**

Dated: _____

HON. FERNANDO M. OLGUIN
United States District Court Judge