AARON J. MOSS (SBN 190625)
AMoss@ggfirm.com
JOSHUA M. GELLER (SBN 295412)
JGeller@ggfirm.com
ANDREW P. LUX (SBN 345915)
GREENBERG GLUSKER FIELDS CLAMAN &
MACHTINGER LLP
2049 Century Park East, Suite 2600
Los Angeles, California 90067
Telephone: 310-553-3610
Facsimile: 310-553-0687

Attorneys for Defendant Riot Games, Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARC WOLSTENHOLME,<br><br>  Plaintiff,<br><br>  v.<br><br>RIOT GAMES, INC.,<br><br>  Defendant. | Case No. 2:25-cv-00053-FMO-BFM<br><br>*Hon. Fernando M. Olguin*<br><br>**ORDER GRANTING DEFENDANT RIOT GAMES, INC.'S *EX PARTE* APPLICATION [60] FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S SECOND AMENDED COMPLAINT**<br><br>[Notice of Motion and Motion to Dismiss and Declaration of Andrew P. Lux filed concurrently herewith] |

Defendant Riot Games, Inc.'s ("Riot") *Ex Parte* Application for an Order Extending Time to Respond to the Second Amended Complaint filed by Plaintiff Marc Wolstenholme ("Wolstenholme") came before Courtroom 6D of the above-entitled Court, the Honorable Fernando M. Olguin presiding. The Court, having considered the application and all supporting moving papers and the opposition papers, and for good cause appearing,

**IT IS HEREBY ORDERED THAT:**

1. The application for extension of time is GRANTED; and

2. The Court extends the deadline for Riot to respond to the Second Amended Complaint from March 7, 2025 to **April 4, 2025**.

**IT IS SO ORDERED.**

Dated: March 3, 2025

/s/
HON. FERNANDO M. OLGUIN
United States District Judge