Marc Wolstenholme
5 Shetland Close
Coventry, England CV5 7LS
Telephone: 044 7827964404
Email: marc@mvwolf-fiction.co.uk
Plaintiff in Pro Per

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARC WOLSTENHOLME, | CASE NO. 2:25-CV-00053-FMO-BFM |
| Plaintiff, | HON. FERNANDO M. OLGUIN |
| vs. | PLAINTIFF'S REQUEST FOR REMOTE APPEARANCE AT ALL HEARINGS: |
| RIOT GAMES, INC., | |
| Defendant | DATE: MARCH 6, 2025<br>TIME: 10:00 A.M.<br>CRTRM.: 6D |

Dated this: March 04, 2025

*M.WOLSTENHOLME.*

[MARC WOLSTENHOLME]

1

PLAINTIFF'S REQUEST FOR REMOTE APPEARANCE AT CASE MANAGEMENT HEARING:

**REQUEST FOR REMOTE APPEARANCE AT CASE MANAGEMENT HEARING**

TO THE HONORABLE JUDGE FERNANDO M. OLGUIN AND THE COURT: UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA

Marc Wolstenholme, Plaintiff in Pro Per, respectfully requests permission to appear remotely at the Case Management Hearing scheduled:

DATE: MARCH 6, 2025

TIME: 10:00 A.M.

CRTRM.: 6D

**The reason for this request is as follows:**

1. I reside outside of the United States, in Coventry, England, and it would pose significant logistical and monetary challenges to attend the hearing in person. Additionally, whilst I love the US, and travelling, I have ongoing disabilities which make traveling more difficult. I understand that as these cases progress, I may have to attend in person, in LA, but to alleviate as much stress and other challenges as possible, I respectfully request permission to appear remotely in the case management hearing set - MARCH 6, 2025- and all hearings thereafter, unless ordered otherwise, or Jury (Final) hearings.

2

PLAINTIFF'S REQUEST FOR REMOTE APPEARANCE AT CASE MANAGEMENT HEARING:

2.  This has been agreed by both parties in the Joint Rule 26 (f) report but I am getting a bit

worried that I have not had confirmation.

I respectfully request that the Court grant this request and permit me to attend the hearing via

video conferencing or telephone.

**Declaration**

I, Marc Wolstenholme, declare under penalty of perjury under the laws of the United States of

America that the foregoing is true and correct to the best of my knowledge and belief.

The Plaintiff, Marc Wolstenholme, M.W. Wolf.

Date: March 04, 2025

Signed: *M.WOLSTENHOLME.*

3

PLAINTIFF'S REQUEST FOR REMOTE APPEARANCE AT CASE MANAGEMENT HEARING: