AARON J. MOSS (SBN 190625)
AMoss@ggfirm.com
JOSHUA M. GELLER (SBN 295412)
JGeller@ggfirm.com
ANDREW P. LUX (SBN 345915)
GREENBERG GLUSKER FIELDS CLAMAN &
MACHTINGER LLP
2049 Century Park East, Suite 2600
Los Angeles, California 90067
Telephone: 310-553-3610
Facsimile: 310-553-0687

Attorneys for Defendant Riot Games, Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARC WOLSTENHOLME,<br><br>   Plaintiff,<br><br> v.<br><br>RIOT GAMES, INC.,<br><br>   Defendant. | Case No. 2:25-cv-00053-FMO-BFM<br><br>*Hon. Fernando M. Olguin*<br><br>**DEFENDANT RIOT GAMES, INC.'S NOTICE OF PLAINTIFF'S REFUSAL TO PARTICIPATE IN MANDATORY SETTLEMENT CONFERENCE**<br><br>[Declaration of Joshua M. Geller filed concurrently herewith] |

# NOTICE RE PLAINTIFF'S REFUSAL TO PARTICIPATE IN MANDATORY SETTLEMENT CONFERENCE

Defendant Riot Games, Inc. ("Riot") submits this notice to inform the Court of Plaintiff Marc Wolstenholme's ("Wolstenholme") refusal to participate in a mandatory settlement conference in contravention of the Court's March 4, 2025 Scheduling and Case Management Order (the "Order").

The Court ordered that: "The parties shall complete their settlement conference before the assignment magistrate judge ('settlement officer') no later than June 5, 2025. Counsel for the represented party shall contact the settlement officer . . . . After obtaining available dates from the settlement officer, counsel for the parties shall confer and select one of the proposed dates." Order, Dkt. No. 66, p. 12. On March 11, Riot's counsel emailed the Courtroom Deputy for Magistrate Judge Brianna Mircheff, the settlement officer in this matter. Declaration of Joshua Geller ("Geller Decl."), ¶ 2. The Courtroom Deputy responded and asked Riot's counsel to meet and confer with Plaintiff to select a minimum of three dates on which all parties are available. *Id.*, ¶ 3.

On March 12, Riot's counsel emailed Wolstenholme, referencing the Order, and proposed April 3, April 17, and April 24 for a settlement conference. *Id.*, ¶ 4. Wolstenholme responded that he was not willing to discuss settlement conference dates and had various "prerequisite requirements" before he would do so. *Id.*, ¶ 5. Riot's counsel responded, again referencing and attaching the Court's Order, and asked again for Wolstenholme to provide his availability. *Id.*, ¶ 6. Wolstenholme responded again stating that he was not willing to schedule a settlement conference and did not wish to discuss further. *Id.*, ¶ 7. Riot's counsel then informed Wolstenholme that Riot would be forced to give notice to the Court of his refusal to participate in a settlement conference. *Id.*, ¶ 8.

Riot remains willing and able to participate in a settlement conference as ordered by the Court in advance of the June 6, 2025 deadline.

| | | |
|---|---|---|
| 1 | DATED: March 14, 2025 | GREENBERG GLUSKER FIELDS CLAMAN & MACHTINGER LLP |

By: */s/ Joshua Geller*
　　AARON J. MOSS (SBN 190625)
　　JOSHUA M. GELLER (SBN 295412)
　　ANDREW P. LUX (SBN (345915)
　　Attorneys for Defendant
　　Riot Games, Inc.