AARON J. MOSS (SBN 190625)
AMoss@ggfirm.com
JOSHUA M. GELLER (SBN 295412)
JGeller@ggfirm.com
ANDREW P. LUX (SBN 345915)
GREENBERG GLUSKER FIELDS CLAMAN &
MACHTINGER LLP
2049 Century Park East, Suite 2600
Los Angeles, California 90067
Telephone: 310-553-3610
Facsimile: 310-553-0687

Attorneys for Defendant Riot Games, Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARC WOLSTENHOLME,<br><br>  Plaintiff,<br><br>  v.<br><br>RIOT GAMES, INC.,<br><br>  Defendant. | Case No. 2:25-cv-00053-FMO-BFM<br><br>*Hon. Fernando M. Olguin*<br><br>**DECLARATION OF JOSHUA M. GELLER RE NOTICE OF PLAINTIFF'S REFUSAL TO PARTICIPATE IN MANDATORY SETTLEMENT CONFERENCE**<br><br>[Notice filed concurrently herewith] |

74677-00029/5450892.2

DECLARATION OF JOSHUA M. GELLER

# DECLARATION OF JOSHUA M. GELLER

I, Joshua M. Geller, declare:

1. I am a partner at Greenberg Glusker Fields Claman & Machtinger LLP, attorneys of record for Defendant Riot Games, Inc. ("Riot"). The facts set forth herein are of my own personal knowledge and if sworn I could and would testify competently thereto under oath. I submit this declaration in connection with Riot's Notice of Plaintiff Marc Wolstenholme's Refusal to Participate in Mandatory Settlement Conference.

2. On March 11, 2025, I emailed the Courtroom Deputy for Magistrate Judge Brianna Mircheff, the settlement officer in this matter, requesting availability to schedule a settlement conference.

3. The Courtroom Deputy responded and asked me to meet and confer with Mr. Wolstenholme to select a minimum of three dates on which all parties are available.

4. On March 12, 2025, I emailed Mr. Wolstenholme referencing the Court's March 4, 2025 Order (the "Order") requiring the parties to schedule a settlement conference. I proposed April 3, April 17, and April 24.

5. Mr. Wolstenholme responded that he was not willing to discuss settlement conference dates and that he had various "prerequisite requirements" before he would do so.

6. I responded by email, attaching the Court's Order and highlighting the relevant instruction regarding the scheduling of the settlement conference. I again asked Mr. Wolstenholme to provide his availability.

7. Mr. Wolstenholme responded again stating that he was not willing to schedule a settlement conference and did not wish to discuss further.

8. I sent him a further email informing him that Riot would be filing the instant notice regarding his refusal to schedule a settlement conference.

I declare under penalty of perjury under the laws of United States that the foregoing is true and correct.

Executed this 14th day of March, 2025 at Los Angeles, California.

                                               */s/ Joshua M. Geller*
                                                     Joshua M. Geller

GREENBERG GLUSKER FIELDS CLAMAN & MACHTINGER LLP
2049 Century Park East, Suite 2600
Los Angeles, California 90067

74677-00029/5450892.2

3

DECLARATION OF JOSHUA M. GELLER