UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 25-0053 FMO (BFMx) | Date | March 21, 2025 |
|---|---|---|---|
| Title | Marc Wolstenholme v. Riot Games, Inc. | | |

| Present: The Honorable | Fernando M. Olguin, United States District Judge | |
|---|---|---|
| Vanessa Figueroa | None | None |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

Attorney Present for Plaintiff(s): Attorney Present for Defendant(s):

None Present    None Present

**Proceedings:**   (In Chambers) Order Re: Settlement Proceedings

The court has reviewed defendant Riot Games, Inc.'s Notice of Plaintiff's Refusal to Participate in Mandatory Settlement Conference (Dkt. 67), and plaintiff's responses. (See Dkt. 68, 69, 73). Pursuant to the Court's Order of March 4, 2025, the parties are required to complete a settlement conference before the assigned magistrate judge – Magistrate Judge Brianna Fuller Mircheff – by no later than June 6, 2025. (See Dkt. 66, Court's Order of March 4, 2025, at 12). The Court's Order of June 6, 2025, did not set forth any conditions that needed to be met prior to the settlement conference, (see, generally, id.), and plaintiff may not impose conditions of his own. If plaintiff is unavailable on the dates provided by the Magistrate Judge in April, then he shall so indicate to defendant's counsel, so that new dates may be proposed which meet the Court's June 6, 2025, deadline. If the parties are unable to agree on a date for a settlement conference, the court will set a settlement conference date that is convenient for the Magistrate Judge. Failure of any party to attend the settlement conference set by the court shall result in the imposition of sanctions, including but not limited to, the dismissal of the action for failure to prosecute and comply with a court order.

Plaintiff should also cease clogging the court's docket. One response to defendant's Notice is all that was required. The documents filed with this court are not first drafts that may be revised and supplemented at the litigant's pleasure.

IT IS SO ORDERED.

|  | 00 : 00 |
|---|---|
| Initials of Preparer | vdr |