Marc Wolstenholme
5 Shetland Close
Coventry, England CV5 7LS
Telephone: 044 7827964404
Email: marc@mvwolf-fiction.co.uk
Plaintiff in Pro Per

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARC WOLSTENHOLME,<br>Plaintiff,<br>vs.<br>RIOT GAMES, INC.,<br>Defendant | CASE NO. 2:25-CV-00053-FMO-BFM HON.<br><br>*Hon. Fernando M. Olguin*<br><br>DECLARATION OF MARC WOLSTENHOLME<br><br>PLAINTIFF'S PROOF OF SERVICE-PLAINTIFF'S FIRST SET OF DISCOVERY REQUESTS |

Dated this: March 14th, 2025

M.WOLSTENHOLME

[MARC WOLSTENHOLME]

1

PLAINTIFF'S PROOF OF SERVICE- PLAINTIFF'S FIRST SET OF DISCOVERY REQUESTS

**PROOF OF SERVICE**

I, Marc Wolstenholme, declare as follows:

I am the Plaintiff in the above-captioned case and am proceeding pro se. I am over the age of eighteen and not a party to this action. My mailing address is 5 Shetland Close, Coventry, England CV5 7LS.

On March 14, 2025, I served a true and correct copy of PLAINTIFF'S FIRST SET OF DISCOVERY REQUESTS to the Defendant Riot Games, Inc., via their legal representatives, as follows:

Documents Served:

PLAINTIFF'S FIRST SET OF DISCOVERY REQUESTS, including:

Requests for Production of Documents (RFPs)

Interrogatories

Requests for Admission (RFAs)

2

PLAINTIFF'S PROOF OF SERVICE- PLAINTIFF'S FIRST SET OF DISCOVERY REQUESTS

Deposition Notices & Subpoena Requests

**Recipient Information:**

Greenberg Glusker Fields Claman & Machtinger LLP2049 Century Park East, Suite 2600Los Angeles, California 90067

Attorneys for Riot Games, Inc.:

Aaron J. Moss (AMoss@ggfirm.com)

Joshua M. Geller (JGeller@ggfirm.com)

Andrew P. Lux (ALux@ggfirm.com)

**Method of Service:**

Email

RY REQUESTS - marc@mwwolf-fiction.co.uk - Marc Wolstenholme Mail
in:sent
Active
1 of 223
PLAINTIFF'S FIRST SET OF DISCOVERY REQUESTS
Summarise this email
Marc Wolstenholme <marc@mwwolf-fiction.co.uk>
to Joshua, Aaron, dan.chang, Andrew, andrew.gardner
12:14 (6 minutes ago)
Dear Riot Games,
Please see attached - PLAINTIFF'S FIRST SET OF DISCOVERY REQUESTS
Have a great weekend,
If you want to chat, you have my details,
Marc Wolstenholme
One attachment • Scanned by Gmail
PDF
PLAINTIFF'S FIRS...
Reply
Reply to all
Forward

3

PLAINTIFF'S PROOF OF SERVICE- PLAINTIFF'S FIRST SET OF DISCOVERY REQUESTS

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed on March 14, 2025, in Coventry, England.

Signature:

Marc Wolstenholme

Plaintiff in Pro Per M.WOLSTENHOLME.

5 Shetland Close

Coventry, England CV5 7LS

marc@mwwolf-fiction.co.uk

**IF RIOT FAILS TO RESPOND WITHIN THE 30-DAY DEADLINE, THIS DOCUMENT CAN BE USED TO FILE A MOTION TO COMPEL DISCOVERY.**

4

PLAINTIFF'S PROOF OF SERVICE- PLAINTIFF'S FIRST SET OF DISCOVERY REQUESTS