AARON J. MOSS (SBN 190625)
Aaron.Moss@msk.com
JOSHUA M. GELLER (SBN 295412)
Josh.Geller@msk.com
HANNAH G. SHEPHERD (SBN 347611)
Hannah.Shepherd@msk.com
MITCHELL SILBERBERG & KNUPP LLP
2049 Century Park East, 18th Floor
Los Angeles, CA  90067-3120
Telephone: (310) 312-2000
Facsimile: (310) 312-3100

Attorneys for Defendant Riot Games, Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARC WOLSTENHOLME,<br><br>    Plaintiff,<br><br>    v.<br><br>RIOT GAMES, INC.,<br><br>    Defendant. | Case No. 2:25-cv-00053-FMO-BFM<br><br>*Hon. Fernando M. Olguin*<br><br>**[PROPOSED] ORDER GRANTING DEFENDANT RIOT GAMES, INC.'S MOTION TO DISMISS SECOND AMENDED COMPLAINT**<br><br>]Notice of Motion and Motion to Dismiss Second Amended Complaint and Declaration of Aaron J. Moss filed concurrently herewith]<br><br>Date:     May 8, 2025<br>Time:    10:00 a.m.<br>Crtrm:   6D |

1  Defendant Riot Games, Inc. ("Riot") Motion to Dismiss the Second
2  Amended Complaint filed by Plaintiff Marc Wolstenholme ("Wolstenholme")
3  came on for hearing in Courtroom 6D of the above-entitled Court, the Honorable
4  Fernando M. Olguin presiding. Appearances were as reflected on the record. The
5  Court, having considered the motion and all supporting moving papers, the
6  opposition papers, and the reply thereto, and the oral argument presented at the
7  hearing, and for good cause appearing,

**IT IS HEREBY ORDERED THAT:**

1. The motion is GRANTED; and
2. Plaintiff's Second Amended Complaint is dismissed with prejudice.

**IT IS SO ORDERED.**

Dated: _____

_____
Honorable Fernando M. Olguin
United States District Court Judge

Mitchell Silberberg & Knupp LLP

20630376.1

[PROPOSED] ORDER