| | |
|---|---|
| 1 | AARON J. MOSS (SBN 190625) |
| | Aaron.Moss@msk.com |
| 2 | JOSHUA M. GELLER (SBN 295412) |
| | Josh.Geller@msk.com |
| 3 | HANNAH G. SHEPHERD (SBN 347611) |
| | Hannah.Shepherd@msk.com |
| 4 | MITCHELL SILBERBERG & KNUPP LLP |
| | 2049 Century Park East, 18th Floor |
| 5 | Los Angeles, CA 90067-3120 |
| | Telephone: (310) 312-2000 |
| 6 | Facsimile: (310) 312-3100 |
| 7 | Attorneys for Defendant Riot Games, Inc. |

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARC WOLSTENHOLME, | Case No. 2:25-cv-00053-FMO-BFM |
| Plaintiff, | *Hon. Fernando M. Olguin* |
| v. | **DECLARTION OF AARON J. MOSS IN SUPPORT OF DEFENDANT RIOT GAMES, INC.'S MOTION TO BIFURCATE DISCOVERY AND PERMIT INITIAL SUMMARY JUDGMENT MOTION ON ACCESS** |
| RIOT GAMES, INC., | |
| Defendant. | |
| | ]Notice of Motion and Motion to Bifurcate and [Proposed] Order filed concurrently herewith] |
| | Date: May 8, 2025 |
| | Time: 10:00 a.m. |
| | Crtrm: 6D |

## DECLARATION OF AARON J. MOSS

I, Aaron J. Moss, declare:

1. I am an attorney at Mitchell Silberberg & Knupp LLP, attorneys of record for Defendant Riot Games, Inc. ("Riot"). I submit this declaration in support of Riot's Motion to Bifurcate Discovery and Permit Initial Summary Judgment Motion on Access (the "Motion"). I have personal knowledge of the following facts and, if called and sworn as a witness, could and would competently testify to these facts under oath.

2. On February 13, 2025, I met and conferred with Plaintiff Marc Wolstenholme ("Wolstenholme") who is representing himself *pro se* about the substance of Riot's Motion to Bifurcate. We were not able to reach an agreement on these issues.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 4th day of April, 2025 at Los Angeles, California.

_____
Aaron J. Moss