| | |
|---|---|
| 1 | AARON J. MOSS (SBN 190625) |
| | Aaron.Moss@msk.com |
| 2 | JOSHUA M. GELLER (SBN 295412) |
| | Josh.Geller@msk.com |
| 3 | HANNAH G. SHEPHERD (SBN 347611) |
| | Hannah.Shepherd@msk.com |
| 4 | MITCHELL SILBERBERG & KNUPP LLP |
| | 2049 Century Park East, 18th Floor |
| 5 | Los Angeles, CA  90067-3120 |
| | Telephone: (310) 312-2000 |
| 6 | Facsimile: (310) 312-3100 |
| 7 | Attorneys for Defendant Riot Games, Inc. |

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARC WOLSTENHOLME, | CASE NO. 2:25-cv-00053-FMO-BFM |
| Plaintiff, | *Hon. Fernando M. Olguin* |
| v. | **[PROPOSED] ORDER GRANTING DEFENDANT RIOT GAMES, INC.'S MOTION TO BIFURCATE DISCOVERY AND PERMIT INITIAL SUMMARY JUDGMENT MOTION ON ACCESS** |
| RIOT GAMES, INC., | |
| Defendant. | |
| | [Notice of Motion and Motion to Bifurcate and Declaration of Aaron J. Moss filed concurrently herewith] |
| | Date:    May 8, 2025 |
| | Time:   10:00 am |
| | Crtrm:  6D |

|   |   |
|---|---|
| 1 | Defendant Riot Games, Inc. ("Riot") Motion to Bifurcate Discovery to allow |
| 2 | an initial phase as to access, with all other discovery stayed pending further order |
| 3 | of this Court, and to permit Riot to file an initial motion for summary judgment |
| 4 | limited to the issue of access, without prejudice to Riot filing a second motion for |
| 5 | summary judgment as to other issues after the close of remaining discovery, came |
| 6 | on for hearing in Courtroom 6D of the above-entitled Court, the Honorable |
| 7 | Fernando M. Olguin presiding. Appearances were as reflected on the record. The |
| 8 | Court, having considered the motion and all supporting moving papers, the |
| 9 | opposition papers, and the reply thereto, and the oral argument presented at the |
| 10 | hearing, and for good cause appearing, |

**IT IS HEREBY ORDERED THAT:**

1. The motion is GRANTED;
2. Discovery is hereby bifurcated into an initial phase of access and a subsequent phase to address remaining issues of liability and damages. All discovery <u>not</u> pertaining to the issue of access is stayed, pending further order of the Court; and
3. Any initial filed summary judgment motion on issue of access is without prejudice to later filed summary judgment motion on remaining issues.

**IT IS SO ORDERED.**

Dated: _____

Honorable Fernando M. Olguin
United States District Court Judge

Mitchell Silberberg & Knupp LLP

20621432.1

[PROPOSED] ORDER