AARON J. MOSS (SBN 190625)
Aaron.Moss@msk.com
JOSHUA M. GELLER (SBN 295412)
Josh.Geller@msk.com
HANNAH G. SHEPHERD (SBN 347611)
Hannah.Shepherd@msk.com
MITCHELL SILBERBERG & KNUPP LLP
2049 Century Park East, 18th Floor
Los Angeles, CA 90067-3120
Telephone: (310) 312-2000
Facsimile: (310) 312-3100

Attorneys for Defendant Riot Games, Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARC WOLSTENHOLME,<br><br>      Plaintiff,<br><br>   v.<br><br>RIOT GAMES, INC.,<br><br>      Defendant. | Case No. 2:25-cv-00053-FMO-BFM<br><br>*Hon. Fernando M. Olguin*<br><br>**DECLARTION OF JOSHUA M. GELLER IN SUPPORT OF DEFENDANT RIOT GAMES, INC.'S MOTION FOR PLAINTIFF TO POST COSTS BOND**<br><br>[Notice of Motion and Motion to for Plaintiff to Post Bond and [Proposed] Order filed concurrently herewith]<br><br>Date:      May 8, 2025<br>Time:      10:00<br>Crtrm:     6D |

Mitchell Silberberg & Knupp LLP

20630337.1

DECLARTION OF JOSHUA M. GELLER

**DECLARATION OF JOSHUA M. GELLER**

I, Joshua M. Geller, declare:

1. I am an attorney at Mitchell Silberberg & Knupp LLP, attorneys of record for Defendant Riot Games, Inc. ("Riot"). I submit this declaration in support of Riot's Motion for Plaintiff to Post Costs Bond (the "Motion"). I have personal knowledge of the following facts and, if called and sworn as a witness, could and would competently testify to these facts under oath.

2. On March 26, 2025, I corresponded via email with Plaintiff Marc Wolstenholme ("Wolstenholme") who is representing himself *pro se* about the substance of the Motion. In my email, I explained the legal basis for the instant motion and offered to meet and confer further telephonically. Mr. Wolstenholme refused to meet and confer further.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 4th day of April, 2025 at Los Angeles, California.

_____
Joshua M. Geller