1  AARON J. MOSS (SBN 190625)
   Aaron.Moss@msk.com
2  JOSHUA M. GELLER (SBN 295412)
   Josh.Geller@msk.com
3  HANNAH G. SHEPHERD (SBN 347611)
   Hannah.Shepherd@msk.com
4  MITCHELL SILBERBERG & KNUPP LLP
   2049 Century Park East, 18th Floor
5  Los Angeles, CA  90067-3120
   Telephone: (310) 312-2000
6  Facsimile: (310) 312-3100

7  Attorneys for Defendant Riot Games, Inc.

8                UNITED STATES DISTRICT COURT

9               CENTRAL DISTRICT OF CALIFORNIA

10

11  MARC WOLSTENHOLME,                CASE NO. 2:25-cv-00053-FMO-BFM

12            Plaintiff,              *Hon. Fernando M. Olguin*

13       v.                          **[PROPOSED] ORDER GRANTING
                                      DEFENDANT RIOT GAMES,
14  RIOT GAMES, INC.,                 INC.'S MOTION FOR PLAINTIFF
                                      TO POST COSTS BOND**
15            Defendant.
                                      ]Notice of Motion and Motion for
16                                    Plaintiff to Post Costs Bond and
                                      Declaration of Joshua M. Geller filed
17                                    concurrently herewith]

18                                    Date:      May 8, 2025
                                      Time:      10:00
19                                    Crtrm:     6D

20

21

22

23

24

25

26

27

28

Mitchell
Silberberg &
Knupp LLP

20630401.1

Defendant Riot Games, Inc. ("Riot") Motion for Plaintiff Marc Wolstenholme ("Wolstenholme") to Post Bond for costs and fees in the amount of $100,000 based on the inherent power of federal courts to require plaintiffs to post security for costs, and the California Code of Civil Procedure section 1030, came on for hearing in Courtroom 6D of the above-entitled Court, the Honorable Fernando M. Olguin presiding. Appearances were as reflected on the record. The Court, having considered the motion and all supporting moving papers, the opposition papers, and the reply thereto, and the oral argument presented at the hearing, and for good cause appearing,

**IT IS HEREBY ORDERED THAT:**

1. The motion is GRANTED;

2. Within 7 days of the date of this Order, Plaintiff shall post a bond in the amount of $100,000 as security for costs.  Plaintiff shall post such bond by any method authorized by Local Rules 65-2 through 65-10.

3. The bond shall be posted in the name of the Clerk of the Court and shall remain on deposit until further order of the Court.

4. Failure to timely post the bond may result in appropriate sanctions, including dismissal of the action under Federal Rule of Civil Procedure 41(b).

Dated: _____

_____
Honorable Fernando M. Olguin
United States District Court Judge

Mitchell
Silberberg &
Knupp LLP

20630401.1

[PROPOSED] ORDER