Marc Wolstenholme
5 Shetland Close
Coventry, England CV5 7LS
Telephone: 044 7827964404
Email: marc@mvwolf-fiction.co.uk
Plaintiff in Pro Per

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARC WOLSTENHOLME,<br>        Plaintiff,<br>vs.<br>RIOT GAMES, INC.,<br>        Defendant | CASE NO. 2:25-CV-00053-FMO-BFM HON.<br><br>*Hon. Fernando M. Olguin*<br><br>DECLARATION OF MARC WOLSTENHOLME<br><br>PLAINTIFF'S EXHIBIT Y: AI-ASSISTED ADAPTATION OF BLOODBORG INTO ARCANE |

Dated this: March 4, 2025

*M.WOLSTENHOLME*
_____
[MARC WOLSTENHOLME]

1

PLAINTIFF'S EXHIBIT Y: AI-ASSISTED ADAPTATION OF BLOODBORG INTO ARCANE

# EXHIBIT Y: AI-ASSISTED ADAPTATION OF BLOODBORG INTO ARCANE

## I. INTRODUCTION

This exhibit provides compelling evidence that Arcane may have been developed using an AI-assisted transformation of Bloodborg material. Given the extensive similarities between the two works, along with inconsistencies in Arcane's development timeline and showrunner statements, the Plaintiff asserts that it is likely that Riot Games employed an AI system to extract themes, structures, and narratives from Bloodborg while slightly modifying elements to mask direct copying.

## II. KEY EVIDENCE SUGGESTING AI TRANSFORMATION

*1. Thematic & Structural Replication*

**Bloodborg:** Trauma-driven cyberpunk dystopia with elite vs. underworld conflict.

**Arcane:** Identical themes, yet lacking the depth of trauma exploration evident in Bloodborg.

*2. Symbolic Iconography*

**Bloodborg:** The Eye & Quantum Consciousness - deeply tied to IO-CU theory.

**Arcane:** Purple Eye Symbolism - used heavily but lacks clear explanation and understanding.

*3. Biomechanical & Blood-Based Augmentation*

**Bloodborg:** Blood-drug evolution into Bloodborgs.

**Arcane:** Viktor's Hextech blood infusion & Warwick's transformation into Bloodborgs.

*4. Shimmer vs. Blood-Drug System*

**Bloodborg:** Blood-extraction-based economy & experimentation.

**Arcane:** Shimmer mutation system with near-identical properties.

PLAINTIFF'S EXHIBIT Y: AI-ASSISTED ADAPTATION OF BLOODBORG INTO ARCANE

*5. AI-Controlled Drones & Robotics*

**Bloodborg:** Bee drones and Air-blades- autonomous attack and repair drones.

**Arcane:** Butterfly drones and Powder's monkey bombs—AI-driven combat tools.

*6. House of Cards Symbolism*

**Bloodborg:** Warwick snapping a finger as a metaphor for collapse.

**Arcane:** Silco knocking over a house of cards in a veiled threat.

*7. Bridge Trauma Scene*

**Bloodborg:** The Great Bridge Dumping - key origin trauma event.

**Arcane:** Vi & Jinx's parental loss on a bridge during a violent conflict.

4

PLAINTIFF'S EXHIBIT Y: AI-ASSISTED ADAPTATION OF BLOODBORG INTO ARCANE

*8. Bio-Experimentation & Mutants*

**Bloodborg:** Genetic enhancements, body modifications, and controlled mutations.

**Arcane:** Rio's forced mutation & Warwick's impending transformation.

*9. Geographic Divide of Two Cities*

**Bloodborg:** New Kowloon vs. The Smoglands below layered against The Assemblage.

**Arcane:** Piltover vs. Zaun, layered against Ambessa's Noxus mutated army in season 2

# III. LEGAL BASIS FOR AI-ASSISTED COPYRIGHT INFRINGEMENT CLAIM

1. Substantial Similarity Test

Under Feist Publ'ns, Inc. v. Rural Tel. Serv. Co., 499 U.S. 340 (1991), copyright infringement requires:

Access: Riot Games had access to Bloodborg before Arcane's finalization.

Substantial Similarity: Direct overlap of protected expressions across themes, settings, and character arcs.

2. Non-Existence in Original League of Legends Lore

Many elements central to Arcane (Shimmer, blood-drug mutation, thematic trauma writing) are not present in League of Legends prior to Arcane's release.

### 3. AI-Assisted Plagiarism & Copyright Law

AI can be used to transform copyrighted works in a way that masks direct copying. However, if substantially similar expressions remain intact, it still constitutes infringement (Williams v. Gaye, 885 F.3d 1150 (9th Cir. 2018)).

### 4. Discovery Requests

To establish whether Riot Games utilized AI tools to convert Bloodborg into Arcane, Plaintiff requests:

Internal Riot AI Development Records

Script Revision Logs & Metadata

Writer Communications Concerning Narrative Adaptation

Pre-Production Drafts for Character & Scene Development

## IV. CONCLUSION

Plaintiff asserts that Arcane did not originate as an organic League of Legends adaptation but was instead derived-via AI processing- from Bloodborg. This exhibit supports:

Strong grounds for discovery into Riot's internal writing process.

A foundation for a copyright infringement claim based on modified but substantially similar expressions.

A request for full disclosure of Riot Games' AI-assisted content adaptation practices.

Plaintiff reserves the right to amend this exhibit based on additional discovery evidence.

PLAINTIFF'S EXHIBIT Y: AI-ASSISTED ADAPTATION OF BLOODBORG INTO ARCANE

**Declaration**

I, Marc Wolstenholme, declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge and belief.

**Respectfully Submitted,**

Dated: March 4, 2025, Marc Wolstenholme

Plaintiff, Pro Se *M.WOLSTENHOLME.*

PLAINTIFF'S EXHIBIT Y: AI-ASSISTED ADAPTATION OF BLOODBORG INTO ARCANE