Marc Wolstenholme
5 Shetland Close
Coventry, England CV5 7LS
Telephone: 044 7827964404
Email: marc@mvwolf-fiction.co.uk
Plaintiff in Pro Per

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARC WOLSTENHOLME,<br>        Plaintiff,<br>vs.<br>RIOT GAMES, INC.,<br>        Defendant | CASE NO. 2:25-CV-00053-FMO-BFM HON.<br><br>*Hon. Fernando M. Olguin*<br><br>DECLARATION OF MARC WOLSTENHOLME<br><br>PLAINTIFF'S EXHIBIT Z- DETAILED BREAKDOWN AND ANALYSIS OF EPISODE 7: SUPPORTING EVIDENCE FOR COPYRIGHT INFRINGEMENT CASE |

Dated this: MARCH 6, 2025

*M.WOLSTENHOLME.*

[MARC WOLSTENHOLME]

1

PLAINTIFF'S EXHIBIT Z- DETAILED BREAKDOWN AND ANALYSIS OF EPISODE 7: SUPPORTING

EVIDENCE FOR COPYRIGHT INFRINGEMENT CASE

**I, Marc Wolstenholme, declare as follows:**

   I am the plaintiff in this case against Riot Games, Inc., regarding copyright infringement and unauthorized use of original materials derived from my manuscript "Bloodborg" and related works. I submit this DETAILED BREAKDOWN AND ANALYSIS OF EPISODE 7, as supporting evidence for the copyright infringement case.

   This declaration provides evidence supporting my request for damages and to outline the profound and ongoing impact of the defendant's actions on the Plaintiff's brand, monetary welfare, and emotional health.

2

PLAINTIFF'S EXHIBIT Z- DETAILED BREAKDOWN AND ANALYSIS OF EPISODE 7: SUPPORTING

EVIDENCE FOR COPYRIGHT INFRINGEMENT CASE

# Exhibits

**Exhibit A- Music Video**

Arcane Episode 7 (The Boy Savior) begins with a glitchy, distorted video sequence that appears to be a recording from a mechanical device.

The song that plays during the glitchy video intro of Arcane Episode 7 (The Boy Savior) is "Misfit Toys" by Pusha T and Mako. Pusha T (Terrence LeVarr Thornton), an American rapper known for his sharp lyricism and gritty style, worked with Riot Games for the Arcane soundtrack in 2021, contributing to the song "Misfit Toys" with Mako.

We already know from many sources that music was being made alongside the development of Arcane, this is confirmed by the Showrunners, Melinda Rediger and Alex Seaver (Mako).

Thus, we can safely deduce that this glitchy, distorted video sequence was created in 2021, long after Riot had access to Bloodborg.

3

PLAINTIFF'S EXHIBIT Z- DETAILED BREAKDOWN AND ANALYSIS OF EPISODE 7: SUPPORTING EVIDENCE FOR COPYRIGHT INFRINGEMENT CASE

**A1- M on the bullet shell.**

The picture below shows an M carved into the bullet shell. Indeed, there are many Ms and Ws in this video sequence, but the plaintiff regards this point way beyond proven, and there are so many throughout the series that it would be silly to select all of them.

 

**A2- Spinning Head Boy Robot**

During the video sequence we see a Boy (Sized) Robot with a spinning head, going haywire. This is strange as there are no boy robots in Arcane. We know it's a robot; its head spins 180 degrees, he has glowing green eyes, he's going haywire, and he has bolts in his neck.



PLAINTIFF'S EXHIBIT Z- DETAILED BREAKDOWN AND ANALYSIS OF EPISODE 7: SUPPORTING

EVIDENCE FOR COPYRIGHT INFRINGEMENT CASE

1  There is a boy (Sized) robot in Bloodborg, Roy, who is an important character.

2  Indeed, in books 2 and 3 his character is integral to the development of the story.

3  In Bloodborg, Roy is given green nuclear trickle batteries, which send him into

4  haywire.

6  Moreover, there are also spinning robots in Bloodborg.

**From Bloodborg,**

1, *"'Roy activate… come here Roy,' he called. A dwarf robot stood up in the corner, removed itself from the battery recharge, which was connected to an old car battery, and ran over to Warwick.*

*'How-do-you-do,' said Roy, the little bot with pink eyes."*

2, *"Jackie sat down next to Roy the little robot, they both looked up at the projection of the woman clearing away the bricks."*

3, *"Just me and my dog and a little robot I made from a child's toy. Pretty creepy when you say it like that but yes, just us three, minding our own business, but every now and again I get some fool who tries it on. Today you are that fool."*

PLAINTIFF'S EXHIBIT Z- DETAILED BREAKDOWN AND ANALYSIS OF EPISODE 7: SUPPORTING EVIDENCE FOR COPYRIGHT INFRINGEMENT CASE

*4, "'It's these nuclear trickle batteries, I told you they send me loopy fruit, I have so much energy, I think I might fry my little bot-brain.'"*

*5, "… spinning robot refereed the game."*

**A3- Eye Iconography**

During the video sequence, yet again we see Eye Iconography, which is a central feature in Bloodborg with reason and in-depth scientific logic.

We see Silco's eye, battered with poles or sticks. Green, White and Purple paint are spattered onto the eye. These colors are selected aesthetic choices of Bloodborg Eye Iconography, and also Arcane's choice of the same. We also see a swirling green eye painted onto the chest of the dead enforcer during this sequence.







6

PLAINTIFF'S EXHIBIT Z- DETAILED BREAKDOWN AND ANALYSIS OF EPISODE 7: SUPPORTING

EVIDENCE FOR COPYRIGHT INFRINGEMENT CASE

**Extracts from Bloodborg,**

1, *"Alcuin's protective mask was battered, the right eyepiece of his gasmask was cracked, exposing is eye to the gases and radiation of ground level, which had turned his right iris green."* (Almost identical to that of Silco's toxin exposed eye).

2, *"'Just wait for the giant electric eye to appear, this will distract them, then you run. The lightening formed into the eye like portal- D'borg's teleportation portal."*

3, *"...an old black guy with white eyes,"*

4, *"Inside the trunk was a new-born baby boy, with the same geometric tribal markings as the woman. The boy had gleaming, brilliant white eyes."*

5, *"The sphere grew, showering itself with blue, green, yellow and purple branches, like a vibrant iris. The iris looped in on itself, rotating inwards. A blackness opened from the centre of the sphere, an awoken pupil. A gale shot out of the pupil and lightning exploded, blueing up the world."*

PLAINTIFF'S EXHIBIT Z- DETAILED BREAKDOWN AND ANALYSIS OF EPISODE 7: SUPPORTING EVIDENCE FOR COPYRIGHT INFRINGEMENT CASE

**A4- Wolf hidden in the paint.**

During this video sequence, there is also a wolf's head hidden in the green paint.

The Plaintiff's writing alias is M.W. Wolf. His logo depicts a similar wolf man.





PLAINTIFF'S EXHIBIT Z- DETAILED BREAKDOWN AND ANALYSIS OF EPISODE 7: SUPPORTING

EVIDENCE FOR COPYRIGHT INFRINGEMENT CASE

Facing the wolf to the right and matching it next to the M.W. Wolf logo, we can see that this is remarkably similar. It is alleged that this is not and cannot be yet another coincidence of thousands. This is alleged to be deliberate taunting, mocking, and gaslighting. If found to be deliberate this constitutes an intentional infliction of emotional and psychological harm, and disability discrimination. In the UK, The Equality Act 2010 protects people from discrimination. As a protected characteristic of the Equality Act 2010, this triggers article 14 of the European Convention on Human Rights, because Article 14 essentially guarantees the right to non-discrimination, meaning that everyone should be treated equally and not be discriminated against based on factors like disability. In Europe, say France and the UK, these additional complaints are being considered.

Moreover, misusing, or misappropriating of one's personal trauma, is also a criminal offence.




9

**They line up perfectly.**

PLAINTIFF'S EXHIBIT Z- DETAILED BREAKDOWN AND ANALYSIS OF EPISODE 7: SUPPORTING

EVIDENCE FOR COPYRIGHT INFRINGEMENT CASE

1

2            **Calls for U.S and Uk Government interventions and protections.**

3                        It's quite shocking and infuriating for the plaintiff to see his work and his very

4     sensitive personal trauma writing being misappropriated, violated, gaslighted, abused and

5     mocked in this methodical manner. This abuse is alleged to be relentlessly infused into Arcane.

6     If found to be deliberate, given the history of Riot Games and their crimes against women and

7     vulnerable people, this shows a patten of deliberately targeting vulnerable people.

8                        With the misuse of the trust, and non-sexual grooming of minors working for Riot

9     as cast members, and using these children to lie about timelines, paying other cast members to

10    lie, misusing working relationships with agencies to abuse the work of a vulnerable and disabled

11    person for quid pro quo deals, the sexual harassment of women, the discrimination of thousands

12    of women working for Riot Games as found by the class action lawsuit, the targeting of the

13    young independent Ukrainian girl on TeePublic, the persistent misuse of AI and fan art, the data

14    breaches and personal data concerns, The Tencent and Chinese Military-Civil Fusion concerns,

15    the growing gacha system and loot box gambling allegations and concerns,  the toxic

16    "bromancing" foundations, allegations of sabotage of a rivals website and stealing of code, the

17    data harvesting business model, allegations of adversary spyware in the US and around the

18    globe, privacy and data concerns, what can be described as spurious IP wars, labour disputes,

19    employee walkouts and forced arbitration clauses, monopolisation allegations, anti-competitive

20    behaviours, aggressive competitive strategies… and of course, their behaviour toward the

21    Plaintiff in this case, as well as the hate mail and threats sent to the Plaintiff, including a bomb

22

23

24

25

26

27

28

11

PLAINTIFF'S EXHIBIT Z- DETAILED BREAKDOWN AND ANALYSIS OF EPISODE 7: SUPPORTING

EVIDENCE FOR COPYRIGHT INFRINGEMENT CASE

threat, the Plaintiff argues that this reflects a broader corporate culture of exploitation, bad faith, lies, and disregard for ethical business practices.

The Plaintiff argues that, without CIA or Government interventions and investigations into Riot Games, people are going to get hurt, and more cases will follow.

**Conclusion –Exhibit A: Music Video and Visual Symbolism as Evidence of Intentional Misappropriation**

The extensive overlap of unique visual, thematic, and narrative elements between Bloodborg and the Arcane Episode 7 opening strongly suggests deliberate copying, adaptation, or AI-assisted transformation of Bloodborg's core concepts. This exhibit provides further evidence that Arcane systematically integrates Bloodborg-derived material into its storytelling, aesthetics, and symbolic motifs.

