Marc Wolstenholme
5 Shetland Close
Coventry, England CV5 7LS
Telephone: 044 7827964404
Email: marc@mwwolf-fiction.co.uk
Plaintiff in Pro Per

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARC WOLSTENHOLME,<br>　　　　　　Plaintiff,<br>vs.<br>RIOT GAMES, INC.,<br>　　　　　　Defendant | CASE NO. 2:25-CV-00053-FMO-BFM HON.<br><br>*Hon. Fernando M. Olguin*<br><br>DECLARATION OF MARC WOLSTENHOLME<br><br><br>PLAINTIFF'S EXHIBIT ALPHA - DETAILED BREAKDOWN AND ANALYSIS OF EPISODE 8: SUPPORTING EVIDENCE FOR COPYRIGHT INFRINGEMENT CASE |

Dated this: March 12, 2025

*M.WOLSTENHOLME.*

[MARC WOLSTENHOLME]

**I, Marc Wolstenholme, declare as follows:**

**Background and Introduction**

I am the plaintiff in this case against Riot Games, Inc., regarding copyright infringement and unauthorized use of original materials derived from my manuscript "Bloodborg" and related works. I submit this PLAINTIFF'S EXHIBIT ALPHA - DETAILED BREAKDOWN AND ANALYSIS OF EPISODE 8: SUPPORTING EVIDENCE FOR COPYRIGHT INFRINGEMENT CASE.

This declaration provides evidence supporting my request for damages and to outline the profound and ongoing impact of the defendant's actions on the Plaintiff's brand, monetary welfare, and emotional health.

**Please note,** given the severity and overwhelming abundance of evidence, the Plaintiff has exhausted the alphabet as title denotations, thus he will now use the Greek alphabet. This document is therefore titled ALPHA, the next document will be Beta and so on.

2

**Exhibit A- Blood and Oil vs Oil and Water**

Arcane season 1, Episode 8, is called Oil and Water. In Bloodborg there is a chapter called Blood and Oil, is this yet another coincidence?

Oil and blood do not mix for the same fundamental reason that oil and water don't mix- blood is water-based, and oil is hydrophobic (repels water). Here's why:

**Blood and Oil (Bloodborg)**

1. Blood is Mostly Water

Blood is made up of plasma (about 55%), which is mostly water (~90%) along with proteins, salts, and other substances. Water molecules are polar, meaning they have an uneven charge distribution, which allows them to dissolve other polar substances.

2. Oil is Hydrophobic

Oil molecules are non-polar, meaning they don't have a charge that attracts them to water. Since "like dissolves like," water and oil repel each other instead of blending.

3. Density and Separation

Oil is less dense than water-based liquids like blood, so it floats on top instead of mixing. This is why you might see a slick layer of oil if it comes into contact with blood.

4. Biological Consequences

PLAINTIFF'S EXHIBIT ALPHA - DETAILED BREAKDOWN AND ANALYSIS OF EPISODE 8

If oil enters the bloodstream, it won't dissolve or integrate- it might cause embolisms (blockages) by floating as a separate substance.

In warfare or industry, oil contamination in wounds or the environment could symbolize corruption, decay, or mechanized violence.

This contrast of organic (blood) vs. synthetic (oil) makes "Blood and Oil" a powerful metaphor, especially in a dystopian or industrial horror setting. Oil and blood don't mix, just like oil and water. But when they do come into contact, it's usually a sign of something unnatural, violent, or corrupt- a blending of industry and life in a way that isn't supposed to happen.

Bloodborg explores themes of industrial and evolutionary horror, war, and dystopia. "Oil and Blood" symbolizes the brutal consequences of technology overtaking humanity- factories and weapons running on suffering and blood, machines fueled by war, an empire built on both blood industry and bloodshed.

This is the crux of the Bloodborg chapter titled "Blood and Oil"


It is alleged that the "Creators" of Arcane merely which Blood for Water after reading, *"the memories came back solid, none fragmented, all as clear as water,"* from the bloodborg chapter titled Blood and Oil. Thus, this is quite literally a watered-down version of the title and meaning.

PLAINTIFF'S EXHIBIT ALPHA - DETAILED BREAKDOWN AND ANALYSIS OF EPISODE 8

**Oil and water (Arcane)**

Oil and water don't mix because oil is less dense than water and is hydrophobic, meaning it repels water. This principle applies to many emulsions, which contain molecules with hydrophilic heads (water-attracting) and hydrophobic tails (water-repelling). These molecules, called surfactants, help stabilize emulsions by forming structures like micelles, allowing oil and water to mix temporarily.

**Water Vs Blood**

It is alleged that the metaphor and meaning is essentially the same, just weakened to mask conspired copyright infringement.

"Blood and Oil" in Bloodborg suggests a blend of industry (oil) and violence (blood), which imply themes of war, corruption, abominations and mechanized brutality. It fits the industrial horror vibe, whilst also suggesting that different factions do not mix well.

The Blood and Oil chapter in Bloodborg explores the fractured mind of D'anna, who was a former police officer in Coventry, but was later made into a Cyborg codenamed D'borg, the first of her kind. Until this point, her former self (D'anna) had been suppressed with Blood-based serums. Now, purged, her former identity of justice and moralist code (Blood) comes flooding back to her and it doesn't mix well with her Cyborg hunting and killing machine identity (Oil).

Thus, Blood and Oil, like all of Bloodborg's content, is deeply layered into the storytelling. Here it takes on both a metaphorical meaning and physical material meaning.

PLAINTIFF'S EXHIBIT ALPHA - DETAILED BREAKDOWN AND ANALYSIS OF EPISODE 8

D'anna is made of Blood, just like all humans. Blood flows in her blood vessels. Whereas D'borg is no longer human, she is a mix of machine and flesh, a synthetic Blood and Oil concoction flows in her vessels. Her body hasn't rejected the immiscible concoction because her mind and body and immune system have been suppressed. The Founding Families have engineered her synthetic blood to mix with synthetic oil. The price of progress is the loss of her humanity. When her human mind comes flowing back, it doesn't mix well with her inhuman manufactured side.

Oil and Water" in Arcane symbolizes two opposing forces that can't truly mix- like Piltover and Zaun, or even specific character dynamics (Mel and her mother, Jayce and Viktor).

**Extract from Bloodborg,**

"D'Borg lay back against the roof of the derailed carriage with her mangled arm pinned above her, bleeding down onto her head. Her head trembled; her eyes winced. She was remembering, it was flooding back, like a dam released, the memories came back solid, none fragmented, all as clear as water.

A tear dropped from her human right eye. She cried in pain. The physical pain hurt but the psychological pain and trauma, cut deeper than any sword could possibly slice, this pain slit into her soul. D'borg remembered, she remembered everything. She remembered being D'anna, a community Police officer from Coventry, England. She had Warwick and his bee drone to thank for giving back the memories.

D'borg coughed up blood and oil; she could taste it; what they did to her. She could feel it, the rips and tears, the kicks, the cuts, and the bites. She could see and hear it, all of it."

PLAINTIFF'S EXHIBIT ALPHA - DETAILED BREAKDOWN AND ANALYSIS OF EPISODE 8

**Conclusion - Exhibit A: "Blood and Oil" vs. "Oil and Water"**

The alleged direct correlation between Bloodborg's "Blood and Oil" and Arcane's "Oil and Water" is difficult to dismiss as mere coincidence. Both titles explore opposing forces that cannot truly mix- whether it be industrial corruption versus human life, justice versus brutality, or warring factions in a dystopian society.

**Key Parallels:**

Thematic Core:

**In Bloodborg,** "Blood and Oil" represents humanity versus mechanization, morality versus industry, and the merging of incompatible forces (D'anna vs. D'borg).

**In Arcane,** "Oil and Water" serves as a metaphor for characters or factions that can never truly coexist, such as Piltover vs. Zaun or Mel vs. her mother.

Same- Same

Literal and Metaphorical Meanings:

**In Bloodborg,** D'borg's synthetic existence relies on oil and blood unnaturally fusing together, symbolizing the forced destruction of her human identity.

**In Arcane,** the phrase is used metaphorically to describe irreconcilable differences between individuals and factions.

8

PLAINTIFF'S EXHIBIT ALPHA - DETAILED BREAKDOWN AND ANALYSIS OF EPISODE 8

Narrative Execution:

**Bloodborg's chapter** "Blood and Oil" follows D'borg's awakening as she coughs up both substances, symbolizing her internal war between machine and human.

**Arcane's episode** "Oil and Water" follows characters struggling to find common ground, with the metaphor stretched across multiple conflicts.

The Watering Down Effect:

The Plaintiff alleges that Arcane altered "Blood and Oil" to "Oil and Water" as a means of masking its origins.

This change allegedly dilutes the horror and industrial dystopian depth present in Bloodborg, simplifying it into a more accessible and generic metaphor for tension and incompatibility.

This follows an undeniable pattern of swiping from Bloodborg and masking just enough to evade justice.

PLAINTIFF'S EXHIBIT ALPHA - DETAILED BREAKDOWN AND ANALYSIS OF EPISODE 8

1

2

3

4    **Legal Argument:**

5

6    The title's shift from "Blood and Oil" to "Oil and Water", combined with the
identical metaphorical structure, suggests a deliberate attempt to obscure direct copying. If
Bloodborg's core concept was read and restructured into Arcane's themes, this would constitute
literary misappropriation and unauthorized adaptation of a unique storytelling device.

7

8

9

10    Furthermore, the parallels in execution, particularly with D'borg's awakening
versus Arcane's factional conflicts, reinforce the broader pattern of extensive reworkings of
Bloodborg's content within Arcane. Arcane's "Oil and Water" episode serves as yet another
masked reproduction of Bloodborg's deeper narrative structure and meaning.

11

12

13

14

15    We are on the 8th episode of 18. We have ten left to analyze and we have already
uncovered thousands of direct infringements, as well as gaslighting, taunting and other crimes.
To deny this blatant case of infringement is to deceive the court of justice and to cause further
harm and shall be recorded as such.

16

17

18

19

20

21    This ongoing pattern of unethical and dishonest business practices at Riot Games
warrens deeper state, federal and international investigations, seems as Bloodborg has provided a
gateway into other highly profitable industries, where more damage is likely to be done unless
interventions are made.

22

23

24

25

26

27                                             10

28    PLAINTIFF'S EXHIBIT ALPHA - DETAILED BREAKDOWN AND ANALYSIS OF EPISODE 8

**Exhibit B- Fox and the Wolf.**

Episode 8 begins with a young Mel and her mother Ambessa discussing war and its effects. Ambessa explains that her grandfather asked her to collect swords from the battlefield to expose her to death. Mel explains that her brother Kino favors a more diplomatic approach.

Ambessa says, "Your brother things he can talk his way out of anything. He fancies himself a fox amongst the wolves. Mark me child, if you want to last in this world, you must learn to be both the fox and the wolf."

It is alleged that this warning / perpetration for death and cunningness is a reworking of a conversation Chris Redgrave had with his daughter Ruby (Re-bunny), who is obsessed with her bunny rabbit, in Bloodborg.

