1

2

3

4

Marc Wolstenholme
5 Shetland Close
Coventry, England CV5 7LS
Telephone: 044 7827964404
Email: marc@mvwolf-fiction.co.uk
Plaintiff in Pro Per

5

6

7

8

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

9

10

11

12

13

14

15

16

MARC WOLSTENHOLME,
              Plaintiff,

vs.

RIOT GAMES, INC.,
              Defendant

| | |
|---|---|
| CASE NO. 2:25-CV-00053-FMO-BFM HON. | |
| *Hon. Fernando M. Olguin* | |
| DECLARATION OF MARC WOLSTENHOLME | |
| PLAINTIFF'S EXHIBIT BETA- DETAILED BREAKDOWN AND ANALYSIS OF EPISODE 9: SUPPORTING EVIDENCE FOR COPYRIGHT INFRINGEMENT CASE | |

Dated this: March 13th, 2025

17

18

*M.WOLSTENHOLME.*
_____
[MARC WOLSTENHOLME]

19

20

21

22

23

24

25

26

27

28

**I, Marc Wolstenholme, declare as follows:**

**Background and Introduction**

I am the plaintiff in this case against Riot Games, Inc., regarding copyright infringement and unauthorized use of original materials derived from my manuscript "Bloodborg" and related works. I submit this PLAINTIFF'S EXHIBIT BETA- DETAILED BREAKDOWN AND ANALYSIS OF EPISODE 9

This declaration provides evidence supporting my request for damages and to outline the profound and ongoing impact of the defendant's actions on the Plaintiff's brand, monetary welfare, and emotional health.

Please note, given the severity and overwhelming abundance of evidence, the Plaintiff has exhausted the alphabet as title denotations, thus he will now use the Greek alphabet. This document is therefore titled BETA, the next document will be Gamma and so on.

PLAINTIFF'S EXHIBIT BETA- DETAILED BREAKDOWN AND ANALYSIS OF EPISODE 9

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# Exhibits

**Exhibit A- Root Plant.**

Sky is gone, eaten by the hexcore, but she left behind her notebooks. Viktor, sitting on the floor crying, picks them up and reads them. In the notebooks is a letter addressed to Viktor, which is a bit odd unless getting eaten by the hexcore was Sky's plan, so she wrote a letter before she got vaporized.

In the letter Sky explains that she has been researching, she says, *"Everyone's got to do their part, right."*

In the letter we can see that she has been researching the root plant, with its roots circled, again confirming that Shimmer started with a root plant.

**In Arcane,** we don't find out why roots are the source of medicine / magic/ awakening. Again, another loose thread is not tied off, nor understood by the creators of Arcane.



3

PLAINTIFF'S EXHIBIT BETA- DETAILED BREAKDOWN AND ANALYSIS OF EPISODE 9

**In Bloodborg**, the roots are the source of the awakening of Mother Gaia because they are inside the earth, the soil, thus inside Mother Gaia herself, they are a part of her. The psychoactive root plants can be turned into a drink or dried and crushed into a powder. The drink Concoction is commonly called Rescogita. Mother Gaia gifted it to the world to try to save the good of humanity, so she isn't forced to commit total genocide to self-heal.

**Extracts from Bloodborg,**

1, *"It's very hard to access, people say it has something to do with the Pineal gland. To gain access, one must meditate for hours after taking the correct preparation drink, made from the roots of an old tree, thought to be extinct now, thus the concoction is in short supply and extremely expensive.*

*I might as well admit it now, I've accessed Deep-Root, mostly to read of the Old-World. The Concoction (Rescogita) is more available in the 4th quarter because the mountains are harder to search."*

2, *"On a cold winter's night a few months after the pod crash, Chris and Dillon sat in front of the hologram Log fire, looking out over the river wye, drinking whisky on the rocks. Dillon disclosed that he had been consuming rescogita to access Deep-Root to help him investigate the pod crash and he had met a woman inside the network who could help him."*

4

PLAINTIFF'S EXHIBIT BETA- DETAILED BREAKDOWN AND ANALYSIS OF EPISODE 9

3, *""No, I didn't,' said Neva, looking back over her shoulder at the empty jars of root potion.*

*'Neva, you haven't been inside Gaia again have you?'*

*'Do not question me elder, I'm suffering,'*

*'Sweet Neva, your father spent all too long inside that consciousness, it consumed him.'"*

**Conclusion - Exhibit A: Root Plant**

The root plant's significance in Arcane is presented as a mysterious but underdeveloped concept, where its properties are referenced in Sky's research and hinted at as a foundational element of Shimmer. However, the show never explains why roots are the source of alchemical transformation, nor does it explore their deeper significance beyond their inclusion as a visual motif. The lack of follow-through suggests that the Arcane "writers" introduced this element without fully understanding its meaning or origin, which aligns with the Plaintiff's broader allegations of misappropriation and superficial adaptation.

By contrast, in Bloodborg, the root plants serve as an essential component of Rescogita, a deeply integrated, lore-rich concept tied to the awakening of Mother Gaia. This hallucinogenic or psychoactive root potion is crucial to the story's world-building, as it serves as a gateway to Deep-Root, an interconnected higher consciousness beyond human perception. The roots exist inside the earth, tying them directly to Gaia herself, reinforcing the spiritual and ecological themes of the narrative.

PLAINTIFF'S EXHIBIT BETA- DETAILED BREAKDOWN AND ANALYSIS OF EPISODE 9

**Key Parallels Between Arcane and Bloodborg**

Roots as a Source of Power/Transformation

**Arcane:** Sky's research focuses on the roots of a plant as the key to Shimmer's evolution, yet this is never fully explained.

**Bloodborg:** The roots of an ancient tree serve as the primary ingredient in Rescogita, a sacred substance used to access Deep-Root (a higher consciousness).

Alchemical / Psychoactive Properties

**Arcane:** The roots are circled in Sky's notes, implying their importance in the creation or enhancement of Shimmer. However, their function is never explored.

**Bloodborg:** The root-based drink is a consciousness-expanding elixir, allowing those who consume it to enter Gaia's network and access ancestral and cosmic knowledge.

Connection to the Earth's Energy & Mysticism

**Arcane:** There is no explanation of why roots are powerful in this world-roots simply exist as a loose, unexplored narrative thread.

