Marc Wolstenholme
5 Shetland Close
Coventry, England CV5 7LS
Telephone: 044 7827964404
Email: marc@mwwolf-fiction.co.uk
Plaintiff in Pro Per

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARC WOLSTENHOLME,<br>            Plaintiff,<br>vs.<br>RIOT GAMES, INC.,<br>            Defendant | CASE NO. 2:25-CV-00053-FMO-BFM HON.<br><br>*Hon. Fernando M. Olguin*<br><br>DECLARATION OF MARC WOLSTENHOLME<br><br>EXHIBIT BB: CHRONOLOGY OF HARASSMENT, THREATS, AND INTIMIDATION, COUNSEL MISCONDUCT. |

Dated this: April 06, 2025

*M.WOLSTENHOLME.*
—————————————————
[MARC WOLSTENHOLME]

EXHIBIT BB: CHRONOLOGY OF HARASSMENT, THREATS, AND INTIMIDATION, COUNSEL

MISCONDUCT.

# Exhibit List

## SECTION I: ONLINE & ANONYMOUS HARASSMENT

**Exhibit A- Official Complaint- Calls for U.S and Uk Government interventions and protections.**

**Complaint made: Thu 6 Mar, 16:27**

Official Complaint- Calls for U.S and Uk Government interventions and protections.

Dear all,

I, Marc Wolstenholme, am the plaintiff in four on going cases against Riot Games, Inc.

Shortly after a Judge ruled that the cases would be progressing to a Jury trial, I received more hate mail, naming Riot's Solicitors in these proceedings. This email is perceived to be a continuation of intimidation, retaliation and harassment orchestrated by Riot Games.

On 4 Mar 2025, 21:26 (2 days ago), I received Docket 66, SCHEDULING AND CASE MANAGEMENT ORDER RE: JURY TRIAL from Fernando M. Olguin United States District Judge.

Almost an hour later, 22:21 GMT, I received the following email through my websites online portal.

2

EXHIBIT BB: CHRONOLOGY OF HARASSMENT, THREATS, AND INTIMIDATION, COUNSEL MISCONDUCT.

The email said:


"4 Mar 2025, 22:21 (2 days ago)

Sent via form submission from M.W. Wolf's Megaverse

Email: heyguesswhat@gmill.com, accepts marketing: false

Message: hey guess what ? I just contacted Aaron J. Moss and Lux and sent them all the screenshots I had saved of you offering money in exchange of "proof"; which, as you know since you tried to delete them, is illegal :)"


I am extremely concerned about their threatening behaviours, retaliation and ongoing harassment. I will add a chronology of the hate mail I have received.

Additionally, the creators of Arcane have embedded gaslighting, harassment, taunting and mocking of me and my brand into Arcane, the material which they are alleged to have stolen from Bloodborg.

It's quite shocking and infuriating for the plaintiff to see his work and his very sensitive personal trauma writing being misappropriated, violated, gaslighted, abused and mocked in this methodical manner. This abuse is alleged to be relentlessly infused into Arcane. If found to be deliberate, given the history of Riot Games and their crimes against women and vulnerable people, this shows a patten of deliberately targeting vulnerable people.

3

EXHIBIT BB: CHRONOLOGY OF HARASSMENT, THREATS, AND INTIMIDATION, COUNSEL

MISCONDUCT.

With the misuse of the trust, and non-sexual grooming of minors working for Riot as cast members, and using these children to lie about timelines, paying other cast members to lie, misusing working relationships with agencies to abuse the work of a vulnerable and disabled person for quid pro quo deals, the sexual harassment of women, the discrimination of thousands of women working for Riot Games as found by the class action lawsuit, the targeting of the young independent Ukrainian girl on TeePublic, the persistent misuse of AI and fan art, the data breaches and personal data concerns, The Tencent and Chinese Military-Civil Fusion concerns, the growing gacha system and loot box gambling allegations and concerns,  the toxic "bromancing" foundations, allegations of sabotage of a rivals website and stealing of code, the data harvesting business model, allegations of adversary spyware in the US and around the globe, privacy and data concerns, what can be described as spurious IP wars, labour disputes, employee walkouts and forced arbitration clauses, monopolisation allegations, anti-competitive behaviours, aggressive competitive strategies… and of course, their behaviour toward the Plaintiff in this case, as well as the hate mail and threats sent to the Plaintiff, including a bomb threat, threatening to steal more from him, threatening his daughter and more, the Plaintiff argues that this reflects a broader corporate culture of exploitation, bad faith, lies, and disregard for ethical business practices.

The Plaintiff argues that, without CIA or Government interventions and investigations into Riot Games, people are going to get hurt, and more cases will follow.

I would like protective measures to be put in place to protect me during these proceedings and the trial in LA next year.

4

EXHIBIT BB: CHRONOLOGY OF HARASSMENT, THREATS, AND INTIMIDATION, COUNSEL MISCONDUCT.

1

2

3

**Comprehensive Table Of evidence - Chronology of Harassment, Threats, and**

4

**Intimidation**

5

| |
|---|
| Fri, 1 Nov 2024, 03:47       Squarespace <form-submission@squarespace.info> smarino@riotelax.com.ar       Dude, you are the most unoriginal and dull author I've ever seen. You even need AI to make your drawings. No wonder you are a failure. But trying to put the blame in the actual creatives like Linke o Riot games is just pathetic. |
| Fri, 1 Nov 2024, 20:10       Squarespace <form-submission@squarespace.info> L-bramou@gnail.com.fr I have proof that Fortiche received the first pitch of Arcane on march 2012. That pitch already included the concept of shimmer (it was called madness potion), the blood drain, the scene at the bridge with dead parents and everything you mentioned. Is gonna be fun to watch you get laughed at in the court when there is at least 80 people with emails from 2 years earlier already making moves on production 🤣🤣🤣 but seriously go to therapy |
| Fri, 1 Nov 2024, 20:21       Squarespace <form-submission@squarespace.info> stopspamingthetag@lmao.com       It speaks highly of how mentally ill you are that you are seeing your initials on a very stylised drawing of a tooth. Like, every 5 years old draws a wolf's tooth like that, are you as delusional and egotistical as to believe they are referencing you? Literally everything you mentioned (the color purple, magic potions, blood cults, fucking children running across a ledge) are extremely common narrative elements in any piece of fiction from the last 60 years. Also lambs had been used as a symbol for innocence all across the world from centuries lmao |
| Sat, 2 Nov 2024, 01:04       Squarespace <form-submission@squarespace.info> twitterrandom@helloworld.com       Hi, I checked your account because I saw your posts harassing several voice actor from Arcane, and after a good while reading your account and situation I have to conclude that you are either trolling (in which case, you really got me) or you are absolutely deranged. You can't possibly believe that using the color purple or having an scene with character climbing a building is plagiarism. How do you intend to prove it to any court? Or is something that I'm missing? |
| Sat, 2 Nov 2024, 04:41       Squarespace <form-submission@squarespace.info> fuckai@gmillll.com    Complaining about theft and plagiarism while using ai pics is peak hipocresy lmao. Also, it doesn't matter what that little disclaimer says at the bottom, ai images can not be copyright. I'm going to steal all your ai pics and use |

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

EXHIBIT BB: CHRONOLOGY OF HARASSMENT, THREATS, AND INTIMIDATION, COUNSEL

28

MISCONDUCT.

it for something else in a big aaa project, or just to sell them by packs in artsation to tech you a lesson. Transphobic Racist Loser.

Sat, 2 Nov 2024, 05:46    Squarespace <form-submission@squarespace.info> gobelinsletouzestoryboards@live.com.fr    How much are you offering for information about your case against Arcane? I need money secured up front if I'm going to risk my job and breaking a nda

Fri, 1 Nov 2024, 01:26    Marc Wolstenholme <marc@mwwolf-fiction.co.uk> copyright, dan.chang, Aaron, Joshua, Copyright    Christian Linke of Riot Games, the guy who stole my manuscript and pretended that he wrote Arcane, is essentially condoning murder. The cheek of it as he stole my book, and now he wants people murdered for leaks of stolen IP.

