Marc Wolstenholme
5 Shetland Close
Coventry, England CV5 7LS
Telephone: 044 7827964404
Email: marc@mwwolf-fiction.co.uk
Plaintiff in Pro Per

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARC WOLSTENHOLME,<br>　　　　Plaintiff,<br>vs.<br>RIOT GAMES, INC.,<br>　　　　Defendant | CASE NO. 2:25-CV-00053-FMO-BFM HON.<br><br>*Hon. Fernando M. Olguin*<br><br>DECLARATION OF MARC WOLSTENHOLME<br><br>PLAINTIFF'S NOTICE OF MOTION AND MOTION TO FILE EXHIBIT FF UNDER SEAL |

Dated this: April 06, 2025

*M.WOLSTENHOLME*
[MARC WOLSTENHOLME]

1
PLAINTIFF'S NOTICE OF MOTION AND MOTION TO FILE EXHIBIT FF UNDER SEAL

**PLAINTIFF'S NOTICE OF MOTION AND MOTION TO FILE EXHIBIT FF UNDER SEAL**

[Local Rule 79-5]

TO THE HONORABLE COURT, DEFENDANT, AND COUNSEL OF RECORD:

PLEASE TAKE NOTICE that Plaintiff Marc Wolstenholme, appearing pro se, respectfully moves this Court for an order permitting him to file Exhibit FF under seal in connection with his Opposition to Defendant Riot Games, Inc.'s Motion to Dismiss the Second Amended Complaint (SAC).

### I. INTRODUCTION

Plaintiff seeks leave to file Exhibit FF (Military Credentials – Expertise in Hidden Content Analysis) under seal pursuant to Local Rule 79-5 and the Court's inherent authority. This exhibit contains sensitive and confidential personal military records demonstrating Plaintiff's formal training in detecting concealed meaning and information, relevant to claims regarding pattern recognition and forensic content analysis in the present case.

### II. LEGAL STANDARD

Under C.D. Cal. L.R. 79-5.2.2(b), documents may be filed under seal when they contain information that is privileged, confidential, or otherwise protected from public

2

PLAINTIFF'S NOTICE OF MOTION AND MOTION TO FILE EXHIBIT FF UNDER SEAL

disclosure. Courts balance the public's right of access against the litigant's interest in confidentiality, particularly when the records at issue involve national security-adjacent military experience, privacy, or sensitive personal data.

### III. GOOD CAUSE EXISTS TO SEAL EXHIBIT FF

Exhibit FF contains documentation of the Plaintiff's training and experience in military-intelligence applications, which are not intended for public dissemination. Public filing of these materials may raise privacy risks and security implications, including disclosure of techniques used in concealed content analysis that are not widely public.

Furthermore, the information contained within Exhibit FF may intersect with sensitive matters governed by the Official Secrets Act 1911 (UK), Section 1, which criminalizes unauthorized disclosure or handling of protected military, intelligence, or security-related material. While Plaintiff does not seek to disclose classified information, the nature of the training and documentation involves content and practices developed within restricted or security-cleared military frameworks.

Disclosure of such credentials in open court without proper sealing may risk breaching confidentiality protocols recognized under UK law and applicable bilateral security norms between allied states. In addition to privacy interests, these issues implicate international security obligations, and thus further justify sealed filing under both U.S. protective filing rules and international obligations.

Moreover, Plaintiff's expertise is directly relevant to countering Riot Games' assertions that Plaintiff's identification of narrative patterns in Arcane is "conspiratorial" or speculative. These credentials bolster Plaintiff's credibility as an expert in narrative and forensic interpretation.

Accordingly, Plaintiff respectfully requests that the Court seal Exhibit FF in the interest of privacy, national sensitivity, and judicial efficiency.

**IV. CONCLUSION**

For the foregoing reasons, Plaintiff respectfully requests that the Court grant leave to file Exhibit FF under seal.

**Declaration of Authenticity:**

I, Marc Wolstenholme, declare under penalty of perjury that the statements made are true and accurate

Executed on April 06, 2025, in Coventry, England.

Signature: *M.WOLSTENHOLME.*

Marc Wolstenholme

Plaintiff in Pro Per

5 Shetland Close

Coventry, England CV5 7LS

marc@mwwolf-fiction.co.uk

5

PLAINTIFF'S NOTICE OF MOTION AND MOTION TO FILE EXHIBIT FF UNDER SEAL