Marc Wolstenholme
5 Shetland Close
Coventry, England CV5 7LS
Telephone: 044 7827964404
Email: marc@mwwolf-fiction.co.uk
Plaintiff in Pro Per

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| MARC WOLSTENHOLME,<br>Plaintiff,<br>vs.<br>RIOT GAMES, INC.,<br>Defendant | CASE NO. 2:25-CV-00053-FMO-BFM HON.<br><br>*Hon. Fernando M. Olguin*<br><br>DECLARATION OF MARC WOLSTENHOLME<br><br>PLAINTIFF'S MOTION OF CONCERN REGARDING DEFENDANT'S LITIGATION BEHAVIOR AND CONDUCT AND WIDER GLOBAL CONCERNS. |

Dated this: April 13, 2025

*M.WOLSTENHOLME.*
_____
[MARC WOLSTENHOLME]

1

PLAINTIFF'S MOTION OF CONCERN REGARDING DEFENDANT'S LITIGATION BEHAVIOR AND

CONDUCT AND WIDER GLOBAL CONCERNS.

### I.   TO THE HONORABLE COURT:

Plaintiff Marc Wolstenholme, appearing pro se, respectfully submits this Motion of Concern to place on the record a formal objection and request for judicial attention regarding the ongoing pattern of adversarial, retaliatory, and harassing conduct exhibited by Defendant Riot Games, Inc. and its legal representatives throughout this litigation. These behaviours mirror wider concerns and behaviours which the class action lawsuit tried to deter and prevent, yet it is clear that a lot more work is needed.

Despite Plaintiff's good faith participation in the settlement process as ordered by the Court in Dkt. 75, Defendant has responded with dismissive, threatening communications and redundant procedural maneuvers intended to overwhelm and distress a disabled pro se litigant. These include the reintroduction of previously addressed issues through motions such as Dkt. 80–82, attempts to alter jointly signed documents post-submission, and the use of settlement communications to imply baseless legal threats and to harass and intimidate, as well as language to mock, embarrass and undermine the Plaintiff.

The defendant's counsel has repeatedly refused to engage in sincere efforts toward resolution. Instead, they have submitted settlement offers consisting solely of requests for dismissal with prejudice in exchange for the waiver of legal fees, accompanied by language dismissing Plaintiff's claims as meritless. Plaintiff perceives these actions as an ongoing effort of intimidation, to weaponize procedure against a vulnerable party, in contradiction of the Court's intention for fair and structured resolution.

2

PLAINTIFF'S MOTION OF CONCERN REGARDING DEFENDANT'S LITIGATION BEHAVIOR AND
CONDUCT AND WIDER GLOBAL CONCERNS.

Further, these legal tactics have emboldened third-party harassment, including
hate messages, threats, and public defamation directed at Plaintiff. This hostile litigation
environment raises significant concern about the Defendant's failure to deter abuse connected to
this case and the increasingly violent and toxic culture Riot breeds and fosters.

Additionally, given the many concerns and abusive behaviours at Riot Games and
their behaviours on the global scale which mirrors the behaviours in these proceedings, the
Plaintiff deeply fears that Riot Games will cause geopolitical damage, more sex crimes, more
discrimination, more harassment, more work force concerns, more incel violence, more cultural
and behavioural damage to young adults, and perhaps global conflicts.

The Plaintiff will explain his fears in the hope that more interventions will help to
deter and challenge Riot's abuse. The 100 million class action is pocket change for Riot, and
they clearly do not care. This 1.5-billion-dollar case is also insignificant change for Riot so they
can afford to keep abusing with impunity until the end, causing as much damage as they can on
the way. They do not care because they were given more money than they know how to deal
with, in exchange for what? They were not a good game, they had swiped code, they still are not
as good as their competitors, and yet they had billions to spit around. This is a large red flag.

The Plaintiff will show a clear and concerning pattern of targeting and abusing
vulnerable people built into the unwritten business plan of Riot Games and their Business
practice. Moreover, the Plaintiff will show clear efforts of Riot Games to control, backdate and
falsify information and their narrative. Additionally, The Plaintiff will show that Riot Games
engages in none-sexual grooming behaviours towards young cast members and content creators.

3

PLAINTIFF'S MOTION OF CONCERN REGARDING DEFENDANT'S LITIGATION BEHAVIOR AND
CONDUCT AND WIDER GLOBAL CONCERNS.

The Plaintiff's concerns and request for judicial interventions and criminal investigations

I am worried… Very worried. I am deeply concerned about Arcane, Riot Games and the stuff under the hood. This is what I believe and hope to help the Public Services contain and prevent any and all damage Riot Games is apt to cause.

Arcane is stolen from my BloodBorg: The Harvest manuscript submitted to Riot Forge, Curtis Brown Group and others, and I have shown this. Moreover, the timelines of production are fake to deceive customers and hide IP theft. The fake writers have deliberately engaged in editing and backdating lies in a method which resembles espionage and propaganda and disinformation tactics which bear a resemblance to militarised government origins. I know these methods well. These are systematically implemented to evade lawful processes and to build plausible deniability.

Two Bro-mancing bumbling college graduates didn't fall onto the secrets of another games code and then trip onto billions of dollars of funding from a company with links to Chinese Communist civil military fusion because they changed a bad Rip-off product. On top of this, I believe Riot Games is hiding disturbing things.

Under the Skin of Riot Games.

Riot Games is a poison to humanity, and here is why.

Legal disclaimer- I am allowed to express my concerns. It's called freedom of speech. This is in the public interest. Its protected in Europe under Article 10 of the Human

4

PLAINTIFF'S MOTION OF CONCERN REGARDING DEFENDANT'S LITIGATION BEHAVIOR AND CONDUCT AND WIDER GLOBAL CONCERNS.

Rights Act: Freedom of expression. In the United States freedom of speech is protected by the First Amendment of the Constitution. In the English dictionary this is called an opinion. A little later you will see that the extremely competitive sharks at Riot think they can copyright a word from the dictionary, then bully a young girl over a word.

References- I have used many references to produce this article. I will not be in-text referencing nor producing a reference list. I am not selling this, nor earning from it, nor publishing it, nor do I have any obligation to state my references.

Due to the unwillingness of Riot Games to settle this blatant Copyright Infringement case of M.W. Wolf's intellectual property, I will now be filing additional civil and criminal court proceedings against Riot Games and all who have profited from abusing my trauma work, namely BloodBorg: The Harvest by M.W. Wolf. I will also be seeking a takedown and destroy of all Arcane products and distribution, as well as the cosmetics in other Riot products. Moreover, I will be seeking damages and data protection violations on top of the 1.5 billion dollar settlement.

Furthermore, I will be pursuing all the involved parties and stakeholders of Riot Games who have been informed of this intellectual property theft and continued to use, exploit and distribute Arcane and anything to do with it. These parties include but not limited to: Netflix, Fortiche Production SAS, and Chinese conglomerate Tencent.

Furthermore, and perhaps the most important, I will be asking The California Civil Rights Department to dissolve Riot Games in the US due to threats of national security and the global damage they are causing to people.

5

PLAINTIFF'S MOTION OF CONCERN REGARDING DEFENDANT'S LITIGATION BEHAVIOR AND CONDUCT AND WIDER GLOBAL CONCERNS.

Please note, Riot Games have been informed about my vulnerabilities as an adult, namely disabilities, both mentally and physically, and they were informed over 3.5 years ago of the undue stress, hardship and suffering having to battle in lengthy court proceedings would have upon my health and wellbeing. And yet they proceeded in this deceitful and harmful manner, then used these vulnerabilities to threaten me. This is direct discrimination and a well-trodden patten of illegal and publicly damaging behaviours at Riot Games.

Moreover, I recently happened across the harrowing case of a young and independent female artist from the war-torn country of Ukraine, being threatened by Riot Games and her work was subsequently removed from TeePublic following the copyright claim from Riot Games. All because she used a word of the English dictionary, namely Arcane. Their victim was a young girl trapped in the middle of an horrific war. Yet again a vulnerable person, who they saw as weaker than themselves, and unable to fight back, so they bullied her. This just doesn't sit right with me, especially the cheek of it, seems as they illegally abused my submission to their Riot Forge in early 2020, to build the product.

The female victim posted, "I'm just some girl from Ukraine and have no voice if such a big company as Riot Games claims that my work belongs to them, even if all facts prove them wrong. The only thing I can do is to speak here."

To me, this shows an unchanged culture of deceitfulness and top down abuse at Riot Games. Even after, and during, The California Civil Rights Department's investigations, a $100 million consent decree, as well as monitoring and interventions to resolve the systemic sex discrimination, harassment, and retaliations of Riot Games towards employees. This shows a

6

very clear propensity and proclivity of the leadership of Riot Games; to abuse vulnerable people who they see as under them or lower than them.

It seems, they simply do not care about the abuse and suffering which they cause on the global scale because they're so big, and their Chinese based owners throw seemingly unlimited money at them and their problems to make them go away. What kind of company operates in this manner?

I'll show you what kind and hopefully I'll be able to articulate my fears and why Riot Games cannot continue to operate in this manner. This is the hallmarks of a truly abusive and dangerous company with, in my opinion, perhaps malevolent undercurrents. This is pertinent to my legal claims because with the history, I can show a long propensity to abuse, lie, steal, deceive, swipe and gripe and mask stolen products as their own IP, then to abuse every competitor and even the truthful owners of the IP.

This case is much larger and more serious than M.W. Wolf's 1.5 million Intellectual Property Infringement case. I believe that Riot Games, their business model, their data building and competitive addiction strategies are dangerous and damaging to global society and perhaps fit the characteristics of domestic and global terrorism. I'll explain why, but please remember that this part is my opinion based on investigations, military qualifications in searching for patterns, knowledge of psychological operations (PSYOP), plus over a decade of training and teaching Public Services including government policies, war and conflict and terrorism, police powers, discipline, conformity and obedience, responding to major incidence,

7

PLAINTIFF'S MOTION OF CONCERN REGARDING DEFENDANT'S LITIGATION BEHAVIOR AND
CONDUCT AND WIDER GLOBAL CONCERNS.

Prevent Training (anti-radicalisation) and so on. We need to dig a little deeper into the history

and administrations of Riot Games and League of Legends for me to show why I believe this.

I hope to not only gain a fair and expensive settlement and damages, but to drive

out the rotting core of Riot Games. I believe this is needed for the safety of the wider global

culture and security. I'll try to explain my concerns in full.

## II.    TOXIC BROMANCING FOUNDATIONS

Riot Games was founded in September 2006 by Brandon Beck and Marc Merrill

to develop League of Legends. League of Legends was announced in 2008 and released in 2009.

Brandon "Ryze" Beck and Marc "Tryndamere" Merrill, the founders of Riot Games, became

friends while roommates at the University of Southern California, where the two studied

business. So here, with their gaming tag names, aliases, nicknames, screen names, bro names-

whatever you wish to call them- we see the founders leaning into their college campus bromance

identities (Ryze and Tryndamere), fused with the founding of the company.

It's not unusual nor harmful to use nicknames, or Bro-names, especially in the

gaming community, so long as the adolescent college campus culture does not follow with these

identities. My writing alias is M.W. Wolf. But I am not a Wolf, and I do not act like one. We all

wear different skins during our development into adulthood and far into the professional working

world. The issue here is Riot Games was foundered on the back of college campus culture and

extremely competitive gaming culture. College campus culture is the environment and

8

atmosphere created by the interactions between students and the institute of education. There is a whole body of literature on the toxicity of college campus cultures, when they are not managed and fostered in healthy ways. Without digressing into a literature review some of these concerns include self-abusive drinking, bromancing, subjugation of women, rape and segregating social grouping tactics. These cultures, adolescent identities and behaviours have bled deeply into the fabric of Riot Games.

Many college campus culture and Higher Educational culture studies have focused on the concept of a "sense of belonging and community", which is a challenge to adolescent minds as they enter the vulnerable period which epidemiology studies term "Emerging Adulthood." This concept of needing a "sense of belonging and community", is a psychological need for young adults to progress into healthy adulthood and to develop as healthy people. Maslow (1943, 1954) argued that survival needs must be satisfied before the individual can satisfy the higher needs. Maslow's Hierarchy of Needs places this need for a "sense of belonging and community" on the second tier within Safety needs. He argues that "Once an individual's physiological needs are satisfied, the need for security and safety becomes salient."

