# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 25-0053 FMO (BFMx) | Date | April 14, 2025 |
|---|---|---|---|
| Title | Marc Wolstenholme v. Riot Games, Inc. | | |

| Present: The Honorable | Fernando M. Olguin, United States District Judge | |
|---|---|---|
| Vanessa Figueroa | None | None |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

Attorney Present for Plaintiff(s): Attorney Present for Defendant(s):

None Present        None Present

**Proceedings:**   (In Chambers) Order Re: Motion to Seal [84]

Having reviewed plaintiff's Motion to File Exhibit FF Under Seal (Dkt. 84, "Motion") and the exhibit at issue, which plaintiff submitted to the court, the court concludes as follows.

Plaintiff filed the Motion pursuant to Local Rule 79-5 seeking to seal "Military Credentials – Expertise in Hidden Content Analysis" because according to plaintiff, the "exhibit contains sensitive and confidential personal military records demonstrating Plaintiff's formal training in detecting concealed meaning and information, relevant to claims regarding patter recognition and forensic content analysis in the present case."  (Dkt. 84, Motion at 2).

Exhibit FF is comprised of two certificates, which do not appear to disclose any confidential material.  The certificates fail to meet either the compelling reasons or good cause standard for the sealing of materials.  See Kamakana v. City & Cnty. of Honolulu, 447 F.3d 1172, 1178-79 (9th Cir. 2006) (setting forth compelling reasons standard); Foltz v. State Farm Mut. Auto. Ins. Co., 331 F.3d 1122, 1135 (9th Cir. 2003) (setting forth good cause standard).  Accordingly, plaintiff's Motion will be denied.

**This Order is not intended for publication.  Nor is it intended to be included in or submitted to any online service such as Westlaw or Lexis.**

Based on the foregoing, IT IS ORDERED that plaintiff's Motion **(Document No. 84)** is **denied**.

|  | 00 | : | 00 |
|---|---|---|---|
|  | Initials of Preparer | | vdr |