AARON J. MOSS (SBN 190625)
Aaron.Moss@msk.com
JOSHUA M. GELLER (SBN 295412)
Josh.Geller@msk.com
HANNAH G. SHEPHERD (SBN 347611)
Hannah.Shepherd@msk.com
MITCHELL SILBERBERG & KNUPP LLP
2049 Century Park East, 18th Floor
Los Angeles, CA 90067-3120
Telephone: (310) 312-2000
Facsimile: (310) 312-3100

Attorneys for Defendant Riot Games, Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARC WOLSTENHOLME,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>RIOT GAMES, INC.,<br><br>　　　　Defendant. | Case No. 2:25-cv-00053-FMO-BFM<br><br>*Hon. Fernando M. Olguin*<br><br>**RIOT GAMES, INC.'S RESPONSE TO PLAINTIFF'S "MOTION OF CONCERN" AND REQUEST TO STRIKE** |

Mitchell Silberberg & Knupp LLP

1  Riot Games, Inc. ("Riot") respectfully submits this response and request to
2  strike Plaintiff Marc Wolstenholme's so-called "Motion of Concern" (Dkt. 88) (the
3  "Motion"), filed on April 13, 2025.  While Riot recognizes that pro se litigants are
4  afforded some leniency, they "must follow the same rules of procedure that govern
5  other litigants."  *King v. Atiyeh*, 814 F.2d 565, 567 (9th Cir. 1987).  The Filing—
6  spanning 67 pages—far exceeds the bounds of permissible submissions.  It is
7  procedurally improper, substantively irrelevant, and replete with inflammatory
8  rhetoric and inadmissible, confidential settlement communications (Dkt. 88 at 2)
9  that should not remain on the public docket.

10  "It is well established that '[d]istrict courts have inherent power to control
11  their docket."  *Ready Transp., Inc. v. AAR Mfg.*, 627 F.3d 402, 404 (9th Cir. Cal.
12  2010) (quoting *Atchison, Topeka & Santa Fe Ry. v. Hercules, Inc.*, 146 F.3d 1071,
13  1074 (9th Cir. 1998)).  Pursuant to that authority, courts may strike filings that are
14  "scandalous, impertinent, scurrilous, and/or without relevancy."  *Nee v. Fed.*
15  *Deposit Ins. Corp.*, 2011 WL 13185691, at *1 (C.D. Cal. Mar. 29, 2011) (quoting
16  *Ready Transp., Inc.*, 627 F.3d at 404).

17  The Filing is plainly improper and serves only to burden the docket.  It does
18  not identify any legal basis for relief, omits a hearing date and notice, does not
19  comply with the Local Rules' meet and confer requirement, and consists largely of
20  irrelevant personal grievances and unfounded allegations.  It also accuses Riot of
21  misconduct for engaging in its defense of this frivolous action, including the filing
22  of a motion to dismiss the Second Amended Complaint—conduct that is well
23  within the bounds of ordinary litigation practice.

24  Riot respectfully requests that the Filing be stricken in its entirety.

25
26
27
28

Mitchell
Silberberg &
Knupp LLP

| | |
|---|---|
| DATED: April 14, 2025 | MITCHELL SILBERBERG & KNUPP LLP |
| | By: _____ |
| | AARON J. MOSS (SBN 190625) |
| | JOSHUA M. GELLER (SBN 295412) |
| | HANNAH G. SHEPHERD (SBN 347611) |
| | Attorneys for Defendant Riot Games, Inc. |