Marc Wolstenholme
5 Shetland Close
Coventry, England CV5 7LS
Telephone: 044 7827964404
Email: marc@mwwolf-fiction.co.uk
Plaintiff in Pro Per

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARC WOLSTENHOLME,<br>        Plaintiff,<br>vs.<br>RIOT GAMES, INC.,<br>        Defendant | CASE NO. 2:25-CV-00053-FMO-BFM HON.<br><br>*Hon. Fernando M. Olguin*<br><br>DECLARATION OF MARC WOLSTENHOLME<br><br>SUPPLEMENT TO PLAINTIFF'S MOTION TO ENFORCE COURT ORDERS, COMPEL DISCOVERY, AND REQUEST HEIGHTENED DISCOVERY ENFORCEMENT |

Dated this: April 15, 2025

*M.WOLSTENHOLME*
[MARC WOLSTENHOLME]

1

SUPPLEMENT TO PLAINTIFF'S MOTION TO ENFORCE COURT ORDERS, COMPEL DISCOVERY, AND

REQUEST HEIGHTENED DISCOVERY ENFORCEMENT

SUPPLEMENT TO PLAINTIFF'S MOTION TO ENFORCE COURT ORDERS, COMPEL DISCOVERY, AND REQUEST HEIGHTENED DISCOVERY ENFORCEMENT

**TO THE HONORABLE COURT:**

Plaintiff Marc Wolstenholme, appearing pro se, respectfully submits this Supplemental Motion and Notice of Defendant Riot Games, Inc.'s continued noncompliance with discovery obligations. Despite the Court's clear orders and Plaintiff's timely service of discovery requests on March 14, 2025, Defendant has now failed to produce any substantive responses, answers, or documents. Riot has instead issued broad, non-responsive objections that demonstrate no intent to meaningfully engage in discovery but continues a pattern of bad faith.

## I. NOTICE OF NONCOMPLIANCE

Riot's responses to Plaintiff's Requests for Admission (RFAs), Requests for Production (RFPs), and Interrogatories (ROGs) contain only objections, denials, and delaying language. No documents were produced. No substantive narrative responses were provided. Riot continues to obstruct the truth-seeking process, in defiance of the discovery rules and the Court's order.

## II. PATTERN OF ABUSE AND PUBLIC RECORD

This conduct is not isolated. Riot Games, Inc. has a well-documented history of suppressing evidence, targeting vulnerable parties, and utilizing public relations campaigns to obscure IP theft, employee abuse, and discrimination. The Plaintiff's claims intersect with this behavior. Riot's continued concealment of project data and refusal to participate in discovery reflects a larger pattern of obstruction, cover-up, and public misrepresentation.

## III. REQUEST FOR HEIGHTENED DISCOVERY ENFORCEMENT

Plaintiff respectfully requests that the Court issue the following relief:

1. Compel Riot Games, Inc. to immediately produce all documents, communications, and responses to Plaintiff's March 14, 2025 discovery requests.

2. Order Riot to preserve and produce the following, under penalty of Rule 37(e):

   - Internal metadata related to Arcane development;

   - Slack logs and internal communications from Fortiche and Riot;

   - AI generation logs, source control data (e.g., Git), and document authorship chains;

   - Project management timelines and submission tracking from 2018 to 2024.

3. Appoint a neutral Special Master or forensic third party to oversee inspection and extraction of responsive data from Riot's systems.

4. Extend the discovery period and toll all deadlines pending full compliance.

5. Issue a protective order ensuring Riot does not destroy, move, or modify any internal development data.

6. Refer suspected obstruction to appropriate state or federal authorities if spoliation is uncovered.

These steps are not extreme under the circumstances. Riot has repeatedly used litigation procedure as a weapon against a vulnerable pro se litigant, and its refusal to cooperate in discovery is now a matter of record. Court intervention is essential to protect Plaintiff's right to a fair and complete adjudication.

"See Exhibits A–C, attached hereto, which show that Defendant's responses consist solely of objections and denials, with no documents or meaningful narrative answers provided."

4

SUPPLEMENT TO PLAINTIFF'S MOTION TO ENFORCE COURT ORDERS, COMPEL DISCOVERY, AND REQUEST HEIGHTENED DISCOVERY ENFORCEMENT

**Declaration of Authenticity:**

I, Marc Wolstenholme, declare under penalty of perjury that the statements made are true and accurate

Executed on April 15, 2025, in Coventry, England.

Respectfully submitted,

Signature: *M.WOLSTENHOLME.*

Marc Wolstenholme

Plaintiff in Pro Per

5 Shetland Close

Coventry, England CV5 7LS

marc@mwwolf-fiction.co.uk

SUPPLEMENT TO PLAINTIFF'S MOTION TO ENFORCE COURT ORDERS, COMPEL DISCOVERY, AND REQUEST HEIGHTENED DISCOVERY ENFORCEMENT