UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES – GENERAL

**Case No.:**    2:25-cv-00053-FMO-BFM                     **Date:**   April 16, 2025

**Title:**    Marc Wolstenholme v. Riot Games, Inc.

==============================================================

Present:  The Honorable Brianna Fuller Mircheff, United States Magistrate Judge

| Christianna Howard | N/A |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiff: | Attorneys Present for Defendant: |
|---|---|
| N/A | N/A |

**Proceedings:**     **(In Chambers) Order Re: Motion to Compel (93)**

On April 15, 2025, Plaintiff filed a purported Supplement (ECF 93) to Plaintiff's Motion to, among other things, compel discovery. (ECF 91). The Supplement in fact appears to be a request to compel Riot Games to provide additional discovery. Plaintiff's Motion (ECF 91) was stricken from the docket.

Plaintiff's Supplement, which appears to be a motion to compel additional discovery (ECF 93) is **struck**; it does not reflect compliance with the meet and confer requirement of the Local Rules, nor has Plaintiff complied with Judge Mircheff's procedures and schedules, which require an informal discovery conference before a discovery motion can be filed. *See* https://www.cacd.uscourts.gov/honorable-brianna-fuller-mircheff.

### IT IS SO ORDERED.

cc:    Marc Wolstenholme, pro se
Counsel of Record

Initials of Preparer:     ch