Marc Wolstenholme
5 Shetland Close
Coventry, England CV5 7LS
Telephone: 044 7827964404
Email: marc@mwwolf-fiction.co.uk
Plaintiff in Pro Per

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARC WOLSTENHOLME,<br>          Plaintiff,<br>vs.<br>RIOT GAMES, INC.,<br>          Defendant | CASE NO. 2:25-CV-00053-FMO-BFM HON.<br><br>*Hon. Fernando M. Olguin*<br><br>DECLARATION OF MARC WOLSTENHOLME<br><br>PLAINTIFF'S SUPPLEMENTAL STATEMENT REGARDING CURTIS BROWN GROUP, UTA, AND POTENTIAL CONFLICTS IN CASTING AND IP MISUSE- LINKED TO DKT 96 |

Dated this: April 17, 2025

*M.WOLSTENHOLME*
[MARC WOLSTENHOLME]

**This Statement is linked to Dkt 96- NOTICE REGARDING DEFENDANT'S LITIGATION CONDUCT AND WIDER PUBLIC SAFETY CONCERNS**

1

PLAINTIFF'S SUPPLEMENTAL STATEMENT REGARDING CURTIS BROWN GROUP, UTA, AND POTENTIAL CONFLICTS IN CASTING AND IP MISUSE

**TO THE HONORABLE COURT:**

## I. Introduction

Plaintiff Marc Wolstenholme respectfully submits this supplemental statement in support of Plaintiff's prior filings concerning Defendant Riot Games, Inc.'s litigation conduct and broader conflicts. This statement specifically raises new and detailed concerns about United Talent Agency (UTA), Curtis Brown Group (CBG), and their significant influence over the casting and development of the television series Arcane. The information herein is intended to aid the Court's understanding of systemic industry concerns, potential misuse of intellectual property, and a pattern of conduct that may have impacted the case.

## II. Relationships and Casting Overlap

Plaintiff has already shown that at least six of the top cast members of Arcane are represented by United Talent Agency (UTA) and its subsidiary, Curtis Brown Group (CBG). These include: **Represented by CBG:**

1. Ella Purnell (Jinx)

2. Harry Lloyd (Viktor)

3. Katie Leung (Caitlyn Kiramman)

**Represented by UTA:**

1. Hailee Steinfeld (Vi)

2. Kevin Alejandro (Jayce)

3. Jason Spisak (Silco)

These actors dominate the series' screen time, accounting for approximately 65.88% of total on-screen minutes among main characters. This concentration suggests possible preferential casting linked to agency affiliations during the sensitive UTA–CBG acquisition period.

### III.    Acquisition and Influence Context

United Talent Agency formally acquired Curtis Brown Group in June 2022. However, collaborative representation and casting relationships predated this deal. During such acquisition processes, 'goodwill collaborations' are common to showcase mutual value. Arcane, as a high-profile series involving major agency talent, appears to have been leveraged in such a manner.

### IV.    Prior Access to Plaintiff's Work

Plaintiff has submitted evidence that Curtis Brown Group had access to the manuscript Bloodborg: The Harvest in 2019 and 2020. During this period, CBG and UTA were already collaborating. The overlap of access, representation, and creative output raises legitimate concerns of intellectual property misuse and preferential industry practices.

### V. Plaintiff's Concerns.

The Plaintiff is concerned at the pattern of too many connections of Curtis Brown Group and UTA with Arcane and the same names appearing many times over, with both Jonny Geller and Felicity Blunt being under investigation for systematic violations of the Plaintiff's catalogue of fiction. The Plaintiff wants to raise and log concerns with the court.

Riot's Legal Team were Arron Moss and Josh Geller of Greenberg Glusker LLP.

Jonny Geller is the CEO of Curtis Brown Group who are alleged to have used my work many times to sell to industry global giants like Netflix, Riot Games and Marvel.

Josh and Jonny have the same surname. Not too suspect.

Amanda Overton worked on Arcane, her actual role changes depending on what source you read, but she has been given the role of Editor, writer, executive producer and Executive Story Editor, and others.

Abby Glusker is Amanda Overton's agent at UTA. Another UTA link directly to the "Writing rooms" of Arcane. Abby Glusker shares the surname with Riot's Solicitors, Greenberg Glusker LLP. Both of the Solicitors jumped shit to Mitchell Silberberg & Knupp LLP as these proceedings were heating up.

The surname "Glusker" is quite rare, and there is limited publicly available data on the exact number of individuals registered with this name. According to the U.S. Census Bureau's 2010 data, "Glusker" does not appear among the top 150,000 most common surnames

in the United States, indicating that fewer than 100 individuals may bear this surname in the country.

Notable individuals with the surname include Jenny Glusker, an American crystallographer, and others associated with various professional fields. Given the rarity of the surname, it's plausible that individuals sharing it could be related or share a common ancestry.

In Bridging the Rift, Alex Yee states that he read Amanda Overton's manuscript submission, and it was fascinating. Overton is yet another direct link of Quid pro quo dealings between UTA, CBG and Riot Games for the development of Arcane. Many revenues of income, many deal sweeteners, all feeding back into the same pockets who have a monopoly over development and public information (as demonstrated in filed statements) and possibly legal dealings.

Moreover, the Plaintiff believes he has discovered powerful people in the Entertainment industry linked to heinous crimes which are hidden with bribes and deals to cover far darker allegations. "Everyone" in the industry knows the identity of this person yet all fear libel litigations being brought against them.

## VI. Legal Framework and Allegations

The pattern described supports potential legal theories, including:

1. Unfair Competition (Lanham Act, 15 U.S.C. § 1125(a)) – For deceptive practices in talent representation and project development.

2. Fraud in Inducement (Restatement (Second) of Torts § 525) – If casting influence was misrepresented to increase agency valuation.

3. Copyright Infringement (17 U.S.C. § 501) – Based on misuse of material submitted to CBG while collaborating with Riot.

4. Breach of Fiduciary Duty (Cal. Civil Code § 1572) – If internal interests were prioritized over industry norms and duties.

5. Antitrust Concerns (Sherman Act, 15 U.S.C. § 1-2) – If agency consolidation created unfair influence over casting and creative output.

## VII. Conclusion

This statement is not filed as a motion but is offered in good faith to assist the Court in understanding Plaintiff's broader concerns regarding systemic behavior, conflicts of interest, and potential industry manipulation affecting the use and treatment of Plaintiff's intellectual property. Plaintiff believes these facts are critical to the context of this case and the public interest and that more will surface before long.

**Declaration of Authenticity:**

I, Marc Wolstenholme, declare under penalty of perjury that the statements made are true and accurate

Executed on April 17, 2025, in Coventry, England.

Respectfully submitted,

Signature: *M.WOLSTENHOLME.*

Marc Wolstenholme

Plaintiff in Pro Per

5 Shetland Close

Coventry, England CV5 7LS

marc@mwwolf-fiction.co.uk

8

PLAINTIFF'S SUPPLEMENTAL STATEMENT REGARDING CURTIS BROWN GROUP, UTA, AND POTENTIAL CONFLICTS IN CASTING AND IP MISUSE