Marc Wolstenholme
5 Shetland Close
Coventry, England CV5 7LS
Telephone: 044 7827964404
Email: marc@mwwolf-fiction.co.uk
Plaintiff in Pro Per

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARC WOLSTENHOLME,<br>          Plaintiff,<br>vs.<br>RIOT GAMES, INC.,<br>          Defendant | CASE NO. 2:25-CV-00053-FMO-BFM HON.<br><br>*Hon. Fernando M. Olguin*<br><br>DECLARATION OF MARC WOLSTENHOLME<br><br>PLAINTIFF'S STATEMENT OF OBSERVED INTEREST AND POTENTIAL CONCERN REGARDING FOREIGN REVIEW OF PROTECTED INTELLECTUAL PROPERTY (IP) |

Dated this: April 23, 2025

*M.WOLSTENHOLME.*
_____
[MARC WOLSTENHOLME]

1

PLAINTIFF'S STATEMENT OF OBSERVED INTEREST AND POTENTIAL CONCERN REGARDING

FOREIGN REVIEW OF PROTECTED INTELLECTUAL PROPERTY (IP)

**TO THE HONORABLE COURT:**

**I. NOTICE OF OBSERVED DIGITAL INTEREST**

Plaintiff respectfully notifies the Court and opposing counsel of a recent observation involving access to Plaintiff's public website. Web analytics indicate that digital traffic from Viettel Group, a large Vietnamese state-owned enterprise with military affiliations, has reviewed content related to Bloodborg: The Harvest and the Plaintiff's filings in this litigation.

This activity was noted shortly after Plaintiff's inclusion of a Vietnam-based live-action spin-off series in Dkt. 98: PLAINTIFF'S STATEMENT OF ARCANE-RELATED EXPANSION AND CONTINUING IP INFRINGEMENT, which references Riot Games' narrative expansion strategy built on allegedly infringing source material.

**II. CONTEXTUAL BACKGROUND**

Viettel Group is a telecommunications and technology conglomerate owned by Vietnam's Ministry of National Defence. It has been designated in international policy discussions as part of emerging Military-Civil Fusion (MCF) efforts—a geopolitical framework wherein commercial and state-controlled enterprises cooperate on technological development with both civilian and strategic applications.

Public records and independent reporting suggest that Viettel Group is active in:

Telecommunications infrastructure

Cyber and AI development

International film, media, and cultural initiatives

The Plaintiff has not named or implicated Viettel Group in any claims in this case, and this Statement does not allege any misconduct by Viettel.

**III. STATEMENT OF CONCERN**

Given the geopolitical sensitivity of state-linked actors reviewing protected IP amid litigation involving one of the world's most valuable entertainment properties, Plaintiff raises the following potential concerns:

Preservation of Evidence – Whether any shared or observed materials may be copied, disseminated, or commercialized internationally before a judicial resolution is reached.

Foreign IP Scrutiny – The nature of interest from a defense-affiliated foreign group toward Plaintiff's original literary IP raises complex issues of oversight, attribution, and disclosure.

Pattern of Global Exploitation – The Plaintiff has already raised concerns regarding the use of Bloodborg-based material as a foundation for multi-billion-dollar transmedia projects, including reported live-action projects set in Vietnam. The current observation may be consistent with ongoing narrative development.

## IV. REQUEST FOR TRANSPARENCY AND PROTECTIVE CONSIDERATION

Plaintiff respectfully requests the Court's attention to this issue and recommends the following:

That this Statement be entered into the record in support of Plaintiff's ongoing request for forensic inspection and metadata preservation.

That any discovery produced regarding Arcane's live-action adaptations include disclosures of foreign partnerships, co-production agreements, or developmental relationships, especially involving actors with known state links.

That Riot Games confirm whether any Vietnamese production or technology partners (including but not limited to Viettel Group) have been granted access to Bloodborg-related materials or derivative development content.

This Statement is submitted solely for the purpose of judicial transparency and proactive oversight. Plaintiff reserves all rights and claims and does not seek to expand the scope of current litigation with this document.

However, given the already documented geo-political concerns, The Plaintiff is worried about Riot Games alignment with numerous Military Industry entities outside of the US and UK and allied states.

5

PLAINTIFF'S STATEMENT OF OBSERVED INTEREST AND POTENTIAL CONCERN REGARDING FOREIGN REVIEW OF PROTECTED INTELLECTUAL PROPERTY (IP)

**Exhibit A - Viettel Group**

Viettel

Velecom company

The Military Industry and Telecoms Group, trading as Viettel or Viettel Group, is a Vietnamese state-owned multinational telecommunications, technology and manufacturing conglomerate headquartered in Hanoi, Vietnam.

4/23/25, 10:11:54 AM

116.108.125.154

Book: Bloodborg: The Harvest

Location:

Quan Bon, Hồ Chí Minh city, Vietnam

Referrer:

www.google.com/

Win10

Chrome

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/135.0.0.0 Safari/537.36 Edg/135.0.0.0

4/21/25, 9:23:08 PM

69.165.212.228

PLAINTIFF'S STATEMENT OF OBSERVED INTEREST AND POTENTIAL CONCERN REGARDING FOREIGN REVIEW OF PROTECTED INTELLECTUAL PROPERTY (IP)

**Exhibit B- Screenshots of Viettel Group IP address.**



7

PLAINTIFF'S STATEMENT OF OBSERVED INTEREST AND POTENTIAL CONCERN REGARDING FOREIGN REVIEW OF PROTECTED INTELLECTUAL PROPERTY (IP)

**Exhibit C- Viettel Group looking at Bloodborg.**



PLAINTIFF'S STATEMENT OF OBSERVED INTEREST AND POTENTIAL CONCERN REGARDING FOREIGN REVIEW OF PROTECTED INTELLECTUAL PROPERTY (IP)

**Declaration of Authenticity:**

I, Marc Wolstenholme, declare under penalty of perjury that the statements made are true and accurate

Executed on April 23, 2025, in Coventry, England.

Respectfully submitted,

Signature: *M.WOLSTENHOLME.*

Marc Wolstenholme

Plaintiff in Pro Per

5 Shetland Close

Coventry, England CV5 7LS

marc@mwwolf-fiction.co.uk

PLAINTIFF'S STATEMENT OF OBSERVED INTEREST AND POTENTIAL CONCERN REGARDING FOREIGN REVIEW OF PROTECTED INTELLECTUAL PROPERTY (IP)