CLEAR FORM

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

MARC WOLSTENHOLME,

                Plaintiff(s)

v.

RIOT GAMES, INC.,

                Defendant(s)

CASE NUMBER:

2:25-cv-00053-FMO-BFM

**MOTION RE: INFORMAL DISCOVERY DISPUTE**

The parties have requested an informal discovery conference with Magistrate Judge Brianna Fuller Mircheff. Counsel for each party has submitted their respective positions and the issue will be adjudicated in accordance with the Magistrate Judge's procedures.

☐ No Hearing Required
☐ Hearing Required
    ☐ In-Person Court Hearing
    ☒ Video Conference
    ☐ Telephonic

Magistrate Judge: Brianna Fuller Mircheff

Date/Time: Thursday, May 15, 2025, at 10:30 a.m.

Courtroom: via Zoom

Zoom information can be found on the court's website under Judge Mircheff's Procedures and Schedules.

Dated: April 24, 2025

By: Christianna Howard
        Deputy Clerk