AARON J. MOSS (SBN 190625)
Aaron.Moss@msk.com
JOSHUA M. GELLER (SBN 295412)
Josh.Geller@msk.com
HANNAH G. SHEPHERD (SBN 347611)
Hannah.Shepherd@msk.com
MITCHELL SILBERBERG & KNUPP LLP
2049 Century Park East, 18th Floor
Los Angeles, CA  90067-3120
Telephone: (310) 312-2000
Facsimile: (310) 312-3100

Attorneys for Defendant Riot Games, Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARC WOLSTENHOLME, | Case No. 2:25-cv-00053-FMO-BFM |
| Plaintiff, | *Hon. Fernando M. Olguin* |
| v. | **STATUS REPORT RE: SETTLEMENT** |
| RIOT GAMES, INC., | |
| Defendant. | |

Pursuant to the Court's Scheduling and Case Management Order Re: Jury Trial (Dkt. 66), Defendant Riot Games, Inc. ("Riot") submits the following Status Report Re: Settlement.

On April 24, 2025, the parties participated in a Settlement Conference before Magistrate Judge Brianna Fuller Mircheff. The Settlement Conference lasted approximately three hours. The parties were unable to reach a settlement.

DATED: April 24, 2025     MITCHELL SILBERBERG & KNUPP LLP

By: _____
AARON J. MOSS (SBN 190625)
JOSHUA M. GELLER (SBN 295412)
HANNAH G. SHEPHERD (SBN 347611)
Attorneys for Defendant Riot Games, Inc.