PageVault

| | |
|---|---|
| Document title: | About Riot Forge |
| Capture URL: | https://web.archive.org/web/20200426125933/https://riotforgegames.com/#contactForm |
| Page loaded at (UTC): | Tue, 15 Apr 2025 18:55:12 GMT |
| Capture timestamp (UTC): | Tue, 15 Apr 2025 18:55:13 GMT |
| Capture tool: | 3.8.0 |
| Collection server IP: | 54.174.78.137 |
| Browser engine: | Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/135.0.0.0 Safari/537.36 |
| Operating system: | linux x64 (Node v20.18.0) |
| PDF length: | 6 |
| Capture ID: | b4UceRvmrG6mp9H1nXRbE4 |
| Display Name: | whk |

PDF REFERENCE #:   aJ9xtiZoyf9BdjbAH3qhQS



# ABOUT RIOT FORGE



"We're a player- and developer-focused publisher; our mission is to bring awesome new League of Legends games to players by partnering with experienced and talented developers from around the world.

The League Universe and its champions offer limitless possibilities; by supporting and empowering passionate partners to tell their own stories and expand the League world, we'll deliver a variety of bespoke games that enable players of all types to experience League in new and exciting ways.

We can't wait to get these games to players and play them ourselves!



The League Universe and its champions offer limitless possibilities, by supporting and empowering ultimate partners to tell their own stories around the League world, we'll deliver a variety of bespoke games that enable players of all types to experience League in new and exciting ways.

We can't wait to get these games to players and play them ourselves!

If you're a developer and want to be a part of our mission, we want to hear from you."

↓ Contact Us

# FREQUENTLY ASKED QUESTIONS

| 1. How is Riot Forge different from Riot Games? | 2. How does Riot Forge work with developers? |

| 3. Is Riot Forge releasing new games from Riot Games? | 4. Which platforms will Riot Forge games release on? |

| 5. Which developers is Riot Forge working with? | 6. When can I play a Riot Forge game? |

| 7. I'm a developer—how can I work with you? |

7. I'm a developer—how can I work with you?





# CONTACT US

Please send your message below. We will get back to you at the earliest!

**PERSONAL**

NAME

EMAIL

PHONE                BIRTHDATE

**PROFESSIONAL EXPERIENCE**

STUDIO / COMPANY NAME

GAMES RELEASED

MESSAGE

[ Submit Form ]

☐ I agree to receive occasional emails from Riot Games, such as news, offers and surveys. Read our *Privacy Policy* for more details on how your information may be used.



Document title: About Riot Forge
Capture URL: https://web.archive.org/web/20200426125933/https://riotforgegames.com/#contactForm
Capture timestamp (UTC): Tue, 15 Apr 2025 18:55:13 GMT
Estimated post date: 04/26/2020 12:59:33 PM
Page 5 of 5