Marc Wolstenholme
5 Shetland Close
Coventry, England CV5 7LS
Telephone: 044 7827964404
Email: marc@mwwolf-fiction.co.uk
Plaintiff in Pro Per

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARC WOLSTENHOLME,<br>                    Plaintiff,<br>vs.<br>RIOT GAMES, INC.,<br>                    Defendant | CASE NO. 2:25-CV-00053-FMO-BFM HON.<br><br>*Hon. Fernando M. Olguin*<br><br>DECLARATION OF MARC WOLSTENHOLME<br><br>NOTICE OF CONTINUING PROCEDURAL ABUSE FOLLOWING FAILED SETTLEMENT CONFERENCE |

Dated this: April 25, 2025

*M.WOLSTENHOLME.*

[MARC WOLSTENHOLME]

1

NOTICE OF CONTINUING PROCEDURAL ABUSE FOLLOWING FAILED SETTLEMENT CONFERENCE

**TO THE HONORABLE COURT:**

Plaintiff Marc Wolstenholme respectfully submits this Notice to apprise the Court of ongoing procedural misconduct by Defendant Riot Games, Inc. and its legal counsel, following the failed Court-ordered settlement conference on April 24, 2025, during which settlement wasn't a viable option despite the Plaintiff's heavily documented concerns that he would not attend unless the spirit of the conference was upheld. It wasn't. The conference was merely more costly abusing of procedures to pressure and intimidate.

### I. Settlement Conference Result and Conduct

At the conclusion of the mandatory settlement conference, it became evident through:

Statements made during the conference;

Conduct of Defendant's counsel, and;

Comments by individuals affiliated with Riot Games' broader online community, that Defendant Riot Games and its legal representatives intend to continue filing repetitive, cumulative, and retaliatory motions with the specific purpose of exhausting and crippling the Plaintiff, rather than addressing the merits of the case.

Further, it was suggested, both implicitly and explicitly, that Riot's legal strategy is to:

Overwhelm the Plaintiff procedurally;

Manufacture grounds for dismissal through procedural attrition;

Delay discovery indefinitely to avoid confronting the substantive allegations.

This is procedural abuse, harassment and discrimination based on disability which is being directly targeted without protection, such as public scrutiny and fairness.

If you had your 10 years of trauma writing violated by a monstrously powerful company with a documented history of abusing vulnerable people, and you were told by a Judge that this overwhelming and abusing the Plaintiff procedurally is their plan and it will work eventually so you should settle for nothing, despite all the evidence showing that it's your work, how would you feel about the fairness of justice in a closed hearing which you raised concerns about way before the hearing, and it was clear that Riot had no intention of settling and they had already stated as much but you were still made to attend and made to litigate on the spot for 2.5 hours during which you were presented with inadmissible and unfiled evidence of a single snapshot from a public nonsensical site (Wayback Machine) which is produced as evidence of no portal submissions in a closed settlement hearing when Riot has it's own servers and A Moss has discussed combing through their submissions and this is recorded?

3

NOTICE OF CONTINUING PROCEDURAL ABUSE FOLLOWING FAILED SETTLEMENT CONFERENCE

I cannot believe I was duped into even attending that hearing and now feel that every single hearing needs to be recorded and conducted in public.

## II. Immediate Post-Conference Filing Wave

Within an hour of the failed settlement conference, Riot filed a flurry of motions (Dkt. 101, 102, 103, 104, 105, 106), many of which recycled arguments previously rejected or pending. This immediate action is consistent with their stated (and threatened) strategy and evidences bad faith which was directly told to the Plaintiff in the settlement hearing.

## III. Coordinated Harassment and Public Pressure

Plaintiff further notes that, outside the courtroom, members of Riot's online community—encouraged indirectly by Riot's public posture—have continued harassment campaigns, including threats, intimidation, and reputational smearing with knowledge of discussions of attachments, right after the settlement hearing. This contributes to an atmosphere designed to isolate and destabilize the Plaintiff emotionally and financially.

The statement conference and the continued pattern of harassment directly after marks a three-pronged attack.

1, They misused the settlement conference and judge's role to only address and attack access and not to settle. During which it is threatened that they will abuse until the case is dismissed.

4

2, They bombarded the Plaintiff and the Dkt with procedural harassment and pressure, knowing he would have to respond.

3, Three, they have their radicalized "Community" harass and mock the Plaintiff right after.

## IV. Procedural Abuse Pattern

The Plaintiff respectfully submits that Riot Games' conduct constitutes:

Vexatious litigation behavior (FRCP 11(b), Local Rule 83-7);

Bad faith multiplication of proceedings (28 U.S.C. § 1927);

Retaliation against lawful exercise of rights;

Violation of good faith expectations inherent in the Court's orders regarding settlement efforts.

## V. Request for Judicial Oversight

Plaintiff respectfully requests that the Court:

Take judicial notice of this pattern of conduct;

Consider imposing limits on further motion practice without leave of Court;

Consider ordering supervised scheduling conferences to prevent procedural abuse;

Consider awarding reasonable costs or sanctions for abusive filings if appropriate

Effectively protect the Plaintiff from further abuse.

Make all discovery and future hearings public, with only Fernando M. Olguin

NOTICE OF CONTINUING PROCEDURAL ABUSE FOLLOWING FAILED SETTLEMENT CONFERENCE

**VI. Conclusion**

The Plaintiff seeks no advantage by this Notice but wishes to protect the integrity of the proceedings and ensure that justice is not defeated by gamesmanship. The plaintiff respectfully reserves all rights to pursue further motions to protect the litigation process if necessary.

This will become one of those cases which is looked back on, when people are discussing why this was allowed to continue in this manner and why Riot's radical community was never investigated.

**Declaration of Authenticity:**

I, Marc Wolstenholme, declare under penalty of perjury that the statements made are true and accurate

Executed on April 25, 2025, in Coventry, England.

Respectfully submitted,

Signature:  *M.WOLSTENHOLME.*

Marc Wolstenholme

Plaintiff in Pro Per

5 Shetland Close

Coventry, England CV5 7LS

marc@mwwolf-fiction.co.uk

6

NOTICE OF CONTINUING PROCEDURAL ABUSE FOLLOWING FAILED SETTLEMENT CONFERENCE