Marc Wolstenholme
5 Shetland Close
Coventry, England CV5 7LS
Telephone: 044 7827964404
Email: marc@mwwolf-fiction.co.uk
Plaintiff in Pro Per

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARC WOLSTENHOLME,<br>           Plaintiff,<br>vs.<br>RIOT GAMES, INC.,<br>           Defendant | CASE NO. 2:25-CV-00053-FMO-BFM HON.<br><br>*Hon. Fernando M. Olguin*<br><br>DECLARATION OF MARC WOLSTENHOLME<br><br>PLAINTIFF'S MOTION FOR PROTECTIVE ORDER, REQUEST FOR JUDICIAL REVIEW OF SETTLEMENT PROCEEDINGS, AND REQUEST TO REASSIGN DISCOVERY OVERSIGHT TO THE DISTRICT JUDGE |

Dated this: April 25, 2025

*M.WOLSTENHOLME.*
[MARC WOLSTENHOLME]

1

PLAINTIFF'S MOTION FOR PROTECTIVE ORDER, REQUEST FOR JUDICIAL REVIEW OF SETTLEMENT PROCEEDINGS, AND REQUEST TO REASSIGN DISCOVERY OVERSIGHT TO THE DISTRICT JUDGE

**TO THE HONORABLE COURT:**

Plaintiff Marc Wolstenholme respectfully moves this Court for a Protective Order, for Judicial Review of the Settlement Conference proceedings conducted on April 24, 2025, before Magistrate Judge Brianna Fuller Mircheff, and for reassignment of all future discovery oversight directly to the District Judge. In support thereof, Plaintiff states as follows:

**I. INTRODUCTION**

The April 24, 2025, the settlement conference was intended to facilitate meaningful settlement discussions between the parties. Instead, the proceeding focused improperly on litigating substantive merits, particularly "access" to copyrighted material, an issue squarely outside the appropriate scope of a settlement conference. Moreover, non-admissible, public-facing and manipulated material from Riot Games' website was presented against Plaintiff without procedural safeguards or proper evidentiary basis and the judge grilled the Plaintiff on this, despite the Plaintiff showing it was misleading and it not being admissible. The Judge also stated that Riot would eventually bully me out of proceedings, thus accepting Riot's bullying tactics without addressing them. This is not only improper, but also dangerous and shocking behavior.

This conduct violated Plaintiff's due process rights, frustrated the settlement purpose of the conference, and caused undue prejudice, especially in light of Plaintiff's pro se

2

PLAINTIFF'S MOTION FOR PROTECTIVE ORDER, REQUEST FOR JUDICIAL REVIEW OF SETTLEMENT
PROCEEDINGS, AND REQUEST TO REASSIGN DISCOVERY OVERSIGHT TO THE DISTRICT JUDGE

status and documented disabilities, leaving the plaintiff with chest tightness and chest pains and bed bound due to this absolute abuse.

      The Plaintiff documented his concerns and requested protection, yet these events have been allowed to continue behind closed doors. The Plaintiff sent numerous emails stating that Riot had already stated that they would attend and not settle and intended to use the conference to cause further harassment, harm, costs and pressure, yet the conference was still pushed. The Plaintiff stated to Judge Brianna Fuller Mircheff that he would attend only if he was protected and if a reasonable settlement was on the table, it wasn't, and the conference was barely about anything to do with settlement. Judge Brianna Fuller Mircheff had duty to call off the settlement if it was improper or useless and it was, instead of not proceeding, she grilled me on access for 2.5 hours, attacked three main routes of access I have shown, stated that a case can not be won without showing access passing hand to hand, such as Felicity Blunt to Riot Games, stated that being in the same entity (Company) didn't matter, and allowed a screenshot from Wayback Machine to be used against me to pretend that meant access could not be shown in that way, while never questioning why Riot is presenting a snapshot of a public website when they own and control the servers and Riot Forge website?

      The Judge ended the conference saying that she would not go back and ask Riot to settle because I had not shown access and they had shown a screenshot of the Wayback machine, thus no settlement was attempted. I was not once asked anything about settlement. The Judge directly pressured me into ending the case and stated that they would just wear me down

3

PLAINTIFF'S MOTION FOR PROTECTIVE ORDER, REQUEST FOR JUDICIAL REVIEW OF SETTLEMENT PROCEEDINGS, AND REQUEST TO REASSIGN DISCOVERY OVERSIGHT TO THE DISTRICT JUDGE

anyway. Around ten times the Plaintiff had to say to the Judge, I didn't come nor prepare to litigate on access and yet the grilling continued. The Judge even leaned on the Plaintiff's disability, saying that because he had over 150 CVs of animation timeline, he was spending too long on the case, and it would be better for his health not to continue. This is direct use of a disability to apply pressure to end proceedings. The Judge even tried to coax the Planifff's sister into this, but his sister was fully aware of her tricks. It was relentless and shameful.

