EXHIBIT B - Riot Games Privacy Policy and Terms of Use, effective April 3, 2019.

Privacy Policy

TRUSTe

RIOT GAMES PRIVACY POLICY

Effective date: April 3, 2019.

Welcome to Riot Games! Our privacy policy explains what info Riot Games collects when you visit the Riot services, as well as ways we might use or share it. We're only describing our own practices – this policy doesn't apply to third parties we don't own or control, including other companies you might interact with on or through the Riot services (see Third-Party Websites and Services).

Riot Games, Inc. and its subsidiaries are a global gaming company headquartered in Los Angeles with offices and operations around the world (see International Data Processing). When we say "Riot Games", we're referring to the Riot Games entity responsible for providing the Riot services in your region (see Contact Us to see who that is).

When we reference "the Riot services," we mean League of Legends and any other games, websites, applications, and services that link to this policy, regardless of how you access or use them, including through mobile devices. Your use of the Riot services is also subject to the Terms of Use in your region (including its provisions regarding limitations on damages, resolution of disputes, and application of governing law). Please read this entire policy to make sure you understand it. You should also read the Terms of Use carefully, and make sure you understand and agree to them before using the Riot services.

We encourage you to use the policy's interactive features to guide you. We've written summaries to identify the key issues discussed in many sections at a glance. However, these summaries are intended solely to simplify things and the full policy should be read as it takes priority in the event of any ambiguity or conflicts (so be sure to read the whole thing carefully!). Click on the "Learn More" buttons for further details about particular topics that interest you. To zip between sections, use the "Back To Top" buttons and the Table of Contents below.

If you don't understand any parts of the policy, Contact Us with questions.

Table of Contents

Info We Collect

Info You ProvideInfo We Collect AutomaticallyInfo We Collect From Third Parties

How We Collect Info

Cookies & Related TechnologiesAnalytics & Interest-Based Ads

How We Use And Share Info

Using InfoSharing InfoChat & Player BehaviorAnti-Cheat & Fraud Prevention

Third-Party Websites And Services

International Data Processing

Children's Privacy

Do-Not-Track Signals

Your Choices And Controls


Security


Updates And Revisions


Contact Us

Expand all | Collapse all


I. INFO WE COLLECT

Summary: We collect info in three main ways:


You provide some of it directly (such as by registering for an account).

We record some of it automatically (including with technologies like cookies).

We receive some of it from third parties (like social media companies).

The particular kinds of info we gather usually depend on how you interact with us, like which Riot services you use and how you do so.


A. Info You Provide

Summary: We collect info you choose to provide or give to us in any manner. You don't have to share info when we ask you for it, but if you decline, you might not be able to access certain Riot services or take advantage of their full functionality.

Learn More

## B. Info We Collect Automatically

Summary: We automatically collect some info about how you interact with and navigate the Riot services, as well as the device and software you use to do so.

Learn More

## C. Info We Collect From Third Parties

Summary: Sometimes we obtain info from third parties to use along with the info we collect. For example, if you link your Facebook account with your Riot Games account, Facebook may share info with us in accordance with Facebook's privacy policy and your privacy settings on it.

Learn More

Back To Top

## II. HOW WE COLLECT INFO

Summary: In addition to info you provide, we and our partners automatically record some info about how you use and navigate the Riot services. We may combine this info

with other info we gather from or about you as described in this policy, including to enforce our Terms of Use and for analytics and advertising purposes.

A. Cookies & Related Technologies

Summary: We use our own servers and technologies like cookies to automatically collect and store info about how you interact with the Riot services, as well as the device you use to do so.

Learn More

B. Analytics & Interested-Based Ads

Summary: We partner with third parties (like content providers, analytics companies, and advertising networks) to help us improve the Riot services and better understand how you interact with them, as well as support our marketing initiatives. These companies may collect info from you automatically in connection with your visit.

Learn More

Back To Top

III. HOW WE USE AND SHARE INFO

Summary: We use and share info:

with your consent (which you can revoke at any time);

as needed to perform the Terms of Use and provide the Riot services;

in your and our legitimate interests (like securing and personalizing the Riot services);

where necessary to protect the vital interest of our players or others; and

for other legal reasons (like to comply with legal obligations, court orders, or exercise or
defend legal claims).

A. Using Info

Summary: We use the info we collect (both individually and in combination with other
info collected under this policy) to help us operate our business, provide and improve
our products and services, communicate with you, and advertise effectively. The
particular ways we use your info often depend on how you choose to use the Riot
services.

Learn More

B. Sharing Info

Summary: We don't share info that directly identifies you (such as your email or home
address) with independent third parties without your knowledge except as described in
this policy (like to enforce the Terms of Use, secure the Riot services, or if we're required
to do so by law). We do share info that doesn't directly identify you (like your Summoner
Name, match history, game stats, and other aggregate or anonymous info), including
publicly via the Riot Games API.

