Marc Wolstenholme
5 Shetland Close
Coventry, England CV5 7LS
Telephone: 044 7827964404
Email: marc@mwwolf-fiction.co.uk
Plaintiff in Pro Per

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARC WOLSTENHOLME,<br>             Plaintiff,<br>vs.<br>RIOT GAMES, INC.,<br>             Defendant | CASE NO. 2:25-CV-00053-FMO-BFM HON.<br><br>*Hon. Fernando M. Olguin*<br><br>DECLARATION OF MARC WOLSTENHOLME<br><br>PROOF OF SERVICE- PLAINTIFF'S COMPREHENSIVE ACCESS, DISSEMINATION, AND MISAPPROPRIATION ARGUMENT- |

Dated this: April 26, 2025

*M.WOLSTENHOLME.*

[MARC WOLSTENHOLME]

1

PROOF OF SERVICE

**PROOF OF SERVICE**

I, Marc Wolstenholme, declare:

On 26/04/2025, I served the following document(s):

**PLAINTIFF'S SUPPLEMENTAL ACCESS ARGUMENT, REQUESTS FOR ADMISSION, AND NOTICE OF LODGING EXHIBITS B AND C**

on the parties in this action by electronically serving the document to the following email addresses:

Joshua M. Geller – jxg@msk.com

Aaron J. Moss – ajm@msk.com

Mitchell Silberberg & Knupp LLP

Attorneys for Defendant Riot Games, Inc.

I caused the documents to be transmitted by electronic mail, and the transmission was reported as complete without error.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.



**Declaration of Authenticity:**

I, Marc Wolstenholme, declare under penalty of perjury that the statements made are true and accurate

Executed on April 06, 2025, in Coventry, England.

Respectfully submitted,

Signature: *M.WOLSTENHOLME.*

Marc Wolstenholme

Plaintiff in Pro Per

5 Shetland Close

Coventry, England CV5 7LS

marc@mwwolf-fiction.co.uk

3

PROOF OF SERVICE