UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA


MARC WOLSTENHOLME,

Plaintiff,

v.

RIOT GAMES, INC.,

Defendant.


Case No.: 2:25-cv-00053-FMO-BFM


NOTICE OF ERRATA REGARDING PLAINTIFF'S SUPPLEMENTAL ACCESS ARGUMENT, REQUESTS FOR ADMISSION, AND NOTICE OF LODGING EXHIBITS B AND C


Plaintiff Marc Wolstenholme respectfully submits this Notice of Errata.


On [date], Plaintiff filed a document titled "Plaintiff's Supplemental Access Argument, Requests for Admission, and Notice of Lodging Exhibits B and C," which was entered on the docket as Dkt. 113.


Shortly thereafter, Plaintiff discovered a clerical mistake in the filing and filed a corrected version, now entered as Dkt. 114.


Plaintiff respectfully requests that the Court and parties refer to Dkt. 114 as the operative and corrected version of the document.


Dkt. 113 should be disregarded.


Respectfully submitted,

April 26, 2015

Marc Wolstenholme

Plaintiff in Pro Per