**EXHIBIT F — Riot Games Privacy Notice (March 27, 2025)**

Riot Games® Privacy Notice

Last Modified: March 27, 2025

https://www.riotgames.com/en/privacy-notice

Welcome to Riot Games! We are a global gaming company headquartered in Los Angeles with offices and operations around the world. Riot Games, Inc. and its subsidiaries take your privacy and the protection of your personal information seriously. This Privacy Notice explains what personal info Riot Games collects when you visit or use the Riot Services, as well as ways we might use or disclose it. By "personal info," we mean any information from or about an identified or identifiable person, including information that Riot Games can associate with an individual person. We're only describing our own practices—this Notice doesn't cover the practices of third parties we don't own or control, including other companies you might interact with on or through the Riot Services (see Third-Party Websites and Services).

California Residents – Our Notice at Collection is as follows:

Lists of the categories of personal info collected are in I. PERSONAL INFO WE COLLECT.

The purposes for which the categories of personal info are collected and used are in III. HOW WE USE AND DISCLOSE PERSONAL INFO.

We do not sell or share personal info for cross-context behavioral advertising. We do not collect sensitive personal info. See D. Analytics & Advertising

Our retention period explanation is in VI. YOUR RIGHTS, CHOICES AND CONTROLS.

When we say "Riot Games" (or similar things like "we" or "us"), we're referring to the Riot Games entity or, where applicable, entities that control and are responsible for your personal info (see Contact Us to see who that is).

When we say "Riot Services," we mean our games, websites, applications, entertainment content, and services that link to this Notice, regardless of how you access or use them or engage with us, including through mobile devices or offline such as by phone. Your use of the Riot Services is also subject to the Terms of Service in your region (including its provisions regarding limitations on damages, resolution of disputes, and application of governing law). Please read this entire Notice to make sure you

understand it. You should also read the Terms of Service carefully, and make sure you understand and agree to them before using the Riot Services.

We encourage you to use the Notice's interactive features to guide you. We've written summaries to identify the key issues discussed in many sections at a glance. However, these summaries are intended solely to simplify things, and the full Notice should be read as it takes priority in the event of any ambiguity or conflicts (so be sure to read the whole thing carefully!).

If you don't understand any parts of the Notice, Contact Us with questions.

Please follow the applicable link for additional important info if you live in the Russian Federation or Türkiye.

Table of Contents

I. Personal Info We Collect

Personal Info You Provide

Personal Info We Collect Automatically

Personal Info We Collect From Third Parties

Categories of Personal Info Collected & Disclosed

II. How We Collect Personal Info

Cookies & Related Technologies

Analytics & Advertising

Facebook Fan Pages

III. How We Use And Disclose Personal Info

Legal Basis

Using Personal Info

Disclosing Personal Information

Communication & Player Behavior

Anti-Cheat

IV. Third-Party Websites And Services

V. International Personal Info Processing

VI. Your Rights, Choices And Controls

VII. Security

VIII. Updates And Revisions

IX. Contact Us

I. PERSONAL INFO WE COLLECT

We collect personal info in three main ways:

You provide it directly (such as by registering for an account).

We record it automatically (including with technologies like cookies).

We receive it from third parties (like social media companies).

The particular types of personal info we gather usually depends on how you interact with us, like which Riot Services you use and how you use them.

Information that is de-identified, aggregated, or anonymized so that it cannot be used to identify an individual is not considered personal info. If we de-identify, aggregate, or anonymize your personal info (for example, by deleting your email address, Riot ID, and other identifiers), we commit to maintain and use it in such form without attempting to re-identify it.

A. Personal Info You Provide

Summary: We collect personal info you choose to provide. You don't have to disclose personal info when we ask you for it, but if you decline, you might not be able to access certain Riot Services or take advantage of their full functionality.

We collect personal info you provide on the Riot Services, including:

Your email address, date of birth, in-game name (e.g. Riot ID), and similar contact info (like when you register for an account);

Your username, password, and other details that help us secure and provide access to the Riot Services (like when you login to our games or websites);

Your name, billing address, telephone number, payment method, and other details to help process purchases you make (like when you buy Riot Points or shop at our Merch Store);

Your support-related info, including the nature of your concern and your account or order details (like when you request help from us by submitting a Player Support ticket);

Your preferences, interests, and general demographic info (such as your hobbies, favorite games, or other info you disclose, like when you respond to a survey);

Info related to contests or promotions (like to submit an entry, prove your eligibility, or claim a prize if you win); and

Your Riot Games account info (like your preferred game settings, key bindings, friends list, and mastery and rune pages).

The Riot Services also offer social features like voice and text chat. When you use these features, the personal info you disclose may be seen or overheard by others. We may collect and use the personal info you provide, including to enforce our Terms of Service (such as described in Anti-Cheat & Fraud Prevention and Communication & Player Behavior below), and in some cases it may also be collected or used by others without your express knowledge (for example, if you're chatting with another player while they stream a match).

When you play multiplayer games like League of Legends, note that some personal info will be publicly accessible to others, such as your game statistics and performance. We may record gameplay and related personal info (such as your in-game name, build order, and in-game actions), and replay or otherwise make it available to other players without further notice to you. For example, players can watch each other play League of Legends using Spectator Mode, and we may use gameplay footage to help promote or improve the Riot Services.

If you disclose any personal info relating to other people to us or to our service providers in connection with the Riot Services, you represent that you have the authority to do so and to permit us to use the personal info in accordance with this Notice.

Send to top

B. Personal Info We Collect Automatically

Summary: We automatically collect some personal info about how you interact with and navigate the Riot Services, as well as the device and software you use to do so.

Common examples include personal info regarding:

Your use of the Riot Services (such as timestamps, clicks, scrolling, browsing times, browsing heatmaps, searches, referral/exit pages, and activity and interactions on our websites and in our game clients, including chat logs);

Your computer or device (such as IP address, which may be used to infer general location at a city or country level, unique device IDs, processing capabilities, manufacturer and model, language and other regional settings, and screen resolution and similar settings);

Your connection to the Riot Services, including details about the network and software you're using (such as browser type and version, operating system name and version, ISP, and your preference settings); and

How the Riot Services perform, including problems you may encounter (such as loading errors and response times).

