# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARC WOLSTENHOLME<br><br>PLAINTIFF(S)<br><br>v.<br><br>RIOT GAMES, INC.<br><br>DEFENDANT(S). | CASE NUMBER:<br><br>2:25−cv−00053−FMO−BFM<br><br>**ORDER TO STRIKE ELECTRONICALLY FILED DOCUMENT(S)** |

The Court hereby **ORDERS** the documents listed below be **STRICKEN** for failure to comply with the Court's Local Rules, General Orders, and/or Case Management Order, as indicated:

| Date Filed | Doc. No. | Title of Document |
|---|---|---|
| 4/28/2025 | 119 | Motion |
| __ | __ | __ |

Hearing information is missing, incorrect, or not timely.

Other:

Dated: April 29, 2025

By: /s/ *Fernando M. Olguin*
U.S. District Judge

**Please refer to the Court's website at www.cacd.uscourts.gov for Local Rules, General Orders, and applicable forms.**

G−106 (6/12)   ORDER TO STRIKE ELECTRONICALLY FILED DOCUMENT(S)