**Exhibit A- Meet and Confer Issues Chart - Wolstenholme v. Riot Games**

| Topic | Date(s) Raised | Plaintiff's Position | Riot's Response | Status |
|---|---|---|---|---|
| Failure to Provide Initial Disclosures | Multiple (Feb-Apr 2025) | Plaintiff repeatedly requested Rule 26 disclosures. | Riot delayed, citing bifurcation and settlement. | Unresolved |
| Discovery - Riot Forge Internal Servers | March-April 2025 | Plaintiff demanded production of internal submission servers, portals, and attachments. | Riot refused, claimed irrelevant, minimized open submission system. | Unresolved |
| Wayback Machine Misuse | April 2025 | Plaintiff objected to Riot's reliance on unreliable Wayback Machine instead of internal records. | Riot ambushed Settlement and continues to rely on Wayback Machine. | Unresolved |
| Suppression of Submission Portals | April 2025 | Plaintiff alleged Riot concealed real submission routes active during Arcane's development. | Riot denied active portals despite contrary evidence. | Unresolved |
| Access Routes through Agencies (UTA/CBG) | Feb-April 2025 | Plaintiff demonstrated overlap of agents and talent supporting access. | Riot has largely ignored this topic substantively. | Unresolved |
| Riot's Misleading Statements at Settlement Conference | April 2025 | Plaintiff alleged Riot misled Judge and Plaintiff about Forge submission availability. | Riot denied misconduct; asserted settlement confidentiality (improperly). | Unresolved |
| Spoliation / Evidence Preservation Failures | April 2025 | Plaintiff concerned Riot failed to preserve server data and internal emails. | Riot has refused to confirm litigation holds or production. | Unresolved |
| Harassment and Threats via Counsel and "Community" | Feb-April 2025 | Plaintiff documented emails, threats, and bad faith pressure tactics. | Riot has denied responsibility, doubled down on pressure. | Ongoing |
| Motions to Strike Legitimate Filings | April 2025 | Plaintiff contests Riot's attempt to strike critical evidence disclosures. | Riot aggressively seeks to strike multiple filings. | Ongoing |

| *Motion to Lift Discovery Stay* | March 2025 | Plaintiff seeks to lift unjustified discovery stay and proceed. | Riot opposed, arguing bifurcation/stay should remain. | Pending Court Ruling |

**Notes:**

- Plaintiff attempted to schedule meet and confers multiple times since February 2025.
- Riot delayed substantive meet and confer discussions until after settlement conference.
- Riot's "availability" tactics have imposed unreasonable demands.
- Plaintiff continues to seek good faith dialogue.

**Declaration of Authenticity:**

I, Marc Wolstenholme, declare under penalty of perjury that the statements made are true and accurate

Executed on May 02, 2025, in Coventry, England.

Respectfully submitted,

Signature:

Marc Wolstenholme

Plaintiff in Pro Per

5 Shetland Close

Coventry, England CV5 7LS

marc@mwwolf-fiction.co.uk