Marc Wolstenholme
5 Shetland Close
Coventry, England CV5 7LS
Telephone: 044 7827964404
Email: marc@mwwolf-fiction.co.uk
Plaintiff in Pro Per

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARC WOLSTENHOLME,<br>        Plaintiff,<br>vs.<br>RIOT GAMES, INC.,<br>        Defendant | CASE NO. 2:25-CV-00053-FMO-BFM HON.<br><br>*Hon. Fernando M. Olguin* |

Dated this:      , 2025

1

PROPOSED] ORDER GRANTING PLAINTIFF'S MOTION TO REASSIGN MAGISTRATE JUDGE FOR CAUSE

[PROPOSED] ORDER GRANTING PLAINTIFF'S MOTION TO REASSIGN MAGISTRATE JUDGE FOR CAUSE

Having considered Plaintiff Marc Wolstenholme's Motion to Reassign Magistrate Judge for Cause, and good cause appearing therefor:

IT IS HEREBY ORDERED that:

Magistrate Judge BFM is recused from further proceedings in this case;

This matter is hereby reassigned to a different United States Magistrate Judge, or will proceed before the Honorable District Judge Fernando M. Olguin for all purposes, as determined by the Court;

The discovery hearing currently set for May 15, 2025 is STAYED pending further order of this Court;

Plaintiff is granted leave to seek limited forensic discovery, including through appropriate international mechanisms, subject to future motion and judicial approval.

IT IS SO ORDERED.

DATED: _____, 2025

Hon. Fernando M. Olguin

United States District Judge