1  Marc Wolstenholme
2  5 Shetland Close
   Coventry, England CV5 7LS
3  Telephone: 044 7827964404
   Email: marc@mwwolf-fiction.co.uk
4  Plaintiff in Pro Per

5              UNITED STATES DISTRICT COURT

6              CENTRAL DISTRICT OF CALIFORNIA

7

8

9  MARC WOLSTENHOLME,              CASE NO. 2:25-CV-00053-FMO-BFM HON.
            Plaintiff,
10 vs.                             Hon. Fernando M. Olguin
   RIOT GAMES, INC.,
11          Defendant              DECLARATION OF MARC
                                   WOLSTENHOLME
12
13                                 NOTICE OF LODGING SUPPLEMENTAL
                                   EXHIBIT ((LINKED TO EXHIBITS I AND J
14                                 OF THE SECOND AMENDED
                                   COMPLAINT)
15

16

17 Dated this: May 04, 2025

18                                  *M.WOLSTENHOLME* (signature)
                                   _____
19                                 [MARC WOLSTENHOLME]

20

21

22

23

24

25

26

27                              1
28   Notice of Lodging Supplemental Exhibit (Linked to Exhibits I and J)"

**PLAINTIFF'S SUPPLEMENTAL EXHIBIT**

Linked to Exhibits I and J of the Second Amended Complaint

Declaration of Marc Wolstenholme Regarding Additional Arcane Contributors Identified Through Public and Direct Communication.

**Introduction**

This Supplemental Exhibit expands upon the individuals named in Exhibits I and J of the Second Amended Complaint, which collectively identified approximately 50 people publicly or privately confirmed to have worked on Arcane. Through continued investigation, including the review of LinkedIn profiles, professional portfolios, public interviews, and direct contact, Plaintiff has compiled further evidence of contributors who were engaged during key stages of Arcane's production.

Notably, publicly available information and first-person statements indicate that the animation, production, and narrative implementation occurred in 2020 and 2021. This timeline is consistent with public anniversary footage showing teaser content prepared in 2019, but the series had not yet been fully greenlit or staffed until mid-to-late 2020.

The evidence contradicts Riot's representations about the early origins and development timeline of Arcane. Additionally, inconsistencies across CVs, portfolio timelines, and company statements raise concerns about possible backdating or strategic narrative

manipulation, including misrepresented job durations and false project attributions, potentially to obscure when and how the core narrative and production framework were created.

Furthermore, this pattern of misrepresented production timelines and inflated job titles has broader implications for the entertainment industry. Riot Games has developed a reputation as a "springboard" company, where unearned titles such as "Executive Producer" or "Lead Writer" or "Director of Animation" are granted not through traditional merit or contribution, but through internal favoritism, Bro-mancing and strategic positioning. Multiple sources, including individuals affiliated with the production, have repeated variations of the phrase "people go to Riot to fuck about and get paid," reflecting a known culture of inflated roles and performative production credits. This practice creates false credentials that allow individuals to ascend into senior roles at other companies, damaging both the credibility of the creative industry and the integrity of professional titles. It also obscures the true origins and ownership of creative content, which is central to the present case.

Plaintiff includes this expanded list of contributors as part of the evidentiary record supporting the claims of access and misappropriation and reserves the right to seek discovery or further testimony from individuals with material knowledge of Arcane's actual development history and the creative sources used.

