**Exhibit A - Meet and Confer Chart - and all papers and records on file in this action.**

**Exhibit A1- Meet and Confer – Formal Written Questions for Riot Games Legal Team**

Sent to Josh Geller- Fri 2 May, 15:53



**Formal Written Questions for Riot Games Legal Team**

Initial Disclosures & Discovery (Rule 26)

Why has Riot not produced Rule 26 initial disclosures as required under FRCP and L.R. 26-1?

When does Riot intend to comply fully with its obligation to identify persons, documents, and materials relevant to Plaintiff's claims?

Will Riot agree to produce a timeline for its internal development of Arcane showing when key scripts and production materials were created?

Document Requests (Requests for Production / RFPs)

When will Riot produce internal server logs showing access to the Riot Forge submission platform, including IP addresses, timestamps, and uploaded content?

Has Riot searched and preserved materials responsive to the term "Bloodborg," "M.W. Wolf," or similar or codename? If not, why?

Will Riot confirm whether any manuscript or longform material was downloaded, saved, or distributed from the Riot Forge system?

Interrogatories

Who were the individuals who reviewed submissions through Riot Forge between 2019 and 2022?

Who at Riot, Fortiche, UTA, or CBG had access to external submissions during the relevant period?

Has Riot disclosed all individuals involved in the casting and story development of Arcane from 2018 to 2022, if not when will they?

Riot Forge and Submission Systems

Will Riot formally admit or deny that its public Forge submission page allowed attachments and did not require login, as demonstrated in Dkt. 118?

If Riot contests this, will they produce server-level audit trails to support their claim?

Suppression & Spoliation of Evidence

Has Riot instituted a legal hold or preservation order for all submission-related logs and
developer portal data?

Can Riot confirm that no relevant data from Forge or Riot's servers has been deleted
since the start of this litigation?

Will Riot allow a neutral forensic examination of their developer portal for evidence of
submission and review activity?

CBG, UTA, and Jonny Geller and Felicity Blunt Involvement

Has Riot, its counsel, or any third-party investigator informed Curtis Brown Group (CBG)
or United Talent Agency (UTA) of the specific allegations regarding misuse of Plaintiff's
manuscript?

Has Jonny Geller or Felicity Blunt been contacted, deposed, or issued a litigation hold
notice in connection with this case?

Has Riot disclosed to CBG that its representations are central to a federal copyright
dispute?

Involvement of Christian Linke and Amanda Overton

Has Christian Linke been notified of the criminal or forensic allegations pending in this
matter?

Was Amanda Overton's submitted material obtained independently, or passed through
agency coordination with UTA or CBG?

Requests for Admission (RFAs)

Why has Riot categorically denied all RFAs without qualification, even those concerning public information or timing (e.g., Arcane development dates)?

Is Riot willing to amend any RFAs to clarify or resolve disputed factual issues prior to motion practice?

Magistrate Recusal & Misconduct Allegations

Does Riot oppose Plaintiff's motion to recuse the Magistrate Judge for cause, and will it stipulate to reassignment to avoid further prejudice?

Will Riot deny the Plaintiff's documented concerns that improper pressure was applied during the confidential settlement process?

General Procedural Integrity

Will Riot commit to producing written responses to all questions raised in this meet and confer, in a form that can be used to establish a written record under L.R. 37-1?

Will Riot stipulate that it will not mischaracterize the tone, substance, or outcome of this meeting in any future filing?

Insurance Disclosure

Please confirm whether Riot Games has any applicable insurance coverage relevant to the claims or potential liabilities in this case, pursuant to Federal Rule of Civil Procedure 26(a)(1)(A)(iv).

Harassment, Cult Activity, and Community Coordination

Has Riot taken any internal action or inquiry regarding repeated patterns of harassment and threats the Plaintiff received, including those that mirrored statements made by Riot at the settlement conference?

Will Riot disavow involvement with or coordination with community actors or cult followers harassing the Plaintiff?

Does Riot condone the conduct of its legal team, which includes repeated attempts to provoke or destabilize Plaintiff?


Notes...


**Exhibit A2- Follow-Up and Request for Written Responses – May 2 Meet and Confer**

Sent to Josh Geller- 2 May 2025, 17:45



**Follow-Up and Request for Written Responses – May 2 Meet and Confer**

Dear Mr. Geller,

Thank you for taking the time to meet and confer today, May 2, 2025. I'm sorry that you attended with the intent to not actually speak of any matters and to talk over me and continually threaten to end the call from the start.

