Marc Wolstenholme
5 Shetland Close
Coventry, England CV5 7LS
Telephone: 044 7827964404
Email: marc@mwwolf-fiction.co.uk
Plaintiff in Pro Per

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARC WOLSTENHOLME,<br>            Plaintiff,<br>vs.<br>RIOT GAMES, INC.,<br>            Defendant | CASE NO. 2:25-CV-00053-FMO-BFM HON.<br><br>*Hon. Fernando M. Olguin*<br><br>DECLARATION OF MARC WOLSTENHOLME<br><br>EXHIBIT B- THE WAYBACK MACHINE'S CAPTURE OF THE ARCANE 10-YEAR ANNIVERSARY VIDEO |

Dated this: May 05, 2025

*M.WOLSTENHOLME*
_____
[MARC WOLSTENHOLME]

1

EXHIBIT B- THE WAYBACK MACHINE'S CAPTURE OF THE ARCANE 10-YEAR ANNIVERSARY VIDEO

The Wayback Machine's capture of the Arcane 10-Year Anniversary Video, a key promotional event for the series, which does not appear in the archive until December 19–20, 2020, despite Riot's claim that Arcane was announced in October 2019 as part of its League of Legends 10-year celebration. If Riot contends that the absence of Forge portal records on the Wayback Machine undermines Plaintiff's claims, then it must also explain how its own flagship Arcane promotional content, apparently widely marketed and circulated, was not captured for over a year.

The website link- [https://www.youtube.com/watch?v=IA-v_LB3Qpc&ab_channel=LeagueofLegends](https://www.youtube.com/watch?v=IA-v_LB3Qpc&ab_channel=LeagueofLegends)

**The Findings –**



2

EXHIBIT B- THE WAYBACK MACHINE'S CAPTURE OF THE ARCANE 10-YEAR ANNIVERSARY VIDEO



3

EXHIBIT B- THE WAYBACK MACHINE'S CAPTURE OF THE ARCANE 10-YEAR ANNIVERSARY VIDEO

|    |    |    |    |    |    |    |
|----|----|----|----|----|----|----|
|    |    | 30 | 31 |    |    |    |

**DEC**

|    | 1  | 2  | 3  | 4  | 5  |
|----|----|----|----|----|----|
| 6  | 7  | 8  | 9  | 10 | 11 | 12 |
| 13 | 14 | 15 | 16 | 17 | 18 | **19** |
| **20** | 21 | 22 | 23 | 24 | 25 | 26 |
| 27 | 28 | 29 | 30 | 31 |    |    |

4

EXHIBIT B- THE WAYBACK MACHINE'S CAPTURE OF THE ARCANE 10-YEAR ANNIVERSARY VIDEO

**Declaration of Authenticity:**

I, Marc Wolstenholme, declare under penalty of perjury that the statements made are true and accurate

Executed on May 05, 2025, in Coventry, England.

Respectfully submitted,

Signature: *M.WOLSTENHOLME.*

Marc Wolstenholme

Plaintiff in Pro Per

5 Shetland Close

Coventry, England CV5 7LS

marc@mwwolf-fiction.co.uk

5

EXHIBIT B- THE WAYBACK MACHINE'S CAPTURE OF THE ARCANE 10-YEAR ANNIVERSARY VIDEO