Marc Wolstenholme
5 Shetland Close
Coventry, England CV5 7LS
Telephone: 044 7827964404
Email: marc@mwwolf-fiction.co.uk
Plaintiff in Pro Per

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARC WOLSTENHOLME,<br>            Plaintiff,<br>vs.<br>RIOT GAMES, INC.,<br>            Defendant | CASE NO. 2:25-CV-00053-FMO-BFM HON.<br><br>*Hon. Fernando M. Olguin* |

Dated this:      , 2025

1

[PROPOSED] ORDER GRANTING PLAINTIFF'S MOTION TO REASSIGN MAGISTRATE JUDGE FOR CAUSE

**[PROPOSED] ORDER GRANTING PLAINTIFF'S MOTION TO COMPEL DISCOVERY RESPONSES, FOR SANCTIONS UNDER FRCP 37, AND FOR A PROTECTIVE ORDER**

Upon consideration of Plaintiff Marc Wolstenholme's Motion to Compel Discovery, Request for Sanctions pursuant to Rule 37 of the Federal Rules of Civil Procedure, and Motion for Protective Order; and having considered all supporting documentation and the record in this matter:

IT IS HEREBY ORDERED THAT:

Defendant Riot Games, Inc. shall produce full and complete responses to Plaintiff's outstanding discovery requests, including:

Initial disclosures under Rule 26(a)(1);

Interrogatory responses identifying relevant personnel and submission reviewers;

Riot Forge portal server and metadata logs;

Any documents referencing Plaintiff's work or submission materials.

Defendant shall permit a neutral, court-appointed forensic expert to inspect and preserve relevant metadata and logs concerning the Riot Forge submission system, subject to a mutually agreed protocol.

Sanctions are imposed on Defendant under Rule 37(b) for failure to engage in good faith discovery conduct. Defendant is ordered to pay Plaintiff's reasonable costs associated with filing this motion.

A Protective Order is entered under Rule 26(c) to bar further harassment and obstruction during discovery, including abusive meet and confer behavior. All future meet and confer interactions shall be conducted in writing or under court supervision.

The Court refers this matter to the appropriate authority for preliminary review of whether litigation misconduct by Defendant or its counsel, including alleged misrepresentation of evidence, may warrant further ethical or criminal inquiry.

Plaintiff is permitted to raise supplemental concerns and seek additional relief should new evidence of obstruction, fraud, or discovery violations emerge.

IT IS SO ORDERED.

DATED: _____, 2025

Hon. Fernando M. Olguin

United States District Judge

4

PROPOSED] ORDER GRANTING PLAINTIFF'S MOTION TO REASSIGN MAGISTRATE JUDGE FOR CAUSE