Marc Wolstenholme
5 Shetland Close
Coventry, England CV5 7LS
Telephone: 044 7827964404
Email: marc@mwwolf-fiction.co.uk
Plaintiff in Pro Per

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARC WOLSTENHOLME,<br>　　　　　Plaintiff,<br>vs.<br>RIOT GAMES, INC.,<br>　　　　　Defendant | CASE NO. 2:25-CV-00053-FMO-BFM HON.<br><br>*Hon. Fernando M. Olguin*<br><br>[PROPOSED] ORDER GRANTING PLAINTIFF'S MOTION TO STAY PROCEEDINGS PENDING DETERMINATION OF RECUSAL MOTION (DKT. 125) |

Dated this:　　, 2025

_____

1

[PROPOSED] ORDER GRANTING PLAINTIFF'S MOTION TO STAY PROCEEDINGS PENDING

DETERMINATION OF RECUSAL MOTION (DKT. 125)

[PROPOSED] ORDER

Having considered Plaintiff's Motion to Stay Proceedings Pending Determination of Recusal Motion (Dkt. 125), and good cause appearing, the Court hereby ORDERS as follows:

All proceedings in this matter, including discovery deadlines, motion practice, and hearings, are hereby STAYED pending the Court's decision on Plaintiff's Motion to Reassign the Magistrate Judge for Cause (Dkt. 125).

The hearing currently scheduled for May 15, 2025, and any other deadlines or obligations subject to the current scheduling order, are VACATED and will be reset, if appropriate, following resolution of the recusal motion.

IT IS SO ORDERED.

DATED: _____, 2025

Hon. Fernando M. Olguin

United States District Judge