Marc Wolstenholme
5 Shetland Close
Coventry, England CV5 7LS
Telephone: 044 7827964404
Email: marc@mwwolf-fiction.co.uk
Plaintiff in Pro Per

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARC WOLSTENHOLME,<br>　　　　Plaintiff,<br>vs.<br>RIOT GAMES, INC.,<br>　　　　Defendant | CASE NO. 2:25-CV-00053-FMO-BFM HON.<br><br>*Hon. Fernando M. Olguin*<br><br>DECLARATION OF MARC WOLSTENHOLME<br><br>PLAINTIFF'S MOTION TO STAY PROCEEDINGS PENDING DETERMINATION OF MOTION TO REASSIGN MAGISTRATE JUDGE FOR CAUSE<br><br><br>Thursday, June 5th, 2025<br>Time: 10:00 am<br>Crtrm: 6D |

Dated this: May 06, 2025

*M.WOLSTENHOLME*
_____
[MARC WOLSTENHOLME]

1

PLAINTIFF'S MOTION TO STAY PROCEEDINGS PENDING DETERMINATION OF MOTION TO REASSIGN MAGISTRATE JUDGE FOR CAUSE

# PLAINTIFF'S MOTION TO STAY PROCEEDINGS PENDING DETERMINATION OF MOTION TO REASSIGN MAGISTRATE JUDGE FOR CAUSE

### TO THE HONORABLE COURT, ALL PARTIES, AND COUNSEL OF RECORD:

*This matter has been discussed in the May 2nd, 2025, Meet and Confer in which Mr. Geller stonewalled every single concern and topic.*

Plaintiff, Marc Wolstenholme, appearing pro se, respectfully moves this Court for an order staying all proceedings currently pending before the Magistrate Judge, including the scheduled hearing on June 15, 2025, until such time as the Court has resolved Plaintiff's pending Motion to Reassign Magistrate Judge for Cause Dkt. No 125.

This Motion is made pursuant to the Court's inherent authority to manage its docket and in the interests of justice and judicial economy.

**GROUNDS FOR REQUEST:**

Pending Recusal Motion: Plaintiff has filed a motion to reassign the current Magistrate Judge for cause, citing concerns about impartiality, procedural irregularities, and judicial conduct that undermines public confidence in fair proceedings.

Integrity of the Proceedings: It would be fundamentally prejudicial and procedurally risky to allow matters to proceed, including dispositive or discovery rulings, under the purview of a judicial officer whose impartiality has been challenged until that challenge is resolved.

Preservation of Judicial Economy: A stay avoids unnecessary waste of judicial resources and party efforts should the Court grant the reassignment request and determine that certain prior actions must be reconsidered or vacated.

Fairness to Self-Represented Litigant: As a pro se litigant, Plaintiff is already operating at a significant disadvantage. Requiring continued litigation under a judge whose neutrality is under formal question exacerbates the power imbalance and risks further harm. A Plaintiff should not be scared and worried about his welfare to attend a discovery hearing.

**CONCLUSION:**

For the foregoing reasons, Plaintiff respectfully requests that the Court issue an order staying all current proceedings before the Magistrate Judge, including any discovery deadlines, hearings, or pending determinations, until the Court rules on the Motion to Reassign Magistrate Judge for Cause.

The Plaintiff is sorry for any harm or disruption this may cause. The Plaintiff understands that this may play into the hands of the defendant who is attempting to frustrate and delay proceedings but is worried that if the proceedings are not done properly with fairness and with confidence, the power imbalance, the weaponizing of stress and disabilities and disadvantages will only grow, further exacerbating the court and the Plaintiff and justice.

**Declaration of Authenticity:**

I, Marc Wolstenholme, declare under penalty of perjury that the statements made are true and accurate


Executed on May 06, 2025, in Coventry, England.

Respectfully submitted,

Signature: *M.WOLSTENHOLME.*


Marc Wolstenholme

Plaintiff in Pro Per

5 Shetland Close

Coventry, England CV5 7LS

marc@mwwolf-fiction.co.uk

PLAINTIFF'S MOTION TO STAY PROCEEDINGS PENDING DETERMINATION OF MOTION TO REASSIGN MAGISTRATE JUDGE FOR CAUSE