Hey there friend

I want to give you a hand.
First of, I gonna to be honest here: I don't think you can win against Riot Games/Tencent. This is not me being pessimistic, is about being realistic. They have the means to silence you if things "breach containment", so to speak. If anything, I would urge you to  make the case as public as possible to keep yourself safe.

That being said, I still think you deserve a fighting chance;

As of right now, Riot's Legal Team is VERY confident in that the Court will dismiss your case. They are mostly reliant on the proof "Riot Forge Argument"....  HOWEVER if that fails in the next hearing, they will move to **Plan B**: They will fill a motion to bifurcate discovery to a new "proof" they will present: A series of emails between Praeco/Yee and Jane Hoffacker. The emails are from August 2018/ January 2019 and *I thiiiink* July or June 2019 (but don't take my word for the last one, I'm not sure I'm got it right). The emails from August and January "contain"  9 PDF documents with the "final" script for Season 1; the other mail has the first 5 episodes from S2. (There is also some concept art that was meant to be shared with the skins team at Riot CA, but I'm not sure in which format was sent or if it was a separate mail entirely).

The date of the emails is real. The content is not.

Trying to "investigate" the computer/servers at Fortiche France is a waste of time. During the entire month of February,  they sent a guy (or several, honestly I don't know) from a company called Chronodisk to "Secure" (read: to scrap) everything... BUT there is still something: Many of the computers that the French team used during 2019/2020 were moved to their Spain division (Laspalmas).

All of this to say; If you manage to pass the next step of the process, and IF can push enough to get them to investigate the content of those emails, you must make sure the **Court orders their Email server to produce/verified the mails**. Sending forensic investigators to check the PC at either Riot HQ or Fortiche Paris will get you nothing. Is the only way you might get a step up.

Do what you want with this information. Just be smart about it.
; )


