# Unusual website activity on the 12.05.2025 from France, Honk Kong, China and Montreal

5/12/25, 3:38:59 PM

81.133.80.246

Chronicles of The Megaverse
- Location:
- Hendon, Barnet, United Kingdom
- Referrer:
- www.mwwolf-fiction.co.uk/mw-wolfs-blog/different-is-what-i-do
  - 
- Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/135.0.0.0 Safari/537.36

5/12/25, 3:38:55 PM

81.133.80.246

Different is what I do!
- Location:
- Hendon, Barnet, United Kingdom
- Referrer:
- www.google.com/
  - 
- Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/135.0.0.0 Safari/537.36

Date & Time VisitedVisitor IP AddressPage Visited

5/12/25, 1:46:24 PM

96.20.250.24

Rawism Art
- Location:
- Montreal, Québec, Canada
- Referrer:
- www.mwwolf-fiction.co.uk/shop/p/bloodborg
  - 
- Mozilla/5.0 (Linux; Android 10; K) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/136.0.0.0 Mobile Safari/537.36

5/12/25, 1:45:58 PM

96.20.250.24

Book: Bloodborg: The Harvest
- Location:
- Montreal, Québec, Canada
- Referrer:
- www.google.com/
  - 
- Mozilla/5.0 (Linux; Android 10; K) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/136.0.0.0 Mobile Safari/537.36

5/12/25, 12:49:58 PM

37.167.14.237

Home
- Location:
- France
- Referrer:
- www.mwwolf-fiction.co.uk/introduction
  - 
- Mozilla/5.0 (Linux; Android 10; K) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/135.0.0.0 Mobile Safari/537.36

5/12/25, 12:46:46 PM

37.167.14.237

Book Shop
- Location:
- France
- Referrer:
- www.mwwolf-fiction.co.uk/introduction
  - 
- Mozilla/5.0 (Linux; Android 10; K) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/135.0.0.0 Mobile Safari/537.36

5/12/25, 12:46:18 PM

37.167.14.237

Chronicles of The Megaverse
- Location:
- France
- Referrer:
- www.mwwolf-fiction.co.uk/introduction
  - 
- Mozilla/5.0 (Linux; Android 10; K) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/135.0.0.0 Mobile Safari/537.36

5/12/25, 12:46:02 PM

37.167.14.237

Introduction – M.W. Wolf's brand of Fiction
- Location:
- France
- Referrer:
- www.mwwolf-fiction.co.uk/
  - 
- Mozilla/5.0 (Linux; Android 10; K) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/135.0.0.0 Mobile Safari/537.36

5/12/25, 12:45:23 PM

37.167.14.237

Home
- Location:
- France
- Referrer:
- -
  - 
- Mozilla/5.0 (Linux; Android 10; K) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/135.0.0.0 Mobile Safari/537.36

5/12/25, 12:37:32 PM

37.167.14.237

Literary Genres -Pocket Multiverses
- Location:
- France
- Referrer:
- www.mwwolf-fiction.co.uk/introduction
  - 
- Mozilla/5.0 (Linux; Android 10; K) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/135.0.0.0 Mobile Safari/537.36

5/12/25, 12:37:26 PM

37.167.14.237

Introduction – M.W. Wolf's brand of Fiction
- Location:
- France
- Referrer:
- -
  - 
- Mozilla/5.0 (Linux; Android 10; K) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/135.0.0.0 Mobile Safari/537.36

5/12/25, 12:31:20 PM

78.116.140.146

Rawism Art
- Location:
- Les Ulis, Essonne, France
- Referrer:
- www.mwwolf-fiction.co.uk/
  - 
- Mozilla/5.0 (Linux; Android 10; K) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/136.0.0.0 Mobile Safari/537.36

5/12/25, 12:30:44 PM

78.116.140.146

Home
- Location:
- Les Ulis, Essonne, France
- Referrer:
- www.google.com/
  - 
- Mozilla/5.0 (Linux; Android 10; K) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/136.0.0.0 Mobile Safari/537.36

