Report for Authorities – Anonymous Insider Tip Regarding Alleged Evidence Tampering in Federal Litigation

To Whom It May Concern,

I am extremely concerned and worried about this whistle-blowers tip and cloaked death threat warning.

I am writing to report an anonymous and alarming email that I received on May 13, 2025, at 00:01 UTC, via ProtonMail from the address arcanecase@proton.me.

I am currently the plaintiff in a U.S. federal civil case (Wolstenholme v. Riot Games, Inc., Case No. 2:25-cv-00053-FMO-BFM), and the message I received contains specific allegations of serious misconduct, including:

Fabrication of legal evidence

Destruction of digital records

Use of falsified emails to influence the outcome of litigation

Cloaked warnings of harm and death threats.

The email alleges that a company called Chronodisk was engaged by parties connected to the defendants to "scrub" computers at Fortiche's Paris-based headquarters during February 2025. The message warns that forensic investigation of devices at that location would now be futile, as most of the hardware used during the development of Arcane has been moved to Fortiche's Spanish division in Las Palmas.

About Chronodisk

Chronodisk is a verified digital recovery and data forensics company with facilities in:

Central Paris, including a laboratory and clean room

Montreal, Canada, at 841 Cherrier Street, Montreal (QC) H2L 1H6

They are a known provider of professional data recovery and wiping services, which adds credibility to the sender's claims of data manipulation and digital suppression.

Supporting Context

The email also refers to allegedly falsified internal communications between key Arcane creative figures (including Christian "Praeco" Linke, Alex Yee, and Jane Hoffacker) containing final scripts for Arcane Season 1 and early materials for Season 2. These emails are dated August 2018, January 2019, and possibly mid-2019, and are allegedly being prepared for use as fabricated "proof" in U.S. court filings.

Website Traffic Before the Email

Immediately prior to receiving the message (12/05/ 2025), I observed a notable surge in activity on my personal website, originating from:

France (Paris region)- Fortiche and Chronodisk locations

France Montpellier- Fortiche

Hong Kong and Singapore - Tencent Location

Mainland China (Shenzhen) - Tencent location

Montreal, Canada (a city shared by Chronodisk's headquarters and Tencent-owned studios), with a hit 1.4 Km away from Tencent-owned studios and 3Km from Chronodisk.

London England, (Hendon, Barnet)- seems to always visit following events in these cases.

These visits appear to correlate with strategic monitoring and align with regions associated with Fortiche, Tencent, and Riot Games, as well as Chronodisk locations.

Health and Safety Impacts

I am currently under medical care for suspected labyrinthitis (a disabling condition affecting the inner ear), which has rendered me bedbound with vertigo, and I live with complex PTSD. The cryptic and threatening language of the anonymous message, including warnings about breach containment and pressure to remain silent, has severely affected my well-being and sense of safety.

I should not have to fear for my safety to fight a known bullying, abusive giant company on my own.

Attached:

PDF of the original email

Full email headers and metadata

Screenshot from my inbox

Website traffic logs showing regional spikes in activity prior to the email

Request

I respectfully ask your office to:

Acknowledge receipt of this report;

Evaluate the anonymous tip for potential relevance to ongoing criminal or civil investigations;

Consider issuing a preservation request to ProtonMail, Fortiche France, and Fortiche Spain regarding email and device records;

Treat this matter with urgency and discretion due to ongoing federal litigation and personal health risks.

Thank you for your time and attention.

Sincerely,

Marc Wolstenholme

Plaintiff, Wolstenholme v. Riot Games, Inc.

Email: [marc@mwwolf-fiction.co.uk](mailto:marc@mwwolf-fiction.co.uk)

07827964404