**Exhibit D- Exhibit D- Screenshots of the message in Plaintiff's inbox.**



