JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARC WOLSTENHOLME,<br><br>    Plaintiff,<br><br>    v.<br><br>RIOT GAMES, INC.,<br><br>    Defendant. | Case No. CV 25-0053 FMO (BFMx)<br><br>**JUDGMENT** |

IT IS ADJUDGED that the above-captioned case is dismissed with prejudice. The parties shall bear their own fees and costs.

Dated this 12th day of May, 2025.

/s/
Fernando M. Olguin
United States District Judge