JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARC WOLSTENHOLME, | Case No. CV 25-0053 FMO (BFMx) |
| Plaintiff, | |
| v. | **JUDGMENT** |
| RIOT GAMES, INC., | |
| Defendant. | |

IT IS ADJUDGED that the above-captioned case is dismissed with prejudice. The parties shall bear their own fees and costs.

Dated this 12th day of May, 2025.

/s/
Fernando M. Olguin
United States District Judge