UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

FILED

JUL 2 2025

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| Mr. MARC WOLSTENHOLME,<br><br>    Plaintiff - Appellant,<br><br>v.<br><br>RIOT GAMES, INC.,<br><br>    Defendant - Appellee. | No. 25-3163<br><br>D.C. No.<br>2:25-cv-00053-FMO-BFM<br>Central District of California,<br>Los Angeles<br><br>ORDER |

The motion (Docket Entry No. 4) to proceed in forma pauperis is granted.

The opening brief has been filed. The answering brief is due July 28, 2025.

The optional reply brief is due 21 days after the answering brief is served.

                      FOR THE COURT:

                      MOLLY C. DWYER
                      CLERK OF COURT