**Repetition of Key Elements Unique to Bloodborg**

The spinning head boy robot closely resembles Bloodborg's Roy in design, function, and narrative role.

Eye iconography, particularly Silco's scarred eye splattered with different colors, mirrors Bloodborg's radiation-induced eye damage and energy portals.

The "M" engraving on the bullet shell and hidden wolf imagery in paint appear to reference Bloodborg's author and writing alias, M.W. Wolf.

12

PLAINTIFF'S EXHIBIT Z- DETAILED BREAKDOWN AND ANALYSIS OF EPISODE 7: SUPPORTING EVIDENCE FOR COPYRIGHT INFRINGEMENT CASE

The green, purple, and white colors linked to Bloodborg's themes of energy, mutation, and transformation are visually and narratively prominent.

**Pattern of Copying Without Contextual Depth**

The Bloodborg narrative elements-grounded in science-fiction logic, quantum physics, and deeply integrated worldbuilding- appear in Arcane with surface-level references but without the necessary narrative depth or scientific consistency.

The video sequence uses Bloodborg's unique aesthetic, but without explanation or relevance to Arcane's own world- suggesting the use of external inspiration rather than original world-building.

**Potential Use of AI Writing Tools to Disguise Adaptation**

The transformation of Bloodborg's world into Arcane appears to follow a pattern consistent with AI text summarization and modification tools.

If Bloodborg's original descriptions were fed into an AI tool, the result would be a simplified, restructured version with slightly altered phrasing and thematic shifts, which matches the differences observed in Arcane's repurposed elements.

PLAINTIFF'S EXHIBIT Z- DETAILED BREAKDOWN AND ANALYSIS OF EPISODE 7: SUPPORTING EVIDENCE FOR COPYRIGHT INFRINGEMENT CASE

**Psychological Targeting and Harassment Concerns**

The insertion of M.W. Wolf's initials and imagery within this sequence, if proven deliberate, constitutes gaslighting, targeted harassment, and potential psychological abuse.

The UK Equality Act 2010 protects individuals from discrimination and psychological abuse tied to disability, triggering protections under Article 14 of the European Convention on Human Rights.

The mocking appropriation of sensitive personal trauma writing, if intentional, may constitute a criminal offense under laws protecting individuals from mental and emotional harm.

**Legal Implications & Next Steps**

This exhibit supports claims of copyright infringement through the repeated, structured integration of Bloodborg elements into Arcane.

The Plaintiff urges US and UK regulatory bodies to investigate potential AI misuse in the transformation of Bloodborg's original writing into Arcane's adapted content.

Given the pattern of misconduct, exploitation, and past legal violations by Riot Games, this case warrants further scrutiny, potential government intervention, and independent forensic investigation into Riot Games' internal development process.

PLAINTIFF'S EXHIBIT Z- DETAILED BREAKDOWN AND ANALYSIS OF EPISODE 7: SUPPORTING EVIDENCE FOR COPYRIGHT INFRINGEMENT CASE

The Plaintiff demands full disclosure of Riot Games' creative development process for Arcane, including access to:

  Internal communication records,

  AI or text-modification tools used in writing,

  Development timelines to verify potential copying.


  This exhibit adds to the growing body of evidence that Bloodborg was not merely a general inspiration but a systematically adapted source, raising serious legal, ethical, and potential criminal concerns.

PLAINTIFF'S EXHIBIT Z- DETAILED BREAKDOWN AND ANALYSIS OF EPISODE 7: SUPPORTING EVIDENCE FOR COPYRIGHT INFRINGEMENT CASE

**Exhibit B- Sandbag Covered Heads.**

After the opening music video, we see Vi and Caitlyn tied up with sand bags placed over their heads.



Whilst this isn't unique per se, its inclusion in both works adds to the thousands of threads of evidence.

**In Bloodborg,**

1, *"Big mistake, he should have plastic wrapped the severed heads and body parts of his enemies before placing them in the sandbag."*

PLAINTIFF'S EXHIBIT Z- DETAILED BREAKDOWN AND ANALYSIS OF EPISODE 7: SUPPORTING

EVIDENCE FOR COPYRIGHT INFRINGEMENT CASE

**Exhibit C- Shimmer infused Blood mixed with Hexcore.**

In this scene Viktor visits Singed and tells him about the Hexcore. Viktor explains that he has tried every combination of runes.

Singed tells him that, "Perhaps the error is not your calculations but your subjects"

Singed hands Viktor a vile of Shimmer, and says, "Nature has made us intolerant to change but fortunately we have the capacity to change our nature."

Viktor says, "And this is shimmer?"

Singed replies, "A variant, it should provide everything one needs to survive a violent transition."



PLAINTIFF'S EXHIBIT Z- DETAILED BREAKDOWN AND ANALYSIS OF EPISODE 7: SUPPORTING

EVIDENCE FOR COPYRIGHT INFRINGEMENT CASE

**Comparisons Between Bloodborg and Arcane (Exhibit C)**

Shimmer Infused Blood / Fetal Sapien Serum

**In Arcane,** Singed introduces Shimmer as a biological catalyst, stating, "Nature has made us intolerant to change, but fortunately, we have the capacity to change our nature." He provides Viktor with a variant of Shimmer designed to facilitate the body's adaptation to the Hexcore's transmutation.

**In Bloodborg,** Fetal Sapien Serum serves a similar function as an advanced biochemical enhancement derived from human blood, plant extracts, and synthetic engineering. It is used to push the boundaries of human evolution and augmentation, allowing recipients to survive violent transitions

.

Blood and Augmentation

**Arcane** explicitly shows the use of infused blood and Hexcore energy to enhance Viktor, which ultimately leads to self-modification, augmentation, and the concept of merging biology with artificial means.

**In Bloodborg,** the Fetal Sapien Serum follows a nearly identical structure, where: "Three doses of Fetal Sapien Serum delivered, to be consumed instantly."

PLAINTIFF'S EXHIBIT Z- DETAILED BREAKDOWN AND ANALYSIS OF EPISODE 7: SUPPORTING EVIDENCE FOR COPYRIGHT INFRINGEMENT CASE

Shimmer is mixed with human blood, animal DNA, and werewolf genetics, giving superhuman attributes.

"A green fluid drips from one pipe, purple fluid from another, heating the ground below. The scorched earth below the drip has melted into a pool of muddy grey soup. The soup contains miniature monsters of slithering microbial movement" (paralleling Arcane's Hexcore blood infusion and biological corruption).

.

Hexcore / Blood Infusion & Organic Response

**In Arcane,** Viktor and Jayce attempt to merge Hexcore with organic matter. The plant used in their experiments rejects the transmutation, a phenomenon Viktor cannot explain.

**In Bloodborg,** a similar event occurs:

"Fighters are planning something to identify blood markers instantly, so they don't have to rely on this dipping fingertip in permanent purple ink business."

"The wall is also alive," suggesting that the organic elements react dynamically with the serum, mirroring how Viktor's Hexcore does.

.

PLAINTIFF'S EXHIBIT Z- DETAILED BREAKDOWN AND ANALYSIS OF EPISODE 7: SUPPORTING EVIDENCE FOR COPYRIGHT INFRINGEMENT CASE

Transformation and Self-Experimentation

**Viktor, in Arcane,** uses Shimmer to prolong his life and enhance himself despite the risks.

**In Bloodborg,** characters undergo forced augmentation and transformation through biochemical enhancement:

Shimmer takes many forms… Shimmer is mixed with other chemicals to use as synthetic highs, or street drugs.

Fetal Sapien Serum is a serum-like substance which takes many forms. It's made from blood engineering and chemicals and plant root extracts.

This directly parallels Viktor's infusion of Shimmer into himself in Arcane.

**Conclusion**

The comparisons demonstrate that the Arcane depiction of Shimmer-infused blood and its interaction with Hexcore closely follows Bloodborg's Fetal Sapien Serum, both in function and narrative role. The process of merging blood-based augmentation with artificial enhancements appears nearly identical in both works. This supports the argument that Bloodborg's foundational ideas may have been repurposed into Arcane, rather than independently created.

PLAINTIFF'S EXHIBIT Z- DETAILED BREAKDOWN AND ANALYSIS OF EPISODE 7: SUPPORTING EVIDENCE FOR COPYRIGHT INFRINGEMENT CASE

Exhibit D- M.W. in Jayce's Furnace.

At this point, no explanation is needed.







PLAINTIFF'S EXHIBIT Z- DETAILED BREAKDOWN AND ANALYSIS OF EPISODE 7: SUPPORTING

EVIDENCE FOR COPYRIGHT INFRINGEMENT CASE

**Exhibit E- Jinx staples her leg wound.**

In the scene we see Jinx back at her Fan hideout. She is having a psychotic brake as she staples her leg wound back together.






**In Bloodborg,**

"The Air-blade flew down to D'borg, it squirted an instant clotting gel into the wound. The Air-blade pulled the muscle back in place and covered them with a transparent soggy looking sleeve, then shrink wrapped the wound with a clear membrane. The drone pulled the tendon back in place and reinforced it with two telescopic rods, stapled on both sides. It finished the job by layering her hand with a spray of what soon became layers of synthetic skin."

22

PLAINTIFF'S EXHIBIT Z- DETAILED BREAKDOWN AND ANALYSIS OF EPISODE 7: SUPPORTING

EVIDENCE FOR COPYRIGHT INFRINGEMENT CASE

**Exhibit F- Firelights' Sanctuary**

**F1- Place of Light**

**In Arcane,** Ekko's hideout is called the Firelights' Sanctuary.

It serves as the headquarters for the Firelights, a rebel group led by Ekko that fights against both Silco's control over Zaun and the spread of Shimmer. The hideout is located in an overgrown, hidden area, filled with greenery, old structures, and makeshift technology.

The Firelights' Sanctuary symbolizes hope and resistance, contrasting with the corruption in Zaun. It also reflects Ekko's inventive and resourceful nature, as he and his group use creative tactics to oppose Silco's rule.

It's deep down in the underbelly of Zaun but it's served by a restricted but open roof, allowing sunlight to penetrate down into the depths.

Ekko's hideout, located in a large sewer with a large hole in the top that allows sunlight to pass through, bears striking similarities to Lugar dal luz- The place of Light- which is a hide-out sanctuary for children and people who oppose the Blood raiders and criminal gangs in Bloodborg.