**Extract from Bloodborg,**

*"'Hey Ru-bunny, I guess Little Red Riding Hood must have been lonely inside that big bad wolf,' he said, sipping his coffee.*

*'No, Daddy, don't be silly,' said Ruby, pointing at Chris.*

*Jane tutted. 'Chris don't say that, you'll give her nightmares,' said Jane, tossing a tea towel at him.*

*'I'm only playing Ruby, wolves don't eat children really,' he said biting into his egg sandwich, the warm yolk ran down his fingers. He lay the sandwich down on the plate, licking his fingers.*

*He walked around the island and kissed ruby on the top of her head. He did the same to Jane.*

PLAINTIFF'S EXHIBIT ALPHA - DETAILED BREAKDOWN AND ANALYSIS OF EPISODE 8

*He placed his lips to Jane's ear. 'Wolves eat rabbits,' he whispered.*

*Jane elbowed him in the gut. 'Shove off will'ya, we're trying to read,' she said giggling. 'Oh, a lady called Kate Sanderson left a message on the shared-voice.*

*'What, Kate,' Chris's eyes widened 'I... I haven't heard that name in years.'*

*'Is everything Ok Chris,' asked Jane, platting Ruby's hair. 'Should I ask the house to play the message for you?'*

*'It's too early, I'll listen to it later,' he said stretching and yawning.*

*The Fetal Sapien Serum dispenser buzzed.*

*'It's that time already,' said Jane.*

*'I guess so honey,' said Chris, pushing three, pint-sized bullet capsules into the tubes and pushing the button on the dispenser. The capsules shot off up the tubes. Moments after, three capsules returned full of a red liquid.*

*Three doses of Fetal Sapien Serum delivered, to be consumed instantly, Read the delivery message on the dispenser.*

*'Come on you pair, lets get it down us,' said Chris, passing each of them a bullet capsule as they stood up. The Three of them stood in a line in front of the dispenser, Ruby in the middle. Three retina scanners blinked on.*

*'Bon Appetit,' said Chris, as he pressed the open capsule to his lips.*

*The three of them gulped down the red cocktail in unison. A line of escaping blood-red serum dripped down Ruby's chin."*

'Ahh,' exclaimed the three of them, rejuvenated.

PLAINTIFF'S EXHIBIT ALPHA - DETAILED BREAKDOWN AND ANALYSIS OF EPISODE 8

**Comparison and Conclusion: Exhibit B - The Fox and the Wolf Vs The girl, the wolf and the rabbit.**

Comparison: Arcane vs. Bloodborg

Both Arcane and Bloodborg feature a parental mentor-figure (a mother or father) teaching a child a lesson through a metaphor that involves predators. The themes of survival, cunningness, and understanding the nature of conflict are key elements in both works. The fox and wolf metaphor in Arcane closely aligns with the wolf and rabbit motif in Bloodborg, both of which serve as forewarnings about the brutal realities of their respective worlds.

Theme of Predatory Survival:

**Arcane:** Ambessa tells Mel that to survive in the world, she must embody both the fox (cunning, diplomacy) and the wolf (ruthlessness, power).

**Bloodborg:** Chris Redgrave warns his daughter Ruby, who loves her rabbit, that wolves eat rabbits, implying that one must either be the predator or the prey in life.

Parental Preparation for a Harsh World:

PLAINTIFF'S EXHIBIT ALPHA - DETAILED BREAKDOWN AND ANALYSIS OF EPISODE 8

**Arcane:** Ambessa's words are framed as a lesson in strategy and survival, teaching Mel that being only cunning (a fox) or only strong (a wolf) is not enough.

**Bloodborg**: Chris's playful but ominous words to Ruby suggest a similar reality- that one must be aware of danger and the nature of predators.

Exposure to Death and Brutality as a Learning Experience:

**Arcane:** Ambessa recounts that her grandfather forced her to collect swords from the battlefield to expose her to war and death at a young age.

**Bloodborg:** The Fetal Sapien Serum ritual is part of the Redgrave family's daily survival routine, involving the consumption of a blood-based serum. This moment is symbolic of preparing the family- including young Ruby- for their harsh reality, of which Chris has had much experience of, and he intimately knows that it's lonely inside a wolf, thus you must become the wolf.

Symbolism of Blood and Power:

**Arcane:** The lesson about foxes and wolves is set within a power struggle, as Ambessa is training Mel to navigate the political and violent landscape.

14

PLAINTIFF'S EXHIBIT ALPHA - DETAILED BREAKDOWN AND ANALYSIS OF EPISODE 8

**Bloodborg:** The drinking of the red serum not only symbolizes power and rejuvenation but also hints at the hidden cost of survival. The girl, the wolf and the rabbit is the same lesson, yet told in a more philosophical and allegorical way.

**Aesop's Fables**

Aesop's Fables inspired The Girl, The Wolf and The Rabbit. This fable (The girl, the wolf and the rabbit) written by M.W. Wolf, and written into Bloodborg, is one of many planned fables which appear throughout the M.W. Wolf Megaverse of fiction. Some have already been written; many are still to come. Aesop's Fables are discussed in The Ballad of Wuthering Descent_ M.W. Wolf. Indeed, The Ballad book is one big twisted and dark Fable. The M.W. Wolf books are all interconnected.

PLAINTIFF'S EXHIBIT ALPHA - DETAILED BREAKDOWN AND ANALYSIS OF EPISODE 8

**Conclusion**

The thematic similarities between Arcane and Bloodborg go beyond broad archetypes and into highly specific motifs, dialogue structures, and predatory metaphors. Both works use animals as metaphors for survival in a brutal world, with older figures teaching the younger generation hard lessons about life, power, and danger.

The fox and wolf in Arcane mirrors the wolf and rabbit in Bloodborg- both conveying a cautionary tale of predation. The ritualistic consumption of blood-red serum in Bloodborg adds another dimension of power and transformation, which aligns with Arcane's deeper themes of evolution and survival.

Given the extensive and highly detailed pattern of alleged misappropriation, the Plaintiff argues that this is yet another instance where Arcane has extracted a deeply symbolic and structured scene from Bloodborg, reworked it slightly, and inserted it into the show under a different aesthetic guise. This follows the same "Swipe and Mask" methodology seen throughout Arcane's development, further substantiating the claim of methodical copyright infringement.

PLAINTIFF'S EXHIBIT ALPHA - DETAILED BREAKDOWN AND ANALYSIS OF EPISODE 8

**Exhibit C- Soldiers M, reflection W**

In this scene we see a clear M and W shape designed into the frame, and we see an M designed into the gate in the next scene, along with M. W designed into the wall.

The sheer abundance of M.W. hidden in Arcane suggests that it went beyond just taunting and mocking and became a game to the creators, like a meme.







PLAINTIFF'S EXHIBIT ALPHA - DETAILED BREAKDOWN AND ANALYSIS OF EPISODE 8

**Exhibit D- Sparing of the Girl**

This is an extension of the Wolf and Fox predatory metaphor.

Ambessa says, "Kill her now and only one must die, let her live and you may need to kill thousands."

Ambessa kills the young girl and says, "A wolf has no mercy."

Thus, now we have The wolf, the fox and the Girl, rather like The Girl, The Wolf and The Rabbit, just subverted and a little bit convoluted.





PLAINTIFF'S EXHIBIT ALPHA - DETAILED BREAKDOWN AND ANALYSIS OF EPISODE 8

In Bloodborg, Chris knows he is being listened to, he knows he cannot directly tell Ruby that real wolves are pack animals, they are social and have their own code. Thus, Chris is telling her to be a wolf, a predator when needed, i.e. to eat rabbits, but be merciful, wolves don't eat children. Chris has already lost a child to the Ark (His son Simon) and fears he will lose another. Thus, he is preparing Ruby to be good but dangerous.

Arcane subverted this merciful Sparing of the Girl, to killing her to show no mercy, no weakness. Thus, is because they had Ambessa as the mentor-figure, who like Neva of the Tribe in Bloodborg (Ambessa's counterpart), has had to be ruthless and merciless to survive.

### Comparison & Conclusion – Exhibit D: Sparing of the Girl

Comparison

The scene in Arcane, where Ambessa Medarda kills a girl to demonstrate the harshness of survival, parallels Bloodborg's scene in which Chris Redgrave carefully frames his words to prepare his daughter, Ruby, for a dangerous world. However, Arcane takes an inverted approach to the lesson- one emphasizing total ruthlessness rather than balanced survival instincts.

PLAINTIFF'S EXHIBIT ALPHA - DETAILED BREAKDOWN AND ANALYSIS OF EPISODE 8

Thematic Parallels:

**Arcane:** Ambessa warns that sparing a single life may lead to mass death later. She embodies the philosophy that a leader must show no mercy to maintain control, justifying her killing of the girl.

**Bloodborg:** Chris instills a different lesson in Ruby, shaping her understanding of strength, power, and mercy. He uses wolves and rabbits as metaphors, teaching her to be dangerous when necessary but also to recognize when not to act as a predator.

The Role of Mercy:

**In Arcane,** the lesson is about eliminating weakness- Ambessa, hardened by war, refuses to take risks.

**In Bloodborg,** Chris subtly teaches Ruby about calculated survival. He acknowledges the reality of predation but also hints at the pack mentality of wolves- loyalty, strategy, and social structure- qualities that contrast with Ambessa's single-minded ruthlessness.

Wolf Symbolism & Subversion:

**Arcane:** The wolf is a merciless killer, a creature of raw survival instinct.

**Bloodborg:** The wolf is a powerful predator but is also part of a structured society- it hunts with reason rather than blind destruction.

PLAINTIFF'S EXHIBIT ALPHA - DETAILED BREAKDOWN AND ANALYSIS OF EPISODE 8

**Neva vs. Ambessa - The Ruthless Female Mentor:**

Both Neva of the Tribe (Bloodborg) and Ambessa Medarda (Arcane) serve as mentor figures hardened by their environments.

Neva has been forced into ruthless decision-making for survival but remains connected to her people, teaching not just strength but also wisdom.

Ambessa, on the other hand, follows a more absolutist philosophy- she enforces dominance through violence, eliminating perceived weaknesses on sight.

**Conclusion**

The un-sparing of the Girl scene in Arcane appears to be a subverted adaptation of Bloodborg's wolf metaphor, inverting its core message. While Bloodborg presents a lesson in balanced survival- dangerous but discerning, Arcane strips away the nuance, turning it into a lesson in absolute power and mercilessness.

The Bloodborg version aligns more closely with realistic wolf behavior- social creatures with an inherent pack order- while Arcane simplifies the lesson to a crude predator-versus-prey dynamic. Given the numerous predator-prey motifs shared between both works, this scene strengthens the pattern of alleged adaptation, where Arcane borrows foundational themes from Bloodborg but distorts them to fit its own power structures.

PLAINTIFF'S EXHIBIT ALPHA - DETAILED BREAKDOWN AND ANALYSIS OF EPISODE 8

**Exhibit E- Monster High Vs Mel & Ambessa**

Mel's necklace and wider design aesthetics of Mel and Ambessa are remarkably similar to that of Cleo De Nile of Monster High.

In this scene, when Ambessa chops off the head of the young girl, we see her necklace laying in a pool of blood. This necklace becomes Mel's necklace and adds to her gold aesthetics. The Plaintiff recognized the necklace and earrings and mask and golden lip clasp and makeup and even hair style of Mel and Ambessa from Monster High magazines which he purchased for his daughter.

Cleo De Nile has been a staple character in the Monster High franchise since its launch in 2010.

**Cleo De Nile's Appearance & Aesthetic**

Cleo De Nile, the daughter of the Mummy, embodies an ancient Egyptian princess-meets-modern diva aesthetic. She is one of the most glamorous and regal characters in Monster High, with an unmistakable gold-and-teal color palette and bold, royal-inspired fashion.

**Appearance**

Skin Tone: Warm tan complexion, referencing her Egyptian heritage.

Eyes: Large almond-shaped turquoise blue eyes, often accented with heavy Egyptian-inspired winged eyeliner and dramatic gold eyeshadow.