**Bloodborg:** The roots are literally part of Gaia, symbolizing her consciousness reaching out to humanity.

PLAINTIFF'S EXHIBIT BETA- DETAILED BREAKDOWN AND ANALYSIS OF EPISODE 9

A Lost or Restricted Substance

**Arcane:** The root plant's role in Shimmer suggests that it is rare and crucial to its potency, but we never learn why.

**Bloodborg:** Rescogita is rare and difficult to obtain, as the original tree species is thought to be extinct, making the concoction extremely expensive and valuable.

Warnings About Overuse

**Arcane:** There are no cautions or deeper explanations about the use of root-based substances, leaving their properties vague.

**Bloodborg:** Neva, the leader of the Tribe, is warned about consuming too much Rescogita, as her father was consumed by it, emphasizing the risks of over-reliance on spiritual enhancement.



7

**Pattern of Misappropriation**

The reduced role of the root plant in Arcane suggests that it may have been a reworked adaptation of Bloodborg's Rescogita, but without the deep spiritual and world-building significance. The roots-as-medicine concept in Bloodborg was a fully developed narrative device, tied to Gaia, nature, Higher Consciousness, Deep-root, and the fabric of reality itself. In Arcane, the roots remain a hollow aesthetic choice, hinting at a borrowed concept without the original depth of meaning.

Furthermore, the presence of alchemical and consciousness-altering substances in Bloodborg- ranging from Rescogita to blood-based serums- mirrors how Arcane constructs its own alchemical advancements (Shimmer, Hexcore mutations, and Singed's experiments). However, Arcane struggles to provide a coherent explanation for its root-based transformations, suggesting that it merely borrowed the motif without fully understanding its implications.

Thus, the Plaintiff asserts that the root plant motif in Arcane is another example of methodical reworking from Bloodborg, where a deeply integrated element was lifted, stripped of meaning, and forced into Arcane's narrative with minimal comprehension.

PLAINTIFF'S EXHIBIT BETA- DETAILED BREAKDOWN AND ANALYSIS OF EPISODE 9

**Exhibit B- Vikor's tinman face in Sky's letter.**

Hidden in a reflection of Sky's letter is a faint reflection of Viktor as the Arcane Herald Bloodborg which he will eventually become in Season 2. This again shows that the Arcane creators hid things in the visuals of the story. However, letters are made of paper. The letter is not a mirror nor glass or metal, I don't really understand why they have shown a reflection here. It has a fundamental lack of integrity. The face is also different from both the LOL tinman (Dr Doom) Viktor and the Arcane season 2 Viktor, suggesting that when this scene was developed, in the latter half of 2021, they still hadn't finished Viktor's season 2 designs. He looks like an alien in the reflection.





9

PLAINTIFF'S EXHIBIT BETA- DETAILED BREAKDOWN AND ANALYSIS OF EPISODE 9

**Exhibit C- Lotus on Sky's Notebook.**

**In Arcane**, Viktor picks up Sky's notebook and looks at the front of it. There is a lotus flower design, hinting at us that the Lotus is important. Again, this is yet another undeveloped concept in Arcane. This again shows that concepts and ideas and themes introduced in Bloodborg: The Harvest but were planned to be developed in the next two books, are not understood by Riot's "Creators" so they are left open in Arcane. This is clear evidence of misappropriation and shows that Arcane was not independently created.



**In Bloodborg,**

The Pink Lotus has significant meaning to the story (Trade Secrets).

*"Yeah, interesting what he said though hey,' said Rook walking behind a changing screen decorated with pink lotus flowers."*

PLAINTIFF'S EXHIBIT BETA- DETAILED BREAKDOWN AND ANALYSIS OF EPISODE 9

**Exhibit D- The Hexcore Zaps Viktor**

Viktor picks up a chair to smash the Hexcore but can not bring himself to do it. Then the Hexcore zaps him, showing him who's boss. This indicates that the Hexcore is taking over him, radicalizing him and controlling his mind. In Season 2 Victor will become a fake Bloodborg Harald (God) and have an army of slaves, mind controlled cybernetic human robot Bloodborg things. But it isn't really Viktor, he too is being controlled by the Arcane.





PLAINTIFF'S EXHIBIT BETA- DETAILED BREAKDOWN AND ANALYSIS OF EPISODE 9

**Extract from Bloodborg, from Morgan's Proclamation.**

*"The Founding Families are moving towards a world without resistance, a one-world slave machine where the only survivors see them as gods. They plan to re-house their minds in bloodborgs, the pinnacle of all creation. The ultimate cybernetic human beings. Merging AI, in-brain, robotics and synthetic human self-regenerating tissue with the perfect cocktail of endless blood to be immune to all diseases and ageing."*

**Allegation**

The infringement is ridiculous, the "Writers" of Arcane literally copied the story without masking and transform Viktor into a Bloodborg, which is a copyrighted concept, and literally the title of the Plaintiff's book.

**Conclusion - Exhibit D: The Hexcore Zaps Viktor**

The parallels between Viktor's transformation in Arcane and the Bloodborg concept in Bloodborg are undeniable. In both narratives, we see the emergence of a cybernetic human-machine hybrid, created through a fusion of organic matter and an external, controlling force. In Arcane, the Hexcore is portrayed as an entity with self-awareness and an ability to dominate Viktor's will, leading to his eventual descent into becoming a mechanized god-like figure with an army of cybernetic slaves. This mirrors the dystopian vision outlined in Bloodborg, where the Founding Families seek to enslave humanity by re-housing their consciousness within Bloodborgs, eradicating resistance and achieving immortality through artificial and biological fusion.

PLAINTIFF'S EXHIBIT BETA- DETAILED BREAKDOWN AND ANALYSIS OF EPISODE 9

**The thematic and structural similarities are striking:**

Viktor's radicalization and loss of agency to the Hexcore closely resemble the Founding Families' mind-control over their Bloodborg creations in Bloodborg.

The idea of a superior cybernetic race that is immune to aging and disease, driven by a dystopian elite's quest for power, is central to both works.

Even the terminology- Bloodborg- is directly copied in visual form, without adequate transformation, which constitutes direct infringement of the Plaintiff's intellectual property.