Fri, 1 Nov 2024, 22:05    Marc Wolstenholme <marc@mwwolf-fiction.co.uk> me    No additional content provided.

Sat, 7 Dec 2024, 13:40    Marc Wolstenholme <marc@mwwolf-fiction.co.uk> eurecordkeeper, dan.chang, Joshua, Aaron    Please address my complaint, On November the 1st 2024, (Fri 1 Nov, 01:26), I had to make a complaint directly to Riot about Christian Linkeâ€™s conduct of condoning murder on the X platform and about him stealing IP. Linke wrote â€œIONO ABOUT YOU ALL BUT I THINK ITâ€™S TIME TO LET FORTICHE BRING BACKâ€¦ THE FRENCH GUILLOTINE.â€ This isnâ€™t the conduct of a sensible director of animation. Linke and Yee are only in the positions they are now, not because of merit, but because of the toxic Bro-Mancing culture of Riot Games. The two obsessively call everything fight Porn and IP and talk down to everyone and brag about a Nazi-like one mistake policy and pathologically lie and steal, then mask and blame and retaliate and lie some more. Itâ€™s so unhealthy that no wonder Riot is in so much trouble. I fear that Riot will bring Fortiche down to their levels of depravity and destroy many French careers as well. Riot are yet to address my complaint about Linkeâ€™s conduct and fraudulent crimes.

Sat, 2 Nov 2024, 22:07    Squarespace <form-submission@squarespace.info> randofromtwitter@bombo.com    dude, seriously, I'm going to say it with the best intentions: you need help. You can not tell me the most generic description of 'character descending into a busy dirty city in a fantasy steampunkish setting' is something that only you came up with. Are you telling me I cant have fucking coffee stands on my fantasy story? or women with chest bindings? a character climbing down a building? the more things you point out, the more ridiculous you sound, and I'm legit trying to help you here because you are about to spend a lot of money. Also you know that description of Zaun has existed since the game came out right? They even mention the elevator AND the bar Vi grew up. Also I don't know if you know this but 'The Lanes' is called like that because IS WHAT PART OF THE LEAGUE MAP IS CALLED SINCE 2009. for real, look for professional help.

EXHIBIT BB: CHRONOLOGY OF HARASSMENT, THREATS, AND INTIMIDATION, COUNSEL

MISCONDUCT.

| |
|---|
| Sun, 3 Nov 2024, 00:12      Squarespace <form-submission@squarespace.info> reallydude@hmail.com          please, video document the whole process!! I can not wait to see the face of the judge when you try to explain them that Riot Games stole from you huhhhh the concept of a coffee stand, a character describing drowning, and the so very original idea of sidewalks. Riot stands no chance. |
| Sun, 3 Nov 2024, 00:22      Squarespace <form-submission@squarespace.info> BritianCrownLegalGroup@real.com.uk        Hello, I'm a legal representative of the Catholic Church, Stephen King and the Entire Biology of the Planet Earth. We are going to sue you for plagiarizing the Lamb as a symbol of innocence, Children with White Eyes and of course the use 'a kid growing up' as an event in a story. |
| Sun, 3 Nov 2024, 19:21      Squarespace <form-submission@squarespace.info> lapapi5@l.com          Oh this is gonna be so funny to watch. When season 2 releases and gets showered in awards are you going to have an even bigger meltdown? |
| Mon, 4 Nov 2024, 22:13      Squarespace <form-submission@squarespace.info> aaaaaaaaaaaaa@lii.com          'knee injury' HOLY FUCK DUDE THATS A FUCKING KNEE PAD, SOMETHING THAT SHE HAS HAD SINCE EVER, AS WELL AS OTHER 912837 VIDEOGAME CHARACTER. You are legit insane. |
| Tue, 5 Nov 2024, 02:03      Squarespace <form-submission@squarespace.info> qwerty@aaaa.com          That list you published on twitter is the ultimate proof of your delusions, jesus christ. 'Time is an element of storytelling, spanning great distances.'; 'vowed to unite the gangs'; 'A deserter chased.'; 'Unexpected betrayal'; 'Death of a child.'; 'circular narratives' Like... are you serious?? those very basic literary devices and resources. And all the other things you named are extremely common tropes in any fantasy sci-fi setting. Hell, I can count almost all of them in Cyberpunk 2077, or Fallout, or even the fucking Star Wars series, Dune, The Cast of Metabarons... and that's just a couple of examples at the top of my mind. Oh, and of course, in the universe of League of Legends. As in, the Runaterra worldbuilding. That has been up since 2009. You can not expect anyone to take you seriously. Anyways, when the court kicks your ass, please tell us how much money did you lose so I can laugh harder. |
| Tue, 5 Nov 2024, 05:55      Squarespace <form-submission@squarespace.info> himom@com.com          I can already tell you are gonna be the next Chrischan lmao. Please post this comment I wanna be in the +20 minutes youtube essay about your derangement. Hi mom. |
| Tue, 5 Nov 2024, 16:11      Squarespace <form-submission@squarespace.info> lmaot@1.com  All bark, no bite. How is the actual legal case coming along? Did you initiate the process? I doubt so, because it would be all over the news.... unless the court already decided to dismiss it. |
| Wed, 6 Nov 2024, 18:33      Squarespace <form-submission@squarespace.info> interntarriot@game.com          The base position for a Riot artist is currently |

EXHIBIT BB: CHRONOLOGY OF HARASSMENT, THREATS, AND INTIMIDATION, COUNSEL

MISCONDUCT.

paying 221,700.00 USD + incentive compensation + equity + 401K with company match + medical, dental, vision, and life insurance + short and long-term disability + open PTO + 6 months severance pay in case of layoffs. Other positions start at 300K annually. If I leave Riot and leak a lot of juicy info to work for you, could you match that right now?

Sun, 10 Nov 2024, 07:00      15kilosdecocainafina <sender@e9mail.com>
          N/A (External Hate Mail)      "born January 1986

5 Shetland Close

Coventry

CV5 7LS

England

cases dismissed against Solihull College 1 for discrimination

https://www.change.org/p/dominic-raab-defund-cafcass-and-redirect-the-funds-to-local-authorities?source_location=decision_maker_profile this one is also yours

you have 11 petitions of public information and I already have all my data from it

I will post all your info + your daughter's info if you don't stop annoying the Arcane fans

Stanley Mosk Courthouse

Judge Brazile, Kevin C., case filed on October 31

https://securesha.re?#u=80fe601868dfe6711cb4514574cf175c.bin&p=3HdfaCh23QnZC8hdfmqNC2I_CwviFbRkfpR0KzGB2f0"

Sun, 10 Nov 2024, 02:06      Squarespace <form-submission@squarespace.info>
      riotLegalTeamCA@intencent.com.ch      lmao we are just going to bribe the jury 😭£

Sun, 10 Nov 2024, 05:32      Squarespace <form-submission@squarespace.info>
      setyourselfonfire@asa.com  honestly, I didnt give two flying fucks about your crusade against Riot games. But after seeing you all day on arcanetwt HARASSING AND SPAMMING FANARTISTS, AND FAN ACCOUNTS now I cant wait for Riot to drag your delulu ass through all the court floor. And I hope they force you to publicly apologize to all the creators you insulted, And don't even get me started on the absolute hypocrisy of complaining about art theft WHILE USING AI.