This concept of a "sense of belonging and community," is central to the business model of Riot Games who often refer to their cult, followers, club- or whatever you wish to call their community- as Rioters. It's not toxic nor damaging to lean into this need for social animals to find a "sense of belonging and community," as they enter this vulnerable period of emergence into adulthood, and they are experimenting with their adult identities.

9

PLAINTIFF'S MOTION OF CONCERN REGARDING DEFENDANT'S LITIGATION BEHAVIOR AND CONDUCT AND WIDER GLOBAL CONCERNS.

However, it is extremely toxic and damaging to capture young individuals at this stage of development, vulnerability and experimentation with their adult identities, and to offer them an addictive and highly competitive "sense of belonging and community" which is soaked in the prementioned college campus culture concerns, such as rape, subjugation and conquest of women and bro-mancing and to, furthermore, carry that culture into the workplace, coupled with a name (Riot) which is clearly intended to suggest cultural unrest, upheaval  and violence. Is this cultural and psychological warfare?

It is my belief, backed by literature, that this kind of cult like Bro-mancing and gaming culture and community, is preventing young people, males particularly, from engaging in social norms and from engaging in the real world, harming minds and creating an undercurrent of sedentary and isolated, hyper-aggressive, hyper-competitive incels who believe in and adopt the gaming, Bro-mancing culture created by Riot Games. This culture is creating Peter Pans (Puer aeternus) of this lost generation. Swiss psychiatrist and psychologist Carl Jung termed this as the Puer aeternus. This psychology of The Man-Child (Puer Aeternus) is toxic, immature, reliant on others (mothers), harmful to health and wellbeing, harmful to wider society and these incels or addictive gamers are tortured in themselves as they grow into psychologically undeveloped and unhealthy men stuck in a deep sense of, and beliefs of, nihilism and self-paralysis

These young men, then feel lost and isolated, and forced into an alien society, which they feel is against them. Please see this snippet of an article I wrote on this kind of self-radicalisation, forced by isolation and these cult-like gaming cultures.

10

PLAINTIFF'S MOTION OF CONCERN REGARDING DEFENDANT'S LITIGATION BEHAVIOR AND CONDUCT AND WIDER GLOBAL CONCERNS.

"… is creating a subculture of self-hating boys and men who are lonely and confused about their place in society. They feel as though they don't belong, they lack self-esteem, they suffer in nihilistic anguish, watching the world go by and wondering why others are happy. Why do other boys get girlfriends, why am I invisible to the world, why do women hate me, why haven't I had sex, or love and so on. Many of these lonely and by this point, mentally unwell boys become depressed and are at increased risk of suicide.

Others turn to the internet, to online Incel and manosphere communities. Online they find places where they feel safe and a sense of belonging. They encounter the Red Pill conspiracy theory which holds the premise that men, particularly white men are under attack. They believe that men are now the genuine victims of gendered oppression, and that the zeitgeist of this age is feminine. They believe that feminism is a disguise for the suppression of men.

Inside some of these online communities, Incels and destressed men battle with their inner pain and often begin to blame women for everything that is wrong with their lives. Misogynistic views and beliefs are drip fed and promoted in some of these communities. In some, this woman blaming slowly grows to violence against women. These communities get stuck in filter bubbles and intensifying misogynistic feedback systems, effectively radicalising themselves.

Often whilst spending hours in these online communities, the young males will lock their bedroom doors, place on their headphones and search for porn to help them fulfil those basic physiological needs. At first the porn and their hate for women are kept separate but very soon they start to merge as the young self-diagnosed "socially oppressed" male clicks on a

11

thumbnail of a woman tied up and gagged. He feels the tingle of power growing. Yet soon he

encounters the law of diminishing returns, he needs more to get his rocks off. This leads him to

submissive porn and then to bondage and then to rape porn and perhaps even this isn't enough,

and he starts to fantasize about doing it in real life, perhaps to someone he knows, or he has seen

in the local area. And I think you can guess where this troubled young lad is heading.

      Sometimes these fantasies of violence against women, self-hate and distain for

society, irrupts and leads to heinous crimes against girls and women and others as collateral

damage. Sometimes they lead to mass shootings or other acts of violence so the young, damaged

mind can feel power. Such as the Sudbury Ontario case of the Incel Alexander Stavropoulos,

who was sexually frustrated and angry with white women for not having sex with him, so he

stabbed a woman in the neck, then repeatedly punched her nine-month-old baby before trying to

slit his own throat.

      Closer to home for me, is the summer 2021 case of 22-year-old Incel Jake

Davison, who was battling with depression and being Involuntary celibate. He killed his mother,

then rampaged through Plymouth streets, shooting at random, fatally shooting four more and

injured two others before turning the gun and killing himself. His victims include a father, Lee

Martyn and his three-year-old daughter, Sophie. With a young daughter myself, this crime is

inconceivably tragic.

      Jake Davison can be seen in his video uploads, stating that love is for the young.

Jake believed that he missed the boat for finding love and that he had taken the Black Pill. The

Black Pill is the belief amongst young males that there is no hope, they will be alone forever.

PLAINTIFF'S MOTION OF CONCERN REGARDING DEFENDANT'S LITIGATION BEHAVIOR AND
CONDUCT AND WIDER GLOBAL CONCERNS.

Something has condemned the young male to never have sex or romance. Their position of being beaten down by life is permanent. Women hate them and this will not change. This is an ideology rooted in tragedy and is dangerous, to the Incels themselves and to women.

Feminist writer Laura Bates suggests that there are perhaps 10,000 men and boys in the UK connected to Incel groups and ideologies. She also suggested that the police and government in the UK need to realise that there are groups and online organisations, grooming and radicalising young boys to hate women. Laura suggests that Incel groups voicing misogynistic views should be classified and treated like terrorists. I partly agree with Laura, in the sense that any Incel or other mass attacks on women or any member of society aimed at causing terror and pain, should most definitely be categorised as terrorism. However the issue is, the majority of these young men are looking for companionship and camaraderie, which historically young men use to get from society, of which they now feel detached from. Most of the young men in these groups are not violent misogynists, just like most Muslims are not planning to blow up train stations or flying airplanes into buildings. As a society we have made great progress in removing discrimination and harmful stereotyping…"

Let's be fair here, the current body of literature suggests that there is no strong causal link between acts of physical violence and video games. I state that in the case of Riot Games, it is not the violence in the games, it's the toxic and radicalising community Riot fosters with its own behaviours. This can not be solved with interventions; it has infected the whole community. It needs to be shut down.

PLAINTIFF'S MOTION OF CONCERN REGARDING DEFENDANT'S LITIGATION BEHAVIOR AND CONDUCT AND WIDER GLOBAL CONCERNS.

Some research suggests gaming could be a channel for misogyny, addiction, aggression, cult like followings, incel like beliefs and some of the other concerns I've listed. I loved video games growing up and spent countless hours playing them. I am now creating literary universes which I hope to be converted to video games. I am not criticizing gaming, nor gamers. Yet gaming companies have moral, social and legal obligations to foster healthy gaming cultures and to not let Bro-mancing rule the workplace, or to not sell the community to nefarious investors.

The issue here is many-some, but is Riot Games to blame for this? They are the biggest gaming company in the world, they have been found to be harbouring and spreading some of the issues I raised and accused of many of these concerns. They are not to blame for all of these concerns, but they seem to be harbouring a truly malevolent underbelly. These concerns include but are certainly not limited to misogyny, workplace culture and discrimination, a hostile work environment, in-game purchase systems and loot box mechanics which some argued resembled gambling, unhealthy and perhaps unlawful aggressive competitive business strategies, retaliations, targeting of vulnerable competitors, anti-competitor behaviours, intellectual property theft, aggressive IP wars, accusations of data breaches, not complying with Information commitments and Subject Access Request laws, monopolistic behaviours of its parent company, allegations of sexual harassment, and the very worst and most alarming is the allegations of misuse of data, in a spying fashion. Oh and of course, the Bromancing!

Sidenote, I use the suffix mancing not just to mean the concept of boys club culture (frat culture), but also to mean divination, which the dictionary states means "Variety of

14

magic, especially that controlling or related to a specific element, substance, or theme." Thus,

bro-mancing in this sense is more than just friendships, it's using this cult like bro behaviour to

control and subdue others, such as employees, female especially, and the wider Riot Games

global community. Thus radicalising. Yes, this Bro-mancing bears all the major hallmarks and

concerns of a radicalising community. I'll try to tease out my concerns of this bro-mancing

deeper as we progress into this article.

Yet the dark and disturbing culture is so blatant that it bleeds into the interviews

of the "Bros" at Riot Games and the Showrunners of Arcane. Just listen to them talk, in

interviews you can hear Alex Yee several times revert to his usual manner of talking down and

belittling and even making fun of interviewers, then to swap out his words, rephrasing to a more

pleasant response. This indicates that he may have had training to stop being so abusive to others

who he sees as below him. The other showrunner of Arcane, Christian Linke, can be seen in

interviews, stating that he has a Nazi like one mistake policy, then his face turned stern,

threatening and menacing as he looks up, all black-eyed and says, "You get to mess up just

once." This is clearly a rehearsed and recurring expression of control and dominance over his

subjects, which is meant to cause alarm and distress. In interviews the two repeatedly refer to

their product as fight porn. I've just articulated what kind of deviant mind set this is and how it

snowballs into radical thoughts and behaviours. This fight porn phrase is not just one slippage. It

can be heard over and over in interviews. In interviews, the only time they need to pretend, this

very short amount of airtime they get, and they still can't stop reverting back to their

### 15

PLAINTIFF'S MOTION OF CONCERN REGARDING DEFENDANT'S LITIGATION BEHAVIOR AND
CONDUCT AND WIDER GLOBAL CONCERNS.

bromancing. At one point Alex Yee even comments that I'm not sure we still use this term. This

is clearly a resentful mockery of the interventions they had been placed on for their behaviours.

      Also in interviews, when talking about the themes of lesbianism in Arcane- which

I claim is lifted from my manuscript- Christian Linke mumbled on about how writers use these

mature themes to appear accepting, tolerant and understanding, but he doesn't use them this way.

Why is this on his mind and not the content. I believe this hints at the fact that they used these

themes of diversity in my work to try and get them out of trouble for their Bromancing culture.

They used these mature themes from my manuscript to say look at us, we are changing. This is

pseudo moralistic deceitfulness, a mask to fool their subjects, their paying pawns and to get the

State off their back. It's also the middle finger to The California Civil Rights Department and

their interventions. I believe they don't care because their big brother watching eyes will bail

them out with unlimited funds from black budgets. This isn't the actions of changed people. This

is a disturbing and cultivated undercurrent of filth and depravity in ones actions and beliefs, worn

in a thin skin masquerading as good.

      Also in interviews, these two can be seen discussing Arcane not working until the

answer fell into their laps in 2020. Which Is to say, and will be discussed in court proceedings,

my submission of BloodBorg: The Harvest by M.W. Wolf, which they received via their Riot

Forge portal in early 2020.

      This is what happens when a cult like culture of Bromancing Peter Pans are tossed

unlimited amounts of money by competitive and some may say spying nations for seemingly

nefarious reasons of monopolising, anti-competitor behaviours, IP theft, racketeering, expansion

16

PLAINTIFF'S MOTION OF CONCERN REGARDING DEFENDANT'S LITIGATION BEHAVIOR AND
CONDUCT AND WIDER GLOBAL CONCERNS.

into other industries (Fortiche & Netflix), data collection, perhaps even data warfare and spying, as allegations have suggested.

Thus before we have even gotten past the founding climate of Riot Games and of the founders of Riot Games and their bro names, Brandon "Ryze" Beck and Marc "Tryndamere" Merrill, and the actions of their bros Alex Yee and Christian Linke, we can start to see a culture of bros club, college campus and highly competitive nature emerging. None of this is illegal, so long as it doesn't permeate through into business and work culture and so long as it doesn't begin to stain the culture of a lost gaming generation. Alas it did, and still is. A 100 million dollar fine isn't going to change the bricks and mortar of this humanity pollutant.