No representative of Riot nor their insurance attended in the few minutes I was in the main conference room. This was not a properly conducted conference and needs to be reviewed. Riot had desperately tried to get a Magistrate Judge on the case, and now somehow there is one conducting discovery after already acting in such a vicious and improper manner.

In light of these concerns, Plaintiff no longer has confidence that Magistrate Judge Brianna Fuller Mircheff can oversee discovery fairly and impartially. Plaintiff respectfully requests that all future discovery matters be supervised by the District Judge directly and publicly and that Protection is afforded to the Plaintiff. If one were to go back through the documents, they would see that I have been raising concerns and stating I need protection from these concerns and each time, my concerns have not been addressed and the concerns have been correct leading to more damage and more costs and more harassment post abuse.

## II. LEGAL ARGUMENT

A. Settlement Conferences Must Remain Focused on Negotiations

4

PLAINTIFF'S MOTION FOR PROTECTIVE ORDER, REQUEST FOR JUDICIAL REVIEW OF SETTLEMENT PROCEEDINGS, AND REQUEST TO REASSIGN DISCOVERY OVERSIGHT TO THE DISTRICT JUDGE

Federal Rule of Evidence 408 and Local Rule 16-15 protect settlement communications. Settlement conferences must promote candid dialogue and negotiation — not serve as vehicles for adjudicating contested factual issues. See United States v. Contra Costa County Water District, 678 F.2d 90, 92 (9th Cir. 1982).

Here, questioning about "access" and presentation of public materials to refute Plaintiff's claims turned the conference into a quasi-adjudicatory event, violating the spirit and protections of settlement law.

B. Procedural Irregularities and Prejudice

Plaintiff was not informed in advance that the conference would address substantive factual disputes. Plaintiff had no opportunity to rebut Defendant's evidence, cross-examine, or introduce counter-evidence — denying Plaintiff fundamental fairness. Even when Plaintiff pointed out that the screenshot was manipulated and lies, the Judges till proceeding on pushing it. The Plaintiff is utterly shocked.

Moreover, Riot Games presented as "evidence" a public contact form unrelated to the secure submission portals discussed during prior filings. This mischaracterization exacerbated the unfairness and further prejudiced Plaintiff's position.

### C. Judicial Review, Protective Measures, and Reassignment of Discovery Oversight Are Warranted

To preserve the integrity of these proceedings and to protect Plaintiff's right to a fair adjudication, the Court should:

Vacate the April 24, 2025, settlement conference record;

Exclude all statements, exhibits, and representations made during the conference from future proceedings;

Order that any future settlement discussions be recorded and supervised directly by the District Judge;

Reassign all future discovery matters to be supervised exclusively by the District Judge;

Issue a Protective Order preventing Defendant from using any materials presented at the April 24, 2025, conference as evidence in this matter.

6

PLAINTIFF'S MOTION FOR PROTECTIVE ORDER, REQUEST FOR JUDICIAL REVIEW OF SETTLEMENT PROCEEDINGS, AND REQUEST TO REASSIGN DISCOVERY OVERSIGHT TO THE DISTRICT JUDGE

Investigate why this was allowed to happen and why the Judge acted in this manner.

### III. CONCLUSION

For the foregoing reasons, Plaintiff respectfully requests that this Court grant the Motion for Protective Order, Judicial Review, and reassignment of discovery oversight to the District Judge; vacate the record of the April 24, 2025 settlement conference; and impose appropriate safeguards to ensure the fairness and integrity of all future proceedings.

I'm asking for fairness and transparency, nothing more. I feel totally violated and abused by what I had to endure in that Conference.

7

PLAINTIFF'S MOTION FOR PROTECTIVE ORDER, REQUEST FOR JUDICIAL REVIEW OF SETTLEMENT PROCEEDINGS, AND REQUEST TO REASSIGN DISCOVERY OVERSIGHT TO THE DISTRICT JUDGE

**Declaration of Authenticity:**

I, Marc Wolstenholme, declare under penalty of perjury that the statements made are true and accurate

Executed on April 25, 2025, in Coventry, England.

Respectfully submitted,

Signature: *M.WOLSTENHOLME.*

Marc Wolstenholme

Plaintiff in Pro Per

5 Shetland Close

Coventry, England CV5 7LS

marc@mwwolf-fiction.co.uk

PLAINTIFF'S MOTION FOR PROTECTIVE ORDER, REQUEST FOR JUDICIAL REVIEW OF SETTLEMENT PROCEEDINGS, AND REQUEST TO REASSIGN DISCOVERY OVERSIGHT TO THE DISTRICT JUDGE