If we ever stop providing Riot services (like if we're bought out or invaded by Yordles), we
may share your info with the buyer. Lastly, remember the stuff you share in social
features (like chat and forums) is public -- please be careful about how you use them!

Learn More

C. Chat & Player Behavior

We've empowered our players to help police compliance with our policies related to certain in-game behavior. For example, League of Legends players may report each other and submit descriptions of their in-game activity and actions to help us determine if the reported behavior constituted a violation of rules and procedures that apply to player conduct, as well as any potential repercussions (such as temporary or permanent account suspensions or chat restrictions).

We also record and store, and reserve the right (but have no obligation) to monitor, chat and similar details about in-game interactions for a period we determine in our sole discretion is appropriate to help us, among other things, detect and prevent toxicity, enforce our rules and policies, and foster a more positive gaming community for our players. We use both manual (like many Player Support tickets) and automated (such as machine learning) tools and techniques to support these efforts.

Please be kind to other players, observe our policies related to player behavior (including our Terms of Use), and always be careful what you share in chat!

D. Anti-Cheat & Fraud Prevention

We always seek to offer players a fair, fun, and competitive gaming experience on the Riot services. Our Terms of Use strictly prohibit use of unauthorized third-party programs that interact with the Riot services, including mods, hacks, cheats, scripts, bots, trainers, and automation programs. When you create or use a Riot Games account, purchase things from us, play our games, or otherwise interact with the Riot services, we may use anti-cheat and fraud prevention technologies that may make automated decisions (such as temporary or permanent account suspensions or chat restrictions) based on the info we collect from or about you (see Info We Collect). This primarily helps us enforce our rules and policies, secure the Riot services, detect and prevent unauthorized activity, and maintain the competitive integrity of our games.

Back To Top

IV. THIRD-PARTY WEBSITES AND SERVICES

Summary: We work with third parties to make your experience better, but our policy doesn't and can't apply to entities we don't own, control, or instruct. We're unable to

guarantee that independent third parties adhere to the same practices as us, so please be sure to read their policies and terms before sharing info with them.

Learn More

Back To Top

## V. INTERNATIONAL DATA PROCESSING

Summary: We're a global gaming company with operations around the world. When you use the Riot services, your info may be processed anywhere we or our partners do business, including the United States.

Learn More

Back To Top

## VI. CHILDREN'S PRIVACY

Summary: You've got to be at least 13 to use our stuff. No, seriously…13 and older only!

Learn More

Back To Top

## VII. DO-NOT-TRACK SIGNALS

Summary: Our services don't respond to Internet browser DNT signals.

Learn More

Back To Top

## VIII. YOUR CHOICES AND CONTROLS

Summary: You have choices regarding your use of the Riot services and the ways we process info. Since you can interact with us in many different ways, the particular controls available to you often depend on the nature of our relationship.

Learn More

Back To Top

## IX. SECURITY

Summary: We're committed to securing player info, but can't guarantee the security of any data we collect from you. By choosing to share info with us (or anybody else online these days), you're acknowledging this risk.

Learn More

Back To Top

## X. UPDATES AND REVISIONS

Summary: We'll make changes to this policy over time to keep you better informed about how we handle player info.

Learn More

Back To Top

XI. CONTACT US

For League of Legends or similar game-related requests or concerns (e.g., trouble accessing your account, billing matters, skins or content availability, reporting bugs or similar technical issues, discussing a ban, deleting an account, reporting a player, etc.), please contact our Player Support team here. You can also view our Player Support page for up to date info and troubleshooting guides here.

If you have any questions about this policy or our privacy practices, please send them to us via email at privacy@riotgames.com or via postal mail at the appropriate address listed below. You can also contact our Data Protection Officer with privacy-related questions or concerns via email at dpo@riotgames.com. The Riot Games entity identified below for your region of the world provides the Riot services to you and is the controller for personal info collected.

If you have an unresolved privacy or data use concern that we haven't satisfactorily addressed, please contact our U.S.-based third party dispute resolution provider (free of charge) here.

FOR OUR PUBLISHING OPERATIONS:

If you live anywhere in North America or South America (except Brazil):

Riot Games, Inc.

Attn: Legal Department

12333 West Olympic Blvd.

Los Angeles, CA 90064

United States


If you live in South Korea:


Riot Games Korea, Ltd.

Attn: Legal Department

30th floor, Parnas Tower, 521 Teheran-ro, Gangnam-gu

Seoul, Korea


If you live in Japan:


Riot Games, LLC

Roppongi Hills Mori Tower 34F

6-10-1, Roppongi, Minato-ku,

Tokyo 106-6134

Japan


If you live anywhere else, including the EEA or Brazil:


Riot Games Ltd.

Attn: Legal Department

PO Box 11989

Dublin 2

Ireland


FOR OUR MERCH STORE OPERATIONS:

If you live in the United States, Canada, Hong Kong, Singapore, Taiwan, Australia, or New Zealand:


Riot Games Merchandise, Inc.