We may use technologies like cookies, scripts, and our own servers to help us collect and store this personal info, including in log files (see II. How We Collect Personal Info).

Send to top

C. Personal Info We Collect From Third Parties

Summary: Sometimes we obtain personal info from third parties to use along with the personal info we collect ourselves.

We obtain personal info from third parties to supplement the personal info you provide and the personal info we collect automatically, including from the following sources:

We obtain personal info from third party integrations if you activate their services in connection with the Riot Services. For example, if you link your Facebook account with

your Riot Games account, Meta may disclose personal info to us in accordance with Facebook's privacy notice and your Facebook privacy settings. Your privacy settings on the third party's service control what personal info they can disclose to us—it can include personal info like your name, profile picture, gender, age range, username, language, country, your friends and other personal info you have made available on the platform. Please make sure you're comfortable with what they might disclose by reviewing their posted policies, and if applicable, modifying your privacy settings directly on their service.

We obtain info from third parties in the analytics and advertising ecosystem to help support our marketing initiatives, improve the Riot Services, and better manage our ad campaigns (like by displaying more personalized ads and measuring how effective they are). To learn more about these companies, see Analytics & Interest-Based Ads.

We obtain info from vendors to help us identify from where you're using the Riot Services (like your approximate location based on your IP address). This helps us, for example, process purchases (like assessing tax obligations), prevent fraud or abuse of the Riot Services (such as identifying suspicious transactions or activity), and customize your visit (like displaying the Riot Services in your local language).

We also receive personal info from third-party platforms (like the Apple App Store or Google Play) if you download the Riot Services (such as the Riot Mobile app) on your mobile device. This might include, for example, technical details (like device IDs) and the fact that you've downloaded one of our apps. We also obtain personal info from third-party gaming platforms (like Microsoft or Sony) in connection with your use of the Riot Services.

We obtain personal info from social media platforms with which you interact. For example, Meta provides us with personal info about your use of our fan pages on Facebook. To learn more about this, see Facebook Fan Pages.

We obtain personal info that developers and other players provide to us.

We obtain personal info from public sources, such as personal info in the public domain.

Send to top

## D. Categories of Personal Info Collected & Disclosed

Depending on your use of the Riot Services, the following categories of personal info may have been collected and disclosed for a business purpose in the preceding 12 months:

Identifiers, including name, in-game name, username, email address, billing address, telephone number, IP addresses, unique device IDs, and online identifiers

Characteristics or demographics, including age and gender

Commercial info, including interaction with the Riot Services, customer support info, preferences, interests, hobbies, favorite games, purchase history, and payment method

Internet or other electronic network activity info, including the use of the Riot Services (timestamps, clicks, scrolling, browsing times, browsing heatmaps, searches, referral/exit pages, and activity and interactions on our websites and in our game clients, including chat logs), computer or device (processing capabilities, manufacturer and model, language and other regional settings, screen resolution and similar settings, and IP address (which may be used to infer general location at a city or country level), connection to the Riot Services (browser type and version, operating system name and version, ISP, and your preference settings), how the Riot Services perform (loading errors and response times), third-party platform and usage data, and advertising and analytics info

Audio, electronic, or similar info, including audio and text chat, recorded gameplay and related info (build order, and in-game actions)

Inferences drawn from any of the above in this section

Account and payment credentials, including passwords, card numbers, and security codes

We do not collect sensitive personal info, as defined under comprehensive state privacy laws, including the California Consumer Privacy Act and the European Union's GDPR.

Send to top

II. HOW WE COLLECT PERSONAL INFO

As discussed above (Personal Info We Collect Automatically), we automatically collect some personal info about how you use and navigate the Riot Services. We may combine this personal info with other personal info we gather from or about you as described in this Notice, including to enforce our Terms of Service.

A. Cookies & Related Technologies

Summary: We use our own servers and technologies like cookies to automatically collect and store info about how you interact with the Riot Services, as well as the device you use to do so.

"Cookies" are small pieces of data that online services you use place on your device for record-keeping and identification purposes. "Web beacons" are transparent pixel images that allow online services to collect info about the ways you interact with them (like whether you've opened an email or clicked on an ad). Similar common technologies include things like tags, scripts, local shared objects, local storage (e.g., HTML5), and related tools.

The Riot Services use cookies, web beacons, and similar technologies to automatically collect, store, and read files on your device. They may be delivered in a first-party (i.e., by Riot Games) or third-party (i.e., by other companies) context. These tools help the Riot Services work and operate more efficiently, as well as collect info about how you interact with us (see Personal Info We Collect Automatically).

We also use our servers in connection with these technologies to collect info about the ways you interact with the Riot Services and store it in log files. This may include, for example, info that your device, browser, or operating system sends to us when you access the Riot Services (like device IDs, IP addresses, and hardware or software specifications) and details about how you use your Riot Games account (like the particular features you use, your in-game interactions and statistics, and other similar personal info).

We use personal info gathered through our servers and technologies like cookies in accordance with this Notice, including:

To monitor, secure, and maintain the Riot Services (like preventing fraud);

To enhance your browsing experience (such as allowing you to log-in to your account);

To analyze and improve our operations (like aggregating traffic and usage patterns);

For advertising purposes (see Analytics & Advertising);

To support and gauge the effectiveness of our communications and marketing campaigns (like letting us know if you've clicked on our ads or opened our emails);

To better personalize your visit and store your preferences and settings (for example, displaying content in your local language); and

To otherwise manage our relationship with players and provide the Riot Services under the Terms of Service (including to improve our services and ensure a more positive and fair gaming environment, such as described in Anti-Cheat & Fraud Prevention and Communication & Player Behavior below).