3
Notice of Lodging Supplemental Exhibit (Linked to Exhibits I and J)"

**Arcane CV Table**

| NAME | ROLE ON ARCANE | APPROX. DATES WORKED |
|---|---|---|
| ROBIN LHEBRARD | Arcane S1 | janvier 2019 - février 2019 (2 mois) |
| RAFFAELE IZZO | Arcane S2 | Visual Development · (2019 - 2020) |
| MICHAEL ETIENNE | March 2012 - August 2020 (8 years 6 months) | |
| MOÏSE HERGAUX-ESSAME | Character animator on the project Arcane | October 2018 - October 2019 (1 year 1 month) |
| PU LIU | | June 2018 - October 2020 (2 years 5 months) |
| SACHA DURU | Arcane season 2 | Master 1 (M1), cinéma d'animation 3D et effet spéciaux · (2016 - 2021) |
| ROBIN LAGARDE | -- Arcane: League of Legends - Seasons 1 & 2 | novembre 2018 - février 2019 (4 mois) |
| SILVIA MARTELOSSI | Story Supervisor on Arcane s2 by Riot Games | screenwriting for animation, radhowtoschool · (2021 - 2021) |
| NOÉMIE HALBERSTAM | Master's degree, CG student / VFX student · (2016 - 2020) | |
| QUENTIN COLLET | Compositing Artist : ARCANE PILOT | juillet 2019 - juillet 2021 (2 ans 1 mois) |
| SÉBASTIEN ASENSIO | CG Character Animator & Lead Animator on "Arcane" Season 02 (Netflix) | novembre 2018 - mai 2019 (7 mois) |
| MELVIN LIMOGE | Matte painter sur la série Arcane S2 | février 2019 - août 2019 (7 mois) |
| OLGA KOLOMITSKAYA | October 2015 - February 2019 (3 years 5 months) | |
| PAUL BELLEZZA | Jan 2019- Present. | |
| OLIVER RYAN | July 2015 - July 2019 (4 years 1 month) | |
| PAULINE DUPUY | Assets Production Manager on Arcane S1 & S2 | juin 2018 - mai 2020 (2 ans) |
| MARIE DE DURAT | décembre 2018 - avril 2019 (5 mois) | |
| LOLA DELMAS | Chargée de Production sur la série Arcane pour les départements: | janvier 2018 - mars 2019 (1 an 3 mois) |
| MARILYS PELLÉ | Arcane season 2 | novembre 2018 - février 2019 (4 mois) |
| LORENZO BUZZ | Character Animator on Arcane Season 1 | luglio 2018 - giugno 2019 (1 anno) |

| | | |
|---|---|---|
| MARTIAL ANDRE | - « Arcane » Serie - Riot Games | mars 2019 - décembre 2019 (10 mois) |
| MARLENE TOREST | | juillet 2017 - mai 2019 (1 an 11 mois) |
| MARINE GOMBERT | | août 2020 - août 2020 (1 mois) |
| MATTHIEU RAZUNGLES | Character Animator on Arcane - Animated serie | March 2019 - March 2019 (1 month) |
| MAXIMILIEN LY | on animated series "Arcane" (a RIOT Games project) | juillet 2018 - février 2019 (8 mois) |
| JONAH LIN HUANG NIN | #NAME? | technologie interactive, vidéographie et effets spéciaux · (2019 - 2023) |
| JULIA DECH | Arcane - saison 1 | June 2018 - May 2020 (2 years) |
| MAYE MAC-SWINEY | Launched Arcane in Spain, Italy and Portugal securing the second highest | March 2018 - March 2019 (1 year 1 month) |
| PAULINE MOTARD | Arcane - League of Legends - Seasons 1&2 | |
| KEN BASIN | the second season of the Emmy Award-winning Arcane.  Ken is | September 2017 - January 2019 (1 year 5 months) |
| KÉVIN PHOU | février 2019 - février 2019 (1 mois) | |
| JULIANA DE LUCCA | | |
| KARL CHAN | project : Arcane (League of Legends series) | July 2018 - May 2019 (11 months) |
| LAURIE GOULDING | March 2019 - October 2022 (3 years 8 months) | |
| FRANCESCA CASAREGGIO | · (2020 - 2020) | |
| KIAHNA MANKER | Production Coordinator on "Arcane" | May 2017 - May 2019 (2 years 1 month) |
| LÉA CHERVET | | |
| GEM LIM | | |
| LAURA MUNOS | CG animation and FX Master Degree, 3D · (2017 - 2021) | |
| FLORIAN TITONE | septembre 2017 - août 2019 (2 ans) | |
| GEOFFROY THOORENS | Arcane (League Of Legends Series) Saison 1 | mars 2019 - janvier 2021 (1 an 11 mois) |
| JANET KIM | | May 2018 - April 2019 (1 year) |