As discussed at the outset, I took detailed notes and indicated that I would be seeking written responses to ensure a clear and accurate record of the discussion, especially given the pattern of mischaracterizations and unresolved discovery issues. Unfortunately, many of my questions were met with refusals to answer, statements of non-preparedness, or threats to end the call prematurely.

Accordingly, I now formally request written responses to the questions I raised, including but not limited to those listed in the attached document, which covers topics including:

Riot's failure to produce Rule 26 initial disclosures

Discovery timelines and document production

Riot Forge submission portal operation and data preservation

Involvement of Curtis Brown Group, UTA, and named agents

Awareness of allegations by relevant third parties

Riot's position on Magistrate Judge recusal

Insurance disclosure under Rule 26

Patterns of harassment and bad faith conduct

Requests for clarification regarding categorical RFA denials

Wayback Machine evidence misuse or manipulation

Telling the Plaintiff he doesn't know what he is talking about

Access issues including the three routs of access.

Telling the Plaintiff he can not make Motions

I respectfully request that Riot respond to these issues in writing within seven (7) days, as permitted under Local Rule 37-1 and to facilitate the motion practice now required. This request is made in good faith and with the goal of resolving or narrowing issues before further proceedings.

Please confirm receipt and whether you will provide formal written responses.

Sincerely,

Marc Wolstenholme

Plaintiff in Pro Per

**Exhibit A3- Meet and Confer Issues Chart - Wolstenholme v. Riot Games**

| Topic | Date(s) Raised | Plaintiff's Position | Riot's Response | Status |
|---|---|---|---|---|
| *Failure to Provide Initial Disclosures* | Multiple (Feb-Apr 2025) | Plaintiff repeatedly requested Rule 26 disclosures. | Riot delayed, citing bifurcation and settlement. | Unresolved |
| *Discovery - Riot Forge Internal Servers* | March-April 2025 | Plaintiff demanded production of internal submission servers, portals, and attachments. | Riot refused, claimed irrelevant, minimized open submission system. | Unresolved |
| *Wayback Machine Misuse* | April 2025 | Plaintiff objected to Riot's reliance on unreliable Wayback Machine instead of internal records. | Riot ambushed Settlement and continues to rely on Wayback Machine. | Unresolved |
| *Suppression of Submission Portals* | April 2025 | Plaintiff alleged Riot concealed real submission routes active during Arcane's development. | Riot denied active portals despite contrary evidence. | Unresolved |
| *Access Routes through Agencies (UTA/CBG)* | Feb-April 2025 | Plaintiff demonstrated overlap of agents and talent supporting access. | Riot has largely ignored this topic substantively. | Unresolved |
| *Riot's Misleading Statements at Settlement Conference* | April 2025 | Plaintiff alleged Riot misled Judge and Plaintiff about Forge submission availability. | Riot denied misconduct; asserted settlement confidentiality (improperly). | Unresolved |
| *Spoliation / Evidence Preservation Failures* | April 2025 | Plaintiff concerned Riot failed to preserve server data and internal emails. | Riot has refused to confirm litigation holds or production. | Unresolved |
| *Harassment and Threats via Counsel and "Community"* | Feb-April 2025 | Plaintiff documented emails, threats, and bad faith pressure tactics. | Riot has denied responsibility, doubled down on pressure. | Ongoing |
| *Motions to Strike Legitimate Filings* | April 2025 | Plaintiff contests Riot's attempt to strike critical evidence disclosures. | Riot aggressively seeks to strike multiple filings. | Ongoing |

| *Motion to Lift Discovery Stay* | March 2025 | Plaintiff seeks to lift unjustified discovery stay and proceed. | Riot opposed, arguing bifurcation/stay should remain. | Pending Court Ruling |

**Notes:**

- Plaintiff attempted to schedule meet and confers multiple times since February 2025.
- Riot delayed substantive meet and confer discussions until after settlement conference.
- Riot's "availability" tactics have imposed unreasonable demands.
- Plaintiff continues to seek good faith dialogue.

**Declaration of Authenticity:**

I, Marc Wolstenholme, declare under penalty of perjury that the statements made are true and accurate

Executed on May 02, 2025, in Coventry, England.

Respectfully submitted,

Signature:

Marc Wolstenholme

Plaintiff in Pro Per

5 Shetland Close

Coventry, England CV5 7LS

marc@mwwolf-fiction.co.uk