**Message ID:**
EQz5SBu3Qr5qmsMlGrunG-
WIfAHMHkERBiR_XCmleVf5SZxKgRmROynWLZe4dILu2qQG0ygQqBWMzfhrJtkq_FV7Tjmda
zhQvAm7ByazyYo=@proton.me

```
Delivered-To: marc@mwwolf-fiction.co.uk
Received: by 2002:a05:6520:258f:b0:2b2:74ee:366e with SMTP id
u15csp292268lky;
        Mon, 12 May 2025 16:01:35 -0700 (PDT)
X-Google-Smtp-Source:
AGHT+IHFXSRwpDMGtgz7xuhsAxJazS8Pae5cj651PfVNwBnEoxF+BD0FsCM+XJSgIu3SYn4
0uHwr
X-Received: by 2002:a05:6512:6097:b0:549:7145:5d2d with SMTP id
2adb3069b0e04-550d0bd1f56mr370219e87.16.1747090895502;
        Mon, 12 May 2025 16:01:35 -0700 (PDT)
ARC-Seal: i=1; a=rsa-sha256; t=1747090895; cv=none;
        d=google.com; s=arc-20240605;

b=FzClUoV8hzEBBg3i9g4AsvZuRWRV+QKNeWRWUI8rMq1MOa2AiujezXpX/J9zu4/mVm

7llBQ/NVHSAEB4u9fXcb6qHZcnOx+QsV9I1iv2Ae8SKSb5HmjG2laUC+i/PgCrhAIYBB

VODQqVQI1uO1Y8tXbICz0hFzcMhEZTxfXrDUF9Dd/sXDqwf0p8zJUVYrwcvUO0HSaPZd

UneK9rJfTx8qu4+IepUdZyE7bYNgWrFYYv6aVGopNnIx2VVvMQS30EgrIqAfM0HfFgOo

JsFL2AAvcO9uVcsW5mS7hkjUsPs/DxnOjlU9O/VDHyKF1gIKcUAcyVZaePOfhYq/DFEz
        Pb/w==
ARC-Message-Signature: i=1; a=rsa-sha256; c=relaxed/relaxed;
d=google.com; s=arc-20240605;
        h=mime-version:feedback-id:message-id:subject:from:to:date
         :dkim-signature;
        bh=KTuuvp2Sy0NSfJD/zE69MTmRLXpvllZRIt0CWL2qvoc=;
        fh=2xst8XG9Gf0VXJoitn1CNWsJQ7zs3Pw+IjptsSScUPo=;

b=VIGMqBSOHUHyR1XKSbVybr/bJarpDlogCYnJ5zn4iwYuyo1suE67vkbRoc/LVc+Q1z

wqG17up8OmqumOdXk711qZp4Tk6Rqb16QIGY1M1OCu47bsR0Vd9HUKYL8Vwqud6FoNfh

bes5malCHwpXkUMUi/DiMc7Is/EJxPWwDjyXjnpVenjxYRIFsHfBhoQoKHhMef19wy+8

TFgu1FaaOJeNiymyCX7/zMg7BXRXQKvOhDqyeyqk8WmDnvSOH1SE378yzbh1WOCjENUs

65SOGrO19LLfFDC7lA4y0EzB2297/557bPfWIRKqJN6IIKAs60x25mvVCJ84IV/R8vbB
        ALxQ==;
        dara=google.com
ARC-Authentication-Results: i=1; mx.google.com;
       dkim=pass header.i=@proton.me
header.s=x7p7bzktdza53ckq46trl7nqhi.protonmail header.b=gnzjAZU8;
       spf=pass (google.com: domain of arcanecase@proton.me designates
79.135.106.97 as permitted sender) smtp.mailfrom=arcanecase@proton.me;
       dmarc=pass (p=QUARANTINE sp=QUARANTINE dis=NONE)
header.from=proton.me
Return-Path: <arcanecase@proton.me>
Received: from mail-10697.protonmail.ch (mail-10697.protonmail.ch.
[79.135.106.97])
        by mx.google.com with ESMTPS id 2adb3069b0e04-
54fc6474762si3973890e87.53.2025.05.12.16.01.35
        for <marc@mwwolf-fiction.co.uk>
        (version=TLS1_3 cipher=TLS_AES_256_GCM_SHA384 bits=256/256);
        Mon, 12 May 2025 16:01:35 -0700 (PDT)
Received-SPF: pass (google.com: domain of arcanecase@proton.me