5/12/25, 12:29:31 PM

37.167.14.237

Contact
- Location:
- France
- Referrer:
- www.mwwolf-fiction.co.uk/pocket-genres
  - 
- Mozilla/5.0 (Linux; Android 10; K) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/135.0.0.0 Mobile Safari/537.36

5/12/25, 12:29:17 PM

37.167.14.237

Literary Genres -Pocket Multiverses
- Location:
- France
- Referrer:
- www.mwwolf-fiction.co.uk/pocket-genres
  - 
- Mozilla/5.0 (Linux; Android 10; K) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/135.0.0.0 Mobile Safari/537.36

5/12/25, 12:29:04 PM

37.167.14.237

Literary Genres -Pocket Multiverses

- Location:
- France
- Referrer:
- www.mwwolf-fiction.co.uk/introduction
  - 
- Mozilla/5.0 (Linux; Android 10; K) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/135.0.0.0 Mobile Safari/537.36

5/12/25, 12:28:15 PM

37.167.14.237

Introduction – M.W. Wolf's brand of Fiction

- Location:
- France
- Referrer:
- www.mwwolf-fiction.co.uk/
  - 
- Mozilla/5.0 (Linux; Android 10; K) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/135.0.0.0 Mobile Safari/537.36

5/12/25, 12:25:10 PM

37.167.14.237

Docs

- Location:
- France
- Referrer:
- www.mwwolf-fiction.co.uk/introduction
  - 
- Mozilla/5.0 (Linux; Android 10; K) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/135.0.0.0 Mobile Safari/537.36

5/12/25, 12:23:52 PM

37.167.14.237

Introduction – M.W. Wolf's brand of Fiction

- Location:
- France
- Referrer:
- www.mwwolf-fiction.co.uk/
  - 
- Mozilla/5.0 (Linux; Android 10; K) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/135.0.0.0 Mobile Safari/537.36

5/12/25, 12:23:38 PM

37.167.14.237

Home

- Location:
- France

- Referrer:
- www.mwwolf-fiction.co.uk/
  - 
- Mozilla/5.0 (Linux; Android 10; K) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/135.0.0.0 Mobile Safari/537.36

5/12/25, 12:23:31 PM

37.167.14.237

Home

- Location:
- France
- Referrer:
- -
  - 
- Mozilla/5.0 (Linux; Android 10; K) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/135.0.0.0 Mobile Safari/537.36

5/12/25, 12:20:03 PM

45.112.122.87

Introduction – M.W. Wolf's brand of Fiction

- Location:
- Singapore
- Referrer:
- www.mwwolf-fiction.co.uk/shop
  - 
- Mozilla/5.0 (Linux; Android 10; K) AppleWebKit/537.36 (KHTML, like Gecko) SamsungBrowser/28.0 Chrome/130.0.0.0 Mobile Safari/537.36

5/12/25, 12:16:14 PM

80.214.29.43

Book Shop

- Location:
- Paris, Paris, France
- Referrer:
- www.mwwolf-fiction.co.uk/introduction
  - 
- Mozilla/5.0 (Linux; Android 10; K) AppleWebKit/537.36 (KHTML, like Gecko) SamsungBrowser/28.0 Chrome/130.0.0.0 Mobile Safari/537.36

5/12/25, 12:14:34 PM

80.214.29.43

Introduction – M.W. Wolf's brand of Fiction

- Location:
- Paris, Paris, France
- Referrer:
- www.mwwolf-fiction.co.uk/

- 
  - 
- Mozilla/5.0 (Linux; Android 10; K) AppleWebKit/537.36 (KHTML, like Gecko) SamsungBrowser/28.0 Chrome/130.0.0.0 Mobile Safari/537.36

5/12/25, 12:14:09 PM

80.214.29.43

Home
- Location:
- Paris, Paris, France
- Referrer:
- -
  - 
    - 
- Mozilla/5.0 (Linux; Android 10; K) AppleWebKit/537.36 (KHTML, like Gecko) SamsungBrowser/28.0 Chrome/130.0.0.0 Mobile Safari/537.36