Same environmental structure, same restricted but much welcomes sunlight, same greenery deep in the depths of devastated surrounding buildings and pipework, serves as a hideout location in both works, serves as a location of grass-root resistance, Sky pirates in both.

These two places and grass-root resistances are strikingly similar.

23

PLAINTIFF'S EXHIBIT Z- DETAILED BREAKDOWN AND ANALYSIS OF EPISODE 7: SUPPORTING

EVIDENCE FOR COPYRIGHT INFRINGEMENT CASE

**In Bloodborg,**

"They walked on, until they reached the platforms surrounding the Mouth district. The dull sky was replaced with rusting sheets of metal and steel beams as they made their way deep into the Mouth. They meandered their way through the maze of narrow sky tunnels and elevated streets, with flickering electric lighting and rain soaking down some of the walls.

They came to the gaping centre of the mouth which had an open roof. The vast courtyard contained a densely packed shantytown.

'The residents call this place; Lugar dal luz, which is Spanish, that was another way of talking, from a different region, far across the world. It means place of light,' said Warwick as he entered the shantytown.

'Hardly a fitting name, the roof is barely open to half of the place and the sun is blocked by all of those washing lines,' said Jade, grimacing.

'True but this is the only place in the district were natural light is visible, apart from the windows of the outer buildings which, as you have seen, are mostly boarded up.'

'Yes, why is that.'

'For protection, they secure the outer walls and guard the district as they can, they try to keep tabs on who comes and goes and with which outsiders they trade with. The people of this district protect each other, to some degree anyhow. They have a District task force to police the platforms and alleyways. They even have an elected mayoress.'"

PLAINTIFF'S EXHIBIT Z- DETAILED BREAKDOWN AND ANALYSIS OF EPISODE 7: SUPPORTING EVIDENCE FOR COPYRIGHT INFRINGEMENT CASE







25

PLAINTIFF'S EXHIBIT Z- DETAILED BREAKDOWN AND ANALYSIS OF EPISODE 7: SUPPORTING

EVIDENCE FOR COPYRIGHT INFRINGEMENT CASE

**F2- Shanty Shacks.**

In The Firelights' Sanctuary, we see these shantytown shacks built on top of each other, just as they are in Bloodborg.



**In Bloodborg,**

*"Warwick placed his hand on the small of Jade's back, guiding her into the lanes of the wonky erections. She looked around at the wooden shacks- roofed with rusty corrugated iron sheets, blanketed with roof moss and lichens, stacked two and sometimes three homes high, with makeshift rope ladders climbing to each floor. Vines and weeds climbed the structures, adding a little colour to the rusty greys and rotting wood browns.  Beams of crooked wood and metal wires crisscrossed above and through the shacks, webbed support.*

PLAINTIFF'S EXHIBIT Z- DETAILED BREAKDOWN AND ANALYSIS OF EPISODE 7: SUPPORTING

EVIDENCE FOR COPYRIGHT INFRINGEMENT CASE

Rain pinged off the corrugated iron roofs and plopped into the many pots and pans left out to gather rainwater- like an out of tune xylophone being played by a town drunkard, of which there are many.

Barefooted children ran through the elevated lanes, chasing after rats with fishing nets on sticks. Controlled bin fires and barbeques smothered the streets before languidly rising to the moody sky above. Skinned dogs, cats and rats, hung from hooks on the trading stalls, running down the lanes.

The people of the District looked hungry but not starving, weak but not feeble, dirty but not filthy, struggling but not desperate- managing to survive but a far cry from thriving.

In the core of the district, a squared hanging garden which served the townspeople with rations of herbs, fruit and vegetables, gave the shantytown a hint of much needed green tranquillity and release from the dull, empty metallic towers, which scrummed the town, squeezing the life out of it, whilst also protecting it from the raiders and mercenaries of the city outside of these steel walls- New Kowloon, the sky city of walls."

27

PLAINTIFF'S EXHIBIT Z- DETAILED BREAKDOWN AND ANALYSIS OF EPISODE 7: SUPPORTING EVIDENCE FOR COPYRIGHT INFRINGEMENT CASE

**More M.W's**




**Conclusion: Exhibit F – Firelights' Sanctuary vs. Lugar dal Luz**

The Firelights' Sanctuary in Arcane and Lugar dal Luz in Bloodborg serve nearly identical functions both narratively and structurally. Both are hidden sanctuaries located in the depths of dystopian cities, symbolizing resistance against oppressive regimes. They are built in shantytown structures with stacked, makeshift dwellings, and both locations are notable for having restricted but vital access to sunlight, representing hope in an otherwise dark world.

**In Arcane,** Ekko's sanctuary is a grassroots movement resisting Silco's corruption and the spread of Shimmer. In Bloodborg, Lugar dal Luz is a haven for those escaping the control of the Blood Raiders and city gangs, protected by a self-governing community. The key structural and environmental similarities include:

PLAINTIFF'S EXHIBIT Z- DETAILED BREAKDOWN AND ANALYSIS OF EPISODE 7: SUPPORTING EVIDENCE FOR COPYRIGHT INFRINGEMENT CASE

Open-roof architecture allowing sunlight to reach an otherwise enclosed slum.

Overgrown vegetation offering contrast to industrial decay.

A shantytown stacked with makeshift dwellings forming a refuge for those resisting external oppression.

Self-policed communities standing as the last defense against a dystopian regime.

**Legal Argument**

The similarities between Bloodborg's Lugar dal Luz and Arcane's Firelights' Sanctuary go beyond generic dystopian tropes. The architectural, environmental, and narrative parallels suggest an intentional adaptation rather than mere coincidence. Given the abundance of direct overlaps between Bloodborg and Arcane, this serves as further evidence of systematic copying and misappropriation. The consistency of these similarities throughout the series strengthens the claim that Arcane's world-building has been substantially derived from Bloodborg, warranting a deeper legal examination under copyright law, and fraudulent act.

PLAINTIFF'S EXHIBIT Z- DETAILED BREAKDOWN AND ANALYSIS OF EPISODE 7: SUPPORTING EVIDENCE FOR COPYRIGHT INFRINGEMENT CASE

**Exhibit G- Tunneled Mirror Motif**

**In Bloodborg,** a mirror (reflection) motif is used to convey emotion, mood, distress, to show a fractured psyche, hopelessness, the feeling of being lost, losing control, trauma triggers, danger and damage.

**In Bloodborg** this motif is delivered in unique, original and highly specific ways, which just so happens to be the same ways Arcane used the same literary device, tailored to fit Bloodborg, and forced into Arcane.

 **These delivery methods include:**

Tunneled mirrors, wild irises, reflections in blades, reflections in drops of rain, cracked mirrors to show fractured innocence and minds, wing mirror to show that the character is one with machine, age-stained mirrors to convey emotion, time and environmental changes, a weapon, inner conflict, and links to the eye iconography explored throughout Bloodborg… and Arcane.



**30**

PLAINTIFF'S EXHIBIT Z- DETAILED BREAKDOWN AND ANALYSIS OF EPISODE 7: SUPPORTING

EVIDENCE FOR COPYRIGHT INFRINGEMENT CASE

**In Arcane,** mirrors and reflections are employed to symbolize characters' psychological states, particularly their inner turmoil and fractured identities. This motif parallels the use of mirrors in Bloodborg, where they convey emotions such as distress, hopelessness, and trauma. Notable instances in Arcane include:

**Jinx's Fragmented Psyche:**

Throughout the series, Jinx is frequently depicted with mirrors, often shattering them or observing distorted reflections. This visual representation underscores her ongoing struggle with identity, oscillating between her former self, Powder, and her current persona, Jinx.

**Vi's Reflection of Inner Conflict:**

Vi encounters her reflection in broken mirrors, symbolizing her internal conflict and the emotional scars from her past. These scenes highlight her feelings of guilt and responsibility for Jinx's transformation.

 

PLAINTIFF'S EXHIBIT Z- DETAILED BREAKDOWN AND ANALYSIS OF EPISODE 7: SUPPORTING EVIDENCE FOR COPYRIGHT INFRINGEMENT CASE

**Ekko's Temporal Reflections:**

In Season 2, Ekko and Heimerdinger navigate a realm where their reflections are distorted, resembling a funhouse of mirrors. This setting reflects the chaotic nature of their journey through space and time, emphasizing the theme of confronting one's past.

**Jayce's Unbroken Reflection:**

Unlike other characters, Jayce's reflections in mirrors remain unbroken, symbolizing a more stable self-image. This contrast highlights the varying degrees of internal conflict among the characters.



PLAINTIFF'S EXHIBIT Z- DETAILED BREAKDOWN AND ANALYSIS OF EPISODE 7: SUPPORTING

EVIDENCE FOR COPYRIGHT INFRINGEMENT CASE

**Caitlyn Mirror Shot:**

This is an iconic mirror reflection shot from Arcane, specifically when Caitlyn sees Jinx through a sniper scope, but it's of a reflective surface. The framing of the shot emphasizes her vulnerability, isolation, or a moment of realization. She takes the shot but it's a reflection of jinx. This visual technique aligns with the tunneled mirror motif seen throughout Bloodborg, where mirrors and reflective surfaces are used to signify fractured psyches, emotional distress, and pivotal moments of self-awareness.



These examples illustrate Arcane's deliberate use of mirror imagery to explore complex character dynamics, mirroring the thematic applications found in Bloodborg.