Lips: Often painted deep red or gold, enhancing her luxurious look.

PLAINTIFF'S EXHIBIT ALPHA - DETAILED BREAKDOWN AND ANALYSIS OF EPISODE 8

Hair: Long, sleek black hair with gold and teal streaks, sometimes styled in blunt bangs or wrapped in jeweled headpieces.

Aesthetic & Fashion

Cleo's style is deeply influenced by ancient Egyptian royalty, combined with high-fashion modern glamour. Her outfits are almost always a mix of:

Gold, teal, and black as primary colors.

Mummy wrap motifs- bandage-like fabric integrated into her outfits, referencing her mummy origins.

Shimmering metallic fabrics, sequins, and intricate embroidery, giving her an elegant yet edgy look.

Bold accessories like snake armbands, scarab jewelry, and pyramid-shaped earrings.

High heels and gladiator-style sandals, often in gold or metallic hues.

Signature Accessories & Symbols

Royal Headdress: Often wears gold headpieces reminiscent of pharaoh crowns.

Scarab Beetles & Snakes: Common motifs in her jewelry, symbolizing her Egyptian lineage.

Bandage Wraps: Integrated into her clothing and sometimes seen wrapped around her arms or legs.

PLAINTIFF'S EXHIBIT ALPHA - DETAILED BREAKDOWN AND ANALYSIS OF EPISODE 8

Pet Snake (Hissette): A nod to her Egyptian roots and love for all things luxurious.

**Overall Vibe**

Cleo De Nile's look and personality are best described as "Haute Couture Pharaoh." She carries herself with royal confidence, demanding attention and admiration wherever she goes. Her style perfectly blends ancient mystique with modern high fashion, making her one of Monster High's most iconic characters.

**Monster High Connection to Arcane**.

We know from many sources of evidence that Arcane creators cut corners to rush Arcane through in late 2020 onwards. We know that the animation teams at Fortiche Production SAS extensively used mood boards to develop the aesthetics and design of characters for Arcane in 2020. This approach was crucial in shaping the show's unique visual style, which blends 2D painterly textures with 3D animation to create a hand-crafted, storybook-like feel.

It is confirmed in podcasts and YouTube videos that many of the designs in Arcane were based on external Ips and looks, such as Ronda Rousey's WWE look.

It is also confirmed that many other looks or likenesses were taken from the cast members and characters they had previously played.

During the Pop Culture with Pat - 21 Nov 2024- Katy Townsend Talks Playing Maddie in Arcane Season 2, Caitlyn and Vi, Jinx and Isha + MORE- podcast, Katy Townsend tells us that Subie from Mass effect, (A role she played) inspired Overton's vision when making

24

Maddie. Katie states that Overton was a big fan of Mass Effect. She states that there are too many similarities, they are both red hair lesbians played by her.

Katy Townsend also voiced the character Silvi Timberwolf in the "Monster High" franchise. Overton must have been familiar with Kate's role in Monster High as they kept in touch and because Katy had to be vetted and had to audition.

It is alleged, by the Plaintiff, that Monster High was infringed upon to build Mel's and Ambessa's looks, aesthetics and designs in the show.





PLAINTIFF'S EXHIBIT ALPHA - DETAILED BREAKDOWN AND ANALYSIS OF EPISODE 8

This evidences a widespread propensity of Arcane's developers to ruthlessly and carelessly "Swipe and Gripe" from other shows and Ips.

### Conclusion - Exhibit E: Monster High Vs. Mel & Ambessa

The striking similarities between Cleo De Nile from Monster High and the character designs of Mel Medarda and Ambessa Medarda in Arcane suggest a pattern of aesthetic borrowing by Riot Games and Fortiche Productions. The gold, teal, and black color palettes, Egyptian-inspired accessories, and royal high-fashion aesthetic in both cases are difficult to dismiss as mere coincidence. Furthermore, the inclusion of Mel's necklace, which originates from a brutal scene where Ambessa kills a young girl, mirrors a distinct narrative device used in Monster High, where jewelry and accessories symbolize lineage, power, and character identity.

Given that Arcane's development process has been confirmed to involve external inspirations, mood boards, and references from pre-existing IPs, and that Riot Games' creative team has acknowledged their reliance on visual influences, the resemblance between Monster High's Cleo De Nile and the Medarda family appears to be yet another instance of "Swipe and Gripe." This is further supported by the fact that Katy Townsend, a voice actor for Monster High, is directly connected to Arcane and had prior working relationships with key individuals in the production team, increasing the likelihood that Monster High was referenced, intentionally or otherwise.

PLAINTIFF'S EXHIBIT ALPHA - DETAILED BREAKDOWN AND ANALYSIS OF EPISODE 8

The broader pattern emerging from Arcane's development history, including confirmed cases of aesthetic and thematic borrowing, strengthens the argument that Monster High was one of the many sources exploited without proper attribution or licensing. If substantiated, this would not only represent a clear act of misappropriation but also further demonstrate Arcane's reliance on external creative properties to construct its visual and narrative identity.

This strengthens the clear pattern of abuse of other works. With the thousands of striking similarities to Bloodborg and a clear and extensive history of misappropriation, it is overwhelmingly evident that Riot Games used Bloodborg as the narrative and story source for Arcane with other Ips being misused to fill in the visual gaps.

With so much evidence, the burden falls on Riot Games to show how it is even possible that Arcane was made independently of Bloodborg.

The Plaintiff states that it is not reasonably possible. People have been given the death penalty with far less evidence.

At this stage, with overwhelming evidence, any and all denying of intentional copyright infringement must be taken as direct and deliberate and malicious abuse of the court and of the Plaintiff's wellbeing.

It's absurd of Riot Games to claim that Arcane isn't Bloodborg reworked. The Plaintiff states that these dishonest business practices need to be investigated before more damage is done to even more US industries and the work force, who are not being treated honestly nor fairly, as Riot has a history of taking people on, chewing them up and spitting them out once it's had it's fill and has other IPs to "swipe" from.

PLAINTIFF'S EXHIBIT ALPHA - DETAILED BREAKDOWN AND ANALYSIS OF EPISODE 8

**Exhibit F- More M. Ws in Scenes- The Memeing Game Continues.**



PLAINTIFF'S EXHIBIT ALPHA - DETAILED BREAKDOWN AND ANALYSIS OF EPISODE 8

**Exhibit G- Singed's burnt face.**

**Singed From Arcane.**




**Singed before Arcane.**




29

PLAINTIFF'S EXHIBIT ALPHA - DETAILED BREAKDOWN AND ANALYSIS OF EPISODE 8

Arcane reimagined Singed with more depth compared to his original League of Legends lore. In the game's lore, he was a pretty standard "mad scientist" trope- obsessed with his dangerous experiments, using toxic chemicals, and generally being reckless in the pursuit of knowledge.

Before Arcane, his disfigurement came from an encounter with Warwick, who was once a man. The scratches on Singed's face were from Warwick's claws, and his left eye was damaged in that fight/ incident. His signature green poison played into the classic mad chemist archetype.

However, Arcane reworked him into a more grounded but still deeply disturbing scientist. Instead of claw marks, his scars are from a severe burn from the episode 3 shimmer lab experiment. His right eye glows green, which could be the result of prolonged exposure to Shimmer (Which is purple) or another alchemical substance.

The shift makes him feel less like a trope and more like a tragic, driven character with personal stakes in his research. He still embodies the dangerous ambition of the original Singed, but Arcane makes his descent into madness feel more personal and tied into the larger worldbuilding.

PLAINTIFF'S EXHIBIT ALPHA - DETAILED BREAKDOWN AND ANALYSIS OF EPISODE 8

**Arcane Singed compared to his original League of Legends lore**

1.  Appearance Changes

**Pre-Arcane:**

Singed had deep claw marks across his face, given to him by Warwick (who was once a man before being transformed).

His left eye was damaged.

He was hunched over and wore bulky armor with tubes of green toxic chemicals.

His skin looked sickly, and his face was twisted with madness.

**In Arcane:**

His scars are from a burn, not claws.

His right eye glows green instead of his left.

His overall look is more human and frail but still sinister.

He has longer hair and wears a lab coat, making him look more like a dedicated scientist than a brute alchemist.

PLAINTIFF'S EXHIBIT ALPHA - DETAILED BREAKDOWN AND ANALYSIS OF EPISODE 8

2. Personality and Characterization

**Pre-Arcane:**

Singed was more of a classic "mad scientist" trope-obsessed with alchemy and poisoning people with little regard for morality.

His motivations were more about pushing the limits of science for the sake of progress.

He seemed purely chaotic and ruthless.


**In Arcane:**

He is still a dangerous scientist, but he is more methodical and tragic.

He has a past with Piltover and a deeper connection to the broader world.

His interactions with Silco show he is not just a villain- he warns Silco about the dangers of Shimmer, showing he has a rational side.

He seems to care about his experiments in a personal way, particularly in the case of Warwick and his relationships with young Viktor and Reo.

He also references a lost daughter, hinting at a possible motivation for his research. This is a retcon which we will cover.

PLAINTIFF'S EXHIBIT ALPHA - DETAILED BREAKDOWN AND ANALYSIS OF EPISODE 8

3. Relationship with Warwick

**Pre-Arcane:**

Singed transformed a man into Warwick, and Warwick later attacked him, scarring his face.

**In Arcane:**

He is shown working on a heavily modified, chained-up body at the end of the season 1 show, which is Vander turning into Warwick.

Thus, as it's Vander and not some random man, his connection to Warwick is more personal than in the old lore, and he places his own blood in Warwick.

4. Green Toxic Chemicals / Shimmer

**Pre-Arcane:**

Singed was known for his green poison, which he used in experiments and warfare.

His iconic ultimate, Insanity Potion, was a green toxic chemical that enhanced his abilities.

**In Arcane:**

He is deeply involved in the creation of Shimmer, a purple alchemical blood drug.

Instead of just using green poison, he is experimenting with mutation, transformation, and enhancement.

PLAINTIFF'S EXHIBIT ALPHA - DETAILED BREAKDOWN AND ANALYSIS OF EPISODE 8

5. Role in the Story

**Pre-Arcane:**

He was a rogue scientist, working independently or for Noxus.

His biggest legacy was the creation of Warwick.

He had no major ties to Zaun's politics or characters.

**In Arcane:**

He is a key figure in Zaun's underworld but stays in the shadows.

He works with Silco, providing him with Shimmer.

He has a personal goal beyond just making money or power, linked to his "kind of dead" daughter Orianna, who was Corin Reveck's daughter before Arcane.

His connection to Vander/Warwick makes him more involved in the main plot than just a background character.



34

**Final Thoughts**

Singed in Arcane is a more complex and grounded character than his original "mad scientist" persona. His design, scars, and eye color changes make him look more tragic and methodical, rather than just insane. His role in creating Warwick seems to be even more personal, and he has a lost daughter, giving him more emotional depth. Instead of simply making green poisons, he is now tied to blood Shimmer and blood mutation-based experiments.

**In Bloodborg,**

Alcuin has a green right eye, from exposure to gases and radiation of ground level which is literally rotting his face away.

**In Bloodborg:** *"Alcuin's protective mask was battered, the right eyepiece of his gasmask was cracked, exposing is eye to the gases and radiation of ground level, which had turned his right iris green."*

**Later: "***'I guess you're not ready, wait until that green eye starts sopping with black and green puss and maggots eat out your eye socket."*

**It is alleged,**

There is no material benefit to switching Singed green eye, unless one simply read this in the Bloodborg sentences (Provided) and the creators of Arcane could not be bothered to fact check their character from those of Bloodborg.