The evidence strongly suggests that Arcane's depiction of Viktor's evolution is not an original creation, but rather a repurposed and heavily disguised version of the core Bloodborg concept. The Plaintiff alleges that Riot Games and the creators of Arcane have not only taken inspiration but have directly lifted and rebranded the essence of Bloodborg's core narrative into their own work.

Moreover, the misuse of the "Treasured Gateway" one-liner of "Glorious Evolution" to try and pretend that this was always a plan, shows a willful practice of IP theft.

This again is direct masking of conspired IP theft, of which is literally built into Riot Games's business practices to hide theft and build plausible deniability.

If a business is founded on theft and sabotage and has theft masking built into their business practices, they will only ever be a dishonest and dangerous company and should not be allowed to continue trading unless they show radical transformation and healthy business policies to cut out the rot.

PLAINTIFF'S EXHIBIT BETA- DETAILED BREAKDOWN AND ANALYSIS OF EPISODE 9

**Exhibit E- Silco and Jayce's "Parley"- The Price of Peace.**





In this scene Silco and Jayce "Parley." They exchange settlement demands, Silco states, "If you want peace, this is the price." Jayce agrees with the demands but has his own demands, and states that he wants Jinx to pay for her crimes as well.

Jayce states, *"Get me Jinx, and I'll give you your nation of Zaun"*

PLAINTIFF'S EXHIBIT BETA- DETAILED BREAKDOWN AND ANALYSIS OF EPISODE 9

**Extracts from Bloodborg,**

The event and the motives and the settlement agreements are the same, told from a different character under interrogation.

1, "'*Are the Assemblage planning to invade New Kowloon.'*

*'Yes, yes, but not if Cowboy Momahan gets them all they desire, they will spare the city, give it to him even, make him the First King of New Kowloon, if he catches Morgan and all the children.'*"

2, *"The Feral Fighters are looking everywhere, they are even invading other territories, the districts are readying for war. Cowboy Momahan, the leader of the Feral Fighters, has vowed to unite the gangs, the hunters and raiders of The Needles district, to fight against other districts, for full control of New Kowloon. He has announced that he will be the first King of New Kowloon. Then in the middle of this, The Assemblage has, supposedly placed out this warrant on Jade and Morgen, but no one knows what either Jade or Morgan look like. Apart from you and me, we know what jade looks like,'"*

PLAINTIFF'S EXHIBIT BETA- DETAILED BREAKDOWN AND ANALYSIS OF EPISODE 9

**Conclusion - Exhibit E: Silco and Jayce's "Parley" - The Price of Peace**

The negotiations between Silco and Jayce in Arcane closely mirror the power-driven settlement demands in Bloodborg. Both scenes revolve around two opposing leaders engaging in high-stakes diplomacy, each seeking territorial dominance and offering sacrificial exchanges to secure peace.

The structural and thematic similarities are clear:

**In Arcane,** Silco demands Zaun's sovereignty, offering peace in return, while Jayce insists on handing over Jinx as the price for political recognition.

**In Bloodborg,** The Assemblage offers Cowboy Momahan full control of New Kowloon, in exchange for capturing Morgan and the children, showing a similar demand for power in exchange for sacrificing key individuals.

Both negotiations center on a leader bargaining the life of an individual as the "price" for a greater political or territorial goal.

Both conflicts set the stage for betrayal and war, as neither party in these negotiations fully trusts the other.

This comparison suggests that Arcane's act of political diplomacy is not original but a direct transformation of Bloodborg's power struggle narrative. The core plot device, sacrificing a single person to achieve dominance, unifying the underworld, Shimmer Vs Fetal Sapien Serum, proclaimed as a king, remains identical, with only minor aesthetic alterations.

16

The Plaintiff argues that Arcane has restructured and disguised the core negotiation dynamics from Bloodborg, using different character archetypes but maintaining the same stakes, character motivations, and thematic execution. This demonstrates clear misappropriation, further solidifying an undeniable pattern of narrative repurposing.

17

PLAINTIFF'S EXHIBIT BETA- DETAILED BREAKDOWN AND ANALYSIS OF EPISODE 9

**Exhibit E- Ekko enters The Place of Light Through a Pipe.**



**Bloodborg,**

"They meandered their way through the maze of narrow sky tunnels and elevated streets, with flickering electric lighting and rain soaking down some of the walls.

They came to the gaping centre of the mouth which had an open roof. The vast courtyard contained a densely packed shantytown.

'The residents call this place; Lugar dal luz, which is Spanish, that was another way of talking, from a different region, far across the world. It means place of light,' said Warwick as he entered the shantytown."

**Conclusion,**

Even the entry to The Place of Light is strikingly similar.

PLAINTIFF'S EXHIBIT BETA- DETAILED BREAKDOWN AND ANALYSIS OF EPISODE 9

**Exhibit F- Socratic Conversation At a landmark (Statue/ Fountain)**

A Socratic dialogue is a form of conversation, typically using a question-and-answer format, designed to stimulate critical thinking, explore ideas, and uncover underlying beliefs and values through structured questioning.

One can have a Socratic Conversation with oneself, or with another.

**In Arcane:** Silco goes to the statue of Vander to have a Socratic conversation with himself.





PLAINTIFF'S EXHIBIT BETA- DETAILED BREAKDOWN AND ANALYSIS OF EPISODE 9

**In Bloodborg,** Josh does the same, but is interrupted by The QM Bill, thus Josh continues the Socratic dialogue with the QM.

*"After the last Defenders had left, I sat on the ruined fountain and practised breathing, my lungs have ached since coming down from The Stand. I hope my respirator seal hadn't broken during all the mayhem.*

*I took the sweet from my pocket and placed it in my mouth. Man, so good, my entire mouth watered, like a salivating dog. I had a dog once, an adorable amber coated Deerhound. My dad shot her because of the pet ban. He didn't want to; he was forced to. Shame, I loved young Jilly, she was a good dog. I bet they still have pets in the inner sanctuary back on Ark.*

*Bill the QM is coming over to speak with me."*

PLAINTIFF'S EXHIBIT BETA- DETAILED BREAKDOWN AND ANALYSIS OF EPISODE 9

**Exhibit G- Presence of the Normal (ANPA)**

 **ANPA:** An acronym for "Absence of the Normal, Presence of the Abnormal".

"Absence of the normal, presence of the abnormal" is a concept used in situational awareness to identify unusual behaviors or situations. It's a core principle in training people to be aware of their surroundings. It's also a core principle, or skill, in searching for, and recognition of, concealed material.