Sun, 10 Nov 2024, 16:07      Squarespace <form-submission@squarespace.info>
      info-check@giik.com Please, take half a second to google your sources so you

EXHIBIT BB: CHRONOLOGY OF HARASSMENT, THREATS, AND INTIMIDATION, COUNSEL

MISCONDUCT.

stop being ridiculous. The Ukrainian girl was Kutty Sark, and the DMCA claim was not made by Riot per se, it was an automatic flag made by a bot of the site TeePublic. In fact, Riot themselves contacted the girl AND TeePublic so they would fix the scanning bot and reinstate the design from the girl that TEEPUBLIC was ignoring. This kind of misinformation is what makes you lose any credibility.

Sun, 10 Nov 2024, 20:26        Squarespace <form-submission@squarespace.info>        anon_riotlawyer@wewillfuckyouincourt.com        tough luck idiot, we already got evidence, screenshots and recordings of you offering money for 'proof'

Mon, 11 Nov 2024, 23:02        Squarespace <form-submission@squarespace.info>        twto_mad@lo.ma        you did not seriously say 'Arcane has adapted the stylistic way of using visual aesthetics to mean something else'. That's what every fucking show/movie with a modicum of art direction does you dumb fuck. The delulu is real.

Tue, 12 Nov 2024, 00:49        Squarespace <form-submission@squarespace.info>        hah@haha.com        I'm gonna send a bomb to 5 Shetland Close, Coventry.

Tue, 12 Nov 2024, 00:59        Squarespace <form-submission@squarespace.info>        gu@akd.com   you sexist gringo piece of shit. The art direction of Blood Sweat and Tears music video was made by a BLACK WOMAN, who took inspiration FROM HER OWN CULTURE, But here comes the mediocre white man, a military colonizer nonetheless, to try to claim African culture. Fuck you.

Wed, 13 Nov 2024, 16:35        Squarespace <form-submission@squarespace.info>        sÃ±dkkndksk-@mao.com        Lmao. Half the things you mentioned were already well-established parts of the League world-building since 2009. The other half are common narrative elements. Absolute delusional behavior.

Thu, 14 Nov 2024, 17:43        Squarespace <form-submission@squarespace.info>        blm@co.com   Comparing your racist, AI-slop vomit with a beautiful piece of art actually created with craft and love by black people is the most entitled piece of shit behavior I've seen lately. But what can you expect from a mediocre white gringo man.

Thu, 14 Nov 2024, 17:57        Squarespace <form-submission@squarespace.info>        ihaveyoursinstagram@a.com   Post a public apology to everyone you called cunt or I will make AI porn of your daughters and send it to everyone at their school. To your ex too. And I will tell them it's your fault.

Fri, 15 Nov 2024, 17:30        Squarespace <form-submission@squarespace.info>        fuku@cl.com   Linke was the first person to admit that when his vision didnâ€™t work out, he hired people who knew how to handle the situation. So, riddle me this, who do we believe? The top-of-the-notch lineup of REAL artists, environmental designers, a professional writers' room, some of the best animators in the industry working alongside some of the most brilliant creative minds with over 20 years of experience in film and TV production and backed by THE giant of digital entertainment and a budget of 250 Million USD OR the sore loser who harassed

9

EXHIBIT BB: CHRONOLOGY OF HARASSMENT, THREATS, AND INTIMIDATION, COUNSEL

MISCONDUCT.

women because they weren't interested in publishing his mediocre book with AI slop images and has to pay for a blue Twitter checkmark?

Fri, 15 Nov 2024, 17:55        Squarespace <form-submission@squarespace.info>
        hop@lom.comThe Get Jinxed music video came out in 2013. It already had present the elements of Zaun and Piltover, monkey imagery and graffiti, tubes, etc. Warwick has been a champ since 2009, being in the original lineup. Shimmer existed since 2009, as part of Singed's character (it was called madness potion before). The world-building of Zaun and Piltover, and Noxus and Shurima has been there since 2010. There are portfolios and pages of artists doing work for world-building in Runeterra since 2012. Since you love to eat AI slop I suppose you don't give a single shit about art, but just a month ago Trent Kaniuga, a very well-known artist that has worked with Riot, uploaded a video about designing the faction's crest. In that video, he mentioned that they already had the narrative for Zaun and Piltover since 2012, including the chembarons, houses, and almost everything you say Riot 'copied'. In fact, the more fingers you point at League, the more it looks like you are the one plagiarizing them. Your case is dead on arrival.

Fri, 15 Nov 2024, 18:43        Squarespace <form-submission@squarespace.info>
        skyhamster@fromtwotter.com          Hey. I'm one of the (apparently many) CaitVi fanartists that you were spamming. I was about to politely ask you to please leave me out of your delusional crusade against Riot and Netflix. Then I saw that you use AI 'art' so instead I'm gonna ask you to go fuck yourself 🙂 The fucking clownery of complaining about art theft while using AI-generated images....

Sat, 16 Nov 2024, 02:31        Squarespace <form-submission@squarespace.info>
        ThibautGranet3dArt@live.com          Are you still offering the money? The 10 grand? I could (anonymously) send you a copy of the Art Direction Bible we used for the show. It's a 136-page document divided in 4 sections (Piltover (general), Zaun (general), The Lanes, Council). The initial document (that we received) is dated May 2013 (that one we got on paper, like a zine), and the revised document (a PDF 28 pages longer) with examples of the character's texture notes for the 3D rig is from Jan 2014. I will say, neither you nor your books are referenced anywhere. Do I still get the money? Just tweet yes or no and I will reach out to you.

Mon, 18 Nov 2024, 01:25        Squarespace <form-submission@squarespace.info>
        curcat@lce.com          so, just to be clear. If the show is good, they are stealing from you. If it's original, then it's suddenly 'bad'.... ok lmao. Just admit that you are jealous because nobody picked up your run-of-the-mill, generic 101 sci-fi book, and for some (I suspect sexist) reason you latched onto hating the one that is actually good and therefore became popular.

Mon, 18 Nov 2024, 05:34        Squarespace <form-submission@squarespace.info>
        justcurious@lop.com  Have you played Cyberpunk 2077? It has basically everything you have described (except for the fake moon). Most of it is in Borderlands too. Did you submit your work to other studios?

EXHIBIT BB: CHRONOLOGY OF HARASSMENT, THREATS, AND INTIMIDATION, COUNSEL

MISCONDUCT.

Wed, 20 Nov 2024, 00:39      Squarespace <form-submission@squarespace.info> fuckaiart@fucku.com It takes 2 seconds. 2 fucking seconds to google that the crabs are a reference to the Scuttle Crab, one of the game's creatures. Like almost everything you point out, these things were well established long before your generic fantasy book.

Wed, 20 Nov 2024, 08:52      Squarespace <form-submission@squarespace.info> superfakemail@fromcotsco.com      Sorry, I lost the plot. How on earth did Riot Games get to your manuscript?

Sat, 2 Nov 2024, 19:01      Squarespace <form-submission@squarespace.info> lmao@mlao.com      This is why family court took your daughter lmao you are deranged af.

Fri, 22 Nov 2024, 01:33      Squarespace <form-submission@squarespace.info> GobelinsAnimator@france.com      The post about 'Arcane did not take 6 years to make' proves that you know absolutely nothing about how AAA animation works. As a professional animator and Gobelins teacher, it's sad and embarrassing to see other creatives speak ill of a medium they know nothing about. Storyboards alone can take up to 6 months per episode for a product of such high quality, and that's if they hire a highly qualified team (and they did, some of the names on the Arcane credit score are masterminds of the industry). Please, do not spread misinformation about our art; it is lowly of any creator to do so.

Fri, 22 Nov 2024, 01:37      Squarespace <form-submission@squarespace.info> kevinbrazille@LAcourt.com  'and my writing was pinned to boards and used in LA writing rooms and video booths as well as in the storyboard rooms' Do you have any proof? Blatant lying is not well seen in LA courtrooms. In fact, in a legal process, it will be considered a criminal offense.