### III.    SHADY BEGINNINGS - SWIPE AND GRIPE AND SABOTAGE AND STEAL AND SELL.

These founders of Riot Games, Ryze & Tryndamere, were not game developers, they had no experience as video game developing nor deep insight into the industry. But by their own admissions in interviews, they did play excessive amounts of session-based competitive experiences and existing multiplayer online battle arena (MOBA) strategy video games, such as Defense of the Ancients (DotA). It's often said that Riot Games did not directly copy Dota Allstars to create League of Legends (LoL). Its written that they "borrowed" the concept, and that League of Legends is a "spiritual successor of DotA: AllStars."

PLAINTIFF'S MOTION OF CONCERN REGARDING DEFENDANT'S LITIGATION BEHAVIOR AND
CONDUCT AND WIDER GLOBAL CONCERNS.

It is debated online as to how these non-developers obtained or remade the code. But that is all they had. It is reported that Ryze & Tryndamere considered what it would be like (if they would get away with the crimes) to lift (Swipe) and modify (Gripe) a product of Dota to lower the barrier to entry and introduce new features. If they didn't SWIPE the code, this isn't really a crime, its innovation… If they didn't SWIPE the code. And yet they slap legal battles on up and coming competitors such as MOBA video games and on a young Ukrainian woman for using words of the English dictionary such as Arcane or league. This is like the UK suing America for speaking English.

Steve 'Pendragon' Mescon founded dota-allstars.com in 2004. Mescon had intimate knowledge of all aspects of DotA: AllStars. This product was largely developed and maintained via public modders.

Riot was made two years after this, by immature college kids with money. They did or did not, whichever you choose to believe, obtain DotA's code, which was the IP of a rival company. In 2008, Mescon was hired by Riot Games to be the director of community relations. The man with access to all the IP, was now a leading figure in its competitors company who may, or may not, have directly copied the game, disguised the IP and rebranded it as their product. It has been alleged that Riot paid Steve 'Pendragon' Mescon to steal the code, sabotage the product, swipe their players and sell the stolen product back to the very same modders and public which built the product. This brakes so many laws and moral code that it's not worth listing.

18

PLAINTIFF'S MOTION OF CONCERN REGARDING DEFENDANT'S LITIGATION BEHAVIOR AND
CONDUCT AND WIDER GLOBAL CONCERNS.

I will show in court that what they did here, is a pattern of stealing behaviours which they are still engaging in and used to steal my IP of Bloodborg to feed it into their failing show of Arcane. A continued pattern of steal, deny and lie shows that they have not changed from the day they were foundered and cannot because theft and the prementioned dishonest and deceitful concerns are intrinsically bound into the fabric of their company.

Soon after Riot hired Mescon, Dota Allstars was sabotaged. The website was taken down by Steve "Pendragon" Mescon and replaced with a message from Steve 'Pendragon' Mescon, which said,

"… The website will be offline for the next week or so while the database is moved to its new permanent home where its contents will remain archived and available to the public for the sake of historical preservation.

In the meantime, I hope some of you will join me and over 3 million other players for a game of League of Legends (it's free!)..."

To use an analogy, this is like a whole community of villagers building a dam, then one of them besieging the dam and selling water back to the villagers at astronomical rates. This is Commercial Communism, the paradoxical nature of commercially capitalizing "Leaders" mirroring the oppressive tyrannical strategies of a Communist State. Now I wonder where they learnt these behaviours.

The years of effort, money and time millions of people had placed into Dota Allstars was taken down. This is how they treated the players, the community and the US based rival company. "Acts associated with sabotage can lead to prosecution at either the federal or

PLAINTIFF'S MOTION OF CONCERN REGARDING DEFENDANT'S LITIGATION BEHAVIOR AND
CONDUCT AND WIDER GLOBAL CONCERNS.

state level. In most cases, sabotage is a serious federal crime that can land you in prison for up to 20 years if found guilty." However, I believe there is an element which could be viewed as domestic terrorism in these actions as all of this data and control of a large portion of the US gaming industry and economy was already being controlled by Tencent, perhaps from the very start. This maybe a direct act of economy, data and social war and terrorism.

I do wonder why this man, along with Riot Founders, were never placed in a prison cell and why any player would get behind a project he is involved with after this vindictive abuse of rival IP. This shows covert predatory behaviours, manipulations and accumulative and extreme anti-competitive behaviours fused deeply into the foundations of Riot Games. I'm quite simply baffled as to why The California Civil Rights Department isn't pursuing Riot Games and 'Pendragon' for racketeering and anti-competitive behaviours. At this point in their early development, in my opinion, Riot has produced nothing but theft, Copyright infringements, sabotage and subjugation of US based businesses, bullying, Bromancing, aggressive and hostile competitiveness and anti-competitive behaviours. And from the beginning of their company, they have targeted vulnerable people. This shows a pathological need to abuse. Constantly reoffending companies like this cannot be reformed or saved. Because they got away with these behaviours, they continue to be used and continue to be lucrative for Riot Games.

Sidenote, Steve "Pendragon" Mescon served as the Director of Community Relations at Riot Games, a role he held during the early years of the company's development. In a Reddit AMA from over a decade ago, he introduced himself in this capacity, discussing his responsibilities and experiences at Riot Games. Prior to his tenure at Riot, Mescon was notable

20

PLAINTIFF'S MOTION OF CONCERN REGARDING DEFENDANT'S LITIGATION BEHAVIOR AND CONDUCT AND WIDER GLOBAL CONCERNS.

for founding dota-allstars.com in 2004, a central hub for the original Defense of the Ancients (DotA) community. He joined Riot Games in 2008, and shortly thereafter, the dota-allstars.com website was taken offline. This move was controversial within the DotA community, as many felt it signified a shift in focus towards Riot's own game, League of Legends. Others claimed it was a direct act of stealing code and sabotage.

Beck and Merrill swiped two significant developers of DotA, the game that they may not have copied. The other of the DotA employees was Steve 'Guinsoo' Feak. He ran a support website to assist players. Jumping ship to a rival isn't a crime. Yet it shows a lack of loyalty and perhaps the information, IP knowledge and industry rivals insights and patterns of work and trade secrets which he divulged to Riot Games was detrimental to DotA and this gave Riot Games a competitive advantage.

Let's use an analogy to show why this behaviour hints at red flags and major concerns. During WW2, If I, as an English man, had in-depth knowledge of the fact that Alan Turing had broken the Enigma code- a German cipher machine used to send secure messages - and I sold that to the Nazis, The Battle of the Atlantic would have fared very differently for the Allies, and WW2 may have ended with Hitler as Führer of the world, just like Christian Linke stole Bloodborg and ended up as the Director of Animation at Riot Games. The same pattern of "Swipe and Gripe" then sabotage, target, retaliation and intimidation.

I'm not saying the two DotA jumpers were Chinese spies, nor industry plants, nor that they sold out long before leaving. Likewise, I do not claim that the founders of Riot Games engaged in these espionage activities against the US nor its US based rivals for means of warfare

21

PLAINTIFF'S MOTION OF CONCERN REGARDING DEFENDANT'S LITIGATION BEHAVIOR AND
CONDUCT AND WIDER GLOBAL CONCERNS.

from the start. I am saying that there is a clear pattern of shady and deceitful and sabotaging

practices which are aligned with surveillance and spying tactics from the very beginning of their

companies existence and these practices are seemingly ongoing.

## IV.    THE BUSINESS MODEL

I've shown that perhaps, certainly in my view, swipe and gripe, steal and adapt IP,

quid pro quo, Bromancing, dropsies, sabotage, hostility towards competitors and a complete lack

of regard for the people who are harmed in the process, were tactics of business adopted from the

forging of Riot Games. Why would anyone believe that they didn't continue on this lucrative

path?

Interesting sidenote, forging of Riot Games is an interesting term isn't it? Forge is

an interesting word. It means to make or shape or create, or to find away. It also means to

produce a fraudulent copy or imitation of something. The latter is what I believe the founders of

Riot Games have done since the beginning of their venture. It's interesting that Riot used this

word (Forge) as the name for their video game publishing label which directly solicited narrative

based content, then, after receiving cease and desist letters, quickly shut down and fired 11 % of

the work force including many of the narrative teams. In his collection of poetry (The Rose That

Grew from Concrete) written between 1989 and 1991, Tupac Shakur wrote "If you let a person

talk long enough, you'll hear their true intentions." This is known by many terms. The lowering

of the mask, behind the veil, Freudian slip, and so on. It again hints at the deceptive and corrupt

nature of Riot Games from the beginning. Or as I like to call them, The Deceptive- Conners.

PLAINTIFF'S MOTION OF CONCERN REGARDING DEFENDANT'S LITIGATION BEHAVIOR AND

CONDUCT AND WIDER GLOBAL CONCERNS.

From the beginning, we know that Riot Games had no product, just a code which may have been obtained in deceitful methods of IP infringement. Its widely reported that their product wasn't as good as its rivals. We also know that they had no gaming development skills. What they did have was business studies and… and …. No just that. Oh and privileged backgrounds. Their rivals already had very successful games, one of which was sabotaged. Why would this game and these unhealthy business practices and two college yuppies, who may be fine with stealing trade secrets, without morals, entice investors to buy them out and give them billions of dollars of investment? And what kind of company would go for these conditions?

I state that I believe, the fact that these two young bro-mancers without a clue of what they were doing, with no gaming, coding nor developing experience, who had already shown a proclivity to "Swipe and Gripe" and sabotage gained millions to billions in investments before even launching, suggests that two bumbling young and vulnerable sellouts without a sniff of a moral compass between them, and are ok with stealing secrets, is precisely what an adversary intelligence programme would be looking for in potential "Assets" to control and to fly under the radar of suspicion.

I also state that these "Dry Work" candidates are perfect fits- given their proclivity to Bro-frat culture and crime- for unwitting assets, who may not even know they are being recruited and radicalised for data harvesting and espionage intent.

**Free-to-play**

23

PLAINTIFF'S MOTION OF CONCERN REGARDING DEFENDANT'S LITIGATION BEHAVIOR AND CONDUCT AND WIDER GLOBAL CONCERNS.

We are told to believe that these two bromancing students, with a "fresh" start-up, honestly overtook their gigantic US owned rivals from the start of their very first launch. It's said that the Asian influence of the Free-to-play business model was their golden ticket.

We have already stated that the first free-to-play Multiplayer Online Battle Arena (MOBA) video game in America is generally considered to be "Defense of the Ancients" (DotA), a community-made mod for Warcraft III: Reign of Chaos and its expansion The Frozen Throne. Released around 2003, DotA was free for anyone who owned Warcraft III, and it laid the foundation for the MOBA genre.

It's said that Riot took their code and this free-to-play model and made League of Legends (2009). League of Legends is widely credited with popularizing the free-to-play model in the standalone MOBA genre. While DotA was a mod, League of Legends was built from the ground up as a free-to-play game and included in-game purchases for cosmetics and other optional features, making it the first widely successful free-to-play standalone MOBA.

However, here is the kicker! And perhaps a corrupt kick in the teeth for the gaming community and the US based rivals. Defense of the Ancients (DotA) was a community-created mod for Warcraft III: Reign of Chaos and its expansion The Frozen Throne, which were games developed by Blizzard Entertainment. The original DotA map was based on the "Aeon of Strife" mod for StarCraft, but DotA Allstars, the most popular version, was developed and expanded by a modder known as Steve "Guinsoo" Feak. He left and went to Riot along with the other Steve. Some say with the code own by the community.

PLAINTIFF'S MOTION OF CONCERN REGARDING DEFENDANT'S LITIGATION BEHAVIOR AND
CONDUCT AND WIDER GLOBAL CONCERNS.