Attn: Legal Department

12333 West Olympic Blvd.

Los Angeles, CA 90064

United States


If you live in South Korea:


Riot Games Korea, Ltd.

Attn: Legal Department

30th floor, Parnas Tower, 521 Teheran-ro, Gangnam-gu

Seoul, Korea


If you live in the EEA:


Riot Games Ireland Merchandise Ltd.

Attn: Legal Department

PO Box 11989

Dublin 2

Ireland


Back To Top




TRUSTe Privacy Certification

RIOT GAMES PRIVACY POLICY

Effective date: April 3, 2019.




Welcome to Riot Games! Our privacy policy explains what info Riot Games collects when you visit the Riot services, as well as ways we might use or share it. We're only describing our own practices – this policy doesn't apply to third parties we don't own or control, including other companies you might interact with on or through the Riot services (see Third-Party Websites and Services).


Riot Games, Inc. and its subsidiaries are a global gaming company headquartered in Los Angeles with offices and operations around the world (see International Data Processing). When we say "Riot Games", we're referring to the Riot Games entity responsible for providing the Riot services in your region (see Contact Us to see who that is).


When we reference "the Riot services," we mean League of Legends and any other games, websites, applications, and services that link to this policy, regardless of how you access or use them, including through mobile devices. Your use of the Riot services is also subject to the Terms of Use in your region (including its provisions regarding limitations on damages, resolution of disputes, and application of governing law). Please read this entire policy to make sure you understand it. You should also read the Terms of Use carefully, and make sure you understand and agree to them before using the Riot services.

We encourage you to use the policy's interactive features to guide you. We've written summaries to identify the key issues discussed in many sections at a glance. However, these summaries are intended solely to simplify things and the full policy should be read as it takes priority in the event of any ambiguity or conflicts (so be sure to read the whole thing carefully!). Click on the "Learn More" buttons for further details about particular topics that interest you. To zip between sections, use the "Back To Top" buttons and the Table of Contents below.

If you don't understand any parts of the policy, Contact Us with questions.

Table of Contents

Info We Collect

Info You ProvideInfo We Collect AutomaticallyInfo We Collect From Third Parties

How We Collect Info

Cookies & Related TechnologiesAnalytics & Interest-Based Ads

How We Use And Share Info

Using InfoSharing InfoChat & Player BehaviorAnti-Cheat & Fraud Prevention

Third-Party Websites And Services

International Data Processing

Children's Privacy

Do-Not-Track Signals

Your Choices And Controls

Security

Updates And Revisions

Contact Us

Expand all | Collapse all

I. INFO WE COLLECT

Summary: We collect info in three main ways:

You provide some of it directly (such as by registering for an account).

We record some of it automatically (including with technologies like cookies).

We receive some of it from third parties (like social media companies).

The particular kinds of info we gather usually depend on how you interact with us, like which Riot services you use and how you do so.

A. Info You Provide

Summary: We collect info you choose to provide or give to us in any manner. You don't have to share info when we ask you for it, but if you decline, you might not be able to access certain Riot services or take advantage of their full functionality.

We collect info you enter or otherwise provide on the Riot services, including:

Your email address, date of birth, Summoner Name, and similar contact info (like when you register for an account);

Your username, password, and other details that help us secure and provide access to the Riot services (like when you login to our games or websites);

Your name, billing address, telephone number, payment method, and other details we collect to help process purchases you make (like when you buy Riot Points or shop at our Merch Store);

Your support-related info, including the nature of your concern and your account or order details (like when you request help from us, such as by submitting a Player Support ticket);

Your preferences, interests, and general demographic info (such as your hobbies, favorite games, or other info you share, like when you respond to a survey);

Info you share with us in connection with contests or promotions (like to submit an entry, prove your eligibility, or claim a prize if you win); and

Your Riot Games account info (like your preferred game settings, key bindings, friends list, and mastery and rune pages).

The Riot services also offer social features like forums and chat. When you use these features, the info you share is public info – this means we may collect and use the info you provide (including to enforce our Terms of Use, such as described in Anti-Cheat & Fraud Prevention and Chat & Player Behavior below), and in some cases it may also be collected or used by others without your knowledge (for example, if you're chatting with another player while they stream a League of Legends match).

When you play multiplayer games like League of Legends, note that some info will be publicly accessible to others, such as your game statistics and performance. We may record gameplay and related info (such as Summoner Name, build order, and in-game actions), and replay or otherwise make it available to other players without further notice to you. For example, players can watch each other play League of Legends using Spectator Mode, and we may use gameplay footage to help promote the Riot services.

Back To Top

View Summary

B. Info We Collect Automatically

Summary: We automatically collect some info about how you interact with and navigate the Riot services, as well as the device and software you use to do so.