You can learn more about cookies and similar technologies, including details of how to manage or disable them by visiting AboutCookies.org or consulting your browser's privacy features. Some ways of managing traditional cookies may not impact the use of other technologies, but certain browsers may offer their own tools for removing HTML5. Website visitors who are using a browser that sends a Do Not Track signal or a browser that is Global Privacy Control compliant will have their signals automatically applied to their consent settings on Riot Games websites.

Please note that disabling technologies like cookies may prevent you from using the full functionality of the Riot Services and the Riot Services may not work as we intended.

Send to top

## B. Facebook Fan Pages

Summary: Riot Games has official Facebook fan pages. These include official Riot Games and game-specific fan pages. Meta collects personal info from these pages according to its privacy policy and provides statistics and insights to Riot Games to help us understand the types of actions people take on our fan pages ("insights data"). Facebook Ireland Limited, 4 Grand Canal Square, Grand Canal Harbour, Dublin 2 Ireland ("Facebook Ireland") and Riot Games are joint controllers for the collection of insights data relating to data subjects from the European Economic Area (EEA), United Kingdom (UK), and Switzerland.

You can find out more about how Meta collects insights data and what personal info it discloses to us by visiting Information about Page Insights Data. Meta discloses insights data to us relating to our engagement with players, feedback on the Riot Services, and statistics and demographics such as their age, gender, or approximate location. You can also see the essence of our arrangement with Meta in terms of how we have allocated data protection responsibilities between us regarding insights data by visiting Information about Page Insights.

Facebook Ireland has agreed to take primary responsibility for the processing of insights data relating to EEA, UK, and Swiss data subjects. Therefore, if you are an EEA, UK, or Swiss data subject and have any queries or concerns with how your insights data is being processed through a Riot Games Facebook fan page, it's best to contact Facebook Ireland in the first instance. However, you can exercise your data protection rights regarding insights data in respect of and against either of us. Please contact us at fbfanpages@riotgames.com to request your Facebook insights data.

Send to top

III. HOW WE USE AND DISCLOSE PERSONAL INFO

We use and disclose your personal info in accordance with the legal bases set out below to help us provide, operate, improve, understand, customize, support and market the Riot Services.

A. Legal Basis

Summary: We rely on the following legal bases to use and disclose personal info for individuals where required by applicable law: (i) to provide the services under the Terms of Service, (ii) with your consent, (iii) in our legitimate interests (such as safety, security, and providing a tailored service), and (iv) for other legal reasons.

We rely on a number of legal bases to collect, use, disclose, and otherwise process the personal info we have about you for the purposes described in this Notice. These legal bases include:

as is necessary to perform the Terms of Service and to provide the Riot Services;

where you have consented to the processing, which you may revoke at any time;

for Riot Games to comply with a legal obligation, a court order, or to exercise and defend legal claims;

occasionally to protect your vital interests, or those of others;

where necessary in the public interest; and

where necessary for the purposes of Riot Games' or a third party's legitimate interests, such as those of visitors, users or partners.

To find out which specific legal bases we rely upon to use personal info about you for a particular purpose, go to Using Personal Info and Disclosing Personal Info.

Send to top

## B. Using Personal Info

Summary: We use the personal info we collect (both individually and in combination with other personal info collected under this Notice) to help us operate our business, provide and improve our products and services, communicate with you, and advertise effectively. The particular ways we use your personal info often depend on how you choose to use the Riot Services.

Some of the most common examples of how we use personal info include:

To provide the Riot Services to you, respond to inquiries, fulfill requests, and process transactions (like helping you create an account, find a match, and resolve Player Support issues). We engage in these activities to manage our contractual relationship with you and, where relevant, to comply with a legal obligation (e.g. related to payment transactions) or based upon our legitimate interest in doing so;

To deliver and tailor our communications with you, like by sending you important account-related announcements or promotional communications that we believe may interest you (for details about managing your communication options, check out Your Rights, Choices, and Controls below). We engage in these activities with your consent (where required by law), where we have a legitimate interest (e.g. to promote the Riot Services and keep you interested in them through personalized messages) or, in the case of account-related announcements, to perform our contract with you;

To administer surveys, contests, sweepstakes, competitive game modes, and similar offerings (such as confirming your eligibility or sending you a prize if you win). We engage in these activities to manage our contractual relationship with you, or for our legitimate interest (e.g. to promote the Riot Services and keep you interested in them);

To monitor, analyze, protect, test, and improve our services and operations (like measuring how the Riot Services perform, tracking usage patterns, and fixing bugs or errors). We engage in these activities to manage our contractual relationship with you,

to comply with a legal obligation (e.g. to keep the Riot Services secure), and/or because we have a legitimate interest (e.g. understanding how the Riot Services are used, keeping them secure, improving them, and developing new products);

To research and better understand the Riot Services and how they're used. We engage in these activities with your consent and/or because we have a legitimate interest (e.g. understanding how the Riot Services are used, keeping them secure, improving them, developing new products, and understanding the impact and reach of the Riot Services);

To advertise and promote the Riot Services, including displaying advertising related to the Riot Services on third-party websites and platforms, improving, developing, and implementing marketing campaigns, analyzing and measuring the effectiveness of those ads and campaigns, and showing you ads that are most relevant to you about the Riot Services. We engage in these activities with your consent or where we have a legitimate interest (marketing our and others' products and services and understanding the effectiveness of our marketing campaigns). For information on how to opt out of personalized advertising on third-party platforms, please see Your Rights, Choices and Controls;

To personalize your experience with the Riot Services, including by presenting content or features better tailored to your interests. We engage in these activities with your consent or where we have a legitimate interest (e.g. improving our Riot Services by making them more personalized);

To improve and provide updates for the Riot Services (like patching our games and releasing new features). We engage in these activities to manage our contractual relationship with you, to comply with a legal obligation, and/or because we have a legitimate interest (e.g., understanding how the Riot Services are used, keeping them secure, improving them, developing new products, and understanding the impact and reach of the Riot Services);

To operate and expand our business. We engage in these activities to manage our contractual relationship with you, to comply with a legal obligation, and/or because we have a legitimate interest in operating and expanding our business; and

To facilitate use of or integration with the Riot Services, social sharing, third-party partnerships, and related functionality (such as supporting chat features). We engage in these activities with your consent or where we have a legitimate interest (e.g. increasing customer engagement with our products and the Riot Services).