5

Notice of Lodging Supplemental Exhibit (Linked to Exhibits I and J)"

| | | | |
|---|---|---|---|
| 1 | GILAD CARMEL | Editor on "Arcane" S1 and S2, a breakthrough CGI animated series based on | November 2019Â -Â PresentÂ (5 years 6 months) |
| 2 | INES SCHEIBER | Working in-house for "Arcane" season 2 | December 2021Â -Â February 2022Â (3 months) |
| 3 | GUILLAUME POIGNANT | Character FX Artist & Setup on Arcane Legend | janvier 2019Â -Â fÃ©vrier 2019Â (2 mois) |
| 4 | CLARISSE RUBINI | 3D Character Animator on Arcane | March 2019Â -Â PresentÂ (6 years 3 months) |
| 5 | JADE VINCEN | - Suivi de l'Ã©criture des scripts de la saison 2 d'Arcane | septembre 2019Â -Â dÃ©cembre 2020Â (1 an 4 mois) |
| 6 | CLÃ©MENTINE DROUINEAU | la fin d'Arcane saison 2 puis poursuite du poste sur les projets suivants | vidÃ©ographie et effets spÃ©ciauxÂ Â· (2018Â -Â 2020) |
| 7 | JÃ©RÃ´ME DUPRÃ© | 2D FX animator on Arcane | September 2018Â -Â March 2019Â (7 months) |
| 8 | DANTE DOUGLAS | September 2018Â -Â December 2019Â (1 year 4 months) | |
| 9 | ELLA GREENSMITH- UK | Bachelor of Arts - BA,Â Game and Interactive Media DesignÂ Â· (September 2021) | |
| 10 | ELODIE CAPO-CHICHI | janvier 2018Â -Â juin 2020Â (2 ans 6 mois) | |
| 11 | DANIEL QUINTERO | Character animator on Arcane | janvier 2019Â -Â octobre 2019Â (10 mois) |
| 12 | CONOR SHEEHY | release, before helping found Riot's new Arcane team. While there, I worked | January 2018Â -Â May 2022Â (4 years 5 months) |
| 13 | DIMITRI JAMES | dÃ©cembre 2018Â -Â aoÃ»t 2019Â (9 mois) | |
| 14 | ESTELLE HOCQUET | Storyboard artist on Arcane Season 02 | octobre 2018Â -Â fÃ©vrier 2020Â (1 an 5 mois) |
| 15 | ETIENNE MATTERA | Lead Storyboard sur la sÃ©rie "Arcane" (Riot Games) | octobre 2018Â -Â mars 2019Â (6 mois) |
| 16 | ANTOINE MARCHAND | Master RÃ©alisateur NumÃ©rique,Â Animation 3DÂ Â· (septembre 2016Â -Â juin 2021) | |
| 17 | BRUNO COUCHINHO | Concept Art envirronment/ 2D - serie 3D Arcane | |