designates 79.135.106.97 as permitted sender) client-ip=79.135.106.97;
```

```
Authentication-Results: mx.google.com;
       dkim=pass header.i=@proton.me
header.s=x7p7bzktdza53ckq46trl7nqhi.protonmail header.b=gnzjAZU8;
       spf=pass (google.com: domain of arcanecase@proton.me designates
79.135.106.97 as permitted sender) smtp.mailfrom=arcanecase@proton.me;
       dmarc=pass (p=QUARANTINE sp=QUARANTINE dis=NONE)
header.from=proton.me
DKIM-Signature: v=1; a=rsa-sha256; c=relaxed/relaxed; d=proton.me;
s=x7p7bzktdza53ckq46trl7nqhi.protonmail; t=1747090893; x=1747350093;
bh=KTuuvp2Sy0NSfJD/zE69MTmRLXpvllZRIt0CWL2qvoc=;
h=Date:To:From:Subject:Message-ID:Feedback-ID:From:To:Cc:Date:
       Subject:Reply-To:Feedback-ID:Message-ID:BIMI-Selector:
       List-Unsubscribe:List-Unsubscribe-Post;
b=gnzjAZU84jueXP8rtxM0Dep01WETd4qC+Jy6ee/vY0799SDkJkFVQxpbSDN5rkImD
```
```
dggmXzr/oHihQ9SB8nJEaAw5TvNfXxzGwkSaApSefHNbJJgPOvcJEeFm4rsDuzJlv7

hWQHsKQ0p8p7x4cufI/McT0tEzO/pWWsCrvSo1UXI9l6wFT5xrmbdhZBhY327uV0xT

FYLcatcGAgrJHjvGRwYIP8TFBLEAAfiDWUR5TENhSSmpql1mcaPnORrnqkc8ks6sIx

CbH+s7ufU85yvSVGZMjTUsip5r2Lwo5tPg82iAkwBPyF9+PTb4Sl3s+9IUIhEf6o0E
       VcH59+oKVJJbg==
```
```
Date: Mon, 12 May 2025 23:01:29 +0000
To: "marc@mwwolf-fiction.co.uk" <marc@mwwolf-fiction.co.uk>
From: arcanecase <arcanecase@proton.me>
Subject: Arcane Case
Message-ID: <EQz5SBu3Qr5qmsMlGrunG-
WIfAHMHkERBiR_XCmleVf5SZxKgRmROynWLZe4dILu2qQG0ygQqBWMzfhrJtkq_FV7Tjmda
zhQvAm7ByazyYo=@proton.me>
Feedback-ID: 141410674:user:proton
X-Pm-Message-ID: 2894c3976f858766c683f77e3398bbf30435f6dc
MIME-Version: 1.0
Content-Type: multipart/alternative;
boundary="b1=_hwkI2fFPlKXzZUJ7uebxTbaNbmJa4anIcJ6qkUlTY"

--b1=_hwkI2fFPlKXzZUJ7uebxTbaNbmJa4anIcJ6qkUlTY
Content-Type: text/plain; charset=utf-8
Content-Transfer-Encoding: base64
```
```
SGV5IHRoZXJlIGZyaWVuZCAoKSSB3YW50IHRvIGdpdmUgeW91IGEgaGFuZC4KRmlyc3Qgb2Y
sIEkg
Z29ubmEgdGG8gYmUgaG9uZXN0IGhlcmU6IEkgZG9uJ3QgdGhpbmsgeW91IGNhbiB3aW4gYWd
haW5z
dCBSaW90IEdhbWVzLL1RlbmNlbnQuIFRoaXMgaXMgbm90IGl1IGJlaW5nIHBlc3NpbWlzdGl
jLCBp
cyBhYm91dCBiZWluZyByZWFsaXN0aWMuIFRoZXkgaGF2ZSB0aGUgbWhbnMgdG8gc2lsZW5
jZSB5
b3UaWYgdGhpbmdzICJjicmVhY2ggY29udGFpbm1lbnQiLCBzbyB0byBzcGVhay4gSWYgYW5
5dGhp
bmcsIEkgd29lbGQgdXJnZSB5b3UgdG8gbWFrZSB0aGUgY2FzZSBhcyBwdWJsaWMgYXMgcG9
zc2li
bGUgdG8ga2VlcCB0b3Vyc2VsZiBzYWZlLgoKVGhhdCBiZWluZyBzYWlkLCBJIHN0aWxsIHR
oaW5r
IHlvdSBBkZXNlcnZlIGEgZmlnaHRpbmcgY2hhbmNlLgoKQXMgb2YgbmlnaHQgbm93LCBSaW9
0J3Mg
TGVnYWwgVGVhbSBSpcyBWRVJZIGNvbmZpZGVudCBpbiB0aGF0IHRoZSBDb3VydCB3aWxsIGR
pc21p
```