5/12/25, 12:11:39 PM

45.140.184.85

Chronicles of The Megaverse
- Location:
- Germany
- Referrer:
- www.mwwolf-fiction.co.uk/docs
  - 
    - 
- Mozilla/5.0 (iPhone; CPU iPhone OS 18_4_1 like Mac OS X) AppleWebKit/605.1.15 (KHTML, like Gecko) Version/18.4 Mobile/15E148 Safari/604.1

5/12/25, 12:11:36 PM

45.140.184.85

Docs
- Location:
- Germany
- Referrer:
- www.mwwolf-fiction.co.uk/
  - 
    - 
- Mozilla/5.0 (iPhone; CPU iPhone OS 18_4_1 like Mac OS X) AppleWebKit/605.1.15 (KHTML, like Gecko) Version/18.4 Mobile/15E148 Safari/604.1

5/12/25, 12:11:09 PM

45.140.184.85

Home
- Location:
- Germany
- Referrer:
- -
  -

- 
- Mozilla/5.0 (iPhone; CPU iPhone OS 18_4_1 like Mac OS X) AppleWebKit/605.1.15 (KHTML, like Gecko) Version/18.4 Mobile/15E148 Safari/604.1

5/12/25, 12:08:43 PM

86.214.100.176

Home

- Location:
- Rohan, Morbihan, France
- Referrer:
- www.google.com/
  - 
- Mozilla/5.0 (X11; Linux x86_64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/136.0.0.0 Safari/537.36

5/12/25, 12:04:09 PM

45.112.122.87

Introduction – M.W. Wolf's brand of Fiction

- Location:
- Singapore
- Referrer:
- www.mwwolf-fiction.co.uk/
  - 
- Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/136.0.0.0 Safari/537.36

5/12/25, 12:03:52 PM

45.112.122.87

Home

- Location:
- Singapore
- Referrer:
- -
  - 
- Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/136.0.0.0 Safari/537.36

5/12/25, 12:02:50 PM

101.44.80.72

Home
- Location:
- Singapore
- Referrer:
- www.google.com/
  - 
- Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/135.0.0.0 Safari/537.36

5/12/25, 11:59:24 AM

78.31.46.214

Book: Bloodborg: The Harvest
- Location:
- Paris, Paris, France
- Referrer:
- cymbals-clavichord-9az6.squarespace.com/shop
  - 
- Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/136.0.0.0 Safari/537.36

5/12/25, 11:59:20 AM

78.31.46.214

Book Shop
- Location:
- Paris, Paris, France
- Referrer:
- www.google.com/
  - 
- Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/136.0.0.0 Safari/537.36

5/12/25, 11:56:13 AM

91.163.172.20

90% Correct Predictions of Arcane's IP theft.
- Location:
- Montpellier, Hérault, France
- Referrer:
- www.google.com/

- 
  - Mozilla/5.0 (Linux; Android 10; K) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/136.0.0.0 Mobile Safari/537.36

5/11/25, 12:08:19 PM

186.158.30.54

Chronicles of The Megaverse

5/11/25, 12:08:05 PM

186.158.30.54

Home
- Location:
- San Miguel de Tucumán, Tucumán, Argentina
- Referrer:
- -
  - 
- Mozilla/5.0 (Android 13; Mobile; rv:138.0) Gecko/138.0 Firefox/138.0

5/11/25, 11:42:33 AM

195.195.81.204

Book: Bloodborg: The Harvest
- Location:
- Barking, Barking and Dagenham, United Kingdom
- Referrer:
- www.bing.com/
  - 
- Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/136.0.0.0 Safari/537.36 Edg/136.0.0.0

5/10/25, 9:13:19 PM

51.7.94.155

Part 2- Cries of Silence - UK Talent and Entertainment Sexual Predator Gossip Sphere
- Location:
- Bristol, Bristol, United Kingdom
- Referrer:
- www.google.com/
  - 
- Mozilla/5.0 (Linux; Android 10; K) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/135.0.0.0 Mobile Safari/537.36

5/10/25, 4:01:39 PM

82.132.244.170

Neva- Leader of the Tribe.
- Location:
- Birmingham, Birmingham, United Kingdom
- Referrer:

- www.google.com/
  - 
- Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/136.0.0.0 Safari/537.36

589