33

PLAINTIFF'S EXHIBIT Z- DETAILED BREAKDOWN AND ANALYSIS OF EPISODE 7: SUPPORTING EVIDENCE FOR COPYRIGHT INFRINGEMENT CASE

**Extracts from Bloodborg,**

1, *"Powerful Blue eyes glared into the age-stained mirror."*

2, *"I peered into the cracked and tainted mirror, wondering why me?"*

3, *"She snapped a wing mirror off the yellow cab to check out her body- a mix of fair skin, black metal plates, massive army green bolts and fittings with a welding patchwork of yellow cab bonnet."*

4, *"A mirror tunnel shot back the wild irises."*

5, *"Ink-stained purple fingers prodded the swollen cheek of the veiled face in the mirror."*

6, *"These fools couldn't catch their reflections in the mirror, never mind catching our Rook."*

7, *"What is it about my blood they want so much, I mean what exactly,' I said standing up and leaning onto a sink. I peered into the cracked and tainted mirror, wondering why me? Staring back at me, was a man who had aged considerably in the past few days."*

34

PLAINTIFF'S EXHIBIT Z- DETAILED BREAKDOWN AND ANALYSIS OF EPISODE 7: SUPPORTING

EVIDENCE FOR COPYRIGHT INFRINGEMENT CASE

8, *"I was up the tower of the town hall, sat out of view with my back against the wall when I heard the water swaying in the streets leading towards the tower. I looked up at the fragments of mirror I had placed around the pillar of the tower to reflect the street below.*

*I spotted the reflection of a Defender dragging his legs through the water, his thighs bulged as he struggled along the street towards the tower."*

9, *"She twisted her wrist drawing the blade vertical, in line with her face. Her blue eyes shone deep into the blade; A mirror tunnel shot back the wild irises. She blew out, an extended, calming breath."*

10, "*A posse of Feral Fighters ran onto the gangway. Rook Pulled down her maroon vail and gazed at her reflection in the blade. She recalled her mother and father practising in the moonlight with wooden swords, balancing barefooted on a pipe."*

11, *"She also spotted a dim silver reflection spanning the tunnels exit. She zoomed in on the reflection- a hair-thin tripwire which Warwick had laid across the mouth of the tunnel."*

12, *"D'borg glanced up, catching the moonlight reflecting off the tripwire again."*

13, "Lost in the deep blue world of reflection."

PLAINTIFF'S EXHIBIT Z- DETAILED BREAKDOWN AND ANALYSIS OF EPISODE 7: SUPPORTING EVIDENCE FOR COPYRIGHT INFRINGEMENT CASE

14, *"Under the skin, more cells called iridophores, reflect shades of blue and green. The skin change texture as well.'"*

15, *"A second Defender came into my reflective vision, wading in staggered formation behind the first lad."*

16, *"Katsuko looked away from Warwick. Her eyes met her reflection in the window as they passed by the light of an Old-world billboard poster of everlasting acrylic nails. Nails to last a lifetime read the banner under a picture of a lady's hand with perfect ruby red acrylic nails. The nails on Katsuko's fingers were also red, a different shade of red- Blood."*

17, *"Seeing the reflection of her torn-up face, made her think of Ratface Raven Duke…"*

18, "The sun glimmered off the door window, catching D'anna's attention. She focused onto her reflection in the door window."

19, "In her reflection she could see her left eye was missing, in its place was a cover of skin."

20, "As twilight grew gloomier, the sad mouth in the sky drooped and the resting raindrops peered at Warwick like thousands of ogley eyed spies."

PLAINTIFF'S EXHIBIT Z- DETAILED BREAKDOWN AND ANALYSIS OF EPISODE 7: SUPPORTING EVIDENCE FOR COPYRIGHT INFRINGEMENT CASE

**Matching some of the extracts up to some of the examples in Bloodborg.**

1, In this episode 7 clip we see Jinx stapling her leg and staring into a cracked mirror with wild eyes. Below we see the same shot, but with Vi's powerful blue eyes staring into the age-stained cracked mirror with swollen bruising on her face.

**Bloodborg,**

*"I peered into the cracked and tainted mirror, wondering why me?"*

*"A mirror tunnel shot back the wild irises."*



*"Ink-stained purple fingers prodded the swollen cheek of the veiled face in the mirror."*

*"Powerful Blue eyes glared into the age-stained mirror."*



37

PLAINTIFF'S EXHIBIT Z- DETAILED BREAKDOWN AND ANALYSIS OF EPISODE 7: SUPPORTING EVIDENCE FOR COPYRIGHT INFRINGEMENT CASE

2, In these images from season 2, we see Ekko and Heimerdingdong inside the rune, worming through space and time, their tunneled reflections are amplified and distorted like a fun fair mirror house of horror. Many ogley eyes reflect out.

**Bloodborg,**

1, *"As twilight grew gloomier, the sad mouth in the sky drooped and the resting raindrops peered at Warwick like thousands of ogley eyed spies."*

2, *"A mirror tunnel shot back the wild irises."*





38

PLAINTIFF'S EXHIBIT Z- DETAILED BREAKDOWN AND ANALYSIS OF EPISODE 7: SUPPORTING

EVIDENCE FOR COPYRIGHT INFRINGEMENT CASE

3, Caitlyn shoots a metal plate: Jinx places a metal plate in the chamber. Caitlin falls for the trap and shoots the plate, revealing her position. This isn't new, especially the way it's delivered in Arcane, which is similar to Clash of the Titans (1981) - Medusa Attacks Scene.

However, yet again we see mirror events in Bloodborg, reworked, subverted back to outdated tropes.

PLAINTIFF'S EXHIBIT Z- DETAILED BREAKDOWN AND ANALYSIS OF EPISODE 7: SUPPORTING

EVIDENCE FOR COPYRIGHT INFRINGEMENT CASE

**Conclusion: Exhibit G – Tunneled Mirror Motif**

The use of mirror and reflection motifs in Arcane mirrors the same narrative, thematic, and visual techniques found in Bloodborg. These motifs serve as critical storytelling devices in both works, symbolizing fractured psyches, internal conflict, trauma, danger, and existential crises. However, while Bloodborg establishes these motifs with scientific and philosophical underpinnings- tying them to the mechanics of consciousness, perception, and environmental storytelling- Arcane repurposes them as visual metaphors without deeper thematic exploration.

The Tunneled Mirror Motif in Bloodborg is highly specific, incorporating mirrored tunnels, reflections in blades, reflections in raindrops, cracked and age-stained mirrors, reflections in weapons, reflections in windows, and distortions in consciousness. Arcane adapts these precise visual elements but alters their context, reducing them to aesthetic flourishes rather than maintaining their original depth and meaning.

**Key similarities include:**

Cracked Mirrors and Psychological Fracture - Jinx and Vi staring into a cracked mirror with swollen eyes vs. Rook staring into an age-stained, cracked mirror with bruising in Bloodborg.

PLAINTIFF'S EXHIBIT Z- DETAILED BREAKDOWN AND ANALYSIS OF EPISODE 7: SUPPORTING EVIDENCE FOR COPYRIGHT INFRINGEMENT CASE

Tunneled Mirror Distortions - Ekko and Heimerdinger experiencing distorted reflections inside the Rune in Arcane, mirroring Bloodborg's descriptions of mirror tunnels reflecting wild irises and deep blue existential reflections and thousands of ogley eyes.

Reflections in Blades and Weapons - Jinx, Ekko, and Caitlyn all encountering reflections in their weapons, paralleling Bloodborg's motif of characters seeing themselves in blades before or during battle.

Deceptive Mirror Imagery in Combat - Jinx using a reflective metal plate to deceive Caitlyn in battle compared to Bloodborg's use of mirrors and reflections in tactical situations.

The overwhelming number of examples suggests that Arcane did not simply employ mirrors as a common storytelling trope but systematically adapted Bloodborg's unique and layered use of reflections, modifying them to fit its aesthetic while losing their deeper significance.

If found to be intentional, this constitutes more than mere inspiration- it demonstrates a pattern of systematic repurposing of Bloodborg's core narrative devices, reinforcing the claim of copyright infringement. The Plaintiff asserts that Arcane's adaptation of this motif, in conjunction with countless other identical elements, supports the allegation that Bloodborg was methodically deconstructed and restructured into Arcane.

41

PLAINTIFF'S EXHIBIT Z- DETAILED BREAKDOWN AND ANALYSIS OF EPISODE 7: SUPPORTING

EVIDENCE FOR COPYRIGHT INFRINGEMENT CASE

**Exhibit H- Tower with an External Elevator to Rooftop Location**

In this scene we see Silco taking an external elevator to a rooftop location to see the chem barons.

1, The building has external elevators travelling up both flanks of the frontage.

2, The building is lined with hints of purple.

3, The internal elevator design integrates burgundy.

4, We see an eye symbol on the front of the tower.

5, The tower has a glasshouse on the roof.



42

PLAINTIFF'S EXHIBIT Z- DETAILED BREAKDOWN AND ANALYSIS OF EPISODE 7: SUPPORTING

EVIDENCE FOR COPYRIGHT INFRINGEMENT CASE







43

PLAINTIFF'S EXHIBIT Z- DETAILED BREAKDOWN AND ANALYSIS OF EPISODE 7: SUPPORTING

EVIDENCE FOR COPYRIGHT INFRINGEMENT CASE

**Extracts from Bloodborg,**


"They reached Tower Block Acme; two massive round pillar buildings rising into the sky, with several elevators built into each column. Laying across the top of the pillars was the roof-platform, Acme nightclub which was divided into two dancefloors and a rooftop bar."


"The elevator door opened with a bing; Warwick crumpled his nose on seeing the interior walls of the elevator, decorated with burgundy velvet fabric and a dark purple neon light."

**The Purple Eyes of The Beast is this tower(s).**


"The sky crackled breaking the attention of the Fighters. Everyone looked at the lightning, which was concentrating to one point on the dancefloor, the floor tiles around the area shattered. A tiny bright white sphere appeared where the lightening had focused. The sphere grew, showering itself with blue, green, yellow and purple branches. The remaining clubbers ran for the corridor."

PLAINTIFF'S EXHIBIT Z- DETAILED BREAKDOWN AND ANALYSIS OF EPISODE 7: SUPPORTING

EVIDENCE FOR COPYRIGHT INFRINGEMENT CASE

**Conclusion: Exhibit H - Tower with an External Elevator to Rooftop Location**

The tower in Arcane, where Silco takes an external elevator to a rooftop meeting with the Chem Barons, closely mirrors Bloodborg's Tower Block Acme, a high-rise with external elevators leading to a rooftop nightclub.

**Key similarities include:**

External Elevators - Both towers feature multiple elevators built into the exterior.

Color Symbolism - Both Arcane and Bloodborg use purple and burgundy hues throughout the tower's design, reinforcing their thematic significance.

Elevator Interior Design- The burgundy and dark purple neon aesthetic in Bloodborg's elevator is reflected in Arcane's elevator scene.

Eye Symbolism - Arcane places an eye symbol on the tower, paralleling Bloodborg's Purple Eyes of the Beast, reinforcing the eye iconography present in both works.

Rooftop Glasshouse - Arcane's rooftop glasshouse setting aligns with Bloodborg's Acme nightclub, which is split into two rooftop dancefloors and a bar.

The structural, visual, and thematic parallels between the towers, elevators, rooftop settings, color palettes, and eye motifs suggest a direct adaptation of Bloodborg's Tower Block Acme into Arcane. If proven intentional, this further reinforces the Plaintiff's claim of systematic infringement and creative misappropriation.