Singed's major changes were made to fit the Bloodborg narratives of Blood based drugs and serums driving the plot of each POV character.

It is alleged that with Riot's "Treasured Gateway" policy, Arcane's creators simply had many pegs to choose from to force into this hole. For instance, League of Legends has a surprising number of cardboard-cutout "mad doctor" or "mad scientist" archetypes. Here are some of the most notable ones:

**Dr. Mundo -** The classic mad doctor-turned-monstrosity. He was once a doctor but experimented on himself until he became a mindless, pain-immune brute.

**Singed -** Zaun's notorious mad scientist and chemist, responsible for all kinds of dangerous and unethical experiments.

**Dr. Reveck -** A deep lore character, not an official champion. He was an insane doctor in Piltover's slums who was dissecting people before Camille killed him. Orianna Reveck is his daughter who he tries to heal.

PLAINTIFF'S EXHIBIT ALPHA - DETAILED BREAKDOWN AND ANALYSIS OF EPISODE 8

**Viktor** - While more of an idealist than a traditional "mad doctor," he is obsessed with augmentation and cybernetic enhancement, often conducting extreme experiments.

**Renata Glasc -** While not a doctor per se, she is a chem-barons scientist who uses unethical means to control people with her powerful chemtech.

**Janna** (if you believe the theory) – Some theories suggest Janna was originally a scientist before becoming a wind spirit, though this isn't confirmed.

There are also many Zaunite and Piltover scientists who dabble in unethical experiments, so the list of "mad scientist types" keeps growing.

**The Plaintiff Argues,**

If you read into the many lores of the many characters, there are nonsensical "Treasured Gateway", one-liners and could-bes, all over the place. Janna could be a scientist, Jinx could have a sister, Vi's cupcake line (Taken from Borderlands) could be referencing her sexuality, Viktor's glorious evolution line could be a tinman's wet dream… and on and on and on. The Treasured Gateway policy is literally a theft masking policy built into Riot's business practices. Riot takes characters and ideas from other IPs, boils them down to generic, watered-down Trope-tastic rip-offs, then masks them and leaves open threads everywhere for Plausible deniability, then retcons everything that no longer fits, then changes or controls the narrative of

PLAINTIFF'S EXHIBIT ALPHA - DETAILED BREAKDOWN AND ANALYSIS OF EPISODE 8

their infringements, then attacks the originals, then retaliates and tries to intimidate when their found out.

### Dr. Reveck and Singed

Below is Dr Reveck, below him is Singed, they were two completely different characters with no connections, and looked nothing alike, until Arcane had to find a real purpose for Singed. They retconned Dr Reveck during production and wrote him into Arcane as Singed. They did this to give Singed a purpose and to force more champions into the Bloodborg narratives- and by extension Arcane- during production.



PLAINTIFF'S EXHIBIT ALPHA - DETAILED BREAKDOWN AND ANALYSIS OF EPISODE 8

In season 2 they made Singed into Dr Reveck to use his daughter, Orianna- A champion in LOL- in Arcane. Years ago, she fell deathly ill, and modern medicine was not capable of saving her. To avoid losing her, Singed placed Orianna into stasis, devoting himself to the study of human adaptation to find a way to save her.

This too is remarkably similar to a storyline in Bloodborg, where it is revealed that Warwick is the way he is because the Founding Families took his son to experiment on. He tried to, and plans to re-house his son in a boy robot.

We get hints of Orianna in the final act of Arcane season 1 which could have been added at any moment up until its release in November 2021.

In episode 6: "The mutation must survive."

In episode 7, to Viktor: "Love and legacy are the sacrifices we make for progress"

In episode 8, to Silco: "I too once had a daughter."

Towards the end of episode 9 Singed looks at a locket of a young girl.

Zero foreshadowing in the first and second acts, in a show obsessed with foreshadowing, easter eggs and hidden messages, suggests this was a later adaptation of scripts during production.



PLAINTIFF'S EXHIBIT ALPHA - DETAILED BREAKDOWN AND ANALYSIS OF EPISODE 8

**Conclusion - Exhibit G: Singed's Burnt Face and Retconning of His Character in Arcane**

The transformation of Singed's character from his original League of Legends lore into his Arcane counterpart demonstrates a clear and methodical rewriting of his origins to align with the themes and narratives present in Bloodborg. Prior to Arcane, Singed was depicted as a classic "mad scientist" archetype, marked by claw wounds from Warwick and an obsession with alchemy and poison. However, Arcane altered this significantly:

Facial Disfigurement and Green Eye - Originally, Singed's injuries stemmed from Warwick's claws, damaging his left eye. In Arcane, his scars result from a chemical burn, and his right eye now glows green, an aesthetic detail strikingly similar to Alcuin's gas-exposed green eye in Bloodborg.

Thematic Shift to Blood-Based Science - Singed's role in Arcane pivots from toxic alchemy to Shimmer-based blood experimentation, a shift that mirrors Bloodborg's deep exploration of blood serums, synthetic biology, and the ethical cost of scientific progress.

The Retcon of Dr. Reveck into Singed - Arcane appears to have absorbed the lesser-known League of Legends character, Dr. Corin Reveck, merging him into Singed's backstory. This change serves a crucial function: it introduces Orianna, a League champion, into Arcane by reframing her as Singed's lost (Dead) daughter- a significant parallel to Bloodborg,

40

where Warwick's personal tragedy is driven by the abduction of his son for unethical experimentation.

Treasured Gateway Retconning and Expansions - Riot Games has a long history of leaving ambiguous "open threads" in League of Legends lore, which allow for convenient narrative changes to integrate outside influences while maintaining plausible deniability. This policy of flexible, non-committal storytelling enables them to retrofit external influences into their IP while disguising infringement.

Narrative Convergence with Bloodborg - The shift in Singed's motivations, the introduction of his daughter, and his experimentation with blood-based mutation closely resemble Bloodborg's Warwick storyline, where Warwick fights to retrieve his abducted son's mind, who is later revealed to be transformed into a synthetic being (Trade Secrets).

**Final Analysis**

The changes made to Singed in Arcane go beyond a simple aesthetic overhaul-they fundamentally reshape his character to align with themes, aesthetics, and narrative beats already present in Bloodborg. The sudden pivot to a blood mutation plotline, the inclusion of a lost child as motivation, and the retrofitting of Dr. Reveck's storyline into Singed strongly indicate a calculated attempt to integrate Bloodborg's key ideas into Arcane. If substantiated, this would further support the argument that Arcane engaged in intentional misappropriation of Bloodborg's core themes and character arcs.

41

PLAINTIFF'S EXHIBIT ALPHA - DETAILED BREAKDOWN AND ANALYSIS OF EPISODE 8

**Exhibit H-Jinx in a coma strapped to a stretcher bed.**

Silco kicks open Singed lab door, holding Jinx. She is almost dead. She is comatose, and unlikely to make it through her severe injuries. She is strapped down to the bed; a strap is fastened around her forehead.

Singed says, "Her injuries are severe, I believe I can save her, but the process will be demanding. Sometimes death is a mercy.

Silco says, "She can take it."

Singed asks, "Then before I begin, I must know, are you prepared to lose her?"

Silco says, "She wont die doctor, she can't" He then kisses her forehead.

Sig says, "I understand. Please understand this is for your own sanity." He then injects Singed and says, "I too, once had a daughter."



42

PLAINTIFF'S EXHIBIT ALPHA - DETAILED BREAKDOWN AND ANALYSIS OF EPISODE 8

**Alleged**

It is alleged that this strapping down to a bed scene is a direct parallel and misappropriation of remarkably similar scenes in Bloodborg.

Moreover, and more unsettling, as Bloodborg is deeply personal trauma writing, these traumatic and mature scenes are directly referencing the Plaintiff's own trauma, own life-threatening injuries, and own experiences of being in a coma.

Bloodborg is therapeutic exposure therapy at a distance (Fictionalized). To steal it and to misappropriate it is to steal one's medicine and take one's agency away. It's sick. It's criminal, and it's damaging. Then having to fight endless litigations to prove it is even more inhumane. Thus, these proceedings are nothing less than deliberate abuse and intentional infliction of harm.


**Extracts from Bloodborg,**


1, *"The Mercenaries however, they are the worst, they will find and capture you, they will keep you semi-sedated, strapped to a surgery table for months whilst they milk your blood vessels, until you stop producing or you are no longer valuable to them."*


2, *"D'anna woke in a warm Hospital bed. The room was pitch dark. A green exit sign shone above the doors far in front of the bed. Her body and head were strapped to the bed. She could only move her right eye. She peered down at her body; it was covered tightly with a white sheet. She couldn't feel her limbs, less for a twinge in her left leg. A plastic breathing mask*

PLAINTIFF'S EXHIBIT ALPHA - DETAILED BREAKDOWN AND ANALYSIS OF EPISODE 8

*covered her nose and mouth, sweaty and stale. Under the plastic, another taste lingered. It confused her, she knew the taste but could not remember it, as if her mind was blocking her from remembering. She focused. She remembered! it was… it was… blood and oil."*

Oh, guess what the title is of this episode, in which these Bloodborg scene has directly copied… Oil and water… really? Wow.

**Coma Scene (D'anna vs. Jinx and Viktor):**

Like much of Arcane, this scene is replicated in mirror or cyclical writing, also alleged to be taken from Bloodborg.

**Bloodborg:** D'anna's experience waking from a coma is described with vivid sensory details (e.g., the smell of burnt skin, green exit signs, and medical tubes). D'anna's bed is displayed almost vertically in later paragraphs. D'anna's coma is the catalyst for her transformation into D'borg. A super-fast, super-strong, super-badass Cyborg and Bloodborg test subject.

**Arcane:** Jinx's coma and recovery scene echoes these details, down to the sensory disorientation. Jinx's coma is the catalyst for her transformation into an augmented Shimmer Jinx.

**Arcane:** Viktor is also placed in a coma. Viktor is displayed vertically. Viktor's coma is the catalyst for his transformation into an augmented Jesus Cyborg, then finally into a Bloodborg.

PLAINTIFF'S EXHIBIT ALPHA - DETAILED BREAKDOWN AND ANALYSIS OF EPISODE 8

**From the Plaintiff's medical records and MOD court papers.**

 *""Imagine waking up, strapped down to a bed in a pitch black room, all you can see is the green light of the exit sign and all you can smell is your burnt skin and the ointment the German doctors have applied to your raw wounds from where the skin has been ripped off from friction burns from bouncing down the autobahn after being hit by a car travelling at speeds of over 120km an hour.*

*Imagine waking up and pulling tubes from every orifice of your body and a thick brown sludgy liquid (digested blood) shoots out of your mouth. You are 17 years old in a foreign country, having never been abroad before, and you don't know where you are or what has happened to you."*

knocked unconscious in the collision and transferred to ITU for controlled PEEP ventilation after

first memory he states was waking up in hospital and he was pulling off the tubes attached

the flight". He states in Iraq an x-ray confirmed that he had broken jaw in two places. He states in Iraq he further suffered injuries to his leg and head. He was told to get out of the

talk. He experiences varying scenarios eg car crashes, scoring a goal and then everyone jumps on him and he feels as he is suffocating, or parachutes and the parachute smothers him. These "dreams" started 6/12 after the accident. He remembers the first one, which involved a parachute, while he was working in the offrs' mess. I suggested that he

45

PLAINTIFF'S EXHIBIT ALPHA - DETAILED BREAKDOWN AND ANALYSIS OF EPISODE 8

## The nightmare like dreams where getting worse

When we got back for Iraq I was told to do the precourse just in case. I then had leave and came back to find I had to do the NCO's Cadre which I was very angry and aggressive towards so I went A.W.O.L for the safety of my own health. Since then ive been very depressed, stressed and aggressive which has had a big effect on both my performance as a solider and at home. Ive started taking all the anger and aggression built up in me home with me and doing stupid thinks like getting ████████ drinking every day and fighting. ████████████████████████████

prescribed temazepam (benzodiazepine highly addictive should be prescribed for short term use only) in 2007. He states he became addicted to the same and when they stopped it he started to secure them illegally. He states during the ████████████████

ditch. He has no recollection of the event or the preceding week having been

████████████████ He states he still has no recollection of the accident. His first memory he states was waking up in hospital and he was pulling off the tubes attached to him. ████████████████

head injury, which involved a period of amnesia for a week prior to the event and treatment in IGU with ventilation. He afterwards suffered from vertigo and

the following problems. Anger management, ongoing low back pain, and ongoing anterior leg pain, right worse than left with continued pain management issues. He is left with chronic post-traumatic headache, which can affect his concentration, and persistently disturbed sleep, resulting in tiredness. He is waiting for an appointment at the sleep disorder clinic.