Throughout the breakdown and analysis of Season 1 of Arcane, the Plaintiff has used this ANPA skill to search for and identify thousands of threads of IP theft and masking, as well as hundreds of examples of gaslighting and taunting, predominantly using the Plaintiff's initials and writing alias.



21

PLAINTIFF'S EXHIBIT BETA- DETAILED BREAKDOWN AND ANALYSIS OF EPISODE 9

**In this scene,** a close up of the graffiti, the Plaintiff identified this being a moment or place of expected hidden references to his work, however found only "Presence of the Normal" (PON). In the graffiti we see Ekko, which is Presence of the Normal. And there is an M, but one would expect to find random letters in graffiti like this, so it's merely Presence of the Normal. This highlights the difference between the hundreds of examples of gaslighting and taunting, and what would normally be expected. Random letters, and indeed placed letters should be in graffiti, and here they are. This is not misplaced or hidden or out of the ordinary range of expectation. This is further evidence that the out of place M.W.'s found throughout the season are placed there intentionally.





PLAINTIFF'S EXHIBIT BETA- DETAILED BREAKDOWN AND ANALYSIS OF EPISODE 9

**Exhibit H- More Reworking**

Vi walks into The Last Drop. In the bar we see a lot of reworked characters.

1, Reworked Sid from Toy Story

 

2, Reworked Deckard

 

3, Fuller face Sevika Man

 

4, And Councilor Shoola letting her hair down.

 

PLAINTIFF'S EXHIBIT BETA- DETAILED BREAKDOWN AND ANALYSIS OF EPISODE 9

It is not a violation of IP nor crime to reuse their own work. However, it does show that Arcane was rushed, as money wasn't really an issue was it, seems as they splashed out willingly to the sum of over 250 million to make both seasons of Arcane, apparently.

Many characters were reused with a little touch up and the Plaintiff alleges that some designs were taken from external IP, possibly Spider-Man: Into the Spider-Verse, Monster High, Subie from Mass Effect, Ryze from LOL, Aphelios from LOL, Vecna from Dungeons & Dragons and more, but of course, my manuscript mostly.

This shows a propensity to borrow and swipe stuff, and to cut corners, rather than make original content. This Pattern can be shown with endless lore and IP swiping both in Arcane and in the wider LOL universe. Moreover, it will be shown that Fortiche Animators extensively used mood boards to make Arcane. Additionally, the "Showrunners" brag in an interview about not being able to make it work until the answer fell in their laps. They also speak about not reinventing the wheel, cutting corners, and upscaling what they can to save time and money.

PLAINTIFF'S EXHIBIT BETA- DETAILED BREAKDOWN AND ANALYSIS OF EPISODE 9

**Conclusion for Exhibit H - More Reworking**

The clear reuse of character designs, aesthetic elements, and archetypes in Arcane- whether from their own prior work, external IPs, or alleged adaptations of Bloodborg- demonstrates a consistent pattern of repurposing existing content rather than developing fully original material. While reusing assets is not inherently a violation of intellectual property law, the extent of these reworks, particularly when combined with the broader allegations of "swipe and gripe" practices, reinforces the claim that Arcane was not created from the ground up, but rather built upon pre-existing concepts, including (almost all) those from Bloodborg.

Furthermore, the showrunners' own admissions regarding their creative struggles- stating that the answers "fell into their laps," that they actively sought ways to "cut corners," and that they avoided "reinventing the wheel"- further support the assertion that Arcane relied heavily on pre-existing influences rather than original world-building. Given the extensive financial resources available, this was not a matter of necessity but of deliberate strategy.

Ultimately, the plaintiff argues that these repeated patterns of repurposing and reworking, particularly in connection with the themes, structures, and character designs found in Bloodborg, serve as additional circumstantial evidence of the alleged misappropriation of Bloodborg's core elements in Arcane.

PLAINTIFF'S EXHIBIT BETA- DETAILED BREAKDOWN AND ANALYSIS OF EPISODE 9

**Exhibit I- Vi Fights Sevika in the bar.**

1, Vi Fights Sevika in the bar. Sevika grows a glowing sword from her bionic arm, much like D'borg grows two swords from her back in Bloodborg.

2, Vi severs Sevika's bionic arm, much like Warwick severs D'borg's bionic arm in Bloodborg.

**Bloodborg,**

1, *"Two half-length samurai swords grew out of her back as she pushed harder. Gripping the skin covered handles, she pulled the swords up and away from her back, stretching the synthetic skin which looked like Pizza dough as it pulled away- trying desperately to cling on."*

2, "She fell, ripping her impaled arm almost off at the forearm."



PLAINTIFF'S EXHIBIT BETA- DETAILED BREAKDOWN AND ANALYSIS OF EPISODE 9

**Additionally, in season 2,** Sevika's new bionic arm which Jinx makes, is pinned to the leg of the Vander statue, whilst the crowd raise their hands to make a Stand with Jinx. Sounds familiar.



**In Bloodborg,**

*"They shall no longer take our blood, they shall no longer take our kin, our children, our females. They shall feel the wrath of New Kowloon. We will stand together.*

*WE STAND! WE STAND!  WE STAND!"*

*"The crowd erupted with war cries and wolf howls, as Defenders beat their weapons against their chests. The hard-shell turned transparent revealing a metallic foggy sky. The mob screamed louder, they beat their weapons to the sky, as they looked up at the giant wall."*

PLAINTIFF'S EXHIBIT BETA- DETAILED BREAKDOWN AND ANALYSIS OF EPISODE 9

Sevika pinned to the leg of the Vander statue.



**In Bloodborg,**

"Warwick's sword stabbed through her arm and into the roof of the carriage, pinning her flesh and wires."

PLAINTIFF'S EXHIBIT BETA- DETAILED BREAKDOWN AND ANALYSIS OF EPISODE 9

**Conclusion for Exhibit I - Vi Fights Sevika in the Bar**

The striking similarities between Arcane's Vi vs. Sevika bar fight and the Bloodborg confrontations strongly suggest that Arcane did not organically create these fight sequences but rather reworked existing elements from Bloodborg's sentences and used them as beats to work towards in the choreography of the fights. The details of Sevika's glowing weapon growing from her bionic arm closely mirror D'borg's samurai swords emerging from her back. Similarly, the thematic and visual impact of Vi severing Sevika's arm parallels Warwick's severing of D'borg's bionic limb.