Fri, 22 Nov 2024, 12:42      Squarespace <form-submission@squarespace.info> hmliu@vuy.com      Actually, I do think I can't be tracked. I'm not even using a VPN and you are so fucking stupid that you set up a spam box lmaoo.

Sat, 14 Dec 2024, 15:11      Squarespace <form-submission@squarespace.info> yehase6973@datingel.com    Have you considered a psychiatrist? Your follower count is barely in the hundreds and all your art is AI slop. What makes you think theyâ€™d steal from someone who doesnâ€™t have the will to pick up a pencil lol.

Mon, 23 Dec 2024, 04:31      Squarespace <form-submission@squarespace.info> bythedozen@home.com      Lmaoooo your whole 'saga' is literally a rip-off of Brandon Sanderson's works, without any of the talent, imagination, or good writing.

Mon, 23 Dec 2024, 22:26      Squarespace <form-submission@squarespace.info> liuofmeat@jmil.com   Oh yeah, I'm sure harassing the Arcane fans and siding with openly racist people on Twitter will do great for spreading your delusional messages.

## 11

EXHIBIT BB: CHRONOLOGY OF HARASSMENT, THREATS, AND INTIMIDATION, COUNSEL

MISCONDUCT.

| | |
|---|---|
| Fri, 27 Dec 2024, 03:57 | Squarespace <form-submission@squarespace.info> |
| ezc@ma.com  Lmaooooo u got restricted on Twitter. Dumb fuck. | |

| | |
|---|---|
| Sat, 28 Dec 2024, 15:09 | Squarespace <form-submission@squarespace.info> |

laughin@me.com        Watching you desperately spam the tweets of actual talented artists to try to get some clout and getting absolutely ignored, not even half a like AND shadow banned was already hilarious. But it got better when I found out that you went to fucking Reddit, (the biggest echo chamber of the internet) to the Viktormains community, found a forum with 20K people who were incredibly pissed off at Riot, tried to use their rage to get clicks without understanding what they were actually talking about and then EVEN THEY CALLED YOU OUT ON YOUR DELUSIONS AND KICKED YOU OUT. I want to congratulate you, in all my years surfing the web, I had never met someone as cringe as you.

| | |
|---|---|
| Sun, 5 Jan 2025, 08:37 | Squarespace <form-submission@squarespace.info> |

liarliar@lies.com        You claim that there is a 100k views, but the tweet itself can't get even 5 likes and 3 comments, and it has not been retweeted by anyone but you. Oh, and also, it only has around 75K views, and that's after you spent a week turbo-spamming it through all of Twitter, attaching yourself like the parasite you are to other artists. Things aren't adding up mate ðŸ¤¨ Given your fascination with AI, I'd say it's more likely you are using bots.

| | |
|---|---|
| Sun, 5 Jan 2025, 14:39 | Squarespace <form-submission@squarespace.info> |

council@game.com.uk        So far, the only thing you have shown is that you are a transphobic, unimaginative author, siding with right-wing and openly racist accounts on Twitter, harming actual artists with the use of AI, and harassing content creators (especially women)... but we are supposed to believe that you are the good guy fighting to protect 'smaller creators'??? Lmao. No. You are the one stealing and plagiarizing from real creative people, clinging to their fame so you can promote your uninspiring, run-of-the-mill, ultra-generic novel. And the best part is that it doesn't even work. You can't even get to 500 followers.

| | |
|---|---|
| Sun, 12 Jan 2025, 01:25 | Squarespace <form-submission@squarespace.info> |

M.W.Wolf@we.com  I'm sad you got suspended from Twitter, watching you grovel for attention and soil yourself after getting none was one of my favorite pastimes :( Please tell me if there is another account where I can follow your delusions.

| | |
|---|---|
| Tue, 4 Mar 2025, 22:21 | Squarespace <form-submission@squarespace.info> |

heyguesswhat@gmill.com        Hey guess what? I just contacted Aaron J. Moss and Lux and sent them all the screenshots I had saved of you offering money in exchange for 'proof'; which, as you know since you tried to delete them, is illegal :)

EXHIBIT BB: CHRONOLOGY OF HARASSMENT, THREATS, AND INTIMIDATION, COUNSEL

MISCONDUCT.

This document compiles instances of threats, harassment, intimidation, and defamation received through various channels. The messages range from direct threats to personal safety, attempted blackmail, online stalking, and false legal accusations. These records are essential for legal action and should be presented to the appropriate authorities.

### Exhibit B- After I reported online abuse to the CIA

After I reported the online abuse to the CIA and others, I got interest from France (Fortiche Production), Hongkong (Tencent Games), San Miguel de Tucumán, Tucumán, Argentina (believed to be from Sean Marino who has sent me hate mail before and works for Riot as an Associate Art Director on VALORANT. He seems to have an obsession with guns and weapons), and Hendon, Barnet, United Kingdom (believed to be Jonny Geller).



13

EXHIBIT BB: CHRONOLOGY OF HARASSMENT, THREATS, AND INTIMIDATION, COUNSEL MISCONDUCT.

14

EXHIBIT BB: CHRONOLOGY OF HARASSMENT, THREATS, AND INTIMIDATION, COUNSEL

MISCONDUCT.

**Exhibit C- Adrián Gimeno (Adri.Gimeño@live.com.es). Nov 2, 2024**

Form Submission - Welcome To The Wolf Pack

External

Inbox

Squarespace <form-submission@squarespace.info>

20:03 (16 minutes ago) (Last Submission Nov 2, 2024)

to me

Sent via form submission from M.W. Wolf's Megaverse

Email: Adri.Gimeño@live.com.es, accepts marketing: false

Message: If I were to send you Riot Games e-mails from feb 2013 commissioning concept art for the Arcane pitch, along with the original scripts for ep 1 to 6, I would need upfront payment, because then you will realize there is no plagiarism case that can be held in court, and I would have risked my reputation for nothing. Is gonna be the same for any artist that worked in that project

### 15

EXHIBIT BB: CHRONOLOGY OF HARASSMENT, THREATS, AND INTIMIDATION, COUNSEL MISCONDUCT.

**Evidence of submission -**







16

EXHIBIT BB: CHRONOLOGY OF HARASSMENT, THREATS, AND INTIMIDATION, COUNSEL

MISCONDUCT.

**Context-**

Adrian Gimeno worked on projects associated with Riot Forge. His LinkedIn has been removed since these proceedings began to heat up.

Adrian Gimeno's ArtStation page (https://www.artstation.com/artwork/8bWNKR) States:

"Riot Forge Games 2023 | The Year Ahead Trailer

Illustration for RIOT FORGE trailer.

Teaser trailer with the characters of Nunu, Ekko and Sylas for The Mageseeker: A League of Legends Story announcement and Convergence, Song of Nunu will be coming out in 2023.

Credit to all the talented The Sequence Group people who made this trailer so amazing and to the art team for all the support and feedback!

Art Direction: Andrew West"

EXHIBIT BB: CHRONOLOGY OF HARASSMENT, THREATS, AND INTIMIDATION, COUNSEL MISCONDUCT.

**Exhibit D- Complaint about Sean Marino. (smarino@riotelax.com.ar)**

(.com.ar is Argentina's commercial domain extension.)

**Complaint Date: Fri, 1 Nov 2024, 13:01**


Complaint about Sean Marino.

Hate mail pressure and targeting my website- Complaint about Sean Marino.

This is a complaint about Sean Marino targeting my website with hate mail.

At 03:47 (8 hours ago), on the 1st of November 2024, I received the following email through my website.


"Form Submission - Welcome To The Wolf Pack

Sent via form submission from M.W. Wolf's Megaverse.

Email: smarino@riotelax.com.ar, accepts marketing: false

Message: Dude, you are the most unoriginal and dull author I've ever seen. You even need ai to make your drawings. No wonder you are a failure. But trying to put the blame in the actual creatives like Linke o Riot games is just pathetic."