After Guinsoo left, IceFrog, another anonymous developer, took over and continued its development. But the sabotage meant that this community-created mod was now worthless, and the creators and players could not access it. Since DotA was built on Blizzard's Warcraft III engine, Blizzard retained ownership of the underlying platform. However, because DotA was a mod made by the community, no single individual or company held formal ownership of the DotA intellectual property at the time it was first created. Eventually, Valve Corporation hired IceFrog in 2009 to develop Dota 2, and Valve later secured the trademark for "Dota" in 2010 after a legal dispute with Blizzard, solidifying their control over the title "Dota" for their game Dota 2.

By this point the sabotage damage was done. In the same year (2009) Riot released League of Legends for free, but they owned the IP and sold in-game purchases for cosmetics and other optional features to the very same community who had built the codes for many of these things. Yes I am repeating because I'm teasing out their deceitful methods and where this was inevitably heading, perhaps purposely steered. Some say they stole from the community, kept the data of millions of people and sold the code back to them. This isn't a new tactic of business corruption. This is the very same corruption as privatisation. It's the old sleight of hand method, or the kidnap and ransom method, or restriction of supply and force demand method.

Riot Games saw significant growth following this release of League of Legends in 2009. The game's unique (perhaps theft) business model helped it attract a large and loyal player base quickly. League of Legends was officially released on October 27, 2009. The Chinese

PLAINTIFF'S MOTION OF CONCERN REGARDING DEFENDANT'S LITIGATION BEHAVIOR AND
CONDUCT AND WIDER GLOBAL CONCERNS.

conglomerate Tencent, along with other investors including Benchmark Capital and Firstmark

Capital, invested $8 million for minority stakes in Riot Games in 2009. Thus we see the silk

thread was woven before the game was launched. This marked the beginning of Riot Games'

journey into becoming one of the leading gaming companies, with League of Legends quickly

growing into one of the most popular games worldwide. A major catalyst for further growth

came in early February 2011 when Tencent acquired a majority stake in Riot Games. I hate to

suck eggs here, but the beginning of November 2009 to early February 2011, is little more than a

year. The end of 2009 and beginning of 2011 makes it sound like a few years, but its not.

Tencent were in from the launch and owned a majority stake a year later. These things do not

happen overnight, they take time, sometimes years.

      The deal of $350 million was Tencent's largest overseas investment at the time,

marking a significant expansion of its reach into the global gaming market. Significant risk to

back two bromancing non-game developers with a game (coding) which already exists and was

shut down (sabotaged) so nonchalantly, don't you think? Unless the aim was the control of the

data. I'm not saying Riot was a spy tool from the start or anything like that, but I am saying data

is valuable. The founders of Riot, who claim to care so much about the community (who they

may have stolen from and sold back to them), had now sold the data of the same community to a

rival nation. I'm sorry to say it, but this gaming community have been played over and over and

still hand over their money and data. Brandon "Ryze" Beck and Marc "Tryndamere" Merrill, the

Bros took aggressive gaming competition far too far and played the gamers.

26

PLAINTIFF'S MOTION OF CONCERN REGARDING DEFENDANT'S LITIGATION BEHAVIOR AND

CONDUCT AND WIDER GLOBAL CONCERNS.

This acquisition enabled the company to expand globally, particularly in China, where Tencent played a crucial role in helping League of Legends become one of the biggest gaming communities and networks in the world, with millions of active players, all connecting their data such as credit cards, home addresses, email addresses and perhaps online footprint into the games.

**Loss Lead methods**

But gaps in the data still needed to be filled. This unhealthy spunking of hundreds of millions allowed Riot Games, who were still in diapers, a year or two post launch, to engage in further aggressive expansion and collection tactics, such as Loss Lead methods of marketing events.

"A loss leader is a product or service that a business sells at a loss to attract customers and increase sales of other, more profitable items. The idea is that the initial loss will be offset by the profits made from the other items that customers buy. This strategy is often used by retailers but can also be used by professional and software services."

Riot Games entered the esports scene in 2011 with the launch of the first official League of Legends tournament at DreamHack Summer in Sweden, known as the Season 1 World Championship. This marked the company's formal entry into esports, and the event featured a $100,000 prize pool. League of Legends has now become the biggest and most popular esports titles globally, with Riot Games organising annual World Championships and various regional leagues like the LCS (North America) and LEC (Europe).

27

PLAINTIFF'S MOTION OF CONCERN REGARDING DEFENDANT'S LITIGATION BEHAVIOR AND CONDUCT AND WIDER GLOBAL CONCERNS.

League of Legends esports is not, and has never been, profitable to Riot Games. It makes a loss every year. They can do this because, in my view, money isn't the aim. And if you believe that they do this just as a Loss Lead method of business or for the community, you haven't been listening to the history of their behaviours towards business and toward the community of gamers. I believe these events are smokescreens. It's the old "Hiding in plain sight" technique. Just like the pseudo moralistic deceitfulness of Arcane, as we have already discussed.

## V.    THE (PERHAPS PREORDAINED) TAKE OVER

These expansions, combined with Tencent's backing and the explosive popularity of esports, led Riot Games to become one of the most influential companies in the gaming industry, and yet they invented nothing. They did this whilst many others, and better, MOBA video games, who were not selling out their community, fell by the wayside.

It is not reported that Chinese companies were involved from the very beginning of Riot Games. It hasn't been confirmed that Chinese influence drove the success of Riot Games from the moment they obtained the data and codes. But if they were involved, say for instance they were offered the data and codes, well that makes this espionage doesn't it? It's a bit like a lorry driver giving the time and locations of his rest point to his thieving friends, who then show up and take all the goods. It's not business, it's organised crime.

I'm not saying this happened. There is no public information suggesting that Riot Games founders, Brandon Beck and Marc Merrill, spent time in China nor had business

PLAINTIFF'S MOTION OF CONCERN REGARDING DEFENDANT'S LITIGATION BEHAVIOR AND CONDUCT AND WIDER GLOBAL CONCERNS.

discussions nor meetings nor contacts with Tencent nor the Chinese government before founding

the company in 2006. However, by December 2015, Tencent fully acquired Riot Games,

purchasing the remaining equity and becoming the 100% owner of the company. This complete

acquisition followed Tencent's initial majority stake purchase in 2011, further solidifying

Tencent's influence over Riot, its community, its data and its flagship game, League of Legends.

In little over 5 years, Tencent had 100% control over this web-like data community, their

information, their attention and their time.

       And all the while, Brandon "Ryze" Beck and Marc "Tryndamere" Merrill have

seemed like lost rusty spanners hanging around, passing out control of what they didn't build. If

you watch them they seem like puppets on strings falling into success and fortune. This is

horse**** if you ask me. No wonder the leaderless personnel of Riot Games are a bunch of

Bromancers tossing about money to everyone and giving their bros promotions and jobs which

they should have no business being in. It's like you answer phones, but your cool and you laugh

at my misogyny and bad jokes, do you want to be a conductor, or how about leading a music

video? Or look we got this submission from Riot Forge, didn't you fail to make a show with that

French animation music video company of 5 people? How about you make it with this stolen IP

manuscript as your guidance, we'll buy and control the animation company, and we'll give you

hundreds of millions of dollars to make it and we'll abuse tax breaks around the world and sink a

few lost mill here and there. This will allow us to branch into many other mediums of data

control. Don't worry about getting caught, we're rich and we are very experienced in IP theft, we

can just lie to the court and jury, and we can just make a fake backdated timeline.

29

PLAINTIFF'S MOTION OF CONCERN REGARDING DEFENDANT'S LITIGATION BEHAVIOR AND

CONDUCT AND WIDER GLOBAL CONCERNS.

## VI.    RIOT FORGE

December 2019 Riot Forge – where I submitted my Bloodborg manuscript- was launched as a publishing initiative by Riot Games. The purpose of Riot Forge was to work with external developers to create single-player and narrative-driven games set in the League of Legends universe. This initiative aimed to expand the League lore through new stories and genres, while collaborating with indie studios to bring fresh perspectives to the established world.

**Closed down now.**

Riot Forge was led by Leanne Loombe, who was the Executive Producer and Director. She joined Riot Games in 2017 and played a key role in establishing Riot Forge as the third-party publishing division within the company. Riot Forge worked with external developers to create single-player games set in the League of Legends universe, including titles like Ruined King and Hextech Mayhem.

Other than Loombe, details about specific individuals who worked on the Riot Forge team aren't widely publicized, likely due to the relatively small size of the division and its focus on collaborations with external studios. The division was closed in early 2024 as part of Riot Games' restructuring, which led to the layoff of around 530 employees across the company. Despite its closure, Riot Forge had a significant impact on expanding the League of Legends universe into different genres.

PLAINTIFF'S MOTION OF CONCERN REGARDING DEFENDANT'S LITIGATION BEHAVIOR AND CONDUCT AND WIDER GLOBAL CONCERNS.

Riot Games were soliciting and reading manuscripts around this time because they had no solid nor sensical lore and it just kept reconning and backdating everything every time the conveyor belt spun, and employees used what is known as "The Riot Springboard" to "fuck about and get paid" whilst working on their own IPs. They had no cognisant nor competent leadership, no proper structure, no functional quality control flagging up the endless IP theft, no oversight into the endless alleged sexual harassment, discrimination, theft, nor behavioural management.

The Plaintiff has been informed by one of the employees let go by Riot Games, that Rowan Parker, League of Legends and the Creative Director of Riot Forge, would have had oversight of the manuscripts given to Christian Linke.


Unfit to trade and a danger to the public and culture.

Their CEO, Nicolo Laurent, was allegedly free to sexually harass females, he reportedly ask younger females to come to his home when his wife and children were away and allegedly had a habit of farting in his hands and asking young female employees to smell it. I ask, how are they still allowed to trade? Despite these controversies, Riot Games continues to operate, so long as it agrees to implementing measures to address and improve its workplace culture, and we know they have pretended to, but the same pattern of abuse is prevailing. The company's ongoing ability to trade is subject to regulatory compliance and adherence to legal settlements.

31

PLAINTIFF'S MOTION OF CONCERN REGARDING DEFENDANT'S LITIGATION BEHAVIOR AND
CONDUCT AND WIDER GLOBAL CONCERNS.

Yet under the skin, they are laughing in the face of these settlements, using mocking tones when talking about change, stealing work from a vulnerable, disabled adult to present a face of diversity then doubling down on the themes as soon as the State handlers left the door, while also using child cast members to lie about timelines, using the toxic community to target, discriminate, intimidate, harass and threaten the war veteran they stole the trauma writing from, use his mental health to try to coerce and abuse him into dropping the cases, brag about a nazi like one mistake policy, obsessively speak about fight porn, condone murder on X, promote violence such as a man with a gun to his head, groom content creators, conceal and control the narrative about them and on and on.

CEO, Nicolo Laurent stepped down and fled back to France in 2023 and was replaced by A. Dylan Jadeja. Laurent has since become an advisor to Riot Games. Thus again, it shows that they have no ability nor care to change. They got him out of the way whilst under watchful eyes, and now he's back on the payroll. Perhaps he knows too much.

They did the same for Christian Linke in these matters. During a discussion on Twitch Marc Merrill, while grooming content creator Necrit with coin, stated Christian Linke resigned from Riot Games and Arcane was at risk of not happening, which is why Marc Merill the co-founder of Riot Games stepped back in an operating role. The specific segment begins at approximately 1 hour, 52 minutes, and 21 seconds into the video.

Yet just a few days ago, Necrit, who has been publicly groomed with in-game currency and other things by Riot, made a video discussing Christian Linke's new role as Director of Animation for Riot Games, despite him not being an animator and the only animation

PLAINTIFF'S MOTION OF CONCERN REGARDING DEFENDANT'S LITIGATION BEHAVIOR AND CONDUCT AND WIDER GLOBAL CONCERNS.

show he has ever been involved in was the theft of Bloodborg to make Arcane, and he didn't make any of the show. Is this promoting and awarding criminal behaviour, or just Bro-mancers still bromancing even after the Class Action Lawsuit. Its like, Get Bro out of the public eye until things die down and the heat is off us, then we'll carry on bro-mancing, calling everything fight porn, harassing women, being masochistic, and farting in our hands and asking female assistance to smell it.