Common examples include info regarding:

Your use of the Riot services (such as timestamps, clicks, scrolling, browsing times, searches, referral/exit pages, and in-game activity and interactions);

Your computer or device (such as IP addresses, unique device IDs, processing capabilities, manufacturer and model, language and other regional settings, geographic location, and screen resolution and similar settings);

Your connection to the Riot services, including details about the network and software you're using (such as browser type and version, operating system name and version, ISP, and your preference settings); and

How the Riot services perform, including problems you may encounter (such as loading errors and response times).

We may use technologies like cookies and our own servers to help us collect and store this info, including in log files (see How We Collect Info).

Back To Top

View Summary

C. Info We Collect From Third Parties

Summary: Sometimes we obtain info from third parties to use along with the info we collect. For example, if you link your Facebook account with your Riot Games account, Facebook may share info with us in accordance with Facebook's privacy policy and your privacy settings on it.

We may collect info from third parties to supplement the info you provide and the info we collect automatically. For example:

We obtain info from third parties if you use their services in connection with the Riot services (such as linking your Facebook account with the Riot services via the Add Friends feature). Your privacy settings on the third party's service control what info they share with us. Please make sure you're comfortable with what they might share by reviewing their posted policies, and if applicable, modifying your privacy settings directly on their service.

We gather advertising and analytics info from third parties to help support our marketing initiatives, improve the Riot services, and better manage our ad campaigns (like by displaying more personalized ads and measuring how effective they are). To learn more about these companies, see Analytics & Interest-Based Ads.

We collect info from third parties to help us identify where you're using the Riot services from (like your approximate location based on your IP address). This helps us, for example, process purchases (like assessing tax obligations), prevent fraud or abuse of the Riot services (such as identifying suspicious transactions or activity), and customize your visit (like displaying the Riot services in your local language).

We'll also receive info from third-party platforms (like iTunes or Google Play) if you download the Riot services (such as the League Friends app) on your mobile device. This might include, for example, technical details (like device IDs) and the fact that you've downloaded one of our apps.

Back To Top


View Summary


Back To Top


II. HOW WE COLLECT INFO

Summary: In addition to info you provide, we and our partners automatically record some info about how you use and navigate the Riot services. We may combine this info with other info we gather from or about you as described in this policy, including to enforce our Terms of Use and for analytics and advertising purposes.


A. Cookies & Related Technologies

Summary: We use our own servers and technologies like cookies to automatically collect and store info about how you interact with the Riot services, as well as the device you use to do so.

"Cookies" are small pieces of data that online services you use place on your device for record-keeping and identification purposes. "Web beacons" are transparent pixel images that allow online services to collect info about the ways you interact with them (like whether you've opened an email or clicked on an ad). Similar common technologies include things like tags, scripts, local shared objects (e.g., Flash cookies), local storage (e.g., HTML5), and related tools.

The Riot services use cookies, web beacons, and similar technologies to automatically collect, store, and read files on your device. They may be delivered in a first-party (i.e., by Riot Games) or third-party (i.e., by other companies) context. These tools help the Riot services work and operate more efficiently, as well as capture info about how you interact with us (see Info We Collect).

We also use our servers in connection with these technologies to collect info about the ways you interact with the Riot services and store it in log files. This may include, for example, info that your device, browser, or operating system sends to us when you access the Riot services (like device IDs, IP addresses, and hardware or software specifications) and details about how you use your Riot Games account (like the particular features you use, your in-game interactions and statistics, and other similar info).

We use info gathered through technologies like cookies for several reasons, including:

To monitor, secure, and maintain the Riot services (like preventing fraud);

To enhance your browsing experience (such as allowing you to log-in to your account);

To analyze and improve our operations (like aggregating traffic and usage patterns);

To control the display of ads (including providing you with targeted offers);

To support and gauge the effectiveness of our communications and marketing campaigns (like letting us know if you've clicked on our ads or opened our emails);

To better personalize your visit and store your preferences and settings (for example, displaying content in your local language); and

To otherwise manage our relationship with players and provide the Riot services under the Terms of Use (including help prevent toxicity and ensure a fair gaming environment, such as described in Anti-Cheat & Fraud Prevention and Chat & Player Behavior below).

You can learn more about cookies and similar technologies, including details of how to manage or disable them, by visiting http://aboutcookies.org/ or consulting your browser's privacy features. Some ways of managing traditional cookies may not impact the use of other technologies, but certain browsers may offer their own tools for removing HTML5. For additional details about managing Flash cookies, click here.

Please note that disabling technologies like cookies may prevent you from using the full functionality of the Riot services and the Riot services may not work as we intended.

Back To Top

View Summary

B. Analytics & Interested-Based Ads

Summary: We partner with third parties (like content providers, analytics companies, and advertising networks) to help us improve the Riot services and better understand how you interact with them, as well as support our marketing initiatives. These companies may collect info from you automatically in connection with your visit.