We may also use, disclose, and preserve personal info as necessary or appropriate, including when necessary for a legal obligation or legitimate or public interest or to protect the vital interest of you or someone else, such as to:

Comply with applicable law or respond to legal process (like requests from law enforcement or other public or government authorities);

Securely operate the Riot Services (like stopping attacks on our systems);

Protect players and third parties (such as to help prevent serious injury, abuse, or crime); and

Protect our own rights, property, and operations (like enforcing our contracts and terms—including the Terms of Service—and pursuing available remedies or limiting the damages we may sustain).

For example, if applicable laws relating to child sexual exploitation require us to report personal info, such as identifiers, characteristics or demographics, commercial info, internet or other electronic network activity info, audio/electronic or similar info, or account and payment credentials, to public or government authorities, we may do so based on the above legal bases.

We use advanced tools to automatically scan certain types of content such as communications through social features like voice and text chat, and to monitor activity, such as patterns of behavior. Such advanced automated tools are used for the purposes of detecting and preventing violations of our policies or terms, unauthorized activity or other security risks, and illegal, fraudulent, offensive, inappropriate, or other harmful behavior. For more information about the use of these tools, check out Communication & Player Behavior and Anti-Cheat & Fraud Prevention below.

Send to top

C. Disclosing Personal Info

Summary: We disclose your personal info for the purposes set out in this Notice, including to provide the Services, for advertising purposes, to enforce the Terms of Service, secure the Riot Services, or if we're required to do so by law or respond to legal process. In certain jurisdictions, we may use advertising services that obtain information from cookies or other trackers or use your email address, including for the purpose of delivering advertising to you based on your activities across third party, nonaffiliated websites and platforms. In states with comprehensive privacy laws where this sort of advertising may be subject to an opt out, we do not do this.. In other words,

we do not "sell," "share," or use personal info for "targeted advertising" purposes in those U.S. states that require these defined activities to be subject to an opt-out.

We may disclose the personal info we collect to the following categories of parties:

To Riot Games-controlled subsidiaries and affiliates that provide services to us so we can more seamlessly operate, support, and improve the Riot Services (such as to facilitate account transfers and provide Player Support in your local language). Since we're a global company, this means your personal info may be transferred to or stored in locations outside your country of residence (see International Personal Info Processing). To learn more about the Riot Games entity or, where applicable, entities that control and are responsible for your personal info, see Contact Us below.

To service providers that operate on our behalf for the purposes discussed in this Notice (see Using Personal Info). For example, when you buy something on the Riot Services, we'll disclose your payment-related personal info to entities we've engaged to process payments and provide similar financial services (like fraud prevention). Other common examples include service providers that help us store data, send marketing emails, provide Player Support services, assist with research and analysis of our services, and organize competitive tournaments. We may also transfer your personal info in some cases to our professional advisers (who are sometimes independent "data controllers") such as lawyers and accountants (e.g. when enforcing our contract with you).

To marketing, advertising, and analytics partners (see Analytics & Advertising).

To allow you to make information available to other players. For example, if you choose to disclose personal info publicly through interactive features we control, such as voice and text chat, you should understand that this personal info becomes viewable and/or accessible to others. We reserve the right (but have no obligation) to monitor and record your use of them, including for purposes like enforcing our Terms of Service and applicable player behavior requirements (see Communication & Player Behavior and Anti-Cheat & Fraud Prevention.

To recipients in the event of any reorganization, merger, sale, joint venture, assignment, transfer, or other disposition of all or any portion of our business, assets, or stock (including in connection with any bankruptcy or similar proceedings). This means your personal info may be one of the assets transferred to the acquiring entity in such situations, according to Riot Games' legitimate interest in engaging in such transactions and operating and expanding our business.

To the Riot Games developer community via the Riot Games API so they can help contribute to the player experience. Please note that your in-game name (e.g.

Summoner Name or Riot ID) and gameplay statistics (like your match history, item builds, and average number of kills and deaths) are viewable to others and may be disclosed through the API.

We may also disclose personal info to:

Comply with applicable law or respond to legal process (like requests from law enforcement or other public or government authorities), including based upon our legitimate interest in doing so;

Securely operate the Riot Services (like stopping attacks on our systems), based on Riot Games' players' and non-players' legitimate interest in the Riot Services being a safe and secure environment;

Protect players and non-players (such as to help prevent serious injury, abuse, or crime), based on Riot Games' players' and non-players' legitimate interest in the Riot Services being a safe and secure environment; and

Protect our own rights, property, and operations (like enforcing our contracts and terms—including the Terms of Service—and pursuing available remedies or limiting the damages we may sustain), based on Riot Games' legitimate interest in protecting and preserving such and enforcing its legal rights.

Send to top

D. Analytics & Advertising

Summary: Some of the personal info we collect is used and disclosed for analytics and advertising purposes.

Some of the personal info we collect is used and disclosed for analytics and advertising purposes. This personal info may be collected through cookies and other technologies incorporated into the Riot Services as described in Cookies & Related Technologies. In addition to the technologies we operate, we incorporate technologies offered by service providers. For example, we use technologies from analytics providers (like Google Analytics) to help evaluate and report on the use of Riot Services and technologies from ad partners (like Meta) to support our marketing and advertising efforts. Some of these technologies are able to track your activities across non-affiliated services and obtain or infer personal info about you for purposes of showing you relevant advertising based on your preferences and interests.