| | | | |
|---|---|---|---|
| 1 | CAMILLE LACROIX | I worked on Arcane S2 at the studio in Montpellier. Watch the show on Netflix, | May 2018Â -Â May 2019Â (1 year 1 month) |
| 2 | | | |
| 3 | CHARLOTTE O'NEILL | Lead background painter on Arcane | 2018Â -Â 2019Â (1 an) |
| 4 | CAROLINE RENAULT | Arcane | mars 2019Â -Â juin 2022Â (3 ans 4 mois) |
| 5 | CHRISTOPHE OLIVER | backgrounds design on Arcane | novembre 2018Â -Â avril 2020Â (1 an 6 mois) |
| 6 | CHRISTINE PONZEVERA | Arcane S2 Producer \| Productrice Arcane saison 2 | October 2013Â -Â June 2019Â (5 years 9 months) |
| 7 | CAMILLE POULAIN | CFX sur Arcane saison 1 et 2, Clip "Enemy". | DNSEP,Â InfographieÂ·Â (2017Â -Â 2019) |
| 8 | CHRISTELLE BOCO | 2018Â -Â aoÃ»t 2020Â (2 ans) | |
| 9 | ALEXIS FERNANDEZ | Senior Character Animator on "Arcane" Season 1 | avril 2019Â -Â mars 2020Â (1 an) |
| 10 | ALEXANDRE LE BRETON | Production Manager on "Arcane Season 2" Characters & Props Department, | avril 2018Â -Â juin 2019Â (1 an 3 mois) |
| 11 | | | |
| 12 | ALEXIS LAFUENTE | | |
| 13 | ALICE MARTINEZ | Bachelor animateur 3D,Â AnimationÂ·Â (2017Â -Â 2020) | |
| 14 | | | |
| 15 | ALINE HANANEL | Crowd animator on Arcane pilot | dÃ©cembre 2018Â -Â janvier 2019Â (2 mois) |
| 16 | ANNE-LAURE TO | Visual Development Artist _Matte Painter on "Arcane" | February 2017Â -Â January 2020Â (3 years) |
| 17 | ARNAUD BAUDRY | Arcane, a League of Legends animated TV series developed and produced by | avril 2016Â -Â octobre 2019Â (3 ans 7 mois) |
| 18 | | | |
| 19 | ARCANE'S | | |
| 20 | ANTHONY P. AGUIAR | CG Character Animator on "ARCANE - Season 02" | Master's degree,Â CinÃ©ma d'Animation 3DÂ·Â (septembre 2015Â -Â juin 2020) |
| 21 | ANTOINE DEPREZ | Arcane Season 1 - Team BG/Environment | December 2018Â -Â March 2019Â (4 months) |
| 22 | SIMON MAGNAN | on the animated series "Arcane" Season 1 (Riot Games) | novembre 2018Â -Â aoÃ»t 2019Â (10 mois) |
| 23 | | | |
| 24 | SOPHIE ZOURANE | Character Animator on ARCANE - Riot animated series | mars 2019Â -Â mars 2021Â (2 ans 1 mois) |
| 25 | | | |
| 26 | STEVEN J. MEYER | Lead Animator: Arcane Seasons 1 & 2 | January 2020Â -Â January 2020Â (1 month) |
| 27 | | | |
| 28 | | | |

| | | |
|---|---|---|
| **SUHEB ZAKO** | Concept artist on "Arcane" Season 2 (league of legend), by Riot Games at | May 2021Â -Â June 2021Â (2 months) |
| **YU-TING ZHOU** | to projects 'Arcane', 'The Secret Life of Pets2', 'Go!Go!Cory Carson'. | Master of Fine Arts - MFA,Â AnimationÂ Â·Â (2015Â -Â 2021) |
| **VICTOR MAURY** | Arcane Season 1 & 2 | August 2015Â -Â May 2019Â (3 years 10 months) |
| **WILLIS FRANÃ§OIS** | Arcane Saison 1 | mars 2019Â -Â avril 2020Â (1 an 2 mois) |

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

9
Notice of Lodging Supplemental Exhibit (Linked to Exhibits I and J)"

**TABLE AND CV ANALYSIS**

**TABLE AND CV ANALYSIS**

The collected CVs and LinkedIn profiles of more than 85 individuals, on top of the 50 or so already evidenced in prior documents, who worked on Arcane strongly indicate a distinct and traceable production timeline. The evidence reflects the following pattern:

**Early Development and Announcement (Summer 2019):**

Several public statements and internal Riot Games materials, alongside the CVs, confirm that Arcane was officially announced as part of Riot's 10-year anniversary celebration in October 2019. However, preliminary visual development and teaser content were likely created in the summer of 2019, as evidenced by early credits tied to "initial concept work" or teaser production, which align with Fortiche Production SAS's activity during that period.

**Hiatus Period (Late 2019 to Early 2020):**

The CV data shows a notable absence of large-scale hiring or animation credit activity during late 2019 and early 2020. This pause is consistent with statements from Riot that the show had not yet been fully greenlit or moved into full production at this time. This lull undermines any suggestion that Arcane was already in high-volume production prior to the greenlight decision of Mid to end of 2020.

**Post-Greenlight Scaling (Mid to Late 2020 Onward):**

Beginning around mid-2020, there is a dramatic spike in recruitment and engagement at Fortiche Production SAS, particularly for roles in 2D/3D animation, compositing, storyboarding, rigging, effects, and production coordination. The majority of listed team members began their Arcane roles between June 2020 and early 2021, a window that strongly suggests that principal animation production began after the official greenlight.