c3MgeW91ciBjYXNlLiBUaGV5IGFyZSBtb3N0bHkgcmVsaWFudCBvbiB0aGUgcHJvZ3JlJ
pb3Qg
Rm9yZ2UgQXJldW1lbnQiLi4uLiBIT1dFVkVSSGlmIHRoYXQgZmPbHMgaW4gdGhlIG5leHQ
gaGVh
cmluZzywgdGhleSB3aWxsIG1vdmUgdG8gdGUgxhbiBCOiBUaGV5IHdpbGwgZmlsbCBhIG1vdGl
vbiB0
byBiaWZ1cmNhdGUgZGlzY292ZXJ5IHRvIGEgbmV3ICJwcm9vZiIgdGVsbCB0aGUgbmV4IHByZXN
lbnQ6
IEEgc2VyaWVzZG9mIGVtYWlscyBiZXR3ZWVuIFByYWVjby9ZZZWUgYW5kIEphbmVIb2ZmYWN
rZXIu
IFRoZSBlbWFpbHMgYXJlIGZyb20gQXNuZXN0ICIDIwMTgvIEphbnVhcnkgMjAxOShhbmQgSSB
0aGlp
aWluayBKdWx5IG9yIEp1bmUgMjAxOAoYnV0IGRvbi0IHRha2UgbXkgd29yZCBmb3IgdGh
lIGxh
c3Qgb25lLCBJJ20gbm90IHN1cmUgSSdtIGdvdCBCyaWdodCku IFRoZSBlbWFpbHMgZnJv
vbSBB
dWd1c3QgYW5kIEphbnVhcnkgImNvbnRhaW4iIDkgUERGIGRvY3VtZW50cyB3aXRoIHRoZSA
iZmlu
YWwiIHNjcmlwdCBmb3IgU2Vhc29uIDE7IHRoZSBvdGhlciBtYWlsIGhhcyB0aGUgZmlyc3Q
gNSBl
cGlzb2RlcyBmcm9tIEFMiAoVGhlcmUgaXMgYXWxzyeryBzb21lIGNvbmVlcHQgYXJ0IHRoYQ
gd2Fz
IG1lYW50IHRvIGJlIHNoYXJlZCB3aXRoIHRoZSBza1lucyB0ZWFtIGF0IFJpcHJpb3QgOEsG
ld CBJ
J20gbm90IHN1cmUgaW4gd2hpY2ggZm9ybWF0IHdhcyBzZW50IG9yIGlmIGl0IHdhcyBhIHN
lcGFy
YXRlIG1haWwgZW50aXJlbHkpLgoKVGhlIGRhdGUgb2YgdGhlIGVtYWlscyBpcyByZWFsLiB
UaGUg