PLAINTIFF'S EXHIBIT Z- DETAILED BREAKDOWN AND ANALYSIS OF EPISODE 7: SUPPORTING EVIDENCE FOR COPYRIGHT INFRINGEMENT CASE

**Exhibit I- Chem-Barons**

The next scene takes us to the rooftop of the tower. We meet the Chem Barons for the first time. The Chem-Barons, a loose coalition of landlords, factory owners, crime bosses, and corporate tycoons, are a group of powerful individuals who use their deep finances and hired muscle to control Zaun and guarantee their interests amongst the underworld.

**Major Changes.**

**Before Arcane,** the Chem-Barons looked like this:

Very much steampunk, brass clad, cartoony characters.

  

PLAINTIFF'S EXHIBIT Z- DETAILED BREAKDOWN AND ANALYSIS OF EPISODE 7: SUPPORTING

EVIDENCE FOR COPYRIGHT INFRINGEMENT CASE

**The Chem-Barons in Arcane** look like this:

More hip, cool, tattooed, cyberpunk-esque style, fully realized and colorful characters.





PLAINTIFF'S EXHIBIT Z- DETAILED BREAKDOWN AND ANALYSIS OF EPISODE 7: SUPPORTING

EVIDENCE FOR COPYRIGHT INFRINGEMENT CASE

**Exhibit J1- Finn vs Katsuko**





PLAINTIFF'S EXHIBIT Z- DETAILED BREAKDOWN AND ANALYSIS OF EPISODE 7: SUPPORTING

EVIDENCE FOR COPYRIGHT INFRINGEMENT CASE

Fin is a minor antagonist in Arcane. He is a high-ranking lieutenant of Silco and a key figure in Zaun's underworld. He is part of Silco's inner circle but harbors ambitions to overthrow him and take control of Zaun's criminal empire.

**Finn's Traits & Role in Arcane**

Sly & Manipulative: Finn is a smooth talker who tries to manipulate Sevika into betraying Silco.

Wealthy & Influential: Unlike many Zaunites, Finn has an air of sophistication and dresses in a refined manner, showing his power.

Backstabber: He openly challenges Silco's leadership and believes he can run things better.

Finn's Fate

He underestimates Sevika, thinking he can turn her against Silco.

However, Sevika stays loyal to Silco and kills Finn, slashing his throat when he least expects it.

Finn represents the constant power struggles within Zaun's criminal world, showing that loyalty is rare and betrayal is common in Silco's ranks.

PLAINTIFF'S EXHIBIT Z- DETAILED BREAKDOWN AND ANALYSIS OF EPISODE 7: SUPPORTING

EVIDENCE FOR COPYRIGHT INFRINGEMENT CASE

Finn in Arcane has a somewhat androgynous and sleek appearance, which sets him apart from the other enforcers of Silco's inner circle. His sharp facial features, slender frame, and stylish attire give him a feminine or non-traditionally masculine look, which adds to his charismatic yet unsettling aura.

Finn's Design & Appearance:

Slender and elegant: Unlike the more rugged criminals in Zaun, Finn is sleek and composed.

Gold jaw: His ornate golden mechanical jaw gives him an air of wealth and sophistication.

Smooth talker: His demeanor and voice are calm and persuasive, making him more of a manipulative strategist than a brute enforcer.

His refined yet sinister look adds to his scheming personality, making him a unique contrast to characters like Sevika, who is more physically imposing and direct.

50

PLAINTIFF'S EXHIBIT Z- DETAILED BREAKDOWN AND ANALYSIS OF EPISODE 7: SUPPORTING EVIDENCE FOR COPYRIGHT INFRINGEMENT CASE

Finn has a Japanese-inspired aesthetic, particularly in his facial features, hairstyle, and attire. His sleek, sharp look and ornate golden jaw give off a refined yet dangerous presence, making him stand out among Zaun's criminals.

**Japanese-Inspired Design Elements in Finn:**

Facial Features & Hairstyle

Finn has sharp, angular eyes, which resemble some anime character designs or traditional yakuza archetypes.

His slicked-back hair with shaved sides is a common style in Japanese street fashion and yakuza films.

Cybernetic Arm & Accessories

His golden mechanical jaw has an ornate, intricate design, reminiscent of Japanese craftsmanship (similar to samurai armor or traditional engravings).

The sleek, high-collared outfit he wears resembles a mix of modern yakuza fashion and cyberpunk influences.

51

PLAINTIFF'S EXHIBIT Z- DETAILED BREAKDOWN AND ANALYSIS OF EPISODE 7: SUPPORTING

EVIDENCE FOR COPYRIGHT INFRINGEMENT CASE

Demeanor & Persona

He is calm, calculating, and subtly threatening, traits often seen in Japanese crime bosses or anime villains.

His smooth speech and manipulation are similar to characters in Japanese mafia or cyberpunk media.

While Arcane doesn't explicitly state Finn's origins, his design and mannerisms seem to draw from Japanese or cyberpunk-yakuza influences. His aesthetic contrasts with Sevika's brute force and Silco's gritty industrial look, reinforcing his role as a stylish but treacherous schemer.

**Katsuko**

Katsuko is a Japanese side character in Bloodborg. She is a DJ and she is Jade's close friend/ casual fling. She helps Jade and Warwick, but she and Warwick do not get on. She blames Warwick for her injuries. She is jealous of the blossoming relationship between Warwick and Jade. At the end of Warwick's POV, Katsuko abandons them to betray them.

**Extracts from Bloodborg,**

1, *"Where did Morgan get his intel?*

*'Katsuko gave Morgan the intel.'*

*'Who is Katsuko and where do we find him.'*

52

PLAINTIFF'S EXHIBIT Z- DETAILED BREAKDOWN AND ANALYSIS OF EPISODE 7: SUPPORTING

EVIDENCE FOR COPYRIGHT INFRINGEMENT CASE

'Katsuko is a woman, she is a DJ at Acme, the open roof-platform night club in Midcity."

2, "Katsuko, was DJing on the farthest dancefloor."

3, "'Jade,' whispered Katsuko, taking Jade's hand and pulling her down behind the DJ booth."

4, "'That's not the reputation I heard off the old boys,' said Katsuko, placing her hand on Warwick's bulky chest. 'I'll tell ya, I wouldn't mind him protecting me, she said looking at Jade with her tongue out."

5, "I'll take that,' said Katsuko, snatching the Desert Eagle and tucking it down…"

6, "Katsuko pushed the blade deeper against Ravens windpipe."

7, "Warwick and Jade ran over to Katsuko. She had already wrapped her jacket around her left hand, placing pressure over the holes where her severed fingers had been. Her warm skin had yellowed, her narrow eyes were blood shocked. She stared down at her fingers laying on the carriage floor. The fingers rolled back and forward in the dust and dirt."

## 53

PLAINTIFF'S EXHIBIT Z- DETAILED BREAKDOWN AND ANALYSIS OF EPISODE 7: SUPPORTING

EVIDENCE FOR COPYRIGHT INFRINGEMENT CASE

**Comparison of Katsuko (Bloodborg) and Fin (Arcane)**

Katsuko in Bloodborg and Fin in Arcane share notable similarities in their character roles, personalities, and narrative functions within their respective stories. Both are Japanese side characters, secondary antagonists with significant ties to the criminal underworld, acting as influential figures within their factions. Below is an in-depth comparison of their character arcs, thematic roles, and personality traits.

1.   Leadership & Influence within Criminal Circles

**Katsuko (Bloodborg):**

Katsuko is depicted as a savvy, street-smart operator deeply entrenched in the criminal network of New Kowloon. She has extensive knowledge of underground dealings and wields influence within her circles. She is portrayed as highly charismatic but also dangerous, operating in the shadows and often manipulating situations to her advantage.

She is associated with Morgan, Jade, Fat Pete, the Feral Fighters and the SolarScape Protection Force, highlighting her connections to organized crime and illicit activities on both sides.

PLAINTIFF'S EXHIBIT Z- DETAILED BREAKDOWN AND ANALYSIS OF EPISODE 7: SUPPORTING EVIDENCE FOR COPYRIGHT INFRINGEMENT CASE

**Fin (Arcane):**

Fin is a Chem Baron in Zaun, operating as one of the most powerful figures among the Barons. He is politically shrewd and holds influence over Zaun's criminal underworld, making strategic moves to counteract Silco's growing power.

Like Katsuko, he is well-connected and operates with a mix of charm and intimidation, knowing when to use force and when to manipulate others.

**Key Similarities:**

Both characters are deeply embedded in the criminal underworld and exert considerable power over factions within their respective cities.

They act as intermediaries in the greater conflict, offering alliances but also shifting loyalties when it benefits them.

2.  Sly, Flirtatious, and Unpredictable Personalities

**Katsuko (Bloodborg):**

Katsuko's personality is laced with sarcasm, flirtation, and irreverence. She often makes suggestive or teasing remarks, such as when she playfully mocks Warwick, calling him a "hunky reluctant hero" and making suggestive comments about him protecting her.

She oscillates between being helpful and dismissive, constantly testing people's limits and asserting her own independence.

PLAINTIFF'S EXHIBIT Z- DETAILED BREAKDOWN AND ANALYSIS OF EPISODE 7: SUPPORTING

EVIDENCE FOR COPYRIGHT INFRINGEMENT CASE

**Fin (Arcane):**

Fin similarly possesses a smooth, cunning, and manipulative demeanor. He plays mind games with those around him, using charm and calculated words to test the patience of others, particularly when negotiating power struggles.

His dialogue is often laced with subtle threats masked by politeness, much like Katsuko's ability to be both charming and cutting in her speech.

**Key Similarities:**

Both characters use flirtation and sarcasm as tools of manipulation.

They maintain an air of unpredictability, making it unclear whether they are allies or enemies at any given moment.

3. Betrayal and Power Struggles

**Katsuko (Bloodborg):**

Katsuko exhibits a strong distrust of authority figures and is wary of those in power. She openly criticizes Warwick and Jade for their risky plans and mocks their attempts to resist the city's criminal overlords.

Later in the story, she is betrayed by her allies and forced into situations beyond her control, showcasing a struggle for survival amidst shifting allegiances

PLAINTIFF'S EXHIBIT Z- DETAILED BREAKDOWN AND ANALYSIS OF EPISODE 7: SUPPORTING EVIDENCE FOR COPYRIGHT INFRINGEMENT CASE

.

**Fin (Arcane):**

Fin similarly participates in a complex web of betrayals. His main conflict stems from his dissatisfaction with Silco's rule over Zaun. He conspires with other Chem Barons in an attempt to overthrow Silco, believing he is leading Zaun down the wrong path.