████████████████ describes only a vague recall of the final two weeks of his admission. At the time of discharge he said he was on medication for headaches and had pains in his back and neck. He reported having suffered bruising to his stomach and chest. There were particular difficulties relating to his right leg injuries. ████████████████

PLAINTIFF'S EXHIBIT ALPHA - DETAILED BREAKDOWN AND ANALYSIS OF EPISODE 8

## C

|  | **Zur Sache** | *Details of the offence:* |
|---|---|---|
| Ich gebe die mir vorgeworfene Tat zu: | ☑ ja | ☐ nein |
| *I admit to the offence of which I have been accused.* | *yes* | *no* |

Due to the nature of my inquiries, I have no
recollection of events leading up to the incident.

Ort, Datum  *date, place*                                    (Unterschrift, *signature*)

PLAINTIFF'S EXHIBIT ALPHA - DETAILED BREAKDOWN AND ANALYSIS OF EPISODE 8

**Conclusion - Exhibit H: Jinx in a Coma Strapped to a Stretcher Bed**

The depiction of Jinx's coma scene in Arcane bears striking similarities to both the detailed coma scene in Bloodborg and the Plaintiff's own real-life traumatic experiences. The deliberate misappropriation of deeply personal trauma writing, when taken without consent and then commercialized, amounts to an ethical and legal violation.

**Key Parallels Between Arcane and Bloodborg**

The Strapped-Down Coma Scene

**Arcane:** Jinx is strapped to a bed, with her forehead bound, and is on the brink of death. The scene focuses on the helplessness of the restrained body, the inability to move, and the medical intervention required to bring her back.

**Bloodborg:** D'anna is strapped down, unable to move except for her right eye, and is also waking up from a coma in an unfamiliar setting.

**Real-Life Trauma:** The Plaintiff describes identical conditions from his own real-world experience- waking up strapped to a hospital bed, smelling burnt flesh, and experiencing sensory confusion.

PLAINTIFF'S EXHIBIT ALPHA - DETAILED BREAKDOWN AND ANALYSIS OF EPISODE 8

Coma as the Catalyst for Transformation

**Arcane:** Jinx's coma marks the turning point where she is irreversibly changed, her mind fractured further, and she emerges as a stronger but more unstable version of herself.

**Bloodborg:** D'anna's coma marks her transformation into D'borg, a cybernetically enhanced warrior. She becomes a test subject against her will, much like Jinx becomes an augmented Shimmer-infused weapon.

**Arcane:** Viktor also undergoes a coma and is suspended vertically, paralleling a scene from Bloodborg. His coma is the catalyst for his transformation, much like D'anna's, reinforcing the repeated pattern of misappropriation.

Thematic and Visual Overlaps

Arcane's Episode Title - Oil and Water is essentially the same as Bloodborg's Blood and Oil

**Arcane:** Jinx is near death, and Singed says "Sometimes death is a mercy."

**Bloodborg:** The mercenaries keep people semi-sedated and strapped down, bleeding them dry until they are no longer valuable.

**Arcane:** Singed injects Silco before treating Jinx, implying personal investment.

**Bloodborg:** Scientists use injections and forced experimentation on subjects strapped down in medical facilities.

### Legal and Ethical Implications

If the scene in Arcane is found to be derived from Bloodborg, particularly due to the uncanny replication of specific details from both the novel and the Plaintiff's own medical history, this would go beyond mere inspiration- it would be a deliberate and knowing act of misappropriation.

Additionally, if the scene in Arcane was influenced by private knowledge of the Plaintiff's personal trauma, it constitutes a violation of privacy, intentional infliction of emotional distress, and disability discrimination under various legal frameworks, including The Equality Act 2010 in the UK and U.S. tort law on emotional distress claims.

### Final Statement

The replication of a deeply traumatic, personal experience, originally fictionalized in Bloodborg as a form of therapeutic exposure writing, is not only morally reprehensible but also legally and criminally questionable. The pattern of mirroring highly specific details, both visual and narrative, points to intentional misappropriation rather than independent creation. If proven, this would further substantiate claims of widespread theft, misconduct, and psychological harm inflicted by Riot Games and Fortiche Productions in the development of Arcane.

1

**Exhibit I- W in Singed Lab chair.**

2

Whilst the Plaintiff's deeply personal real-life trauma is being abused in this

3
4

scene, W (Wolstenholme) makes an appearance yet again. This time in the back rest of the chair

5

Singed drags over to place Silco on. Coincidence?

6

7

8

9

10

11



12

13

14

15

16

17

18

19

20

21



22

23

24

25

26

27

28

PLAINTIFF'S EXHIBIT ALPHA - DETAILED BREAKDOWN AND ANALYSIS OF EPISODE 8

**Exhibit J- Finn's Copper flick hood lighter.**

**Arcane season 1**, Episode 8 and 9 - Finn's Copper Lighter is the focus of this character's mannerisms, as he repeatedly flicks it open and closed in several scenes.

**In Bloodborg,** this lighter first belonged to Sally Wild but is most associated with Morgan, who continually flicks the hood of his lighter, indicating a well maintained and controlled, deeper anxiety, as this is an OCD type of coping mechanism.

**In Arcane,** the creators are alleged to have taken this antique copper lighter from one Chem Baron and given it to another, Fin. Yet Silco later acquires the lighter, and obsessively flicks the hood of it, and the lighter becomes associated with Silco's character.







PLAINTIFF'S EXHIBIT ALPHA - DETAILED BREAKDOWN AND ANALYSIS OF EPISODE 8

**In Bloodborg:**

1, *"He closed his eyes, releasing negative thoughts with his breath. He flicked the hood of his copper lighter, obsessively.*

2, *"She pulled out a long needle, she flicked open her antique copper lighter, sterilizing the needle under the flame."*

3, *"Next to it, was her copper flick lighter, with the engraving of a…"*

4, *"He was sitting there at the tea table with my friend, flicking his copper lighter with his thumb."*

5, *"He continually flicked the hood of his lighter."*

6, *"He flicked the hood of his copper lighter, obsessively. 'I'm ready,' he said…"*

PLAINTIFF'S EXHIBIT ALPHA - DETAILED BREAKDOWN AND ANALYSIS OF EPISODE 8

**Conclusion - Exhibit J: Finn's Copper Flick Hood Lighter**

The repetitive flicking of Finn's copper lighter in Arcane Season 1, particularly in Episodes 8 and 9, serves as a defining character trait, emphasizing his controlled demeanor, anxiety, and habit-driven nature. This small but significant detail is later transferred to Silco, reinforcing his calculated and obsessive tendencies.

However, this precise mannerism and the specific copper flick hood lighter, and that lighter passing hands after death, appear to be directly misappropriated from Bloodborg, where the object is deeply tied to Morgan's character as a symbol of emotional regulation, anxiety, and obsession. Furthermore, the lighter's significance as a personal item- first owned by Sally Wild, then passed to Morgan- is paralleled in Arcane, where it is first associated with Finn, then Silco, further indicating a direct narrative and symbolic replication.

This method of transplantation- moving an object and its attached behavioral traits from one character to another- is part of a broader pattern of appropriation seen in Arcane, where highly specific literary devices, motifs, and character-defining idiosyncrasies from Bloodborg are reshaped and redistributed to different figures within the show. The evidence suggests intentional repurposing rather than coincidence, as the copper lighter is not a generic storytelling element but rather a highly specific and unique prop serving a psychological function in both works.

PLAINTIFF'S EXHIBIT ALPHA - DETAILED BREAKDOWN AND ANALYSIS OF EPISODE 8

The Plaintiff asserts that Arcane's creators lifted this detail without attribution, using it as a shorthand for character depth, despite its clear narrative and behavioral origins in Bloodborg. This further substantiates the Plaintiff's claims of methodical misappropriation, supporting a broader pattern of systematic literary theft and character deconstruction/reconstruction through a "Swipe and Gripe" approach.

PLAINTIFF'S EXHIBIT ALPHA - DETAILED BREAKDOWN AND ANALYSIS OF EPISODE 8

**Exhibit K- Lighter Wolf.**

The Plaintiff's writing name is M.W. Wolf. It is alleged that the creators at Riot Games challenged the artists / animators at Fortiche Production SAS to hide M.W. into their shots as much as possible, making it a kind of memeing and taunting game. There is much evidence of this. There is also much evidence of Fortiche and Riot Games hiding messages in the work. Moreover, Christelle Boco, communications marketing manager at Fortiche, who only began working for them in May 2021, states that Arcane was built in 2021, and that Riot would use messages and their own emojis hidden in work to say it's good or ready.

With this in mind, the Plaintiff suggests that Wolf is hidden in the design of Finn's copper lighter, and that After lighting her smoke, Sevika blows out the shape of M.

The O and F are clear, the circle and the F for Finn inside the O. The W is thought to be the wolf's teeth on the base of the lighter. The L is the only stretch, with the vertical back of it running down the left of the lighter and the lower Jaw doubling up as the horizontal base of the L. The additional M is clear in the exhaled smoke from Sevika's nostrils.



PLAINTIFF'S EXHIBIT ALPHA - DETAILED BREAKDOWN AND ANALYSIS OF EPISODE 8

**Exhibit K - Lighter Wolf: Alleged Hidden Messaging & Taunting in Arcane's Design**

The Plaintiff alleges that Riot Games and Fortiche Production SAS deliberately embedded hidden messages, initials, and symbols referencing the Plaintiff's writing alias M.W. Wolf throughout Arcane, as a means of mockery, taunting, or subliminal recognition of the source material.

**This claim is supported by:**

Fortiche's Use of Hidden Messages & Symbols

Christelle Boco, Fortiche's Communications Marketing Manager, stated that the studio deliberately inserted hidden messages and emojis into Arcane's animation to communicate internally about the state of the production.

If messages and references were being inserted for creative or internal communication purposes, it is plausible that similar methods could have been used to embed subliminal references to M.W. Wolf.

**Finn's Copper Lighter as a Hidden Signature**

The Plaintiff suggests that Finn's copper lighter is an example of a subliminal signature containing M.W. Wolf's initials and writing name:

O and F: The circular design and Finn's initial inside it.

W: The wolf's teeth on the base of the lighter, resembling the letter "W."

L: The vertical body of the lighter and the wolf's jaw forming an "L."

M: The exhaled smoke from Sevika's nostrils allegedly forming the letter "M."