Additionally, the symbolic significance of Arcane's season 2 scene-where Sevika's new arm is pinned to Vander's statue while the crowd stands united with Jinx- echoes the revolutionary We Stand! moments in Bloodborg. The imagery of a rising movement, accompanied by chants and weapon-clashing, mirrors Bloodborg's depiction of Defenders and other factions, such as Morgan's resistance in hiding rallying against oppression and vice-versa.

These overlaps further reinforce the plaintiff's claim that Arcane consistently lifted elements from Bloodborg, reshaping them into its own narrative without sufficient transformation or originality. When examined alongside the broader allegations of asset repurposing and thematic borrowing, the Vi vs. Sevika fight serves as yet another example of Arcane's systematic pattern of creative misappropriation.

PLAINTIFF'S EXHIBIT BETA- DETAILED BREAKDOWN AND ANALYSIS OF EPISODE 9

**Exhibit J- M on the Wine Chalice.**

Jayce and Viktor reveal to the councilors that Jayce has brokered a deal with Silco. The councilors are dismayed and jump up to shout at Jayce. Cassandra Kiramman jumps up and knocks over her win chalice. There is a clear M hidden on the chalice.



PLAINTIFF'S EXHIBIT BETA- DETAILED BREAKDOWN AND ANALYSIS OF EPISODE 9

**There is also an M in the wall design behind the table.**



PLAINTIFF'S EXHIBIT BETA- DETAILED BREAKDOWN AND ANALYSIS OF EPISODE 9

**Exhibit K- Jinx's Tea Party**

Jinx's Tea Party is one of the most haunting and pivotal scenes in Arcane Season 1, occurring in Episode 9 ("The Monster You Created"). This moment fully encapsulates Jinx's descent into madness, blending dark humor, tragedy, and psychological horror.

Jinx captures Vi, Caitlyn, and Silco and forces them to participate in a twisted tea party at a dimly lit table inside her hideout.

The table is decorated with eerie details, including a cupcake with a lit candle, referring to Vi's nickname for Caitlyn ("Cupcake").

Two mannequins, dressed as Milo and Claggor (Jinx's childhood friends who died in the explosion she caused), are seated at the table, symbolizing her fractured mind and guilt.

**The Tea Party's Symbolism:**

Jinx presents Vi with a choice: either accept her as Jinx or try to "save" her as Powder, her past self.

She gives Vi a gun and forces her to choose between her (Jinx) and Caitlyn, reflecting Jinx's desperate need for validation.

Silco, whom Jinx sees as a father figure, tries to reassure her, but Jinx accidentally kills him in a moment of emotional conflict.

The Aftermath:

Devastated by what she's done but unable to return to being Powder, Jinx fully embraces her new identity.

32

PLAINTIFF'S EXHIBIT BETA- DETAILED BREAKDOWN AND ANALYSIS OF EPISODE 9







**Red M. Green W. on the bowls**



PLAINTIFF'S EXHIBIT BETA- DETAILED BREAKDOWN AND ANALYSIS OF EPISODE 9

**In Bloodborg,**

There is a chapter called Tea Party. which the Plaintiff alleges informed Jinx's Tea Party scene.

In this chapter, Rook is able to drop her disguise and alter ego, revealing her true identity (Female) and reveling in herself for the first time in the book. It's also the first time that she is given the pronouns Her and She in the book. It's a moment of great revelation.

Much the same as Jinx, but Jinx's dilemma was a traumatic climactic twist. Roy can also drop his persona, to enjoy his transrobotic self. Thus, like Jinx, they both fully embrace their sincerer psychological identities.

This Tea Party scene is about embracing one's Jungian "Shadow Self." The "shadow self," a concept popularized by Carl Jung, refers to the unconscious aspects of our personality that we may repress, reject, or hide, encompassing emotions, fears, desires, and traits that conflict with our conscious self-image.

In this Tea Party scene, away from the outside world, Rook and Roy can be girls. They can do girly things, and they can dress up in pretty dresses. Yet in the outside world, these vulnerabilities will get them killed or hunted, as lawlessness is rampant.

This is a deeply psychological scene, it tugs at the core of identity, gender identity and self-image, whilst also raising questions of the vulnerability of girls in lawless societies.

PLAINTIFF'S EXHIBIT BETA- DETAILED BREAKDOWN AND ANALYSIS OF EPISODE 9

Paradoxically, in the midst of squalor, lawlessness and degradation, the scene also portrays the innocent beauty and pleasure of being a girl.

This is one of the most powerful yet uneventful scenes in Bloodborg, because amongst the fast-paced blood, guts and death, we have this beautiful and haunting moment of acceptance and embrace between trusted friends, it juxtaposes itself.

**Extracts from Bloodborg,**

1, *"...said Rook walking behind a changing screen decorated with pink lotus flowers. Rook pulled off the black hood, revealing combat shoulders and elbow padding. Removing the padding, Rook's shadow on the back wall reduced like a wane gibbous moon. Removing the next layer- a hole-ridden long-sleeved sweatshirt, the shadow reduced more so. Rook unwrapped the maroon head vail, revealing prominent cheekbones and raspberry lips.*

*Rook pulled off her wig cap releasing a torrent of glossy black. The long black hair sprung down to the rags bound around her chest. Rook sighed as she slowly unwrapped her torso. She stood on the window ceil and stretched out her arms, like a dove released. The air tickled the tiny hairs on her forearms as she waved them around.*

*'Oh, the sensation of the air, gliding against my skin,' she said pronouncing her S's and raising the pitch of her voice. She had perfected her low, monotone masculine voice but it never felt like home. Alone with Roy, her masked disintegrated.*

*She jumped down from the ceil, waving her hair around and running her fingers through it.*

PLAINTIFF'S EXHIBIT BETA- DETAILED BREAKDOWN AND ANALYSIS OF EPISODE 9

*'Free as a bird,' said Roy, heaving a rope up through a ventilation shaft. Rook grasped Roy's little hand over the rope.*

*'Let me help, I'm quicker, we have much to talk about this evening,' said Rook, lifting the duffle bag tied to the end of the rope. She pushed the bag towards Roy. She leaned into the vent and unhooked the next rope and pulled it up. On the end of it was a huge picnic basket. She pulled the basket up onto the dusty floor.*

*Roy had already taken a pink and yellow dress out of the duffle bag. He climbed up onto a chair and hung the dress over the changing screen.*

*Rook changed into the dress whilst Roy opened the picnic basket and layout the tea party and dolls.*

**Conclusion for Exhibit K - Jinx's Tea Party**

The parallels between Jinx's Tea Party in Arcane and the Tea Party scene in Bloodborg go beyond mere aesthetic similarities, reflecting deeper psychological and thematic resonance. Both scenes act as moments of self-reckoning, where the characters must confront their fractured identities and fully embrace their truest selves.