This is of major concern because I'm telling the truth about the IP theft of my work, and because of the past retaliation methods of doing business which Riot games are known for. This is also of concern because of the sabotage of the DOTA2 games website which allowed Riot Games to monopolise the free-to- play market in the west. Also, employees at Riot Games have a track record of retaliation via social media with hate mail to put pressure on people.

18

EXHIBIT BB: CHRONOLOGY OF HARASSMENT, THREATS, AND INTIMIDATION, COUNSEL MISCONDUCT.

Moreover, I'm a person, you are a business which must uphold the law and ethical business practices.

This message was sent from the region of San Miguel de Tucumán, Tucumán, Argentina. Sean Marino, Art Lead on VALORANT weapons, has an awful lot of weapons in his pictures. Almost obsessively. Given this and his seemingly diehard attraction to protecting Linke's name even in the face of the truth, I am worried that he might become violent when I have to attend court in LA.

Please could you file my complaint and take the necessary safety and ethical practice precautions to prevent any violence.

Thank you,

Marc Wolstenholme



EXHIBIT BB: CHRONOLOGY OF HARASSMENT, THREATS, AND INTIMIDATION, COUNSEL MISCONDUCT.

A person from San Miguel de Tucumán, Tucumán, Argentina, has regularly (daily) been accessing my website and sending hate mail since this first message received on 1st of November 2024.



20

EXHIBIT BB: CHRONOLOGY OF HARASSMENT, THREATS, AND INTIMIDATION, COUNSEL MISCONDUCT.

Sean Marino Linkin in profile say

*"Sean Marino*

*Associate Art Director on VALORANT @ Riot Games*

*Los Angeles, California, United States*

*Experience*

*Riot Games*

*9 years 6 months*

*Associate Art Director"*


**Last visited:**

*"4/4/25, 2:57:07 AM-*

*186.158.30.54*

*Chronicles of The Megaverse*

*Location:*

*San Miguel de Tucumán, Tucumán, Argentina*

*Referrer:*

*www.mwwolf-fiction.co.uk/*

*Gecko(Firefox)*

*Mozilla/5.0 (Android 13; Mobile; rv:136.0) Gecko/136.0 Firefox/136.0"*


21

EXHIBIT BB: CHRONOLOGY OF HARASSMENT, THREATS, AND INTIMIDATION, COUNSEL

MISCONDUCT.

**Exhibit E- Gobelins (gobelinsletouzestoryboards@live.com.fr)**

*"Squarespace <form-submission@squarespace.info>*

*05:46 (5 hours ago)*

*to me*

*Sent via form submission from M.W. Wolf's Megaverse*

*Email: gobelinsletouzestoryboards@live.com.fr, accepts marketing: false*

*Message: How much are you offering for information about your case against Arcane? I need money secured up front if I'm going to risk my job and breaking a nda."*





EXHIBIT BB: CHRONOLOGY OF HARASSMENT, THREATS, AND INTIMIDATION, COUNSEL

MISCONDUCT.

The email address gobelinsletouzestoryboards@live.com.fr appears to reference:

**Gobelins:** A renowned animation school in Paris, France with close links to Fortiche Production SAS, the French animation studio headquartered in Paris. It is known for the hit television series Arcane.

**Letouze:** Possibly referring to Camille Letouze, a director associated with Gobelins, who also worked for Fortiche.

**Storyboards:** Indicating a focus on storyboard creation.

Camille Letouze worked on Arcane as a Storyboard Artist for Fortiche Production between Sep 2020 - Oct 2021 - 1 yr 2 months. This is the period of concern and copyright infringement. She now works for them again.

**"Fortiche Production**

**Storyboard artist**

**septembre 2020 - octobre 2021 (1 an 2 mois)**

**Paris, France**

**Storyboard pour la série Arcane (Netflix)"**

23

EXHIBIT BB: CHRONOLOGY OF HARASSMENT, THREATS, AND INTIMIDATION, COUNSEL

MISCONDUCT.

24

EXHIBIT BB: CHRONOLOGY OF HARASSMENT, THREATS, AND INTIMIDATION, COUNSEL

MISCONDUCT.

1

**Exhibit F- L-bramou@gnail.com.fr,**

2

**Fri, 1 Nov 2024, 20:10**

3

4

*"Email: L-bramou@gnail.com.fr, accepts marketing: false*

5

*Message: I have proof that Fortiche received the first pitch of Arcane on march*

6

7

*2012. That pitch already included the concept of shimmer (it was called madness potion), the*

8

*blood drain, the scene at the bridge with dead parents and everything you mentioned. Is gonna*

9

10

*be fun to watch you get laughed at in the court when there is at least 80 people with emails*

11

*from 2 years earlier already making moves on production* 🤣 🤣 🤣 🤣 🤣 *but seriously go to*

12

*therapy."*

13

Whilst obviously a fake email, this person clearly has insider knowledge, unless

14

again it's the same spam and hate mail from Paris in France.

15

The sender claims:

16

17

They have proof Fortiche received the first Arcane pitch in March 2012.

18

That pitch included early versions of:

19

Shimmer (called "madness potion")

20

21

Blood drain

22

Bridge scene with dead parents

23

They suggest others ("80 people") have emails from 2 years before production.

24

The tone is mocking, unprofessional, and ends with a personal insult.

25

26

## 25

27

EXHIBIT BB: CHRONOLOGY OF HARASSMENT, THREATS, AND INTIMIDATION, COUNSEL

28

MISCONDUCT.

**Suggests**

Despite being a likely fake email, this message references very specific plot elements that align with what eventually appeared in Arcane. That could mean:

It's someone with some genuine insider or adjacent industry knowledge and is using non-related elements to build false timelines to intimidate the plaintiff.  This aligns with Riot's treasured gateway policy of theft and backdating plausible deniability.

The emotional and hostile tone suggests it might not be a professional, but rather someone invested in discrediting another party — possibly part of an ongoing dispute or harassment campaign against the Plaintiff. The mention of Paris + Fortiche + Arcane + legal tension makes this feel like a targeted message, not random spam.

EXHIBIT BB: CHRONOLOGY OF HARASSMENT, THREATS, AND INTIMIDATION, COUNSEL MISCONDUCT.

## Exhibit G- Fortiche

Fortiche looking at my website contact page on numerous times and dates.





27

EXHIBIT BB: CHRONOLOGY OF HARASSMENT, THREATS, AND INTIMIDATION, COUNSEL

MISCONDUCT.

More Fortiche





28

EXHIBIT BB: CHRONOLOGY OF HARASSMENT, THREATS, AND INTIMIDATION, COUNSEL

MISCONDUCT.