It should be noted that, in early 2021, around the time my manuscript had been given the greenlight to make Arcane, former executive assistant Sharon O'Donnell filed a lawsuit against then-CEO Nicolo Laurent, accusing him of sexual harassment and gender discrimination and stating that she was fired because she would not have sex with him. An internal investigation concluded in March 2021 found no evidence to support these claims… really? It is reported, by Riot, that "Riot Games board finds no wrongdoing by CEO Nicolo Laurent, denies misconduct allegations in new court filing."

The lawsuit filed by Sharon O'Donnell against Riot Games and its former CEO, Nicolo Laurent, concluded in May 2024. The arbitrator ruled in favour of Riot Games, determining that O'Donnell had not substantiated her claims of sexual harassment and wrongful termination. Following the decision, Riot Games issued a press release stating that her claims were "unfounded" and labelled the lawsuit as "opportunistic." O'Donnell has since expressed her intention to pursue legal action for defamation and has filed a whistleblower declaration, alleging misconduct during the arbitration process.

33

PLAINTIFF'S MOTION OF CONCERN REGARDING DEFENDANT'S LITIGATION BEHAVIOR AND CONDUCT AND WIDER GLOBAL CONCERNS.

Before long, if we don't get Riot shut down, Bro "Nico" will be back in the hot seat, cupping farts and drooling over young females working under him.

## VII.    TARGETING OF VULNERABLE PEOPLE.

From the inception of Riot Games, we can document a clear patten of targeting vulnerable people and people they see as below them.

From public modders, to the targeting of players into a confined online community, to thousands of female employees, to paying child cast members to lie, to retaliations, to endless stealing of fan art and IPs, to threats and aggressive NDAs, to public condoning of violence, threatening the young Ukrainian girl, to allegedly sexually harassing Sharon O'Donnell which I believe will resurface, to belittling female interviewers, to targeting the Plaintiff's mental health in these cases and labelling his evidence as conspiratorial, to harassing and threatening him during these proceedings and abusing the court process to cause harm. It all shows a very clear and prevailing, reckless proclivity of targeting vulnerable people. This is what predators do.

34

PLAINTIFF'S MOTION OF CONCERN REGARDING DEFENDANT'S LITIGATION BEHAVIOR AND CONDUCT AND WIDER GLOBAL CONCERNS.

## VIII.    RADICALISATION

To radicalise people, you get good at targeting vulnerable people and then use their vulnerabilities against them to make them act in a certain way, to force them into compliance or to stop them from speaking out or engaging in an activity you do not like, say litigations.

1, First you find vulnerable people who feel shunned, rejected, weak, low or ignored.

2, Then you provide them with a perceived sense of purpose, such as online gaming or communities, where they can express their anger and frustrations and indifference.

3, You provide them with a sense of community, isolated, exciting and seemingly supportive.

4, You give them and yourselves tags or brands to show that you are one of the "Family" promoting a false sense of belonging.

5, You reward their aggressive and engaging behaviours with freebees and addictive substances, opportunities or ideas perceived as valuable, often with fake value, say with Hextech Chest, drugs, money, extra skins and so on.

6, You add in elements of reinforcement, relief and uncertainty, say reinforcing data and conversations which can be harvested, whilst also adding in an opportunity to release aggression in both in-game fighting and shouting and screaming at each other on headsets, whilst also tossing in gambling such as loot boxes.

35

PLAINTIFF'S MOTION OF CONCERN REGARDING DEFENDANT'S LITIGATION BEHAVIOR AND

CONDUCT AND WIDER GLOBAL CONCERNS.

7, You reward game time and keep the fresh (often stolen) content coming to keep the targets high on adrenaline, aggression and a sense of community.

8, You keep claiming that you are doing it all for the fans, players, community, family and so on, whilst your actions behind the vail suggests very different motivations. Such as endlessly stating that Arcane is "A love Letter" to the fans, whilst simultaneously retconning the stories and characters of almost all of the characters in Arcane.

9, You find endless ways to chip away at the wealth, psychological health and wellbeing of the target "Community" whilst keeping them as isolated as possible for as long as possible., then you control their language and content.

10, You keep reiterating how amazing the game and community is and how it's the best and first to do this thing, then this event is the biggest ever, and we are the first to ever do this in this way, and we spend the most money ever, we give the most to our community ever … and on and on.

You now have a "Community" of isolated, broken young people, who idolise and worship you or the characters or game. These young impressionable and vulnerable people, in a vulnerable stage of development, are addicted to feeling that they are someone special online in these communities. They are addicted to violent rhetoric. They are addicted to gambling and shiny, colourful new skins and endless announcements (most do not come to fruition) and endless drama and news of fabricated nonsense. They have no money because it has been slowly chipped away with tiny steps made to feel like they are profitable, when in reality they are not.

PLAINTIFF'S MOTION OF CONCERN REGARDING DEFENDANT'S LITIGATION BEHAVIOR AND CONDUCT AND WIDER GLOBAL CONCERNS.

To be a member of this cult like zombie, isolated, mentally unwell community of aggressive and rejected or ostracized young people, steeped in nihilism and self-paralysis, all you have to do is give up your freedom to a dark room drinking red bull or snorting cocaine for endless hours of aggressive and addictive hyper competitive fighting on-line and screaming at each other down the headsets and of course, a little chip of your account balance every few minutes, and perhaps most importantly you must give up your data. Thus your mind is in a cell, drip fed with addictive content whilst your brain is being radicalised and your wealth, data and personality is being chipped away, bit by bit.

And soon you believe it is ok to target a vulnerable war veteran with hate mail, bomb threats, harassment, discrimination, racism, threats to harm his daughter, threats of stealing more and so on. All because he had the audacity to speak out when his very sensitive trauma writing was being violated by an unreputable and dangerous company worth 22 billion and with ties to adversary government agendas. This is called domestic terrorism. You are radicalised.

**HOW TO RADICALISE.**

Job done; these broken young and vulnerable individuals now have a psyche prime for radicalising. They are mentally unwell and hooked on the game. People who turn to gaming for a sense of belonging often do because they feel abused and ostracised by society. They are suffering and perhaps traumatised and need a way to escape.

37

PLAINTIFF'S MOTION OF CONCERN REGARDING DEFENDANT'S LITIGATION BEHAVIOR AND
CONDUCT AND WIDER GLOBAL CONCERNS.

Traumatized people have often had to enter dissociative fugue states, partly or wholly to avoid the psychological damage of the situations they have had to endure. It's the brains way of protecting the individual from deep mental harm. Individuals who enter dissociative fugue states are prime candidates for mind control, manipulation and targeting. Traumatized people also play a lot of video games for escapism and because they can literally reach states of relaxed hypnotism in the games.

The data controllers and harvesters now have an interwoven map of data of millions of vulnerable young people. They can tell a lot about gaming habits such as when you play more hours, linked to depressive states, when you spend, how much you have to spend, why you have brakes, how long you sleep, work, when you eat, what triggers you and your aggression in games, what type of players and even aesthetics you are into. From characters selection and gaming strategy they can tell your sexual orientation, your aggression levels, your personality profile and even your likely IQ brackets. They know where you live and so much more.

Whilst I was at University, I used data from pedometer studies. Just from times of activity and step count I was able to identify who of the subjects were school children and who were adults at work, what time they started and finished school, how far they lived from the schools and how long it took them to get there, there method of travel, what physical activities they engaged in, the intensity of those activities, there sleep patterns and their states of wellbeing, linked to sedentary activities and supported by self-assessed wellbeing questionnaires and even who they engaged with. I didn't do it, but it would have been simple for me to map out their interlinking activities and locations and even homes.

38

PLAINTIFF'S MOTION OF CONCERN REGARDING DEFENDANT'S LITIGATION BEHAVIOR AND CONDUCT AND WIDER GLOBAL CONCERNS.

The moral of the story is, Riot Games and by extension the Chinese communist government, don't even need to do the data work, they have GPS on your phones with the many gaming apps they have. Even if they don't access it they have a pinging data map. They know what makes you tick, when you haven't slept so you game, when you have spent endless hours gaming, your aggression levels, your depression levels, your school or workplace, and so much more. It wouldn't be such a stretch to say that they know your porn history, your deepest secrets, your sins, your vices, your medical problems, your money problems, your crimes and so much more.

Thus you are primed for blackmail, honey traps, so on. They could know if your father is in debt, or your mother is having an affair. Your younger sister has cancer, and you can't afford the medical insurance, and so on. There are endless ways they could lean on you or your family for information or crimes and favours, and so many ways they can use your data for espionage. They can cause you as much stress and frustration s possible, then target you at your lowest point.

They can map players around nuclear missile sites and work out whose father is likely to work at the base, and then they can lean on you to get access or information. They can listen in on your gaming background conversations, perhaps your father is talking about military secrets in the next room. They can filter out sound to eavesdrop. They don't even have to here it to access the information. They can access it in the vibrations of glass, say a beer, window, glass of water or fish tank, TV screen or whatever. Or they could just give you the old Manchurian candidate treatment and have you shoot the president.

39

PLAINTIFF'S MOTION OF CONCERN REGARDING DEFENDANT'S LITIGATION BEHAVIOR AND CONDUCT AND WIDER GLOBAL CONCERNS.

Sounds farfetched doesn't it? it isn't. It's a legitimate and serious concern, given Riot's behaviours and actions and documented pattern of abusing vulnerable people and grooming with money, along with their close links to military civil fusion concerns.

## IX.    CONTROL OF NARRATIVE AND INFORMATION.

Now that they have you hooked, they have you. They can target the very same in-game language and behaviours that they created and rewarded you for. They can now make you submissive to them, to their "Truth." They can punish you for speaking out against them. They know all of your vices and kinks. They have made you into a Vulnerable person so they can control you and radicalise you, to make bomb threats and so on, off your own back… or so you believe, because you are one of the "Family". And we protect each other.

### Fandom

The League of Legends Wiki, previously hosted on Fandom at leagueoflegends.fandom.com, was not owned by Riot Games. It was a fan-maintained resource operated under Fandom's platform. In early 2024, the wiki's editorial team, with Riot Games' support, transitioned to a new platform, establishing the official League of Legends Wiki at wiki.leagueoflegends.com. This move aimed to provide a more streamlined experience, free from intrusive advertisements and with better support for the community and allowed Riot to control the narrative.

PLAINTIFF'S MOTION OF CONCERN REGARDING DEFENDANT'S LITIGATION BEHAVIOR AND
CONDUCT AND WIDER GLOBAL CONCERNS.

Riot Games contributes by covering hosting costs and assisting with search engine optimization, but the content remains community driven, including many Rioters.

**Censoring Content Creators**

Riot Games has recently updated its Terms of Service and Privacy Notice, introducing new policies that allow the company to penalize content creators for certain behaviours occurring outside of its games, provided those behaviours are connected to Riot's intellectual property.

Off-Platform Conduct: Riot can now take action against creators for harmful behaviour exhibited during content creation involving their games, even if such behaviour occurs outside the game environment. This includes offensive language or actions during live streams or videos featuring Riot titles.

Promotion of Prohibited Services: Content creators endorsing or promoting services that violate Riot's rules, such as account boosting or selling, may face penalties. This applies across various platforms, including social media posts, videos, and live streams.

Stream Sniping Measures: Riot is implementing systems to identify and penalize stream sniping, initially focusing on selected VALORANT creators in English-speaking regions, with plans to expand this initiative.

Company-Wide Bans: Severe violations of Riot's Terms of Service can now result in bans across all Riot titles, not just the game where the infraction occurred.

41

PLAINTIFF'S MOTION OF CONCERN REGARDING DEFENDANT'S LITIGATION BEHAVIOR AND
CONDUCT AND WIDER GLOBAL CONCERNS.

These policy changes have sparked discussions within the gaming community. Some view them as necessary steps to foster a respectful and inclusive environment, while others express concerns about potential overreach and the implications for freedom of expression. Critics worry that the broad language used in the policies could lead to subjective enforcement, potentially affecting marginalized creators or those discussing sensitive topics.

Riot Games has stated that it does not intend to proactively monitor all content but will act upon reported violations. The company emphasizes its commitment to maintaining a positive community experience for both players and creators.