In addition to the technologies we place, other companies may set their own cookies or similar tools when you visit the Riot services. This includes vendors we've engaged to provide services on our behalf (like website analytics), as well as third parties that deliver content (like videos from YouTube) or offers (like ads from ad networks) contained on the Riot services. We may receive reports based on our partners' use of these tools on an individual or aggregate basis.

For example, we use third-party analytics providers (like Google Analytics) to help evaluate and report on use of the Riot services. We also partner with ad companies to support our marketing efforts, including by serving you ads better tailored to your likely interests (such as based on your browsing activity on the Riot services and when visiting other online services). These companies may set and read their own cookies and similar technologies to gather info about your online activities across websites and services.

Some analytics providers and ad companies offer you choices about how they collect and use info directly on their websites. To learn more about opting out of Google Analytics, click here. You may also be able to opt-out in some cases by visiting http://www.aboutads.info or http://www.networkadvertising.org/choices/, or if you're located in the EU or Canada, http://www.youronlinechoices.eu/ or http://youradchoices.ca/ respectively.

Please note that opting-out of interest-based advertising won't necessarily entirely prevent info from being collected automatically on the Riot services, and it doesn't mean you'll receive fewer ads or stop them from being displayed. Instead, the ads you do receive won't be interest-based any longer and therefore might be less relevant to your interests.

Back To Top

View Summary

Back To Top

III. HOW WE USE AND SHARE INFO

Summary: We use and share info:

with your consent (which you can revoke at any time);

as needed to perform the Terms of Use and provide the Riot services;

in your and our legitimate interests (like securing and personalizing the Riot services);

where necessary to protect the vital interest of our players or others; and

for other legal reasons (like to comply with legal obligations, court orders, or exercise or defend legal claims).

A. Using Info

Summary: We use the info we collect (both individually and in combination with other info collected under this policy) to help us operate our business, provide and improve our products and services, communicate with you, and advertise effectively. The particular ways we use your info often depend on how you choose to use the Riot services.

Some of the most common examples of how we use info include:

To respond to inquiries, fulfil requests, and process transactions (like helping you create an account, find a League of Legends match, and resolve Player Support issues);

To deliver and tailor our communications with you, like by sending you important account-related announcements or promotional communications that we believe may interest you (for details about managing your communication options, check out Your Choices and Controls below);

To administer surveys, contests, sweepstakes, and similar offerings (such as confirming your eligibility or sending you a prize if you win);

To monitor, analyze, protect, test, and improve our services and operations (like measuring how the Riot services perform, tracking usage patterns, and fixing bugs or errors);

To research and better understand the Riot services and how they're used (including by collaborating with third parties like universities);

To promote products and services and measure the effectiveness of those campaigns;

To personalize your Riot experience, including by presenting content or features better tailored to your interests (see Analytics & Interest-Based Ads);

To improve and provide updates for the Riot services (like patching our games and releasing new features);

To operate and expand our business; and

To facilitate use of or integration with the Riot services, social sharing, and related functionality (such as supporting chat features and forums).

We may also use, disclose, and preserve info to:

Comply with applicable law or respond to legal process (like requests from law enforcement or other public or government authorities);

Securely operate the Riot services (like stopping attacks on our systems);

Protect players and third parties (such as to help prevent serious injury or crime); and

Protect our own rights, property, and operations (like enforcing our contracts and terms -- including the Terms of Use -- and pursuing available remedies or limiting the damages we may sustain).

Back To Top

View Summary

B. Sharing Info

Summary: We don't share info that directly identifies you (such as your email or home address) with independent third parties without your knowledge except as described in this policy (like to enforce the Terms of Use, secure the Riot services, or if we're required to do so by law). We do share info that doesn't directly identify you (like your Summoner Name, match history, game stats, and other aggregate or anonymous info), including publicly via the Riot Games API.

If we ever stop providing Riot services (like if we're bought out or invaded by Yordles), we may share your info with the buyer. Lastly, remember the stuff you share in social features (like chat and forums) is public -- please be careful about how you use them!

We share the info we collect with Riot Games-controlled subsidiaries and affiliates to help us more seamlessly operate, support, and improve the Riot services (such as to facilitate account transfers and provide Player Support in your local language). Since

we're a global company, this means your info may be transferred to or stored in locations outside your country of residence (see International Data Processing). To learn more about the Riot Games entity responsible for providing the Riot services in your region, see Contact Us below.

We also share info with service providers that operate on our behalf for the purposes discussed in this policy. For example, when you buy something on the Riot services, we'll share your payment-related info with entities we've engaged to process payments and provide similar financial services (like fraud prevention). Other common examples include partners that help us store data, send marketing emails, and provide Player Support services.