We have chosen not to use advertising services that constitute a "sale," "share" or use of personal info of consumers for "targeted advertising" purposes in those U.S. states that require these defined activities to be subject to an opt-out. For those U.S. states that require an opt-out, we require the ad partners we work with to process the personal info they receive only as permitted by a service provider or processor under state privacy law, and only to provide the services. We accomplish this through contractual restrictions with our ad partners and technical controls, including by enabling settings (where offered by an ad partner) limiting their processing of personal info (such as the "Limited Data Use" setting within Meta). We are therefore not required to provide an opt-out of the "sale" or "sharing" or use of personal information for "targeted advertising," as those are defined under applicable laws.

Some analytics providers and ad partners offer you choices about how they collect and use your personal info directly on their websites. To learn more about opting out of Google Analytics, please review Section VI. Please note that opting out through these industry tools won't necessarily prevent personal info from being collected automatically on the Riot Services, and it doesn't mean you'll receive fewer ads or stop them from being displayed. Instead, the ads you do receive might be less relevant to your interests.

Send to top

E. Communication & Player Behavior

We've empowered our players to help enforce our policies (e.g. the acceptable use and behavioral policies that we publish from time to time on the Riot Services) related to certain in-game behavior. For example, players may report each other and submit info about their in-game activity and actions to help us determine if the reported behavior constituted a violation of rules and procedures that apply to player conduct, as well as any potential repercussions (such as temporary or permanent account suspensions or chat restrictions).

We also record and store, and reserve the right (but have no obligation) to monitor voice and text chat and similar details about optional interactions for a period we determine is appropriate to help us, among other things, address disruptive behavior, improve our services, enforce our rules and policies and Terms of Service, and foster a more positive gaming community for our players. We engage in these activities to manage our contractual relationship with you, comply with a legal obligation (e.g. to keep the Riot

Services safe and secure), and/or because we have a legitimate interest (e.g. understanding how the Riot Services are used, keeping them secure, and improving them).

We use both manual (like enabling you to report such behavior through Player Support tickets) and advanced automated (such as machine learning, transcription, and analysis) tools and techniques to support these efforts.

To enable us to monitor compliance with our policies and terms, we develop template patterns of inappropriate behavior (e.g. abuse, hate speech, cheating, threats, offensive or inappropriate names), which we consider indicative of prohibited behaviors. We do this based upon an analysis of social features like voice and text chat, including files uploaded or exchanged through chat, and actual behaviors when you use the Riot Services. We grade these patterns of inappropriate behavior based upon their severity with different consequences (e.g. temporary or permanent account restrictions or communications restrictions) for players based upon how serious their conduct is. If another player makes a complaint about your behavior, our advanced automated tools use these patterns of inappropriate behavior and grading system to compare your behavior over time with these patterns of inappropriate behavior and, if it is determined that you have engaged in inappropriate behavior, make a decision as to the consequences for you of your behavior. This helps us enforce our policies and terms, secure the Riot Services, detect and prevent unauthorized activity, maintain the competitive integrity of the Riot Services, and prevent illegal, fraudulent, offensive, inappropriate, or other harmful behavior.

Our complaints procedure may allow you to appeal a decision. In this case, we may provide you with info that illustrates our rationale and factors that contributed to our decision, along with some tips on how to avoid repeating such behavior in the future. If you still wish to appeal, you may request one of our agents to review your case who will make a final manual determination as to the correct outcome based on the available evidence.

Please be kind to other players, observe our policies related to player behavior (including our Terms of Service), and always be thoughtful about how you communicate with others!

F. Anti-Cheat

We always seek to offer players a fair, fun, and competitive gaming experience on the Riot Services. Our Terms of Service strictly prohibit use of unauthorized third-party programs that interact with the Riot Services, including mods, hacks, cheats, scripts, bots, trainers, and automation programs. As described in Communication & Player Behavior, we may use anti-cheat and fraud prevention technologies (such as anti-cheat software that may run in the background of your device) that may make automated decisions (such as temporary or permanent account suspensions, communications restrictions, removal of content, or limited access to game content) based on our monitoring of social features like voice and text chat and actual behaviors when you use the Riot Services (see Personal Info We Collect). We engage in these activities to manage our contractual relationship with you, comply with legal obligations (e.g. to keep the Riot Services secure), and/or because we have a legitimate interest (e.g. understanding how the Riot Services are used, maintaining their integrity, and improving them).

Our complaints procedure may allow you to appeal a decision. In this case, you may request one of our agents to review your case who will make a final manual determination as to the correct outcome based on the available evidence.

Send to top

IV. THIRD-PARTY WEBSITES AND SERVICES

Summary: We allow interactions with third parties to make your experience better, but our Notice doesn't and can't apply to third parties. We're unable to guarantee that independent third parties adhere to the same practices as us, so please be sure to read their policies and terms before disclosing personal info to them.

There are several ways you might disclose personal info to third-party websites or services in connection with your visit, including:

External Links. If you click on links to external websites or services that are operated by third parties, they may collect, use, and disclose your personal info pursuant to their own policies (not ours). Including a link to or from third-party services doesn't mean we've endorsed their practices.

Account Integrations. The Riot Services use interfaces that allow you to interact with third-party websites, applications, or similar services during your visit, including on or through your Riot Games account or an account you've created with such third parties. For example, we partner with social media companies to provide features that facilitate social sharing and connections (such as the Facebook "Like" button and other widgets). These features may collect info about your interactions with them and the Riot Services, and may use technologies like cookies to function properly. How third-party companies like Meta process and control your personal info they collect directly from you is controlled by their own privacy policies.

Microsoft Xbox Game Pass Integration. For players on PC and Xbox, when you link an Xbox profile with an active Game Pass membership, Riot Games will disclose gameplay info to Microsoft for accounting, internal reporting, business planning, and product improvement efforts. You can stop disclosing this info by disconnecting your Xbox profile from your Riot Account.