**Mass Recruitment of Animators:**

The data overwhelmingly shows that the bulk of the workforce involved in the animation and execution of Arcane were hired between mid-2020 and late 2021, consistent with standard animation production cycles post-greenlight. This includes both Fortiche-based animators and remote artists contracted through Riot's partner networks.

**Implications for Discovery and Development Timelines:**

These findings are highly relevant to the timeline disputes in this case. They suggest that Arcane's core story development and production did not meaningfully begin until after the point at which Plaintiff's manuscript was already disseminated into key agency networks and submission portals. Furthermore, they refute Riot's claim of long-standing, independent development, instead showing a condensed, post-2020 production surge.

**Conclusion**

The collected evidence, including resumes from well over 100 professionals credited on Arcane, as well as public interviews and statements by the show's own creators, clearly demonstrates that Arcane entered full production only after mid-2020, despite Riot Games' legal team's claim that all scripts were "locked in" by the end of 2019.

As detailed in this supplemental exhibit and reinforced in Exhibits I and J:

A 10-year anniversary promotional clip was produced in mid-2019, likely as a pitch tool, not an indication of full-scale production.

The majority of animators, production designers, and story artists were hired or became active contributors only in 2020 and 2021, with contracts, LinkedIn dates, and CVs explicitly referencing Arcane work beginning after Riot's alleged script finalization date.

Amanda Overton, a writer and executive producer, has stated in multiple public interviews (Nov. 2024, Nov. 2021) that much of Season 2 was written after Season 1 aired, and that even during lockdowns in 2020–2021 she was actively developing characters like Caitlyn and rewriting content alongside Alex Yee and Christian Linke as evidenced in the SAC-complaint as one.

Jane Chung Hoffacker, another executive producer, admitted that the team struggled to get Arcane greenlit and that she was actively reviewing scripts and hiring talent

during the project's formative stages, contradicting claims that her role was non-creative and that everything was resolved by the end of 2019.

Even Riot's own concept artist Charles Lee stated that worldbuilding elements such as Still Water Hold were added post-2020, which is further evidenced by his map development posts and employment timeline, as evidenced in the SAC- complaint as one.

Taken together, this evidence directly contradicts Riot Games' assertion that development concluded before Plaintiff's April 2020 submissions. On the contrary, the record reflects that scriptwriting, character development, and worldbuilding were ongoing well into late 2020 and beyond. This reinforces Plaintiff's claims of access and further undermines Riot's defense of independent creation or pre-existing lock-in of creative content.

Riot's legal Team are engaging in aggressive, harassing and abusive litigation tactics because if the evidence is seen and decisions are made on the merits of the case, they really haven't got a defense. Their abuse in these procedures, including trying to bully the plaintiff into dropping the cases, which has been explicitly observed and commented on by Riot's Legal Team, the Magistrate Judge, and even their wider cult community, matches the patterns of the abuse, IP theft, sabotage, retaliations, harassment and threats already observed at Riot Games in its short by extremely disturbing history.

Some examples are the retaliations, harassment and threats against endless women as noted in the Class action. The same behaviors in the Chronoshift Case, the Swiping of code from a US rivel and the sabotage of a public game so they could build LOL. Riot are a

Notice of Lodging Supplemental Exhibit (Linked to Exhibits I and J)"

menace and a direct threat to the US and to the state of California and need to be investigated by the FBI and the courts because they are not and have never been safe.

How can they be trusted with so much data control if they can't even be trusted with manuscripts and they have direct links to Military civil fusion concerns?

Given the behaviors of Riot's Legal team in the Mett and Confer sessions, The Plaintiff is worried.

**Declaration of Authenticity:**

I, Marc Wolstenholme, declare under penalty of perjury that the statements made are true and accurate

Executed on May 04, 2025, in Coventry, England.

Respectfully submitted,

Signature: *M.WOLSTENHOLME.*

Marc Wolstenholme

Plaintiff in Pro Per

5 Shetland Close

Coventry, England CV5 7LS

marc@mwwolf-fiction.co.uk