Y29udGVudCBpcyBub3QgCpUnlpbmcgdGlg8gImludmVudGlnYXRiI0aGUgb2tHV0ZXI
vc2Vy
dmVycyBhdCBGb3J0aNoZSBcmFyY2UgeXESB3YXN0ZVviB0aW1lLiBEdXJpbmcgdGh
lIGVu
dGlyZSBtb250aCBvIBGZWJydWFyeSwgdGhleSBzZW50IGEgZ3V5IChycIDzXZlcmFsLCB
ob251
c3RseSBJIGRvbi0Itub3cpIGZyb20gYSBjb21wYW55IGNhbGxlZCBaHJvb3kaXNrIHR
vICJT
ZWN1cmUiIChyZWFkOi0byBzY3JhcCkgZXhlcitaGluZy4uLiBCVVQgdGhlcmUgaXMgc3R
pbGwg
c29tZXRoaW5nIG5mIHRoZSBjb1wdXRlcnMgdGhhdCB0aGUgUnJlbmNoIHRlYW0
gdXNl
ZCBkdXJpbmcgMjAxOS8yMDIwIHdIcmUgbWBW92WQgdG8gdGhlaXg03U3BhaW4gZGl2aXNp
gKExh
c3BhbG1hcyksIGCpBbGwgb2YgdGhpcyB0byBzYXk7IElmbIHlvdSBtdW5hZ2UgdG8gcGFzcyB
0aGUg
bmV4dCBzdGVwIG9mIHRoZSBwcm9jZXNzLCBhbmQgSUYgY2FuIHB1c2ggdGV5dWdoIHRvIGd
ldCB0
aGVtIHRvIGludmVzdGlnYXRlIHRoZSBjb250ZW50IG9mIHRob3NlIGVtYWlscywgwgeW91IG1
1c3Qg
bWFrZSBzdXJlIHRoZSBBDb3VydCBvcmRlcnMgdGhlaXIgRWl haWwgc2VydmVyIHRvIHByb2R
1Y2Uv
dmVyaWZpZWQgdGhlIG1haWxzLiBTZW5kaW5gZGRvcmVuc2ljIGludmVzdGlnYXRvcnMgdG8
gY2hl
Y2sgdGhlIFBDIGF0IGVpdGhlciBSaW90IHIhRIG9yIEZvcnRpY2hlIGPhcmlzIHdpdGgZ2V
0IHlv
dSBub3RoaW5nLiBJcyB0aGUgb25seSB3YXkgeW91IGlpZ2h0IGdldCBhIHN0ZXAgdXAuCgp
EbyB3
aGF0IHlvdSB3YW50IHdpdGggdGhpcyBpbmZvcm1hdGlvbi4gSnVzdCBiZSBzbWFydCBhYm9
1dCBp