Like Katsuko, his underestimation of his rivals ultimately leads to his downfall.

**Key Similarities:**

Both characters believe they understand the game of power but ultimately miscalculate their positions.

They challenge dominant figures in their respective criminal landscapes but fail to fully anticipate the repercussions.

3. Scarred & Hardened by Experience

**Katsuko (Bloodborg):**

Katsuko undergoes significant physical and emotional hardship, including severe injuries that permanently alter her appearance and mindset. She is later seen with a severely scarred face, illustrating her resilience but also her deep-seated rage at the system that put her there. This scarring further cements her cynical view of the world, making her more ruthless and unpredictable.

PLAINTIFF'S EXHIBIT Z- DETAILED BREAKDOWN AND ANALYSIS OF EPISODE 7: SUPPORTING EVIDENCE FOR COPYRIGHT INFRINGEMENT CASE

**Fin (Arcane):**

While Fin does not suffer a physical disfigurement in Arcane, he is deeply affected by the power struggle in Zaun. His loss of influence over the Chem Barons mirrors Katsuko's fall from power, as both characters realize too late that they have been outmaneuvered.

**Key Similarities:**

Both characters endure hardship that alters their approach to survival.

Their downfalls are marked by a shift from confident control to desperate attempts to reclaim power.

**Conclusion**

Katsuko and Fin serve parallel roles in Bloodborg and Arcane, acting as secondary antagonists who navigate the murky waters of the criminal underworld. Their shared traits- charismatic manipulation, flirtation as a weapon, betrayal, and a hardened survivalist mentality- make them compelling figures in their respective stories. While Katsuko leans more into a rebellious, independent operator who refuses to be controlled, Fin embodies a more traditional power broker within a structured criminal hierarchy.

These similarities suggest that Fin may have been reworked from Katsuko, stripped of some of her more independent traits and adapted into a more politically motivated villain. The resemblances in dialogue style, personality quirks, and thematic role within the narrative point to a possible case of character reformatting from Bloodborg into Arcane.

PLAINTIFF'S EXHIBIT Z- DETAILED BREAKDOWN AND ANALYSIS OF EPISODE 7: SUPPORTING EVIDENCE FOR COPYRIGHT INFRINGEMENT CASE

**J2- Victor Maury**

The images provided above of Fin were drawn and designed by artist Victor Maury. Victor's LinkedIn states that he worked for Riot Games for 6 years and 7 months. It claims that from May 2019 - February 2022 (2 years 10 months) he was a Senior Concept Artist working on Arcane Season 1 & 2. We know that from Mid-2019 pre-production work was taking place for the 10-year anniversary video and failed pilots until the show was greenlit latte 2020.

Victor Maury's CV states that he, "*Worked on various Characters, Props, and Key Frames in close collaboration with both art teams and directors in Los Angeles & Paris."*

Thus, this yet again disproves the timeline claims of Riot Games's legal team.

PLAINTIFF'S EXHIBIT Z- DETAILED BREAKDOWN AND ANALYSIS OF EPISODE 7: SUPPORTING

EVIDENCE FOR COPYRIGHT INFRINGEMENT CASE

**Exhibit K- Madam Margot**

A Chem-Baroness and the boss of Vyx and an illicit prostitution enterprise, Madam Margot is a minor character.

Personality

She cares a great deal about her business and was willing to question Silco's leadership when he was indirectly responsible for a Piltovan blockade that cost her huge profits.

Appearance

Margot is a small pale skinned woman. She has pink eyes and short blonde hair with green tips, along with four metal piercings on her forehead, a clasp around her nose, and two piercings below her lips. She wears dark black eye-shadow and lipstick along with a black revealing outfit consisting of a black choker connected to a sleeveless top and black arm sleeves. She also has green tattoos or scars like tears under her eyes.



60

PLAINTIFF'S EXHIBIT Z- DETAILED BREAKDOWN AND ANALYSIS OF EPISODE 7: SUPPORTING

EVIDENCE FOR COPYRIGHT INFRINGEMENT CASE

**The Vyx (Escorts)**

Margot is the boss of The Vyx .

The https://leagueoflegends.fandom.com/wiki/Margot states:

*"The Vyx provide discreet services to the Undercity. We offer connection and companionship for any and all lonely souls. Our dedicated employees can cater to any impulse. No matter your persuasion or inclination, The Vyx has you covered, or rather... uncovered."*

**The Trivia section states:**

Margot's leadership over the Vyx was first revealed in the Enter the Undercity live event, which was tied to the larger Undercity Nights event.

During the Enter the Undercity live event, several cosplayers were hired by Riot to play characters from the Arcane show. Margot is never mentioned by name in the show. She is also never mentioned in the Council Archives client event and did not have a credited speaking role in the show. However, Fortiche had names for every character that appeared in the show and the Imgur post showcasing the cast clearly stated that her name was Margot.

**Madam Margo Vs wild Sally Wild.**

It is believed that Madam Margot was originally taken from Sally Wild, the short blonde hair hellraiser with piercing green eyes (escort) from England but living on the wild side of life in Las Vegas.

PLAINTIFF'S EXHIBIT Z- DETAILED BREAKDOWN AND ANALYSIS OF EPISODE 7: SUPPORTING EVIDENCE FOR COPYRIGHT INFRINGEMENT CASE

**Extract from Bloodborg,**

"I had an accident on a desert road just outside of Las Vegas, you will not know about Vegas, it was a fun place to be.

I was joyriding through the desert on my Triumph T100 motorbike, with a very pretty young English girl, whom I befriended in a casino. She was stunning, both her body and her face. She had shoulder-length dyed dirty blonde hair and massive green eyes. Sally her name was, such an energetic girl. Sally always bit off a bit more than she could chew. She lived on the dangerous side of life. Vegas was an exciting place to be, she loved it, perhaps she loved it a little too much.

After a few weeks of sex, drugs and alcohol, she wanted to experiment more, it wasn't enough for her anymore, she had to up the ante. She begged me to take her out to the desert to have sex on the back of my motorbike. After much nagging I foolishly agreed to. We were ridiculously and very recklessly intoxicated. When we had finished having sex, she pulled out a long needle, she flicked open her antique copper lighter, sterilizing the needle under the flame. She uncovered her breast and asked me to pierce her nipple. She then pierced mine, we took a selfie... a picture of our matching nipple piercings with bars in the shapes of DNA double helix's.

On the way back towards Las Vegas- the strip, she repeatedly shouted for me to go faster. So, I did. I took the bend way too fast."

62

PLAINTIFF'S EXHIBIT Z- DETAILED BREAKDOWN AND ANALYSIS OF EPISODE 7: SUPPORTING

EVIDENCE FOR COPYRIGHT INFRINGEMENT CASE

Whilst this is too open a claim to be confirmed, the striking similarities in character development are clear, and the thousands of examples show a clear and methodical pattern of misappropriation, "Swipe N Gripe."

Both wild young women, both have short blonde hair, both escorts of sort, blonde and green are the defining colors of both, both have piercings as part of their designs, both lived on the dangerous side of life.

**Antique Copper Lighter.**

With Sally, we introduce the "antique copper lighter."

**In Bloodborg,** this lighter first belonged to Sally Wild but is most associated with Morgan, who continually flicks the hood of his lighter, indicating a well maintained and controlled, deeper anxiety, as this is an OCD type of coping mechanism.

**In Arcane,** the creators are alleged to have taken this antique copper lighter from one Chem Baron and given it to another, Fin. Yet Silco later acquires the lighter, and obsessively flicks the hood of it, and the lighter becomes associated with Silco's character.

The pattern is clear. Pix n Mix, then mask to evade lawful allegations.

PLAINTIFF'S EXHIBIT Z- DETAILED BREAKDOWN AND ANALYSIS OF EPISODE 7: SUPPORTING EVIDENCE FOR COPYRIGHT INFRINGEMENT CASE

**M layered in Madam Margo's dress.**

In the below images we see M integrated into Madam Margo's dress design, layered M on M. This shows that Arcane creators used letters as symbolism designed into Arcane. We also see this in M used for LOL Mordekaiser's new sword post Arcane.

In Arcane, we also see T used for Jayce Talis, among many other examples.

Thus, it isn't such a stretch to acknowledge the source material (M.W. Wolf) in the same manner.







64

Arcane has hidden letters, secret messages, and cryptic symbols scattered throughout the show. These Easter eggs often appear in Jinx's graffiti, Vi's flashbacks, or background scenes in both Zaun and Piltover.

Jinx's Graffiti & Messages

Throughout Arcane, Jinx leaves behind scrawled words and symbols in her chaotic, neon-style graffiti.

Some of these contain hidden letters, cryptic warnings, or callbacks to her past (especially Powder's trauma).

Glitchy Video in Episode 7 ("The Boy Savior")

The glitched intro of Episode 7 contains distorted, scrambled text and symbols.

Silco's Notes & Documents

In various scenes, documents and letters in Silco's lair contain hidden writing about Zaun's revolution.

Some of these hint at his larger plans for independence.

## 65

PLAINTIFF'S EXHIBIT Z- DETAILED BREAKDOWN AND ANALYSIS OF EPISODE 7: SUPPORTING

EVIDENCE FOR COPYRIGHT INFRINGEMENT CASE

Piltover's Archives & Books

Hidden letters appear in books and papers in Jayce's and Viktor's studies.

Some texts reference Runeterra's history and early Hextech research.

Underground Messages & Symbols

Ekko's Firelights graffiti and markings include coded messages.

Zaun's underground has hidden signs and markings that help factions communicate in secrecy.

What Do the Hidden Letters Mean?

Many of these letters and symbols aren't fully explained, leaving room for fan theories.

Some are nods to League of Legends lore, hinting at future conflicts and characters.

Others mirror Jinx's descent into madness, reflecting her fragmented perception of reality.

The Plaintiff alleges that some of it is taunting of the source material and gaslighting of the plaintiff.

PLAINTIFF'S EXHIBIT Z- DETAILED BREAKDOWN AND ANALYSIS OF EPISODE 7: SUPPORTING

EVIDENCE FOR COPYRIGHT INFRINGEMENT CASE

**Conclusion - Exhibit K: Madam Margot and Sally Wild Comparison**

The character of Madam Margot in Arcane presents striking parallels to Sally Wild from Bloodborg, both in character design and thematic elements. While the evidence is circumstantial, when viewed in the broader context of repeated misappropriations, it forms part of a consistent and deliberate pattern of "Swipe N Gripe"- where source material is copied, altered slightly, and masked to avoid legal repercussions.