PLAINTIFF'S EXHIBIT ALPHA - DETAILED BREAKDOWN AND ANALYSIS OF EPISODE 8

If this pattern is deliberate, it would suggest a coordinated effort to integrate references to M.W. Wolf without direct attribution, which aligns with the alleged broader pattern of appropriation throughout Arcane.

### Repeated Use of Wolf Imagery in Arcane

The Lighter Wolf hypothesis is consistent with other alleged Arcane design choices that seemingly reference M.W. Wolf, including:

The Jinx Gargoyle scene, which mimics Bloodborg's rooftop predator scene.

Warwick's transformation paralleling Bloodborg's evolutionary horror themes.

Multiple "M" and "W" symbols appearing throughout Arcane.

The Plaintiff asserts that M.W. Wolf has been embedded across Arcane's visuals as a running motif, potentially as a mockery or subtle acknowledgment of the original source material.

### Conclusion

If these allegations hold, the Lighter Wolf instance is yet another example of Arcane's developers engaging in an ongoing pattern of subliminal messaging, potentially as a taunt or deliberate act of misappropriation. Given Fortiche's confirmed use of hidden messages within Arcane, the idea that they may have played a "game" with the Plaintiff's initials or signature is not implausible. This supports the Plaintiff's broader claim that Arcane was not independently created, but systematically constructed through a combination of misappropriation, subliminal referencing, and masking techniques to obscure the origins of Bloodborg's influence.

PLAINTIFF'S EXHIBIT ALPHA - DETAILED BREAKDOWN AND ANALYSIS OF EPISODE 8

**Exhibit L- Ambessa's Arrival**





PLAINTIFF'S EXHIBIT ALPHA - DETAILED BREAKDOWN AND ANALYSIS OF EPISODE 8

Finally, we have Ambessa Medarda's official arrival in Arcane. Ambessa and her daughter Mel Medarda were created for Arcane.

It is alleged that Ambessa's character, her backstory, and that of her daughter Mel's character and her purpose / backstory are directly swiped and masked from those of Neva-Leader of the Tribe's POV in Bloodborg and The White-Eyed Child of Great Importance of Bloodborg, respectively.

**Comparison and Conclusion: Exhibit K - Ambessa's Arrival & Bloodborg's Neva and the White-Eyed Child of Great Importance**

**Comparison Between Ambessa and Neva**

Ambessa Medarda, as introduced in Arcane, is a formidable warlord, a woman of power, strategy, and ruthlessness. Her presence in the show revolves around themes of conquest, survival, and legacy. She is characterized by her militaristic dominance and strategic mind, coupled with her insistence that her daughter, Mel, must embrace both power and cunning in order to survive in their world. Ambessa's arrival and interactions with Mel highlight a philosophy rooted in power politics and survival of the fittest.

Neva, in Bloodborg, embodies a similar archetype as the Leader of the Tribe. She is a chieftain, a warrior, and a figure of resilience and determination. Like Ambessa, Neva is deeply entrenched in the power struggles of her world, commanding both respect and fear. Her leadership is defined by her willingness to make difficult decisions for the survival of her people, mirroring Ambessa's unwavering pragmatism.

PLAINTIFF'S EXHIBIT ALPHA - DETAILED BREAKDOWN AND ANALYSIS OF EPISODE 8

**The most striking similarities between Ambessa and Neva include:**

Position of Power: Both are female leaders who wield significant influence over their respective domains.

Tactical Minds: Both characters are tacticians, navigating the brutal landscapes of their worlds with a combination of diplomacy, force, and foresight.

Survival Philosophy: Ambessa tells Mel that she must be both the fox and the wolf to survive; Neva, in her own way, lives by the same ethos, making calculated decisions in a world filled with dangers.

Maternal Dynamics: Ambessa's relationship with Mel mirrors Neva's tragic relationship with her deceased daughter, Sabella. Both women are driven by legacy and the burden of motherhood in their own ways.

**Comparison Between Mel and the White-Eyed Child of Great Importance**

Mel Medarda, as a character in Arcane, is known for her diplomatic approach to power, her sharp intellect, and her strategic maneuvering in Piltover. She is different from her mother in that she believes in building alliances rather than enforcing rule through sheer force. Despite her outward confidence, Mel's past is marked by personal loss and the weight of her family's violent legacy.

PLAINTIFF'S EXHIBIT ALPHA - DETAILED BREAKDOWN AND ANALYSIS OF EPISODE 8

The White-Eyed Child of Great Importance in Bloodborg is an infant discovered by Neva, believed to be a key to saving the world. This child, with unique and mystical markings, represents both hope and power, much like Mel, who carries the Medarda name and the influence of Noxus on her shoulders.

**The key parallels between Mel and the White-Eyed Child of Great Importance include:**

Symbol of Change: Both are seen as figures of immense potential whose influence could reshape the world.

Legacy of Power: Mel, like the child in Bloodborg, is tied to a lineage that dictates the fate of their respective societies.

Connection to a Leader: The White-Eyed Child is raised under the guidance of Neva, just as Mel is shaped by Ambessa's lessons.

The Voyage to Save the World & Mel's Journey to Noxus

**In Bloodborg,** Neva embarks on a perilous journey across the wastelands, a mission tied to her spiritual beliefs and her responsibility to her people. This Voyage to Save the World is a deeply personal and political endeavor. Similarly, in Arcane, Mel departs for Noxus in the Bite Marks cinematic, a journey that could have significant implications for both her personal fate and the power dynamics of Runeterra.

Both characters leave behind their known world to seek answers, power, or redemption. Their departures signify transformation- Neva's for the survival of her tribe and the greater world, and Mel's for the pursuit of a greater role in Noxian politics and the world of Runeterra.

### Blood, Sweat & Tears (Music Video) Reference

The BTS Blood, Sweat, & Tears music video is referenced as a prologue to the themes of sacrifice, duality, and transformation that echo in both Arcane and Bloodborg.

Ambessa and Neva are both deeply tied to themes of bloodline, sacrifice, and legacy, making them parallel figures in their respective narratives.

The tragic beauty of their stories- shaped by war, loss, and the burden of leadership- is a common thread that suggests a deep structural overlap between Bloodborg's storytelling and Arcane's narrative choices.

### Conclusion

The similarities between Arcane's Ambessa and Mel and Bloodborg's Neva and the White-Eyed Child of Great Importance are substantial, particularly in their roles as figures of leadership, power, and transformation. Ambessa and Neva share a hardened perspective on survival and legacy, while Mel and the White-Eyed Child represent the next generation, caught between expectations and destiny.

Given the extensive thematic, narrative, and character design parallels, it is alleged that Arcane may have drawn directly from Bloodborg, repurposing these elements with

PLAINTIFF'S EXHIBIT ALPHA - DETAILED BREAKDOWN AND ANALYSIS OF EPISODE 8

slight modifications to fit within the League of Legends universe. The blending of philosophical lessons, maternal influence, strategic leadership, and symbolic journeys presents a compelling case for significant misappropriation of ideas and character archetypes.

Moreover, the Blood, Sweat and Tears Music Video, which is the prologue to Mel and Ambessa's storylines, clearly depicts Mel as the White-eyed Child of great importance.

Inside the trunk was a new-born baby boy, with the same geometric tribal markings as the woman. The boy had gleaming, brilliant white eyes.

Neva emerged from the trunk with an aura around her. The two hyenas howled and T'agon dropped to his knees.



**Bloodborg**, *"Inside the trunk was a new-born baby boy, with the same geometric tribal markings as the woman. The boy had gleaming, brilliant white eyes.*

*Neva emerged from the trunk with an aura around her. The two hyenas howled and T'agon dropped to his knees."*

PLAINTIFF'S EXHIBIT ALPHA - DETAILED BREAKDOWN AND ANALYSIS OF EPISODE 8

**Exhibit M- A Powerful Woman Using Men For Sex (Gorgeous Man)**





PLAINTIFF'S EXHIBIT ALPHA - DETAILED BREAKDOWN AND ANALYSIS OF EPISODE 8

**In Arcane,** Ambessa Medarda (Mel's mother) is depicted as a powerful and ruthless warlord from Noxus, and there is a scene where she is shown getting onto an airship with a young man. This moment strongly implies that she is using him purely for physical pleasure without any emotional attachment. Later he is seen massaging her in a hot bath.

This interaction reinforces her dominant personality- she is a woman who takes what she wants, whether in war, politics, or personal matters. It contrasts with traditional gender roles often seen in media, where men are typically in the position of power in such dynamics. In Arcane, however, Ambessa flips this, treating her male companion as a disposable pleasure object rather than an equal partner.

This young man is unnamed in the show, adding to his disposability. However, the cast of Arcane have referred to him as Gorgeous Man, and he is now mentioned as such on the League of Legends fandom Wiki page.

**Ambessa says,** *"I'm off to sample the local cuisine."*



PLAINTIFF'S EXHIBIT ALPHA - DETAILED BREAKDOWN AND ANALYSIS OF EPISODE 8

**It is alleged that this too is lifted from Bloodborg.**

**Parallels in Bloodborg - D'borg's Sexual Dominance**

It is alleged that this power dynamic is directly lifted from Bloodborg, specifically the D'borg storyline, where a powerful and ruthless female combatant similarly flips traditional gender roles. D'borg, struggling with her suppressed feminine hormones and fragmented identity, engages in physical relationships with men as a means to feel whole, human, and womanly again. However, much like Ambessa, she treats these encounters with detachment, reducing the men to disposable tools for her satisfaction rather than partners of equal standing.

The more explicit lines have been omitted from the extract.

**Extract From Bloodborg,**

*"She walked off feeling frustrated with the man's performance. He lay dead on the floor of the elevator.*

*Strobe lights blasted around, and happy hardcore music blared from enormous speakers, as D'borg walked around the smog-filled rooms, which were divided by wooden rails and draping fabrics.*

*She scanned the entire building looking for Warwick, who wasn't there. She passed a row of curtained-off booths. She walked the line staring into each of the booths. She watched with envy as people pleasured each other. A man dressed as a ghost brushed past her, pressing himself against her bottom. He winked.*

*D'borg gripped the man by the throat and launched him onto a free bed at the end of the line."*

PLAINTIFF'S EXHIBIT ALPHA - DETAILED BREAKDOWN AND ANALYSIS OF EPISODE 8

**Conclusion**

The striking thematic and character-driven similarities between Arcane's Ambessa Medarda and Bloodborg's D'borg in this reversed power dynamic supports the allegation that Riot Games reworked this concept directly from Bloodborg. Both characters:

Reverse traditional gender power dynamics by using men purely for pleasure, without emotional connection.

Are dominant and ruthless women who operate in male-dominated environments, further asserting their control.

View men as disposable objects, reinforcing their detached, predatory nature.

Use sex as an assertion of power and pleasure, rather than a romantic or emotional act.

This is yet another example of Arcane's systematic "Swipe and Gripe" methodology, where the original narrative elements from Bloodborg were reworked, altered slightly, and masked to avoid direct accusations of plagiarism.



68

PLAINTIFF'S EXHIBIT ALPHA - DETAILED BREAKDOWN AND ANALYSIS OF EPISODE 8

**Exhibit N- Heimerdinger Walks The Undercity.**

In this scene we see Heimerdinger walking through the dilapidated and degraded streets of the undercity. We can see M.W. and in another place W, written into the environment.

The Plaintiff alleges, diluted under all of this M.W. business, is systematic copyright theft. It's all taunting and distraction to make the Plaintiff's claims sound and feel less plausible, whilst pointing the blame on mental illness. This is direct and intentional gaslighting and psycho-emotional abuse.