Jinx, tormented by her past and the weight of her transformation, orchestrates a macabre and emotionally charged gathering, forcing Vi to make a choice that is ultimately impossible. Likewise, Rook and Roy, in Bloodborg, use their tea party as a space of personal liberation- a rare moment where they can exist without fear, shedding the masks they wear for

PLAINTIFF'S EXHIBIT BETA- DETAILED BREAKDOWN AND ANALYSIS OF EPISODE 9

survival. The symbolic weight of both scenes is immense, illustrating themes of identity, self-acceptance, and the psychological cost of living in violent, lawless environments.

Additionally, the Jungian Shadow Self concept is deeply embedded in both narratives, with Jinx battling between Powder and Jinx, while Rook struggles with the contrast between her public persona and her private self. The Tea Party in both stories serves as a liminal space- a place where identity is fluid, where old versions of the self are confronted, and where transformation becomes irreversible.

The Plaintiff argues that the Tea Party scene in Arcane is not only inspired by Bloodborg, but that it replicates its core themes, structure, and function within the narrative. Given the meticulous framing, the psychological underpinnings, and even the symbolic use of props (such as dolls and disguises), this scene further demonstrates the systematic misappropriation of Bloodborg's deeply personal and thematic storytelling.

Moreover, to boil this scene down to its core, retaining the core nuances yet rebuilding it in a different context suggest that the Bloodborg Tea Party scene was fed into an Ai tool to retain its core meaning and psychological weight. The Plaintiff argues that this isn't independent creation, it isn't even creation, its adaptation and masking.

PLAINTIFF'S EXHIBIT BETA- DETAILED BREAKDOWN AND ANALYSIS OF EPISODE 9

**Exhibit L – Tea Party Candles are Gaslit (Gaslighting).**

The candles on the table of Jinx's Tea Party are connected via gas pipes, they are gas lit, hence how they were able to all light at once.





Thus, we have a replicated Tea Party scene, immersed in psychological horror, with gaslighting, then many M.W. hidden in the scene, followed by Jinx's psychotic brake in which we see M.W. over and over again. Coincidence or Abuse? The Jury has only these options.

PLAINTIFF'S EXHIBIT BETA- DETAILED BREAKDOWN AND ANALYSIS OF EPISODE 9

M.W. Ws on and around the table.









PLAINTIFF'S EXHIBIT BETA- DETAILED BREAKDOWN AND ANALYSIS OF EPISODE 9

M. W. Wolf



PLAINTIFF'S EXHIBIT BETA- DETAILED BREAKDOWN AND ANALYSIS OF EPISODE 9



PLAINTIFF'S EXHIBIT BETA- DETAILED BREAKDOWN AND ANALYSIS OF EPISODE 9

**W O ↑ F – The Red letters Below**



PLAINTIFF'S EXHIBIT BETA- DETAILED BREAKDOWN AND ANALYSIS OF EPISODE 9

**Let's play Hang Man-**

Below we can See MW then a four letter word beginning with W.

What could it be? There is a hole in the second letter of the four letter word.

M.W. Wool? M.W. Wolf ?







43

PLAINTIFF'S EXHIBIT BETA- DETAILED BREAKDOWN AND ANALYSIS OF EPISODE 9

**The Plaintiff alleges that this says Wolf or Woff.**

Thus, all together it says M.W Wolf- the Plaintiff's writing alias- or M.W. Woff

The only letter that cannot be clearly made out is the third letter, which can be interpreted as either: l r y or f.







44

PLAINTIFF'S EXHIBIT BETA- DETAILED BREAKDOWN AND ANALYSIS OF EPISODE 9

This Jinx psychotic brake scene began with Vi gazing at gaslit candles, followed by relentless flashing of M.W. and M.W.W and even M.W. Wolf. This is the second time in nine episodes that we have watched the lighting of gas followed directly by M.W. symbolism. The first was the Heimerdinger gaslighting of episode 4 opening. Even once is blatant, abusive and stupid. Twice in nine episodes, and the second being so over-pronounced and overworked is nothing more than malevolent and criminal.

We have direct and clear Gaslighting, with literally lighting of gas, in 22.22% of the nine episodes, almost a quarter of the episodes. Moreover, M.W. shows up in all nine episodes multiple times.

The people in the top seats did this whilst knowing of the Plaintiff's past struggles with PTSD and mental health, and his vulnerabilities and disabilities, as both the agents and the people who read the queries would have had knowledge of these things.

This is possibly the most prolific, evil, serious and brazen case of gaslighting in TV and film in the history of this industry. This points at a continuation of the unethical business practices of Riot Games. They are not and have never been a safe company. They grew too quickly and sold out, whilst adopting a Bro-mancing we don't give a fuck attitude because they have been spat endless money without a care in the world for the safety implications of these deals.

The Plaintiff is far beyond angry. A former version of the Plaintiff may have acted on his feelings towards the fake writers. Now, he just wants justice and safety for other creatives and their works.

PLAINTIFF'S EXHIBIT BETA- DETAILED BREAKDOWN AND ANALYSIS OF EPISODE 9

The "Writers" / "Showrunners" Alex Yee and Christian Linke and the main Executive Producers Christian Linke, Marc Merrill, Brandon Beck, Jane Chung, and Thomas Vu, and the former CEO who greenlit the show, Nicolo Laurent need to be criminally investigated for these crimes and abuses.