## SECTION II: COUNSEL MISCONDUCT & LEGAL INTIMIDATION

Counsel Misconduct & Legal Intimidation (2021–2025)

This section documents a consistent pattern of procedural manipulation, psychological pressure, and discriminatory conduct by Riot Games, Inc. and its legal counsel aimed at discrediting and overwhelming a disabled pro se litigant. The word dismiss has been threatened over and over so much that the Plaintiff has had nightmares about "Dismiss." To say it's a broken record is an understatement.

| Date & Time | Sender | Recipient(s) | Subject | Content Summary & Relevant Details |
|---|---|---|---|---|
| Nov 28, 2021 | Joshua Geller & Aaron Moss | Marc Wolstenholme | Pre-litigation Threat | Warned Plaintiff of 'extensive legal fees' and that the case would be 'kicked out.' Referenced in SAC and Dkt 80. Marked the start of an ongoing pattern of procedural intimidation. |
| Nov 28, 2021 | Joshua Geller & Aaron Moss | Marc Wolstenholme | Weaponizing Mental Health | Suggested Plaintiff should not proceed due to stress, implying litigation could harm his well-being. This used Plaintiff's |

EXHIBIT BB: CHRONOLOGY OF HARASSMENT, THREATS, AND INTIMIDATION, COUNSEL

MISCONDUCT.

| | | | | disability as emotional leverage. |
|---|---|---|---|---|
| Dec 17, 2024 | Joshua Geller | Plaintiff & Co-Counsel | Clarification Email | Criticized Plaintiff for having only filed a short complaint and encouraged submission of a more detailed one. Later reversed by attacking SAC as too long in Dkt 80. Clear example of procedural flip-flopping. |
| Dec 31, 2024 – 22:23 | Joshua Geller | Marc Wolstenholme, Aaron Moss | Rule 7-3 Meet and Confer Email | Described the Plaintiff's complaint as a 'short form,' told Plaintiff to dismiss and refile, and stated Riot 'reserves the right' to dismiss future complaints. Claimed: 'We do not believe you will be able to state any viable or cognizable claims.' Combined with planned removal and dismissal filings, this demonstrates |

EXHIBIT BB: CHRONOLOGY OF HARASSMENT, THREATS, AND INTIMIDATION, COUNSEL

MISCONDUCT.

| | | | | coercion, intimidation, and a dismissive tone aimed at suppressing Plaintiff's access to justice. |
|---|---|---|---|---|
| Jan 5, 2025 | Aaron Moss | Plaintiff (verbal) | Futility Assertion | Allegedly stated the case would 'never survive federal scrutiny.' Designed to dissuade Plaintiff from pursuing his claim. |
| Jan–Apr 2025 | Riot Counsel | U.S. District Court | Dkts 80, 81, 82 | Filed duplicative motions immediately before key deadlines for settlement and discovery. Used procedural tools to overwhelm and suppress discovery without addressing merits. |
| Feb 14, 2025 | Plaintiff (reported) | Self | Mental Health Harm | Plaintiff experienced extreme sleep deprivation and anxiety prior to a neurological evaluation due to Riot's ongoing |

31

EXHIBIT BB: CHRONOLOGY OF HARASSMENT, THREATS, AND INTIMIDATION, COUNSEL

MISCONDUCT.

| | | | | |
|---|---|---|---|---|
| | | | | pressure. Documented in Rule 26(f) Report. |
| Feb 2025 | Riot Counsel | Plaintiff | Misuse of Settlement Process | Riot's filings and refusal to engage in good-faith negotiations increased Plaintiff's anxiety. Further emotional toll noted in Rule 26(f). |
| Feb 2025 | Riot Counsel | Plaintiff & Court | Rule 26(f) Report Manipulation | Riot attempted to insert language into the Joint Rule 26(f) Report without Plaintiff's consent, including statements under Plaintiff's name. This violated cooperative drafting rules and misrepresented Plaintiff's legal position. |
| Dec 3, 2024 – 23:07 | Joshua Geller | Marc Wolstenholme, Aaron Moss | Refusal to Accept Service | Riot's counsel asserted that 'any attorney' would confirm Plaintiff has no legal claim — while also stating Plaintiff's allegations stem from a |

32

EXHIBIT BB: CHRONOLOGY OF HARASSMENT, THREATS, AND INTIMIDATION, COUNSEL

MISCONDUCT.

| | | | | 'fundamental misunderstanding of the law.' This is not only unsolicited legal advice from opposing counsel, but also a strategic attempt to discredit Plaintiff's capacity to litigate as a pro se party. It falsely implies incompetence, disregards Plaintiff's actual filings, and amplifies psychological pressure. Additionally, Riot falsely claimed it had not been served, causing Plaintiff to pay out of pocket for a process server. |
| Nov 28, 2021 | Joshua Geller (Greenberg Glusker) | Marc Wolstenholme | Cease and Desist Letter | Riot's counsel called Plaintiff's claims 'legally and factually baseless,' suggested courts 'invariably dismiss' such cases, and stated that Riot would |

33

EXHIBIT BB: CHRONOLOGY OF HARASSMENT, THREATS, AND INTIMIDATION, COUNSEL

MISCONDUCT.

| | | | | seek legal fees. The letter also invoked Plaintiff's own statements about stress, urging him to 'follow your own advice' and stop pursuing the claim. Clear psychological pressure, procedural threat, and discriminatory language. This letter marked the first formal act of intimidation and gaslighting. Described Plaintiff's claims as misguided, mocked comparisons as 'grossly misrepresented,' and dismissed entire legal theory without discovery. Reinforced pattern of discouraging access to justice for a disabled litigant. |
|---|---|---|---|---|

34

EXHIBIT BB: CHRONOLOGY OF HARASSMENT, THREATS, AND INTIMIDATION, COUNSEL

MISCONDUCT.

| Dec 8, 2021 – 03:28 | Aaron J. Moss | Marc Wolstenholme (cc: Joshua Geller) | False Claim That Matter Is Closed | Declared Plaintiff's claims 'meritless' and 'patently false on every count' with no explanation. Asserted unilaterally that 'we consider this matter closed,' despite Plaintiff never withdrawing any claims. This is a classic tactic of false finality designed to gaslight the Plaintiff, obscure open legal issues, and discourage pursuit of justice. |
|---|---|---|---|---|
| Dec 3, 2024 – 23:07 | Joshua Geller | Marc Wolstenholme (cc: Aaron Moss) | Implied Legal Advice & Misrepresentation | Riot's counsel asserted that 'any attorney' would confirm Plaintiff has no legal claims, despite being opposing counsel. This constitutes unsolicited legal advice, misrepresents the law, and undermines Plaintiff's autonomy. |

35

EXHIBIT BB: CHRONOLOGY OF HARASSMENT, THREATS, AND INTIMIDATION, COUNSEL

MISCONDUCT.

| | | | | Additionally, Riot falsely claimed it had not been served when Plaintiff had already attempted service. This led to additional costs for a process server and exemplifies procedural manipulation. |
|---|---|---|---|---|
| Jan 9, 2025 | Joshua Geller | Marc Wolstenholme | Renewed Threat of Motion to Dismiss | Reiterated that Riot would proceed with a motion to dismiss under Rules 12(b)(6) and 12(e), claiming Plaintiff's filing in state court was improper and that no adequate complaint had been filed. Framed the issue as Plaintiff's failure to comply with procedural rules, despite earlier pressuring Plaintiff to file a more detailed complaint. Narrowed offer of discussion only to |

EXHIBIT BB: CHRONOLOGY OF HARASSMENT, THREATS, AND INTIMIDATION, COUNSEL

MISCONDUCT.

| | | | | Riot's planned motion, refusing to engage on settlement or discovery. Further intimidation through procedural escalation. |
|---|---|---|---|---|
| Jan 7, 2025 – 19:44 | Joshua Geller | Marc Wolstenholme | Reasserted Motion to Dismiss & Restricted Dialogue | Reiterated procedural threat from Dec 31, stating that Plaintiff had 'improperly filed' the case in state court and had not corrected procedural defects. Stated Riot would proceed with a motion to dismiss and/or request for more definite statement under Rules 12(b)(6) and 12(e). Offered to speak only about the dismissal, excluding discussion on settlement or evidence. This narrow, repetitive legal pressure |

EXHIBIT BB: CHRONOLOGY OF HARASSMENT, THREATS, AND INTIMIDATION, COUNSEL

MISCONDUCT.

| | | | | |
|---|---|---|---|---|
| | | | | was intended to intimidate and restrict dialogue. |
| Jan 16, 2025 – 19:20 | Joshua Geller | Marc Wolstenholme (cc: Aaron Moss) | New Motion to Dismiss Threat – Amended Complaint | Following the filing of the Amended Complaint, Riot again threatened to move for dismissal under Rule 12(b)(6), asserting Plaintiff failed to allege a 'plausible claim for relief.' Reiterated claims of preemption and procedural bars. Tone suggests inevitability of dismissal. Narrowly focused communication excludes all non-dismissal topics, reinforcing a pattern of procedural threat escalation. The language continues to discredit Plaintiff's claims without engaging with submitted |