The issues here are many sum. Riot created these conditions of the toxic and radicalised community. Now it can use these same conditions to subdue and control the community. This is social and classical conditioning. These are known steps of subjugation and isolation to bring subjects under the control of the master. The real worry is, who is the grandmaster behind the control of the speech and behaviours of an isolated community of millions of vulnerable young people.

This mirrors the social control and surveillance conditions in China. The Chinese surveillance state uses enormous quantities of data and artificial intelligence to implement authoritarianism implementing unprecedented social control.

This is why interventions will not work. Because Riot can mask new policies as "Good" for the community and "Cleaning it up" whilst misusing the powers to further subjugate and control and monitor the community and data. It's the old trick of cause a problem, then sell the solution.

42

PLAINTIFF'S MOTION OF CONCERN REGARDING DEFENDANT'S LITIGATION BEHAVIOR AND
CONDUCT AND WIDER GLOBAL CONCERNS.

## X.    PROBLEM–REACTION–SOLUTION

Bad Corporations can and do implement sweeping policy changes under the guise of safety or improvement. "Problem–reaction–solution," where an entity creates or exacerbates a problem, watches the community react, and then offers a "solution" that gives them more power or control.

In Riot's case:

The problem: Toxicity, stream sniping, TOS violations.

The reaction: Community wants safer, fairer experiences and the State stages interventions.

The solution: Riot introduces policies that allow wide-reaching surveillance and enforcement, even off-platform.

On the surface, these policies seem protective, even progressive. But the same tools can be weaponized, especially without transparency or public accountability. It creates a system where enforcement is subjective, reputations can be quietly destroyed, and creators may self-censor or disengage from fear of reprisal. Even worse, vulnerable young minds can be selected, isolated and radicalised.

This has broader implications too: Content policing without oversight breeds distrust, Policy language that's too vague leaves room for selective enforcement, Community feedback mechanisms often don't exist or are ignored. This is exactly why Riot Games needs decentralized platforms, community-led moderation, and transparency in enforcement actions.

43

In these isolated online communities, with so much power and control and policing, Riot, and by extension Tencent, and by Chinese law, the government of China is now the authority and law inside these isolated realities.

Thus these conditions may place Chinese state, perhaps communist, policies, policing and influence directly into the isolated dark bedrooms of Riot's community of young vulnerable people. This is why they can not be trusted to change. They need to be shut down or reformed with a fresh leadership of US control and oversite. Not for 3 years, forever.

## XI.    Treasured Gateways Policy and History of Systemic IP Theft

Riot uses "Treasured gateways" scam to swipe IP, fan fiction and ideas. Riot then uses endless retcons to hide their IP theft and crimes.

The Plaintiff proposes, before 2019- Riot Games has no in-depth nor consistent lore but knows it needs it and knows that its employees are not going to put their best foot forward. It is widely reported, and I quote, that Riot Games is a place where creatives go to "Fuck about and get paid", to take a brake and work on their own material whilst Riot Games pays them well, at the expense of oppressive NDA's and sexually harassing and toxic "Bro-mancing" working environments.

Because of this, Riot Games best chance is "Swipe n Gripe" and it knows so. Early on in its life, from 2009 onwards, Riot Games laid "Treasured Gateways." These are one liner ambiguous sayings or overview stories with massive gaps, open to interpretation and

PLAINTIFF'S MOTION OF CONCERN REGARDING DEFENDANT'S LITIGATION BEHAVIOR AND CONDUCT AND WIDER GLOBAL CONCERNS.

adaptation, like "Glorious Evolution", which will be explored in another document. Riot

expands, dropping IP swipe traps as well as vague and malleable plausible deniability nuggets

everywhere. It has over 169 characters, and features many animals and other creatures, each with

many skins, styles and personas with thousands of one liners and inconsistent features,

backstories and properties across a number of different worlds, games and stories, each laying

tiny so called "Treasured Gateways" which they can use as nodes of theft, or IP swipe traps.

Riot normalises backdating, changing appearances, changing stories and even

total retcons to hide its tactics of theft and backdating. Thus, when they must erase evidence of

IP crimes, it doesn't seem so suspicious. The fans communicate online, stitching together

theories, narratives and backstories of their own. An example would be the fan theory that Jinx

hates Vi because they are sisters, despite them being from different cities which are not yet

fleshed out and started far apart on the map. Piltover and Zaun also have many different and

inconsistent stories of existence and positions on the map. On the fan wiki SmilianTheGrin

14/03/2023 commend, "Vi was raised in the lawless outskirts of Piltover" I'm not sure how much

more clear it needs to be that it was from before Zaun was a thing."

Riot "Pick n Mix's what it likes, has a few employees send out a few teasers to

pretend that it was always a plan, like "Ghostcrawler" Greg Street did for Vi and Jinx being

sisters in a 2017 interview. Then when they find a place to mix in these Treasured Gateways,

allegedly stolen, they force it into their evolving narrative, then retcon whatever no longer fits

the narratives or characters, words or worlds.

45

PLAINTIFF'S MOTION OF CONCERN REGARDING DEFENDANT'S LITIGATION BEHAVIOR AND

CONDUCT AND WIDER GLOBAL CONCERNS.

The Leagueoflegends.fandom.com/wiki, which is owned by Riot Games, states that "Before the release of Arcane, Vi and Jinx were often theorized by the community to be sisters. The reference to this on Jinx's release was her quote, "You think I'm I'm crazy? You should see my sister". Though there was never any implication that the sister was Vi, Vi players equated Jinx's antagonization of Vi specifically as sisterly bonding... Incidentally, Jinx only antagonized Vi specifically on English-speaking servers. Other servers showed her antagonizing other champions… In an interview with Ghostcrawler, he mentioned that Jinx and Vi are "sisters", but later confirmed he was merely stating what he thought was true, and that the narrative team said otherwise."

Vi was also allegedly and obviously taken from fanart Misha, the Fists of Colossus By FarahBoom. Who I hope to help get justice.

Thus we have the very same pattern and MO, of stealing from modders, fans and individuals who have limited or no hope of fighting back, then rebranding the stolen IP and selling it back to the victims and community. Then when the individuals speak out, Riot bullies them away.

This isn't an isolated incident, not even nearly. It's a solid pattern of behaviour and business. They did the same with Piltover and Zaun gradually bringing them together to make them into the Arcane version, which is from Bloodborg. Jinx was taken from Harley Quinn, Victor from Dr Doom, Jhin from Vega of Street Fighter, Ryze from God of War, Shaco from Joker, Twisted Fate from Gambit, Zed is Shredder from The Teenage Mutant Ninja Turtles,

PLAINTIFF'S MOTION OF CONCERN REGARDING DEFENDANT'S LITIGATION BEHAVIOR AND CONDUCT AND WIDER GLOBAL CONCERNS.

Zyra from Poison Ivy, Ambessa from Neva leader of the tribe, Mel from The White Eyed Child of Great Importance, The Zed comics Demogorgon Rip-off, on and on.

Even the narrative stories are largely "Swiped and Griped". Vi from Skippy, Hextech and Brackern from Dune and spice. (Blue spice vs blue / purple crystals, giant subterranean desert worms vs giant subterranean desert scorpions, worm's "muted whisper," vs Brackern's sing. Fremen vs Shuriman, controlling noble Houses in both works.) much of the narrative has been built from several of the very same basic tropes, then all the gaps filled with fan theories and stolen IP with the "Treasured gateways" to build in defences after litigations have been opened.

To further elaborate on how basic archetypes are used, then adapted and retconned along the way to bring them to life with stolen IP and fan theories. In League of Legends, several champions embody the archetype of the "mad scientist." characters whose scientific pursuits often cross ethical boundaries. The same basic trope and archetype was blanketed across: Singed, Dr Reveck Viktor, Jayce, Ziggs and Dr. Mundo. Then slowly with "Treasured gateways" and "Swiped and Griped" these cardboard cut outs were given stolen backstories and actual characteristics. Singed and Dr Reveck were merged into the same character to fit the narratives of Bloodborg, using the one-liner "Glorious Evolution."

Singed – The Mad Chemist, Viktor – The Mad Machine Herald, Heimerdinger – The Mad Inventor. Ziggs – The Mad Hexplosives Expert. Dr. Mundo – The Madman of Zaun.

Additionally, For Arcane, many characters were reused with a little touch up and I alleged that some designs were taken from external IP, possibly Spider-Man: Into the Spider-

47

Verse, Monster High, Subie from Mass Effect, Ryze from LOL, Aphelios from LOL, Vecna from Dungeons & Dragons, Ronda Rousey from WWE, Cleo De Nile from Monster High and more, but of course, my manuscript mostly.

The history and prevalence of IP theft "Swiped and Griped" is so prevalent and audacious, that I believe it is fair to say that Riot Games is built on theft and never in the history of gaming, animations, narrative storytelling and TV has a company been so guilty of systemic IP theft, abuse and anti-competitive bullying their after.

This is a cursory list.

## XII.    CONTINUED PATTERN OF ABUSE AND DECEITFULNESS.

The filth does not stop there. It goes much deeper. I could go on for days. Riot's behaviours have infected others working for or around them. Including Fortiche Production who have been shown to have lied and targeted the Plaintiff with hate mail and false timelines. Riot's legal team who have lied and are going to be "Professionally Embarrassed." Cast members, fake writers brought in to convert my manuscript and many others. Many have entered Riot and left with the Riot Stink and they have and will continue to negatively effect the culture, careers and even minds of people in and around their sphere of influence. Even the reputation of the State of California is being negatively impacted by Riot Games.

In October 2012, Marc "Tryndamere" Merrill, co-founder of Riot Games, was reported to have engaged in account sharing and ELO boosting during League of Legends

PLAINTIFF'S MOTION OF CONCERN REGARDING DEFENDANT'S LITIGATION BEHAVIOR AND CONDUCT AND WIDER GLOBAL CONCERNS.

Season 2. He provided his personal account credentials to Phillip "Only Jaximus" Carter, a

former substitute player for Team Curse, to play ranked games on his behalf. This action was in

direct violation of Riot Games' policies, which prohibit account sharing and boosting.

At the time, Riot's internal investigation, led by Jeffrey "Lyte" Lin, concluded that

the incident did not constitute ELO boosting, citing "many reasons" for this determination.

However, critics pointed out that this rationale appeared inconsistent, especially given Riot's

strict enforcement of similar violations among regular players. The lack of formal disciplinary

action against Merrill raised concerns about potential double standards in Riot's enforcement

policies.

This incident became a focal point in discussions about Riot Games' internal

culture and the consistency of its policy enforcement, particularly as the company was striving to

establish credibility in the burgeoning esports industry.

But not to worry, because after being caught out red handed, Marc "Tryndamere"

Merrill admitted to his mistakes and deceitfulness, and gave away 10 grand of the money he

made off the back of systematic theft and lies.

Same pattern of "I'm sorry, I won't do it again" then they continue to abuse, often

claiming to be victims along the way.

Christian Linke made Bridging the Rift, it's clear that it's a self-pitying, self-

aggrandising work of fiction and plausible deniability. Its all like, we had to shut down and I had

to send a self-pitying video to Fortiche, and I was burnt out, and they had to stage an intervention

for me, and I was crying, and I, and I and I. Then when Linke reportedly resigned, he blamed the

PLAINTIFF'S MOTION OF CONCERN REGARDING DEFENDANT'S LITIGATION BEHAVIOR AND

CONDUCT AND WIDER GLOBAL CONCERNS.

very community he stated that he made Arcane for. Blaming online negativity. Same victimhood and blaming. We saw the same after the Sharon O'Donnell case, which painted "Nico the Sicko" as a victim of opportunistic women.

Other incidences of the same lies and abuse include,

**DMCA Takedown of Original Artwork**

In a widely discussed case, artist KuttySarkArt received a DMCA takedown notice on her TeePublic store for artwork she claimed was entirely original and not based on Riot's intellectual property. This action sparked debates about the boundaries of fair use and the potential overreach of copyright enforcement.