If you share info publicly through interactive features we control, such as forums and chat, you should understand that this info is public not private. We reserve the right (but have no obligation) to monitor your use of them, including for purposes like enforcing our Terms of Use and applicable player behavior requirements (see Chat & Player Behavior and Anti-Cheat & Fraud Prevention). To request removal of your info from forums or similar features controlled by Riot Games, Contact Us.

We may disclose player info in the event of any reorganization, merger, sale, joint venture, assignment, transfer, or other disposition of all or any portion of our business, assets, or stock (including in connection with any bankruptcy or similar proceedings). This means your info may be one of the assets transferred to the acquiring entity in such situations.

Please note that your Summoner Name and gameplay statistics (like your match history, item builds, and average number of kills and deaths) are public info that may be shared in-game and out-of-game with players and other third parties. This includes info we share with the League of Legends developer community via the Riot Games API so they can help contribute to the player experience.

We may also use, disclose, and preserve info to:

Comply with applicable law or respond to legal process (like requests from law enforcement or other public or government authorities);

Securely operate the Riot services (like stopping attacks on our systems);

Protect players and third parties (such as to help prevent serious injury or crime); and

Protect our own rights, property, and operations (like enforcing our contracts and terms -- including the Terms of Use -- and pursuing available remedies or limiting the damages we may sustain).

Back To Top


View Summary


## C. Chat & Player Behavior

We've empowered our players to help police compliance with our policies related to certain in-game behavior. For example, League of Legends players may report each other and submit descriptions of their in-game activity and actions to help us determine if the reported behavior constituted a violation of rules and procedures that apply to player conduct, as well as any potential repercussions (such as temporary or permanent account suspensions or chat restrictions).


We also record and store, and reserve the right (but have no obligation) to monitor, chat and similar details about in-game interactions for a period we determine in our sole discretion is appropriate to help us, among other things, detect and prevent toxicity, enforce our rules and policies, and foster a more positive gaming community for our players. We use both manual (like many Player Support tickets) and automated (such as machine learning) tools and techniques to support these efforts.


Please be kind to other players, observe our policies related to player behavior (including our Terms of Use), and always be careful what you share in chat!


## D. Anti-Cheat & Fraud Prevention

We always seek to offer players a fair, fun, and competitive gaming experience on the Riot services. Our Terms of Use strictly prohibit use of unauthorized third-party programs that interact with the Riot services, including mods, hacks, cheats, scripts,

bots, trainers, and automation programs. When you create or use a Riot Games account, purchase things from us, play our games, or otherwise interact with the Riot services, we may use anti-cheat and fraud prevention technologies that may make automated decisions (such as temporary or permanent account suspensions or chat restrictions) based on the info we collect from or about you (see Info We Collect). This primarily helps us enforce our rules and policies, secure the Riot services, detect and prevent unauthorized activity, and maintain the competitive integrity of our games.

Back To Top

IV. THIRD-PARTY WEBSITES AND SERVICES

Summary: We work with third parties to make your experience better, but our policy doesn't and can't apply to entities we don't own, control, or instruct. We're unable to guarantee that independent third parties adhere to the same practices as us, so please be sure to read their policies and terms before sharing info with them.

There are several ways you might share info with third-party websites or services in connection with your visit, including:

External Links. If you click on links to external websites or services that are operated by third parties, they may collect, use, and share your info pursuant to their own policies (not ours). Including a link to or from third-party services doesn't mean we've endorsed their practices.

Account Integrations. The Riot services use interfaces that allow you interact with third-party websites, applications, or similar services during your visit, including on or through your Riot Games account or an account you've created with such third parties. For example, we partner with social media companies to provide features that facilitate social sharing and connections (such as the Facebook "Like" button and other widgets). These features may collect info about your interactions with them and the Riot services, and may use technologies like cookies to function properly. How third-party companies like Facebook process your info is controlled by their own privacy policies.

Cookies & Related Technologies. The Riot services contain cookies, web beacons, and other common technologies that help us collect and analyze info in connection with

your visit (see Info We Collect Automatically). Third parties (like analytics providers or ad networks) may set and read their own tracking technologies on the Riot services. If they do, they're responsible for using these tools as described in their respective privacy policies.

Please remember to contact third parties directly (and not Riot Games) if you have any questions or concerns about their practices.

Back To Top

View Summary

Back To Top

## V. INTERNATIONAL DATA PROCESSING

Summary: We're a global gaming company with operations around the world. When you use the Riot services, your info may be processed anywhere we or our partners do business, including the United States.

(1) OPERATING THE RIOT SERVICES. Depending on your location, the Riot services are controlled and operated by or on behalf of Riot Games from:

in the case of Riot Games, Inc. and Riot Games Merchandise, Inc., the United States;

in the case of Riot Games Korea, Ltd., South Korea;

in the case of Riot Games, LLC, Japan; and

in the case of Riot Games Ltd. and Riot Games Ireland Merchandise Ltd., Ireland.