Our Facebook fan pages. Riot Games has official Facebook fan pages. These include official Riot Games and game-specific fan pages. Meta collects personal info from these pages according to its privacy policy and provides statistics and insights to Riot Games to help us understand the types of actions people take on our fan pages. Learn more about this in Facebook Fan Pages.

Please remember to contact third parties directly (and not Riot Games) if you have any questions or concerns about their practices.

Send to top

V. INTERNATIONAL PERSONAL INFO PROCESSING

Summary: We're a global gaming company with operations around the world. When you use the Riot Services, your personal info may be processed anywhere we, our partners, or service providers do business, including the United States, providing that adequate technical and organizational measures are in place to ensure the security of your personal info.

(1) OPERATING THE RIOT SERVICES. Depending on your location, the Riot Services are operated by or on behalf of Riot Games from:

in the case of Riot Games, Inc. and Riot Games Merchandise, Inc., the United States;

in the case of Riot Games, LLC, Japan;

in the case of Riot Games Services PTE. LTD., Singapore; and

in the case of Riot Games Ltd. and Riot Games Ireland Merchandise Ltd., Ireland.

For important details regarding which laws apply to your use of the Riot Services and any disputes with Riot Games, be sure to check out the Terms of Service. See Contact Us to see who is the Riot Games entity or entities which control and are responsible for your personal info.

(2) CROSS-BORDER TRANSFERS AND STORAGE. To facilitate our operations, we may transfer, process and store your personal info in jurisdictions other than where you live, including the U.S, Turkey, Romania, Russia, Southeast Asia, and South America. Laws in these countries may differ from the laws applicable to your country of residence. For instance, if you are an EEA or UK data subject and your personal info is disclosed to our affiliates, partners, or third-party service providers acting on our behalf outside of the EEA or UK, then it is done so pursuant to necessary means to ensure an adequate level of protection. In certain circumstances, courts, law enforcement agencies, regulatory agencies or security authorities in those other countries may be entitled to access your personal info.

We've implemented and maintain a framework consistent with applicable law and this Notice for transfers of personal info outside the country of collection, including, for example, through the use of Standard Contractual Clauses when we transfer personal info outside of the EEA and the UK. You can learn more about EU Standard Contractual Clauses on the European Commission website [ec.europa.eu/info/law/law-topic/data-protection/] and to request a copy of them Contact Us. We may also need to transfer your personal info to provide the Riot Services to you in accordance with the Terms of Service. By using the Riot Services, you acknowledge that we may transfer your personal info to (and process it in) countries outside of your country of residence, each of which may have different privacy rules than your country.

(3) OUR DATA PRIVACY FRAMEWORK CERTIFICATION. Riot Games, Inc. participates in and has certified its compliance with the EU-U.S. Data Privacy Framework, the UK Extension to the EU-U.S. DPF, and the Swiss-U.S. Data Privacy Framework as set forth by the U.S. Department of Commerce. Riot Games, Inc. has certified to the U.S. Department of Commerce that it adheres to the EU-U.S. Data Privacy Framework Principles (EU-U.S. DPF Principles) with regard to the processing of personal data received from the European Union and the United Kingdom (and Gibraltar) in reliance on

the EU-U.S. DPF and the UK Extension, and from Switzerland in reliance on the Swiss-U.S. DPF.

Riot Games, Inc. is committed to subjecting all personal info received from the EEA, UK, and Switzerland, respectively, in reliance on each Data Privacy Framework, to the Frameworks' applicable Principles. To learn more about the Data Privacy Framework (DPF) program, and to view our certification, please visit https://www.dataprivacyframework.gov/.

Riot Games, Inc. is responsible for the processing of personal info it receives, under the Data Privacy Framework, and subsequently transfers to a third party acting as an agent on its behalf. Riot Games, Inc. complies with the Data Privacy Framework Principles for all onward transfers of personal info from the EEA, UK, and Switzerland including the onward transfer liability provisions.

With respect to personal info received or transferred pursuant to the Data Privacy Framework, Riot Games, Inc. is subject to the regulatory enforcement powers of the U.S. Federal Trade Commission. In certain situations, Riot Games may be required to disclose personal info in response to lawful requests by public authorities, including to meet national security or law enforcement requirements.

In compliance with the EU-U.S. DPF, the UK Extension to the EU-U.S. DPF, and the Swiss-U.S. DPF, Riot Games, Inc. commits to resolve DPF Principles-related complaints about our collection and use of your personal information. EEA, UK, and Swiss individuals with inquiries or complaints regarding our handling of personal data received in reliance on these frameworks should first contact us at dpo@riotgames.com or via the mailing addresses in this section. If you have an unresolved privacy or data use concern that we have not addressed satisfactorily, please contact our U.S.-based third party dispute resolution provider [feedback-form.truste.com/watchdog/request] (free of charge).

Under certain conditions, more fully described on the Data Privacy Framework website [www.dataprivacyframework.gov], you may be entitled to invoke binding arbitration when other dispute resolution procedures have been exhausted.

Send to top

VI. YOUR RIGHTS, CHOICES AND CONTROLS

Summary: You have rights and choices regarding your use of the Riot Services and the ways we process personal info. Since you can interact with us in many different ways, the particular controls available to you often depend on the nature of our relationship.

You can use many parts of the Riot Services without ever creating an account, purchasing our products or services, or otherwise submitting personal info like your name or email address to us. If you do choose to visit or use the Riot Services, we generally retain the related personal info as long as your account is active or as is otherwise necessary to provide the Riot Services, operate our business (including for legitimate purposes like complying with our legal obligations, managing internal books and records, preventing fraud, resolving disputes, and enforcing our contracts and terms, such as this Notice and the Terms of Service) or to achieve the purposes set out in this Notice, unless a longer retention period is permitted or required by law.