dC4KOyAp
--b1=_hwkI2fFPlKXzZUJ7uebxTbaNbmJa4anIcJ6qkUlTY
Content-Type: text/html; charset=utf-8
Content-Transfer-Encoding: base64

PGRpdiBzdHlsZT0iZm9udC1mYW1pbHk6IEFyaWFsLCBzYW5zLXNlcmlmOyBmb250LXNpemU6IDE0
cHg7Ij5IZXkgdGhlcmUgZnJpZW5kPC9kaXY+PGRpdiBzdHlsZT0iZm9udC1mYW1pbHk6IEFyaWFs
LCBzYW5zLXNlcmlmOyBmb250LXNpemU6IDE0cHg7Ij48YnI+PC9kaXY+PGRpdiBzdHlsZT0iZm9u
dC1mYW1pbHk6IEFyaWFsLCBzYW5zLXNlcmlmOyBmb250LXNpemU6IDE0cHg7Ij5JIHdhbnQgdG8g
Z2l2ZSB5b3UgYW5kLiA8YnI+PC9kaXY+PGRpdiBzdHlsZT0iZm9udC1mYW1pbHk6IEFyaWFs
LCBzYW5zLXNlcmlmOyBmb250LXNpemU6IDE0cHg7Ij5GaXJzdCBvZiwgwSBnb25uYSB0byByB
iZSBo
b25lc3QgaGVyZTogSSBkb24ndCBoaWueyB5b3UgY2FuIHdpbiBiZhZ2FpbN0IFpb3QgR2F
tZXMv
VGVuY2VudC4gVGhpcyBpcyBub3QgbWUgYmVpbmcgVGc2ltXN0aWMgIGlzIGFib3V0IGJ
laW5n
IHJlYWxpc3RpYy4gVGhleSBoYXZlIHRoZSBtZWFucyB0byBzaWxlbmNlIHlvdSBpZiB0aGl
uZ3Mg
ImJyYWFjCBjb250YWlubWVudCIsIHNvIHRoIHRvIHNwZWFrLiBJZiBhbnl0aGluZyywgSSB3b3V
sZCB1
cmdlIHlvdSB0byBuYNwOBtYWtlIHRoZSBjYXNlIGFzIHB1YmxpYyBhcyBwb3NzaWJsZSB
0byBr
ZWVwIHlvdXJzZWxmIHNhZmUuIDxicj48L2Rpdj48ZGl2IHN0eWxlPSJmb250LWhhbWlseTo
gQXJp
YWwsIHNhbnMtc2VyaWY7IGZvbnQtc2l6ZTogMTRweDsiPjxicj48L2Rpdj48ZGl2IHN0eWx
lPSJm
b250LWhhbWlseTogQXJpYWwsIHNhbnMtc2VyaWY7IGZvbnQtc2l6ZTogMTRweDsiPlRoYXQ
gYmVp
bmcgc2FpZCwgSSBzdGlsbCB0aGluayB5b3UgZGVzZXJ2ZSBIGZpZ2h0aW5nIGNoYW5jTs
8L2Rp
dj48ZGl2IHN0eWxlPSJmb250LWhhbWlseTogQXJpYWwsIHNhbnMtc2VyaWY7IGZvbnQtc2l
6ZTog
MTRweDsiPjxicj48L2Rpdj48ZGl2IHN0eWxlPSJmb250LWhhbWlseTogQXJpYWwsIHNhbnNt
tc2Vy
aWY7IGZvbnQtc2l6ZTogMTRweDsiPkFzIG9mIHJpZ2h0IG5vdywgUmlvdDxzcGFuIic8L3N
wYW4+
cyBMZWWdhbCBCUZWFtIGlzIFZFUlkgY29uZmlkZW50IGluIHRoZXQgdGhlIENvdXJ0IHdpbGw
gZGlz
bWlzcyB5b3VyIGNhc2UuIFRoZXkgYXJlIG1vc3RseSByW5pbmcgb24IHRoZZSBwcm92ZiA
iUmlv
dCBGb3JnZSBBBcmdlbWVudC.LiAu4uJm5ic3A7IEhPV0VWRVIgaaWVgdGhhdCBmYWlscyBpbiB
0aGUg
bmV4dCBoZWFyaW5nLCB0aGV5IHdpbGwgbW92ZSB0byBkb3ByBhY2QQbGFuIEI8L2I+OiBUaGV5IHd
pbGwg
ZmlsbCBhIG1vdGlvbiB0byBiaaWZ1cmNhdGUgUgZGlzY292ZXJ5IHRvIGRlbGFybWV3ICJwcm92ZiI
gdGhl
eSB3aWxsIHByZXNlbnQ6IEEgc2VyaWVzIG9mIGVtYWlscyBiZXR3ZWVuIFByYWYjby9ZZWU
gYW5k
IEphbUM8ZW0+IDwvZW0+PHNwYW4+SDwvc3Bhbj5vZmZZY2tlci4gVGhlIGVtYWls
c2yBh
cmUgZnJvbSBBdWd1c3QgMjAxOC8gSmFudWFyeSAyMDE5IGFuZCA8aT5JIHRoaWpaW5rIDwv
aT5K