**Character Parallels:**

Appearance: Both characters are striking blondes with piercing green in their designs, a distinctive and unusual combination.

Profession & Lifestyle: Both characters are involved in escort-like professions, depicted as independent but engaging in high-risk behavior.

Personality Traits: Both are reckless, living on the dangerous and unpredictable edge of society.

Piercings: Both have a notable number of facial and body piercings that serve as part of their character design.

Color Motif: Blonde hair and green elements are defining features of both characters.

PLAINTIFF'S EXHIBIT Z- DETAILED BREAKDOWN AND ANALYSIS OF EPISODE 7: SUPPORTING

EVIDENCE FOR COPYRIGHT INFRINGEMENT CASE

**The Copper Lighter:**

**In Bloodborg,** Sally Wild's antique copper lighter is an object of significance, later tied to Morgan's OCD-like coping mechanism as he flicks it obsessively.

**In Arcane,** the same object and behavioral motif appear in Finn, and later Silco, where Silco obsessively flicks the lighter, making it a core part of his character.

This transfer of a distinct character trait and item from Bloodborg to Arcane further supports the argument of a repeated pattern of lifted material.

The lighter will be fully explored later.

**Symbolic Use of Letters in Arcane:**

The layered "M" design in Madam Margot's dress shows that Arcane intentionally incorporates symbolic letters into character designs.

This supports the allegation that M.W. Wolf's initials (M.W.) appear repeatedly as hidden iconography in the show, suggesting deliberate symbolic embedding of the original author's identity.

PLAINTIFF'S EXHIBIT Z- DETAILED BREAKDOWN AND ANALYSIS OF EPISODE 7: SUPPORTING

EVIDENCE FOR COPYRIGHT INFRINGEMENT CASE

**Legal Argument**

The resemblance between Madam Margot and Sally Wild, the misappropriation of the copper lighter motif, and the intentional letter symbolism all contribute to a broader pattern of intellectual property infringement. If proven in a legal setting, this supports claims that Arcane engaged in:

Deliberate character masking and misappropriation of pre-existing works.

A methodical, calculated effort to strip original source material of its unique identifiers while still utilizing its essence.

Psychological gaslighting and taunting through the inclusion of the Plaintiff's initials and personal symbolic elements in the show.

Given the thousands of clear similarities between Bloodborg and Arcane, this exhibit strengthens the Plaintiff's position that Riot Games did not engage in mere inspiration but outright adaptation of copyrighted material without credit or compensation.

69

PLAINTIFF'S EXHIBIT Z- DETAILED BREAKDOWN AND ANALYSIS OF EPISODE 7: SUPPORTING

EVIDENCE FOR COPYRIGHT INFRINGEMENT CASE

**Exhibit L- Chross & Smeech**

Chross & Smeech are alleged to have both been taken from the character of Raven Duke in Bloodborg, described as one of Cowboy Momahan's generals, who looked like a chunky naked mole-rat. It is alleged that these characters are merely two variations of Raven Duke's design. One humanistic (Chross) and the other anthropomorphic (Smeech). The same swiped and reused character design is used for Gustove "The Scowler" Jowler.

**Smeech**

It is alleged that this is the "Pix n Mix" method, with the Bloodborg segment: "Naken Mole Rat… His mouth was scarred into a permanent smirk, revealing his chisel teeth and leaving a constant drool down his chin." Being picked several times to build Arcane and as character fillers. It is alleged that Smeech is also taken from this post-it or pinned up note.

 

70

PLAINTIFF'S EXHIBIT Z- DETAILED BREAKDOWN AND ANALYSIS OF EPISODE 7: SUPPORTING EVIDENCE FOR COPYRIGHT INFRINGEMENT CASE

**Multiple Use- "Chross" and others.**

It is alleged that, to save money, time and creative thoughts, the creators of Arcane used the same designs and archetypes over and over. This can be shown in multiple character designs with Riot Games IP. Moreover, Arcane "Writer" Christian Linke has spoken several times about cutting corners, saving time as animation and design is expensive, and "Not reinventing the wheel." Thus, it is alleged that, along with Gustove "The Scowler" Jowler, The Chem- Baron named "Chross", has taken the same design features and descriptions (Naked mole rat), and changed things up a little to mask him. On arcane.fandom.com, which might also be part of the fandom page Riot purchase to control, states, ""Chross" was once a citizen of Piltover who moved to Zaun when he realized that his skill set, and personality worked well in the undercity. Chross made a name for himself as the ruthless and clever leader of a highly organized and dangerous gang. Soon, he became affiliated with other crime lords,[1] forming the group of chem-barons that control the undercity, led by Silco.[2] Because of Silco's connections in Piltover, officers have been unable to track him down nor pin most crimes on him."

https://arcane.fandom.com/wiki/Chross

On this page, Chross's design appearance is described as "Chross is a pale and wrinkly old man with white eyebrows. He is bald with large ears, chin, and forehead all sagging due to age. He has age spots over his face and a small tattoo on his forehead."

PLAINTIFF'S EXHIBIT Z- DETAILED BREAKDOWN AND ANALYSIS OF EPISODE 7: SUPPORTING EVIDENCE FOR COPYRIGHT INFRINGEMENT CASE

**Bloodborg,**

*"One of the Feral Fighters approached Warwick. Warwick recognised him, how could he ever forget a face like this, the Fighter, one of Cowboy Momahan's generals, looked like a chunky naked mole-rat. His name was Raven Duke, well at least that is what he liked to be called by his men. Warwick thought it to be a childish name, one you might find in one of those Old-World comic books. Raven Duke was badly burnt during a turf war with a rival gang, leaving his face a raw pink. His mouth was scarred into a permanent smirk, revealing his chisel teeth and leaving a constant drool down his chin."*

**Naked Mole Rats- Swipe and Gripe, Gripe, Gripe.**

Below is a Naked Mole Rat, matched next to the Arcane characters who are alleged to have been copied or tailored from Raven Duke of Bloodborg.

The plaintiff has provided three examples of suspected re-use. The first, Gustove "The Scowler" Jowler, is the most clear-cut, as his likeness of a menacing bald chunky thug (Henchman), goes beyond descriptors, with his backstory of mouth scarring being astoundingly similar to that of Raven Duke's in Bloodborg.

The second, Chross is the closest match to an actual naked Mole Rat in terms of appearance.

The third is "Smeech", a rat with chisel teeth.

72

PLAINTIFF'S EXHIBIT Z- DETAILED BREAKDOWN AND ANALYSIS OF EPISODE 7: SUPPORTING EVIDENCE FOR COPYRIGHT INFRINGEMENT CASE













73

PLAINTIFF'S EXHIBIT Z- DETAILED BREAKDOWN AND ANALYSIS OF EPISODE 7: SUPPORTING

EVIDENCE FOR COPYRIGHT INFRINGEMENT CASE

**Conclusion - Exhibit L: Chross & Smeech's Alleged Origin in Raven Duke (Bloodborg)**

The characters Chross, Smeech, and Gustove "The Scowler" Jowler in Arcane display clear visual and narrative similarities to Raven Duke from Bloodborg. The descriptions of their physical appearance, notably the "naked mole rat" aesthetic, drooling scars, chiseled teeth, and menacing demeanor, align strikingly with Raven Duke's character.

This appears to be another example of the "Pix n Mix" method, where the Arcane creators split a singular original character into multiple variations across different designs to obscure direct lineage to Bloodborg. The key points of comparison include:

**Visual & Design Overlap:**

Raven Duke is described in Bloodborg as a "chunky naked mole rat" with burn scars, a permanent smirk, and chiseled teeth- traits split across multiple Arcane characters.

Chross is explicitly designed to resemble an aged, pale, and wrinkled old man, bald with large sagging ears and chin, much like a naked mole rat.

Smeech, while more anthropomorphic, also exhibits rodent-like characteristics, including chiseled teeth and an exaggerated rat-like appearance.

Gustove "The Scowler" Jowler has a scarred mouth, menacing scowl, and thug-like demeanor, closely mirroring Raven Duke's description in both appearance and personality.

74

PLAINTIFF'S EXHIBIT Z- DETAILED BREAKDOWN AND ANALYSIS OF EPISODE 7: SUPPORTING EVIDENCE FOR COPYRIGHT INFRINGEMENT CASE

**Narrative & Personality Parallels:**

Raven Duke is one of Cowboy Momahan's generals, a high-ranking enforcer within a criminal empire.

Chross is a Chem Baron and gang leader in Arcane, under Silco's rule, fulfilling a nearly identical role as an underworld figure with strategic influence.

Gustove "The Scowler" Jowler and Smeech both function as henchmen/enforcers, spreading out different aspects of Raven Duke's criminal presence and intimidating aesthetic.

**Methodical Character Replication & "Corner Cutting"**

Arcane showrunner Christian Linke has openly stated that the production team aimed to "cut corners" and "not reinvent the wheel" due to the cost of animation and design.

This reliance on reusing and slightly altering assets aligns with the multiple iterations of Raven Duke's character appearing under different names within Arcane.

The same process of recycling and masking existing material is evident throughout the lawsuit, where Arcane characters continuously exhibit fragmented adaptations of Bloodborg figures.

PLAINTIFF'S EXHIBIT Z- DETAILED BREAKDOWN AND ANALYSIS OF EPISODE 7: SUPPORTING EVIDENCE FOR COPYRIGHT INFRINGEMENT CASE

**Legal Argument**

If these allegations are substantiated, Chross, Smeech, and Gustove "The Scowler" Jowler represent yet another example of deliberate misappropriation of copyrighted material from Bloodborg. The distinctive physical traits, personality elements, and narrative roles were clearly lifted from a single source and artificially divided to mask direct copying.

Given Riot Games' well-documented pattern of reworking and obscuring character origins while embedding easter eggs and deliberate references to the Plaintiff, this further strengthens the broader claim of systemic and methodical copyright infringement.

This exhibit reinforces the argument that Arcane did not create its characters independently but directly lifted and fragmented copyrighted characters from Bloodborg, an act that constitutes willful infringement under U.S. and international copyright law.

PLAINTIFF'S EXHIBIT Z- DETAILED BREAKDOWN AND ANALYSIS OF EPISODE 7: SUPPORTING

EVIDENCE FOR COPYRIGHT INFRINGEMENT CASE

**Exhibit M- M.W. carved into Viktor's leg.**

Here we see Viktor carving the rune symbols into his leg. The shot shows M.W rune symbol, coincidence?