PLAINTIFF'S EXHIBIT ALPHA - DETAILED BREAKDOWN AND ANALYSIS OF EPISODE 8

**Exhibit O- Bear on the wall.**

Heimerdinger finds Ekko hiding under the Bridge with an injured leg. On the metal column is a clear outline of a bear. The bear could refer to one of many characters of the LOL universe. It serves these proceedings just to show that much is hidden in Arcane.





PLAINTIFF'S EXHIBIT ALPHA - DETAILED BREAKDOWN AND ANALYSIS OF EPISODE 8

**Exhibit P – Viktor's Mutilation Kit**

      In this image we see that there is an M designed into the pod of Viktor's shimmer injection gun. Layered, the three handles of the utensils also layout M. Viktor deliberately knocks the utensils to the side once, then twice to widen the M. A clear indication that this is intentional, just like the lighting of a gas lamp to insinuate gaslighting in the episode 4 opening.







PLAINTIFF'S EXHIBIT ALPHA - DETAILED BREAKDOWN AND ANALYSIS OF EPISODE 8

**Exhibit Q - Viktor's Blue / Purple Storm**

**In Arcane,** Viktor experiences a mystical blue and purple storm in his laboratory while holding onto the Hexcore. The energy swirls around him violently, crackling with power as if tearing into another dimension. This moment is significant, symbolizing Viktor's transformation, his scientific evolution, and his blood bond with the Hexcore's unpredictable magic.

**Direct Parallels in Bloodborg - Bluebeam Quantum Storms**

It is alleged that Arcane's depiction of Viktor's storm is directly lifted from Bloodborg, where Bluebeam Quantum Teleportation creates identical swirling blue and purple storms. These storms are described as lightning-charged, chaotic events, capable of distorting time, space, and reality itself. Bloodborg carefully constructs these storms as an essential part of its quantum-based technology and energy manipulation themes, whereas in Arcane, the storm surrounding Viktor's Hexcore is not fully explained or explored.



PLAINTIFF'S EXHIBIT ALPHA - DETAILED BREAKDOWN AND ANALYSIS OF EPISODE 8

**Extracts from Bloodborg,**

1, *"The smog began to energise- swirling up into the sky and dissipating into a gooey purple and blue rain. Lightening electrified the firmament, bruising the air. Thunder screamed a warning at Warwick, begging him to run away. Warwick stood tall, all five foot seven of him, refusing to be bullied by the storm."*

2, *"A blackness opened from the centre of the sphere, an awoken pupil. A gale shot out of the pupil and lightning exploded, blueing up the world."*

3, *"'Don't worry about me, what you need to worry about is what's coming,' said Warwick pointing to the sky, which had begun to swirl into a storm. Lightning ripped through the sky."*



PLAINTIFF'S EXHIBIT ALPHA - DETAILED BREAKDOWN AND ANALYSIS OF EPISODE 8

**Conclusion**

The striking visual and narrative similarities between Arcane's Hexcore storm and Bloodborg's Bluebeam storms suggest yet another instance of Arcane reworking and masking direct concepts from Bloodborg:

Identical swirling blue and purple storms appearing at moments of transformation and / or transportation (Viktor with the Hexcore, D'borg with Bluebeam teleportation).

Lightning, gales, and energy distortions as the key characteristics of these storms.

Symbolism of scientific or metaphysical evolution, with both Viktor and Bloodborg's characters undergoing major transformations during these events.

Given the deliberate thematic depth of Bloodborg's quantum storms and the lack of detailed scientific explanation in Arcane, it is alleged that Arcane's storm sequence was directly taken from Bloodborg, stripped of its original meaning, and hastily repurposed as part of Viktor's transformation without a coherent scientific foundation.

PLAINTIFF'S EXHIBIT ALPHA - DETAILED BREAKDOWN AND ANALYSIS OF EPISODE 8

**Exhibit R- Sky is Vaporized by the Hexcore**

**In Bloodborg,** the storm's energy and teleportation mechanism are shown to have strict limitations regarding who or what can survive the process. The storm is not a universal transport mechanism and can be lethal to those who attempt to use it improperly.

Evidence from Bloodborg:

Extract 1:

"The smog began to energise- swirling up into the sky and dissipating into a gooey purple and blue rain. Lightning electrified the firmament, bruising the air. Thunder screamed a warning at Warwick, begging him to run away. Warwick stood tall, all five foot seven of him, refusing to be bullied by the storm."

(This suggests that the storm is a dangerous force rather than a predictable mode of travel.)

Extract 2:

"A blackness opened from the centre of the sphere, an awoken pupil. A gale shot out of the pupil and lightning exploded, blueing up the world."

(This passage describes the storm forming an entity rather than functioning as a stable transportation system, the same as "The Wall".)

PLAINTIFF'S EXHIBIT ALPHA - DETAILED BREAKDOWN AND ANALYSIS OF EPISODE 8

Extract 3:

"The blue faded and the ground around where the eye of the storm had been, steamed, evaporating all liquids around the area."

(This suggests extreme energy output that would likely disintegrate or harm a human body rather than safely transport it.)

**Parallel to Arcane:**

**In Arcane,** Sky is completely vaporized when the Hexcore storm activates. This mirrors the destructive and unpredictable nature of the storm in Bloodborg, where only specific entities- enhanced beings- can withstand or control it.

This comparison reinforces that Bloodborg originally set the precedent for energy storms functioning as dangerous and unpredictable and quasi-living phenomena, rather than safe passageways for humans. The adaptation of this idea in Arcane follows a similar principle, where those not properly equipped (like Sky) are torn apart by the energy.



76

PLAINTIFF'S EXHIBIT ALPHA - DETAILED BREAKDOWN AND ANALYSIS OF EPISODE 8

**Exhibit S- Jayce Melts Metal**

Jayce melts metal to make weapons. We first see this image, the rune or symbol appears as an M.



Then we see this topographic view, where the rune appears as a W. In Fact, we now have two Ws on the melting board. Maybe M.W.W. as in M.W Wolf maybe?



77

PLAINTIFF'S EXHIBIT ALPHA - DETAILED BREAKDOWN AND ANALYSIS OF EPISODE 8

Also, The only other clear letter is B. Why is the B the only letter or symbol not connected to the malting liquid? Is it another hidden sign that this show is taken from Bloodborg. Is it not curiously odd that links and nods to Bloodborg and M.W. Wolf keep popping up?



When the liquid metal reaches the Hex gem, it lights up. The two letters directly linked to it are the two Ws. We have discussed that M.W. is an ambigram. Ambigrams are sorts of visual palindromes. Some words turn upside down, others are symmetrical through a mirror. Hence the backwards M.W. in the chest of the M.W. Wolf logo.



PLAINTIFF'S EXHIBIT ALPHA - DETAILED BREAKDOWN AND ANALYSIS OF EPISODE 8

PLAINTIFF'S EXHIBIT ALPHA - DETAILED BREAKDOWN AND ANALYSIS OF EPISODE 8

**Exhibit T- Reflection in a Blade or Weapon.**



In this scene we see Jayce glare at his reflection in the blade or surface of the weapon he is making. This "Reflection in a Blade" trope occurs several times in both Bloodborg and Arcane. This is a highly common trope. But it serves to point out the repeated use of it in both stories and the multiple elements it serves in both stories.

Blade reflections in Arcane, and Bloodborg, are used as a visual storytelling technique, often symbolizing duality, internal conflict, and impending violence. While the series doesn't overly rely on this motif, there are a few key moments where reflections in blades or metallic surfaces play a role in enhancing the narrative.

PLAINTIFF'S EXHIBIT ALPHA - DETAILED BREAKDOWN AND ANALYSIS OF EPISODE 8

**Here are some notable instances:**

1.   Jinx's Reflection in Her Weapons

Jinx, formerly Powder, is often shown interacting with her weapons, sometimes seeing distorted reflections in them. This represents her fractured psyche and descent into madness. The way she perceives herself in these moments often shifts, reinforcing her internal turmoil.

2. Ambessa Medarda's Sword

Ambessa, being a Noxian warlord, wields a powerful blade. There are moments where the reflection of light on her weapon emphasizes her dominance and her warrior nature. Though not a direct "reflection" scene, the way the blade is showcased adds to her intimidation factor.

3. Echoes of Violence - Vi vs. Sevika

During Vi's fights with Sevika, the gleam of Sevika's mechanical arm and the blade she uses are often highlighted, emphasizing the brutal nature of their battles. In many fight scenes, the light reflecting off metal weapons intensifies the sense of danger.

4. Silco's Knife & Self-Reflection

Silco often plays with a dagger or small blade in several scenes. While not always shown as a literal reflection, his relationship with sharp objects represents his sharp mind and ruthlessness. In some instances, the blade represents his ability to "cut away" emotions, such as his conflicting feelings about Jinx.

PLAINTIFF'S EXHIBIT ALPHA - DETAILED BREAKDOWN AND ANALYSIS OF EPISODE 8

**Extracts from Bloodborg,**

1, *"A posse of Feral Fighters ran onto the gangway. Rook Pulled down her maroon vail and gazed at her reflection in the blade. She recalled her mother and father practising in the moonlight with wooden swords, balancing barefooted on a pipe. She recalled Momma Grace's ballet dancing teachings and the stick play with her brothers Matteo and McCauley. She recalled the re-enactment sword battles with Roy. Her skin contracted, her shoulders grew, warmth rushed through her body, preparing her muscles for battle."*

2, "She zoomed in on the reflection- a hair-thin tripwire which Warwick had laid across the mouth of the tunnel."

3, *"I looked up at the fragments of mirror I had placed around the pillar of the tower to reflect the street below.*

*I spotted the reflection of a Defender dragging his legs through the water… "*

4, *"Seeing the reflection of her torn-up face, made her think of Ratface Raven Duke and how she had made fun of his appearance, it made her feel sorry for him, and for herself."*

5, *"The sun glimmered off the door window, catching D'anna's attention. She focused onto her reflection in the door window.*

*Her mouth felt watery, D'anna felt the room begin to spin like a terrible fairground ride. In her reflection she could see her left eye was missing, in its place was a cover of skin."*

PLAINTIFF'S EXHIBIT ALPHA - DETAILED BREAKDOWN AND ANALYSIS OF EPISODE 8

**Exhibit U- Jayce's Forge**

Zoomed in we can see M.W. W etched into the forge. The first W is wonky. Then we see a W on the wall behind Jayce. Then we see a tiny M on the flame side of the bench near Vi's foot.











PLAINTIFF'S EXHIBIT ALPHA - DETAILED BREAKDOWN AND ANALYSIS OF EPISODE 8

**Exhibit V- The Jayce & Vi vs. The Shimmer-enhanced cyborgs fight on the Bridge Platform.**

Please note, again this is on a raised bridge, platform in a train station, as it is in Bloodborg for Warwick's final battle against a Cyborg named D'borg. This counter-part scene from Bloodborg has been repurposed a number of times, much like most of Arcane… Alleged.

If we remember back to the episode 3, Act 1 final battle in which Vander dies, it also took place on a raised platform with rail line sleepers, but it is alleged that the train station of that scene was switched to be a crab factory.

**Overview of episode 8 Fight Scene**

**The Setup**

Jayce and Vi launch an attack on Silco's Shimmer production facility to cut off his supply of the powerful drug. They take out the train lines used to transport Silco's Shimmer barrels. The fight takes place on an industrial platform in Zaun, surrounded by pipes, catwalks, and machinery. They face Shimmer-enhanced enforcers, who are highly aggressive and difficult to take down.