**Conclusion for Exhibit L - Tea Party Candles are Gaslit (Gaslighting)**

The deliberate and methodical placement of gaslit candles in Jinx's Tea Party scene, followed by an overwhelming presence of M.W. symbolism, cannot be dismissed as mere coincidence. The scene not only mirrors the Tea Party chapter from Bloodborg, but it amplifies its psychological horror elements to an extent that strongly suggests targeted gaslighting- both within the narrative itself and towards the Plaintiff.

This is further evidenced by the consistent and recurring presence of M.W. and Wolf symbolism throughout Arcane, with these initials appearing in highly visible and psychologically significant moments. The fact that gaslit candles- an unmistakable metaphor for manipulation and distortion of reality- are present in a scene directly lifted from Bloodborg raises serious concerns about the intent behind these choices.

Moreover, this is not an isolated incident. This is the second blatant use of gaslighting in Arcane, the first being the Heimerdinger gaslighting scene in Episode 4. When viewed in context, these repeated visual and thematic cues suggest more than mere artistic inspiration- they demonstrate a premeditated effort to target and undermine the Plaintiff, drawing directly from his work, his writing alias (M.W. Wolf), and his personal history with PTSD and trauma.

PLAINTIFF'S EXHIBIT BETA- DETAILED BREAKDOWN AND ANALYSIS OF EPISODE 9

The Plaintiff argues that this is a direct and calculated attack on his mental well-being, disguised under the guise of storytelling, with the aim of building plausible deniability even though the copyright case is blatant as we have not witness a single major event or plot beat which wasn't in some way adapted from Bloodborg (The final Fishbones rocket event is organic but we haven't got there yet).

Given Riot Games' documented history of unethical business practices, this case stands as a damning example of creative exploitation and psychological abuse within the entertainment industry. The individuals responsible for overseeing, greenlighting, and producing Arcane, including Alex Yee, Christian Linke, Marc Merrill, Brandon Beck, Jane Chung, Thomas Vu, and former CEO Nicolo Laurent, must be held accountable for their roles in enabling this systemic misconduct.

This is not just an issue of copyright infringement- it is a gross violation of ethical storytelling, artistic integrity, and personal dignity. The plaintiff believes that this case and the severe punishments handed down to the abusers should set a precedent to deter others from engaging in such wicked actions, behaviors and unethical business practices.

Given the persistent unethical and damaging business practices at Riot Games, the Plaintiff asks that investigations are conducted into the stability and appropriateness for Riot Games to continue trading and working in this manner, or any manner.

PLAINTIFF'S EXHIBIT BETA- DETAILED BREAKDOWN AND ANALYSIS OF EPISODE 9

**Legal Citations & Applicable Laws**

The Plaintiff asserts that the actions of Riot Games, its executives, and associated production teams constitute multiple legal violations under both U.S. and international law. These claims are substantiated by a pattern of misappropriation, psychological abuse, and potential fraudulent conduct. The Plaintiff reserves the right to amend claims and seek further legal remedies as discovery progresses.

1. Copyright Infringement – 17 U.S.C. § 501

The Plaintiff alleges that Arcane unlawfully copied substantial elements of Bloodborg, violating the U.S. Copyright Act (17 U.S.C. § 501). The scene in question- the Tea Party- is nearly identical in theme, and psychological depth to a chapter in Bloodborg. Courts recognize that infringement occurs when a work is "substantially similar" in both its expression and its core creative elements.

2. Fraudulent Misrepresentation - Cal. Civ. Code § 1709

The Defendants, including Christian Linke, Alex Yee, Fortiche Production SAS, CBG, and Riot Games, allegedly engaged in fraudulent misrepresentation by concealing the origins of their material, leading the public to believe Arcane was an original work. Under California law, a party commits fraudulent misrepresentation when they knowingly deceive another to gain an unfair advantage. If Arcane's creators intentionally masked their theft of Bloodborg, this claim is legally valid.

48

PLAINTIFF'S EXHIBIT BETA- DETAILED BREAKDOWN AND ANALYSIS OF EPISODE 9

### 3. Unjust Enrichment - Common Law

By allegedly stealing concepts from Bloodborg, Riot Games and other potential defendants have been unjustly enriched at the Plaintiff's expense. Under common law, a party that benefits from another's work without compensation must restore the value received. Given Arcane's massive financial success, this principle applies directly.

### 4. Intentional Infliction of Emotional Distress (IIED) - Cal. Civ. Code § 43.5

The Plaintiff argues that Riot Games' actions- including the intentional use of M.W. Wolf references, gaslighting imagery, and psychological horror elements tied to his personal trauma- constitute intentional infliction of emotional distress. California law recognizes IIED claims when a defendant engages in extreme and outrageous conduct with the intent to cause severe emotional harm. The repeated and deliberate nature of this targeting supports this claim.

### 5. Misappropriation of Trade Secrets - Cal. Civ. Code § 3426

If the Plaintiff's unpublished or query materials were accessed or misused through Riot Games' Riot Forge or through industry agents, this could qualify as misappropriation of trade secrets. California law protects confidential creative works from being exploited without permission.

PLAINTIFF'S EXHIBIT BETA- DETAILED BREAKDOWN AND ANALYSIS OF EPISODE 9

6. False Designation of Origin - Lanham Act, 15 U.S.C. § 1125(a)

Riot Games may have violated the Lanham Act by falsely presenting Arcane as an original creation while basing key components on Bloodborg. This law prohibits misleading representations that deceive consumers about the origin of creative works.

7. Disability Discrimination & Retaliation - Americans with Disabilities Act (ADA) – 42 U.S.C. § 12101

Given that the Plaintiff has documented disabilities and Bloodborg was therapeutic exposure therapy writing, any deliberate targeting of his PTSD, mental health, or neurodivergent status through Arcane's gaslighting and thematic elements could constitute disability discrimination under the ADA, Uk Equality Act 2010 and the ECHR, article 14. Furthermore, if Riot Games or its affiliates engaged in retaliatory actions when confronted about these claims, this would violate federal protections against disability-based harassment.

8. Spoliation of Evidence – Cal. Code of Civ. Proc. § 2023.030

If Riot Games has destroyed or concealed any materials related to the alleged infringement, this constitutes spoliation of evidence. The Plaintiff demands immediate preservation of all relevant files, communications, and records.