EXHIBIT BB: CHRONOLOGY OF HARASSMENT, THREATS, AND INTIMIDATION, COUNSEL

MISCONDUCT.

| | | | | evidence or context. |
|---|---|---|---|---|
| Jan 18, 2025 – 17:16 | Joshua Geller | Marc Wolstenholme (cc: Aaron Moss) | Pre-Litigation Threat: Dismissal with Prejudice | Outlined a comprehensive list of alleged deficiencies in the Amended Complaint, concluding with a threat to seek dismissal 'with prejudice.' Framed Plaintiff's legal claims as unfixable and repeatedly cited case law to intimidate rather than engage. Claimed Riot would pursue permanent dismissal, reinforcing a pattern of procedural aggression, and attempted to preemptively undermine the legitimacy of Plaintiff's emotional distress and copyright claims. |

39

EXHIBIT BB: CHRONOLOGY OF HARASSMENT, THREATS, AND INTIMIDATION, COUNSEL

MISCONDUCT.

| Feb 5, 2025 – 23:54 | Marc Wolstenholme (Response to Riot Counsel) | Aaron Moss, Andrew Lux, Joshua Geller | Refusal to Cooperate with Discovery Obligations | Documented Riot's attempts to delay and limit discovery through improper bifurcation and refusal to provide development and financial records. Highlighted strategic delays, including Josh Geller's unexplained leave and Christian Linke's resignation, which interfered with timely discovery. Alleged violations of FRCP Rules 26(g) and 37, and asserted the right to compel discovery and request sanctions for obstruction and noncompliance. Plaintiff further noted that Josh Geller took an unexplained month-long leave immediately after the Court rendered Riot's motions moot, |

EXHIBIT BB: CHRONOLOGY OF HARASSMENT, THREATS, AND INTIMIDATION, COUNSEL

MISCONDUCT.

| | | | | delaying case progress and communication. Christian Linke, the show's writer, also reportedly resigned during litigation, further complicating discovery access. Together with the closure of Riot Forge and non-response to discovery requests, these actions constitute a coordinated pattern of delay and bad faith litigation conduct. |
|---|---|---|---|---|
| Feb 14, 2025 – 01:43 | Aaron Moss | Marc Wolstenholme (cc: Joshua Geller, Andrew Lux) | Limiting Discovery & Misrepresenting Cooperation | While framed as cooperative, this correspondence reinforced Riot's plan to seek bifurcation of discovery and reasserted procedural limitations. Continued to invoke the registration requirement despite its prior rejection by the court. Suggested |

41

EXHIBIT BB: CHRONOLOGY OF HARASSMENT, THREATS, AND INTIMIDATION, COUNSEL

MISCONDUCT.

| | | | | Plaintiff review procedural rules as if he were not already complying, and sought to characterize Plaintiff's checklist as informal and non-binding—downplaying Plaintiff's good faith preparation and legal diligence. The word 'dismiss' is repeatedly used throughout the communication, continuing a pattern of psychological intimidation intended to trigger fear of case collapse. This tactic, especially when directed at a pro se litigant, reflects an abuse of procedural language to unsettle rather than inform. It undermines fair negotiation and |
|---|---|---|---|---|

42

EXHIBIT BB: CHRONOLOGY OF HARASSMENT, THREATS, AND INTIMIDATION, COUNSEL

MISCONDUCT.

| | | | | further illustrates a refusal to engage meaningfully with the merits of the Plaintiff's case. |
|---|---|---|---|---|
| 2025-02-14 | Aaron Moss / Rule 26(f) | Email | Misleading Participation in Settlement Conference | During Rule 26(f) discussions, Aaron Moss expressed willingness to join settlement while admitting Riot had no intention of settling, undermining court efficiency and imposing undue stress on a pro se litigant. |
| Mar 26, 2025 – 16:51 to 19:55 | Joshua Geller / Marc Wolstenholme | Email Exchange re: Settlement & Protective Orders | Persistent Procedural Pressure and Refusal to Engage Fairly | Riot's counsel continued to threaten dismissal (again citing FRCP 8 and access), reiterated intent to bifurcate discovery, and applied pressure for protective orders. Plaintiff objected, citing bad faith and public interest. Counsel's language |

43

EXHIBIT BB: CHRONOLOGY OF HARASSMENT, THREATS, AND INTIMIDATION, COUNSEL

MISCONDUCT.

| | | | | continued a pattern of procedural escalation, invoking legal threats (e.g., bond, bifurcation, protective order) while minimizing Plaintiff's settlement rights. Riot confirmed they would not cancel the settlement conference but also mischaracterized Plaintiff's position and pressured confidentiality measures. Plaintiff declared the original settlement offer void due to harassment and delay tactics. The exchange ended with Plaintiff formally asking Riot's counsel to stop harassing him, after expressing that the ongoing pressure and procedural |
|---|---|---|---|---|

EXHIBIT BB: CHRONOLOGY OF HARASSMENT, THREATS, AND INTIMIDATION, COUNSEL MISCONDUCT.

| | | | | maneuvering had invalidated his original settlement offer due to the stress and disruption it caused. |
|---|---|---|---|---|

EXHIBIT BB: CHRONOLOGY OF HARASSMENT, THREATS, AND INTIMIDATION, COUNSEL

MISCONDUCT.

**Appendix to Section II: Full Email Record – Aaron Moss (Dec 1, 2021)**

The following is a complete copy of the email sent by Aaron J. Moss of Greenberg Glusker LLP to Plaintiff Marc Wolstenholme, included in Exhibit BB as evidence of counsel misconduct, intimidation, and refusal to mediate.

Wed, 1 Dec 2021 at 03:06

Mr. Wolstenholme,

To be clear: Riot did not purchase or otherwise acquire any manuscripts from Austin Macaulay Publishers, Maximilian Ximenez, Sandra Dijkstra And Associates, Image comics or any other third party. Aside from the fact that your assertions are the type of sheer speculation and conjecture that cannot support a claim of access under the U.S. Copyright Act as a matter of law, the timeline indicated in your email demonstrates beyond any doubt that Riot simply could not have used your Manuscript to create "Arcane."

The "Arcane" story was conceived by Riot beginning in 2016. Production-ready scripts of the first three episodes were completed in 2018. The scripts for the final episodes were completed by mid-2019. In other words, at the time you contend your manuscript was likely obtained (i.e., after Friday, September 18, 2020), all of the written material underlying the "Arcane" program had been long completed. And, as I previously noted, all of the main characters, themes, settings and motifs in Arcane are a decade old.

46

EXHIBIT BB: CHRONOLOGY OF HARASSMENT, THREATS, AND INTIMIDATION, COUNSEL MISCONDUCT.

Frankly, your assertions reflect a fundamental lack of understanding as to how long television production (especially animation) actually takes. It would be physically impossible for Riot to have acquired source material during 2020, created scripts based on that material, and then have that material animated and ready for exhibition by 2021. That's simply not how it works. Even you concede that the earliest Riot could have accessed your material was at the end of 2019, which is already after the date that all of the scripts for "Arcane" had been completed and locked for production.

If required to do so in a court of law, Riot can easily corroborate these timelines, given the hundreds if not thousands of people who were involved in the production of its series. And to be clear, if you were to proceed with this matter in court, Riot would vigorously defend itself and, upon prevailing, would seek its attorneys' fees and other available sanctions against you. There will be no mediation, out of court settlement, or bestowed credit at any time. Rather than continue to send emails, I strongly suggest that you speak with competent U.S. copyright counsel who can properly explain the law to you as well as the risks you take by moving forward. All of Riot's rights and remedies are, of course, reserved.