**Allegations of AI-Edited Fan Art Usage**

A YouTube video titled "RIOT STOLE FANART & EDITED IT WITH AI" alleges that Riot Games used fan-created artwork, modified it using AI tools, and incorporated it into official content without proper credit or permission. This raised concerns about the ethical implications of using AI to alter and repurpose fan contributions.

**Zyra and Evelynn.**

In October 2023, Riot Games faced allegations of intellectual property infringement related to League of Legends: Wild Rift. Artists claimed that Riot used their fan art without permission, modifying it with artificial intelligence (AI) tools for in-game icons.

PLAINTIFF'S MOTION OF CONCERN REGARDING DEFENDANT'S LITIGATION BEHAVIOR AND CONDUCT AND WIDER GLOBAL CONCERNS.

Specifically, two icons introduced in Wild Rift's Patch 4.4 closely resembled existing fan-created artworks of champions Zyra and Evelynn.

The original artists, identified on platforms like Weibo, stated they had not granted consent for their work's use. This situation sparked significant backlash within the gaming community, raising concerns about the ethical implications of using AI to alter and repurpose existing art without proper authorization.

In response to the controversy, Riot Games acknowledged the issue and committed to addressing it appropriately. The company emphasized its respect for artists' rights and the importance of obtaining proper permissions before utilizing fan-created content. Yet again, they blamed a Third Party.

### Plaintiff's Proven Pattern of Riot's Abuse and Deceitfulness.

I've now proven, with evidence, that the below list of people have lied to help Riot hide IP theft, and this amounts to child abuse, fraudulent activity and other crimes.

1. Riot's solicitor Aaron J. Moss of Greenberg Glusker has lied about timelines.

2. Mia Sinclair Jenness (Powder) has lied about timelines.

3. Reed Shannon (Ekko) has lied about timelines.

4. Melinda Dilger has back scheduled timelines presenting a false appearance.

5. Amanda Overton has lied about timelines.

6. Christian Linke has lied about timelines endlessly.

7. Alex Yee has lied about the timelines.

PLAINTIFF'S MOTION OF CONCERN REGARDING DEFENDANT'S LITIGATION BEHAVIOR AND
CONDUCT AND WIDER GLOBAL CONCERNS.

8. David Lyerly has lied about the timelines.

9. Moreover, the words of Yee, Amanda Overton, Fortiche Directors and others show that the story conversion of my manuscript was still being worked out alongside production into 2021.

10. Ella Purnell, Melinda Dilger, Katy Townsend and other sources confirm that the show and the casting and the voices were all done during lockdown in 2020 & 2021 alongside writing.

11. The Crying Scene- supposedly- recorded 1.5 Years before Kathy, who was in the recording room, had ever worked with Riot, is lies.

12. Mia has engaged in wilful deceit, as a child because of Riot's non-sexual grooming, and so as Reed Shannon, another young and impressionable member of the cast.

13. Bro-Mancing - The music guy (Alex Seaver) was "Hit up" by his bro Linke to work on Arcane and David Lyerly was "Hit Up" by his bro Alex to cast on Arcane.

Same pattern of Bros "Hitting" each other up, leaning on the most vulnerable to lie and not caring about the people, careers and industries which they damage.


### XIII.    PUBLIC GROOMING OF CONTENT CREATORS.

Riot Games has provided Necrit, a prominent League of Legends lore-focused content creator, with in-game currency and other promotional items. In one Twitch stream titled "Necrit Opens a $2,400 Package from Riot Games," he unboxes a bundle containing merchandise, exclusive content, and likely in-game currency, all from Riot.

PLAINTIFF'S MOTION OF CONCERN REGARDING DEFENDANT'S LITIGATION BEHAVIOR AND
CONDUCT AND WIDER GLOBAL CONCERNS.

1

2       In other instances, Riot has directly wired in-game currency into Necrit's account,

3   further solidifying a material relationship between the developer and the creator.

4       During a Twitch discussion in which Riot co-founder Marc Merrill revealed that

5   Arcane showrunner Christian Linke had resigned, Merrill repeatedly offered to send Necrit in-

6   game currency. These offers became harassingly frequent and increasingly awkward. To Necrit's

7   credit, he did not accept and appeared visibly uncomfortable, potentially aware of how this

8   interaction could be perceived as inappropriate or coercive.

9

10      These actions highlight a larger industry grooming concern: the power imbalance

11  between game studios, such as Riot Games, and independent creators. While gifting content

12  creators in-game items or currency is common practice to encourage coverage and goodwill, it

13  can blur ethical lines particularly when it is done publicly, under pressure, or during emotionally

14  vulnerable conversations. It incentivizes creators to self-censor or portray the company in a

15  favourable light. It creates "soft influence" grooming dynamics, where praise and access are tied

16  to obedience or alignment.

17

18      Moreover, the truth-value and financial implications of in-game currencies are not

19  always transparent. While virtual coin may not seem as serious as cash, it has real-world

20  implications for status, audience engagement, and creator livelihood, especially in competitive or

21  monetized platforms like Twitch and YouTube.

22

23      This situation demands scrutiny not just from fans, but from platform regulators

24  and content ethics watchdogs. Relationships between game publishers and influencers need to be

25

26                                      53

27  PLAINTIFF'S MOTION OF CONCERN REGARDING DEFENDANT'S LITIGATION BEHAVIOR AND

28              CONDUCT AND WIDER GLOBAL CONCERNS.

transparent, non-coercive, and clearly disclosed. The blending of gifting, favouritism, and soft pressure in public broadcasts can have the hallmarks of grooming behaviour, even when unintentional.

Yet again we show that the behaviours of harassing, grooming and misusing vulnerable people they see below them, is so pathologically ingrained into the fabric of Riot Games, that perhaps sometimes, they are unaware of their actions and the repercussions of these behaviours.

Whilst this clear pattern sinks in, think of the thousands of women discriminated against, the youngest cast members whose careers will be shadowed by the theft of Arcane, the many abused creators and IP owners, the young minds radicalised, the true owner of Vi, the young Ukrainian artist, Sharon O'Donnell and of course the disabled war veteran with complex PTSD who has had his sensitive trauma writing raped by Riot Games, removing his agency over said trauma, and has been made to fight in legal battles for over 3.5 years, which is apt to last for a long while yet.

PLAINTIFF'S MOTION OF CONCERN REGARDING DEFENDANT'S LITIGATION BEHAVIOR AND
CONDUCT AND WIDER GLOBAL CONCERNS.

## XIV.    THE HYPERNORMALISATION OF RIOT GAMES

Hypernormalisation is a powerful and unsettling concept, one that helps explain not just propaganda, but the feeling of disconnection and powerlessness that often defines modern political, corporate, and media landscapes. The term comes from Alexei Yurchak, a Russian anthropologist, and was popularized by Adam Curtis in his 2016 BBC documentary HyperNormalisation.

Hypernormalisation is the process by which an obviously broken or false system is maintained because it is too vast or too entrenched to confront or change, so everyone, from leaders to citizens, pretends it's normal, even when it clearly isn't. In other words, people stop believing in the broken system but keep participating in it anyway. It becomes a theatre, everyone acting like everything still functions, even though it clearly doesn't, and they clearly know it's wrong to participate.

We see HyperNormalisation in many, usually top down, places: Politicians offer simplified narratives rather than solving real problems. Conflicts are endlessly deferred, managed with optics over action. Authoritarian regimes (like late USSR or communist states) maintained the appearance of ideological success long after they had collapsed in reality.

Game companies like Riot Games may face scandals (harassment, IP theft, workplace culture), yet continue to market as if nothing's wrong. Community members accept obviously broken systems (e.g., loot box economies, "rigged" matchmaking, Overlays, data control, fake revenues which don't add up, loads of seemingly free stuff like Hextech Chests, free skins you never actually get, or want, toxic interactions, clearly stolen characters,

PLAINTIFF'S MOTION OF CONCERN REGARDING DEFENDANT'S LITIGATION BEHAVIOR AND
CONDUCT AND WIDER GLOBAL CONCERNS.

announcements which are clearly never going to happen, like a zillion games and directions and media which Riot are branching into which never seem to arrive, the scrapping of games and content after years of development, endless retcons which slap you every which way but straight, PR apologies with no change). Creators become mouthpieces, not critics, because they're embedded in the ecosystem and rewarded with grooming coin. Thus with so many lies, so much incompetence, so many retcons and so much skulduggery who really knows anything about Riot Games? You know the lies you have regurgitated and that's it.

On top of this, Riot related social media becomes flooded with performative politics and outrage cycles that don't lead to change, just burnout and desensitization. The internet builds simulacra of engagement, likes, shares, fake activism, where reality is diluted, and we all know that Riot is fake.

Their name is Riot, they are out to cause as much chaos as possible. Even the most celebrated player in the history of the game is called Faker. And he's now idealised as a god in League of Legends communities. I'm not saying Faker is most definitely an industry plant, or that Riot manipulated game play, or "rigged" matchmaking to build his star, with or without his knowledge. I am saying that I believe that not one single thing Riot Games has ever said, announced or claimed can be taken as evidence or truth.

Let's put it like this. If you were a wrongun company, then had to stand alone, you'd be forced to try to actually make a real revenue. If, hypothetically, Riot Games were given an endless pot of perhaps black budget money to expand and gather data, then said black budget was withdrawn, you'd do all you can to stay afloat knowing that LOL is a sinking ship.

56

PLAINTIFF'S MOTION OF CONCERN REGARDING DEFENDANT'S LITIGATION BEHAVIOR AND
CONDUCT AND WIDER GLOBAL CONCERNS.

The U.S. government began significantly increasing oversight of Chinese-owned tech companies, especially those with access to American user data—starting around 2018, but it really escalated between 2019 and 2021. In 2020 President Donald Trump signed executive orders targeting companies like TikTok, owned by ByteDance. And WeChat owned by Tencent, who own Riot Games. The justification was potential misuse of American user data and concerns about influence or surveillance by the Chinese Communist Party (CCP). Around this time, Tencent and its various holdings, including Riot Games and Epic Games, came under increased scrutiny. In January 2021, the Department of Defense officially labelled Tencent as a "Chinese military company." This list is part of a broader strategy under the National Defense Authorization Act (NDAA) to restrict U.S. investments in firms with ties to the Chinese military.

So this brings us to 2020 and 2021. With so much heat, in my hypothetical, Tencent backs off, and Riot is forced to actually do something to make money. The skin monetization model isn't sustainable, and they know it. League of Legends World Championship has never made a nickel. Faker is on his International shortcomings period (2018–2021). The State of California is on their backs for all manner of depravities. Mr "Nico the Sicko" isn't going to make the change happen. Christian Linke has been trying to make changes to the company by trying to forge them into a music company. He has also failed to make Riot invest in the failed animation show because in his words "They didn't have the story." At least he had the initiative to actually drive Riot towards real earnt revenue. Alas, he didn't, because he soon grew tired of failing and presented the Bloodborg manuscript for adaptation. Riot threw everything at it, well not everything, just 250 million if you believe them.

PLAINTIFF'S MOTION OF CONCERN REGARDING DEFENDANT'S LITIGATION BEHAVIOR AND
CONDUCT AND WIDER GLOBAL CONCERNS.

They used the manuscript to fix their nonsensical lore, and they have even been shown to have stated in many interviews that they built everything else in the works around the lore created by Arcane, which is now cannon. Then they invested billions into Live Action and animation studios to branch out from the sinking ship of LOL, while at the same time shutting down Riot Forge and laying off 11% of its work force including the narrative teams.

Sidenote, I bet there is a correlation in those that participated in the staged walkouts and those who were let go.

So my manuscript has fix Riot's gaping chasm of doom and allowed them to branch into Live Action and animation, to Riot onwards, causing more mayhem, threats to women and data concerns on the global scale. That's one problem solved, if they can get away with it, maybe there is life and revenue after espionage, in my hypothetical.

For the League of Legends World Championship black hole they are left with, they can not just collapse it, it's its own economy now. What do you do? The same as the UFC and the same as WWE. You build a hype train! Bring in Faker. It's all digital so a few tricks and tweaks here and there, is not only good enough to put him back in the limelight, but to build a superstar to sell stuff with his name and backing, and skins and so on. Not enough to plug the hole yet, but it's a start.