For important details regarding which laws apply to your use of the Riot services and any disputes with Riot Games, be sure to check out the Terms of Use. The controller of info we collect from you is the Riot Games entity responsible for providing the Riot services in your region (see Contact Us).

(2) CROSS-BORDER TRANSFERS AND STORAGE. We may process and store info we collect anywhere that we or our partners operate, including the U.S. These countries may not have the same level of data protection as where you live. We've implemented and maintain a framework consistent with applicable law and this policy for transfers of info outside the country of collection, including, for example, through our adherence to the EU - U.S. and Swiss - U.S. Privacy Shield Frameworks (see Our Privacy Shield Certification). We may also need to transfer your info to provide the Riot services to you in accordance with the Terms of Use. By using the Riot services, you acknowledge that we may transfer your info to (and process it in) countries outside of your country of residence, each of which may have different privacy rules than your country.

(3) OUR PRIVACY SHIELD CERTIFICATION.

Riot Games participates in and has certified its compliance with the EU-U.S. and Swiss-U.S. Privacy Shield Frameworks. Riot Games is committed to subjecting all personal data received from European Union (EU) member countries and Switzerland, respectively, in reliance on each Privacy Shield Framework, to the Frameworks' applicable Principles. To learn more about the Privacy Shield Frameworks, and to view our certification, visit the U.S. Department of Commerce's Privacy Shield List.

Riot Games is responsible for the processing of personal data it receives, under each Privacy Shield Framework, and subsequently transfers to a third party acting as an agent on its behalf. Riot Games complies with the Privacy Shield Principles for all onward transfers of personal data from the EU and Switzerland including the onward transfer liability provisions.

With respect to personal data received or transferred pursuant to the Privacy Shield Frameworks, Riot Games is subject to the regulatory enforcement powers of the U.S. Federal Trade Commission. In certain situations, Riot Games may be required to disclose personal data in response to lawful requests by public authorities, including to meet national security or law enforcement requirements.

If you have an unresolved privacy or data use concern that we have not addressed satisfactorily, please contact our U.S.-based third party dispute resolution provider (free of charge) at https://feedback-form.truste.com/watchdog/request.

Under certain conditions, more fully described on the Privacy Shield website, you may be entitled to invoke binding arbitration when other dispute resolution procedures have been exhausted.

Back To Top

View Summary

Back To Top

## VI. CHILDREN'S PRIVACY

Summary: You've got to be at least 13 to use our stuff. No, seriously...13 and older only!

The Riot services are general audience services not intended for children under the age of 13. We don't direct content specifically at, and don't knowingly collect personal info from, any such children. If you're younger than 13, please don't use the Riot services or otherwise provide us any info. If you're the legal guardian of a child younger than 13 and have reason to believe he or she has provided info to Riot Games, please Contact Us immediately to request that we delete it.

Back To Top

View Summary

Back To Top

## VII. DO-NOT-TRACK SIGNALS

Summary: Our services don't respond to Internet browser DNT signals.

Some newer Internet browsers incorporate "Do Not Track" features. If activated, these features often send a signal to the services you visit indicating that you don't want to be tracked in some way. Those services (or content on them placed by third parties) may continue to engage in activities you may view as tracking even though you've expressed this preference, depending on the service's privacy practices.

Because there is not yet a common understanding of how to interpret the DNT signal, Riot Games does not currently respond to browser DNT signals on the Riot services. To learn more about the privacy-related choices that we do offer, see Your Choices and Controls below.

Back To Top

View Summary

Back To Top

## VIII. YOUR CHOICES AND CONTROLS

Summary: You have choices regarding your use of the Riot services and the ways we process info. Since you can interact with us in many different ways, the particular controls available to you often depend on the nature of our relationship.

You can use many parts of the Riot services without ever creating an account, purchasing our products or services, or otherwise submitting info like your name or email address to us. If you do choose to share this info with us, we generally retain it as long as your account is active or as is otherwise necessary to provide the Riot services and operate our business (including for purposes like complying with our legal obligations, managing internal books and records, preventing fraud, resolving disputes, and enforcing our contracts and terms, such as this policy and the Terms of Use), unless a longer retention period is permitted or required by law. You can also limit the

info you share with third parties, such as by choosing not to link your Riot Games account with third-party services (see Third-Party Websites And Services).

We offer players choices about the types of communications they receive from Riot Games. If you choose to receive marketing and promotional emails from us but later change your mind, simply "unsubscribe" by following the instructions in the relevant email. These choices don't apply to mandatory communications that are part of the Riot services, like important account-related notices.

The Riot services also have many built-in tools to help players exercise control over their info directly. For example, you can generally delete old forum posts, mute or disable voice chat functionality, and change other preferences from your account settings. If you need help with any of these options, be sure to Contact Us.

Many Internet browsers allow you to reject, manage, and delete cookies. You may also be able to manage other similar technologies, like HTML5, by changing your browser settings (see Info We Collect Automatically).