The precise periods for which we keep your personal info vary depending on the nature of the personal info, why we need it and relevant legal or operational retention needs. Factors we consider in determining these periods include the minimum required retention period prescribed by law or recommended as best practice, the period during which a claim can be made with respect to a contract or other matter, whether the personal info has been aggregated or pseudonymized, and other relevant criteria. For example, the retention period applicable for your personal info needed to provide the Riot Services to you (such as accessing the games) is limited to how long you maintain an account. When your account is deleted, Riot will delete the relevant personal info for that purpose (providing the service to you) but will keep some account-related personal info (your match history, for instance) for other defined purposes such as security and fraud detection. As another example, communications logs/history info is retained at minimum for a period of time sufficient to allow any complaints to be filed after a match, and if such a complaint is filed, for a period of up to two years from their creation or a period of time sufficient to investigate the complaint. This is to enable Riot to properly investigate infringements of our rules and policies such as fraud, cheating and disruptive behavior.

You can limit the personal info you disclose to third parties through integrations, such as by choosing not to link your Riot Games account with third-party services or disabling such links through your account (see Third-Party Websites and Services).

We offer players choices about the types of communications they receive from Riot Games. If you choose to receive marketing and promotional emails from us but later change your mind, simply "unsubscribe" by following the instructions in the relevant email. These choices don't apply to mandatory communications that are part of the Riot Services, like important account-related notices.

The Riot Services also have many built-in tools to help players exercise control over their personal info directly. For example, you can generally mute or disable voice or text communication functionality and change other preferences from your account settings. If you need help with any of these options, be sure to Contact Us.

Many Internet browsers allow you to reject, manage, and delete cookies. You may also be able to manage other similar technologies, like HTML5, by changing your browser settings. To learn more about cookies and similar technologies, including details of how to manage or disable them, go to Cookies & Related Technologies.

If you don't want to take advantage of the services that third-party analytics and advertising companies provide on the Riot Services, you may be able to opt out (or opt in if you are in the EEA or UK) of some of them by visiting YourAdChoices.com or Optout.NetworkAdvertising.org, or if you're located in the EEA, UK, or Canada, YourOnlineChoices.eu or YourAdChoices.ca respectively. For a representative list of third-party advertising and analytics partners that operate on the Riot Services, as well as details about how to opt out (or opt in if you are in the EEA or UK) to the extent applicable, see Cookies & Related Technologies.

Some U.S. states (like California) and non-U.S. regions (like the EEA and UK) provide additional rights by law. Based on your jurisdiction, you may have some or all the rights listed below:

● Access: The right to obtain confirmation as to whether your personal info is being processed, to know what personal info we have about you, including the categories of

personal info, the categories of sources from which the personal info is collected, the business or commercial purpose for collecting, selling, or sharing the personal info, the categories of personal info sold, shared, or disclosed for a business purpose, the categories of third parties and vendors to whom we disclose the personal info, and the specific pieces of personal info we have collected about you. You can also learn more about how to request access to your account info using the information in the Contact Us section below.

● Correction: The right to have rectified any inaccurate personal info concerning you.

● Deletion: The right to delete personal info that we have collected from you, subject to certain exceptions. You can correct your personal info in the Account Management portal or submit a request for access or deletion with Player Support.

● Restriction: The right to restrict the processing of your personal info in certain cases.

● Data portability: The right in certain cases, to receive the personal info concerning you in a structured, commonly used and machine-readable format and/or transmit that personal info to another data controller.

● Objection: In some cases required by law, the right to ask us to stop processing your personal info. Your right to object includes where we process your personal for performing a task in the public interest or pursuing our legitimate interests or those of a third party.

● Right to withdraw consent: Where your consent is required, you may at any time withdraw such consent (though this will not affect the lawfulness of any processing of your personal info prior to that).

We do not "sell," "share" or use personal info of consumers for "targeted advertising" purposes in those U.S. states that require these defined activities to be subject to an opt-out. We are therefore not required to provide an opt-out.

In all other jurisdictions, you may be able to opt-out of having information about your activity on the Riot Services (such as use of the website and app) disclosed to partners for personalized advertising purposes on third-party platforms by following the instructions in the Analytics & Advertising section.

Account holders who have requested to receive our marketing communications may opt out by logging in and visiting your Account Management Portal and unchecking the box in Communication Preferences. This will opt you out of communications regarding new releases, game updates, events, or other Riot-related content.

If you're concerned with the way we're handling your personal info, or if you would like to exercise the rights available to you, please Contact Us. For account holders, you may also submit requests through your Account Management portal. We will confirm receipt of and respond to your request consistent with applicable law.

Before we process such requests, we may ask you to verify your identity (like by logging-in to your account or providing us with certain personal info to help us confirm ownership) and we may request payment where allowed by law.

You may also make a rights request using an authorized agent. Authorized agents can Contact Us in the same manner as you to initiate the rights request on your behalf. An authorized agent request must include (a) the name and email address of both you and the agent, and (b) the written permission, signed by you, granting authority to the agent, such as a power of attorney. If we receive a rights request from an authorized agent who does not provide a valid power of attorney, we may ask the authorized agent to provide proof that you gave the agent signed permission to submit the request to exercise rights on your behalf. In the absence of a valid power of attorney, we may require you to verify your own identity directly with us, confirm with us that you provided the authorized agent permission to submit the request, or deny the request.

Note that asking us to delete personal info or refrain from processing it may also result in us being unable to make certain Riot Services available to you, in which case you'll no longer be able to access those Riot Services. If you withdraw your consent (including for marketing purposes), it does not affect the lawfulness of what we did up until that point. We may also retain certain personal info associated with your account for purposes like complying with our legal obligations, managing internal books and records, preventing

fraud, resolving disputes, and enforcing our contracts and terms, such as this Notice and the Terms of Service.

You also have the right not to be discriminated against for exercising any of these rights.

If we don't take action on your request, or you're not satisfied with a decision, you may appeal the decision by submitting an appeal request through Contact Us. If you appeal the decision, a Player Support representative will review your request independently, and inform you of any action taken or not taken in response to the appeal, along with a written explanation of the reasons in support of the response within 45 days (unless a further extension is needed, which we will inform you about in advance). If the appeal is denied, we will also provide you with a method through which you may submit a complaint.