dWx5IG9yIEp1bmUgMjAxOSAoYnV0IGRvbid0IHRha2UgbXkgd29yZCBmb3IgdGhlIGxhc3Q
gb25l

LCBJJ20gbm90IHN1cmUgSSdtIGdvdCBpdCByaWdodCkuIFRoZSBlbWFpbHMgZnJvbSBBdWd
1c3Qg

YW5kIEphbnVhcnkgImNvbnRhaW4iJm5ic3A7IDkgUERGIGRvY3VtZW50cyB3aXRoIHRoZSA
iZmlu

YWwiIHNjcmlwdCBmb3IgU2Vhc29uIDE7IHRoZSBvdGhlciBtYWlsIGhhcyB0aGUgZmlyc3Q
gNSBl

cGlzb2RlcyBmcm9tIFMyLiAoVGhlcmUgaXMgYWxwWxzbyBzb2llIGNvbmNlcHQgYXJ0IHRoYX
gd2Fz

IG1lYW50IHRvIGJlIHNoYXJlZCB3aXRoIHRoZSBza2lucyB0ZWFtIGF0IFJpb3QgQ0EsIGJ
ldCBJ

J20gbm90IHN1cmUgaW4gd2hpY2ggZm9ybWF0IHdheScyZW50IG9yIGlmIGl0IHdhcyBhIHN
lcGFy

YXRlIG1haWwgZW50aXJlbHkpLjwvc3Bhbj48L2Rpdj48Z2l2IHN0eWxlPSJmb250LWZhbWl
seTog

QXJpYWws IHNhbnMtc2VyaWY7IGZvbnQtc2l6ZTogMTRweDsiPjxzcGFuPjxicicj48L3NwYW4
+PC9k

aXY+PGRpdiBzdHlsZT0iZm9udC1mYW1pbHk6IEFyaWFsLCBzYW5zLXNlcmlmOyBmb250LXN
pemU6

IDE0cHg7Ij48c3Bhbj5UaGUgUGF0ZSBvZiB0aGUgQW1haWxzIGlzIHJlY3WudIFRoZSBjb25
0ZW50

IGlzIG5vdC4gPGJyPjwvc3Bhbj48L2Rpdj48Z2l2IHN0eWxlPSJmb250LWZhbWlseTogQXJ
pYWws

IHNhbnMtc2VyaWY7IGZvbnQtc2l6ZTogMTRweDsiPjxzcGFuPjxicicj48L3NwYW4+PC9kaXY
+PGRp

diBzdHlsZT0iZm9udC1mYW1pbHk6IEFyaWFsLCBzYW5zLXNlcmlmOyBmb250LXNpemU6IDE
0cHg7

Ij48c3Bhbj5UcnlpbmcgdG8gImIudmVzdGlnYXRlIiB0aGUgY29tcHV0ZXIvc2VydmVycyB
hdCBG

b3J0aWNoZSBjcmFuY2UgaXMgSB3YXN0ZvZiB0aWllLiBEdXJpbmcgdGhlIGVudGlyZSB
tb250

aCBvZiBGZWJydWFyeSwmbmJzcDsgdGhlaSBzZW50IG4gZ3V5IChvciBzZXlcmFsKGob25
lc3Rs

eSBJIGRvbid0IGtub3cpIGZyb20gYSBjb21wYW55IGNhbGxlZCBaaHJvbm9kaXNriHRvICJ
TZWN1

cmUiIChyZWFkIG9yIbyBzY3JhcCkgZXZlcnl0aGluZy4uLiBCVVQgdGhlcmUgaXMgMgc3RpbG
gc29t

ZXRoaW5nOiBNYW55IG9mIHRoZSBjb21wdXRlcnMgdGhhdCB0aGUgRnJlbmNoIHRlYW0gdXN
lZCBk

dXJpbmcgMjAxOSyMDIwIHdlcmUgdGhpY2ugdW92ZWQgdG8gdGhlaXIgU3BhaW4g4g4Z2l2aXNpb24gKGEx
hc3Bh

bGlhcmkuIDxicicj48L3NwYW4+PC9kaXY+PGRpdiBzdHlsZT0iZm9udC1mYW1pbHk6IEFyaWF
sLCBz

YW5zLXNlcmlmOyBmb250LXNpemU6IDE0cHg7Ij48YnI+PC9kaXY+PGRpdiBzdHlsZT0iZm9
udC1m

YW1pbHk6IEFyaWFsLCBzYW5zLXNlcmlmOyBmb250LXNpemU6IDE0cHg7Ij5BBGwgb2YgdGdh
pcyB0

byBzYXk7IElmIHlvdSBTBtYW5hZ2UgdG8gcGFzcyB0aGUgUmbd4cBmGVsbyB2IG9mIHRoZSBwcm9
jZXNz