In Bloodborg, Warwick also carves messages into his skin, but it's his back, and it's to keep a count of the lives he has taken. This might also be just another coincidence of thousands.



77

**Exhibit N- Child's Drawing of Jayce**

In the next scene, Jayce is looking through a book. He pulls out a child's drawing of him as a superhero with a hammer and a cape.



This mirrors a feature from Bloodborg which D'borg uses to locate Warwick's home.

**Bloodborg,**

*"'The kids, the children see you was a saviour, because you fight against the mercenaries and Raiders to save them, I think this is why she chose you.'*

*'I do it for payments, and to survive, I do it for alcohol.'*

*'Really Warwick… if you did it just for the trading purposes, you would be fighting on the other side, you could have taken big payment jobs, which you never did. Did you…no you didn't because you do it for the children.'*

*'Nonsense,' said Warwick, pouring whiskey into Marvin's mouth before drinking the last of the bottle himself.*

78

PLAINTIFF'S EXHIBIT Z- DETAILED BREAKDOWN AND ANALYSIS OF EPISODE 7: SUPPORTING EVIDENCE FOR COPYRIGHT INFRINGEMENT CASE

'So how did you know where I live,'

'It's in the kiddy books, the street kids living in the shantytown below your apartment building drew pictures of you, standing up in the windowless apartment, way up high, above the clouds, it's the black flame-like tip of the building that gives it away, very distinguishable. One of my runners swapped the drawings for a gram of sugar. The drawings are in the top draw of the desk.'

Warwick took out the drawings and looked through them, he smiled.

'The broken sword and the padded black jacket give me away don't they.'

'So does the greying hair and the scarred face and the little yampy dog.''

**And later,**

2, *"From her right, real born flesh eye, dropped a line of tears. She lay looking at the burning child's drawing of Warwick in the high flame-like tower."*

3, *"With remote vision she looked through the drone's visor screen to see the black flame-like building in the child's drawing, the Air-blades picked up two heat signals."*

Conclusion… Just another coincidence? I think not.

PLAINTIFF'S EXHIBIT Z- DETAILED BREAKDOWN AND ANALYSIS OF EPISODE 7: SUPPORTING EVIDENCE FOR COPYRIGHT INFRINGEMENT CASE

**Exhibit O- Jinx Gargoyle**

In this scene we see Jinx perched up high on the edge of the bridge mast, stalking the enforcers below.







80

PLAINTIFF'S EXHIBIT Z- DETAILED BREAKDOWN AND ANALYSIS OF EPISODE 7: SUPPORTING

EVIDENCE FOR COPYRIGHT INFRINGEMENT CASE

**In Bloodborg** there is an almost identical scene.


*"Rook crouched on the steel corner of a rooftop - a modern-day hooded gargoyle, silhouetting in the fine smoky clouds.*

*The Feral Fighters were easy to pick out of the mist, with glowing cigarette ends hanging from their loud mouths, the rattle and shine of their spike-studded alligator boots with each footstep clunking down on the steel gangway and general poor discipline which suggested anything but incognito.*

*The Feral Fighters were cowboys, more rascal soldier wannabees than an actual fighting force. They got by on bullying and harassing people. Their low morals and excessive use of chemical highs meant that Cowboy Momahan could effortlessly control them. None of them wanted to be walking the high gangways on this chilly morning- voluntold to be on sentry duty all night.*

*The drifting grey clouds looked swimmable as the shadow glided across the steel around the feet of the Fighters. The moonlight morphed the shadow into a swift beast in the chemically confused minds of the Ferals."*

81

PLAINTIFF'S EXHIBIT Z- DETAILED BREAKDOWN AND ANALYSIS OF EPISODE 7: SUPPORTING

EVIDENCE FOR COPYRIGHT INFRINGEMENT CASE

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

82

PLAINTIFF'S EXHIBIT Z- DETAILED BREAKDOWN AND ANALYSIS OF EPISODE 7: SUPPORTING

EVIDENCE FOR COPYRIGHT INFRINGEMENT CASE

**Conclusion - Exhibit O: Jinx Gargoyle Scene and Bloodborg's Rooftop Stalking Sequence.**

The Arcane scene where Jinx perches high above the bridge mast, stalking enforcers strongly mirrors the description in Bloodborg, where Rook crouches on a rooftop, resembling a gargoyle, observing and stalking the Feral Fighters below. The imagery, positioning, and intent of both scenes are nearly identical, with the gargoyle-like silhouette against the misty or smoky backdrop, the act of silently watching enemies, and the looming predator-vs-prey dynamic.

**Key Similarities:**

Gargoyle-Like Perch:

Jinx: Perched high above the enforcers, poised like a gargoyle, ready to strike.

Rook: Described as a "modern-day hooded gargoyle", crouched high on a steel rooftop surveying enemies.

Predatory Stalking:

Jinx: Observes the enforcers from above, remaining hidden before making her move.

Rook: Tracks the Feral Fighters, analyzing their weaknesses before engaging.

PLAINTIFF'S EXHIBIT Z- DETAILED BREAKDOWN AND ANALYSIS OF EPISODE 7: SUPPORTING EVIDENCE FOR COPYRIGHT INFRINGEMENT CASE

Environmental Parallels:

Jinx: Surrounded by mist on a tall structure in the dark city.

Rook: Smoky clouds swirl around her as she watches from above.


Thematic Parallels:

Both scenes reinforce their characters' outsider status- Jinx, as a self-imposed exile from society, and Rook, a rebel operating in the shadows.

Both scenes showcase a tactical hunter-like perspective, emphasizing their predatory instinct and control over the situation.


**Legal Argument:**

This direct narrative and visual parallel reinforces the pattern of appropriation seen throughout Arcane. The replication of imagery, atmosphere, and purpose within this scene suggests that Bloodborg was deliberately used as source material- not just for themes but for precise moment-to-moment character beats.


If this alleged misappropriation is deliberate, it would constitute willful copyright infringement, strengthening the broader case that Arcane systematically lifted core narrative and aesthetic elements from Bloodborg, while slightly altering them to mask the original source.

PLAINTIFF'S EXHIBIT Z- DETAILED BREAKDOWN AND ANALYSIS OF EPISODE 7: SUPPORTING

EVIDENCE FOR COPYRIGHT INFRINGEMENT CASE

**Exhibit P- Blood Rush.**

**P1- Next Step**

It has already been made abundantly clear that Viktor is turning into a Bloodborg. However, this scene marks the next step in his transformation.



In this scene Viktor injects himself with a variation of Shimmer (a blood-based serum). This Shimmer variant is blood engineered by Singed to help Viktor withstand the violent transformation of mixing with the Hexcore, which also drinks blood and has nothing to do with Hextech before Arcane, accept the Hex prefix.



85

PLAINTIFF'S EXHIBIT Z- DETAILED BREAKDOWN AND ANALYSIS OF EPISODE 7: SUPPORTING EVIDENCE FOR COPYRIGHT INFRINGEMENT CASE

**In this scene we see:**

1, The Hexcore has M.W. symbols all over it.

2, Viktor has a corset partly made of metal.

3, Viktor carves M.W. into his leg.

4, Viktor injects Shimmer into his leg.

5, Viktor slashes his palm.

6, Viktor mixes his shimmer infused Blood with the Hexcore.


**From Bloodborg,**

1, "Gaia selected us, our bloodlines to survive."

2, *"Youngblood is thought to be a key ingredient in their Elixir of life. It allegedly rejuvenates and heals the consumer, drastically slowing down the ageing process. The fountain of youth hides in the blood vessels of the young, and the young hide deep within the vessels of New Kowloon."*

3, *"In BloodBorg: They plan to re-house their minds in bloodborgs, the pinnacle of all creation. The ultimate cybernetic human beings. Merging AI, in-brain, robotics and synthetic human self-regenerating tissue with the perfect cocktail of endless blood to be immune to all diseases and ageing.*


4 " … have found the Elixir of Life, a cure-all potion…"

PLAINTIFF'S EXHIBIT Z- DETAILED BREAKDOWN AND ANALYSIS OF EPISODE 7: SUPPORTING

EVIDENCE FOR COPYRIGHT INFRINGEMENT CASE

5, "*Because the Founding Families, have created a way of producing synthetic blood from harvesting real blood and making it continually reproduce itself in bionic bodies. A never-ending feast.*"

**P2- Super-blood rushing through your archeries.**



**Bloodborg,**

"Blood has learnt to fight back; it has evolved in thousands of different ways. Just imagine combining the healthy blood of many thousands of people. It's like carrying a legion of well-armed fighters in every drop of blood. Now imagine a never-ending supply of that super-blood- invincible. Now imagine the fix of that super-blood rushing through your archeries and pulsing into your brain, a never-ending orgasm,."

PLAINTIFF'S EXHIBIT Z- DETAILED BREAKDOWN AND ANALYSIS OF EPISODE 7: SUPPORTING

EVIDENCE FOR COPYRIGHT INFRINGEMENT CASE

**Exhibit Q- Hug on the Bridge M.W.**

As Vi and Caitlyn share a hug on the bridge, Jinx zooms in through a scope. We can see, clearly, M.W written into the distorted light on the right. Layer analysis on the image, performed by a steganography decoder, clearly shows that M.W. was deliberately written. This cannot be an accident, amongst thousands of them.



PLAINTIFF'S EXHIBIT Z- DETAILED BREAKDOWN AND ANALYSIS OF EPISODE 7: SUPPORTING

EVIDENCE FOR COPYRIGHT INFRINGEMENT CASE

**Exhibit R- Butterfly Vs Bee Drones.**

We end episode 7 with Jinx's butterfly drone explosion on the bridge followed by a fight between her and Ekko.

We have already covered the fact that Jinx's Butterfly drones are remarkably similar to Warwick's Bee drone, named Biz, in Bloodborg.



89

PLAINTIFF'S EXHIBIT Z- DETAILED BREAKDOWN AND ANALYSIS OF EPISODE 7: SUPPORTING

EVIDENCE FOR COPYRIGHT INFRINGEMENT CASE

**Declaration**

I, Marc Wolstenholme, declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge and belief.

Respectfully Submitted,

Dated: March 6, 2025, Marc Wolstenholme

Plaintiff, Pro Se  *M.WOLSTENHOLME*

PLAINTIFF'S EXHIBIT Z- DETAILED BREAKDOWN AND ANALYSIS OF EPISODE 7: SUPPORTING

EVIDENCE FOR COPYRIGHT INFRINGEMENT CASE