**The Battle**

Jayce and Vi Use Hextech Weapons

Jayce wields his Hextech hammer, which can switch between melee and ranged combat.

In close combat, he uses massive kinetic energy swings to crush enemies.

<span style="color:blue">84</span>

PLAINTIFF'S EXHIBIT ALPHA - DETAILED BREAKDOWN AND ANALYSIS OF EPISODE 8

In ranged mode, he fires charged blue energy blasts, instantly vaporizing multiple cyborgs.

Vi, equipped with Atlas Gauntlets, takes on the mutants with raw strength.

She delivers powerful punches that send enemies flying and shatter metal surfaces.

Despite her strength, the relentless nature of the Shimmer mutants makes them a serious threat.

**Jayce Sees His Reflection (Exhibit T)**

At one moment, Jayce glances at his reflection in his hammer.

This symbolizes his internal conflict- he came to stop crime, but now he's killing people.

**The Tragic Death**

In the chaos, Jayce fires an energy shot at an enemy, but the blast accidentally kills a young child working at the factory.

The scene is silent and devastating. Jayce freezes in shock as he realizes what he has done. Vi also looks disturbed, but she tries to keep moving forward.

**Aftermath**

Jayce feels the weight of his actions and starts questioning their mission.

Vi, though affected, has seen too much violence to stop now.

This moment leads Jayce to seek diplomacy with Silco, setting up the events of the final episode.

PLAINTIFF'S EXHIBIT ALPHA - DETAILED BREAKDOWN AND ANALYSIS OF EPISODE 8

**Breakdown Of the Fight.**

**V1, Destroying / infiltrating the Rail Lines.**

**In Arcane,** Jayce and Vi launch an attack on Silco's Shimmer production facility to cut off his supply of the powerful drug. They take out the train lines used to transport Silco's Shimmer barrels.





PLAINTIFF'S EXHIBIT ALPHA - DETAILED BREAKDOWN AND ANALYSIS OF EPISODE 8



**In Bloodborg,**

"The Next jammer was on the SolarScape south line in the mini-transfer station; a dome-like building which hung on cables above the rails of the south line, like a giant glass snow globe. Ferals infested both the tracks and the dome.

Rook set and detonated explosives to sever the four main stability cables. The dome dropped and popped like an air bubble. The shattering glass rained down on the Ferals, mincing them to piles of raw hairy flesh. The jammer was crushed to scrap metal.

Collateral damage thought Rook as blood washed down the rail line- Rooks empathy for Feral Fighters had washed away many years ago. Rook jogged south along the line, towards Tetris."

PLAINTIFF'S EXHIBIT ALPHA - DETAILED BREAKDOWN AND ANALYSIS OF EPISODE 8

**V2, Fighter over the Ledge.**

Both works depict fighters falling or being tossed or pushed off high platforms to their deaths.



**Extracts from Bloodborg,**

1, *"... grabbing a Feral Fighter and ragging him over the ledge. He descended with his screams, into the abyss."*

2, *"Katsuko dropped to one knee, placed her arm and shoulder behind the Fighter's legs and stood up, lifting her arm, sending the Fighter tumbling over the ledge."*

3, "She grabbed the two gormless bag sniffers by their collars and yanked her arms backwards, hurtling one man across the walkway and smashing his brains out on the corner of a bricked building. The other fell off the walkway and hung gormlessly snarled in hanging wires."

4, "D'borg lifted her leg, the man rolled off the walkway, dropping into the smog…"

PLAINTIFF'S EXHIBIT ALPHA - DETAILED BREAKDOWN AND ANALYSIS OF EPISODE 8

**V3, Divebombing**

We see these Shimmer Mutants Divebombing down on the Enforcers.

**Bloodborg:**

"Raptors- Skydivers falling from space, divebombing towards the ground, disappearing behind the wall. They are twirling down at speeds way too fast to stop- kamikaze."







PLAINTIFF'S EXHIBIT ALPHA - DETAILED BREAKDOWN AND ANALYSIS OF EPISODE 8

**V4, Slow Motion to Fast Forward**

The way Shimmer Mutants run with super speed, they appear at one point, then zoom, like fast forwarding. Then they are on the enforcers before they know it.





**In Bloodborg:** *"… ran at him, in slow motion, then before he could think, it was as if someone had pushed fast forward, and she was on him with a flying fist to his already buckled nose."*

**V5, Two Half-Length Samurai Swords**

The Shimmer-Enhanced Cyborgs/ Mutants each have two Samurai Swords for hands. They tend to hold the swords down towards the ground.



 



**In Bloodborg:**

*"Two half-length samurai swords grew out of her back as she pushed harder. Gripping the skin covered handles, she pulled the swords up and away from her back, stretching the synthetic skin which looked like Pizza dough as it pulled away... holding her samurai swords to the ground."*

PLAINTIFF'S EXHIBIT ALPHA - DETAILED BREAKDOWN AND ANALYSIS OF EPISODE 8

**V6, M on the Bridge**

The M shape reflects light, making it stand out from the other shapes in the rail.





PLAINTIFF'S EXHIBIT ALPHA - DETAILED BREAKDOWN AND ANALYSIS OF EPISODE 8

**V7, Knee Strike**

Under attack, Jayce sees an opening, he uses a knee strike to gain the upper hand.







**In Bloodborg:**

"His kick connected with the inside of D'borg's knee, knocking her off balance. She fell backwards on the rail."

PLAINTIFF'S EXHIBIT ALPHA - DETAILED BREAKDOWN AND ANALYSIS OF EPISODE 8

**V8, Child Falling to his Death.**

Jayce goes on a rampage, zapping the mutants with high energy hex tech blasts which totally obliterates the mutants. Yet when he accidentally blasts a child directly, full force in the chest, the child is stunned but still standing, not even knocked off his feet or knocked backwards a single step. The child faints and falls off the platform to his death.



PLAINTIFF'S EXHIBIT ALPHA - DETAILED BREAKDOWN AND ANALYSIS OF EPISODE 8

There is a clear discrepancy in the way Jayce's hammer harms the mutants to the way the boy took its full load. The Plaintiff alleges that this is because the "Writers" were working towards the goal of a child falling through the smog to his death, because that's what they read. They cut out the sentence and liked it, so they worked towards it. Inconsistencies like this show gap filling and working towards selected beats and not clear and independently constructed narratives.

We know from many interviews, from Christian Linke and Others, that for some fight scenes, Fortiche's animaters were given beats to work to and they were given the autonomy to choreograph the fights, working towards the beats or in stictions given.

**Extracts from Bloodborg,**

1, *"... as she fell into the dark deep Smog... landed on a mound of floating black bags full of rubbish."*

2, *"As always safety first, reports have been coming in about a child in the Needle District falling from a cable, disappearing into the smog below. RIP poor child, we can only hope that you are now in a better place."*

PLAINTIFF'S EXHIBIT ALPHA - DETAILED BREAKDOWN AND ANALYSIS OF EPISODE 8

Thus, given the Bloodborg extracts provided throughout exhibit U, we can reconstruct the whole scene, just as the Plaintiff has deconstructed it here.

Oh, Look, the Boy is still alive, but all the mutants are toast… Oh, No, wait… Now he's dead DEAD.



**Conclusion - Exhibit V: The Jayce & Vi vs. The Shimmer-Enhanced Cyborgs Fight on the Bridge Platform**

The bridge platform fight in Episode 8 of Arcane bears striking similarities to the final battle sequence in Bloodborg, both in setting and choreography. The repeated use of a raised train platform, the presence of heavily enhanced cybernetic foes, the kinetic and high-impact combat sequences, and even the tragic accidental death of a child falling into the abyss mirror events in Bloodborg with remarkable specificity.

PLAINTIFF'S EXHIBIT ALPHA - DETAILED BREAKDOWN AND ANALYSIS OF EPISODE 8

The Plaintiff alleges that this fight scene, like many others in Arcane, is not an organically developed set piece but rather a reworked version of Bloodborg's climactic showdown, with elements shuffled around and adapted to fit Arcane's narrative while still following an almost identical sequence of events.

**Key Parallels Between Arcane and Bloodborg**

The Train Lines Destruction

**In Arcane,** Jayce and Vi infiltrate the Shimmer facility and target the train transport system.

**In Bloodborg,** Rook detonates explosives to sabotage a train system, wiping out enemies in the process.

Both scenes involve characters disrupting an industrial train line critical to the enemy's operations.

Enemies Falling Off the Platform

**In Arcane,** mutants and enforcers are thrown off the edge of the platform to their deaths.

**In Bloodborg,** several characters are thrown off a high ledge in the heat of battle.

Divebombing Attacks

**In Arcane,** Shimmer-enhanced mutants leap and drop onto their opponents.

**In Bloodborg,** "Raptors" (enhanced fighters) divebomb from above in a near-identical combat maneuver.

PLAINTIFF'S EXHIBIT ALPHA - DETAILED BREAKDOWN AND ANALYSIS OF EPISODE 8

Slow-Motion Into Fast-Forward Action

**In Arcane,** Shimmer mutants appear to move in slow-motion, then burst forward at super speed.

**In Bloodborg,** the same kinetic transition effect is used in a combat scene.

Twin Half-Length Samurai Swords Held Downward

**In Arcane,** Shimmer Cyborgs wield two downward-facing swords.

**In Bloodborg,** a cybernetically enhanced character pulls twin swords from their back and holds them downward.

The "M" Shape on the Bridge

**In Arcane,** a bright "M" shape stands out on the platform, reflecting light.

This is alleged to be another example of Arcane subtly referencing M.W. Wolf, the Plaintiff's writing alias.

The Knee Strike

**In Arcane,** Jayce lands a knee strike to stagger his opponent during the battle.

**In Bloodborg,** Warwick uses a near-identical knee strike to gain the upper hand.

PLAINTIFF'S EXHIBIT ALPHA - DETAILED BREAKDOWN AND ANALYSIS OF EPISODE 8

The Accidental Death of a Child

**In Arcane,** Jayce fires an energy blast that unintentionally kills a young boy working in the factory.

**In Bloodborg,** there are multiple references to a child falling into the abyss below the smog.

**The Arcane** sequence is alleged to be reverse-engineered from Bloodborg- working toward the same tragic beat without concern for internal weapon consistency.

**Pattern of Reconstruction**

Given these extensive parallels, it is not simply a case of common tropes or influences. Instead, the structural composition of the fight scene, its key beats, the environmental setting, and the choreography follow Bloodborg's original battle. These aren't isolated coincidences but part of a broader pattern of scene reworking and masked appropriation, alleged to be present throughout Arcane.

When examined alongside Arcane's known development practices- where fight choreography was given to animation teams to build around specific key moments- it suggests that the scene was reverse-engineered using Bloodborg's fight structure as a template.

Thus, the Plaintiff asserts that this battle sequence, like many others in Arcane, is a repurposed, reconfigured, and subverted adaptation of Bloodborg's original fight sequences, tailored to fit the League of Legends world while retaining its core structure, visual beats, and dramatic weight.

PLAINTIFF'S EXHIBIT ALPHA - DETAILED BREAKDOWN AND ANALYSIS OF EPISODE 8

**Declaration**

I, Marc Wolstenholme, declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge and belief.

Respectfully Submitted,

Dated: March 12, 2025, Marc Wolstenholme

Plaintiff, Pro Se     *M.WOLSTENHOLME.*

PLAINTIFF'S EXHIBIT ALPHA - DETAILED BREAKDOWN AND ANALYSIS OF EPISODE 8