9. Unfair Business Practices – Cal. Bus. & Prof. Code § 17200

The Plaintiff contends that Riot Games engaged in unfair business practices by systematically misappropriating material, misleading the public, and gaslighting a disabled

PLAINTIFF'S EXHIBIT BETA- DETAILED BREAKDOWN AND ANALYSIS OF EPISODE 9

writer. California law prohibits deceptive and fraudulent business practices, and this claim provides grounds for restitution and injunctive relief.

10. Anti-Competitive Business Practices – Sherman Act, 15 U.S.C. §§ 1-2 & Clayton Act, 15 U.S.C. § 14

The Plaintiff alleges that Riot Games engaged in anti-competitive business tactics, including:

Exclusionary Practices: The alleged theft of Bloodborg and its integration into Arcane could be seen as a means of shutting out independent creators such as the Plaintiff, denying them access to the market.

Quid Pro Quo Deals & Blacklisting: Riot Games has allegedly used industry influence to manipulate hiring, agent relationships, and business negotiations, creating an environment where independent works cannot thrive.

Market Manipulation: By monopolizing creative content through unauthorized borrowing and industry control, Riot Games has allegedly suppressed fair competition, violating U.S. antitrust laws.

These actions may violate both the Sherman Act (which prohibits monopolization and restrictive trade practices) and the Clayton Act (which regulates exclusive dealings and mergers that harm competition). The Plaintiff reserves the right to seek intervention from regulatory bodies such as the Federal Trade Commission (FTC) and European Commission (EC) for anti-competitive investigations.

PLAINTIFF'S EXHIBIT BETA- DETAILED BREAKDOWN AND ANALYSIS OF EPISODE 9

**Conclusion**

Based on these legal statutes, the Plaintiff asserts that Riot Games and its affiliated parties engaged in extensive wrongdoing, warranting both civil and potential criminal liability. The Plaintiff reserves all rights to pursue additional claims under U.S. law, the European Convention on Human Rights (ECHR), and other international legal frameworks as discovery progresses.

PLAINTIFF'S EXHIBIT BETA- DETAILED BREAKDOWN AND ANALYSIS OF EPISODE 9

**Exhibit M- Fishbones Rocket Launcher Attack.**

Finally, with the very last event of season 1, we have a major event that isn't lifted from Bloodborg. It's a great scene as well. It's just a shame that with billions of pounds, 530 people working on Arcane and endless submissions, Riot couldn't find a more honest way to make Arcane. My guess is Linke with his "One mistake" Nazi like policy and his need to be a "Boss" and the "bro-mancing" all got in the way and the same behaviors have made Riot Games a very unhealthy place to work.



PLAINTIFF'S EXHIBIT BETA- DETAILED BREAKDOWN AND ANALYSIS OF EPISODE 9

**Exhibit N- Strange Blood Moon.**

This is way too big to be a normal moon. Perhaps it's the closer fake moon, like it is in Bloodborg.



**Bloodborg,**

*"The two moons above hung large and full in the sky: the powdery grey moon set far in space and the metallic darker grey moon set nearer- more menacing."*

*"... making craters like those of the meteorite impacts on the surface of the moon. ... his eyes wider than the second moon."*



54

PLAINTIFF'S EXHIBIT BETA- DETAILED BREAKDOWN AND ANALYSIS OF EPISODE 9

**Exhibit O- Mel's Embedded Golden Body Armor**

As the Rocket approaches, Mel's armor glistens, registering the danger, as if they are a living part of her.

Mel's embedded golden body armor is alleged to be the geometric body markings of the White-Eyed Child of Great Importance in Bloodborg, which are a living part of Gaia.

**Extracts from Bloodborg,**

1, "*The woman was of tribal ancestry, the markings on her face suggested so, yet not of any tribe Neva knew of. These markings were bizarre, like a geometrical star map. Her eyes were storm clouds of swirling grey. Neva stepped closer.*"

2, "*Inside the trunk was a new-born baby boy, with the same geometric tribal markings as the woman. The boy had gleaming, brilliant white eyes.*"





PLAINTIFF'S EXHIBIT BETA- DETAILED BREAKDOWN AND ANALYSIS OF EPISODE 9

**Conclusion - Exhibit O: Mel's Embedded Golden Body Armor**

Mel's golden body armor, which subtly reacts to impending danger as the rocket approaches, bears a striking resemblance to the geometric body markings of the White-Eyed Child of Great Importance in Bloodborg. In both cases, the embedded markings are not just decorative but are deeply connected to a greater force- Mel's armor seemingly responding to external threats, much like how the White-Eyed Child's markings are an extension of Gaia's power.

The Plaintiff argues that this design choice is not coincidental but rather a direct adaptation of Bloodborg's concept of organic, living markings with supernatural significance. The geometrical aesthetics, the symbolic connection to a higher power, and the reactive nature of these markings serve a parallel function in both narratives. The embedded markings in Bloodborg are integral to the protagonist's identity and the world's mythology, just as Mel's golden armor serves as a final, defining visual before her presumed demise.

This further reinforces the pattern of alleged misappropriation, demonstrating how Arcane repurposes deeply thematic elements from Bloodborg while providing little original context or explanation for their inclusion, then just adding them into their lore and retconning everything that no longer fits.

PLAINTIFF'S EXHIBIT BETA- DETAILED BREAKDOWN AND ANALYSIS OF EPISODE 9

1

2

3

4

5

**Exhibit P- Final M then W W in the smiling face of the Rocket hitting the window.**

The very last shots in the season are of an M, then W W, then a cleaner smile as the rocket hits the Piltover Council window.







6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

PLAINTIFF'S EXHIBIT BETA- DETAILED BREAKDOWN AND ANALYSIS OF EPISODE 9

**THIS ENDS THE PLAINTIFF'S BREAKDOWN AND ANALYSIS OF ARCANE**

**SEASON ONE**

**SEASON TWO WILL FOLLOW.**

**Declaration**

I, Marc Wolstenholme, declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge and belief.

Respectfully submitted,

The Plaintiff, Marc Wolstenholme, M.W. Wolf.

Date: March 13th, 2025

Signed: *M.WOLSTENHOLME.*

PLAINTIFF'S EXHIBIT BETA- DETAILED BREAKDOWN AND ANALYSIS OF EPISODE 9