Sincerely,

Aaron J. Moss

Attorney at Law

Greenberg Glusker LLP

47

EXHIBIT BB: CHRONOLOGY OF HARASSMENT, THREATS, AND INTIMIDATION, COUNSEL MISCONDUCT.

**SECTION III: Coordinated Social Media Intimidation, Misinformation & Harassment**

Riot Games and individuals connected to its ecosystem—whether officially or unofficially—have engaged in a sustained campaign of intimidation, harassment, and misinformation across multiple social media platforms.

This section outlines examples of:

Threatening and mocking messages sent to the Plaintiff via anonymous and spoofed email accounts,

Coordinated efforts to discredit the Plaintiff publicly,

Psychological gaslighting that targeted the Plaintiff's mental health, credibility, and family,

Apparent attempts to provoke public ridicule or induce emotional destabilization during critical litigation phases.

EXHIBIT BB: CHRONOLOGY OF HARASSMENT, THREATS, AND INTIMIDATION, COUNSEL MISCONDUCT.

The volume, timing, and content of these messages—many of which include personal information and legal references—strongly suggest insider knowledge of the case, or active collaboration with individuals having access to non-public litigation updates.

These patterns raise serious concerns about the safety of the Plaintiff, the integrity of the legal process, and the misuse of public platforms to obstruct justice and intimidate litigants.

A. Evidence of Riot-Affiliated or Riot-Enabling Accounts Condoning Violence

Among the most serious examples of social media misconduct are messages that appear to condone or even threaten physical violence.

Several communications directed at Plaintiff include:

November 12, 2024 – Bomb Threat: A message submitted via the Plaintiff's website contact form threatened to "send a bomb" to the Plaintiff's residence. This was submitted from the email address "hah@haha.com" using the online portal from "M.W. Wolf's Megaverse."

EXHIBIT BB: CHRONOLOGY OF HARASSMENT, THREATS, AND INTIMIDATION, COUNSEL MISCONDUCT.

November 14, 2024 – Threat of AI Exploitation: An anonymous message threatened to generate explicit AI content of the Plaintiff's daughter unless he recanted his claims.

November 16, 2024 – Entrapment Attempt: A message claiming to offer Riot's "Arcane Bible" in exchange for $10,000 attempted to lure the Plaintiff into a criminal trap.

These examples are not random trolling. The level of personal detail, timing in relation to court events, and insider-like references suggest these messages are from individuals with either direct or indirect connections to the case. Riot's failure to publicly condemn this conduct—especially after being informed of its occurrence—raises questions of corporate responsibility and ethical duty.

Failure to condemn, disavow, or investigate such actions when made aware of them may constitute tacit approval. It further amplifies the pattern of psychological warfare against the Plaintiff. These incidents support Plaintiff's request for a protective order, sanctions for abusive litigation conduct, and potential intervention by regulatory or criminal authorities.

Full documentation of these threats appears in Exhibit BB: Harassment Chronology Table.

50

EXHIBIT BB: CHRONOLOGY OF HARASSMENT, THREATS, AND INTIMIDATION, COUNSEL MISCONDUCT.

**B. Riot Officials Condoning Violence**

In addition to anonymous and third-party harassment, official representatives of Riot Games have engaged in or condoned behavior that glorifies violence, in a manner that is deeply inappropriate given their leadership roles and public influence.

November 1, 2024 – Christian Linke's Guillotine Comment: On the social media platform X (formerly Twitter), Christian Linke—Showrunner and Executive Producer of Arcane—publicly posted, "IONO ABOUT YOU ALL BUT I THINK IT'S TIME TO LET FORTICHE BRING BACK… THE FRENCH GUILLOTINE." This comment, referencing state executions, was not made in satire but in the context of heated online discourse about the Plaintiff and Arcane. The comment remains unaddressed by Riot's internal policies or public statements months after complaints have been made. Such behavior from an executive is alarming and normalizes extreme rhetoric in fan communities.



51

EXHIBIT BB: CHRONOLOGY OF HARASSMENT, THREATS, AND INTIMIDATION, COUNSEL MISCONDUCT.

Moreover, Marc "Tryndamere" Merrill, around the same time, claimed that Christian Linke had resigned, amid backlash from online communities, which is rather suspicious seems as criminal fraud cases are likely to follow. However, now, just a few months later, Riot has announced that Christian Linke is still working for Riot, and he is now the Director of Animation. This shows that Riot has no willingness to settle these matters, and it still harbors the main (Bro-mancing) conspirators of IP theft.



52

EXHIBIT BB: CHRONOLOGY OF HARASSMENT, THREATS, AND INTIMIDATION, COUNSEL MISCONDUCT.

November 16, 2024 – Tryndamere Retweets Gun-to-Head Image: Riot co-founder Marc "Tryndamere" Merrill retweeted an image of an individual holding a real firearm to their own head. The timing and content were chilling given the concurrent harassment against the Plaintiff. Riot has made no public effort to distance itself from the image or explain why an executive would amplify such dangerous content during active litigation.



53

EXHIBIT BB: CHRONOLOGY OF HARASSMENT, THREATS, AND INTIMIDATION, COUNSEL MISCONDUCT.

These instances, coupled with Riot's silence in the face of threats and intimidation, illustrate a systemic culture of toxicity and disregard for ethical standards of communication. It further reinforces the Plaintiff's position that Riot executives and affiliates have helped shape a retaliatory and hostile public environment.

The Plaintiff respectfully requests that the Court take note of these actions as additional justification for protective orders, discovery into Riot's internal communications, and further inquiry into misconduct that extends beyond the courtroom and into Riot's public conduct.

EXHIBIT BB: CHRONOLOGY OF HARASSMENT, THREATS, AND INTIMIDATION, COUNSEL MISCONDUCT.

**CONCLUSION**

The pattern of misconduct outlined in this exhibit—ranging from threatening legal correspondence, procedural manipulation, and exploitative settlement tactics, to coordinated online harassment and the condoning of violent rhetoric by Riot-affiliated individuals—reflects a broader strategy not of defense, but of suppression and aggression.

This strategy has imposed emotional, financial, and psychological burdens on a disabled pro se litigant, and undermined the integrity of these proceedings. What began as a legitimate copyright and misappropriation claim has been repeatedly derailed by tactics that seek to exhaust rather than resolve. Rather than engage in the merits of the case, Riot Games and its legal representatives have engaged in conduct that arguably violates both the spirit and letter of procedural fairness.

The Plaintiff presents this chronology not only to seek accountability, but to respectfully request the Court's attention to the systemic nature of the harm suffered. This includes:

Consideration for protective measures under the Court's inherent authority;

Application of cost-shifting or sanctions under 28 U.S.C. § 1927 or Rule 11;

EXHIBIT BB: CHRONOLOGY OF HARASSMENT, THREATS, AND INTIMIDATION, COUNSEL MISCONDUCT.

Judicial acknowledgment that this conduct may prejudice not only this case but future access to justice for vulnerable litigants.

Plaintiff reiterates his commitment to lawful resolution, discovery compliance, and the pursuit of a just outcome. But the integrity of that process must be protected—from both external harassment and internal abuse of process.

56

EXHIBIT BB: CHRONOLOGY OF HARASSMENT, THREATS, AND INTIMIDATION, COUNSEL MISCONDUCT.

**Declaration**

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.


Executed on April 06, 2025, in Coventry, England.

Respectfully submitted,


Signature: *M.WOLSTENHOLME.*


Marc Wolstenholme

Plaintiff in Pro Per

5 Shetland Close

Coventry, England CV5 7LS

marc@mwwolf-fiction.co.uk


**57**

EXHIBIT BB: CHRONOLOGY OF HARASSMENT, THREATS, AND INTIMIDATION, COUNSEL MISCONDUCT.