Now the only issues are the games and Sicko. Send Sicko packing back to France for a few years until the heat dies down but still pay him to keep his lips sealed. Replace him with a new CEO who knows how money works and doesn't fart in his hands chasing women,

PLAINTIFF'S MOTION OF CONCERN REGARDING DEFENDANT'S LITIGATION BEHAVIOR AND CONDUCT AND WIDER GLOBAL CONCERNS.

Dylan Jadeja. Dylan's first act, kill the freebies, crank up the prices of skins, batten down, it's going to be a bumpy Ride, and Riot may not survive.

Poor Dylan has inherited rot to the core and has to plug a zillion holes. The community are going wild at him for trying to keep the ship afloat. They blame him for shipwrecking Riot but in reality, he's doing his best to bucket out the filth water. Riot's Bro-mancing founders, Bro Beck and bed mate Bro Merrill signed Riot's own fate long ago, well not that long ago, like between 2006 and 2009 when they sold national security to Tencent. And remember all of this rioting as happened in less than 20 years.

For players and observers, you feel something's wrong. But no one acts like it is. Everyone goes through the motions. You begin to doubt yourself. That's hypernormalisation. It creates a society of apathy, spectacle, and obedience, not because people are blind, but because they're trapped in a system where truth is irrelevant, and change feels impossible and Riot seemingly rewards addiction.

Repeated scandals (e.g., harassment, censorship, grooming, AI ethics) are met with PR, not accountability. The community complains yet continues to play. Content creators know what's going on, but rarely say it outright, and will now be censored for doing so. Everyone acts like things are fine, because it's the only way to keep things moving and a shiny new skin is coming out soon and it might be in a free hextech chest which you will never ever find. That's hypernormalisation in Riot's digital empire.

PLAINTIFF'S MOTION OF CONCERN REGARDING DEFENDANT'S LITIGATION BEHAVIOR AND
CONDUCT AND WIDER GLOBAL CONCERNS.

I'll put my house on it that almost everyone at Riot have no clue that it's going on, but they might make an announcement that it's not going on… that is hypernormalisation, the players don't know they are being played. The Rioters don't know they are being Played.

## XV.    HYPERNORMALISATION AS AN ACT OF WARFARE.

The term "hypernormalisation" was coined by Russian anthropologist Alexei Yurchak to describe the late-Soviet era, especially the 1970s and '80s, when everyone knew the system was broken, the economy, the ideology, the institutions. But no one could imagine an alternative. So people went through the motions, pretending the official reality was true, even as it crumbled. This made the entire society feel fake, hollow, performative, but weirdly stable.

In the post-Soviet world, and especially under Vladimir Putin, who is a former KGB agent, elements of hypernormalisation have been refined into an intentional political strategy. Russia uses it as a weapon of cultural and psychological warfare. They flood reality with contradictions. Russian state media and trolls don't just push a single narrative, they flood the zone with noise. The goal is not to make you believe something. It's to make you believe nothing. "There's no truth, just power" (Michel Foucault).

During the invasion of Ukraine, Russian outlets claimed There are no Russian troops. There are Russian troops, but they're peacekeepers. Ukraine attacked itself. NATO is doing it. It's all fake anyway. The 'Gay Nazis' are behind Ukrainian unrest and warfare. This deliberate confusion leads to apathy. You stop asking what's true. You just try to survive.

PLAINTIFF'S MOTION OF CONCERN REGARDING DEFENDANT'S LITIGATION BEHAVIOR AND CONDUCT AND WIDER GLOBAL CONCERNS.

Russian politics often stage elaborate "performances" of power: elections, speeches, arrests, protests. Everyone knows they're fake, but they continue anyway. It's a psychological tactic: if everyone pretends it's real, it becomes real enough. This theatricality also spreads outward, to confuse outsiders who try to understand what Russia really wants or believes.

Russia engages in exporting cynicism and collapse narratives. Through state-funded outlets like RT, Russia projects its internal strategy outward. It promotes stories that suggest the West is just as corrupt, hypocritical, or fake. It encourages nihilism and paralysis in Western audiences. If the world is broken everywhere, why fight for change? Does this sound familiar?  Same nihilism and self-paralysis beliefs fostered in Riot's radicalised communities.

This is Cultural Warfare not on the TV, not over in the east, right here in the dark bedrooms of gamers and inside the neurological like network of data Riot has built. This warfare is in your wallet, in your brain, in your headset, in your computer screen. Hypernormalisation has evolved into a form of soft power, or more specifically, a weapon of cultural destabilization and psychological warfare.

Russia has shown mastery in discrediting truth, undermining trust in institutions, and making people believe nothing matters. This tactic isn't about conquering territory, it's about conquering belief.

I mention Russia because they are the masters at it, mostly because of the Cold War, yet others, such as China are also using hypernormalisation-style tactics. But they do it in a different style than Russia.

PLAINTIFF'S MOTION OF CONCERN REGARDING DEFENDANT'S LITIGATION BEHAVIOR AND
CONDUCT AND WIDER GLOBAL CONCERNS.

China tends to focus less on chaos and contradiction (as Russia does) and more on controlled narratives, censorship, and soft power projection. But the outcome is similar, a reality where people perform belief in the system, even if they don't trust it… like Riot Games.

The Chinese government's information tactics often involve censorship and erasure, blocking dissenting voices, banning "sensitive" topics, and online communities self-censor due to fear of surveillance or reprisal.

Citizens and industries are made to engage in performative loyalty. Citizens, especially public figures and creators, are expected to show support for the Party. Silence is suspicious. Enthusiasm is rewarded.

Chinese government use companies to promote "Soft Propaganda." Promoting China as stable, civilized, and morally superior. Framing Western countries as chaotic, decaying, and hypocritical. Sounds a bit too much Like Riot Games and their community and never ending dramas, doesn't it? Are they really that incompetent? Or is it a show, a part of the act? Are they really that stupid to discriminate against thousands of women, or is it deliberately encouraged? Do they really need to ineptly copy so many other IPs and silly narrative tropes? Can they not thing of independent characters? Did they really believe that they could steal my manuscript and pass it off as their own, spending years to develop it, and 250 million and yet they could not change the events, so much so that every single event and major beat can be traced back to Bloodborg, less for the final Rocket scene. Even after being informed of the pending IP infringement case, they failed to mask season 2, which literally turns Viktor and Warwick into Bloodborgs.

62

PLAINTIFF'S MOTION OF CONCERN REGARDING DEFENDANT'S LITIGATION BEHAVIOR AND CONDUCT AND WIDER GLOBAL CONCERNS.

These are hypernormalised behaviours, truth isn't the point; obedience and spectacle are, they don't care about a 100 dollar lawsuit, they don't care about a 1.5 billion dollar lawsuit. They have insurance to cover both. Either that or Riot Games are a bunch of sado-masochistic sickos addicted to taking and giving pain to the communities, their own work force and the public.

### Are These Tactics Being Used in Riot's Communities?

This is where things get especially interesting. Let's re-cover the basics. Riot Games is owned by Tencent. Tencent, a Chinese tech giant, owns 100% of Riot Games. Tencent has deep ties to the Chinese Communist Party (CCP) and must comply with its directives. While Riot claims it operates independently, ownership inevitably shapes corporate culture, decisions, and risk tolerance.

### Signs of Hypernormalisation in Riot Communities

We have already shown that Riot engages in censorship & compliance in its communities. "Free Hong Kong" signs and content were swiftly removed or punished on Riot platforms. Riot instructed casters during the height of Hong Kong protests to avoid any political statements.

Riot engages in fake and performative cleanliness. Riot markets itself as inclusive, diverse, and progressive, while being tied to a regime that is anything but. Their actions constantly show the exact opposite. I do not have to cover the endless abuse Riot commits against vulnerable people again, we already know that they actively target the most

PLAINTIFF'S MOTION OF CONCERN REGARDING DEFENDANT'S LITIGATION BEHAVIOR AND CONDUCT AND WIDER GLOBAL CONCERNS.

vulnerable. This creates a hypernormal environment: players and creators talk like the company is ethical, while ignoring the contradictions.

Riot actively engage in "Soft Conditioning" of creators and players. Influencers are rewarded for compliance, with benefits such as in-game currency, early access, PR exposure and financial grooming. Criticism is often punished quietly, such as blacklisting, reduced visibility, demonetization, or barring.

Riot is undoubtably engaging in community surveillance & control. New policies now allow Riot to take action based on behaviour outside the game. This creates an alarming effect where players must perform good Riot citizenship, even when not playing. Not good citizenship, "Good Riot Citizenship." They are the law in these communities and online, this in itself undermines real federal and state laws.

Even if we assume China is not directly using hypernormalisation in Riot communities in an overt, organized way, the systems, values, and corporate structures shaped by Tencent are deeply aligned with hypernormalisation principles.

This isn't about truth. It's about performance. And you will perform or be sidelined, or be a donkey forever more. Whether it's Riot's internal scandals being papered over, creators being nudged into silence, a community taught to ignore contradictions, or systematic theft and targeting of vulnerable people, the patterns of Hypernormalisation, abuse, discrimination, espionage and theft are clear and disturbing.

"There's no truth, just power." Truth is manufactured through power, Riot has power in financial terms, in data, in control of its subjects and narratives, and over millions of

PLAINTIFF'S MOTION OF CONCERN REGARDING DEFENDANT'S LITIGATION BEHAVIOR AND CONDUCT AND WIDER GLOBAL CONCERNS.

vulnerable citizens. Riot Games is not a community you want messing with truth nor power.

They need to be shut down for the safety of the public.


       I, and the US public, need help from the U.S. Government and we need

protection.

PLAINTIFF'S MOTION OF CONCERN REGARDING DEFENDANT'S LITIGATION BEHAVIOR AND

CONDUCT AND WIDER GLOBAL CONCERNS.

**RELIEF REQUESTED**

Plaintiff respectfully requests that the Court:

1. Acknowledge and docket this Motion of Concern as part of the record;

2. Consider issuing a judicial reminder or instruction reinforcing the requirement for professional conduct and meaningful settlement discussions;

3. Evaluate whether future communications between the parties should occur only under Court supervision;

4. Consider whether sanctions or other procedural remedies are warranted for continued bad faith conduct.

5. Consider whether these cases warrant wider investigations into the safety of Riot Games on the global scale.

6. Consider bringing protective agencies and parties into these proceedings to protect the Plaintiff and the wider Riot community and data concerns, and whether there is evidence enough to have Riot shut down for safety concerns.

7. Consider whether the Plaintiff's personal information is safe to be in the public court documents.

8. Consider whether Riot should be made to give up access of its data control policies to U.S. courts or authorities.

PLAINTIFF'S MOTION OF CONCERN REGARDING DEFENDANT'S LITIGATION BEHAVIOR AND

CONDUCT AND WIDER GLOBAL CONCERNS.

This motion is made in good faith and with respect for the Court's authority. Plaintiff seeks only fairness and safety in the legal process and for the public.

The Plaintiff will state for the record that Riot's latest bad faith stunt has caused a great deal of undue emotional and psychological stress resulting in sleeplessness, worry, and a flareup of existing health concerns. The Plaintiff is worried about the settlement conference and the manipulation of it. If Riot are not willing to exchange good faith negotiations now, they will not be in a closed conference and it's another abuse of proceedings and an unnecessary exposure to harm.  Furthermore, the Plaintiff is worried about actual physical retaliations for these disclosures.

Declaration of Authenticity:

I, Marc Wolstenholme, declare under penalty of perjury that the statements made are true and accurate

Executed on April 13, 2025, in Coventry, England.

Signature:  *M.WOLSTENHOLME.*

Marc Wolstenholme

Plaintiff in Pro Per

5 Shetland Close

Coventry, England CV5 7LS

marc@mwwolf-fiction.co.uk

PLAINTIFF'S MOTION OF CONCERN REGARDING DEFENDANT'S LITIGATION BEHAVIOR AND CONDUCT AND WIDER GLOBAL CONCERNS.