If you don't want to take advantage of the services that third-party analytics and advertising companies provide on the Riot services, you may be able to opt-out of some of them by visiting http://www.aboutads.info or http://www.networkadvertising.org/choices/, or if you're located in the EU or Canada, http://www.youronlinechoices.eu/ or http://youradchoices.ca/ respectively.

If you're concerned with the way we're handling your info, or would like to access, update or delete the personal info associated with your Riot Games account, please Contact Us. You can also learn more about how to request access to your account info here, or about how to delete your account here.

Note that asking us to remove personal info or refrain from processing it may also result in account suspension or termination, in which case you'll no longer be able to access many of the Riot services. We may also retain certain info associated with your account for purposes like complying with our legal obligations, managing internal books and records, preventing fraud, resolving disputes, and enforcing our contracts and terms, such as this policy and the Terms of Use.

Before we process requests to access, update, delete, or otherwise process personal info in different ways, we may ask you to verify your identity (like by logging-in to your account or providing us with certain info to help us confirm ownership) and we may request payment where allowed by law.

Back To Top

View Summary

Back To Top

IX. SECURITY

Summary: We're committed to securing player info, but can't guarantee the security of any data we collect from you. By choosing to share info with us (or anybody else online these days), you're acknowledging this risk.

We use appropriate physical, technical, and organizational security safeguards to help protect your info from unauthorized access, use, or disclosure both during transmission and in storage. For example, we use computer systems with limited access in controlled facilities to store info. We also use technologies like encryption and hashing to protect some of the info we collect.

However, please note that no server, communications network, or data transmission over the Internet is 100% secure. The Riot services are no exception. We can't guarantee the security of any info transmitted through the Riot services and make no assurances about our ability to prevent any such loss or misuse.

It's up to you whether you'd like to share info with us; if you do, you're acknowledging that you're doing so with this risk.

Back To Top

View Summary

Back To Top

X. UPDATES AND REVISIONS

Summary: We'll make changes to this policy over time to keep you better informed about how we handle player info.

We'll update our privacy policy from time to time to reflect changes in technology, law, our business operations, or any other reason we determine is necessary or appropriate. When we do make changes, we'll update the "Last Modified" date at the top of the policy and post it to the Riot services. If we make material changes to the policy or the ways we process player info, we'll provide you additional notice as well (such as by prominently posting a notice of the changes on the Riot services before they take effect or sending you a notification directly).

We encourage you to check back periodically to review this policy for any changes since your last visit. This will help ensure you better understand your relationship with Riot Games, including the ways we process your info.

Back To Top

View Summary

Back To Top

XI. CONTACT US

For League of Legends or similar game-related requests or concerns (e.g., trouble accessing your account, billing matters, skins or content availability, reporting bugs or similar technical issues, discussing a ban, deleting an account, reporting a player, etc.), please contact our Player Support team here. You can also view our Player Support page for up to date info and troubleshooting guides here.

If you have any questions about this policy or our privacy practices, please send them to us via email at privacy@riotgames.com or via postal mail at the appropriate address listed below. You can also contact our Data Protection Officer with privacy-related questions or concerns via email at dpo@riotgames.com. The Riot Games entity identified below for your region of the world provides the Riot services to you and is the controller for personal info collected.

If you have an unresolved privacy or data use concern that we haven't satisfactorily addressed, please contact our U.S.-based third party dispute resolution provider (free of charge) here.

FOR OUR PUBLISHING OPERATIONS:

If you live anywhere in North America or South America (except Brazil):

Riot Games, Inc.

Attn: Legal Department

12333 West Olympic Blvd.

Los Angeles, CA 90064

United States

If you live in South Korea:

Riot Games Korea, Ltd.

Attn: Legal Department

30th floor, Parnas Tower, 521 Teheran-ro, Gangnam-gu

Seoul, Korea


If you live in Japan:


Riot Games, LLC

Roppongi Hills Mori Tower 34F

6-10-1, Roppongi, Minato-ku,

Tokyo 106-6134

Japan


If you live anywhere else, including the EEA or Brazil:


Riot Games Ltd.

Attn: Legal Department

PO Box 11989

Dublin 2

Ireland


FOR OUR MERCH STORE OPERATIONS:

If you live in the United States, Canada, Hong Kong, Singapore, Taiwan, Australia, or New Zealand:

Riot Games Merchandise, Inc.

Attn: Legal Department

12333 West Olympic Blvd.

Los Angeles, CA 90064

United States


If you live in South Korea:


Riot Games Korea, Ltd.

Attn: Legal Department

30th floor, Parnas Tower, 521 Teheran-ro, Gangnam-gu

Seoul, Korea


If you live in the EEA:


Riot Games Ireland Merchandise Ltd.

Attn: Legal Department

PO Box 11989

Dublin 2

Ireland


Back To Top

TRUSTe Privacy Certification