If you're in the EEA or UK, you may lodge a complaint with an EEA or UK data protection authority for your country or region where an alleged infringement of applicable data protection law occurs. Riot Games lead supervisory authority under the GDPR is the Irish Data Protection Commission [dataprotection.ie].

If you're in Australia, please note that you generally have the right to deal with us anonymously or using a pseudonym (unless it's not practicable for us to deal with you on this basis). Also, please Contact Us if you would like to complain that we have breached the Australian Privacy Principles or any applicable code.

Send to top

VII. SECURITY

Summary: We're committed to securing personal info and complying with our obligations under applicable data protection laws, but can't absolutely guarantee the security of any personal info we collect from you. By choosing to disclose personal info to us (or anybody else online these days), you're acknowledging this risk.

We use appropriate physical, technical, and organizational security safeguards to help protect your personal info from unauthorized access, destruction, use, modification, or

disclosure both during transmission and in storage. For example, we use computer systems with limited access in controlled facilities to store personal info. We also use technologies like encryption and hashing to protect some of the personal info we collect.

However, please note that no server, communications network, or data transmission over the Internet is 100% secure. The Riot Services are no exception. We can't guarantee the security of any personal info transmitted through the Riot Services and make no assurances about our ability to prevent any such loss or misuse.

It's up to you whether you'd like to disclose personal info to us; if you do, you're acknowledging that you're doing so with this risk.

Send to top

## VIII. UPDATES AND REVISIONS

We'll update this Notice from time to time to reflect changes in technology, law, our business operations, or any other reason we determine is necessary or appropriate. When we do make changes, we'll update the "Last Modified" date at the top of the Notice and post it to the Riot Services. If we make material changes to the Notice or the ways we process personal info, we'll provide you additional notice as well (such as by prominently posting a notice of the changes on the Riot Services before they take effect or sending you a notification directly).

We encourage you to check back periodically to review this Notice for any changes since your last visit. This will help ensure you better understand your relationship with Riot Games, including the ways we process your personal info.

Send to top

## IX. CONTACT US

For game-related requests or concerns (e.g., trouble accessing your account, billing matters, skins or content availability, reporting bugs or similar technical issues,

discussing a ban, deleting an account, reporting a player, etc.), please contact our Player Support team. You can also view our Player Support page for up to date info and troubleshooting guides.

If you have any questions or concerns about this Notice or our privacy practices, please send them to our Data Protection Officer via email at dpo@riotgames.com or via postal mail at the appropriate address listed below.

FOR OUR PUBLISHING OPERATIONS:

If you live anywhere in North, Central or South America (except Brazil):

Riot Games, Inc.

Attn: Legal Department

12333 West Olympic Blvd.

Los Angeles, CA 90064

United States

If you live in Japan:

Riot Games, LLC

Attn: Legal Department

Roppongi Hills Mori Tower 34F

6-10-1, Roppongi, Minato-ku,

Tokyo 106-6134

Japan

If you live in SEA:

Riot Games Services PTE. LTD.

Attn: Legal Department

9 Straits View, #16-07, Marina One West Tower

Singapore 018937


If you live in the EEA, UK or Switzerland:


Your personal info is jointly controlled by:


Riot Games Ltd.

Attn: Legal Department

PO Box 11989

Dublin 2

Ireland


and


Riot Games, Inc

Attn: Legal Department

12333 West Olympic Blvd.

Los Angeles, CA 90064

United States


Riot Games Ltd is, as between it and Riot Games, Inc. primarily responsible for your personal info (including for ensuring compliance with data protection law) and has the power to implement decisions regarding your personal info. It is your primary contact point, but you can exercise your rights in respect of and against it or Riot Games, Inc.


If you live anywhere else, including Brazil:

Riot Games Ltd.

Attn: Legal Department

PO Box 11989

Dublin 2

Ireland

FOR OUR MERCH STORE OPERATIONS:

If you live in the United States, Canada, Brazil, Hong Kong, Singapore, Taiwan, Australia, or New Zealand:

Riot Games Merchandise, Inc.

Attn: Legal Department

12333 West Olympic Blvd.

Los Angeles, CA 90064

United States

If you live in the EEA, UK or Switzerland:

Your personal info is jointly controlled by:

Riot Games Ireland Merchandise Ltd.

Attn: Legal Department

PO Box 11989

Dublin 2

Ireland

and

Riot Games Merchandise, Inc.

Attn: Legal Department

12333 West Olympic Blvd.

Los Angeles, CA 90064

United States


Riot Games Ireland Merchandise Ltd is, as between it and Riot Games Merchandise, Inc. primarily responsible for your personal info (including for ensuring compliance with data protection law) and has the power to implement decisions regarding your personal info. It is your primary contact point, but you can exercise your rights in respect of and against it or Riot Games Merchandise, Inc


If you live in Turkey or Russia:


Riot Games Ireland Merchandise Ltd.

Attn: Legal Department

PO Box 11989

Dublin 2

Ireland


Send to top


TRUSTe


Riot Games

PressSecurityLegalLeadershipCandidate PrivacyTerms of ServicePrivacy NoticePlayer SupportE-VerifyAccessibilityAnnual Reports

Follow us on Twitter

Follow us on Instagram

Follow us on Tiktok

Share this on LinkedIn

Follow us on Facebook

Watch on YouTube

Cookie Preferences© 2025 Riot Games, Inc. All Rights Reserved.

**Declaration of Authenticity:**

I, Marc Wolstenholme, declare under penalty of perjury that the statements made are true and accurate

Executed on April 28, 2025, in Coventry, England.

Respectfully submitted,

Signature: *M.WOLSTENHOLME.*

Marc Wolstenholme

Plaintiff in Pro Per

5 Shetland Close

Coventry, England CV5 7LS

marc@mwwolf-fiction.co.uk