LCBhbmQgQSUYgY2FuIHB1c2ggZW5vdWdoIHRvIGdldCB0aGVtIHRvIGludmVzdGlnYXRlIHR
oZSBj

b250ZW50IG9mIHRob3NlIGVtYWlscywgewg91l2l1c3QgbWFrZSBzdXdJbHRoZZTxiPiBb3V
ydCBv

cmRlciUgdGhlaXIgRW1haWwgc2VydmVyIHRvIHByb3Y1Z2UdmVyaWZpZWQgdGhlIG1haWw
zPC9i

Pi4gU2VuGluZyBbm3JlbnNpY3Mgdz2F0b3JzIHRvIGNvZW5rIHRoZSBQQyBhdGCB
laXRo

ZXIgUmlvdCBIUSBvciBGb3J0aWNoZSBQYXJpcyB3aWxsIGdldCB5b3Ugbm90aGluZy4gSXM
gdGhl

IG9ubHkgd2F5IHlvdSBtaaWododCBnZXQgYSBzdGVwIHVwIHwvZGl2Pjxka&XYgc3R5bGU9ImZ
vbnQt

ZmFtaWx5OiBBcmlhbCwgc2Fucy1zZXJpZjsgZm9udC1zaXplOiAxNHB4OyI+PGJyPjwvZGl
2Pjxk

aXYgc3R5bGU9ImZvbnQtZmFtaWx5OiBBcmlhbCwgc2Fucy1zZXJpZjsgZm9udC1zaXplOiA
xNHB4

OyI+RG8gd2hhdCB5b3Ugd2FudCB3aXRoIHRoaXMgaW5mb3JtYXRpb24uIEp1c3QgYmUgc21
hcnQg

YWJvdXQgaXQuJm5ic3A7PC9kaXY+PGRpdiBzdHlsZT0iZm9udC1mYW1pbHk6IEFyaWFsLCB
zYW5z

LXNlcmlmOyBmb250LXNpemU6IDE0cHg7Ij47ICk8L2Rpdj48ZGl2IHNeWxlPSJmb250LWZ
hbWls

eTogQXJpYWwsIHNhbnMtc2VyaWY7IGZvbnQtc2l6ZTogMTRweDsiPjxicj48L2Rpdj48ZGl
2IHN0

eWxlPSJmb250LWZhbWlseTogQXJpYWwsIHNhbnMtc2VyaWY7IGZvbnQtc2l6ZTogMTRweDsiPjxi
iPjxi

cj48L2Rpdj48ZGl2IHN0eWxlPSJmb250LWZhbWlseTogQXJpYWwsIHNhbnMtc2VyaWY7IGZ
vbnQt

c2l6ZTogMTRweDsiPjxzcGFuPjxicj48L3NwYW4+PC9kaXY+PGRpdiBzdHlsZT0iZm9udC1
mYW1p

bHk6IEFyaWFsLCBzYW5zLXNlcmlmOyBmb250LXNpemU6IDE0cHg7Ij48YnI+PC9kaXY+PGR
pdiBz

dHlsZT0iZm9udC1mYW1pbHk6IEFyaWFsLCBzYW5zLXNlcmlmOyBmb250LXNpemU6IDE0cHg
7Ij48

c3Bhbj48YnI+PC9zcGFuPjwvZGl2PjxkaXYgc3R5bGU9ImZvbnQtZmFtaWx5OiBBcmlhbCw
gc2Fu

cy1zZXJpZjsgZm9udC1zaXplOiAxNHB4OyI+PGJyPjwvZGl2Pg0KPGRpdiBjbGFzcz0icHJ
vdG9u

bWFpbF9zaWduYXR1cmVfYmxvY2siIHN0eWxlPSJmb250LWZhbWlseTogQXJpYWwsIHNhbnM
tc2Vy

aWY7IGZvbnQtc2l6ZTogMTRweDsiPg0KICAgIDxkaXYgY2xhc3M8M9InByb3Rvbm1haWxfc2l
nbmF0

dXJlX2Jsb2NrLXVzZXIgcHJvdG9ubWFpbF9zaWduYXR1cmVfYmxvY2stZW1wdHkiPg0KICA
gICAg

ICANCiAgICAgICAgICAgIDwvZGl2Pg0KICAgIA0KICAgICAgICAgPGRpdiBjbGFzc0
icHJv

dG9ubWFpbF9zaWduYXR1cmVfYmxvY2stcHJvdG9uIj48YnI+PC9kaXY+DQo8L2Rpdj4NCg=
=

--b1=_hwkI2fFPlKXzZUJ7uebxTbaNbmJa4anIcJ6qkUlTY--